# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| JACK MONTAGUE *Plaintiff* | ) ) ) |
| v. | ) Case No. 3:16-cv-00885 |
| YALE UNIVERSITY, ETAL *Defendant* | ) ) ) |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**JACK MONTAGUE**

Date: 6/9/16

*Attorney's signature*

**Jonathan Katz (ct00182)**
*Printed name and bar number*

**JACOBS & DOW, LLC**
**350 Orange Street, New Haven, CT 06511**
*Address*

**jkatz@jacobslaw.com**
*E-mail address*

**203-772-3100**
*Telephone number*

**203-772-1691**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2016, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*