UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | JUNE 10, 2016 |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Noonan, as attorney for the defendants, Yale University, Angela Gleason, and Jason Killheffer, in the above-entitled matter.

                              THE DEFENDANT
                              YALE UNIVERSITY

                        BY:   /s/ Patrick M. Noonan  (#ct00189)
                              Patrick M. Noonan
                              Donahue, Durham & Noonan, P.C.
                              741 Boston Post Road
                              Guilford, CT 06437
                              (203) 458-9168

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      _____/s/_____
                                                         Patrick M. Noonan