UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>    Defendants. | Civil Action No. 3:16-cv-00885-AVC<br><br>June 14, 2016 |

## RETURN OF WAIVER OF SERVICE

Please find attached hereto the "Waiver of the Service of Summons" form executed by defense counsel on behalf of defendants Yale University, Angela Gleason and Jason Killheffer.

                      THE PLAINTIFF,
                      JACK MONTAGUE

                      By:_____/s/_____
                            Jonathan Katz, Esq.
                            Jacobs & Dow, LLC
                            350 Orange Street
                            New Haven, Connecticut 06511
                            Telephone: (203) 772-3100
                            Facsimile: (203) 772-1691
                            Federal Juris No.: ct00182
                            Email wdow@jacobslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                         /s/
Jonathan Katz, Esq.
Jacobs & Dow, LLC
350 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 772-3100
Facsimile: (203) 772-1691
Federal Juris No.: ct00182
Email wdow@jacobslaw.com

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| JACK MONTAGUE <br> *Plaintiff* <br> v. <br> YALE UNIVERSITY, ET AL <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:16-cv-00885-AVC |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jonathan Katz
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 9, 2016, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: June 10, 2016

*Signature of the attorney or unrepresented party*

Yale University, Angela Gleason, Jason Killheffer
*Printed name of party waiving service of summons*

Colleen Noonan Davis
*Printed name*

741 Boston Post Road, Guilford, CT 06437
*Address*

cdavis@ddnctlaw.com
*E-mail address*

2034589168
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.