UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>　　Plaintiff,<br><br>　　v.<br><br>YALE UNIVERSITY, ANGELA GLEASON,<br>and JASON KILLHEFFER,<br>　　Defendants. | Civil Action No. 3:16-cv-00885-AVC |

## MOTION FOR ADMISSION OF HILLARY A. LEHMANN AS VISITING ATTORNEY

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned member of the bar of this Court respectfully moves for the entry of an order permitting Hillary A. Lehmann, an associate with the law firm of Todd & Weld, LLP, which maintains an office at One Federal Street, 27th Floor, Boston, MA  02110, to be admitted as a Visiting Attorney for the purpose of representing plaintiff Jack Montague in the above-captioned action.

Ms. Lehmann is an active member in good standing of the State Bar of Massachusetts and of the bar of the United States District Court for the District of Massachusetts.  There are no pending disciplinary proceedings against Ms. Lehmann in any state or federal court.  Her Affidavit in support of this motion is attached.

Payment to the clerk of the fee of $75.00 for Ms. Lehmann, as a visiting attorney, as required by Local Rule 83.1(d)(3), accompanies this motion.

1

WHEREFORE, the undersigned respectfully requests that Ms. Lehmann be admitted to this Court as a Visiting Attorney as set forth herein.

        THE PLAINTIFF,
        JACK MONTAGUE

        By: _____/s/_____
        William F. Dow, III, Esq.
        Jacobs & Dow, LLC
        350 Orange Street
        New Haven, Connecticut 06511
        Telephone: (203) 772-3100
        Facsimile: (203) 772-1691
        Federal Juris No.: ct00161
        Email wdow@jacobslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/
                                 William F. Dow, III, Esq.
                                 Jacobs & Dow, LLC
                                 350 Orange Street
                                 New Haven, Connecticut 06511
                                 Telephone: (203) 772-3100
                                 Facsimile:  (203) 772-1691
                                 Federal Juris No.:  ct00161
                                 Email wdow@jacobslaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ANGELA GLEASON,<br>and JASON KILLHEFFER,<br>    Defendants. | Civil Action No. 3:16-cv-00885-AVC |

## AFFIDAVIT OF HILLARY A. LEHMANN IN SUPPORT OF MOTION FOR ADMISSION AS A VISITING ATTORNEY

I, Hillary A. Lehmann, having been duly sworn, do hereby state as follows:

1. I am over eighteen (18) years of age and believe in the obligations of an oath.

2. I submit this Affidavit in support of the motion for my submission as a Visiting Attorney to appear as counsel on behalf of plaintiff Jack Montague in the above-captioned matter.

3. I am an associate with the law firm of Todd & Weld, LLP, which maintains an office at One Federal Street, 27th Floor, Boston, MA 02110. My telephone number at Todd & Weld, LLP is (617) 720-2626, my facsimile number is (617) 227-5777, and my email address is hlehmann@toddweld.com.

4. I am a member in good standing of the State Bar of Massachusetts and my bar identification number is 683657.

5. I am a member in good standing of the bar of the United States District Courts for the District of Massachusetts.

1

6. I do not have any pending disciplinary complaints as to which a finding has been made that the complaint should proceed to a hearing. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. I designate William F. Dow, III as my sponsoring attorney and my agent for service of process. I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

10. I request permission to appear and participate as counsel in the above-captioned action on behalf of plaintiff for all purposes, in association with local counsel, William F. Dow, III, of Jacobs & Dow, LLC, 350 Orange Street, New Haven, CT 06511.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Hillary A. Lehmann

Before me personally appeared Hillary A. Lehmann, signer of the foregoing instrument, and she acknowledged the same to be her free act and deed, for the purposes contained herein.

_____
Notary Public
My commission expires: 4\7\2017

2