# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **JACK MONTAGUE** <br> *Plaintiff* <br><br> v. <br><br> **YALE UNIVERSITY, et al.** <br> *Defendant* | ) ) ) ) ) ) ) | Case No.  3:16-cv-00885-AVC |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Jack Montague**

Date: **June 23, 2016**

**/Max D. Stern**
*Attorney's signature*

**Max D. Stern (ct19109)**
*Printed name and bar number*

**Todd & Weld, LLP**
**One Federal Street, 27th Floor**
**Boston, MA  02110**
*Address*

**mdstern@toddweld.com**
*E-mail address*

**(617) 720-2626**
*Telephone number*

**(617) 227-5777**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **June 23, 2016**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/Max D. Stern

*Attorney's signature*