# UNITED STATES DISTRICT COURT

for the

District of Connecticut

**JACK MONTAGUE**

_____
*Plaintiff*

)
)
)
v.                                            )     Case No.          **3:16-cv-00885-AVC**
)
**YALE UNIVERSITY, et al.**                   )
)
_____
*Defendant*

## NOTICE OF APPEARANCE

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Jack Montague**
_____

Date:        **June 23, 2016**                      **/Hillary A. Lehmann**
                                            _____
                                                    *Attorney's signature*

                                            **Hillary A. Lehmann (pvh08312)**
                                            _____
                                                    *Printed name and bar number*

                                            **Todd & Weld, LLP**
                                            **One Federal Street, 27th Floor**
                                            **Boston, MA  02110**
                                            _____
                                                    *Address*

                                            **hlehmann@toddweld.com**
                                            _____
                                                    *E-mail address*

                                            **(617) 720-2626**
                                            _____
                                                    *Telephone number*

                                            **(617) 227-5777**
                                            _____
                                                    *FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on          **June 23, 2016**          , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/**Hillary A. Lehmann**

*Attorney's signature*