# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **JACK MONTAGUE** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | **3:16-cv-00885-AVC** |
| **YALE UNIVERSITY, et al.** | ) | |
| *Defendant* | ) | |

### NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Jack Montague**

Date:   **June 23, 2016**

/Alexandra H. Deal
*Attorney's signature*

**Alexandra H. Deal (pvh06505)**
*Printed name and bar number*

**Todd & Weld, LLP
One Federal Street, 27th Floor
Boston, MA  02110**
*Address*

**adeal@toddweld.com**
*E-mail address*

**(617) 720-2626**
*Telephone number*

**(617) 227-5777**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **June 23, 2016**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/Alexandra H. Deal

*Attorney's signature*