UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE | : |
| Plaintiff | : CIVIL ACTION NO.: |
| | : 3:16-CV-00885-AVC |
| vs. | : |
| YALE UNIVERSITY, ET AL | : |
| Defendants | : AUGUST 1, 2016 |

## MOTION FOR EXTENSION OF TIME

The defendants hereby move, pursuant to Local Civil Rule 7(b) for a 30-day extension of time, up to and including September 7, 2016, to file a response to plaintiff's Complaint. This extension is necessary because defense counsel needs additional time to research the facts and law necessary to frame a proper response to the Complaint. Plaintiff's counsel has indicated that he has no objection to the granting of this motion. This is the first such request for an extension of time.

THE DEFENDANTS

BY: _____/s/_____
Patrick M. Noonan
Colleen Noonan Davis
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan
