UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
JACK MONTAGUE,                   :
     Plaintiff,                  :
                                 :
v.                               :      CIVIL NO. 3:16-cv-00885 (AVC)
                                 :
YALE UNIVERSITY, ET AL.          :
     Defendant.                  :
```

**SCHEDULING ORDER**

(1)   The parties shall have until November 1, 2016 to join additional parties.

(2)   The parties shall have until January 2, 2017 to amend the pleadings.

(3)   All discovery, including depositions of expert witnesses, shall be completed on or before November 1, 2017.

(4)   Fact discovery shall be completed by March 31, 2017.

(5)   The plaintiff shall disclose the identity of any expert witness it may use at trial and provide opposing counsel with a written report prepared by the witness pursuant to Fed. R. Civ. P. 26(a)(2) on or before April 1, 2017.  The depositions of such witnesses shall be completed on or before July 1, 2017.

(6)   The defendant shall disclose the identity of any expert witness it may use at trial and provide opposing counsel with a written report prepared by the witness pursuant to Fed. R. Civ. P. 26(a)(2) on or before August 1, 2017.  The depositions of such witnesses shall be completed on or before November 1, 2017.

(7)   Any party who has a claim or counterclaim for damages shall provide a damages analysis no later than two (2) weeks prior to that party's deposition.

(8)   All dispositive motions, if necessary, shall be filed on or before December 31, 2017.

(9)   The parties shall file a joint trial memorandum in accordance with the standing order regarding trial memoranda on or before January 31, 2018.

1

(10)   The case shall be ready for trial on February 1, 2018.

It is so ordered this 12th day of September 2016, at Hartford, Connecticut.

                                                  /s/
                                   Alfred V. Covello
                                   United States District Judge