UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSTIY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>    Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885 |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

    Now comes the plaintiff in the above-captioned case and moves this Court, pursuant to Fed. R. Civ. P. 15, for leave to amend the complaint. Per this Court's September 12, 2016 Scheduling Order, the parties shall have until January 2, 2017 to amend pleadings. The instant motion falls well before that deadline, and well before any substantive developments in the case. In addition, although Plaintiff has served discovery requests on Defendants, Defendants have not yet produced any documents. Thus, amending the complaint at this early juncture will not prejudice either party or result in any substantial delays in the progression of the case. Finally, the parties have conferred and the defendants do not object to the proposed amendments.

    WHEREFORE, Plaintiff respectfully requests that this Court grant his motion to amend the complaint.

JACK MONTAGUE,

By his attorneys,


/s/    *Max D. Stern*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Hillary A. Lehmann (BBO #683657) (*pro hac vice*)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777


William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691


Dated: October 31, 2016


## CERTIFICATE OF SERVICE

I, Max D. Stern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 31, 2016.

/s/ *Max D. Stern*

2