UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSTIY, ANGELA GLEASON,<br>and JASON KILLHEFFER,<br>    Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885 |

**AFFIDAVIT OF JACK MONTAGUE IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Jack Montague, having been duly sworn, do hereby state as follows:

1. I am over eighteen (18) years of age and believe in the obligations of an oath.

2. I submit this Affidavit in support of Plaintiff's Motion For Preliminary Injunction in the above-captioned matter.

3. As a result of the complaint filed against me on August 25, 2013 ("UWC I Complaint"), Yale University ("Yale") required that I participate in training offered by Yale's Sexual Harassment and Assault Response and Education ("SHARE") Center (the "SHARE training"). In order to fulfill this requirement, I met periodically with a Conduct Awareness Program Provider who worked at the SHARE Center; there were no other components to the SHARE training other than meeting with this counselor. I did not receive SHARE training on sexual harassment, gender sensitivity, sexual consent, or sexual relationships, nor did my meetings with the Conduct Awareness Program Provider focus on "review[ing] and reflect[ing] on [my] interactions and relationships with female students at Yale."

4.       During the course of Yale's investigation and hearing related to the November 30, 2015 complaint filed against me ("UWC II Complaint"), Yale restricted me from contacting Jane Roe. I abided by this directive and did not contact or attempt to contact Jane Roe. Even after my expulsion from Yale, I have not contacted Jane Roe.

5.       I was on the Yale University basketball team during all four years of my education at Yale. During my senior year, and including at the time of my expulsion, I was captain of Yale's basketball team. Additionally, I received two awards in connection with my performance on the basketball team. After my sophomore year, I received an award for being the most improved player and after my junior year I received the Joseph Conway award for toughness.

6.       At the time that I was expelled from Yale, I was three months away from graduating and obtaining a degree with a major in American Studies, concentrating in Politics and American Communities, from Yale.

7.       I have earned 31 of the 36 class credits required to graduate from Yale. To obtain the remaining five credits, I need to take four courses and complete my senior project in American Studies. One of the four courses must be an American Literature course to satisfy the requirements of my major; the other three courses are my choice.

8.       I am willing to complete these remaining credits remotely. All classes that I need to take to satisfy my remaining class credits are already made available online by Yale, and I could easily complete my senior project off-campus.

9.       I wish to pursue a post-graduate degree in the form of either a Masters in Business Administration or a law degree. Pursuing a career of the caliber that requires a post-graduate degree has been a goal of mine for many years. However, I will be unable to move forward with my future until I first obtain an undergraduate degree.

10. Since my expulsion, and because I cannot continue my education, I have tried to obtain employment as a basketball player. These efforts have been unsuccessful, in large part because of my expulsion—basketball scouts and agents lose interest in me as a player when they learn that I was expelled.

11. Without a college degree and little to no chance of playing basketball professionally, my life is effectively on hold.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jack Montague

Before me personally appeared Jack Montague, signer of the foregoing instrument, and he acknowledged the same to be his free act and deed, for the purposes contained herein.

_____ 10/28/16
Notary Public
My commission expires:_____

**My Commission Expires on February 19, 2018.**