January 21, 2016

## Opening Statement

After the incident on October 18, 2014 took place, I did not intend to file a complaint of any kind. I did not foresee it being helpful to my personal recovery. I looked forward to returning to a sense of normalcy, and going through a formal investigation seemed like the farthest thing from my definition of "normal." One of the main things I have learned in the past 15 months, however, is that one's personal experience with and feelings towards an event such as the one I have described changes dramatically with time. I originally thought I was on some sort of linear trajectory toward feeling safe again, understanding what happened, and healing a part of me that I never imagined would be broken.

Though I originally chose not to file a complaint, I was profoundly affected by this event from the very beginning. I returned home for fall break after the incident and chose not to tell my parents or brother what had taken place. My relationships with them became strained as I blamed them for not understanding my stress and unhappiness during that time. Furthermore, I abruptly ended my relationships with all of my high school friends except one, because it was too difficult to keep what happened from them, but it would have been even more difficult to tell them. At Yale things fared a bit better. I was, and still am, surrounded by an incredible group of friends who support me, believe me, and respect me. I                              because I did not want                              but I have retained many of the friendships from my

There were still many moments, however, in which I would be overcome by emotion— when an article about Yale basketball was posted on social media, when the Yale police sent an email about an instance of sexual assault, or when I saw Jack's name on the guest list of my sorority's event. I continued to have nightmares throughout the fall of 2014. I did feel as if dealing with my emotions was gradually becoming easier. I was surprised, therefore, to find

1

January 21, 2016

myself feeling as hurt and as anxious this fall as I had in the hours and days after the incident. It became difficult for me to cope with what had happened. At first I blamed my stress on my heavy workload, graduate school applications, and my new living situation. But after an outburst of crying while making dinner with one of my male friends in October 2015, I realized that perhaps I wasn't as okay as I thought I was.

At that time, I still was trying to focus mainly on myself. I went to SHARE, but I did not intend to file a complaint. In the days after my initial meeting with Amy, and with the support of my friends, I filed an informal complaint with Angela Gleason. As Angie describes in the fact finder's report, she reached out to me again after I had filed the informal complaint. She explained that Jack had previously gone through the sensitivity training that my complaint suggested. She told me that she would not be doing her job if she did not take more serious action, and she asked for my participation in the case.

My conversation with Angie reframed the incident for me. I had always viewed myself as the victim of someone else's one-time mistake. My initial complaint did not derive from a sense of vengeance or a desire to harm Jack's reputation or wellbeing. I thought that perhaps he would benefit from sensitivity training, and the informal complaint process seemed like the best way to achieve that. My perspective broadened after my conversation with Angie, as I began to think about the other people on this campus and how my choosing to remain silent on this matter could harm them. I did feel as though my hands were tied; I could not, in good conscience, say no to participating in the investigation.

However, the mere thought of participating in this process was extremely difficult for me. After my conversation with Angie, I was very upset for several weeks. I met with my dean to get extensions on many of my assignments, because even when not in meetings related to the

2

January 21, 2016

investigation, I was much too distracted to be productive. I was terrified at the thought of retelling what happened in excruciating detail. I remained less concerned with what Jack would say or even the outcome of this hearing and more concerned with the experience of talking through the events of that night, reliving and re-experiencing the emotions that I felt. I had been largely shut-off to those initial emotions for many months, and the investigation brought back many of them for me. It is difficult to describe the most confusing night of your life, a night where you not only did not understand another person's actions, but also did not understand your own actions. There is one action of mine, in particular, that I would like to address.

One of the undisputed facts of this incident is that after leaving Jack's house for a short time, I met him again and spent the night at his house. This is one the most difficult parts of the event for me to understand, and it is something with which I still grapple. I was incredibly confused about what had happened about an hour before in Jack's room. I felt as if I was in a daze. The event was so unexpected and unthinkable to me, because I had never before felt unsafe either with Jack or at Yale as a whole. I did not have the clarity of mind at the time to understand my options, and I do not think I had begun to process what happened. I felt stripped of my decision making power and recall acting very passively. I knew that if I went home and saw my friends, I would immediately break down and have to explain the unexplainable. I now see that I had other options- if I didn't want to go to my room, perhaps I could have called another close friend. I think I was shielding myself from the event. Even after I returned the next morning with the plan to wait until midterms were over to tell my friends what happened, I was so upset that I was unable to avoid telling them. As the meetings with the fact finder have reminded me, telling a traumatic story is in itself both traumatic and cathartic. So that night I went back to Jack's room, the only place where I wouldn't have to explain myself.

3

January 21, 2016

    It was impossible for me to imagine the effect that this incident would have on me. I thought meeting with Jack after the incident would be enough for me to gain closure. I thought that if he heard about my feelings towards the event that he would recognize the severity of his actions. I am not sure that I was particularly effective, firm, and coherent in my conversation with him. I was mostly focused on trying not to cry in front of him, and my goal was to let him know how I was feeling rather than yell at him or threaten to take action through the police or UWC. It was a short conversation. Perhaps my wording was vague, as I had a difficult time articulating how I had been feeling. He told me that he was very drunk the night of the incident, and that he understood if I didn't want to be around him when he was drunk. I left the conversation feeling as if Jack and my interpretation of the events of that night were not altogether different.

    There is a lot in the fact finder's report about what I said on the night of October 18th. You have read that I told him that I didn't want to have sex on three separate occasions. I would, however, like you to also pay attention to what Jack said on that night. On the first two instances of me asking (not stating) if it was okay for us to "hook up" without having sex, he answered affirmatively. Immediately after the incident, he said, "I'm sorry. I know you didn't want that." Perhaps Jack did not realize how upset I was when I met with him the week after the incident. But I have no reason to believe that he did not and does not know that he acted against my clearly expressed wishes on October 18th.

    I understand that the outcome of this hearing is not in my hands, but yours, just as the reason for this hearing was not in my hands, but Jack's. What I would like the panel to consider is whether Jack's actions reflect the values of Yale and whether his actions represent the qualities that you want to see in Yale's student body and its alumni.