February 2, 2016

Dear Dean Holloway,

I write to express my full support of the panel's conclusion regarding my UWC case. I feel that the panel accurately captured my actions and feelings surrounding the event on October 18, 2014 and my motivations surrounding the formal complaint process.

I ask you to pay attention to the ways in which Jack's claim of how he gauged consent changed from his meeting with the fact finder to the hearing, as detailed in the panel's report. While at the hearing, I found it particularly worrying that Jack demonstrated a complete lack of understanding of what constitutes consent, despite the panel's reading of the definition at the beginning of the hearing and the university's ongoing efforts to foster discussions and workshops related to consent.

The motivation for this formal complaint has always been, and continues to be, to keep this campus safe. I am deeply concerned that his misguided view could cause harm to other members of the Yale community. I urge you to consider this very seriously when deciding whether the Yale community can afford to retain a member who not only holds, but also has demonstrated, such a distorted view of what constitutes a positive sexual encounter. This consideration must be made in light of the fact that he has had additional opportunities to be trained on subjects related to consent and sensitivity.

Thank you for considering the severity of this case. I trust that you will come to a decision that considers the effect that Jack's actions have had on me and the potential that his actions have to affect other members of this community.

Sincerely,

Roe