## Fact-Finder's Report

### Introduction

The complainant            graduated from Yale in the spring of 2013. She alleges in her complaint that the respondent Jack Montague (Trumbull '16) touched her inappropriately by placing a rolled up paper plate into her shirt, between her breasts. (Exh.. "A") She has stated that the incident occurred sometime in early May 2013, on the sidewalk, in front of the A-1 pizza place on Broadway in New Haven. According to the complainant, witnesses

B                                     , were present when the incident occurred.          was very surprised and shocked by the respondent's actions. She had never before met Mr. Montague and has not spoken to him since the incident.

### Documents and Witnesses

A.   Documents

   Complaint (Exhibit "A")

   Response to Complaint (Exhibit "B")

B   Witnesses

   Jack Montague

## Summary of The Evidence

The facts in this matter are undisputed.                           and                            on the sidewalk in front of the A-1 Pizza on or about May 7 2013. She is not sure of the precise date. The other witnesses who have corroborated her version of the events are also unsure of the precise date and time. The incident took place during the late evening hours or early morning hours.            arrived at the A-1 Pizza location alone.                         just happened to be there.

             had dinner with friends and colleagues earlier in the evening before the incident occurred. After dinner she went with her friends to club called Briq. She may have attended a party after leaving the club, but she returned to campus briefly and then left her dorm to get something to eat at A-1 Pizza on Broadway. Ms.            remembers that she was drinking alcoholic beverages that evening, but she does not believe that she was intoxicated when the incident occurred. She has a clear recollection of the incident.          met           on the corner of York St. and Elm St. They saw          t outside of A-1 Pizza.            introduced both                    to Jack Montague and             .             Neither Ms.          nor          were previously acquainted with Mr. Montague or           These male students are both members of the Yale Men's Basketball Team.           was formerly a member of the team.

According to          she conversed with           and Mr. Montague for perhaps ten or fifteen minutes. She recalls that both of them seemed to be under the influence of alcoholic beverages.           also recalled that the

2

respondent seemed intoxicated and swayed slightly when he was talking. While Ms. _____ was speaking with the respondent and _____ was speaking to _____ All of the students stood in close proximity to each other, but _____ did not have the occasion to speak with either Mr. Montague or Mr.

_____ recalls mentioning to Mr. Montague and _____ that she was graduating and that she was actually much older than they were. In fact she was an older student (twenty four) because she took some time off from her studies at Yale. _____ stated that Mr. Montague appeared annoyed toward the end of their conversation. He rolled up the paper plate that he apparently obtained from the pizza parlor and shoved it down her tank-top shirt between her breasts. She was shocked and angry. Mr. Montague did not say anything to her immediately before or after shoving the pizza plate down her shirt. He simply walked away, toward the old campus dorms after the incident. _____ walked away with him.

_____ stated that she did not actually see Mr. Montague place the paper plate into _____ shirt and did not see her take it out. She recalls talking about the incident with _____ immediately after it occurred. She confirmed that the complainant was angry and upset about the incident.

_____ confirmed that he did in fact witness the incident occur and that he was quite surprised. He did not hear the conversation between _____ Mr. Montague and _____ immediately prior to the incident. _____ also shared text messages with the complainant after the incident where he responded the complainant's request for assistance in identifying _____ . She

apparently recalled Mr. Montague's name and she was able to identify him on her own.         responded to          concerns after the incident and the emails reflect that he validated her feeling that the behavior of Mr. Montague was inappropriate.

            also recalled the incident. While he does not have a clear recollection regarding his activities leading up to the encounter near the A-1 Pizza restaurant, or the conversation leading to the incident which forms the basis for Ms.          complaint, he clearly recalls that Mr. Montague shoved the rolled up paper plate into           shirt. He does not recall any conversations he may have had with Mr. Montague about the incident during the days following the incident or since that time. He was unaware of the complaint until he was contacted by the undersigned.

The respondent Mr. Montague has no recollection of the incident or for that matter any of the events during the evening on which it occurred. He feels that the date of the incident as described by          is probably accurate and believes that the incident must have occurred after his exam period, the evening before he left New Haven for the summer. He recalled that he left campus with          They shared transportation to the airport on May 8, 2013. He believes that the incident therefore occurred on the evening of May 7, 2013. Mr. Montague conceded that the incident must have occurred as alleged by the complainant. He is genuinely remorseful. He stated that he is embarrassed and ashamed as a result of his behavior. He stated that he accepts full responsibility for the incident although he does not remember it.

_____ began the process of filing a formal complaint within days after the incident. She first spoke with _____ to confirm the names of the respondent and _____ . On or about May 10, 2013 she emailed Melanie Boyd who directed her to Dean Shirmeister. She met with the dean on May 15, 2013 and continued the complaint process.

The complainant was angry with Mr. Montague after the incident. She stated that while she was clearly a victim and the target of inappropriate conduct she second-guessed herself, questioning whether she did anything to prompt or invite Mr. Montague's act. She was shocked by the conduct of Mr. Montague, but she is also angry and hurt because he has caused her to question her own conduct and her appearance that evening. She believes that Mr. Montague should be held accountable for his behavior, but at the same time she feels it was an impulsive, rather than a pre-meditated act.

_____
Timothy Pothin
Independent Fact-Finder

**September 25, 2013**