EXH. A

Complaint for the UWC

In early May (sometime between May 1 and May 8), I had a peripheral interaction outside of A1 Pizza (on Broadway) with Jack Montague (c/o 2016). I had never met Jack until this encounter. He is a member of the Yale men's basketball team. and I was interacting with him because he is a teammate of a good friend of mine _____. It was late at night (midnight or later, I think), and we were standing on the sidewalk in a group and all of us were chatting informally. The other students present were _____ and another 2016 teammate of Jack, whose name I believe to be _____ (also someone that I had previously never met).

Jack, after a brief period of chatting, made his exit from the group (along with his 2016 teammate) by folding up his used pizza plate, approaching me, and placing it down my tank top between my breasts. There was no physical (skin-to-skin) contact. He then turned around and walked away with his teammate, leaving the plate there as though my person was a garbage receptacle. I did not act because I was so shocked.

Following this exchange I went back to my room in ____ but continued to think about what had happened for several days. It was after this period that I reached out to determine available courses of action. My primary concern is that Jack might come to understand that his behavior was offensive and unacceptable.

Submitted by
August 25, 2013