Exhibit A: Complaint of Jason Killheffer, Senior Deputy Title IX
Coordinator, On behalf of

November 18, 2015

Professor David Post
Chair, University-Wide Committee on Sexual Misconduct
55 Whitney Avenue, 2nd Floor
New Haven, CT 06520

Dear Professor Post,

In my capacity as Senior Deputy Title IX Coordinator for Yale University, I am writing to
file a formal complaint of sexual assault against Jack Montague (Yale College, Trumbull
2016).  This complaint is based on a report I received that Mr. Montague sexually
penetrated            Roe                            without her consent on the
night of Saturday, October 18, 2014, at his residence located at 43 Howe Street.

I am bringing this complaint pursuant to Section 1 of the University-Wide Committee on
Sexual Misconduct (UWC) procedures that allows a Title IX Coordinator to bring forward
a complaint "when there is evidence that the University's policies on sexual misconduct
have been violated and the Coordinator's intervention is needed to ensure that the
matter reaches the UWC."

Sincerely yours,

Jason Killheffer
Sr. Deputy Title IX Coordinator
Office of the Provost

20