# Yale University

UNIVERSITY-WIDE COMMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208365
New Haven CT 06520-8365
T 203 432-4441
F 203 432-9957

*courier*
1 Hillhouse Avenue
New Haven CT 06511

CONFIDENTIAL

November 30, 2015

<u>Delivered by Electronic Mail</u>

Jack Montague (TC '16)
c/o Jasmina Besirevic-Regan, Dean of Trumbull College
<u>jasmina.besirevic@yale.edu</u>

Dear Jack Montague,

The University-Wide Committee on Sexual Misconduct ("UWC") has received a formal complaint against you from Senior Deputy Title IX Coordinator Jason Killheffer. The complaint, dated November 18, 2015, alleges that you sexually assaulted a Yale College student on the night of Saturday, October 18, 2014, at your residence located at 43 Howe Street. For further information regarding the allegation, please see attached the complaint. A copy of the University's sexual misconduct policy is also attached here for reference.

Please note that the UWC in reviewing the facts presented during the formal complaint process may consider other violations of the sexual misconduct policy or the <u>Yale College Undergraduate Regulations</u> that relate to the complaint.

Please read carefully the attached UWC Procedures which set forth the details of UWC proceedings. I refer you in particular to section 7 of the procedures, governing the "Formal Complaint Process." As discussed in section 7.1 of the procedures, a subcommittee of the UWC has determined that the UWC has jurisdiction to hear this complaint.

You may provide a written response to the complaint and you may include supporting documents and other evidence. If you wish to respond, please do so in writing or by e-mail to me within five days of this notice, i.e. by 5:00 p.m. on December 5, 2015. All statements and other evidence you submit will be shared with Jason Killheffer and the Yale College student referenced in the complaint. I will inform you by e-mail when a fact-finder and hearing panel have been appointed in this matter.

There must be no contact – either direct or indirect – between you and the student referenced in the complaint and the UWC procedures specifically prohibit retaliation against any person who brings a complaint or participates in the UWC process. Angela Gleason, the Title IX Coordinator for Yale College, may be in touch with you about the implementation of the no contact order and any other interim measures. If it is found that you have not complied with this requirement, that finding may lead to additional charges of misconduct.

All UWC hearing participants are expected to keep confidential all aspects of the UWC process as provided in the attached Statement on Confidentiality of UWC Proceedings. Please read carefully the statement.

Jack Montague
November 30, 2015
Page 2

I encourage you to choose an adviser to support you throughout this process. The adviser may provide personal and moral support and help you prepare for meetings related to the complaint. The adviser is not permitted to submit documents, either directly or indirectly, on your behalf at any stage of the process, nor speak for you during an interview with the fact-finder or at the hearing. When selecting an adviser, please make sure they are available to you during the time periods set forth in section 7.8 of the UWC procedures. I ask that you provide me with your adviser's name and contact information before you meet with the fact-finder. If you are intending to bring an attorney as your adviser, please inform me at least four days in advance of any meeting that the adviser will attend. For further information about the role of an adviser in UWC proceedings, please see section 5 of the UWC procedures. Should you need assistance in retaining an adviser, please let me know.

Please contact me, at aley.menon@yale.edu, or at (203) 432-4441, to arrange a time to meet to review the UWC hearing process.

Sincerely,

*Aley K. Menon*

Aley K. Menon
*Secretary, University-Wide Committee on Sexual Misconduct*


cc:     Jasmina Besirevic-Regan
        Dean of Trumbull College

        Angela Gleason
        Title IX Coordinator for Yale College

        Jonathan Holloway
        Dean of Yale College

        David Post
        Professor of Ecology and Evolutionary Biology and UWC Chair

        Stephanie Spangler
        Deputy Provost and University Title IX Coordinator

        UWC File

Encl:   Complaint
        UWC Procedures
        Yale Sexual Misconduct Policies and Related Definitions
        Statement on Confidentiality of UWC Proceedings