# Yale College Programs of Study

*Fall and Spring Terms*

2012–2013



BULLETIN OF YALE UNIVERSITY
*Series 108    Number 9    August 1, 2012*

BULLETIN OF YALE UNIVERSITY *Series 108  Number 9  August 1, 2012*  (USPS 078-500) is published seventeen times a year (one time in May and October; three times in June and September; four times in July; five times in August) by Yale University, 2 Whitney Avenue, New Haven CT 06510. Periodicals postage paid at New Haven, Connecticut.

**Postmaster:** Send address changes to Bulletin of Yale University, PO Box 208227, New Haven CT 06520-8227

Managing Editor: Linda Koch Lorimer
Editor: Lesley K. Baier
PO Box 208230, New Haven CT 06520-8230

The closing date for material in this bulletin was May 2, 2012.
The University reserves the right to withdraw or modify the courses of instruction or to change the instructors at any time.

©2012 by Yale University. All rights reserved. The material in this bulletin may not be reproduced, in whole or in part, in any form, whether in print or electronic media, without written permission from Yale University.

To replace books damaged in production or mailing, please contact yaleris@yale.edu or John Poitras at 203.432.4144.

♲ Printed on recycled paper. Text printed in Canada.

---

MISSION STATEMENT OF YALE COLLEGE  The mission of Yale College is to seek exceptionally promising students of all backgrounds from across the nation and around the world and to educate them, through mental discipline and social experience, to develop their intellectual, moral, civic, and creative capacities to the fullest. The aim of this education is the cultivation of citizens with a rich awareness of our heritage to lead and serve in every sphere of human activity.

# Yale College Programs of Study

*Fall and Spring Terms*

2012–2013

BULLETIN OF YALE UNIVERSITY

*Series 108    Number 9    August 1, 2012*

## Yale College Calendar with Pertinent Deadlines

This calendar includes a partial summary of deadlines given in chapters I and II, along with those in the Yale College online publication *Undergraduate Regulations.* Unless otherwise specified, references are to sections in chapter II of this bulletin, and deadlines fall at 5 p.m.

### FALL TERM 2012

| | | |
|---|---|---|
| Aug. 22 | W | Residences open to upperclassmen, 9 a.m. |
| Aug. 24 | F | Residences open to freshmen, 9 a.m. |
| | | Required registration meetings for freshmen, 8 p.m. |
| Aug. 28 | T | Required registration meetings for upperclassmen. |
| Aug. 29 | W | Fall-term classes begin, 8:20 a.m. |
| Aug. 31 | F | Friday classes do not meet; Monday classes meet instead. |
| Sept. 3 | M | Labor Day; classes do not meet. |
| Sept. 7 | F | Final deadline to apply for a fall-term Leave of Absence (section J). |
| | | Withdrawal from Yale College on or before this date entitles a student to a full rebate of fall-term tuition (*Undergraduate Regulations*). |
| Sept. 10 | M | Course schedules due for the Class of 2016.* |
| Sept. 11 | T | Course schedules due for the Classes of 2015 and 2014.* |
| Sept. 12 | W | Course schedules due for the Class of 2013.* |
| | | All students planning to complete degree requirements at the end of the fall term must file a petition by this date. (See section K for penalties resulting from failure to meet this deadline.) |
| Sept. 22 | SA | Withdrawal from Yale College on or before this date entitles a student to a rebate of one-half of fall-term tuition (*Undergraduate Regulations*). |
| Oct. 15 | M | Deadline to complete applications for financial aid for the 2013 spring term, for students not enrolled in the 2012 fall term (*Undergraduate Regulations*). |
| | | Deadline to apply for a spring-term 2013 Term Abroad (section K). |

*Late schedules from all classes are fined and may not include the Credit/D/Fail option. See chapter II, sections B and E.

