UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>YALE UNIVERSITY, ANGELA GLEASON and JASON KILLHEFFER,<br><br>　　　　　　　Defendants. | Case No.: 3:16-cv-00885 (AVC)<br><br><br><br><br><br>November 1, 2016 |

## NOTICE OF APPEARANCE

　　　PLEASE TAKE NOTICE that James D. Flynn hereby appears in this matter on behalf of Defendants Yale University, Angela Gleason and Jason Killheffer, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address below.

　　　　　　　　　　　　　　　　　　THE DEFENDANTS,
　　　　　　　　　　　　　　　　　　YALE UNIVERSITY, ANGELA GLEASON and
　　　　　　　　　　　　　　　　　　JASON KILLHEFFER

　　　　　　　　　　　　　　　　　　By:　/s/  James D. Flynn
　　　　　　　　　　　　　　　　　　　　　James D. Flynn (ct29778)
　　　　　　　　　　　　　　　　　　　　　DONAHUE, DURHAM & NOONAN, P.C.
　　　　　　　　　　　　　　　　　　　　　741 Boston Post Road
　　　　　　　　　　　　　　　　　　　　　Guilford, Connecticut 06437
　　　　　　　　　　　　　　　　　　　　　Tel:  (203) 458-9168
　　　　　　　　　　　　　　　　　　　　　Fax:  (203) 458-4424
　　　　　　　　　　　　　　　　　　　　　Email:  jflynn@ddnctlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 1, 2016, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

     /s/  James D. Flynn
James D. Flynn (ct29778)
DONAHUE, DURHAM & NOONAN, P.C.
741 Boston Post Road
Guilford, Connecticut 06437
Tel:  (203) 458-9168
Fax:  (203) 458-4424
Email:  jflynn@ddnctlaw.com