UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br><br>                    Plaintiff,<br><br>          v.<br><br>YALE UNIVERSITY, ANGELA GLEASON and JASON KILLHEFFER,<br><br>                    Defendants. | Case No.:  3:16-cv-00885 (AVC)<br><br><br><br><br><br><br><br>November 21, 2016 |

**MOTION FOR EXTENTION OF TIME**

   The defendant, Angela Gleason, respectfully moves, pursuant to Rule 7(b) of the Local Civil Rules, for a 14-day extension of time, through and including December 5, 2016, within which to respond and object to Plaintiff Jack Montague's First Request for Production of Documents to Angela Gleason dated October 21, 2016 (the "First Set of Requests").

   Good cause exists to grant this motion because, since service of the plaintiff's First Set of Requests, the plaintiff has filed an amended complaint and a motion for a preliminary injunction, the latter of which the defendants will be responding to today; the undersigned has spent most of the past three weeks trying a case in the Superior Court for the Judicial District of New Haven, on a scheduled vacation, and preparing for a mediation being conducted today; and throughout this period, counsel for the plaintiff and the defendants have been engaged in detailed good faith negotiations concerning the scope of defendants' search for potentially responsive electronically stored information, including that of Ms. Gleason.  The plaintiff's counsel has indicated that the plaintiff does not object to the requested extension.  This is the defendant's first request for an extension of her deadline to respond and object to the plaintiff's First Set of Requests.

WHEREFORE, the defendant respectfully requests that the Court grant this motion for a 14-day extension of time, through and including December 5, 2016, within which to respond and object to the plaintiff's First Set of Requests.

        THE DEFENDANT,
        ANGELA GLEASON

By:  /s/  Patrick M. Noonan
     Patrick M. Noonan (ct00189)
     James D. Flynn (ct29778)
     DONAHUE, DURHAM & NOONAN, P.C.
     741 Boston Post Road
     Guilford, Connecticut 06437
     Tel:  (203) 458-9168
     Fax:  (203) 458-4424
     Email:  pnoonan@ddnctlaw.com
           jflynn@ddnctlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 21, 2016, a copy of foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/  James D. Flynn
James D. Flynn (ct29778)
DONAHUE, DURHAM & NOONAN, P.C.
741 Boston Post Road
Guilford, Connecticut 06437
Tel:  (203) 458-9168
Fax:  (203) 458-4424
Email:  jflynn@ddnctlaw.com

3