UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>YALE UNIVERSITY, ANGELA GLEASON and JASON KILLHEFFER,<br><br>　　　　　　　　　　Defendants. | Case No.:  3:16-cv-00885 (AVC)<br><br><br><br><br><br><br><br>November 21, 2016 |

**DEFENDANTS' MOTION TO BIFURCATE CONSIDERATION OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

The defendants, Yale University, Angela Gleason and Jason Killheffer, respectfully move, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure and Rule 7(a) of the Local Civil Rules, to bifurcate the Court's consideration of Plaintiff's Motion for Preliminary Injunction dated October 31, 2016.  (Doc. No. 31.)

The defendants also request that the Court first rule on the issue of whether the plaintiff has established the critical element of irreparable harm on the papers—including the affidavits and voluminous documentary exhibits submitted by the parties—before unnecessarily expending further resources of the Court and the parties on a multi-day hearing regarding the remaining elements of the plaintiff's motion.  The defendants respectfully submit that this Court should first determine—as a matter of law—that the plaintiff has not demonstrated that he will suffer irreparable harm if the Court denies his motion but ultimately enters judgment in his favor.  If the Court agrees, then the remainder of the motion becomes moot and need not be adjudicated, saving the Court and the parties considerable time, effort and expense.

WHEREFORE, for the reasons stated herein and set forth more particularly in their accompanying memorandum of law, the defendants respectfully request that the Court grant their Motion to Bifurcate Consideration of Plaintiff's Motion for Preliminary Injunction.

                        THE DEFENDANTS,
                        YALE UNIVERSITY, ANGELA GLEASON and
                        JASON KILLHEFFER

By:  /s/  Patrick M. Noonan
      Patrick M. Noonan (ct00189)
      James D. Flynn (ct29778)
      DONAHUE, DURHAM & NOONAN, P.C.
      741 Boston Post Road
      Guilford, Connecticut 06437
      Tel: (203) 458-9168
      Fax: (203) 458-4424
      Email: pnoonan@ddnctlaw.com
             jflynn@ddnctlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 21, 2016, a copy of foregoing Defendants' Motion to Bifurcate Consideration of Plaintiff's Motion for Preliminary Injunction was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ James D. Flynn
James D. Flynn (ct29778)
DONAHUE, DURHAM & NOONAN, P.C.
741 Boston Post Road
Guilford, Connecticut 06437
Tel: (203) 458-9168
Fax: (203) 458-4424
Email: jflynn@ddnctlaw.com