# EXHIBIT A

Dear Committee,

    I am writing in response to the complaint provided by         last week and would like to take this opportunity to apologize to both      and you for the events that occurred on one of the nights in early May. It is difficult for me to discuss them as these actions are completely out of my character. In addition, it is hard for me to comment on this situation, because I do not remember it taking place. I assume that I was under the influence of alcohol that night, as I do not recall this incident. I do not remember what I had to drink that night; I usually drink beer but the occasional whiskey. I do not even know      Again, I am so sorry about the whole situation. After reading the complaint I was completely thrown back because I have never done anything along these lines, even when I have been intoxicated. Therefore, I have nothing to add or change from      complaint because I do not remember it but I apologize for my behavior, as I never meant to hurt or sexually harass her. I hope to learn from this incident in order for it or anything similar to happen again. I am completely ashamed of myself, and I take a full responsibility for my actions that night.

Sincerely,

Jack Montague
Trumbull College Class of 2016