# EXHIBIT B

**From:** Jack Montague [mailto:jack.montague@yale.edu]
**Sent:** Monday, September 21, 2015 11:53 AM
**To:** Miller, Lisa
**Cc:** Besirevic-Regan, Jasmina; Jones, James
**Subject:** Executive Committee Response

Dear members of the Executive Committee Coordinating Group,

I write to apologize for my actions the night of Saturday, September 5, especially for my inappropriate interaction with the New Haven police officers. I feel like I could have complied better with the officers. I was a bit intoxicated having drank about 6-8 drinks throughout the whole night and as a result I did not use my best judgment when dealing with the police officers. I remember everything from that night and was a little disappointed about how the officers treated my friend, ■■■■■■■■■■■■, as I showed up to the scene.

After a night of some drinking at my house, 43 Howe Street I went out to Toad's and to a friend's house once Toads closed at around 2 A.M. As I was leaving my friends house at approximately 3 A.M. and heading back to go to sleep, I witness seeing my friend ■■■ in handcuffs a few minutes later, so I immediately went to see if I could help. As soon as ■■■ saw me arrive, he told me he had done nothing wrong and wanted me to help. He is my best friend at school, so I did not think twice about offering my support. Since I hadn't seen ■■■ in a few hours before this situation I didn't know how much he drank that evening, but I could tell he was intoxicated. I was worried about ■■■ so I asked the officers what ■■■ did. No one responded so I continued to ask until I got the answer, "He was interfering with an investigation." The police officers would not tell me anything about the investigation and they only explained that ■■■ knew why he was being put in handcuffs. This upset me as I saw my friend in distress while being put into the back of a police car. Again, we both could have been better complying with the police, but I feel like they could have cooperated with us better as well. They never let me try and talk to ■■■, nor try and calm him down before he was put in the back of the vehicle. This escalated the situation with ■■■. Once the officers felt like they could talk to me and get some information about ■■■, I was completely cooperative. They told me to walk back away from the situation, which I did and I gave them the information they were looking for (■■■'s name). Once they could identify ■■■, they let him walk back home with me.

I am sorry for not complying with the authority as best as I could, but I knew my rights, and I knew I could talk to the police officers. I truly feel that better communication from both parties could have made the situation better, and it could have sped up the process of everyone going home safe.

My advisor, James Jones, will accompany me and I plan on being in attendance on Wednesday at 1:30.

Best,

Jack Montague