# EXHIBIT C

**From:** Jack Montague
**To:** Beslrevic-Regan, Jasmina
**Subject:** Question
**Date:** Thursday, December 3, 2015 2:47:56 PM

I briefly talked to Mr. Dow yesterday on the phone and I am going to meet with him further on Friday. The first thing he told me was to ask and see if I could get another 5 day extension to respond to the complaint. Do you think that is a reasonable thing to ask?

Thanks

**Subject:** Re: Possible Extension
**Date:** Thursday, December 3, 2015 at 8:08:17 PM Eastern Standard Time
**From:** Jack Montague
**To:** Menon, Alice

Thank you Aley, I appreciate it!

On Thu, Dec 3, 2015 at 7:31 PM, Menon, Alice <aley.menon@yale.edu> wrote:

Dear Jack,

Professor David Post, Chair of the UWC, has approved your request for an extension. Your response is due by 12:00 p.m on Thursday, December 10. Please do let me know if you have any further questions.

Sincerely,

Aley

**Aley Menon**
Secretary
University-Wide Committee on Sexual Misconduct
Office of the Provost – Yale University
55 Whitney Avenue – Suite 260
New Haven, CT 06510
T: 203.432.4441/F: 203-432-9557
E: aley.menon@yale.edu

---

**From:** Jack Montague <jack.montague@yale.edu>
**Date:** Thursday, December 3, 2015 at 3:04 PM
**To:** Aley Menon <aley.menon@yale.edu>
**Subject:** Possible Extension

Hey Aley, I talked to an attorney yesterday about the process, which he has been through before, but he wants to help me before I talk to a fact finder. I am meeting with him soon, but he told me to ask for a short (possible 5 day) extension to respond to the complaint. Is this possible? I hope this finds you well.

Best,
Jack

**From:** Jack Montague
**To:** Besirevic-Regan, Jasmina
**Subject:** Re: Response to Complaint/Dean''s Excuse
**Date:** Wednesday, December 9, 2015 11:48:57 AM

Sounds good. Thanks again Dean B!

On Wed, Dec 9, 2015 at 11:48 AM, Besirevic-Regan, Jasmina <jasmina.besirevic@yale.edu> wrote:

> Dear Jack,
>
> Thanks for the update. The statement looks fine but do run it by Mr. Dow. I hope you were you able to hire him pro bono.
>
> I can extend your paper deadline by a few extra days. Please contact Leah for the form and send it to me electronically.
>
> Best of luck,
>
> Dean B
>
> **From:** Jack Montague [mailto:jack.montague@yale.edu]
> **Sent:** Wednesday, December 09, 2015 11:38 AM
> **To:** Besirevic-Regan, Jasmina <jasmina.besirevic@yale.edu>
> **Subject:** Response to Complaint/Dean's Excuse
>
> Hey Dean B, I just wanted to run a couple of things by you. First, I am going to respond to the complaint today and was wondering what you thought of my response. I got a little help from Mr. Dow the attorney, but just wanted a couple of other opinions.
>
> "I deny the allegations. All intimate interactions between [redacted] and me that occurred more than a year ago were consensual. I am sorry if she does not feel the same way. My intentions were not to disrespect or harm her in any way."
>
> Lastly, I am on the road right now with basketball and I am only on campus for 24 hours

before we leave again for California. I have a paper due Friday at noon that I am doing pretty well on for my American West class, but a few extra days would be very helpful. I am going to try and finish the paper while I'm traveling to USC because I have another paper and two finals when I get back.

Thanks so much for everything, you don't know how helpful you've been through this process.

Best,

Jack Montague