UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

JACK MONTAGUE,
    Plaintiff,

v.

YALE UNIVERSTIY, ANGELA GLEASON,
JASON KILLHEFFER, and OTHERS
UNKNOWN,
    Defendants.

CIVIL ACTION
No. 3:16-cv-00885-AVC

### UNOBJECTED-TO MOTION FOR LEAVE TO FILE CONSOLIDATED PLEADING

Now comes the plaintiff in the above-captioned case and moves this Court for leave to file a consolidated opposition to Defendants' Motion to Bifurcate and reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction. As reasons therefore, plaintiff states:

1. The plaintiff's reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction is due on December 5, 2016.

2. The plaintiff's opposition to Defendants' Motion to Bifurcate is due on December 12, 2016.

3. Defendants' Motion to Bifurcate and their Opposition to Plaintiff's Motion for Preliminary Injunction concern interrelated matters that are more properly addressed in a single pleading. Consequently, plaintiff proposes to file, on December 12, 2016, a consolidated pleading opposing Defendants' motion to bifurcate and replying to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction.

4. Filing that single, consolidated pleading on December 12, 2016, will not delay the proceedings or prejudice either party, since plaintiff's opposition to Defendants' Motion to Bifurcate is due on that date in any event.

5. Finally, the parties have conferred and the defendants do not object to plaintiff filing a consolidated pleading with a deadline of December 12, 2016.

WHEREFORE, Plaintiff respectfully requests that this Court grant his motion to file a consolidated pleading, and his motion to set the time for filing to December 12, 2016.

JACK MONTAGUE,

By his attorneys,

/s/   *Max D. Stern*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Hillary A. Lehmann (BBO #683657) (*pro hac vice*)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777


William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: December 2, 2016

2

## CERTIFICATE OF SERVICE

I, Max D. Stern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 2, 2016.

/s/ *Max D. Stern*