UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

JACK MONTAGUE,
      Plaintiff,

v.

YALE UNIVERSTIY, ANGELA GLEASON,
and JASON KILLHEFFER,
      Defendants.

CIVIL ACTION
No. 3:16-cv-00885

## AFFIDAVIT OF ALEXANDRA H. DEAL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Alexandra H. Deal, having been duly sworn, do hereby state as follows:

1.     I am over eighteen (18) years of age and believe in the obligations of an oath.

2.     I am an attorney licensed to practice in the Commonwealth of Massachusetts; the United States District Court for the District of Massachusetts; and the Court of Appeals for the First Circuit. I have been admitted, *pro hac vice*, to the United States District Court for the District of Connecticut in order to serve as Plaintiff's counsel in the above-captioned matter.

3.     On or about May 13, 2016, my colleague, Max D. Stern, contacted Defendants' counsel, Patrick Noonan, to inquire whether the three of us could meet to discuss a potential settlement of Plaintiff's claims without the need to resort to litigation.

4.     We scheduled the meeting for May 20, 2016, and Attorney Stern and I traveled to Attorney Noonan's offices in Connecticut that day.

5.     Attorney Noonan pledged to speak with the relevant parties and call us back when he had more information.

6.      Attorney Noonan and I spoke periodically over the course of the next two weeks, but the person with ultimate settlement authority was unreachable during that time period.

7.      On June 8, 2016, Attorney Noonan called me to inform me that he still had not been able to reach the appropriate person. I then informed him that my client had decided to proceed with a lawsuit.

8.      Plaintiff filed the Complaint in the instant matter the following day.


I declare under penalty of perjury that the foregoing is true and correct.


_____  12.9.16

Alexandra H. Deal