# Admissions Requirements and Statistics Chart

| College or University | Credits required to Graduate | Credits transferrable | Credits required to be earned at this school | Backup documentation for Credits issue | Application requires Disclosure of Prior Discipline | Backup documentation for Prior Discipline issue or Certificate of Good Standing | Transfer Applications Received/ Accepted/ 2012 Stats |
|---|---|---|---|---|---|---|---|
| **NYU** | 128 | 64 | 64 | Yes | Application requires disclosure of prior discipline. NYU subscribes to The Common Data Set and requires that a transferring student provide a certification that the student is in good standing at his/her home institution. | Yes | Applications: 6,067 Accepted: 1,457 (24.02%) |
| **University of Tennessee** | 60 | 30 | 30 (Last 30 hours) | Yes | Any transfer applicant who has been academically suspended or dismissed by the last institution they attended will not be considered for admission. The University of Tennessee does not subscribe to the Common Data Set. | Yes | There are 1,227 transfer students out of a population of 19,591 FT undergraduate students. The transfer student ratio is 6.265%. |

# Admissions Requirements and Statistics Chart

| College or University | Credits required to Graduate | Credits transferrable | Credits required to be earned at this school | Backup documentation for Credits issue | Application requires Disclosure of Prior Discipline | Backup documentation for Prior Discipline issue or Certificate of Good Standing | Transfer Applications Received/ Accepted/ 2012 Stats |
|---|---|---|---|---|---|---|---|
| **Brown University** | 30 courses | 15 courses | 15 courses 4 semesters | Yes | Prior disciplinary action against a transferring student will not automatically disqualify a student from admission. However, Brown does ask for an explanation, so that they can better understand the circumstances and the student's perceptions of any such disciplinary action.<br><br>Brown subscribes to The Common Data Set and requires that a transferring student provide a certification that the student is in good standing at his/her home institution. | Yes | Applications: 1,750 Accepted: 98 (5.60%) |

## Admissions Requirements and Statistics Chart

| College or University | Credits required to Graduate | Credits transferrable | Credits required to be earned at this school | Backup documentation for Credits issue | Application requires Disclosure of Prior Discipline | Backup documentation for Prior Discipline issue or Certificate of Good Standing | Transfer Applications Received/ Accepted/ 2012 Stats |
|---|---|---|---|---|---|---|---|
| **Cornell University** | 120 credits | 20 | 100 | Yes | As part of its Admission Requirements, Cornell requires a "College Report", which must be completed by a dean, registrar, advisor, or other college official who has access to the transferring student's academic and disciplinary records. The form should be filled out as completely as possible by the official; the sections regarding academic standing and disciplinary record are required.<br><br>Cornell subscribes to The Common Data Set and requires that a transferring student provide a certification that the student is in good standing at his/her home institution. | Yes | Applied: 3,579 Accepted: 737 (20.59%) |

## Admissions Requirements and Statistics Chart

| College or University | Credits required to Graduate | Credits transferrable | Credits required to be earned at this school | Backup documentation for Credits issue | Application requires Disclosure of Prior Discipline | Backup documentation for Prior Discipline issue or Certificate of Good Standing | Transfer Applications Received/ Accepted/ 2012 Stats |
|---|---|---|---|---|---|---|---|
| **Dartmouth College** | 35 credits | 17 courses | 18 | Yes | One of the required documents for a transfer applicant is a College Official's Report.  This report must be completed by a dean or other college official who has access to the student's disciplinary record and academic record.  The primary purpose of this report is to confirm that the student is or has been a student in good standing.<br><br>Dartmouth subscribes to The Common Data Set and requires that a transferring student provide a certification that the student is in good standing at his/her home institution. | Yes | Applied: 799 Accepted: 30 (3.75%) |

# Admissions Requirements and Statistics Chart

| College or University | Credits required to Graduate | Credits transferrable | Credits required to be earned at this school | Backup documentation for Credits issue | Application requires Disclosure of Prior Discipline | Backup documentation for Prior Discipline issue or Certificate of Good Standing | Transfer Applications Received/ Accepted/ 2012 Stats |
|---|---|---|---|---|---|---|---|
| **Harvard University** | 32 semester long courses | 16 semester long credits | 16 | Yes | One of the requirements for transfer to Harvard is that the applicant not have completed more than two years total in college. Transferees must complete at least two full years of study at Harvard. Harvard also requires a College (or Registrar's) Report to be filed with the application. Two of the questions on this report are: **"Is this applicant in good academic standing and eligible to return to your college/university?"** and **"Has the applicant ever been placed on probation, suspended, removed, dismissed or expelled from your school?"** Harvard subscribes to The Common Data Set and requires that a transferring student provide a certification that the student is in good standing at his/her home institution. | Yes | Applied: 1,448 Accepted: 15 (1.04%) |

# Admissions Requirements and Statistics Chart

| College or University | Credits required to Graduate | Credits transferrable | Credits required to be earned at this school | Backup documentation for Credits issue | Application requires Disclosure of Prior Discipline | Backup documentation for Prior Discipline issue or Certificate of Good Standing | Transfer Applications Received/ Accepted/ 2012 Stats |
|---|---|---|---|---|---|---|---|
| **University of Pennsylvania** | 32 – 36, depending on major | Evaluated on a case by case basis. UPenn will not pre-evaluate transfer credit prior to acceptance. UPenn will send each accepted applicant a preliminary evaluation that predicts which classes will transfer, however that is not guaranteed. Courses will transfer if they are similar in content, credit hours, and passed with a C or better. | Determined after admission to UPenn. Half of all courses counted toward graduation must be completed at UPenn. | Yes | UPenn uses The Common Application as its application form. Included in the application is a College Report. An academic advisor or college official who has access to the transferee's record and can tell UPenn that the applicant is in good academic standing should fill out the form. UPenn subscribes to The Common Data Set and requires that a transferring student provide a certification that the student is in good standing at his/her home institution. | Yes | Applied: 2096 Accepted: 197 (9.40%) |
| **Princeton University** | 31 – 36 courses | 3 – 4 courses | 31 courses: 27 – 28 36 courses: 32 - 33 | Yes | Princeton subscribes to The Common Data Set. Section D indicates that Princeton does not accept transfer students. | Yes | Princeton does not accept transfer students |

# Admissions Requirements and Statistics Chart

| College or University | Credits required to Graduate | Credits transferrable | Credits required to be earned at this school | Backup documentation for Credits issue | Application requires Disclosure of Prior Discipline | Backup documentation for Prior Discipline issue or Certificate of Good Standing | Transfer Applications Received/ Accepted/ 2012 Stats |
|---|---|---|---|---|---|---|---|
| **Yale University** | 36<br><br>Most semester-long courses in Yale College are worth one Yale course credit. Generally speaking, a Yale course credit is the same as three or four credit hours or four and one- half quarter hours. | 18 course credits<br><br>Yale will not perform credit evaluations prior to admission. The Dean's Office evaluates each applicant's transferable credits after an applicant is offered admission. The Dean's Office will issue an official credit evaluation after receiving an admitted student's final transcript. | 18<br><br>Must be enrolled at Yale for a minimum of 2 years. | Yes | Yale uses The Common Application as its application form. Included in the application is a College Report. The College Report should be completed by a college official who has access to the transferee's full academic and disciplinary record, such as a Dean, Adviser or Registrar.<br><br>Yale subscribes to The Common Data Set and requires that a transferring student provide a certification that the student is in good standing at his/her home institution. | Yes | Applied: 970<br>Accepted: 26<br>(2.68%) |