UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>     Plaintiff,<br><br>v.<br><br>YALE UNIVERSTIY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>     Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND AND OBJECT TO DEFENDANT'S INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF**

The plaintiff, Jack Montague, respectfully moves, pursuant to Rule 7(b) of the Local Civil Rules, for a 21-day extension of time, through and including January 13, 2017, within which to respond and object to Defendant's Interrogatories and Requests for Production to Plaintiff (the "Discovery Requests"). As reasons therefore, Plaintiff states:

1. Defendants' counsel has indicated that Defendants agree to the requested extension.

2. This is Plaintiff's first request for an extension of his deadline to respond and object to the Defendant's Discovery Requests.

3. Good cause exists to grant this motion because, the day prior to service of the Discovery Requests, Defendants filed an Opposition to Plaintiff's Motion for Preliminary Injunction and a Motion to Bifurcate, to which Plaintiff needed to prepare a response. Since service of the Discovery Requests, Plaintiff has filed a Motion for Leave to File Consolidated Pleading and Plaintiff's Consolidated Opposition to Defendants' Motion to Bifurcate

Consideration of Plaintiff's Motion for Preliminary Injunction and Reply to Defendants' Opposition to Motion for Preliminary Injunction. As well, both parties are actively engaged in good faith discussions concerning the sequence of discovery in this matter.

    WHEREFORE, Plaintiff respectfully requests that the Court grant this motion for a 21-days extension of time, through and including January 13, 2017, within which to respond and object to Defendant's Discovery Requests.

                  JACK MONTAGUE,

                  By his attorneys,

                  /s/ *Hillary A. Lehmann*
                  Max D. Stern (BBO #479560) (*pro hac vice*)
                  mstern@toddweld.com
                  Alexandra H. Deal (BBO #660654) (*pro hac vice*)
                  adeal@toddweld.com
                  Hillary A. Lehmann (BBO #683657) (*pro hac vice*)
                  hlehmann@toddweld.com
                  TODD & WELD LLP
                  One Federal St., 27th Floor
                  Boston, MA 01880
                  Tel. (617) 720-2626
                  Fax (617) 227-5777

                  William F. Dow III (ct00161)
                  JACOBS & DOW, LLC
                  350 Orange Street
                  New Haven, CT 06511
                  wdow@jacobslaw.com
                  Tel. (203) 772-3100
                  Fax (203) 772-1691

Dated: December 22, 2016

**CERTIFICATE OF SERVICE**

I, Hillary A. Lehmann, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 22, 2016.

/s/ *Hillary A. Lehmann*