UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>        Plaintiff,<br><br>v.<br><br>YALE UNIVERSTIY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>        Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND THE PLEADINGS**

The plaintiff, Jack Montague, respectfully moves, pursuant to Rule 7(b) of the Local Civil Rules, for a 7-day extension of time, through and including January 10, 2017, within which the parties may amend the pleadings. As reasons therefore, Plaintiff states:

1.  The Court's September 13, 2016 Scheduling Order states that the parties have until January 2, 2017 to amend the pleadings. January 2, 2017 is a legal holiday and, thus, pursuant to Federal Rule of Civil Procedure 6(a), the effective deadline to amend the pleadings is January 3, 2017.

2.  On October 31, 2016, Plaintiff filed a Motion For Leave To Amend The Complaint (Document #30). The Court has not yet ruled on this motion. Plaintiff now seeks a one-week extension of the deadline by which the parties may amend the pleadings so that Plaintiff may file a subsequent motion for leave to amend the Complaint and simultaneously withdraw the pending Motion For Leave to Amend The Complaint.

3.  Good cause exists to grant this motion because Plaintiff has recently learned facts during the course of discovery which necessitate amending the Complaint. On December 8,

2016, Defendants provided documents to Plaintiff in response to Plaintiff's document requests and on December 13, 2016, counsel for Plaintiff took the deposition of Defendant Angela Gleason.  Plaintiff has discovered facts from the documents provided by Defendants and the deposition of Defendant Gleason which require him to amend the complaint.  Due to a delay in receiving the transcript of Defendant Gleason's deposition, Plaintiff needs an additional week to prepare an amended complaint and to file a corresponding motion for leave to amend the complaint.

     4.    Defendants' counsel has indicated that Defendants agree to the requested extension.

     5.    This is Plaintiff's first request for an extension of the deadline to amend the pleadings.

     WHEREFORE, Plaintiff respectfully requests that the Court grant this motion for a 7-day extension of time, through and including January 10, 2017, within which the parties may amend the pleadings.

JACK MONTAGUE,

By his attorneys,

/s/ *Hillary A. Lehmann*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Hillary A. Lehmann (BBO #683657) (*pro hac vice*)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: December 30, 2016

**CERTIFICATE OF SERVICE**

I, Hillary A. Lehmann, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 30, 2016.

/s/ *Hillary A. Lehmann*

3