UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ET AL<br>Defendants. | : <br>: <br>: Civil Action No. 3:16-CV-00885<br>:                    (AVC)<br>: <br>: <br>: JANUARY 5, 2017<br>: |

## CONSENT MOTION FOR REFERRAL TO MAGISTRATE THOMAS SMITH

The plaintiff, through his undersigned counsel, and with the concurrence of counsel for the defendants, Patrick Noonan, Esquire, respectfully requests that this matter be referred to Magistrate Thomas Smith to address scheduling and related issues. With respect to available dates, the following are preferred but, of course, counsel will coordinate with the Court to accommodate Magistrate Smith's schedule:

January 10, 2017

January 24, 2017          2:00 p.m. or after

January 25, 2017

January 27, 2017

February 1, 2017          2:00 p.m. or after

February 2, 2017

February 3, 2017

1

The parties represent that they are in agreement with the requested referral and represent that it is in the best interest of justice that the referral be made and the issues addressed.

RESPECTFULLY SUBMITTED

THE PLAINTIFF,
JACK MONTAGUE

By:_____/s/_____
William F. Dow, III
Jacobs & Dow, LLC
350 Orange Street
New Haven, CT 06511
Telephone: (203) 772-3100
Facsimile: (203) 772-1691
Federal Juris No.: ct00161
Email wdow@jacobslaw.com

By:_____/s/_____
Max D. Stern
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
Telephone: 617-720-2626
Facsimile: 617-227-5777
Email: mdstern@toddweld.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 5th 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/
                                      William F. Dow, III
                                      Jacobs & Dow, LLC
                                      350 Orange Street
                                      New Haven, Connecticut 06511
                                      Telephone: (203) 772-3100
                                      Facsimile: (203) 772-1691
                                      Federal Juris No.: ct00161
                                      Email wdow@jacobslaw.com