UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

JACK MONTAGUE,
    Plaintiff,

v.

YALE UNIVERSTIY, ANGELA GLEASON, JASON KILLHEFFER, and OTHERS UNKNOWN,
    Defendants.

CIVIL ACTION
No. 3:16-cv-00885

**MOTION TO WITHDRAW FIRST MOTION TO AMEND COMPLAINT (ECF NO. 30) AND UNOBJECTED-TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Now comes the plaintiff in the above-captioned case and moves 1) to withdraw his first motion to amend complaint, filed with this Court on October 31, 2016 (ECF No. 30), and 2) for leave to amend the complaint pursuant to Fed. R. Civ. P. 15.[1]  As reasons therefore, plaintiff states:

1. On October 31, 2016, plaintiff filed a motion for leave to amend the complaint and attached, to that motion, the proposed Amended Complaint (ECF No. 30). The Court has not yet ruled upon that motion to amend.

2. Since October 31, 2016, plaintiff has conducted additional discovery and, through that process, has learned facts that warrant additional amendments to the complaint.

3. Consequently, because plaintiff's first motion has not yet been acted upon, and because this Court has allowed the parties until January 10, 2017, to amend pleadings (*see* ECF No. 43), plaintiff moves to withdraw the October 31, 2016 motion and proposed

---

[1] A copy of the Amended Complaint is attached hereto as **Exhibit 1**.

Amended Complaint and to replace it with the instant motion and attached proposed Amended Complaint.

4. This motion falls within the deadline for amending pleadings.

5. Amending the complaint at this early juncture will not prejudice either party or result in any substantial delays in the progression of the case.

6. The parties have conferred and the defendants do not object to filing of the attached Amended Complaint.

WHEREFORE, plaintiff respectfully requests that this Court grant his motion to withdraw his first motion to amend, and grant the instant motion to amend.

JACK MONTAGUE,

By his attorneys,

/s/  *Max D. Stern*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Hillary A. Lehmann (BBO #683657) (*pro hac vice*)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: January 9, 2017

2