UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | JANUARY 11, 2017 |

**MOTION TO SEAL**

Pursuant to Rule 5(e) of the Local Rules of Civil Procedure for the District Court for the District of Connecticut, the defendants hereby move to file under seal the Affidavit of Colleen Davis ("Affidavit"). The Affidavit, which supports the defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction, contains information protected from disclosure by the Federal Educational and Privacy Rights Act. The accompanying memorandum of law supports this motion.

                                                    THE DEFENDANTS

                                                    BY:___/s/ Patrick M. Noonan (#ct00189)__
                                                            Patrick M. Noonan
                                                            Colleen Noonan Davis (#ct27773)
                                                             Donahue, Durham & Noonan, P.C.
                                                             741 Boston Post Road
                                                              Guilford, CT 06437
                                                             (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                        _____/s/_____
                                                                 Patrick M. Noonan