UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br><br>                Plaintiff,<br><br>     v.<br><br>YALE UNIVERSITY, et al.,<br><br>                Defendants. | Case No.:  3:16-cv-00885 (AVC)<br><br><br><br><br><br>January 11, 2017 |

**CONSENT MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF**

      The defendants respectfully move this Court for permission to file a memorandum that exceeds the numerical page limitations set forth in Rule 7 of the Local Civil Rules in response to Plaintiff's Consolidated Opposition to Defendants' Motion to Bifurcate Consideration of Plaintiff's Motion for Preliminary Injunction and Reply to Defendants' Opposition to Motion for Preliminary Injunction dated December 9, 2016 (Doc. No. 40).

      On December 6, 2016, this Court granted the plaintiff's Unobjected-To Motion for Leave to File Consolidated Pleading (Doc. No. 38).  On December 9, 2016, the plaintiff filed his Consolidated Opposition brief, which addressed both the defendants' Motion to Bifurcate and also the defendants opening Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction.  (See Doc. No. 40.)  The defendants seek permission to follow suit by filing a 46-page memorandum (exclusive of two pages for counsel's signature block and certificate of service) that addresses the entirety of the plaintiff's Consolidated Opposition brief, rather than two separate memoranda regarding the defendants' Motion to Bifurcate and the plaintiff's Motion for Preliminary Injunction, which, if separated, would otherwise fall within the page limitations set forth in Rules 7(a) and (d) of the Local Civil Rules (40 pages and 10 pages).

The defendants' proposed memorandum, with exhibits, is being filed contemporaneously.

Defense counsel has conferred with plaintiff's counsel and plaintiff's counsel has stated that he does not object to the granting of this motion.

WHEREFORE, the defendants respectfully request this Court's leave to file their 46-page memorandum in response to the plaintiff's Consolidated Opposition brief.

>THE DEFENDANTS,
>YALE UNIVERSITY, ANGELA GLEASON and
>JASON KILLHEFFER
>
>By:  /s/  Patrick M. Noonan
>  Patrick M. Noonan (ct00189)
>  James D. Flynn (ct29778)
>  DONAHUE, DURHAM & NOONAN, P.C.
>  741 Boston Post Road
>  Guilford, Connecticut 06437
>  Tel:  (203) 458-9168
>  Fax:  (203) 458-4424
>  Email: pnoonan@ddnctlaw.com
>    jflynn@ddnctlaw.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 11, 2017, a copy of foregoing Consent Motion for Leave to File Over-Length Brief was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/  James D. Flynn
James D. Flynn (ct29778)
DONAHUE, DURHAM & NOONAN, P.C.
741 Boston Post Road
Guilford, Connecticut 06437
Tel:  (203) 458-9168
Fax:  (203) 458-4424
Email:  jflynn@ddnctlaw.com

3