# EXHIBIT H

# Yale College

OFFICE OF THE DEAN

PO Box 208241
New Haven CT 06520-8241
T 203 432-2900
F 203 432-7369

location
1 Prospect Street
New Haven CT 06511

CONFIDENTIAL

September 18, 2015

Jack Montague TC '16
c/o Trumbull College Dean's Office

Dear Mr. Montague,

I write on behalf of the Yale College Executive Committee. Ronnell A. Higgins, Chief of Police, has submitted to the Executive Committee the enclosed complaint dated Sunday, September 6, 2015, alleging that your conduct may have violated the following section[s] of the *Undergraduate Regulations*: "Defiance of Authority" (Chapter General Conduct & Discipline, Section H). The Committee's Coordinating Group (consisting of Professor Ruth Blake, Chair; Professor Andrew Papachristos, Factfinder; and me) has reviewed the complaint and has directed me to send you this official notification. You should understand that the allegation, if substantiated, may warrant disciplinary sanctions.

The purpose of this letter is not only to inform you of the charge but also to provide you with a description of the procedures that will be followed in considering the complaint, including your rights and responsibilities with regard to the procedure. The procedure is described in detail in the *Undergraduate Regulations*, which you will find online at http://yalecollege.yale.edu/campus-life/undergraduate-regulations. You have an important role to play in this process. Please read the information in the website above and the enclosed materials carefully and discuss them with your residential college dean or with any other member of the Yale administration or faculty whom you select as your adviser. If you have any questions about the procedures that your residential college dean or adviser cannot answer, you may contact me.

You must decide whether you wish to have a hearing of the complaint before the full Executive Committee (if you are contesting the charge), or a disposition without a formal hearing (if you agree that the charge is valid).

If you choose a disposition without a formal hearing (a Disposition), you should understand that such a request will be considered as your admission to the validity of the complaint. In order to make this choice, you will need to complete the enclosed form and submit it as indicated. You may also submit a written

September 18, 2015
Jack Montague TC '16
Page 2

statement to the Coordinating Group by 12:00 noon two days before your hearing. If you elect a Disposition, it will take place before the Coordinating Group on Wednesday, September 23, 2015 at 1:30 p.m. in Room 410 SSS. The enclosed request form, together with any written statement you may choose to make concerning the complaint, should be submitted to Ms. Miller in 102 SSS or sent by email to lisa.miller@yale.edu no later than 12:00 noon on Monday, September 21, 2015.

If you do not admit the validity of the charge, please contact me in order to confirm that you wish to proceed with a formal hearing, to establish a date for your hearing, and to schedule a meeting with the Factfinder. You will need to make an appointment with the Factfinder, Andrew Papachristos, as soon as possible, so that he may gather further information for the purpose of your formal hearing before the Executive Committee. I enclose for your reference a list of the current membership of the Executive Committee. Again, if you have any questions about either process described above, or you plan to proceed to a formal hearing, please contact me at 432-9072.

Sincerely,

*Pamela George*

Pamela Y. George
Assistant Dean of Academic Affairs
Secretary, Yale College Executive Committee

Enclosures

cc:   Margaret Clark, Master of TC
      Jasmina Besirevic Regan, Dean of TC
      Jonathan Holloway, Dean of Yale College
      Ronnell A. Higgins, Chief of Police
      Coordinating Group
      Executive Committee File

| | | |
|---|---|---|
| Agency Name: Yale University Police Department | INCIDENT/INVESTIGATION REPORT | Case# 201502623 |
| ORI: CT005049E | | Date/Time Reported: 09/06/2015 03:02 Sun |
| | | Last Known Secure: 09/06/2015 03:02 Sun |
| | | At Found: 09/06/2015 03:02 Sun |

**INCIDENT DATA**

Location of Incident: 432 Crown St/howe St, New Haven CT 06511-
Premise Type:
Zone/Tract:

#1 Crime Incident(s): Yupd Assist Other Pd 077 (Com)
Weapon/Tools: None
Entry: / Exit: Security: Activity: N

#2 Crime Incident: ( )
Weapon/Tools:
Entry: Exit: Security: Activity:

#3 Crime Incident: ( )
Weapon/Tools:
Entry: Exit: Security: Activity:

MO:

**VICTIM**

# of Victims: 0   Type:   Injury:

V1 Victim/Business Name (Last, First, Middle):
Victim of Crime #: | DOB/Age: | Race: | Sex: | Relationship To Offender: | Resident Status: | Military Branch/Status:

Home Address:   Home Phone:
Employer Name/Address:   Business Phone:   Mobile Phone:

VYR | Make | Model | Style | Color | Lic/Lis | VIN

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:
Code: OT   Name (Last, First, Middle):
Victim of Crime #: | DOB/Age: | Race: W | Sex: M | Relationship To Offender: | Resident Status: Resident | Military Branch/Status:
Home Address: 19 Tower Pky New Haven, CT 06511   Home Phone:
Employer Name/Address: ES2016 (STUDENT)   Business Phone:   Mobile Phone:

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:
Code: OT   Name (Last, First, Middle):
Victim of Crime #: | DOB/Age: | Race: W | Sex: F | Relationship To Offender: | Resident Status: Non-Residen | Military Branch/Status:
Home Address: 275 Mt Carmel Ave Hamden, CT   Home Phone: 781-724-1797
Employer Name/Address: Quinnipiac University (STUDENT)   Business Phone:   Mobile Phone:

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit/Forged   4 = Damaged/Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID#: REDDINGTON, C. (073)
Invest ID#: (0)
Supervisor: DECRESCENZO, F. (318)

