# EXHIBIT K

Wednesday, December 9, 2015 at 5:40:54 PM Eastern Standard Time

**Subject:** Response to UWC Complaint
**Date:** Wednesday, December 9, 2015 at 5:39:35 PM Eastern Standard Time
**From:** Jack Montague
**To:** Menon, Alice

I deny the allegations. All intimate interactions between ⬛ and me that occurred more than a year ago were consensual. I am sorry if she does not feel the same way. My intentions were not to disrespect or harm her in any way.

Sincerely,
Jack Montague