# EXHIBIT L

# Yale University

UNIVERSITY-WIDE COMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208250
New Haven CT 06520-8250
T 203 432-4449
F 203 432-9957

*courier*
55 Whitney Avenue, Suite 260
New Haven CT 06510

CONFIDENTIAL

January 15, 2016

<u>Delivered by Electronic Mail</u>

Jack Montague (TC '16)
jack.montague@yale.edu

Dear Jack Montague,

I write to provide you with the attached report and exhibits prepared by the fact-finder in the case brought against you to the University-Wide Committee on Sexual Misconduct on November 18, 2015 by Jason Killheffer, in his capacity as Senior Deputy Title IX Coordinator, on behalf of                     .  I also write to provide you with information regarding the hearing in your case.

The hearing is scheduled to take place on Thursday, January 21, 2016, at the Greenberg Conference Center, 391 Prospect Street.  Please plan to arrive promptly at 8:50 a.m.  Should the hearing last beyond 12:00 p.m., lunch will be provided. Kindly notify Lani Danilowitz, at lani.danilowitz@yale.edu, if you have any dietary preferences.

The following is a list of the five UWC members who will serve on the panel in your case:

Sarah Demers, Associate Professor, Physics
Eileen Donahue, Director of Planned Giving, Office of Development
Kimberly Harris, Postdoctoral Fellow, Molecular, Cellular & Developmental Biology
John Mayes, Associate Vice President and Chief Procurement Officer
David Post, Professor, Ecology and Evolutionary Biology (chair)

In accordance with UWC procedures, the decision-maker in the case will be Professor Jonathan Holloway, Dean of Yale College.

Each party's list of witnesses, if any, and the subject of their testimony must be submitted to me at least three days before the hearing, i.e., by 9:00 a.m. on Monday, January 18, 2016.  Normally, the panel will call a witness only if they can offer potentially relevant information that was not conveyed to the fact-finder.  At the hearing, parties will have an opportunity to make an initial statement and may use that time to respond to the fact-finder's report.  If you wish to provide the panel

Jack Montague
January 15, 2016
Page 2

with a written copy of your opening statement, please send it to me via e-mail by 9:00 a.m. on Wednesday, January 20.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

*Aley K. Menon.*

Aley K. Menon
*Secretary, University-Wide Committee on Sexual Misconduct*

Encl:   Fact-Finder's Report and Exhibits

cc:   James Jones, Adviser
        David Post, UWC Chair
        UWC File