# EXHIBIT N

# Yale University

UNIVERSITY-WIDE COMMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208365
New Haven CT 06520-8365
T 203 432-4441
F 203 432-9957

*courier*
1 Hillhouse Avenue
New Haven CT 06511

CONFIDENTIAL

February 1, 2016

Delivered by Electronic Mail

Jack Montague (TC '16)
jack.montague@yale.edu

Dear Jack Montague,

I write regarding the formal complaint brought against you to the University-Wide Committee on Sexual Misconduct by Jason Killheffer, in his capacity as Yale's Senior Deputy Title IX Coordinator, on behalf of                               . As you know, the complaint was filed on November 18, 2015, the fact-finder's report and exhibits were provided on January 15, 2016, and a hearing in this matter was held on January 21, 2016.

Attached is the panel's report, setting out its findings of fact and its conclusion as to whether those facts constitute a violation of University policy.  I will provide a copy of the panel's report to Jason Killheffer and                with your disciplinary history redacted, and a full copy of the panel's report to Dean Jonathan Holloway, who is the decision maker in this case.

You may respond to the panel's report.  Your response addressed to Dean Holloway is due to me three days from today, i.e., by 5:00 p.m. on Thursday, February 4, 2016. Your response, if any, will be provided to the Jason Killheffer and                .

Dean Holloway is expected to render his decision by 12:00 p.m. on Monday, February 8, 2016.  Please see Section 7.5 of the UWC Procedures for further information about the relevant time periods for this stage of the process.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

*Aley K. Menon*

Aley K. Menon
*Secretary, University-Wide Committee on Sexual Misconduct*

Encl:    Panel's Report

cc:      James Jones, Adviser
         David Post, UWC Chair
         UWC File