# EXHIBIT P

# NEW HAVEN REGISTER

## Yale

# Storm brews on Yale campus following departure of ex-basketball captain



Yale basketball players wearing shirts in support of their teammate Jack Montague. Ray Curren - For the Register

By Chip Malafronte, New Haven Register

Posted: 03/03/16, 10:44 PM EST | Updated: on 03/04/2016

12 Comments

NEW HAVEN >> The Yale men's basketball team is scheduled to play what amounts to its biggest games in a half-century this weekend. But a brewing controversy has diverted attention away from a potential Ivy League championship.

The team's decision to wear T-shirts supporting captain Jack Montague prior to last Friday's game with Harvard sparked protest at Yale this week. Posters appeared at several locations

around campus Monday, according to the Yale Daily News, imploring the basketball team to "Stop supporting a rapist."

There is no record of an arrest or court hearing involving Montague on file with the Connecticut judicial branch. No official reason for Montague's departure has been made public.

Justin Sears, a senior forward, said the team removed most of the posters found Monday, according to the Yale Daily News. More with the same message were displayed inside a lecture hall classroom, the Yale Daily News reported Thursday.

The academic status of Montague, a senior guard from Brentwood, Tennessee, was officially switched to "withdrawn" on Feb. 10, according to the Yale Daily News. The university and basketball team steadfastly declined to offer specifics as to why the Bulldogs' captain departed.

Requests for comment from Yale's sports publicity department Thursday were referred to the school's office of public affairs.

Tom Conroy, Yale's press secretary, responded through email that, "No, the university would not comment on any inquiry about whether a student was disciplined. In accordance with federal law on the privacy of student records (the Family Educational Rights and Privacy Act (FERPA)), Yale policy is to not release identifiable information from a student's educational record to the public, unless a student requests that the information be disclosed."

Montague's father, Jim Montague, told the Register he's been advised not to comment.

"We have strict orders from our lawyers," said Jim Montague,. "Soon enough, I'd love to tell the other side of the story. It's ridiculous, why he's expelled. It's probably going to set some sort of precedent. We're trying to do things the gentleman's way, so we're keeping things close-knit. But you guys will get a story."

Montague previously had missed four games for "personal reasons" before Yale last week announced he would not return. He was on track to graduate in May.

Prior to its win against archrival Harvard last Friday night in New Haven, Yale took the floor wearing gray T-shirts with Montague's nickname, "Gucci," and number 4 on the back. The front of the shirts were emblazoned with "Yale" printed backward.

Most of the jam-packed student section chanted "Guc-ci" prior to the national anthem.

"(Yale junior) A.J. Edwards came up with the idea; it was a last-minute thing," senior forward Justin Sears later told the Register. "The Yale spelled backwards wasn't a statement, just a copyright thing. Everyone on the team supported it for Jack. (The chant) showed how great of a guy Jack is and how well-liked he is on campus."

On its Facebook page Thursday, the Yale Women's Center released a statement from its board that read, in part: "While the campus can only speculate on what occurred, we can comfortably

say that, should all of this be true, this is progress. It seems that a survivor felt that coming forward was a viable option and that they got the decisive outcome that they likely fought hard for.

"At the same time, students' words and behaviors establish campus norms. Though we can only speculate as to the intent behind the basketball team's shirt protest, the team's actions appeared to be a dismissal of the very real threat of sexual violence. We believe that their actions, and some community members' responses, reflect toxic attitudes that persist on our campus. We condemn the insensitivity of the protest even as we withhold judgement on individual team members."

Yale (20-6) owns a half-game lead over Princeton in the Ivy League standings. The Bulldogs are at Cornell Friday night and at Columbia on Saturday, their final two games of the regular season. Two wins, coupled with one Princeton loss, would give Yale its first outright Ivy League championship and NCAA tournament berth since 1962.

[A story posted to the website Jezebel](#) Thursday, citing multiple anonymous students as sources, claimed Yale players are "planning a walkout at their March 5 game against Columbia."

A source close to the Yale basketball team didn't believe there was any merit to the rumor.

"We read the Jezebel article today, too. We were shocked to see that," the source said. "That came as news to us, too."