# EXHIBIT R

# (To Be Filed Under Seal)