**EXHIBIT T**

**CONFIDENTIAL**

October 16, 2013

<u>UWC Panel Recommendation to Dean Mary Miller</u>

On October 9, 2013, a panel of the UWC met to address the complaint brought by ▉▉▉▉▉▉▉▉▉ against Jack Montague (Trumbull '16). The complaint, filed on August 25, 2013, alleges that Mr. Montague violated the University's policy on sexual misconduct by sexually harassing ▉▉▉▉▉.

In accordance with UWC procedures, Michael Della Rocca, Chair of the UWC, appointed a fact-finder to interview the parties and other witnesses and to gather evidence in the case. The fact-finder, Timothy Pothin, submitted a detailed report to the UWC. The panel and the parties received copies of the report. Professor Della Rocca appointed a panel of five members to hear the case:

    Francesca Coxe, Student, Yale College
    Margit Dahl, Director, Undergraduate Admissions
    Alfred Guy, Director, Writing Center
    Ksenia Sidorenko, Student, Graduate School of Arts and Sciences
    Jonathan Wyrtzen, Assistant Professor, Sociology *(chair)*

The panel interviewed Mr. Montague at the hearing. ▉▉▉▉▉ did not attend the hearing, but submitted a written statement that was read to all of the hearing participants at the hearing. Jasmina Besirevic-Regan was Mr. Montague's adviser throughout the formal hearing process. The UWC thanks Dean Besirevic-Regan for serving in this important role.

<u>The Panel's Findings of Fact and Conclusion</u>

The facts in this case are not disputed.

On or about the night of May 7, 2013, ▉▉▉▉▉▉ was walking with her friend ▉▉▉▉▉▉ from the corner of York St. and Elm St. toward A1-Pizza on Broadway when they met ▉▉▉▉▉. ▉▉▉▉▉ introduced ▉▉▉▉▉ and ▉▉▉▉▉ to Jack Montague and ▉▉▉▉▉▉ who were standing on the sidewalk in front of A1-Pizza.

▉▉▉▉▉ reported that Mr. Montague appeared intoxicated and that he swayed slightly when he was talking. She said she talked with Montague and ▉▉▉▉▉ for about ten or fifteen minutes and that Mr. Montague appeared annoyed toward the end of their conversation. Mr. Montague proceeded to roll up a greasy, used paper pizza plate and shove it down ▉▉▉▉▉ shirt between her breasts. Mr.

1

Montague said nothing just before or after the incident. Mr. Montague then left with ▮▮▮▮ and walked toward the old campus dormitories.

▮▮▮▮ and ▮▮▮▮ both witnessed and confirmed to the fact finder that the incident occurred as described by ▮▮▮▮

The panel credits ▮▮▮▮ statement that she in no way invited or encouraged Mr. Montague's conduct. Further, the panel finds reasonable ▮▮▮▮ reaction to Mr. Montague's conduct, which was shock, anger and the feeling of being violated.

In response to the charge, Mr. Montague reported that he has no memory of the incident or any other events of that evening. He conceded to the fact finder that he likely engaged in the conduct alleged, however he could not explain his intentions or his conduct except to say that he was extremely intoxicated at the time. The panel notes that Yale College students are responsible for any actions undertaken while under the influence of alcoholic beverages and that alcohol does not in any way mitigate problematic behavior.[1]

The panel concludes on the basis of Mr. Montague's concession and based on the credible statements of ▮▮▮▮ and other witnesses, that Mr. Montague violated the University's policy on sexual misconduct by sexually harassing ▮▮▮▮ Specifically, the panel finds that, while standing on a public sidewalk engaged in conversation with ▮▮▮▮ and others, Mr. Montague without provocation rolled up a used, paper pizza plate, shoved it down ▮▮▮▮ shirt between her breasts and then walked away from her.

Not only was Mr. Montague's behavior a clear violation of University policy, the panel finds that Mr. Montague displayed an absolute disregard for ▮▮▮▮ as a female student and as a fellow human being. His conduct was demeaning, humiliating and reprehensible.

The panel is concerned, after considering Mr. Montague's various responses to this incident (i.e., his written statement in response to the complaint, his interviews with the fact finder as reflected in the fact-finder's report and his oral statements at the

---

[1] Yale College Undergraduate Regulations. "...[S]tudents will be held fully responsible for their own behavior, even when acting under the influence of alcoholic beverages...the association of alcoholic beverages with problem behavior will not be seen as a mitigating factor and may be seen as an exacerbating factor."

[2] Definition of Sexual Misconduct. Sexual Misconduct incorporates a range of behaviors including...sexual harassment. Definition of sexual harassment. Sexual harassment consists of nonconsensual...conduct of a sexual nature on or off campus, when...such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment. Sexual harassment may be found in a single episode, as well as in persistent behavior.

2

hearing), that he does not yet have a clear understanding of or an appreciation for the significant implications of his misconduct for ▮▮▮▮ or for the broader Yale community. The panel wishes to make clear that Mr. Montague's behavior has no place at Yale, or in society, and we hope the recommendations set forth below will provide him with the opportunity to reflect sincerely on his behavior and take meaningful steps to conduct himself going forward in a genuinely respectful and appropriate manner toward female students.

The Panel's Recommendations

Based on these findings of fact and the conclusion that Mr. Montague violated the Yale policy on sexual misconduct by engaging in sexual harassment, the panel recommends that Mr. Montague be placed on probation for four terms, beginning with the Fall Term of 2013 through the Spring Term of 2015. The panel recommends that during the probation Mr. Montague not be permitted to hold a leadership position in any student activity, organization or sport. The panel also recommends that Mr. Montague be required to immediately enroll in sexual harassment and gender sensitivity training through the SHARE Center. Further, the panel recommends that beginning with the Spring Term of 2014, Mr. Montague be required to meet with a member of the SHARE Center once each semester for the remainder of his time at Yale to review and reflect on his interactions and relationships with female students at Yale. Finally, the panel recommends that Mr. Montague be required to receive training with Marie Baker Miller on the appropriate use of alcohol.

Respectfully Submitted,

Francesca Coxe
Margit Dahl
Alfred Guy
Ksenia Sidorenko
Jonathan Wyrtzen *(chair)*

3