**EXHIBIT U**

## CONFIDENTIAL
## Yale University Title IX Incident Summary Form

For every incident of possible sexual misconduct or gender discrimination, the Title IX Coordinator receiving the complaint should complete and submit this form to the Office of Stephanie Spangler, the Deputy Provost for Health Affairs & Academic Integrity, through the secure Title IX Coordinator Sharepoint site.

Today's Date: 11/18/2015                                      ☐ New  ☒ Follow-up to Previous Summary
Title IX Coordinator: Angela Gleason
Date Complaint Received: 9/21/2015
Date Complaint Reported to Univ Title IX Coordinator: 9/21/2015
Date of Incident (if known): 10/18/2014

Reported By *(If different than the Complainant below)*
First Name:                                          Last Name:
Dept/School:                                         Job Title (if employee)/Year (if student):

Complainant *(Please Identify the Individual who is alleged to have been harmed or affected by the conduct)*
First Name:                                          Last Name:
Dept/School:                                         Job Title (if employee)/Year (If student):
Residential College (if student):                    Supervisor (if employee):
Other information (optional):

Respondent
First Name: Jack                                     Last Name: Montague
Dept/School:                                         Job Title (if employee)/Year (if student):
Residential College (if student): TC16               Supervisor (if employee):
Other information (optional):

Summary of Incident/Description of Issue
*(Please limit this section to information about the incident/allegations; findings and actions taken will be documented below)*

_____

** Please categorize the allegation(s) as best as possible based on the complainant's description of the events (check all that apply)

☐ Sexual Harassment (e.g., inappropriate communication, unwanted sexual advances, threatening, intimidation)
☒ Sexual Assault (e.g., unwanted touching, unwanted sexual contact, nonconsensual sex/rape)
☐ Intimate Partner Violence
☐ Stalking
☐ Violation of Policy on Teacher-Student Consensual Relations
☐ Discrimination on the basis of gender
☐ Other (please describe):

PLAINTIFF'S
EXHIBIT NO. _____
FOR IDENTIFICATION
12-13-16
DATE:          RPTR:
PENGAD 800-631-6989
8

Yale 00000004

## CONFIDENTIAL
## Yale University Title IX Incident Summary Form

Summary of Investigation, including names of witnesses interviewed

(Please limit this section to information about the investigation; findings and actions taken will be documented below)

9/21/15 -      described sexual assault that      reported to her morning after.      used the term rape, and suggested that at the time she had already heard of another incident involving Jack Montague, but she didn't know who the victim was or what it entailed.      does not know that      is reporting this. CSA report submitted.

9/24/15 - follow up email to      requesting follow-up meeting

10/16/15 -      again described sexual assault, asked for options for support for I      Again,      did not know she was talking with us. I described several options for potential support.      thought that meeting with Jack to discuss alleged behavior (without mentioning      by name) and to ask to him to receive consent training at SHARE would be wha      might agree to.      will discuss all options with      and presumably let her know that she has been talking with us)      was especially concerned with Jack's reaction once he found out. She described Jack's behavior after incident as manipulative, including trying to get his friends and her friends to tell her how pretty she was and that she was such a nice person.      is concerned with Jack's stature and visibility on campus, and the possible repercussions for      if this becomes public.

10/16/15 -      called me, requesting meeting for 10/19/15

10/19/15 -      described sexual penetration without consent, she said no, asked him to stop, he didn't. She also described conversation with Jack where he admitted to continuing without her consent. A friend who      spoke to the next day keeps a journal and reportedly detailed      version in her journal as early as Sunday, October 19, 2014.      has seen Jack more regularly this semester at social events.

11/10/15 - meeting with      named the victim in the earlier incident, which      said was known by many, and prompted concern by      and her friends on the night of the assault when they found out      had gone with Jack to his room. Victim's name is      .      reiterated that she and her friends supprted      but were especially concerned about Jack's stature on campus and the repercussions for      if it were reported.

11/10/15 - meeting with I      she described recent encounter at a party Nov 8.      friend      noticed Jack was at party, went up to him to tell him      was here and asked him if he would leave, he became beligerent , she said 'you raped her' and he replied 'that was over a year ago'. This exchange was described as happening in a group of people and loud enough to be overheard by several bystanders.      said      would speak to a factfinder about exchange.      is ready to participate in a formal complaint as a witness and will likely particpate in a hearing. I called David who joined us to answer questions about UWC process.

11/11/15 - emailed      . She called me immediately and seemed quite upset about being contacted. I told her of anonymous report concerning Jack Montague and she said she had dealt with that a long time ago and didn't want to discuss it further. She called back a few moments later and asked if he would be contacted or anyone would know. I told her no. Her concern was quite acute.

11/12-16/15 - several questions from      about next steps.

11/17/15 - Jason and I prepared statement, statement read to      over phone. She endorsed statement and confirmed her particpation in complaint.

Yale 00000005

## CONFIDENTIAL
## Yale University Title IX Incident Summary Form

11/17/15 - conversations with Aley and Jason suggesting another Title IX Coordinator should submit complaint as I am faculty liaison to basketball team, which is a support role for players and coaches.

Findings/Conclusions

Actions Taken/Recommended (including interim measures if any)

Please indicate whether the complainant/respondent were informed of the availability of the following resources

|  | | (Please answer all) |
|---|---|---|
| SHARE: | Complainant | ☒ Yes ☐ No |
| | Respondent | ☐ Yes ☐ No |
| Yale Health: | Complainant | ☒ Yes ☐ No |
| | Respondent | ☐ Yes ☐ No |
| Yale Police: | | ☒ Yes ☐ No |
| UWC: | | ☒ Yes ☐ No |

Other referrals (please describe):

Additional information, including next steps if pending:

Close Date (date of final action taken; leave blank if pending):

Ver. 2/19/2013                              DRAFT                                        3