# EXHIBIT V

Message

From:
Sent: 10/16/2015 6:29:45 PM
To: Gleason, Angela [angela.gleason@yale.edu]
Subject: Scheduling a Meeting

Okay, great, I'll see you then.

On Friday, October 16, 2015, Gleason, Angela <angela.gleason@yale.edu> wrote:
Great -- please come to Dow Hall at 370 Temple. I'll meet you in the lobby.

Best,
Angie

Sent from my iPhone

On Oct 16, 2015, at 6:08 PM,                              wrote:

> Hi Angie,
> How about Monday at 9AM?
> Thanks,


On Friday, October 16, 2015, Gleason, Angela <angela.gleason@yale.edu> wrote:
Hi      ,
Thanks for reaching out. I can be available Monday 8-11am and 1:30-3:00pm. Please let me know if there's a time that suits your schedule.

Best,
Angie

Sent from my iPhone

> On Oct 16, 2015, at 5:12 PM,                              wrote:
>
> Hi Angie,
>
> My friend       met with you earlier today about my situation. She explained to me some of my options through Title IX, and I think I'm ready to proceed with an informal/anonymous complaint. I was wondering if I could meet with you to talk about it, perhaps early next week?
>
> Thank you,
>
>
>
> --



PLAINTIFF'S EXHIBIT NO. 9 FOR IDENTIFICATION  DATE: 12-13-16  RPTR:

Yale 00000206

Yale 00000 207