**EXHIBIT X**

Message

| | |
|---|---|
| From: | |
| Sent: | 11/4/2015 5:02:23 PM |
| To: | Gleason, Angela [angela.gleason@yale.edu] |
| Subject: | Re: meeting |

Hi Angie,

I could meet with you this Friday at 12:00.

Thanks,

On Wednesday, November 4, 2015, Gleason, Angela <angela.gleason@yale.edu> wrote:

Dear

There is a new development in the case we discussed, and I hoped that the two of us could meet to discuss it. If you're willing, do you have any availability this week or next? I'm free Friday 12-1:30pm and 3:30-5pm, and next week I can be available most afternoons.

Best,

Angie

Angela Gleason, PhD

Asst Director, Center for Language Study

Title IX Coordinator, Yale College

Yale University

(203) 432-2502



Yale 00000767

Yale 00000768