UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSTIY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>    Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

## PLAINTIFF'S REQUEST FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION

Plaintiff respectfully requests that this Court schedule a hearing for oral argument on Plaintiff's Motion for Preliminary Injunction (the "Motion"). In support of this motion, Plaintiff states that the parties have submitted extensive briefing related to the Motion. The parties' briefs in this regard present numerous issues, both legal and procedural, which are complex and highly-contested. As such, Plaintiff believes that a hearing will materially assist the Court in ruling on the matters raised by Plaintiff's Motion for Preliminary Injunction.

JACK MONTAGUE,

By his attorneys,

/s/  *Hillary A. Lehmann*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Hillary A. Lehmann (BBO #683657) (*pro hac vice*)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777


William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: January 18, 2017

### CERTIFICATE OF SERVICE

I, Hillary A. Lehmann, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 18, 2017.

/s/  *Hillary A. Lehmann*