UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>YALE UNIVERSITY, et al.,<br><br>　　　　　　　　Defendants. | Case No.:  3:16-cv-00885 (AVC)<br><br><br><br><br><br>January 23, 2017 |

## MOTION TO WITHDRAW DOC. NO. 60

　　The defendants respectfully move this Court for permission to withdraw Exhibit AA to Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction dated January 11, 2017, which was errantly filed on January 23, 2017 without redactions, and to re-file an appropriately redacted copy of Exhibit AA.  (See Doc. No. 60.)  Good cause exists to grant this motion for the following reasons.

　　On January 11, 2017, the defendants filed their Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction.  (Doc. No. 53.)  Therein, the defendants stated that they intended to submit as additional support the relevant portions of the transcript of a deposition that took place on January 10, 2017.  (Doc. No. 53 at 34 n.15.)  On January 23, the defendants filed their Exhibit AA, which constitutes relevant portions of the transcript of the deposition.  (See Doc. No. 60.)  However, in so doing, the defendants inadvertently failed to redact certain information protected from disclosure by the Family Educational Rights and Privacy Act of 1974.  See 20 U.S.C. § 1232g(b); 34 CFR §§ 99.30(a) and 99.31(b).

**NO ORAL ARGUMENT REQUESTED**

WHEREFORE, the defendants respectfully request that the Court permit the defendants to withdraw the currently as-filed Exhibit AA in its entirety and to replace said exhibit with an appropriately redacted copy of the same.

                THE DEFENDANTS,
                YALE UNIVERSITY, ANGELA GLEASON and
                JASON KILLHEFFER

By:  /s/_____
     Patrick M. Noonan (ct00189)
     James D. Flynn (ct29778)
     DONAHUE, DURHAM & NOONAN, P.C.
     741 Boston Post Road
     Guilford, Connecticut 06437
     Tel:  (203) 458-9168
     Fax:  (203) 458-4424
     Email: pnoonan@ddnctlaw.com
             jflynn@ddnctlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 23, 2017, a copy of foregoing Motion to Withdraw Doc. No. 60 was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/  James D. Flynn
James D. Flynn (ct29778)
DONAHUE, DURHAM & NOONAN, P.C.
741 Boston Post Road
Guilford, Connecticut 06437
Tel:  (203) 458-9168
Fax:  (203) 458-4424
Email:  jflynn@ddnctlaw.com

3