# Exhibit 4

# Yale University

*Report of Complaints of Sexual Misconduct*
*Brought forward from January 1, 2015 through June 30, 2015*

## Contents

Introduction ........................................................................................................................ 2

Guide to This Report .......................................................................................................... 3

Statistical Summary of Complaints .................................................................................... 4

Descriptive Summaries of Complaints ............................................................................... 6

    University-Wide Committee on Sexual Misconduct: Formal Complaints ..................... 6

    University-Wide Committee on Sexual Misconduct: Informal Complaints ................. 8

    Title IX Coordinators ..................................................................................................... 9

    Yale Police Department ............................................................................................... 13

Brief Definitions ............................................................................................................... 15

Terminology Commonly Used in this Report .................................................................. 16

# Introduction

Yale University is committed–above all else–to providing a safe, respectful, and supportive environment, where everyone can thrive and where sexual misconduct has no place. One of the many steps the University has taken to realize that commitment is the semi-annual publication of reports to inform the Yale community of complaints of sexual misconduct that have come to the University's attention and the actions that have been taken to address them.

This report– the eighth that we have published since 2012– presents summary information about 56 complaints of sexual misconduct that were brought to the University's attention between January 1, 2015 and June 30, 2015. It also provides updates on eight complaints that were first presented in previous reporting periods. The "Guide to This Report," which follows this introduction, contains additional information about the format and composition of the report, as well as links to general information about Yale's policies, definitions, and procedures relating to sexual misconduct.

Behind the summaries and statistics in this report lie the very real, and often very painful, experiences of members of our own community. We therefore make every effort to protect the privacy of those individuals. As a result, while we strive to make the report as informative as possible, it can offer only a limited view of the complex circumstances that underlie specific complaints and the multitude of factors that lead to decisions about discipline and other responsive actions.

Although necessarily constrained in the detail they provide, the semi-annual reports have been quite successful in generating broad discussion about Yale's programs and procedures to address sexual misconduct, including the reports themselves. Over the past months, for example, our Title IX student advisory boards, as well as faculty advisors, requested that we eliminate gender references in complaint summaries in order to strengthen confidentiality for the individuals involved. As you will see, the current report includes gender-neutral summaries and presents the gender of complainants and respondents only in aggregate, statistical form.

As I have noted in the past, the semi-annual reports capture information only about those incidents about which complaints have been brought forward; accordingly, these reports tell us very little about overall incidence rates. Last spring, Yale partnered with 26 peer institutions and the Association of American Universities to gather some of that missing information through the Campus Sexual Climate Survey, which was offered to all students. We look forward to sharing the Survey findings with the Yale community when they become available later this fall and hope that they will stimulate campus-wide discussion and lead to further improvements in our programs.

It is impossible to overstate the value of the community's input and engagement in shaping our initiatives to address and prevent sexual misconduct and assuring that Yale is a safe and respectful place to study, live and work. I hope that you will continue to share your observations, questions and suggestions about the report and any of our programs. You may contact me at titleix@yale.edu or schedule a call or meeting by contacting my office at 203-432-4446.

Stephanie S. Spangler

August 4, 2015

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

# Guide to This Report

This report includes both statistical and descriptive summaries of the complaints brought forward within this reporting period (January 1 – June 30, 2015) and are organized according to the office or committee that addressed the complaint most recently and/or definitively: the University-Wide Committee on Sexual Misconduct (UWC), the Title IX Coordinators, and the Yale Police Department (YPD).

The statistical summaries present the complaints by the category of the misconduct, then by complainant and respondent, and lastly by the venue through which the complaint was primarily addressed. Throughout the narrative portion of the report you will find cases that engaged more than one of these venues, evidence of the close coordination of the UWC, the Title IX Coordinators, and the YPD in working with complainants to find the venues that will best meet their needs.

While intended to be broadly informative, the report does have limitations. Because of privacy obligations, the report cannot fully convey the variety and complexity of circumstances associated with cases that may appear similar in the brief narrative descriptions. Likewise, the report assigns complaints to general categories such as "sexual assault" and "sexual harassment" that encompass broad ranges of behavior. We have embedded links to key definitions and terminology in the report (which also appear at the end of this report), so that readers can understand what behaviors may be included in any category. We also include links to Frequently Asked Questions and to hypothetical case scenarios, which illustrate Yale's definition of consent. Readers can find comprehensive information about Yale's policies, definitions and procedures in the guide "Preventing and Responding to Sexual Misconduct: Building a Climate of Safety and Respect at Yale."

