# Exhibit

# 6

# Yale College

OFFICE OF THE DEAN

PO Box 208241
New Haven CT 06520-8241
T 203 432-2900
F 203 432-7369

*location*
1 Prospect Street
New Haven CT 06511

CONFIDENTIAL

September 24, 2015

Jack Montague TC '16
c/o Trumbull College Dean's Office

Dear Mr. Montague:

At its meeting on Wednesday, September 23, 2015, the Coordinating Group of the Yale College Executive Committee, acting on behalf of the entire Committee and in place of a formal hearing, held a disposition of the charge that on September 6, 2015 your actions were in violation of the following section of the *Undergraduate Regulations*: "Defiance of Authority" (Chapter General Conduct & Discipline, Section H).

The Coordinating Group voted to reprimand you for this infraction. This penalty is a matter of internal record only, and should you or the residential college dean ever be asked if you have been subject to disciplinary sanctions by the University, you are both free on this account to say that you have not been. On the other hand, the reprimand will be taken into consideration in determining a penalty if you should ever again be found by the Executive Committee to have committed an infraction of the *Undergraduate Regulations*.

Sincerely,

Pamela Y. George
Assistant Dean of Academic Affairs
Secretary, Yale College Executive Committee

cc:   Margaret Clark, Master
      Jasmina Besirevic Regan, Dean
      Jonathan Holloway, Dean of Yale College
      Mark Schenker, Dean of Academic Affairs
      Ronnell A. Higgins, Chief of Police
      Coordinating Group
      Executive Committee File