| | | |
|---|---|---|
| Oct. 19 | F | Midterm. |
| | | Last day to withdraw from a fall-term course without the course appearing on the transcript (sections F and B). |
| | | Deadline to apply for double credit in a single-credit course (section K). |
| | | Withdrawal from Yale College on or before this date entitles a student to a rebate of one-quarter of the term's tuition (*Undergraduate Regulations*). |
| Oct. 23 | T | October recess begins, 11 p.m. |
| Oct. 29 | M | Classes resume, 8:20 a.m. |
| Nov. 9 | F | Last day to convert from the Credit/D/Fail option in a fall-term course to a letter grade (section B). |
| Nov. 16 | F | November recess begins, 5:30 p.m. |
| Nov. 26 | M | Classes resume, 8:20 a.m. |
| Nov. 30 | F | Last day to relinquish on-campus housing for the spring term without charge (*Undergraduate Regulations*). |
| Dec. 7 | F | Classes end, 5:30 p.m.; reading period begins. |
| | | Last day to withdraw from a fall-term course (sections F and B). |
| Dec. 12 | W | Reading period ends. |
| | | Deadline for all course assignments, including term papers. This deadline can be extended only by a Temporary Incomplete authorized by the student's residential college dean. |
| Dec. 13 | TH | Final examinations begin, 9 a.m.† |
| Dec. 18 | T | Examinations end, 5:30 p.m.; winter recess begins. |
| Dec. 19 | W | Residences close, 12 noon. |

## spring term 2013

| | | |
|---|---|---|
| Jan. 9 | W | Residences open, 9 a.m. |
| Jan. 13 | SU | Required freshman registration meetings, 9 p.m. |
| Jan. 14 | M | Spring-term classes begin, 8:20 a.m. |
| | | Upperclassmen pick up registration materials by 5 p.m. in their residential college dean's office. |
| Jan. 18 | F | Friday classes do not meet; Monday classes meet instead. |
| Jan. 21 | M | Martin Luther King Jr. Day; classes do not meet. |
| Jan. 23 | W | Course schedules due for the Class of 2016.* |
| | | Final deadline to apply for a spring-term Leave of Absence (section J). |
| | | Withdrawal from Yale College on or before this date entitles a student to a full rebate of spring-term tuition (*Undergraduate Regulations*). |

*Yale College Calendar with Pertinent Deadlines*     11

| | | |
|---|---|---|
| Jan. 24 | TH | Course schedules due for the Classes of 2015 and 2014.* |
| Jan. 25 | F | Course schedules due for the Class of 2013.* |
| | | Last day for students in the Class of 2013 to petition for permission to complete the requirements of two majors. |
| Feb. 7 | TH | Withdrawal from Yale College on or before this date entitles a student to a rebate of one-half of spring-term tuition (*Undergraduate Regulations*). |
| Mar. 5 | T | Deadline to apply for a fall-term 2013 Term Abroad or a 2013–2014 Year Abroad (section K). |
| Mar. 8 | F | Midterm. |
| | | Spring recess begins, 5:30 p.m. |
| | | Last day to withdraw from a spring-term course without the course appearing on the transcript (sections F and B). |
| | | Deadline to apply for double credit in a single-credit course (section K). |
| | | Withdrawal from Yale College on or before this date entitles a student to a rebate of one-quarter of the term's tuition (*Undergraduate Regulations*). |
| Mar. 25 | M | Classes resume, 8:20 a.m. |
| Apr. 5 | F | Last day to convert from the Credit/D/Fail option in a spring-term course to a letter grade (section B). |
| Apr. 26 | F | Classes end, 5:30 p.m.; reading period begins. |
| | | Last day to withdraw from a spring-term course (sections F and B). |
| May 1 | W | Reading period ends. |
| | | Deadline for all course assignments, including term papers. This deadline can be extended only by a Temporary Incomplete authorized by the student's residential college dean. |
| | | Applications for fall-term Leaves of Absence due (section J). |
| May 2 | TH | Final examinations begin, 9 a.m.‡ |
| May 7 | T | Examinations end, 5:30 p.m. |
| May 8 | W | Residences close for underclassmen, 12 noon. |
| May 13 | M | Deadline to complete applications for financial aid for the fall and spring terms, 2013–2014 (*Undergraduate Regulations*). |
| May 20 | M | University Commencement. |
| May 21 | T | Residences close for seniors, 12 noon. |

†Please note that examinations will be held on Saturday and Sunday, December 15 and 16, 2012.
*Late schedules from all classes are fined and may not include the Credit/D/Fail option. See chapter II, sections B and E.
‡Please note that examinations will be held on Saturday and Sunday, May 4 and 5, 2013.