Status: Complainant Signature:
Case Status: Closed/cleared (case Dispo) 09/06/2015
Case Disposition: Not Applicable 09/06/2015
Page 1

Sys#: 661721   09/06/2015 07:44:10

## Incident Report Additional Name List

Yale University Police Department

OCA: 201502623

Additional Name List                                Page 3

| NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 1) OT 3 | | | 12/17/1968 | 46 | B | M |
| Address | 130 C Lexington Ave, New Haven | | H: 917-407-3437 | | | |
| Empl/Addr | | | B: | | | |
| | | | Mobile #: | | | |
| 2) OT 4 | MONTAGUE, JACK | | | | W | M |
| Address | 241 Elm Street, New Haven, CT | | H: | | | |
| Empl/Addr | Tc2016 | | B: | | | |
| | | | Mobile #: | | | |

## INCIDENT/INVESTIGATION REPORT
Page 3

09/06/2015 07:44

Yale University Police Department

Case# 2015-02623

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
DECRESCENZO, F. (318)

Suspect Hate / Bias Motivated:

---

## INCIDENT/INVESTIGATION REPORT
Yale University Police Department

Narr. (cont.) OCA: 2015-02623

Page 3

NARRATIVE

| REPORTING OFFICER NARRATIVE | | OCA |
|---|---|---|
| Yale University Police Department | | 2015-02623 |
| Victim | Offense<br>YUPD ASSIST OTHER PD | Date / Time Reported<br>Sun 09/06/2015 03:02 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 09/06/2015 at 0302 hours, I was pulling into the Power Gas Station, 49 Howe Street, to get fuel when I saw ▓▓▓▓▓ walking south on the Howe Street sidewalk near Crown Street. ▓▓▓▓ was stumbling and unable to stand up straight. ▓▓▓▓ was closely followed by NHPD Officers Billingslea and Mastroianni. Directly behind the NHPD officers was ▓▓▓▓▓▓▓▓. ▓▓▓▓ was yelling at the NHPD officers and not allowing them to check on ▓▓▓▓'s well being. The NHPD officers did not pull a case number for the incident.

I stopped to assist with the situation. ▓▓▓▓ was screaming at the officers that they had no right to stop ▓▓▓▓. He said they were going back to his house. I asked ▓▓▓▓ how he knew ▓▓▓▓ and he said they met earlier in the evening. ▓▓▓▓ did not know her name. ▓▓▓▓ continually screamed at me and the other officers to leave her alone so they could go back to his house.

Officer Lowery arrived on scene to assist.

Officer Lowery and I began speaking with ▓▓▓▓ while NHPD Officers Billingslea and Mastroianni were speaking with ▓▓▓▓.

▓▓▓▓ screamed throughout the entire incident. ▓▓▓▓ also had his cellphone near my face the entire time. ▓▓▓▓ refused to tell me his name and would only tell me that he was a Yale Law School student and would graduate in 2018. ▓▓▓▓ asked why he was being detained and I told him that he was not detained, he was free to go but could not interfere with the New Haven Officers.

▓▓▓▓ again attempted to interfere with NHPD's investigation of ▓▓▓▓. I then told him he was being detained for interfering with an emergency call. I placed ▓▓▓▓ in handcuffs behind his back, checked for proper fit and double locked them for safety. I then conducted a patdown on ▓▓▓▓ and placed him in the rear of Yale Police vehicle 586. I activated the camera inside the vehicle at that time. The video was tagged and saved inside the vehicle. I placed ▓▓▓▓'s cellphone on the roof of the vehicle and allowed it to continue recording. ▓▓▓▓ continued to yell at me and the other officers, saying that we did not know our jobs and that his video would be uploaded to Fox news in the morning.

I called dispatched and requested a supervisor to come to the scene. Sergeant DeCrescenzo arrived on scene. Sergeant DeCrescenzo's body camera recorded the rest of the incident.

While ▓▓▓▓ was being escorted to the vehicle, Jack Montague (TC2016), arrived on scene inquiring about his friend ▓▓▓▓. Montague asked about the situation. I told him that ▓▓▓▓ was being detained and that he needed to back away from the incident until we were finished. Montague did not listen, and became argumentative with us. Montague began recording the incident on his cell phone and got all of the involved officers names and badge numbers. While still in the mist of the investigation Montague continued to encroach on the officers while they were speaking with ▓▓▓▓ and each other. He was asked by many people to please back away. He would back away then immediately come forward again, arguing with the officers.

NHPD released ▓▓▓▓ to her friend ▓▓▓▓▓▓ and they left the scene.

NHPD did not want to pursue any charges against ▓▓▓▓. ▓▓▓▓ was still yelling from inside the vehicle. ▓▓▓▓ stayed inside the vehicle until he calmed down. Montague calmed down himself eventually and was then able to calm ▓▓▓▓ down. They were released from the scene.

▓▓▓▓ and Montague refused to give any information about who they were. We did know their names and under further investigation found out who they were and what colleges they belonged to at Yale. ▓▓▓▓ was not a law

| Reporting Officer: REDDINGTON, C.<br>09/06/2015 07:44 | Page 4 |
|---|---|

| REPORTING OFFICER NARRATIVE | | OCA |
|---|---|---|
| Yale University Police Department | | 2015-02623 |
| Victim | Offense<br>YUPD ASSIST OTHER PD | Date / Time Reported<br>Sun 09/06/2015 03:02 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

student but an underclassman at ███████, and Montague was an underclassman at Trumbull. Both are on the basketball team. Sgt. DeCrescenzo emailed both students deans of the incident.