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

# Statistical Summary of Complaints[i]

The statistics below include all complaints of sexual misconduct brought forward within this reporting period (January 1 – June 30, 2015), regardless of when the alleged events occurred. To avoid duplication, the tables below do not include complaints presented as updates in this report since these complaints were already included in the statistical summaries of previous reports. The complaints of sexual misconduct are sorted in broad categories (e.g., sexual assault, intimate partner violence, sexual harassment) based on the complainant's allegations. Complaints involving more than one allegation of sexual misconduct are listed only once. The complainant is the person who reported having experienced misconduct, or (in the case of third-party complaints) the person who is reported to have experienced it. The respondent is the person (or persons) alleged to have committed the misconduct.

Table 1. Sexual Misconduct Complaints by Complainant Affiliation

|  |  | Complainant Affiliation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Undergrad | G&P | Staff | Postdoc | Faculty | Other Yale Affiliate | Non-Yale | Unknown | Total |
| Category of Sexual Misconduct Reported | Sexual Assault | 6 | 3 | 1 | 0 | 0 | 0 | 3 | 0 | 13 |
|  | Intimate Partner Violence | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 |
|  | Sexual Harassment | 8 | 9 | 4 | 1 | 0 | 0 | 2 | 0 | 24 |
|  | Stalking | 2 | 5 | 1 | 0 | 0 | 0 | 1 | 0 | 9 |
|  | Other | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
|  | Total | 22 | 20 | 7 | 1 | 0 | 0 | 6 | 0 | 56 |

Table 2. Sexual Misconduct Complaints by Respondent Affiliation

|  |  | Respondent Affiliation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Undergrad | G&P | Staff | Postdoc | Faculty | Other Yale Affiliate | Non-Yale | Unknown | Total |
| Category of Sexual Misconduct Reported | Sexual Assault | 7 | 3 | 1 | 0 | 0 | 1 | 1 | 0 | 13 |
|  | Intimate Partner Violence | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
|  | Sexual Harassment | 4 | 3 | 5 | 0 | 3 | 2 | 3 | 4 | 24 |
|  | Stalking | 2 | 3 | 0 | 0 | 0 | 0 | 2 | 2 | 9 |
|  | Other | 2 | 2 | 0 | 0 | 1 | 0 | 2 | 1 | 8 |
|  | Total | 15 | 11 | 6 | 0 | 4 | 3 | 10 | 7 | 56 |

---

[i] The sexual assault data in this report will not correspond to Yale's annual report required under the federal Clery Act because this report uses a more expansive definition of sexual assault and includes cases from a wider geographic jurisdiction than in the Clery report.

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

4

Table 3. Sexual Misconduct Complaints by Gender Configuration

|  |  | Complainant Gender | | | | | Total |
|---|---|---|---|---|---|---|---|
|  |  | Female | Male | Other Gender Identity | Multiple Mixed Gender Complainants | Gender Not Known |  |
| Respondent Gender | Female | 1 | 6 | 0 | 0 | 0 | 7 |
|  | Male | 37 | 3 | 0 | 0 | 3 | 43 |
|  | Other Gender Identity | 0 | 0 | 0 | 0 | 0 | 0 |
|  | Multiple Mixed Gender Respondents | 0 | 0 | 0 | 0 | 0 | 0 |
|  | Gender Not Known | 2 | 0 | 0 | 1 | 3 | 6 |
|  | Total | 40 | 9 | 0 | 1 | 6 | 56 |

Table 4. Sexual Misconduct Complaints by Venue

|  |  | Venue (Office or Committee that Addressed the Complaint) | | | | Total |
|---|---|---|---|---|---|---|
|  |  | UWC - Formal | UWC - Informal | Title IX Coordinator | YPD |  |
| Category of Sexual Misconduct Reported | Sexual Assault | 3 | 0 | 7 | 3 | 13 |
|  | Intimate Partner Violence | 0 | 0 | 0 | 2 | 2 |
|  | Sexual Harassment | 1 | 0 | 17 | 6 | 24 |
|  | Stalking | 0 | 0 | 3 | 6 | 9 |
|  | Other | 3 | 0 | 2 | 3 | 8 |
|  | Total | 7 | 0 | 29 | 20 | 56 |

In providing a range of options—including informal options—for pursuing complaints, the University seeks to meet the varied needs of potential complainants. Given the violating nature of sexual misconduct, it is important that those who have experienced it retain as much control as possible over the actions taken in response. Accordingly, whenever possible, it is the potential complainant who decides whether or not to pursue a complaint, and in what venue. In certain unusual circumstances, such as those involving risks of the safety of individuals and/or the community, the University will bring matters to a formal hearing independently of the wishes of an individual complainant. The choice of an informal process does not imply the matter is less serious than those matters pursued through formal processes, nor does it preclude the complainant from choosing to bring a formal complaint at a later date.

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

# Descriptive Summaries of Complaints

The descriptive summaries of complaints are organized in tables below according to the office or committee that reviewed and addressed the complaints, i.e., the University-Wide Committee on Sexual Misconduct (UWC), the Title IX Coordinators, and the Yale Police Department (YPD).

Although a complaint may be brought to multiple venues, each complaint is described only once in this report, based on where the majority of the actions taken occurred. The UWC, Title IX Coordinators and YPD routinely collaborate and coordinate their activities to ensure that complaints are resolved promptly and equitably. All reports of sexual misconduct brought to the YPD, for example, are reviewed by the University Title IX Coordinator; similarly, all reports of possible criminal activity brought to the Title IX Coordinators (including those reported via the UWC) are shared with the YPD.

## *University-Wide Committee on Sexual Misconduct: Formal Complaints*

The following complaints were pursued through formal resolution with the UWC. In every case, the complainant was provided information about all options for pursuing complaints – including formal, informal, and criminal complaints – as well as information about support resources such as the Sexual Harassment and Assault Response & Education Center (SHARE). See the UWC Procedures for more information.

| *During this reporting period (January 1 – June 30, 2015), there were 7 new formal complaints brought forward to the UWC, which are reported in this table. In addition, below are updates to cases that were reported as pending in a previous report and have been completed.* | | | |
|---|---|---|---|
| **Complainant** | **Respondent** | **Category of Misconduct Reported** | **Description/Actions Taken** |
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in sexual harassment and sexual touching without consent. The complaint was withdrawn. |
| Yale College Student | Yale College Student | Other | A Title IX Coordinator alleged that a YC student engaged in voyeurism, and threatened and attempted to coerce a YC student to refrain from pursuing a complaint. The UWC found sufficient evidence to support the allegations of voyeurism and coercion. The respondent was expelled. |
| Yale College Student | Yale College Student | Other | Following adjudication of a complaint, the respondent alleged that the complainant made false claims in filing the complaint. The UWC found no factual basis for the respondent's complaint and therefore did not accept jurisdiction. |
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in sexual harassment and sexual penetration without consent. The UWC found sufficient evidence to support the allegation of nonconsensual sexual activity and sexual harassment. The respondent was placed on probation and received a written reprimand. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

6

| Yale College Student | Yale College Student | Sexual assault | A Title IX Coordinator alleged that a YC student engaged in sexual penetration with another YC student without consent. The case is pending. No-contact restrictions were imposed as an interim measure. |
| --- | --- | --- | --- |
| Graduate & Professional Student | Graduate & Professional Student | Sexual harassment | A G&P student alleged that another G&P student sexually harassed and physically assaulted the complainant. The case is pending. No-contact restrictions were imposed as an interim measure. |
| Graduate & Professional Student | Graduate & Professional Student | Other | A G&P student alleged that another G&P student physically assaulted the complainant. The case is pending. No-contact restrictions were imposed as an interim measure. |

*Updates to previous complaints: The complaints below were reported as pending in a previous report as complaints brought to a Title IX Coordinator or the UWC. They were included in the statistical summaries in the previous report and are therefore not included in the statistical summaries at the beginning of this report.*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
| --- | --- | --- | --- |
| Yale College Student | Yale College Student | Sexual assault | *Original summary:* A Title IX Coordinator brought a formal complaint alleging that a YC student engaged in sexual touching without consent.<br><br>*Update:* The UWC did not find sufficient evidence to support the allegation. No-contact restrictions, which were imposed as an interim measure during the proceedings, were continued. |
| Yale College Student | Yale College Student | Sexual assault | *Original summary:* A YC student reported that another YC student made unwanted advances. The Title IX Coordinator counseled the respondent on appropriate conduct and restricted the respondent from contacting the complainant.<br><br>*Update*: The YC student brought a formal complaint to the UWC alleging that the respondent engaged in sexual activity without consent, violated a voluntary no-contact arrangement and breached the expectation of confidentiality of UWC proceedings. The UWC found sufficient evidence to support the allegation of nonconsensual sexual activity. The respondent was reprimanded, was restricted from participating in certain campus activities, and was referred for training on sexual consent. No-contact restrictions were continued. |
| Yale College Student | Yale College Student | Sexual assault | *Original summary:* A YC student alleged that another YC student engaged in sexual activity without consent.<br><br>*Update:* This complaint was brought by the respondent following the adjudication of the original complaint. The UWC found no factual basis for the respondent's complaint and therefore did not accept jurisdiction. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

| Graduate & Professional Student | Graduate & Professional Student | Sexual assault | *Original summary:* A G&P student alleged that another G&P student engaged in sexual penetration without consent. The complainant is considering filing a complaint with the UWC.<br><br>*Update:* A Title IX Coordinator brought a formal complaint alleging that the respondent engaged in sexual penetration without consent. The UWC found sufficient evidence to support the allegation. The respondent was suspended for six months until January 1, 2016 and was referred for training on sexual consent. |
| --- | --- | --- | --- |
| Postdoctoral Trainee | Faculty | Sexual harassment | *Original summary:* A postdoctoral appointee reported that a faculty member threatened retaliation if the postdoctoral appointee brought a complaint forward.<br><br>*Update:* The complainant brought a formal complaint with additional allegations of a violation of the Policy on Teacher-Student Consensual Relations and sexual harassment. The UWC found sufficient evidence to support the allegation of a violation of the Policy on Teacher-Student Consensual Relations. The respondent was suspended from the faculty for one year, suspended from any leadership positions for five years and was required to complete counseling on mentoring and managing conflicts of interest. |

## *University-Wide Committee on Sexual Misconduct: Informal Complaints*

The following complaints were pursued through informal resolution with the UWC. In every case, the complainant was provided information about all options for pursuing complaints – including formal, informal, and criminal complaints – as well as information about support resources such as the Sexual Harassment and Assault Response & Education Center (SHARE). In cases where a complainant elects to pursue an informal resolution, the UWC may offer an informal investigation, counseling, or other means of resolving the complaint. The UWC may also recommend and assist in implementing interim measures and/or ongoing accommodations to support and protect the complainant. In resolving complaints, the UWC strives to comply with the complainant's wishes for resolution while ensuring that the University provides a safe and nondiscriminatory environment for all members of the Yale community. See the UWC Procedures for more information.

| *During this reporting period (January 1 – June 30, 2015), there were 0 informal resolutions pursued through the UWC.* |||| 
| --- | --- | --- | --- |
| **Complainant** | **Respondent** | **Category of Misconduct Reported** | **Description/Actions Taken** |
|  |  |  |  |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

8

## *Title IX Coordinators*

The following are cases in which the complainant chose to pursue resolution with either the University Title IX Coordinator or a Deputy Title IX Coordinator (any of whom are referred to here as "Title IX Coordinator"). In every case, the complainant is provided information about all options for pursuing complaints – including formal, informal, and criminal complaints – as well as information about support resources such as the Sexual Harassment and Assault Response & Education Center (SHARE). The Title IX Coordinators do not conduct formal hearings. However, they investigate complaints to the degree possible and work with the complainant, the respondent, and, where appropriate, the respondent's supervisor to achieve a resolution of the complaint, which may include sanctions for the respondent and remedies and ongoing accommodations for the complainant. They may also put in place measures to support and protect the complainant. In making their determinations and recommendations, the Title IX Coordinators strive to comply with the complainant's wishes for resolution while ensuring that the University provides a safe and nondiscriminatory environment for all members of the Yale community. See the Title IX website for more information.

*During this reporting period (January 1 – June 30, 2015), there were **29** cases pursued through the Title IX Coordinators. In addition, **3** complaints, which were reported as pending in a previous report, are included below as updates.*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Stalking | A YC student reported that another YC student with whom the complainant previously had a relationship had accessed the complainant's electronic information on multiple occasions without consent. The complainant declined to pursue the complaint at this time. After consulting with the complainant, the Title IX Coordinator counseled the respondent on appropriate conduct and imposed no-contact restrictions. The complainant was provided with IT security assistance. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual touching without consent. The Title IX Coordinator could not substantiate the allegations. |
| Yale College Student | Yale College Students | Sexual harassment | A YC student reported that YC students whom the complainant did not identify made inappropriate comments to the complainant. The complainant declined to pursue the complaint at this time. The Title IX Coordinator did not have sufficient information to investigate. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that several YC students, many of whom the complainant could not identify, engaged in sexual touching without consent. The complainant declined to pursue the complaint at this time. After consulting with the complainant, the Title IX Coordinator counseled the one identified respondent on appropriate conduct and referred the respondent for training on sexual consent. |
| Yale College Student | Yale College Student | Sexual harassment | A YC student reported that another YC student made unwanted advances. The complainant declined to pursue the complaint at this time. After consulting with the complainant, the Title IX Coordinator counseled the respondent on appropriate conduct and referred the respondent for training on sexual consent. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

| Complainant | Respondent | Type | Description |
|---|---|---|---|
| Yale College Student | Yale College Student | Stalking | A YC student reported that another YC student with whom the complainant previously had a relationship followed the complainant and sent unwanted messages on a number of occasions. The Title IX Coordinator counseled the respondent on appropriate conduct and imposed no-contact restrictions. |
| Yale College Student | Yale College Student | Sexual harassment | An administrator informed a Title IX Coordinator that an unidentified YC student reported that an unidentified YC student made unwanted advances toward other YC students. The Title IX Coordinator did not have sufficient information to investigate. |
| Yale College Student | Graduate & Professional Student | Sexual harassment | A YC student reported that a G&P teaching assistant made inappropriate comments of a personal nature to YC students in the classroom. The Title IX Coordinator counseled the respondent on appropriate conduct. The respondent resigned the teaching position. |
| Yale College Student | Graduate & Professional Student | Sexual harassment | A YC student reported that a G&P student made unwanted advances. The complainant declined to pursue the complaint and asked that no further action be taken. |
| Yale College Student | Graduate & Professional Student | Other | An administrator informed a Title IX Coordinator about a rumor that a G&P student engaged in personal relationships with undergraduate students in violation of the Policy on Teacher-Student Consensual Relations. The Title IX Coordinator could not substantiate the allegations. The Title IX Coordinator counseled the respondent on the University's sexual misconduct policies and referred the matter to the respondent's supervisor for additional oversight. |
| Yale College Student | Staff | Sexual harassment | An administrator informed a Title IX Coordinator that a YC student whom the administrator would not identify received unwanted attention from a staff member. The Title IX Coordinator investigated and found sufficient evidence to support the allegations. The respondent received training on sexual harassment and appropriate workplace conduct. |
| Yale College Student | Unknown | Sexual harassment | An administrator informed a Title IX Coordinator that a G&P student reported that a YC student was sexually harassed at a study abroad program by an unknown individual. The Title IX Coordinator could not substantiate the allegations. The Title IX Coordinator provided additional training to the relevant staff. |
| Graduate & Professional Student | Graduate & Professional Student | Sexual assault | A G&P student reported that another G&P student engaged in sexual penetration without consent. The complainant declined to pursue a formal complaint at this time. After consulting with the complainant, the Title IX Coordinator counseled the respondent on appropriate conduct and imposed no-contact restrictions. |
| Graduate & Professional Student | Graduate & Professional Student | Stalking | A faculty member informed a Title IX Coordinator that a G&P student was stalked by another G&P student with whom the complainant previously had a relationship. After consulting with the complainant, the Title IX Coordinator counseled the respondent on appropriate conduct, referred the respondent for additional training, and imposed no-contact restrictions. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

| | | | |
|---|---|---|---|
| Graduate & Professional Student | Graduate & Professional Student | Sexual assault | A G&P student reported that another G&P student engaged in sexual penetration without consent and appeared sexually aggressive toward others. The complainant declined to pursue a formal complaint at this time. After consulting with the complainant, the Title IX Coordinator counseled the respondent on appropriate conduct and referred the respondent for training on sexual consent. |
| Graduate & Professional Student | Graduate & Professional Student | Sexual assault | A student informed a Title IX Coordinator that a G&P student whom the third party would not identify was sexually assaulted by another G&P student. The Title IX Coordinator did not have sufficient information to investigate. |
| Graduate & Professional Student | Graduate & Professional Student | Sexual harassment | An administrator informed a Title IX Coordinator that a G&P student reported that another G&P student made a sexually inappropriate comment. The Title IX Coordinator could not substantiate the complaint. The respondent has left Yale. |
| Graduate & Professional Student | Staff | Sexual harassment | A G&P student reported that a staff member paid unwanted attention toward the complainant. The complainant declined to pursue the complaint. The Title IX Coordinator provided the complainant with additional security measures and will follow-up with the respondent's supervisor. |
| Graduate & Professional Student | Faculty | Sexual harassment | A G&P student reported that a faculty member whom the student would not identify made inappropriate comments in the classroom. The complainant declined to pursue the complaint and asked that no further action be taken. |
| Graduate & Professional Student | Faculty | Other | A faculty member informed a Title IX Coordinator that another faculty member is alleged to have engaged in personal relationships with G&P students in violation of the Policy on Teacher-Student Consensual Relations. The case is pending. |
| Graduate & Professional Student | Yale Affiliate | Sexual harassment | An administrator informed a Title IX Coordinator that the administrator received an anonymous report from a G&P student alleging that a Yale affiliate made inappropriate comments. The case is pending. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An administrator informed a Title IX Coordinator that the administrator received an anonymous report from a G&P student alleging that a non-Yale individual made sexually inappropriate comments. The case is pending. |
| Staff | Staff | Sexual assault | A staff member reported that another staff member engaged in sexual touching without consent and made inappropriate comments to the complainant on multiple occasions. The Title IX Coordinator investigated and found sufficient evidence to support the allegations. The respondent's employment was terminated. |
| Staff | Staff | Sexual harassment | A staff member reported that another staff member made unwanted advances and inappropriate comments. The Title IX Coordinator investigated and did not find sufficient evidence to support the allegations. The respondent was referred for training on sexual harassment. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

| Staff | Staff | Sexual harassment | A staff member reported that another staff member made inappropriate comments about the complainant to other staff members. The Title IX Coordinator investigated and found sufficient evidence to support the allegations. The respondent will receive training on sexual harassment and appropriate workplace conduct. In addition, the department has planned a department-wide training program for supervisors. |
|---|---|---|---|
| Staff | Staff | Sexual harassment | An administrator informed a Title IX Coordinator that a staff member reported that another staff member paid unwanted attention to the complainant. The complainant declined to pursue the complaint. After consulting with the complainant, the Title IX Coordinator counseled the respondent on appropriate conduct. |
| Staff | Faculty | Sexual harassment | A staff member reported that a faculty member made unwanted advances and made unwanted physical contact. The case is pending. |
| Postdoctoral trainee | Faculty | Sexual harassment | A former faculty member informed a Title IX Coordinator that a postdoctoral trainee reported that a faculty member made unwanted advances. The case is pending. |
| Non-Yale | Yale affiliate | Sexual assault | A non-Yale individual reported that a former faculty member had engaged in sexual penetration without consent. The case is pending. |

***Updates to previous complaints***: *The complaints below were reported as pending in a previous report and are not included in the statistical summaries at the beginning of this report.*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Graduate & Professional Student | Sexual harassment | *Original summary*: A YC student reported that a G&P teaching assistant made unwanted advances.<br><br>*Update:* The Title IX Coordinator counseled the respondent on appropriate conduct. The respondent resigned the teaching position. |
| Graduate & Professional Students | Faculty | Sexual harassment | *Original summary*: A G&P student reported that a faculty member made inappropriate comments about G&P students.<br><br>*Update:* The respondent's supervisor, in consultation with the Title IX Coordinator, counseled the respondent on appropriate conduct. |
| Staff | Staff | Sexual assault | *Original summary*: A staff member reported that another staff member engaged in sexual touching without consent.<br><br>*Update:* The Title IX Coordinator investigated and found sufficient evidence to support the allegations. The respondent received training on sexual harassment and appropriate workplace conduct. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

## *Yale Police Department*

The following are cases in which the complainant chose to contact the Yale Police Department (YPD), which addressed each case according to its procedures (see the Yale Police website for more information). All reports of possible sexual misconduct made to the YPD are reviewed by the University Title IX Coordinator.

*During this reporting period (January 1 – June 30, 2015), there were 23 contacts with the YPD regarding possible sexual misconduct. 20 were handled primarily by the YPD and are described below. The remaining were referred to the UWC or a Title IX Coordinator for further investigation and resolution and are thus described above.*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Non-Yale | Intimate partner violence | An administrator referred a YC student who reported that a non-Yale individual with whom the complainant was in a relationship physically assaulted and attempted to sexually assault the complainant. The YPD investigated and arrested the respondent. The YPD provided the complainant with information on safety and victim services. |
| Yale College Students | Non-Yale | Other | YC students reported that a non-Yale individual engaged in indecent exposure. The YPD investigated and arrested the respondent. The YPD provided the complainant with information on safety and victim services. |
| Yale College Student | Non-Yale | Sexual assault | A YC student reported that a non-Yale individual engaged in sexual touching without consent. The YPD investigated and arrested the respondent. The YPD provided the complainant with information on safety and victim services. |
| Yale College Student | Unknown | Sexual harassment | A YC student reported receiving sexually explicit phone calls from an unknown caller. The YPD investigation is ongoing. The YPD provided the complainant with information on safety and victim services. |
| Yale College Student | Unknown | Other | A YC student reported that an unknown individual was looking into the complainant's suite bathroom from an adjacent building. The YPD investigated and could not identify the respondent. The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Graduate & Professional Student | Stalking | A G&P student reported that a G&P student with whom the complainant previously had a relationship sent unwanted messages on a number of occasions. The YPD warned the respondent not to contact the complainant and provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Yale Affiliate | Sexual harassment | A G&P student reported that a Yale affiliate made unwanted advances. The YPD warned the respondent not to contact the complainant. The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Students | Non-Yale | Sexual harassment | G&P students reported that a non-Yale individual made threatening sexual gestures toward them. The YPD investigated and arrested the respondent. The YPD provided the complainant with information on safety and victim services. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

| | | | |
|---|---|---|---|
| Graduate & Professional Student | Non-Yale | Stalking | A G&P student reported that a non-Yale individual with whom the complainant previously had a relationship followed her and sent unwanted messages on a number of occasions. The YPD investigation is ongoing. The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Non-Yale | Other | A G&P student reported that a non-Yale individual engaged in indecent exposure. The YPD investigated and arrested the respondent. The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Students | Unknown | Stalking | G&P students reported receiving sexually explicit and threatening messages from an unknown source on multiple occasions. The YPD investigation is ongoing. The YPD provided the complainants with information on safety and victim services. |
| Graduate & Professional Student | Unknown | Sexual harassment | Multiple G&P students reported receiving sexually explicit phone calls from an unknown caller. The YPD investigation is ongoing. The YPD provided the complainants with information on safety and victim services. |
| Graduate & Professional Students | Unknown | Stalking | G&P students reported that an unknown individual followed them in a car repeatedly while they walked down the street. The YPD investigation is ongoing. The YPD provided the complainants with information on safety and victim services. |
| Staff | Non-Yale | Intimate partner violence | A staff member reported a physical assault by a non-Yale individual with whom the complainant previously had a relationship. The YPD investigated and arrested the respondent. The YPD provided the complainant with information on safety and victim services. |
| Staff | Non-Yale | Stalking | A staff member reported that a non-Yale individual with whom the complainant previously had a relationship waited for the complainant in the complainant's office building and sent unwanted and threatening messages on a number of occasions. The YPD investigation is ongoing. The YPD provided the complainant with information on safety and victim services. |
| Non-Yale | Yale College Student | Sexual assault | A non-Yale student reported that a YC student physically assaulted the complainant and engaged in sexual penetration without consent. The YPD investigated and also notified the Title IX Coordinator who reached out to the complainant. The complainant declined to participate in a formal complaint or criminal charges at this time. The YPD provided the complainant with information on safety and victim services. |
| Non-Yale | Yale College Student | Sexual assault | A non-Yale student reported that a YC student engaged in sexual penetration without consent. The YPD investigated and also notified the Title IX Coordinator who reached out to the complainant. The complainant declined to participate in a formal complaint or criminal charges at this time. The YPD provided the complainant with information on safety and victim services. |
| Non-Yale | Graduate & Professional Student | Stalking | A non-Yale individual reported receiving unwanted and disturbing emails from a G&P student on a number of occasions. The YPD investigation is ongoing. The YPD provided the complainant with information on safety and victim services. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

14

| Non-Yale Student | Non-Yale Student | Sexual harassment | An administrator referred a non-Yale student participating in a Yale program who reported that a non-Yale student made unwanted advances. The respondent was removed from the program. The YPD banned the respondent from the Yale campus and provided the complainant with information on safety and victim services. |
| Non-Yale Student | Unknown | Sexual harassment | An administrator referred a non-Yale student participating in a Yale program who reported that an unknown individual made unwanted advances. The YPD investigation is ongoing. The YPD provided the complainant with information on safety and victim services. |

# Brief Definitions

For more information on Yale's sexual misconduct policies and definitions, go to the Sexual Misconduct Response website.

The following are definitions for the specific terms Yale uses in this Report to categorize behaviors that make up the range of Sexual Misconduct.

***Sexual assault*** is any kind of nonconsensual sexual contact, including rape, groping, sexual penetration (which is the insertion of a penis, finger or object into another person's vagina or anus), or any other nonconsensual sexual touching. [ii]

> Sexual activity requires ***consent***, which is defined as positive, unambiguous, and voluntary agreement to engage in specific sexual activity throughout a sexual encounter. Consent cannot be inferred from the absence of a "no"; a clear "yes," verbal or otherwise, is necessary. Consent to some sexual acts does not constitute consent to others, nor does past consent to a given act constitute present or future consent. Consent must be ongoing throughout a sexual encounter and can be revoked at any time.
>
> Consent cannot be obtained by threat, coercion, or force. Agreement under such circumstances does not constitute consent.
>
> Consent cannot be obtained from someone who is asleep or otherwise mentally or physically incapacitated, whether due to alcohol, drugs, or some other condition. A person is mentally or physically incapacitated when that person lacks the ability to make or act on considered decisions to engage in sexual activity. Engaging in sexual activity with a person whom you know -- or reasonably should know -- to be incapacitated constitutes sexual misconduct. For illustrations of Yale's consent definition, see the *Sexual Misconduct Scenarios* at http://smr.yale.edu/.

***Intimate partner violence (IPV)*** occurs when a current or former intimate partner uses or threatens physical or sexual violence. IPV also may take the form of a pattern of behavior that seeks to establish power and control by causing fear of physical or sexual violence. Stalking may also constitute IPV.

***Sexual harassment*** consists of nonconsensual sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature on or off campus, when: (1) submission to such conduct is made either explicitly or implicitly a condition of an individual's employment or academic standing; or (2) submission to or

---

[ii] The sexual assault data in this report will not correspond to Yale's annual report required under the federal Clery Act because this report uses a more expansive definition of sexual assault and includes cases from a wider geographic jurisdiction than in the Clery report.

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

rejection of such conduct is used as the basis for employment decisions or for academic evaluation, grades, or advancement; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment. Sexual harassment may be found in a single episode, as well as in persistent behavior. Both men and women are protected from sexual harassment, and sexual harassment is prohibited regardless of the sex of the harasser.

***Stalking*** is repeated or obsessive unwanted attention directed toward an individual or group that is likely to cause alarm, fear, or substantial emotional distress. Stalking may take many forms, including following, lying in wait, monitoring, and pursuing contact. Stalking may occur in person or through a medium of communication, such as letters, e-mail, text messages, or telephone calls. In some circumstances, two instances of such behavior may be sufficient to constitute stalking.

***Other*** includes a range of prohibited behaviors that do not fall into the categories above. Examples include voyeurism, audio-visual recording of sexual activity without consent, retaliation, and violations of the Policy on Teacher-Student Consensual Relations.

## Terminology Commonly Used in this Report

"UWC ***formal complaint***": Formal resolution of a complaint through the UWC involves an investigation by an external fact-finder, a hearing, adjudication, and possible disciplinary sanctions. See the UWC Procedures for more information.

"UWC ***informal complaint***": Informal resolution through the UWC does not include extensive investigation, a hearing, or a determination as to the validity of the allegations. The goal is to achieve a resolution that is desired by the complainant and acceptable to the respondent, and to counsel and educate the parties.[iii] See the UWC Procedures for more information.

"A Title IX Coordinator ***brought a formal complaint*…**": Under certain circumstances, the Title IX Coordinator of the University or any Yale School may bring a complaint to the UWC. Generally, a Title IX Coordinator may file a complaint in situations on behalf of someone who experienced sexual misconduct but who cannot or will not themselves take the formal role of a complainant; this may be an issue of jurisdiction, safety, or preference. In certain circumstances involving a serious threat to the University community, a Title IX coordinator may bring a complaint to the UWC when there is evidence that the University's policy on sexual misconduct has been violated and the Title IX Coordinator's intervention is needed to ensure that the matter reaches the UWC. See the UWC procedures for more information.

"The Title IX Coordinator ***investigated*…**": An investigation by a Title IX Coordinator generally includes, but is not limited to: interviewing the complaint and respondent, interviewing any witnesses or other parties with knowledge of the alleged conduct, and collecting documentation (including email or other communications) relevant to the complaint. Upon reviewing the evidence gathered, The Title IX Coordinator determines whether a violation of University policy occurred, whether any actions should be taken, and recommends disciplinary action, if warranted.

"***Sufficient evidence*** to support the allegations": The UWC and the Title IX Coordinators apply the "preponderance of the evidence" standard (i.e., it is more likely than not) to determine, based on the evidence

---

[iii] Note that the University does not allow face-to-face mediation in cases alleging sexual violence.

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

gathered during the investigation, whether the alleged conduct occurred and, if so, whether it violates any University policies.

"The respondent was *counseled on appropriate conduct*": In some cases, the Chair of the UWC, the Title IX Coordinator, or an administrator working in consultation with the Title IX Coordinator, will meet with the respondent to review the allegations and the university's definitions and policies, discuss and affirm expected behaviors, and warn the respondent about possible consequences for violations of the University sexual misconduct policies.

"*Imposed no-contact restrictions*": In most cases, the respondent is issued a warning to cease all forms of contact (including physical, verbal, and electronic) with the complainant. In some cases, contact restrictions may limit access to any or certain parts of campus.

"Provided the complainant with *information on safety and victim services*": The YPD has a Sensitive Crimes & Support Coordinator who assists those affected by sexual misconduct and can help complainants make contact with SHARE or other University offices, coordinate interim safety measures, provide safety planning, and serve as a liaison with victims' assistance services. See the YPD website for more information.

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.