# Exhibit

# 7

# Yale College Undergraduate Regulations

## 2016–2017



# TABLE OF CONTENTS

Yale College Undergraduate Regulations    2
  Introduction    3

  Policies    5
    Definitions of Plagiarism, Cheating, and Documentation of Sources    5
    Definitions of Sexual Misconduct, Sexual Consent, and Sexual Harassment
    7
    Free Expression, Peaceful Dissent, and Demonstrations    9
    Parental Notification    11

  Regulations    13
    Alcoholic Beverages    13
    Campus Housing and University Facilities    15
    Dining Services    26
    Financial Aid    30
    Financial Services    33
    Health Services    39
    Library    42
    Motor Vehicles    43
    Social Functions    44
    Student Activities    48
    Other Services and Facilities    53
    Undergraduate Organizations    55

  Offenses    66
  Penalties    71

  Procedures    72
    The Disciplinary Procedures of the Executive Committee of Yale College    72
    Student Complaints    89
    The University Tribunal    90
    Emergency, Interim, and Administrative Suspension    91

Index    93

# YALE COLLEGE UNDERGRADUATE REGULATIONS

Each student in Yale College is required as a condition of enrollment to comply with the *Undergraduate Regulations*. The University expects students to be familiar with the *Undergraduate Regulations* and to use this online version for reference during the course of the academic year. An assertion of ignorance of any of the rules published herein will not be accepted as an excuse for any violation of them. No student or group of students should expect to be individually warned to conform to any of the rules contained in the *Undergraduate Regulations*.

## AMENDMENT

The University reserves the right to amend or supplement these regulations at any time upon such notice to students as it deems suitable. The Yale College Dean's Office is responsible for the publication of the *Undergraduate Regulations*. Suggestions for amendments may be sent to the Editor, Undergraduate Regulations, Yale College Dean's Office, 102 SSS.

## CHANGES TO THE 2016–2017 UNDERGRADUATE REGULATIONS

Content has been reorganized to simplify navigation.

The sections "Sexual Misconduct" and "Sexual Harassment" (Policies, Sections B and C), replace previously gendered language with non-binary language.

The section "Postering and Publicity" (Regulations, Student Activities, Section K), now specifies that student organizations must include contact information on posters; it also removes language that previously restricted posters and publicity to announcing events, not positions or opinions.

The section "Student Productions" (Regulations, Student Activities, Section F) has been relocated, from "Regulations, Undergraduate Organizations."

The section "Acts of Violence or Physical Force" (Offenses, Section C) now states that implied or express consent of the person against whom violence or force is used will not be considered a defense.

The section "Suspension" (Penalties) now states that suspension shall be recorded on the academic transcript.

The section "Energy Conservation" (Regulations, Other Services and Facilities, Section F) has been removed; information about energy conservation can be found on the Sustainability website (http://sustainability.yale.edu).

# Introduction

Yale College is an academic community dedicated to the advancement of learning. Students freely associate themselves with the College and in doing so affirm their commitment to a philosophy of mutual tolerance and respect. All students admitted to Yale should understand the responsibility thus placed upon them. If any member of the community should interfere with its functions or show himself or herself unable or unwilling to assist in them, the community may find it necessary to protect itself by suspending or terminating his or her membership. Indeed, by formal vote the Yale College Faculty has affirmed:

- Its commitment to protect free expression and peaceful dissent and to preserve mutual respect and charitable relations among all members of the Yale community.

- Its belief that physical restriction, coercion, or intimidation of any member of that community is contrary to the basic principles of the University.

- Its expectation that such action will ordinarily result in temporary or permanent separation from Yale College.

The purpose of the regulations that follow is to spell out some of the actions that place the community in jeopardy and that may therefore result in suspension or expulsion from it. In general, these regulations are concerned with conduct on campus. While off-campus misconduct will not normally be the basis for disciplinary action by the University, it may result in disciplinary action under the circumstances specified below (See section W. Special provisions concerning student organizations (http:// catalog.yale.edu/undergraduate-regulations/general-conduct-discipline/offenses/ #special_provisions_concerning_student_organizations)), or if such conduct otherwise imperils the integrity and values of the University community. Off-campus infractions committed in the course of a Yale-sponsored program anywhere in the world, such as a Yale Summer Session abroad course, a Yale-sponsored internship or fellowship, a student organization's tour, or the like, could also be subject to disciplinary charges. Students must recognize that Yale College exists within a larger community that has its own laws and standards of behavior, and that membership in Yale College confers no exemption from those laws and standards. Unruly behavior or illegal or destructive acts that adversely affect the community surrounding the Yale campus will not be condoned. Students, whether on campus or off campus, are under the jurisdiction of the city, state, and national governments.

Authority for disciplinary matters proceeds from the Yale Corporation, which has empowered the Yale College Faculty to oversee disciplinary actions with respect to undergraduates. Penalties for misconduct by undergraduates are ordinarily imposed by the Yale College Executive Committee, a standing committee of the Yale College Faculty by whose authorization it acts.

The Executive Committee's jurisdiction includes offenses described in the *Undergraduate Regulations* as well as other actions on the part of students that may in the judgment of the committee warrant disciplinary action because they may imperil the integrity and values of the Yale community or the well-being of its members. The Executive Committee may assign penalties as provided in the *Undergraduate Regulations*,

though in some cases that authority resides in the president of the University, or is delegated to other University officials.

Violations of sexual misconduct will be addressed by the <u>University-Wide Committee on Sexual Misconduct</u> (http://provost.yale.edu/uwc) (UWC), which recommends penalties to the dean of Yale College.

The heads of the residential colleges, the University Librarian, the directors of the Yale computer facilities, and the Executive Director of Yale Dining may summarily impose certain penalties for violations of the dormitory regulations (p. 15), the library regulations (p. 42), the computer facility regulations (p. 53), and the dining services regulations (p. 26).

A member of the faculty finding evidence of academic dishonesty on a class assignment or examination is expected to bring the matter to the attention of the Executive Committee. Any member of the faculty, residential college head, residential college dean, or member of the University administration or staff may bring to the attention of the committee an alleged infraction of the *Undergraduate Regulations*.

An undergraduate student may bring a complaint of a nonacademic infraction to the attention of the Executive Committee only in conjunction with his or her residential college head, residential college dean, a member of the Yale College Dean's Office, a human relations counselor, the College or University's Title IX Coordinator, a member of the President's Committee on Racial and Ethnic Harassment, or the Yale Police Department. (See Disciplinary Procedures of the Executive Committee of Yale College (p. 72).)

Students may bring complaints regarding sexual misconduct directly to the University-Wide Committee on Sexual Misconduct (http://provost.yale.edu/uwc) (UWC). The UWC provides an accessible representative and trained body to answer internal inquiries and fairly and expeditiously address formal and informal complaints of sexual misconduct. It has sole disciplinary authority over Yale College students charged with sexual misconduct and recommends penalties to the dean of Yale College. The UWC is appointed and authorized to act by the provost.

# Policies

· Definitions of Plagiarism, Cheating, and Documentation of Sources (p. 5)
· Definitions of Sexual Misconduct, Sexual Consent, and Sexual Harassment (p. 7)
· Free Expression, Peaceful Dissent, and Demonstrations (p. 9)
· Parental Notification (p. 11)

# Definitions of Plagiarism, Cheating, and Documentation of Sources

By coming to Yale, students have implicitly asked the College to help them develop a broadly based, highly disciplined intelligence, not just to learn material, but also to be guided toward a deep and supple understanding of the subjects they study. Course readings, lectures, and discussions are all crucial elements of this learning. Less obvious, perhaps, is what students' own writing contributes to this process. It may sometimes seem that exams, lab reports, and papers are meant primarily to measure how much has been learned. But when students complete written course work, they are not demonstrating what they have learned, but are rather doing the very work of synthesis and reflection that constitutes advanced learning. Every writer has had the experience of making discoveries while writing an essay. To have this discovery is to make knowledge, and making knowledge is what joins all students to the project of the university.

Those students who cheat forfeit the opportunity to make such discoveries. Certainly there are other reasons not to cheat. One who borrows unacknowledged ideas or language from others is stealing their work, which denies them their due credit and also impedes that free exchange of ideas on which the university depends. Yale regards cheating as a serious offense, for which the standard penalty is two semesters of suspension. But the much more grievous wrong is to the cheating student. Writing is one of the most powerful sites of learning; students who turn in someone else's work, therefore, are giving away the very substance of their educations.

College course work frequently requires that students build on previous scholarship or collaborate with other students. The following definitions help clarify the proper procedures for conducting and documenting such collaborations and the expectations of Yale College. For a fuller discussion of these issues, see the Writing Center website (http://writing.yalecollege.yale.edu).

### A. MULTIPLE SUBMISSION

Students may not submit the same paper, or substantially the same paper, in more than one course. If topics for two courses coincide, a student must have written permission from both instructors before either combining work on two papers or revising an earlier paper for submission to a new course.

### B. CHEATING ON EXAMINATIONS

It is cheating to copy answers from other students or to refer without written permission to notes, books, laptop computers, cellular phones, or other programmable

electronic devices. Likewise, the use of cellular phones to discuss or obtain answers from another student, whether present in the classroom or not, is prohibited.

It is also cheating to change answers on a returned examination and then request re-grading. It is the student's responsibility to submit the examination exactly as it was; any alteration is academic dishonesty.

For take-home examinations, and for examinations for which the questions are distributed in advance, instructors should make the rules clear, and students should obey them to the letter. If a student is in any doubt as to the meaning of the instructions governing such exercises, he or she should seek explicit clarification from the instructor. The ordinary expectation is that each student will prepare answers on his or her own; collaboration with others is acceptable only to the degree precisely and specifically described by the instructor. In all cases, the answer a student finally submits must represent his or her own understanding of the issues. If a student thinks that any answer or submission has been significantly influenced by consulting books or other people, he or she should say so, just as is required in a paper.

## C. PLAGIARISM

Plagiarism is the use of someone else's work, words, or ideas as if they were one's own. Thus most forms of cheating on examinations are plagiarism; but the term is usually used in reference to papers rather than examinations.

If one uses a source for a paper, one must acknowledge it. What counts as a source varies greatly depending on the assignment, but the list certainly includes readings, lectures, websites, conversations, interviews, and other students' papers. Every academic discipline has its own conventions for acknowledging sources. Instructors should make clear which conventions students must use. In all situations, students who are confused about the specific punctuation and formatting must nonetheless make clear in written work where they have borrowed from others — whether it be a matter of data, opinions, questions, ideas, or specific language. This obligation holds whether the sources are published or unpublished.

Submission of an entire paper prepared by someone else is an especially egregious form of plagiarism, and is grounds for the imposition of a particularly serious penalty, including expulsion from the University.

## D. PROBLEM SETS AND UNGRADED WRITTEN ASSIGNMENTS

Many instructors assign work that allows students to practice and develop skills in a low-stakes format, less formal than a paper and often ungraded. Collaboration with other students is common practice in many such courses, but students are expected to ask instructors for a written explanation of what kinds of collaboration are appropriate.

## E. LABORATORY EXERCISES

Many laboratory reports are constructed on some form of exercise in which observations are made and the results of these observations tabulated or processed in some manner. There are three violations of originality that can occur with this form of assignment:

1. Falsification of Data. The practice known as "dry-labbing," constructing observations out of one's head or borrowing the observations of others as if they were one's own genuine data, is an offense of such gravity that—in the professional world—it results in total excommunication from the community of scientists. In undergraduate work the comparable sanction is suspension.

2. Cooperation in Treatment of Data. Often a class is given a common set of data with an assignment to analyze the data and report the results. Sometimes when extensive routine analyses must be made, it is tempting for students to organize so that the total work load is divided among several students. The ordinary assumption must be that this type of cooperation, however sensible it may seem, is strictly forbidden unless explicitly permitted by the instructor. The best policy is to ask at the time the assignment is made.

3. Borrowing or Purchase of Material. Submission of material, such as a chemical product, that a student does not obtain from actually performing the assigned experiment is a flagrant act of cheating. Purchasing the product in the marketplace, "borrowing some product" from a classmate, or obtaining a sample surreptitiously from another laboratory all constitute serious offenses. In the preparation of products by synthesis, using "excess starting materials" to promote a better yield of products is also cheating.

Finally, it should be reiterated that the prohibition of cheating and plagiarism is not meant to restrict either the free discussion and exchange of ideas among students or the study of other scholars' works. Such activities are the very essence of education. Nor are the rules of citation meant to engender a dependent mentality. Students are at Yale to study the work of others in order to learn to think for themselves. Those who follow that principle will never cheat or plagiarize.

# Definitions of Sexual Misconduct, Sexual Consent, and Sexual Harassment

## A. SEXUAL MISCONDUCT POLICIES AT YALE

Yale University is committed to maintaining and strengthening educational, working, and living environments founded on civility and mutual respect in which students, faculty, and staff are connected by strong bonds of intellectual dependence and trust. Sexual misconduct is antithetical to the standards and ideals of our community and will not be tolerated.

Yale aims to eradicate sexual misconduct through education, training, clear policies, and serious consequences for violations of these policies. The University's Title IX Coordinator has responsibility for ensuring compliance with Yale's policies regarding sexual misconduct. The University-Wide Committee on Sexual Misconduct (UWC) (http://provost.yale.edu/uwc) and the Title IX coordinators (http://provost.yale.edu/title-ix/coordinators)address allegations of sexual misconduct.

These policies apply to all members of the Yale community as well as to conduct by third parties (i.e., individuals who are neither students nor employees, including but not limited to guests and consultants) directed toward, University students, faculty,

or staff members. Conduct that occurs in the process of application for admission to a program or selection for employment is covered by these policies.

Many forms of sexual misconduct are prohibited by Connecticut and federal law, including Title IX of the education amendments of 1972, and Connecticut statutes relating to sexual offenses, and could result in criminal prosecution or civil liability.

## B. SEXUAL MISCONDUCT

Sexual misconduct incorporates a range of behaviors including sexual assault, sexual harassment, intimate partner violence, stalking, voyeurism, and any other conduct of a sexual nature that is nonconsensual, or has the purpose or effect of threatening, intimidating, or coercing a person.

Much sexual misconduct includes nonconsensual sexual contact, but this is not a necessary component. For example, threatening speech that is sufficiently severe or pervasive to constitute sexual harassment will constitute sexual misconduct. Making photographs, video, or other visual or auditory recordings of a sexual nature of another person without consent constitutes sexual misconduct, even if the activity documented was consensual. Similarly, sharing such recordings or other sexually harassing electronic communications without consent is a form of sexual misconduct. All members of our community are protected from sexual misconduct, and sexual misconduct is prohibited regardless of the sex of any party involved.

Violations of Yale's Policy on Teacher-Student Consensual Relations (http://www.yale.edu/equalopportunity/policies/#policy-teacher-student) and its policy on Relationships between Staff Members are a form of sexual misconduct.

## C. SEXUAL HARASSMENT

Sexual harassment consists of nonconsensual sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature on or off campus, when: (1) submission to such conduct is made either explicitly or implicitly a condition of an individual's employment or academic standing; or (2) submission to or rejection of such conduct is used as the basis for employment decisions or for academic evaluation, grades, or advancement; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment. Sexual harassment may be found in a single episode, as well as in persistent behavior. All members of our community are protected from sexual harassment, and sexual harassment is prohibited regardless of the sex of the harasser or the harassed.

## D. SEXUAL ASSAULT

Sexual assault is any kind of nonconsensual sexual contact, including rape, groping, and any other nonconsensual sexual touching.

## E. SEXUAL CONSENT

Sexual activity requires consent, which is defined as positive, unambiguous, and voluntary agreement to engage in specific sexual activity throughout a sexual encounter. Consent cannot be inferred from the absence of a "no"; a clear "yes," verbal or otherwise, is necessary. Consent to some sexual acts does not constitute consent to others, nor does past consent to a given act constitute present or future consent.

Consent must be ongoing throughout a sexual encounter and can be revoked at any time.

Consent cannot be obtained by threat, coercion, or force. Agreement under such circumstances does not constitute consent.

Consent cannot be obtained from someone who is asleep or otherwise mentally or physically incapacitated, whether due to alcohol, drugs, or some other condition. A person is mentally or physically incapacitated when that person lacks the ability to make or act on considered decisions to engage in sexual activity. Engaging in sexual activity with a person whom you know – or reasonably should know – to be incapacitated constitutes sexual misconduct.

## F.  GUIDANCE REGARDING SEXUAL CONSENT

Consent can only be accurately gauged through direct communication about the decision to engage in sexual activity. Presumptions based upon contextual factors (such as clothing, alcohol consumption, or dancing) are unwarranted, and should not be considered as evidence for consent.

Although consent does not need to be verbal, verbal communication is the most reliable form of asking for and gauging consent. Talking with sexual partners about desires and limits may seem awkward, but serves as the basis for positive sexual experiences shaped by mutual willingness and respect.

## G. INTIMATE PARTNER VIOLENCE

Intimate partner violence (IPV) occurs when a current or former intimate partner uses or threatens physical or sexual violence. IPV also may take the form of a pattern of behavior that seeks to establish power and control by causing fear of physical or sexual violence. Stalking may also constitute IPV.

## H. STALKING

Stalking is repeated or obsessive unwanted attention directed toward an individual or group that is likely to cause alarm, fear, or substantial emotional distress. Stalking may take many forms, including following, lying in wait, monitoring, and pursuing contact. Stalking may occur in person or through a medium of communication, such as letters, e-mail, text messages, or telephone calls. In some circumstances, two instances of such behavior may be sufficient to constitute stalking.

# Free Expression, Peaceful Dissent, and Demonstrations

## A. FREE EXPRESSION

The Yale College Faculty has formally endorsed as an official policy of Yale College the following statement from the Report of the Committee on Freedom of Expression at Yale, published in January 1975.

*The primary function of a university is to discover and disseminate knowledge by means of research and teaching. To fulfill this function a free interchange of ideas is necessary not only within its walls but with the world beyond as well. It follows that the university must do everything possible to ensure within it the fullest degree of intellectual freedom. The history of*

*intellectual growth and discovery clearly demonstrates the need for unfettered freedom, the right to think the unthinkable, discuss the unmentionable, and challenge the unchallengeable. To curtail free expression strikes twice at intellectual freedom, for whoever deprives another of the right to state unpopular views necessarily also deprives others of the right to listen to those views.*

*We take a chance, as the First Amendment takes a chance, when we commit ourselves to the idea that the results of free expression are to the general benefit in the long run, however unpleasant they may appear at the time. The validity of such a belief cannot be demonstrated conclusively. It is a belief of recent historical development, even within universities, one embodied in American constitutional doctrine but not widely shared outside the academic world, and denied in theory and in practice by much of the world most of the time.*

*Because few other institutions in our society have the same central function, few assign such high priority to freedom of expression. Few are expected to. Because no other kind of institution combines the discovery and dissemination of basic knowledge with teaching, none confronts quite the same problems as a university.*

*For if a university is a place for knowledge, it is also a special kind of small society. Yet it is not primarily a fellowship, a club, a circle of friends, a replica of the civil society outside it. Without sacrificing its central purpose, it cannot make its primary and dominant value the fostering of friendship, solidarity, harmony, civility, or mutual respect. To be sure, these are important values; other institutions may properly assign them the highest, and not merely a subordinate priority; and a good university will seek and may in some significant measure attain these ends. But it will never let these values, important as they are, override its central purpose. We value freedom of expression precisely because it provides a forum for the new, the provocative, the disturbing, and the unorthodox. Free speech is a barrier to the tyranny of authoritarian or even majority opinion as to the rightness or wrongness of particular doctrines or thoughts.*

*If the priority assigned to free expression by the nature of a university is to be maintained in practice, clearly the responsibility for maintaining that priority rests with its members. By voluntarily taking up membership in a university and thereby asserting a claim to its rights and privileges, members also acknowledge the existence of certain obligations upon themselves and their fellows. Above all, every member of the university has an obligation to permit free expression in the university. No member has a right to prevent such expression. Every official of the university, moreover, has a special obligation to foster free expression and to ensure that it is not obstructed.*

*The strength of these obligations, and the willingness to respect and comply with them, probably depend less on the expectation of punishment for violation than they do on the presence of a widely shared belief in the primacy of free expression. Nonetheless, we believe that the positive obligation to protect and respect free expression shared by all members of the university should be enforced by appropriate formal sanctions, because obstruction of such expression threatens the central function of the university. We further believe that such sanctions should be made explicit, so that potential violators will be aware of the consequences of their intended acts.*

*In addition to the university's primary obligation to protect free expression there are also ethical responsibilities assumed by each member of the university community, along with the right to enjoy free expression. Though these are much more difficult to state clearly, they are of great importance. If freedom of expression is to serve its purpose and thus the purpose of the university, it should seek to enhance understanding. Shock, hurt, and anger are not consequences to be weighed lightly. No member of the community with a decent respect for*

*others should use, or encourage others to use, slurs and epithets intended to discredit another's race, ethnic group, religion, or sex. It may sometimes be necessary in a university for civility and mutual respect to be superseded by the need to guarantee free expression. The values superseded are nevertheless important, and every member of the university community should consider them in exercising the fundamental right to free expression.*

*We have considered the opposing argument that behavior which violates these social and ethical considerations should be made subject to formal sanctions, and the argument that such behavior entitles others to prevent speech they might regard as offensive. Our conviction that the central purpose of the university is to foster the free access of knowledge compels us to reject both of these arguments. They assert a right to prevent free expression. They rest upon the assumption that speech can be suppressed by anyone who deems it false or offensive. They deny what Justice Holmes termed "freedom for the thought that we hate." They make the majority, or any willful minority, the arbiters of truth for all. If expression may be prevented, censored or punished, because of its content or because of the motives attributed to those who promote it, then it is no longer free. It will be subordinated to other values that we believe to be of lower priority in a university.*

*The conclusions we draw, then, are these: even when some members of the university community fail to meet their social and ethical responsibilities, the paramount obligation of the university is to protect their right to free expression. This obligation can and should be enforced by appropriate formal sanctions. If the university's overriding commitment to free expression is to be sustained, secondary social and ethical responsibilities must be left to the informal processes of suasion, example, and argument.*

### B. PEACEFUL DISSENT, PROTESTS, AND DEMONSTRATIONS

In view of the obligation of Yale or of any university to promote the free expression of all views, the campus is open to any speaker whom students or members of the faculty have invited and for whom official arrangements to speak have been made with the University. The right of free expression in a university also includes the right to peaceful dissent, protests in peaceable assembly, and orderly demonstrations, which may include picketing and the distribution of leaflets. These are permitted on the Yale campus, subject to approval as to schedule and location by the appropriate University official, until or unless they disrupt regular or essential operations of the University or significantly infringe upon the rights of others, particularly the right to listen to a speech or lecture. It is a violation of University regulations for any member of the faculty, staff, or student body to prevent the orderly conduct of a University function or activity, such as a lecture, meeting, interview (including a job interview), ceremony, or other public event. It is similarly a violation of University regulations to block the legitimate activity of any person on the Yale campus or in any Yale building or facility. Demonstrations or protests which exceed these limits will subject the participants to temporary or permanent separation from the University.

# Parental Notification

Federal law protects the confidentiality of student records and specifies the limited situations in which information from educational records may be given out without a student's prior consent. Yale regards its students as responsible adults, capable of managing their own lives and seeking guidance when necessary. Thus Yale's policy

is that disclosure of information to parents except in extraordinary circumstances is limited to information concerning a student's enrollment at the University. See Yale's statement on "Student Education Records (FERPA) (http://www.yale.edu/sfas/ registrar/#ferpa)".

Parents are therefore notified in the following situations:

1.  When a student withdraws from the University for any reason; and

2.  When a student has been placed on suspension or expelled from the University.

Cases in which Yale would, in extraordinary circumstances, notify parents or guardians cannot in the nature of things be completely enumerated or described; but it is, for example, the judgment of Yale College that a serious injury to a student, or a violent crime committed upon a student, are sufficiently grave occurrences as to constitute extraordinary circumstances. Yale College, therefore, as a matter of general policy, notifies parents of such events. In addition, the College may judge that parents should be notified concerning the existence of serious concerns or threats to a student's health, either physical or emotional. Although in most such instances students will be encouraged themselves to inform their parents, the University reserves the right to notify parents directly and/or to ensure that parents have been satisfactorily informed. Yale College recognizes, however, that special circumstances might cause a student to believe that notification of parents would be undesirable or inappropriate. In such a case, the residential college head and dean will discuss the matter carefully with the student, and as appropriate will consult the Yale College Dean's Office, Yale Health, or the Office of the General Counsel. In certain individual instances, Yale College may then conclude that it is not in the student's best interest that parental notification take place, and in that event an exception to the general policy will be made.

# Regulations

- Alcoholic Beverages (p. 13)
- Campus Housing and University Facilities (p. 15)
- Dining Services (p. 26)
- Financial Aid (p. 30)
- Financial Services (p. 33)
- Health Services (p. 39)
- Library (p. 42)
- Motor Vehicles (p. 43)
- Social Functions (p. 44)
- Student Activities and Extracurricular Activities (p. 48)
- Other Services and Facilities (p. 53)
- Undergraduate Organizations (p. 55)

# Alcoholic Beverages

The Yale College Dean's Office and the Council of Heads of College have issued points A through M below; anyone who disregards them risks legal prosecution by the State of Connecticut and may face disciplinary action, either by the head and dean of a residential college or by the Yale College Executive Committee.

## A. GENERAL RESPONSIBILITIES OF STUDENTS

Yale College recognizes its students to be responsible adults and believes that they should behave in a manner that does not endanger themselves or others and that is in compliance with state and local laws regarding the consumption, sale, and delivery of alcoholic beverages. Furthermore, students will be held fully responsible for their own behavior, even when acting under the influence of alcoholic beverages. Infractions of the alcohol regulations as well as any alcohol-related behavior that violates the *Undergraduate Regulations* will be subject to disciplinary action by the appropriate University officials. In such cases, the association of alcoholic beverages with problem behavior will not be seen as a mitigating factor and may be seen as an exacerbating factor.

Students are strongly encouraged to call for medical assistance for themselves or for any student who is dangerously intoxicated; such a call for emergency help does not in itself lead to disciplinary charges.

## B. COMPLIANCE WITH STATE STATUTES

The legal drinking age in Connecticut is twenty-one. The law provides that anyone who delivers or gives an alcoholic beverage to a person under the legal drinking age or to any person who is intoxicated is in violation of the law and subject to the imposition of penalties as designated by statute (CT General Statute, Section 30-86(b)). (http://search.cga.state.ct.us/dtsearch_pub_statutes.html) It is similarly a violation of the law for a person under the legal drinking age to possess alcohol or to misrepresent his or her age, through the use of a fraudulent identification card or otherwise, in order to

be served alcoholic beverages illegally (CT General Statute, Section 30-88a (http://search.cga.state.ct.us/dtsearch_pub_statutes.html)).

Connecticut statutes explicitly forbid the sale of alcoholic beverages unless the seller holds a state liquor license (CT General Statute, Section 30-74 (http://search.cga.state.ct.us/dtsearch_pub_statutes.html)). Yale University does not hold such a license for social functions on campus. No alcoholic beverages may be sold anywhere in the residential colleges or college annexes, Baker Hall ("Swing Space"), or anywhere on the Old Campus. Stratagems such as the sale of chits, potato chips, set-ups, or any article that may be redeemed for alcoholic beverages are the equivalent of paying money for alcoholic beverages and are prohibited. No admission may be charged or accepted for cocktail parties or other drinking parties no matter how named.

All undergraduate social functions, organized and private, must be in compliance with state and local laws. It is the responsibility of the host (or host organization) to ensure compliance with state and local laws and with appropriate University regulations. (See Social Functions (p. 44); for regulations pertaining to the service of alcohol, see section D (p. 14) below.)

## C. WHO MAY BE SERVED

The categories of persons listed below may be served alcoholic beverages. Verification must be made by a TIPS-certified bartender, including students trained in the certification course offered by the Yale College Dean's Office.

1. Members of the faculty, administrative staff, alumni, and parents.

2. Yale students of legal drinking age, whether undergraduate, graduate, or professional school students, as confirmed by the birthdate on their Yale University identification cards.

3. Guests, either individuals accompanied by Yale hosts or students visiting Yale from another college or university, who can establish that they may be legally served alcoholic beverages by means of two forms of identification, such as a college identification card, a driver's license, or a passport. At least one of the forms of identification must include a photograph.

## D. SERVICE OF ALCOHOLIC BEVERAGES

Under no circumstances may alcoholic beverages be served, directly or indirectly, to anyone under the legal drinking age or to anyone who is intoxicated. Alcoholic beverages are to be served from a well-illuminated bar physically separated from places where other refreshments are served. Service will be only by authorized bartenders assigned to the event from a pool to be administered by Yale Dining.

## E. PROVISION OF NON-ALCOHOLIC BEVERAGES AND FOOD

At any event at which alcoholic beverages are served, the host must also provide non-alcoholic beverages and food in adequate amounts. Service of alcoholic beverages must cease if the supply of non-alcoholic beverages is exhausted.

## F. PERMISSIBLE ALCOHOLIC BEVERAGES

Beer and wine may be served at organized social functions. Other alcoholic beverages, such as punch and mixed drinks, may be no more than 15% alcohol by volume. Grain alcohol is prohibited on campus.

## G. PRIVATELY OBTAINED ALCOHOLIC BEVERAGES

No privately obtained alcoholic beverages may be brought into an organized social function, including major campus events such as Spring Fling.

## H. ADVERTISING

There may be no advertising on the Web or elsewhere of alcoholic beverages at campus functions or at off-campus functions arranged by student organizations.

## I. CESSATION OF SERVICE

Service of alcoholic beverages must cease one hour prior to the scheduled end of an organized social function. (See Social Functions, section F, Hours (p. 46).)

## J. OLD CAMPUS AND FRESHMAN AREAS

Kegs of beer are strictly forbidden on the Old Campus and in freshman suites in Silliman and Timothy Dwight Colleges. In addition, no alcoholic beverages may be served at organized or private functions on the Old Campus, except at functions confined to upperclass rooms or to entryways occupied solely by upperclassmen or when authorized by the Yale College Dean's Office.

## K. MISUSE OF IDENTIFICATION CARDS

Misuse of the Yale identification card, as for example by allowing its use by someone else or by passing on alcoholic beverages obtained with its use to an underage person, is a violation of the *Undergraduate Regulations* and will lead to disciplinary action.

## L. ATTEMPTS TO BE SERVED ILLEGALLY

Any attempt by a student who is under the legal drinking age to be served alcoholic beverages illegally at an organized social function, for example by using false or fraudulent identification documents in order to misrepresent his or her age, is a violation of the *Undergraduate Regulations* and will subject the student to disciplinary action by the appropriate University officials.

## M. FAILURE TO COMPLY

Any individual or organization that fails to comply with these regulations will be subject to disciplinary action.

# Campus Housing and University Facilities

## A. RESIDENCE

Each residential college is a microcosm of the Yale undergraduate student body. Freshmen are assigned to colleges by a method that attempts to ensure that the population of each mirrors the diversity of backgrounds and interests found in the student body as a whole. The head of each residential college is in charge of all college affairs, including housing. Generally the responsibility for room assignments is

delegated to the dean; in some circumstances the head and dean may collaborate in making housing decisions.

Violation of the campus housing regulations may be subject to disciplinary action by the Yale College Executive Committee. In certain cases, the head of a residential college, in consultation with the residential college dean, will decide that the appropriate punishment for persistent or serious disregard for the regulations is to require the student in question to live off campus, either for a specified period or permanently. This penalty is called "rustication." Rusticated students may be denied access to the college itself and to its facilities. When a student is rusticated, no rebate of room rent will be granted for the time period of rustication. Violations of the penalty of rustication may also be referred to the Yale College Executive Committee.

Campus housing regulations are binding on all students in residence in Yale College housing and on their visitors, whether from Yale or elsewhere. The following regulations apply in the residential colleges, on the Old Campus, in Baker Hall ("Swing Space"), in Arnold Hall, and in any other annex spaces.

1. Occupancy. Students in their first four terms of enrollment must live on campus unless they are married or are at least twenty-one years of age on the first day of classes in the term in question. Freshmen and sophomores who are rusticated are required to live off campus during the time of their rustication.

   Students must live in the rooms to which they have been assigned. They may not move without the permission of the residential college dean or head. All resident students must take a meal contract. Empty beds in suites may be filled at the discretion of residential college deans or heads without prior notice to students.

   On-campus housing is guaranteed to freshmen and sophomores, for whom residence is required. Housing is generally available for all who request it, but availability is not guaranteed.

2. Off-Campus Housing. Juniors and seniors are ordinarily permitted to live off campus; however, the residential college head or dean may require a student to remain on campus in unusual circumstances. The University assumes that students have notified their parents or guardians of their housing plans.

   Any student living off campus may select a resident meal plan and is encouraged to take advantage of all the other resources of the college.

3. Mixed-Gender housing. Yale has adopted a mixed-gender suites option for and seniors with the following conditions:

   a. Each bedroom within a suite must be single-sex. A man and woman may not occupy a double bedroom, but they can elect to live in separate single bedrooms within a suite.

   b. No student will be assigned to a mixed-gender suite against his or her will.

   c. Mixed-gender housing groups will get no advantage or disadvantage in the housing selection process. If they are not able to select a suite that can accommodate them, they may need to break into different groups that may or may not be mixed-gender.

d. Students in intimate relationships are strongly discouraged from entering into a shared-suite arrangement.

4. Room Draw. An undergraduate who participates in the room draw of a residential college in the spring, and accepts a room as a result of the draw, has contracted for that room. If that student subsequently relinquishes the room, he or she normally will be subject to the charges outlined in Financial Services.

   Yale has limited wheelchair-accessible housing. Therefore, any student who selects and accepts a wheelchair-accessible room may later be required to relinquish it to a disabled student. If the room is needed, the original occupant will be provided with alternative housing.

5. Reinstatement. Students applying for reinstatement who wish to live on campus should notify the residential college dean early in their reinstatement process. On-campus housing is guaranteed to freshmen and sophomores, for whom residence is required. Housing is generally available for all who request it, but availability is not guaranteed. Housing will be determined upon completion of the reinstatement process: in early to mid-August, for the fall semester, and in early December, for the spring semester.

6. Transfer of College Affiliation. Students may request a transfer from their assigned residential college to another college. Such a request will be granted when a student has compelling reasons and there is space in the college to which he or she wishes to transfer. Instructions and the form to request a transfer may be obtained in the office of the head or dean of any residential college. A student must complete the form, which requires a brief written statement, and must also meet with the head and dean of each of the colleges involved before the application can be considered.

   Transfer requests must be submitted by Friday, February 10, 2017, for the following fall term. In unusual circumstances, students may ask to transfer affiliation at other times of the year; such requests will be considered on a case-by-case basis.

7. Occupying and Vacating Rooms. All residences, including the residential colleges, Old Campus dormitories, Baker Hall ("Swing Space"), and annex facilities, open for occupancy on stipulated dates before the beginning of classes each term. They are open for the entire fall and spring terms, but all are closed during the winter recess; the only exceptions are annex apartments, when they are in use. A residential college head may require students planning to stay on campus during the spring recess to notify the office before the start of recess.

All students must vacate their rooms by noon of the day following the end of the final examination period in the fall term. In the spring term, all students but seniors must vacate their rooms by noon of the day following the end of the final examination period; seniors may remain in their quarters until noon of the day following Commencement.

Failure to vacate rooms by these times will result in a fine of $100, which will be charged to a student's University account.

Students who are suspended must vacate the college and return keys and Yale identification to the residential college dean's office within the time period specified

by the Executive Committee. In no case may that period be greater than 72 hours after the imposition of the penalty. A suspended student may not return to campus during the period of suspension for any reason unless he or she receives express written permission in advance from his or her residential college dean or head, or the dean of student affairs, <u>Camille</u> Lizarríbar.

Only students currently enrolled in Yale College may live in undergraduate housing; students on leave of absence, students on a Year or Term Abroad, and withdrawn students may not occupy student housing. Students occupying dormitory rooms during the fall who will be leaving for the spring term must remove all of their possessions by noon of the day following the end of final examination period in the fall, so that the room can be prepared for the next occupant.

## B. CONDUCT IN THE DORMITORIES

Living and working in a community requires individuals to show each other mutual respect and consideration. Students need to be able to sleep and study in comfort, and they have a right to privacy. Persistent rooming disagreements should be discussed with the residential college head or dean.

1. Noise. Students should use sound systems, musical instruments, televisions, etc., with consideration for the rights of others. This is particularly important between 11 p.m. and 7 a.m. Sunday through Thursday and between 1 a.m. and 8 a.m. on Friday and Saturday. The residential college head has the authority to confiscate sound equipment and return it to the student at the end of the academic year if its use is inappropriate. Inconsiderate noise should be reported to the head and dean. Violation of the rules against noise may result in the penalty of rustication.

2. Firecrackers and Fireworks. Students may not store or use fireworks anywhere on campus. Violations will be prosecuted to the fullest extent of the law and referred to the Executive

3. Firearms and Weapons. Guns, ammunition, air rifles, paintball and pellet guns, BB guns, Tasers, knives, and other weapons are absolutely prohibited.

4. Pets. Students are not permitted to keep pets in their dormitory rooms. Off-campus students may not bring their pets onto campus. The Facilities Superintendent has the authority to remove and to send to the pound any animal found in University residences.

5. Service and Assistance Animals. In compliance with the Americans with Disabilities Act and other applicable state and federal law, Yale University generally allows students with disabilities to bring Service Animals to campus to perform work or tasks related to a disability. In some cases, Assistance Animals that do not qualify as Service Animals under the ADA may be permitted in University housing if shown to be necessary to afford a student with a documented disability an equal opportunity to use and enjoy University housing. http://policy.yale.edu/policy/4400-service-and-assistance-animals

   Students planning to bring a Service Animal to campus or seeking approval to bring an Assistance Animal to campus should contact The Resource Office on Disabilities as early as possible to begin the approval and registration process.

6. Thrown Objects. Throwing objects of any kind from windows is forbidden.

7. Guests. Students living in the dormitories may have guests for brief visits, but not for more than a few days. Roommates who feel inconvenienced by the presence of others' guests should discuss the matter with their residential college head or dean. No guest may be in residence if a host is not present. Students are responsible for the behavior of their guests at all times; guests may not use common areas of a college unless their hosts are present.

8. Trading and Soliciting. Students may not invite dealers or other tradespeople onto campus unless they receive permission from the head of their residential college. They also may not make contracts or agreements with such individuals that would require their presence in dormitories, except to remove or deliver goods to an individual student. Violations of this rule could result in the exclusion of such dealers and from University grounds and buildings, and might also subject the contracting student to disciplinary action.

9. Restricted Areas. Students may not trespass in areas that are locked, such as rooftops, towers, and tunnels.

10. Smoking Regulations. Smoking is forbidden in the colleges, on the Old Campus, in Baker Hall ("Swing Space"), in Arnold Hall, and in all other annex spaces.

11. Postings. Notices and postings may be put up on bulletin boards with permission of the residential college head. Students are prohibited from attaching notices or posters to doors, walls, etc.; such notices will be removed. See Student Activities and Extracurricular Activities, section K, Posters and publicity (http://catalog.yale.edu/undergraduate-regulations/rules-governing-student-activities/student-extracurricular-activities/#posters_publicity).

## C. DORMITORY FURNISHINGS

Each student in residence in a Yale College room will be supplied with a bed, mattress, bureau or wardrobe, desk, and chair. The University does not provide computer desks or tables. A blue recycling bin is allocated to each suite. In addition, some rooms or suites are furnished with bookcases, fire screens, curtains, window screens, or storm windows. At the beginning of each term, students will receive a Facilities Superintendent's dormitory room report listing the furniture that has been provided; the property listed becomes a student's responsibility. Students must inform the Facilities Superintendent within five days of occupancy if the report contains mistakes. Even when absent from their rooms, students are held responsible for any disorder or damage occurring there.

No University-issued furnishings may be removed from student rooms. If any furnishings are missing from rooms at the end of the year, students will be billed for replacement costs.

Students who damage furniture or furnishings will be charged for repairs. If it is unclear who damaged items, all of the occupants of the suite will be billed for a share of the repair or replacement. (See also section I, Maintenance of dormitory rooms and campus areas.)

## D. BAKER HALL ("SWING SPACE")

All the rooms in Baker Hall ("Swing Space"), including common rooms, are fully furnished; students may not remove any of the furniture. A summary of replacement and repair costs of furnishings and appliances will be distributed to students in Baker Hall along with their dormitory room reports when they move into their rooms. All other rules applying to other Yale College rooms apply also to Baker Hall. Students living in Baker Hall may add appliances such as toaster ovens, but these may be used only in kitchens. All such appliances must be listed for use in the United States and labeled as such by a testing/certifying agency such as Underwriters Laboratories (U.L.).

## E. STORAGE

At all times, storage is limited to the spaces each college designates for that purpose. No student may store possessions in the mechanical rooms of any college basement. The University reserves the right to dispose of improperly stored items without notice and without compensation. Absolutely no storage is allowed in stairwells or hallways per the Connecticut State Fire Safety Code.

Storage over the summer in the residential colleges is not a right but a privilege. The system is costly in terms of the time it requires of the residential college heads' offices and the custodial staff, and creates difficulties for the Summer Session and for those trying to clean and refresh the facilities. Summer storage is not permitted on the Old Campus, in Baker Hall, Arnold Hall, or in any other annex space. The residential college heads generally try to make the most space possible available but storage, even in the most spacious of colleges, is severely limited, and students should remember this in making their plans.

Storage in the summer may be divided into two categories: boxed storage of personal effects and furniture or other room furnishings. Students residing in the residential colleges may leave one couch per suite, and each student may leave one chair, one freestanding bookcase (no cinder-block or brick construction), and one standing lamp. Students must identify each item left in the room or suite with a tag obtained from the residential college head's office, and must securely attach and label each tag with the owner's name as well as fall and spring room numbers. Untagged or illegally tagged or excessive furniture, rugs, pictures, and other possessions left in rooms will be removed, and the student will be charged for the expense of the removal. Students must remove all other personal effects from their rooms at the end of the academic year and must either place their belongings in storage facilities provided by the college or remove them from the premises. Refrigerators may not be stored in student rooms or college storage spaces.

Students residing in rooms on the Old Campus, in Baker Hall, Arnold Hall, or in any other annex space must remove all personal effects and personal furniture when they vacate housing at the end of the spring term. Each college will designate one or more areas for boxed storage of personal effects of students assigned to the college (regardless of on-campus/off-campus status). The residential college head will determine the maximum number of boxes each student may store based on the available storage space in the college. Only boxed items will be accepted; no loose items or outsized items will be stored. Each box must be labeled on the sides in bold black lettering with the student's name and fall-term room number.

*Campus Housing and University Facilities*   21

Yale takes no responsibility for the safety of items left on University property. Students are encouraged to provide their own storage for furniture and possessions and to provide insurance against loss or damage. In any college designated for occupancy during the summer, or for renovation or alteration, alternate storage arrangements may have to be made.

## F. INSURANCE FOR PERSONAL BELONGINGS

Yale is not responsible for loss of, or damage to, any personal belongings anywhere on or off campus, whether in a dormitory room, an off-campus apartment, or a storage area, regardless of the cause of the loss or damage. All students are encouraged to make their own arrangements to obtain insurance against loss or damage.

Yale's Office of Enterprise Risk Management provides access for students to a comprehensive insurance policy to protect student personal belongings. Details can be found at http://ogc.yale.edu/special-programs-0.

## G. FIRE SAFETY

It is crucial that all fires on campus, no matter how small, be reported to the residential college head's office and by calling 911. This includes fires extinguished without the assistance of the fire department or the Yale Police Department.

The University reserves the right to enter and to inspect any student room without prior notice. All dormitory rooms will be inspected twice a year. When the inspection is completed, occupants will be provided with a University fire and inspection report. They will be required to move any obstructions to fire doors or other dormitory exits. Any flammable or combustible material will be removed at the expense of the occupants. If the deficiencies are not corrected the students will be fined at least $100 and referred to the Executive Committee for disciplinary action.

1. Fire Alarms. All occupants are required to vacate the building in a timely manner when a fire alarm is activated, including when fire drills are being performed. Deliberately setting off a fire alarm when there is no fire is extremely dangerous and violates the laws of the State of Connecticut. A student who sets off a fire alarm will be fined at least $100 and prosecuted to the full extent of the law. Further disciplinary action will be taken by the residential college head or by the Yale College Executive Committee.

2. Fire Extinguishers. In the event of a fire, students should vacate the building, pull the fire alarm as they leave, and call 911. Students should use fire extinguishers only if they have been trained in their use and they can use them without presenting dangers to themselves or others. Students may not tamper with or remove fire extinguishers from their proper stations or discharge them except to put out fires. Students violating this rule will be fined at least $100 plus any cleanup costs that may be incurred. They may be subject to further disciplinary action by the residential college head or by the Yale College Executive Committee.

3. Smoke Detectors and Sprinkler Systems. The smoke detectors in each room must be in working order at all times. Students are required to press the test button on the front cover of their detectors monthly; if there is no sound, they must report the malfunction to the Facilities Superintendent. If it is found that students have damaged, removed, or deliberately made their smoke detectors inoperative,

occupants of the room or suite in which the detector is placed will be fined at least $200 each, and they will be subject to further disciplinary action by the residential college head or by the Yale College Executive Committee.

Students may not tamper with the automatic sprinkler systems in dormitory rooms. Sprinkler heads and pipes must not be used to hang clothing or other items because such use could lead to damage that could cause the system to activate, causing property damage. In order to ensure that they will function as designed in case of a fire, sprinkler heads must never be painted; painting can delay or prevent the sprinkler head from operating when needed. Students who cause the unnecessary discharge of a sprinkler will be fined $100 per person and charged for replacement of sprinkler heads, cleanup costs, and the repair or replacement of any damaged items. They may be subject to further disciplinary action by the residential college head or by the Yale College Executive Committee.

If, during a party, deliberate and unnecessary activation or discharge of fire alarms, sprinkler systems, or fire extinguishers, or tampering with fire alarms, smoke detectors, sprinkler systems, or door closures is discovered, the party will be stopped immediately and the person or persons hosting the party will be held responsible for all fines and cleanup costs and the students will be referred to the Executive Committee for disciplinary action.

4. Cooking Appliances. For reasons of fire safety, the following appliances are prohibited in dormitory rooms:

Hot plates, toasters, toaster ovens, broilers, griddles, rice cookers, coffeepots, any appliances that are in poor condition, and any appliances deemed hazardous by Yale officials.

The following items may be used in dormitory rooms:

Microwaves, small electric teakettles, and Keurig-type beverage makers.

5. Other prohibited items.

   a. Halogen lamps.

   b. Space heaters, except when issued in emergencies by Physical Plant. Only liquid-filled space heaters issued by Physical Plant are allowed. Space heaters must be returned to Physical Plant immediately after the emergency is mitigated.

   c. Any electrical appliance with defective wiring or of an improper current rating.

   d. Kerosene lamps, camping cooking equipment, or other open-flame devices.

   e. Fabric or fishnet textiles hung from the ceiling or more than 20% of the walls in a room.

   f. Cork boards more than four square feet in size.

   g. Flammable fluids and gases such as kerosene, gasoline, and propane.

   h. Candles and incense.

     i. Live holiday trees and decorations.

     j. Residential-grade extension cords and power strips are prohibited. Only UL-approved commercial-grade extension cords and power strips are allowed.

6. Fireplaces. Fireplaces may not be used under any circumstances.

7. Fire Exit Doors. Access to fire exit doors must never be blocked; the automatic closure mechanisms must not be propped open. Occupants of any dormitory room in which any of these occurs will be fined $200 per occupant.

8. Obstructions of Fire Exits. No object of any sort may be placed or stored in entryways, corridors, exitways, or any other position where it might obstruct immediate access to a fire door or exit. This includes tripping hazards such as rugs or telephone cords.

9. Treatment of Material. Draperies, mattresses, mattress covers, carpets, or wall hangings over four square feet in size must be noncombustible or have been treated with a flame-retardant material.

10. Holiday Lights. Holiday lights will be limited to no more than three strings per room; these are prohibited from being plugged into each other to create a single string of lights, and must be listed and labeled by a product certification agency, such as Underwriters Laboratories (U.L.). No holiday lighting or decorations may be installed in stairwells or on the exterior of the building.

11. Special Events. Social gatherings or special events of more than 50 people must be approved by Fire Code Compliance Services (203-432-9923). The Yale Police Department and Yale Security must also be notified, via http://publicsafety.yale.edu/safety-services/request-police-or-security-services.

## H. CARE OF ROOMS

The University reserves the right to enter and to inspect any student room; inspections may be made without prior notice. Students are responsible for the care of their rooms and are expected to keep them in reasonable condition. If they do not do so, after appropriate warnings they will be charged a fine (assessed per student if more than one student occupies the room). Students who further disregard reasonable standards may be required to relinquish the room without rebate.

In entryway bathrooms, personal belongings are to be left only in the designated storage units or on installed shelves. Such belongings may not block the emergency exit doors connected to other rooms. Students living in suites with internal bathrooms are responsible for cleaning their own bathrooms and for requesting necessary repairs or other maintenance. Such bathrooms are furnished with cleaning supplies and cleaned twice each year by custodial services, during the winter recess and at the end of the spring term.

At the end of the academic year, each student must sign out of his or her room individually. Each student must complete a sign-out form upon leaving; students who fail to do so will be assessed a fine.  When rooms or suites are left in poor condition, a cleaning fee will be assessed, appropriately divided between suitemates or roommates.

## I. MAINTENANCE OF DORMITORY ROOMS AND CAMPUS AREAS

1. Damage to Rooms or Other University Property. Students responsible for damage to their rooms or to other University property will be charged for the cost of repairs. When students move into their rooms they will be provided with a student tenant manual that includes a fee schedule for damages. All damages must be reported to the Facilities Superintendent within five days of occupancy.

2. Alterations. Students may not make alterations to their rooms. No lofts or partitions of any kind may be constructed. Ceiling fans, outside TV antennae, air conditioners, and waterbeds are also prohibited. No furniture or equipment attached to the building itself may be removed. If alterations are made without permission, the University reserves the right to require restoration of the previous condition at the occupant's expense.

3. Painting. The painting or defacing of walls or woodwork in the bedrooms or common rooms of the student suites is prohibited. In addition, items may be attached to walls only with the materials provided by the Facilities Department; attaching items to walls by any other means is prohibited. Painting of entryways, hallways, entry doors to student rooms and suites, bathrooms, or any other part of a University residence building is prohibited. Fines for noncompliance or the actual cost of repair and repainting will be assessed by the Facilities Superintendent through Student Financial Services.

4. Trash. Fire regulations stipulate that rubbish containers may be placed only on the first floor of entryways on the Old Campus. In Baker Hall ("Swing Space") and the residential colleges, trash and recycling must be placed in the basement trash rooms. Under no circumstances may students leave trash in entryways, hallways, stairways, or landings; students who do so will be assessed a fine of $100 and will be charged for the removal of the trash.

5. Recyclables. Under city and state laws, students are required to recycle all newspapers, white office paper, corrugated cardboard, and glass and metal food and beverage containers in the designated recycling sites. A fine of $100 plus removal fees will be assessed if students leave their recyclables in entryways, hallways, stairways, or landings.

6. Items in Entryways and Stairwells. No items of any kind may be stored or chained in the entryways, hallways, or corridors of any dormitory. Bicycles, mopeds, or motorcycles left in entryways will be removed without notice and stored at the owner's expense. A fine will be assessed.

7. Bicycles. Bicycles must be stored in designated areas during the academic year; bicycles left at the end of the academic year may be removed and discarded.

8. Use of Public Spaces. Organized activities may only take place on the Old Campus with permission of the Yale College Dean's Office or on the Cross Campus with the permission of the President's Office. Activities or games that may harm lawns are not allowed in college courtyards, except with express permission of the individual

residential college heads. Activities involving oversized inflated balls (typically called Bladderball at Yale) are not permitted on University property.

9. Use of Grills. Grills may be used only by obtaining advance permission from Fire Code Compliance Services (203-432-9923), the appropriate residential college head, and, in the case of the Old Campus, the Yale College Dean's Office. Propane grills or tanks may not be stored inside buildings under any circumstances.

10. Hanging Items. No items may be hung on the exterior of dormitories or other University buildings, gates, fences, or structures. Exceptions may be made only by residential college heads or other University officials for facilities under their control.

11. Posters and Publicity. All advertising of events and activities must be in accordance with University regulations governing poster and chalk announcements. (See Student Activities, section K, Posters and Publicity (http://catalog.yale.edu/undergraduate-regulations/rules-governing-student-activities/student-extracurricular-activities/#posters_publicity).)

## J. GENERAL SECURITY

While the safety of members of the community and the protection of University and personal property are a common concern of all members of the Yale community, each student is responsible for his or her own safety. Each student should obtain and carefully read the pamphlet entitled "Public Safety at Yale University (http://your.yale.edu/sites/default/files/files/SAFETY_BROCHURE_2016.pdf )," published by the Yale Police Department and the University Security Department. Students are encouraged to read information on the Public Safety website (http://your.yale.edu/community/public-safety).

The University particularly requests the cooperation of students in maintaining the security of the dormitories. Students should keep their own doors and entryways locked and their windows secured. They should report to the Yale Police Department (campus emergency number 911) any activity or the presence of any person that they think might constitute a threat to security. The Yale Police Department should be notified immediately in the event of a theft or of any other crime. Students are responsible for not compromising their own security or that of others. Among the actions which endanger the community and for which students may be subject to fines or disciplinary action by the Yale Police Department, the residential college head, or the Yale College Executive Committee are those concerning the following:

1. College Gates and College, Dormitory, or Building Doors. Students should never tamper with or prop open gates or doors and should obey security postings at all times, for their own safety and that of their fellow students.

2. Security Systems or Devices. Improper use of, tampering with, or vandalism of security systems or devices is forbidden.

3. University Identification/Proximity Cards or Keys. Students are not permitted to possess unauthorized identification/proximity cards or keys or to improperly give, lend, or duplicate these devices.

Students receive their identification/proximity cards and keys when they take occupancy of their rooms; in some cases they will also receive suite keys. In some cases a student will receive more than one room key. No keys will be issued except to the occupant of a given room, and that student is responsible for the return of all keys. Students living off campus will have identification/proximity cards giving them access to the residential college gates.

If keys to rooms, suites, or gates are lost, students will be charged a replacement fee of $25 per key. If a student finds the lost key or keys within thirty days and returns it or them to the residential college head's office, the replacement charge will be canceled. If keys are found after thirty days and returned, half the replacement charge will be returned to the student. Ordinarily the University does not change locks when keys are lost unless a form of identification has also been lost.

All students must return all keys to the residential college head's office at the end of each academic year or when they withdraw from Yale College, take leave of absence, or move off campus. Failure to return keys at such times will result in a $25 fine, half of which will be canceled if the keys are returned within thirty days of the student's departure. Subsequent return of keys will not reduce the amount of the fine. The identification/proximity card will be deactivated for all students at the end of each academic year, and it will be deactivated for departing students at the time of withdrawal or leave of absence.

When a student loses an identification/proximity card, he or she should immediately report the loss to the University Security Programs Department at 57 Lock St., 203-785-5555. Replacement cards are available from 9 a.m. to noon and 1 to 3 p.m., Monday through Friday, at the ID Card Center, 246 Church Street. The replacement fee is $20 for a lost or stolen card.

### K. LOSS OF PROPERTY

Lost and found items should be treated in the following ways:

1. Items of Value. All lost and found items of value, including wallets and cash, should be reported immediately to the Yale Police Department at 203-432-4400.

2. Personal Items. Personal items lost or found in Sterling Memorial Library and Bass Library should be reported immediately to 203-432-1830. Personal items lost or found in other libraries should be reported to the circulation desk in that library. In all other areas, contact the Lost and Found Department at the Yale Police Department, 203-432-4405 (weekdays between 9 a.m. and 5 p.m.) or 203-432-4400 (at other times).

# Dining Services

All resident students are required to have a meal contract. Freshmen are required to have the Full Meal Plan, but may upgrade to the optional Anytime Meal Plan. Upperclass residents may choose either the Anytime Meal Plan, the Full Meal Plan, or the Any-14 Meal Plan. Nonresident students may arrange on a term basis for the Off Campus Meal Plan, the Full Meal Plan, the Any-14 Meal Plan, or Eli Bucks for the purchase of individual meals. Follow the appropriate links to obtain more information about meal plans (http://hospitality.yale.edu/undergraduate-meal-plan-options), the

Yale Dining calendar and the operating schedule (http://hospitality.yale.edu/summer-operating-schedule-2016).

## A. CHARGES

Students who have a dining contract are required (except as provided in Financial Services (p. 33)) to pay the charge of the contract until the end of the term for which it was taken. Bills for additional charges, if incurred, will ordinarily be rendered monthly or before the end of each term. Board bills for nonresident students will ordinarily be rendered on a term basis in advance.

## B. REFUNDS

No refunds or rebates can be given for meals not taken during a term. In order to receive a refund due to a withdrawal or leave of absence, students are required to submit a written request to the Yale Dining Business Office (yale.dining@yale.edu). No board rebate can be given for any day before the day on which the student advises the Yale Dining Business Office of her or his status change, or the day on which notification is received by the Yale Dining Business Office.

For more information about Refunds, see Financial Services (p. 33).

## C. DINING HALL ACCESS

All undergraduates must present their University identification cards to access any Yale dining hall. Upon entering a dining hall, students present their University identification cards for electronic scanning. Students who do not present a valid Yale identification card may be denied access to a dining hall. The individual residential colleges reserve the right to limit access to their dining halls at specified times.

## D. MISUSE OR MISAPPROPRIATION OF DINING SERVICES PRIVILEGES

Dining privileges are not transferable and may not be given or sold to another person. If meals are improperly obtained in a dining hall or in a University retail location, the executive director of Yale Dining or the director's designee has the authority to impose fines and charges on the offending person or persons.

1. A student who gives, lends, or sells the use of a Yale identification card to a non-Yale person will be fined $100 and required to pay at the current guest rate for the meal or meals taken.

2. A student who gives, lends, or sells the use of a Yale identification card to another Yale student will be fined $100. The student who receives the card will also be fined $100 and will be required to pay at the current guest rate for the meal or meals taken.

3. A nonresident student without a dining contract who has not paid for a meal but who takes food available for self-service or who takes food from another person's tray will be fined $100 and required to pay for the meal at the current guest rate. (See also section F, "Nonresident students (p. 28).")

4. If a student brings a guest to a dining hall with no payment being made for a meal for the guest, and the guest takes food available for self-service or takes food from another person's tray, the student who is the host will be fined $100 and

required to pay for the meal at the current guest rate. (See also section G, "Guests (p. 29).")

Fines and charges will be billed to the student's account with Student Financial Services. When the executive director of Yale Dining or the director's designee imposes a fine on a student, he or she will so notify the student in writing, describing the evidentiary basis for his or her decision. The executive director will also send a copy of this notice to the student's residential college master and dean and to the chairman of the Yale College Executive Committee, and will, at his or her discretion, request that further disciplinary action be taken by the Yale College Executive Committee. The Executive Committee itself may also, at its discretion, assume disciplinary authority with regard to the offenses described in these paragraphs.

## E. TRANSFERS

An undergraduate with meal privileges may take meals in other residential colleges, Commons, or the Hall of Graduate Studies Dining Hall by exhibiting a Yale identification card.

Additionally, students with classes in the area (which make it difficult or impossible to return to a dining hall for lunch) are allowed to transfer their meal contracts on a cash equivalency basis to the following retail food services at lunch: the KBT Cafe, Thain Family Cafe, Durfee's, Cafe Med and the Divinity School Refectory. The value of the transfer for meals is limited to the cash equivalency for the meal taken. As there are time-period restrictions, students should check with these units before attempting to use their meal contract equivalency. (See section D, "Misuse or misappropriation of dining services privileges (p. 27).")

Off-campus students who purchase any meal plans (the Off Campus 5 Meal Plan, the Anytime Meal Plan, the Full Meal Plan, or the Any-14 Meal Plan) are entitled to transfer meals to the dining halls at the KBT Cafe, the Divinity School Refectory, the Hall of Graduate Studies and Cafe Med. As there are time-period restrictions to eating in those facilities, students should check with them before attempting to use their meal contract equivalency. Dining Points or Eli Bucks may be used at these facilities.

Transfers are not accepted during special events. Dining hall managers reserve the right to limit transfers at specified times, as directed by individual masters, or at any other time when transfer requests cannot be accommodated.

## F. NONRESIDENT STUDENTS

Off-campus students are encouraged to come frequently to the dining halls of their residential colleges. They may purchase the Off Campus 5 Meal Plan, the Anytime Meal Plan, the Full Meal Plan, the Any-14 Meal Plan, or the Eli Bucks Plan for the purchase of individual meals. Such a contract, when purchased, remains valid for the term and cannot be redeemed. Nonresident students may also charge meals to their Yale student accounts with Student Financial Services or pay for them cash by credit card (MasterCard, Visa, Discover ir AmEx) at the guest rate. (See section A, "Charges (p. 27).")

The service standard in the Yale College dining halls, which provides free access to the dining hall and unlimited second helpings, makes it inappropriate to charge by the item; payment for the full meal is consequently required. Off-campus students

who come to a dining hall must therefore pay for the meal being served or refrain from eating. (See section D, "Misuse or misappropriation of dining service privileges (p. 27).")

## G. GUESTS

Students are welcome to have guests in the dining halls. Payment at a guest rate may be made by credit card (MasterCard, Visa, Discover or AmEx) or may be charged to the student's Yale account with Student Financial Services. Dining Points or Eli Bucks may be used for guests' meals also. (See section A, "Charges (p. 27).") For reasons given above, payment for a full meal is required, and it is not possible to pay by the item. Hosts may not share food from their own trays with guests. (See section D, "Misuse or misappropriation of dining services privileges (p. 27).")

## H. REMOVAL OF FOOD

Meal contracts and guest payments entitle a diner to the food being served at a meal for consumption at that time. Food may not be taken from the dining hall to be consumed later. Only the following items are permitted to be eaten "on-the-go": a single beverage in a refillable mug no larger than 24 ounces; a sandwich, burger, or pizza slice; a cookie or brownie, an ice cream cone, or a single piece of fruit.

Students with meal contracts who cannot eat a lunch or a dinner in a dining hall may obtain a sack lunch or a late plate by filling out a form on line at http://hospitality.yale.edu/orders2go.

## I. MODIFIED DIETS AND FOOD ALLERGIES

A student with food allergies or other medical condition which requires dietary restrictions should fill out the Special Dietary Needs Self Identification Form (http://hospitality.yale.edu/special-dietary-needs-self-identification-form) and follow the instructions at http://hospitality.yale.edu/special-dietary-needs. Students with allergies or who need a modified diet are strongly encouraged to speak to the manager of his or her residential college dining hall. Arrangements will be made to accommodate reasonable dietary restrictions at no extra charge. Students may be asked to provide supporting medical documentation from the student's physician and/or Yale Health; this documentation is evaluated by and registered with the Resource Office on Disabilities. Additional information about dining accommodations can be found at http://hospitality.yale.edu/special-dietary-needs.

## J. CHINA, FLATWARE, AND GLASSWARE

Removing china, flatware, and glassware from the dining hall constitutes theft and is forbidden. Disciplinary action may be taken.

## K. USE OF THE DINING HALLS AFTER MEALS

Students or groups wishing to use a dining hall after meals for such events as dances or plays must first secure the permission of the head of the college and then coordinate the usage with the dining hall manager. Food purchased outside of Yale Dining is not allowed in any dining hall. There may be a charge for use of the dining hall. It is important to maintain the general condition of the dining facility after an event. Due to risk of injury and potential damages to furniture and facilities, students may not move dining room furnishings.  Any such movement must be arranged through the dining

hall manager and may require a fee for labor. Any special cleaning or damages will be charged to the student account or to the student organization sponsoring the event.

## L. CONDUCT IN THE DINING HALLS

The dining halls are important social centers at Yale, and in the residential colleges especially they are the focus of much of the social life of the community. So that they may be places where everyone can eat and talk in comfort, certain activities must be regulated or entirely prohibited.

1. Annoyances. Loudness and offensive boisterousness are inconsiderate invasions of the rights of others and are not allowed. Food-throwing is absolutely forbidden.

2. Soliciting. Permission of the head of the college is required for solicitation in a residential college. (See Student Activities and Extracurricular Activities, section I, "Solicitation and sales in residential colleges and other buildings (p. 51)".) Table-to-table solicitations and sales are prohibited. Students wishing to solicit for any purpose must consult the dining hall manager; at most times in most of the residential colleges, tables and chairs can be provided for such students near the entrance to the dining hall. Public announcements, except with the approval of the dining hall manager and the head of the college, are not allowed during meals.

3. Photographing. In general, photographing during meals is not allowed because it interferes with the privacy of others. Written application for an exception to this rule must be made to the and the head of the college. Photographing a dining hall when meals are not being served can be arranged by contacting the dining hall manager who will obtain permission from the Director of Yale Dining.

4. Table Tents and Other Notices. Table tents and other notices are no longer permitted on tables in any of the dining halls. Students are encouraged to use electronic bulletin boards, websites, and social media to advertise their events.

5. Smoking Regulations. Smoking is not permitted in the public areas of University buildings.

## M. PENALTIES

For penalties for misuse of dining hall privileges, see section D, "Misuse or misappropriation of dining services privileges (p. 27)." The dining hall manager will refer other violations of the Dining Services Regulations to the head of the residential college or to the Yale College Executive Committee for disciplinary action. The head of the college has the right to forbid a student who violates the regulations to enter the dining hall, either permanently or for a specified period of time.

# Financial Aid

## A. GENERAL

The University adheres to a firm policy of providing assistance to meet the demonstrated financial need of all Yale College students for their four undergraduate years.

## B. AMOUNT AND TYPE OF AID

Most awards are made on a yearly basis. Where circumstances warrant, awards are made for one term even though a student is enrolled for the full academic year. The amount and the type of aid (i.e., job, loan, and gift) are determined individually after consideration of the financial situation of the student's family. The first portion of demonstrated financial need, however, is met through self-help (job and/or loan).

## C. ELIGIBILITY

A student who demonstrates financial need and who meets the requirements for promotion is eligible for gift aid and/or loans. No student, except certain reinstated students, will be eligible for assistance for more than eight terms. (See section J, "Reinstated students (p. 32).") The University will not aid any student who is in default on any federal or University loan, has borrowed in excess of loan limits, or owes a refund to the Department of Education, Yale, or any other institution for any Title IV financial aid. Further, if a student is found to be in default, has borrowed in excess of loan limits, or owes a refund after being offered financial aid, the University will withdraw all aid immediately while continuing to hold the student responsible for any charges incurred. Students who falsely attest to their status in this regard may be subject to disciplinary action as well.

## D. OFF-CAMPUS LIVING

Awards are granted on the assumption that a student's living expenses will not exceed the cost of room and board charged to resident students. Students will not receive additional gift aid in order to meet expenses for off-campus living that exceed the cost of living in University accommodations. Requests for additional self-help to meet such expenses, however, will be considered.

## E. MARRIED STUDENTS

A married student should not expect to receive more gift aid than he or she would receive as a single student.

## F. PARENTAL CONTRIBUTION

Yale College believes that parents have the primary responsibility of paying for their children's education. That principle extends to both parents, even when they are divorced or separated, and is fundamental to Yale College's financial aid policy. If a student is admitted to Yale as a dependent, and the student's parents discontinue support at a later time, the student cannot expect that the University will replace the expected parental contribution with Yale funds.

## G. DEPENDENTS

A student with dependents should plan to support them without assistance from the University.

## H. ADJUSTMENT OF AWARDS

A financial aid recipient is required to report to Student Financial Services any improvements or reversals in circumstances that alter the family's and/or student's financial situation, including receipt of gift or loan assistance other than that awarded

or processed by Student Financial Services. Awards may be adjusted as the result of such changes.

## I. APPLYING FOR FINANCIAL AID

Applications for financial aid for the academic year 2017-2018 must be completed by May 15, 2017. Applications for financial aid for spring term 2017 only must be completed by October 15, 2016. (Students applying for reinstatement should indicate that they are applying for financial aid on their applications for reinstatement. Student Financial Services will provide the application instructions to the student, who should complete and file them immediately.) To ensure that students benefit from the full range of available financial aid, Yale requires the completion of the Free Application for Federal Student Aid, which is used to determine eligibility for federal and state grants as well as the low-interest Federal Direct Loan program. Additional documents may be required for federal verification purposes. Institutional aid is a substantial component of the financial aid package for most Yale College students, and the CSS Profile, along with FAFSA, is required to determine eligibility for Yale scholarships. The CSS Profile provides an automatic fee waiver for applicants from low-income families with few assets. In addition, a copy of the student's and parents' latest federal income tax returns and W-2 forms, and a Yale College Application for Financial Aid are required from each applicant before a renewal of a financial aid award is made; other forms, such as a Noncustodial Parent Profile, a Business/Farm supplement, or an IRS tax transcript may also be required. Students not receiving financial aid whose circumstances change are encouraged at any time during the year to discuss with a staff member in Student Financial Services the possibility of applying for aid.

## J. REINSTATED STUDENTS

All financial aid recipients returning to Yale after a withdrawal must complete a financial aid application at least two weeks before the beginning of the term for which they have applied for reinstatement. (See section I, "Applying for financial aid (p. 32).") Students who withdrew for medical reasons will resume their eligibility for financial aid as before. Similarly, students who, after readmission, will be able to complete the requirements for graduation in a total of eight terms (the total including the semester in which they withdrew if withdrawal occurred after the first ten days of the term) will resume their eligibility for financial aid as before. Normally, students who attend for nine terms are not eligible for financial aid from Yale in their ninth term. However, a reinstated student who will require nine terms of enrollment may apply for financial aid for a ninth term.

## K. EXIT COUNSELING

At the end of senior year, or at the time of withdrawal from Yale College, students who have received a student loan from Yale or federal sources must complete exit counseling requirements. Student Financial Services will notify all graduating and withdrawn students of this obligation and provide instructions on completing the requirement. No student who has obtained a Yale or federal loan will be awarded a diploma or be able to secure a transcript until he or she has completed the exit counseling process.

## L. FURTHER INFORMATION

For a more detailed explanation of financial aid policy and procedures, including policies regarding Satisfactory Academic Progress requirements, students may contact Student Financial Services, located at 246 Church Street, first floor. The mailing address is Yale University, P.O. Box 208288, New Haven, CT 06520-8288; the telephone number is 203-432-2700; the website is http://finaid.yale.edu. The office may be contacted via the SFS "Contact Us" web page at http://finaid.yale.edu/contact.

# Financial Services

## A. INCLUSIVE FEE FOR THE FALL AND SPRING TERMS

The inclusive fee for resident undergraduates for the academic year 2016-2017 is $64,650. It includes tuition, room, board, library, laboratory, gymnasium, and (for seniors) graduation fees. The fee also covers network services, which include an Ethernet data connection at every desk and full wi-fi coverage; a telephone line in each suite; voicemail for each student; and "basic" cable television service (39 channels) in each suite. Students can, at additional cost, request private telephone lines and an expanded cable television service.

The yearly tuition fee for nonresident students is $49,480 ($24,740 for the fall term and $24,740 for the spring term). It includes all the items named above except room, board, and network services. The yearly room charge is $8,520 ($4,260 for the fall term and $4,260 for the spring term); the yearly board charge is $6,650 ($3,325 for the fall term and $3,325 for the spring term).

All students, whether resident or nonresident, will also be charged a yearly hospitalization and prescription coverage fee of $2,264 by Yale Health, unless it is waived upon presentation of evidence that a student has valid and sufficient alternative hospitalization/specialty care coverage. Coverage for the fall term only is $1,132; coverage for the spring term only is $1,132.  An online waiver (https://yhpstudentwaiver.yale.edu) indicating that a student wishes to waive this plan must be submitted to Yale Health Member Services Department by September 15, 2016, for the fall term and by January 31, 2017, for the spring term.

Additional charges will be made for such optional or incidental items as attendance at Yale Summer Session, individual instruction in the School of Music, special materials in art courses, special examinations, library fines, fines for a late course schedule and course schedule changes, damage to University property caused by the student, and the like.

## B. PAYMENT OF BILLS

The official means of communicating monthly financial account statements is through the University's Internet-based system for electronic billing and payment, Yale University eBill-ePay. Yale does not mail paper bills.

Student account statements are prepared and made available twelve times each year, at the beginning of each month. Payment is due in full by 4 p.m. Eastern time on the first business day of the following month. E-mail notifications that the account statement is available on the eBill-ePay website (http://student-accounts.yale.edu/ebep) are sent to all students at their official Yale e-mail addresses and to all student-designated

authorized payers. It is imperative that all students monitor their Yale e-mail accounts on an ongoing basis.

Yale University eBill-ePay is the preferred method of payment. Electronic payments are easy and convenient, and payments are immediately posted to student accounts. There is no charge for this service. Bank information is password-protected and secure, and there is a printable confirmation receipt. Payments can be made until 4 p.m. Eastern time on the due date to avoid late fees. Students have full control over access to their accounts, and up to three people per student can be authorized to make payments electronically from their own computers using Yale's system.

For those who choose to pay by check, a remittance advice with mailing instructions is available on the eBill-ePay website (p. 33).

A bill for one-half the inclusive fee will be available beginning the first week of July. Payment will be due by 4 p.m. Eastern time on August 1. A bill for the balance will be available beginning the first week of November; payment of the balance will be due by 4 p.m. Eastern time on December 1. The Yale Payment Plan (YPP), which is administered by the University's Office of Student Financial Services, enables students and families to pay all or a portion of the term bill in ten monthly installments beginning in May preceding the academic year. Families who elect to participate pay an enrollment fee of $100 per plan. Information about the plan is available on the Student Financial Services homepage at student-accounts.yale.edu within the Yale Payment Plan section or by calling Student Financial Services at 203-432-2700.

Information about supplemental loan plans may be obtained from the Student Financial Services Center at 246 Church Street. (See "Financial Aid (p. 30).")

A late charge will be assessed if any part of the inclusive fee is not paid when due. For payments due on August 1, but not received on or before that date, a late charge will be imposed as follows:

| If Payment in Full is Not Received | Late Charge |
| --- | --- |
| By August 1 at 4 p.m. | $125 |
| By September 1 at 4 p.m. | An additional $125 |
| By October 1 at 4 p.m. | An additional $125 |

**For payments due on December 1 but not received on or before that date, the late charge is as follows:**

| If Payment in Full is Not Received | Late Charge |
| --- | --- |
| By December 1 at 4 p.m. | $125 |
| By January 1 at 4 p.m. | An additional $125 |
| By February 1 at 4 p.m. | An additional $125 |

Students who have not paid or made arrangements for payment of their term bills by the due date will be placed on hold until these financial obligations have been settled. University regulations require that all financial obligations to the University be paid as a condition of enrollment.

Students who cancel a leave of absence or a Year or Term Abroad are subject to the deadlines outlined above. Those whose payments have not been received by Yale by

August 1 (for a fall term) or December 1 (for a spring term) are subject to the late charges as outlined above.

All payments must be made in U.S. currency and checks must be drawn on a U.S. bank.

A processing charge of $25 will be assessed for a payment returned for any reason by the bank on which it was drawn.

## C. PAYMENT OF BILLS, ACADEMIC TRANSCRIPTS, AND DIPLOMAS

No student will be able to secure an academic transcript unless all financial obligations to the University have been fulfilled. Similarly, no student will be awarded a diploma until all financial obligations have been fulfilled.

## D. REBATES OF UNDERGRADUATE CHARGES

1. Withdrawal on or before the Fifteenth Day of a Term. A student who withdraws for any reason on or before the fifteenth day of a term (September 14, 2016, in the fall term and January 31, 2017, in the spring term) will not be held responsible for the tuition, room, and board fees for that term. However, a resident student will be assessed a per diem housing charge for each day up to and including the day on which the student relinquishes the room. A student with a meal contract will be charged the guest rate per day for board through the date on which the student provides written notification of withdrawal to the Yale Dining Business Office, 246 Church Street. A nonresident student with the Dining Services Eli Bucks Plan will be charged only for meals actually taken.

2. Withdrawal after the First Fifteen Days but during the First Quarter of a Term. A student who withdraws for any reason after the fifteenth day of a term but on or before the last day of the first quarter of the term (September 24, 2016, in the fall term and February 10, 2017, in the spring term) will be given a rebate of one-half (50%) of the tuition, room, and board fees due or paid for that term. A resident student will be assessed a per diem housing charge for each day from the date of withdrawal up to and including the day on which the student relinquishes the room. A student with a meal contract will be charged the guest rate per meal for meals taken from the date of withdrawal through the date on which the student provides written notification of withdrawal to the Yale Dining Business Office, 246 Church Street. A nonresident student with the Dining Services Eli Bucks Plan will be charged only for meals actually taken.

3. Withdrawal after the First Quarter but on or before Midterm. A student who withdraws for any reason after the first quarter of a term but on or before the day of midterm (October 28, 2016, in the fall term and March 10, 2017, in the spring term) will be given a rebate of one-quarter (25%) of the tuition, room, and board fees due or paid for that term. A resident student will be assessed a per diem housing charge for each day from the date of withdrawal up to and including the day on which the student relinquishes the room. A student with a meal contract will be charged the per diem assessment for board taken from the date of withdrawal through the date on which the student provides written notification of withdrawal to the Yale Dining Business Office, 246 Church Street. A nonresident student with the Dining Services Eli Bucks Plan will be charged only for meals actually taken.

4. Withdrawal after Midterm. A student who withdraws for any reason after midterm (October 28, 2016, in the fall term and March 10, 2017, in the spring term) will not be given a rebate of any portion of the tuition, room, and board fees due or paid for that term.

5. Required Withdrawal for Academic or Disciplinary Reasons. A student who is required to withdraw during a term because of unsatisfactory academic performance or disciplinary reasons in the previous term will have his or her financial aid prorated based upon the number of days the student was enrolled in the current term. The student will not be charged the inclusive fee for the current term even if the withdrawal occurs after the fifteenth day of the term. The student will, however, be charged for room and board on the basis described in Section D.1., "Withdrawal on or before the Fifteenth Day of a Term (p. 35)."

6. Health Services. A student who withdraws from the University on or before the fifteenth day of the term will not be held responsible for the tuition fee for that term and as a result will not be eligible for any Yale Health benefits. Under such circumstances, the student will be refunded the premium fee(s) paid for Yale Health Hospitalization/Specialty Coverage and, if applicable, for Yale Health Prescription Plus Coverage. The student's Yale Health membership will be terminated retroactively to the start of the term and any services rendered and/or claims paid will be billed to the student on a fee-for-service basis.

   A student who withdraws from the University after the first fifteen days will be covered by Yale Health for 30 days following the date of withdrawal, or to the last day of the term, whichever comes first. A student who is hospitalized on the date of withdrawal or during the 30-day extension and has Yale Health Hospitalization/ Specialty Coverage and Yale Health Prescription Plus Coverage will have coverage until discharged from the hospital, up to the benefit limitation for that illness. In both these instances, Yale Health premiums are not refunded and will not be prorated. Students who withdraw are not eligible for Yale Health Affiliate Coverage.

7. The Tuition Refund Plan in the Event of Medical Withdrawal. The University makes available to students and parents an option to participate in the of A. W. G. Dewar, Inc. This plan provides protection from the loss of funds paid for tuition (and room and board, if applicable). Eight five percent of the funds paid by the student or the family to the University for tuition, room, and board, less any refund or credit due the student from the University, will be refunded provided the medical condition of the student is certified by a licensed physician and the condition necessitates complete withdrawal from all classes for the balance of the term. Benefit payment is made to Yale to be credited to the student's account. Benefits not required to settle the student's account with Yale will be refunded to the student through Yale. Benefits are coordinated with and reduced by credits issued by the University to the student's account as a result of withdrawal.

8. Death. In the event of a student's death on or before the fifteenth day of a term, the inclusive fee for that term will be canceled in full. Should death occur after the fifteenth day of a term, the Registrar's Office will adjust the inclusive fee on a pro rata basis as of the date of death.

9. Leave of Absence. The rules given in section D.1. above apply to a student who has been granted a leave of absence, except for Yale Health coverage (See Health Services, section C, "Eligibility changes (p. 42)") and rebate of room rent.

10. Rebate of Room Rent. A student who has contracted for a room by accepting a room in a residential college room draw and who subsequently relinquishes the room in order to live off campus or to take a leave of absence is subject to the following charges:

   a. A student who has contracted for a room but who notifies the college dean in writing on or before the first day of the term (August 31, 2016, in the fall term and January 17, 2017, in the spring term) of an intention to relinquish that room will be charged a nonrefundable deposit of one-quarter (25%) of the term room rent.

   b. A student who has contracted for a room but who notifies the college dean in writing on or before the fifteenth day of the term (September 14, 2016, in the fall term and January 31, 2017, in the spring term) of an intention to relinquish that room will be charged a nonrefundable deposit of one-quarter (25%) of the term room rent plus the per diem housing charge for each day up to and including the day on which the student relinquishes the room.

   c. A student who has contracted for a room but who notifies the college dean in writing after the fifteenth day of the term but on or before the last day of the first quarter of the term (September 24, 2016, in the fall term and February 10, 2017, in the spring term) of an intention to relinquish that room will be charged one-half (50%) of the term room rent.

   d. A student who has contracted for a room but who notifies the college dean in writing after the last day of the first quarter of the term but on or before midterm (October 28, 2016, in the fall term and March 10, 2017, in the spring term) of an intention to relinquish that room will be charged three-quarters (75%) of the term room rent.

   e. A student who has contracted for a room but who notifies the college dean in writing by November 30, 2016, of an intention to relinquish his or her room during the spring term will not be responsible for the spring-term room charge.

   Exceptions may normally be made only for medical reasons and require the approval of the dean of student affairs, Camille Lizarríbar.

11. Board Rebate. A student remaining in the University, but permitted by the dean of student affairs, Camille Lizarríbar, to cease taking meals in a dining hall, may have a board contract adjusted as of the date that this permission is presented at the Yale Dining Business Office, 246 Church Street. The student will receive a board rebate equal to one-half the daily rate for each board day remaining in the term on the day on which she or he cancels her or his dining hall contract at the Yale Dining Business Office, 246 Church Street.

No board rebate will be given to a student during a period of absence from the University if that absence is less than two weeks. After that, and if the absence is

approved by the residential college dean, the student will receive a board rebate equal to one-half the daily rate for each board day so approved.

Board rebates will not be given nor release granted to students observing religious beliefs, holidays, or fasts, students following specialized diets due to medical conditions, or students pursuing voluntary dietary restrictions based on various ethical, political, environmental, or health concerns.

12. Financial Aid Recipients. For purposes of determining the refund of Federal Student Aid funds, any student who withdraws from Yale College for any reason during the first 60% of any term will be subject to a pro rata schedule which determines the amount of Federal Student Aid funds a student has earned at the time of withdrawal. A student who withdraws after the 60% point has earned 100% of his or her Federal Student Aid funds for the term. In 2016-2017, the last days for the refund of Federal Student Aid funds will be November 2, 2016 in the fall term and March 31, 2017 in the spring term.

For purposes of determining the refund of institutional aid funds, any student who withdraws from Yale College for any reason on or before Midterm will be subject to a pro rata schedule which determines the amount of institutional aid funds a student has earned at the time of withdrawal. This schedule is based in part on the rebate of charges as previously indicated.

In all cases students are encouraged to contact Yale Student Financial Services to inquire about the consequences of withdrawal.

Recipients of Federal and/or institutional loans who graduate or withdraw are required to have an Exit Interview before leaving Yale. Students leaving Yale receive instructions on completing this process from Yale Student Financial Services.

13. Strikes, Work Stoppages, "Job Actions," and the Like. Except as provided herein, no rebates of tuition or any other fees will be given to a student, nor may any room contract be rescinded, on account of the interruption, as the result of a strike, work stoppage, "job action," etc., of any services customarily furnished by the University or of any activities customarily conducted by or at the University. In the event of the interruption of dining hall service on account of a strike, work stoppage, "job action," etc., the University will make arrangements for appropriate refunds, or provide an alternate service, on a temporary basis, to students who have contracted for meals.

14. Temporary Suspension of University Operations. In the unlikely event that public health or other significant safety or security concerns cause the University temporarily to suspend University programs and operations, the University will make arrangements for appropriate refunds, consistent with the principles enunciated in these Regulations, as may in its judgment be warranted in light of all the circumstances of the suspension and consistent with applicable law and regulations. The decision to suspend programs shall be made at the discretion and judgment of the University.

# Health Services

The Yale Health Center is located on campus at 55 Lock Street. The center is home to Yale Health, a not-for-profit, physician-led health coverage option that offers a wide variety of health care services for students and other members of the Yale community. Services include student health, gynecology, mental health, pediatrics, pharmacy, laboratory, diagnostic imaging, a seventeen-bed inpatient care department, a round-the-clock acute care clinic, and specialty services such as allergy, dermatology, orthopedics, and a travel clinic. Yale Health coordinates and provides payment for the services provided at the Yale Health Center, as well as for emergency treatment, off-site specialty services, inpatient hospital care, and other ancillary services. Yale Health's services are detailed in the Yale Health Student Handbook, available through the Yale Health Member Services Department, 203-432-0246, or online at yalehealth.yale.edu.

## A. ELIGIBILITY FOR SERVICES

All registered undergraduates (except those enrolled in the Nondegree Students program and those enrolled in the Eli Whitney Students program before September 2007) are enrolled automatically for Yale Health Basic Coverage. Basic Coverage is offered at no charge and includes preventive health, laboratory, and medical services in the departments of Student Health, Gynecology, and Mental Health & Counseling, Nutrition, and Inpatient Care. In addition, treatment for urgent medical problems can be obtained twenty-four hours a day through Acute Care. Students on leave of absence or on a Year or Term Abroad are not eligible for Basic Coverage but may enroll in Student Affiliate Coverage. Students enrolled in the Nondegree Students program are not eligible for Basic Coverage but may enroll in the Billed Associates Plan and pay a monthly premium. Students enrolled in the Eli Whitney Students program after September 2007 receive Yale Health Basic Coverage if they are enrolled at least half time; others in that program are eligible to elect the Student Affiliate Coverage. Associates must register for a minimum of one term within the first thirty days of affiliation with the University. Students not eligible for Basic Coverage may also use the services on a fee-for-service basis. Students who wish to be seen fee-for-service must register with the Member Services Department. Enrollment applications for the Student Affiliate Coverage, Billed Associates Plan, or Fee-for-Service Program are available from the Member Services Department. All students who purchase Yale Health Hospitalization/Specialty Coverage (yalehealth.yale.edu/understand-your-coverage) are welcome to use specialty and ancillary services at Yale Health Center. Upon referral, Yale Health will cover the cost of specialty and ancillary services for these students. Students with an alternate insurance plan should seek specialty services from a provider who accepts their alternate insurance.

1. Required immunizations and completion of Yale Health vaccination record

   All new students are required to provide a completed Yale Health Vaccination Record for Incoming Students by July 1, 2016. This Vaccination Record, which must be completed by a healthcare provider, addresses each of the following:

   a. Measles, mumps, rubella, and varicella (chicken pox) vaccinations: All full-time matriculated students who were born after January 1, 1957, are required to provide proof of immunization against measles, mumps, rubella, and varicella.

Connecticut State Department of Public Health (DPH) regulations require two doses of the following vaccines:

Measles vaccine. The first dose must have been given after the student's first birthday. The second dose must have been administered at least 28 days after the first measles vaccination. In lieu of vaccination, the student may submit laboratory confirmation of a positive titer result (blood test to determine immunity).

Mumps vaccine. The first dose must have been given after the student's first birthday. The second dose must have been administered at least 28 days after the first mumps vaccination. In lieu of vaccination, the student may submit laboratory confirmation of a positive titer result (blood test to determine immunity).

Rubella vaccine. The first dose must have been given after the student's first birthday. The second dose must have been administered at least 28 days after the first rubella vaccination. In lieu of vaccination, the student may submit laboratory confirmation of a positive titer result (blood test to determine immunity).

Varicella (chicken pox) vaccine. The first dose must have been given after the student's first birthday. The second dose must have been administered at least 28 days after the first varicella vaccination. In lieu of vaccination, the student may submit laboratory confirmation of a positive titer result (blood test to determine immunity), or documentation by a healthcare provider, of past varicella disease.

Students who are not compliant with this CT State DPH regulation will not be permitted to register for classes or move into the dormitories for the fall term, 2016. This regulation applies to all students unless they present (a) a certificate from a physician stating that such immunization is medically contraindicated, or (b) a letter from a member of the clergy certifying that such immunization would be contrary to the student's religious beliefs.

b. Meningococcal (meningitis) vaccination: All students living in on-campus housing must be vaccinated against meningococcal disease. Students are required to provide documentation, by a clinician, of one quadrivalent meningitis vaccination administered within the last five years.

Students who are not compliant with this regulation will not be permitted to register for classes or move into the dormitories for the fall term, 2016. Please note that the State of Connecticut does not require this vaccine for students who intend to reside off campus.

This regulation applies to all students living on campus unless they present (a) a certificate from a physician stating that such immunization is medically contraindicated, or (b) a letter from a member of the clergy that such immunization would be contrary to the student's religious beliefs.

c. Tuberculosis (TB) screening. All full-time matriculated students are to provide documentation of a recent screening result and any other testing or treatment related to Tuberculosis.

## B. HEALTH COVERAGE ENROLLMENT

The University requires all students eligible for Basic Coverage to have adequate hospital insurance coverage as well. Students may choose Yale Health Hospitalization/Specialty Coverage or elect to waive the plan if they have other hospitalization coverage, such as coverage through a spouse or parent. The waiver must be renewed annually, and it is the student's responsibility to confirm receipt of the waiver by the University's deadlines noted below.

1. Yale Health Hospitalization/Specialty Coverage. For a detailed explanation of this plan, which includes coverage for prescriptions, see the Yale Health Student Handbook (http://yalehealth.yale.edu/understand-your-coverage). Students are automatically enrolled and charged a fee each term on their Student Financial Services bill for Hospitalization/Specialty Coverage. Students with no break in coverage who are enrolled during both the fall and spring terms are billed each term and are covered from August 1 through July 31. For students entering Yale for the first time, readmitted students, and students returning from a leave of absence who have not been covered during their leave, Hospitalization/Specialty Coverage begins on the day the dormitories officially open. A student who is enrolled for the fall term only is covered for services through January 31; a student enrolled for the spring term only is covered for services through July 31.

   a. Waiving Yale Health Hospitalization/Specialty Coverage. Students are permitted to waive Hospitalization/Specialty Coverage by completing an online waiver form (http://www.yhpstudentwaiver.yale.edu). It is the student's responsibility to report any changes in alternate insurance coverage to the Member Services Department. Students are encouraged to review their present coverage and compare its benefits to those available under Yale Health. The waiver form must be filed annually and must be received by September 15 for the full year or fall term or by January 31 for the spring term only.

   b. Revoking the waiver. Students who waive Hospitalization/Specialty Coverage but later wish to be covered must complete and send a form voiding their waiver to the Member Services Department by September 15 for the full year or fall term or by January 31 for the spring term only. Students who wish to revoke their waiver during the term may do so, provided they show proof of loss of the alternate insurance plan and enroll within thirty days of the loss of this coverage. Yale Health fees will not be prorated.

2. Yale Health Student Two-Person and Family Plans. A student may enroll his or her lawfully married spouse or civil union partner and/or legally dependent children under the age of twenty-six in one of two student dependent plans: the Two-Person Plan or the Student Family Plan. These plans include services described in both Basic Coverage and Hospitalization/Specialty Coverage. Coverage is not automatic and enrollment is by application. Applications are available from the Member Services Department or can be downloaded from the Yale Health website (http://

yalehealth.yale.edu) and must be renewed annually. Applications must be received by September 15 for full-year or fall-term coverage, or by January 31 for spring-term coverage only.

3. Yale Health Student Affiliate Coverage. Students on leave of absence or extended study, students paying less than half tuition, or students enrolled in the Eli Whitney Program prior to September 2007 may enroll in Yale Health Student Affiliate Coverage, which includes services described in both Basic and Hospitalization/ Specialty Coverage. Applications are available from the Member Services Department or can be downloaded from the Yale Health website (http:// yalehealth.yale.edu) and must be received by September 15 for full-year or fall-term coverage, or by January 31 for spring-term coverage only.

## C. ELIGIBILITY CHANGES

1. Withdrawal. A student who withdraws from the University during the first fifteen days of the term will be refunded the fee paid for Hospitalization/Specialty Coverage. The student will not be eligible for any Yale Health benefits, and the student's Yale Health membership will be terminated retroactive to the beginning of the term. The medical record will be reviewed, and any services rendered and/or claims paid will be billed to the student on a fee-for-service basis. At all other times, a student who withdraws from the University will be covered by Yale Health for thirty days following the date of withdrawal. Fees will not be prorated or refunded. Students who withdraw are not eligible to enroll in Student Affiliate Coverage. Regardless of enrollment in Yale Health Hospitalization/Specialty Coverage, a student who withdraws from the University will have access to services available under Yale Health Basic Coverage (including Student Health, Athletic Medicine, Mental Health and Counseling, and Care Management) during these thirty days to the extent necessary for a coordinated transition of care.

2. Leave of absence. Students who are granted a leave of absence are eligible to purchase Student Affiliate Coverage during the term(s) of the leave. If the leave occurs during the term, Hospitalization/Specialty Coverage will end on the date the leave is granted and students may enroll in Student Affiliate Coverage. Students must enroll in Affiliate Coverage prior to the beginning of the term during which the leave is taken or within thirty days of the start of the leave. Fees paid for Hospitalization/Specialty Coverage will be applied toward the cost of Affiliate Coverage. Coverage is not automatic; enrollment forms are available at the Member Services Department or can be downloaded from the Yale Health website (http:// yalehealth.yale.edu). Fees will not be prorated or refunded.

# Library

The physical and digital collections of the Yale University Library, along with the library's numerous buildings and spaces for study and research, are among the University's greatest and most important academic assets. Students are encouraged to make full use of library collections and spaces, and to do so in a responsible manner that preserves them for future generations. Impairing library functions, failing to return library materials, removing or sequestering ("stashing") books without authorization, or damaging library materials diminishes the usefulness of the libraries and violates the

rights of others. Unauthorized access to library electronic records and databases is also a violation; this includes tampering with such files as online circulation records, falsifying identification to enter restricted databases, and downloading electronic content in a manner that violates the Library's license agreements.

Library access and privileges are provided to all registered undergraduates. The University identification card is required to enter most libraries either at all times the library is open or during specified hours. The identification card also must be shown whenever library materials are borrowed. Library privileges are personal and individual; they may not be transferred, or used on behalf of another person.

The loan periods and fine policies in the many units that constitute the University Library vary from library to library, depending on the nature of the collections and the needs of users. The staff in each library is prepared to give assistance in the use of that library, and to explain its rules and regulations. Information about loan policies and fines is located at http://www.library.yale.edu/circ/students.html.

A list of the Library's regulations and security polices is found at http://www.library.yale.edu/about/policies.

For violations of the library regulations, the University Librarian or his or her delegate may suspend library privileges and/or impose fines, including charges for replacement of library materials and repair to damages. Suspension of library privileges may be imposed for part of a term or for a full term or more. In the case of serious or repeated infractions of library regulations, the University Librarian or his or her delegate may refer the matter to the Yale College Executive Committee with a request that further disciplinary action be taken. In addition to University discipline, students may be subject to criminal prosecution and/or civil liability for violating provisions of applicable law.

# Motor Vehicles

The problem of parking in downtown New Haven is acute, and Yale is committed to active cooperation in its solution. For this reason the University hopes that students will not bring cars to New Haven. Not only is parking on city streets restricted and overnight parking prohibited, but the limited number of parking spaces in the inner city must be used for serving nearby businesses and cannot be employed for long-term student parking.

For those students who find a car to be a necessity, parking may be secured for a fee from the University in the Pierson-Sage parking garage at Whitney Avenue and Edwards Street. The garage is equipped with emergency telephones and other security features. Regulations governing student vehicles follow.

### A. PARKING

Yale students who live on campus and who have cars are expected to obtain a parking space in the Pierson-Sage facility. The Yale Shuttle Bus makes regular stops at the garage.

## B. INSURANCE

Vehicle insurance must be in effect for at least the minimum requirements of the State of Connecticut. The University is not responsible for damage to students' vehicles.

## C. USE OF UNIVERSITY SURFACE PARKING LOTS

For the convenience of students who use their vehicles during the evening, any motor vehicle may be parked in any vacant space in most Yale Parking Service surface lots on Saturdays, Sundays, and employee holidays, and between 4 p.m. and 7:30 a.m. on any weekday. The following facilities are presently not available for such parking: Lots 21, 55, 81, and most Medical School lots. Occasionally other lots, when so posted, may not be available. A student's car illegally parked on a University lot during working hours, or a car parked at any time on a lot that is not available for student parking, may be towed without prior warning at the owner's expense. A towed vehicle may be located by contacting the Yale Parking Service at 203-432-9790 from 8 a.m. to 4 p.m. and the Yale Police Department at 203-432-4400 at other times. A driver's license must be presented to the towing company in order to reclaim a vehicle. Towing companies will release a vehicle only upon payment in cash.

## D. TWO-WHEELED MOTOR VEHICLES

Two-wheeled motor vehicles are subject to the same regulations that apply to automobiles. Motorcycles, motor scooters, mopeds, and motorbikes may not be parked in basements or within any University buildings.

## E. TEMPORARY PARKING OF TWO-WHEELED VEHICLES

Bicycles, motorcycles, or mopeds may not be stored, chained, or repaired in any exit of any University building; nor may bicycles be locked to gates, fences, or railings.

## F. ACCESS RAMPS

By order of the Resource Office on Disabilities, bicycles may not be secured to access ramps. Bicycles locked to ramps will be impounded. In order to retrieve such bicycles, owners will be required to identify themselves at the Yale Police Department, fill out a claim form, and pay the cost of the impounding.

## G. ENFORCEMENT

Recognition by students of the parking problems facing an urban area such as New Haven, and adherence both to the parking regulations of the University and to those of the City of New Haven, are essential if the University is to fulfill its legal obligations to the City of New Haven in parking matters. The University has provided parking facilities and developed regulations that make low-cost, convenient, and safe parking available to its students. Those who disregard the Undergraduate Regulations relating to motor vehicles will therefore be liable to appropriate disciplinary penalties imposed by the Yale College Executive Committee.

# Social Functions

Social functions, such as dances, parties, and receptions, are a valuable part of student life. To make a positive contribution, however, they must be conducted with consideration for others. This entails, in addition to the requirements set forth below,

keeping the sound level within reasonable limits and leaving the area used neat and clean. Violation of these regulations may result in disciplinary action by the head of a student's college or by the Yale College Executive Committee.

## A. ORGANIZED SOCIAL FUNCTIONS

Social functions shall be deemed organized if they are financed, even in part, by funds administered by the Undergraduate Organizations Committee (http://uoc.yalecollege.yale.edu) (UOC) or the University or if they are held in general access areas such as the common rooms, lounges, dining halls, courtyards, or entryways of residential colleges and the Old Campus, or other University buildings or common areas.

## B. ADVANCE APPROVAL

Approval of the head of college must be obtained no later than two days in advance of any organized social function anywhere in a college or in its annexes or in an affiliated entry on the Old Campus. If a college dining hall is to be used, permission must also be obtained in advance from the dining hall manager. Use of any other University premises for an organized social function requires advance approval of the appropriate authority including the Yale Police Department, the Fire Code Compliance Service, the Office of Environmental Health and Safety, and the Office of Risk Management. If alcoholic beverages will be served, approval must be obtained at least one week prior to the event.

Private social functions in students' rooms in the residential colleges, in the college annexes, in Baker Hall ("Swing Space"), and on the Old Campus at which more than twenty participants are expected require advance approval by the head of college. These private social functions may not make use of the general access areas listed in section A above and may not have more than fifty participants at any one time.

## C. RESPONSIBILITY OF HOSTS

For each organized or private social function in a residential college, in a college annex, in Baker Hall ("Swing Space"), or on the Old Campus that requires the approval of the head of college, a host or sponsoring organization must be designated to the head of college in advance. That individual or organization assumes responsibility for the orderly conduct and prompt conclusion of the event, as well as for cleaning the area used and returning furnishings to their proper places. In addition, the host or sponsoring organization will be liable for any expenses arising from damage to University premises or property or injuries to people. If alcoholic beverages are to be served, the host, who must be of legal drinking age, assumes responsibility for adherence to the state law that prohibits the service of alcoholic beverages to persons under the age of twenty-one or to anyone who is intoxicated (CT General Statute, Section 30-89a (http://search.cga.state.ct.us/dtsearch_pub_statutes.html)). If at a private function the number of participants unexpectedly exceeds fifty, the host must reduce the number of guests or end the function.

## D. PRESENCE OF POLICE

If fifty or more persons are expected to attend an organized social function on campus where alcoholic beverages are served, an off-duty campus police officer must be engaged by the sponsoring organization and must be present throughout the event.

The person or organization sponsoring such an organized social function must notify the Yale Police Department at least two weeks prior to the event. The chief of the Yale Police Department, or his or her designee, will determine whether police services are needed and the number of police appropriate for the event. The sponsor of the event will be financially responsible for police services. If the actual number of people attending an organized social function unexpectedly exceeds fifty, it is the obligation of the host to telephone the Yale Police Department at once. A head of college or the chief of the Yale Police Department or his or her designee may require that more than one police officer be present if attendance at a function is expected to be large or if the college's geography makes gate attendance and general surveillance difficult for a single officer. At the discretion of the head of college or the chief of the Yale Police Department, it may also be prudent and appropriate to engage an off-duty officer for events where there are no alcoholic beverages served.

## E. BARTENDERS

For organized events on campus at which alcoholic beverages are to be served, arrangements must be made at least a week in advance with Yale Dining for bartending service by off-duty dining services personnel. At the time these arrangements are made, the student hosts must reach agreement with the dining hall manager and the head of college regarding the procedures for checking identification cards, the number of bartenders needed, and other preparations. The number of bartenders needed will depend upon the expected attendance and the procedures to be used for checking identification cards. In all cases, bartenders must be provided with adequate student help for moving supplies and necessary tasks other than actual serving of alcoholic beverages.

## F. HOURS

All social functions, organized or private, that take place on University property must end no later than 11 p.m. on Sunday through Thursday nights and 1 a.m. on Friday and Saturday nights. With the head of college's approval, a college social committee may each term sponsor one organized function that extends until 2 a.m. on a Friday or Saturday night.

## G. ADMISSION CHARGES

Admission charges may be levied for organized social functions only in the event of substantial entertainment costs and never to cover the purchase of alcoholic beverages. No admission charge or any other fee may be levied for private social functions on or off campus.

## H. SERVICE OF ALCOHOLIC BEVERAGES

Any service of alcoholic beverages at a social function, whether organized or private, must be in full compliance with the laws of the State of Connecticut and the Yale College regulations on alcoholic beverages (p. 13). heads of college, deans, dining hall personnel, and the Yale Police Department are authorized to request a student's identification card in order to confirm that he or she has reached legal drinking age.

## I. NONALCOHOLIC BEVERAGES AND FOOD

At any event on or off campus at which alcoholic beverages are served, there must also be available nonalcoholic beverages and food in adequate amounts.

## J. ADVERTISEMENTS

Posters or other announcements of campus functions must be approved by the head of college or designated department or office representative before they are posted or circulated. They must comply with University policy on posters. (See Student Activities and Extracurricular Activities, section J, "Posters and Publicity (p. 52).") All notices of such events, including those on social media, may contain no advertising of the availability of alcoholic beverages.

## K. RECORD KEEPING

All student organizations that receive funds from the University must keep precise financial records of those funds. They must provide details of the amount expended for social functions within three weeks of the event, including the return of unused funds and a full account reconciliation. Those records must be accessible at all times to appropriate University officials.

## L. ABUSES

In the event of abuses, such as the passing of alcoholic beverages to persons other than those who receive them at the bar or verbal abuse of bartenders or police, the police will warn that service is being jeopardized. If that warning is not heeded, the police may close the bar. It is the responsibility of the host (or host organization) to monitor the behavior of students or other guests and to maintain the general decorum of the event.

## M. TAILGATING

Yale is committed to providing an environment that is both fun and safe at all athletic events. Rules governing tailgating may be found at http://www.yalebulldogs.com/information/tailgates/index.

## N. SOCIAL FUNCTIONS OFF CAMPUS

Social functions in off-campus locations hosted by Yale College students (or organizations in which the majority of members are Yale College students) must be registered with the Yale College Dean's Office (http://yalecollege.yale.edu/campus-event-registration-form) at least two days in advance of the event if fifty or more students are expected to attend. A host or sponsoring organization must be designated in advance. That individual or organization assumes responsibility for the orderly conduct of the event. If alcoholic beverages are to be served, the host, who must be of legal drinking age, assumes responsibility for adherence to the state law that prohibits the service of alcoholic beverages to persons under the age of twenty-one or to anyone who is intoxicated (CT General Statute, Section 30-89a (http://search.cga.state.ct.us/dtsearch_pub_statutes.html)). If the number of participants at an unregistered social event unexpectedly exceeds fifty, the host must reduce the number of guests or end the function.

# Student Activities and Extracurricular Activities

The regulations in this section apply to all Yale undergraduates. Additional regulations particularly relevant to registered undergraduate organizations appear in Undergraduate Organizations (p. 55). Other regulations pertaining to social functions, whether sponsored by registered undergraduate organizations or by other students or student organizations in Yale College, appear in Social Functions.

## A. REGISTRATION OF UNDERGRADUATE ACTIVITIES

Any undergraduate organization that conducts meetings periodically or sponsors activities on the campus of Yale University, that provides a service, or that raises funds within the University for charitable purposes must submit an online application (http://yalecollege.yale.edu/content/student-organizations) for registration or register with the Yale College Dean's Office each year. Registration is an annual requirement. Once approved, an organization's registration remains valid until September 15 in the following academic year. (For additional details, see Undergraduate Organizations, section D, "Registration of undergraduate organizations (p. 56).")

## B. USE OF THE YALE NAME AND TRADEMARKS

The Yale name and marks associated with the University are protected by trademark law. Any use by undergraduates of the Yale name or these trademarks in the title or caption of a publication or an organization or the like, on any promotional materials, or on any item or product to be manufactured, distributed, or sold by an individual or an organization, must be approved by the secretary of the University or the secretary's duly authorized agents, and under such restrictions and explanations as they may impose or require.

## C. USE OF UNIVERSITY FACILITIES

If an undergraduate individual, group, or organization wishes to use University space or property for a meeting, lecture, or other activity, the appropriate administrative office in charge of that facility or space must approve the request. (See Undergraduate Organizations, section J, Use of University facilities (p. 62). See also Social Functions (p. 44), Campus Housing and University Facilities, especially section I, Maintenance of dormitory rooms and campus areas (p. 24).)

Organizers of events and activities using theatrical elements (e.g., scenery, lighting, staging, seating risers, props, and costumes), whether on or off campus, must consult in advance with Undergraduate Production (http://up.yalecollege.yale.edu) and comply with regulations for such activities.

## D. OUTDOOR EVENTS ON CAMPUS

Students who wish to conduct an outdoor activity, performance, or event on Yale property must secure permission in advance from the Office of the President for an event on Cross Campus or Hewitt Quadrangle (Beinecke Plaza) or from the dean of student affairs, Camille Lizarribar, for an event on the Old Campus or other outdoor spaces. Any activity conducted in these spaces should reflect respect for University property and the rights of others. Application for the use of these spaces must be made

at least twenty-four hours in advance of a weekday event and forty-eight hours in advance of a weekend event.

## E. EVENTS IN THE RESIDENTIAL COLLEGES

The Council of Heads of College has issued the following guidelines concerning the use of general access areas in the residential colleges:

1. Events may take place in a general access area of a residential college only if advance permission has been granted by the head of college.

2. Permission may be granted at the discretion of the head of college for functions or activities sponsored by student organizations that are registered with the Yale College Dean's Office or by student groups that are associated with the particular college. Any out-of-pocket expenses, as for special janitorial or security services, shall be borne by the sponsoring group.

3. Permission to hold private functions in the residential colleges shall not be granted to individuals or groups not affiliated with Yale University.

4. All student events held in the residential colleges or college annexes where alcoholic beverages are served must comply fully with the policies set forth in Social Functions and Alcoholic Beverages.

## F. STUDENT PRODUCTIONS

All performance events produced by undergraduates on the Yale campus must abide by the Undergraduate Production Regulations (http://up.yalecollege.yale.edu/regulations). Performance events include undergraduate dramatic, musical, dance, operatic, and comedy productions as well as many other undergraduate presentations and events performed before an audience. Note that all University spaces fall under the jurisdiction of Yale Fire Code Compliance, Yale Environmental Health and Safety, and the department that owns or manages the space (e.g., head of college's office or Chaplain's Office). Individual venues may be covered by specific safety polices; in the event of conflicting policies, the most stringent will be assumed to apply.

Production elements not conforming to the Undergraduate Production Regulations (http://up.yalecollege.yale.edu/regulations) may be cut from a production. Failure to observe these regulations may be grounds for stopping an event. Serious or repeated violations of these regulations will be referred to the Yale College Dean's Office for possible disciplinary action.

All students involved in undergraduate production share responsibility for the safety of the production, crew, cast, audience, and performance space. All participants should be familiar with the relevant regulations and observe them during all phases of the production process; should direct any questions or concerns to the appropriate adviser, to the Undergraduate Production staff, and to other relevant University officials; and should consistently apply good judgment and common sense.

The use of drugs or alcohol in any theater by cast, crew, or audience is strictly forbidden and may be grounds for individual expulsion from the theater and/or immediate termination of the production's use of the theater.

No use of prop weapons or stage combat of any kind is allowed, in rehearsal or performance, without the express written permission of Undergraduate Production. Requests for the use of stage combat must be submitted to UP by the CPA deadline at the beginning of the semester in which the production will occur. Requests for the use of prop weapons must be made to the UP Technical Director of the specific production at least six weeks prior to the first performance date. Additional regulations may be found in the Prop Weapon and Stage Combat Policy (http://up.yalecollege.yale.edu/ regulations/prop-weapon-and-stage-combat-policy).

## G. EVENTS OFF CAMPUS

Events sponsored by Yale students or Yale organizations (registered and unregistered) must comply with the *Undergraduate Regulations*. Events with an expected attendance of 50 or more people must be registered with the Yale College Dean's Office. See Social Functions, section N, Social functions off campus (p. 47).

## H. FRATERNITY AND SORORITY RUSH

Many organizations conduct special activities to introduce new members to their groups. Any initiation activities for new members must comply with hazing laws of the State of Connecticut. Fraternities and sororities may not hold rush activities for freshmen during the fall term. Freshmen may not attend rush events during their first term of enrollment at Yale. Fraternities and sororities may not extend a formal or informal offer of membership to freshmen during the fall term and a freshman may not make a formal request to join a fraternity or sorority during the fall term. Fraternities and sororities may not exert pressure on freshmen during the fall term to join a fraternity or sorority during the spring term.

Fraternities and sororities at Yale generally have the following characteristics: their primary purpose is social, they are single-sex, admission is selective, admission is not based on specific skills or talents (e.g., singing ability), they are typically affiliated with and pay dues to national organizations, they have a name with Greek letters, they own or rent space off campus for meetings and events, it is not permissible to be a member of more than one such organization, it is not permissible to switch membership from one such organization to another. This list is not exhaustive and not all of these characteristics apply to all fraternities and sororities. The Yale College Dean's Office reserves the right to determine whether a group qualifies as a fraternity or sorority.

Rush activities are defined as events hosted by fraternities and sororities (or representatives of those organizations) at which individuals are targeted for solicitation of membership. Rush activities occur during a period of time when events are held by fraternities and sororities for the express purpose of selecting new members, and they are exclusive to individuals who are both eligible for and interested in gaining membership to a fraternity or sorority. The following activities are not considered to be rush events, and freshmen may participate in them during the fall term: events that are not limited to freshmen and upperclass members of a single fraternity or sorority, events sponsored by non-Greek organizations or more than one Greek organization, and events that are primarily religious or philanthropic in nature.

## I. ACCOUNTING PROCEDURES

Each registered undergraduate organization is fully responsible for its own finances. These responsibilities include the submission of original receipts, invoices, purchase orders, other proofs of purchase, and account reconciliation. The balance of unused funds must be returned to the original award source within three weeks of the date of the event.

## J. SOLICITATION AND SALES IN RESIDENTIAL COLLEGES AND OTHER BUILDINGS

Solicitation and sales in University buildings is limited to two general areas: Commons Dining Hall and the residential college common rooms. Solicitation in the post office and other campus buildings is not allowed. Door-to-door solicitation and sales in the residences are not permitted.

Undergraduate organizations wishing to solicit or sell tickets and/or merchandise in the residential colleges must secure permission from the Office of the Council of Heads of College at least twenty-four hours in advance. Solicitation and sales for commercial purposes, except those by Associated Student Agencies, is prohibited.

Certain kinds of solicitation and sales in Commons Dining Hall and in residential college common rooms are permitted, among them the following:

1. to seek contributions for charitable or religious purposes;

2. to obtain signatures for petitions on matters of concern to Yale students;

3. to distribute questionnaires of a noncommercial nature;

4. to sell tickets of admission to benefit performances of plays or musicals held on University property;

5. to sell regularly issued student publications.

Registered student organizations may sell items and solicit funds in the rotunda outside Woolsey Hall, but they must remember that the hallways outside Commons and Woolsey Hall are a war memorial, and the area must be treated with respect. The following rules apply:

1. Sales and solicitations are allowed only in the round rotunda area, not in the halls leading to Commons Dining Hall or Hewitt Quadrangle ("Beinecke Plaza").

2. Nothing may be attached to any wall.

3. No live or recorded music of any sort is allowed at any time.

4. Groups may use one table that they provide.

5. No unattended tables are permitted.

6. Groups must clean up after themselves.

7. All money collected through sales and solicitations must be for nonprofit organizations.

8. Any merchandise featuring Yale marks must be approved by the Office of the Secretary.

9. No single group may sell or solicit for more than five days in any 30-day period.

10. Groups that violate any of these rules will not be allowed to use this space in the future for solicitation or sales.

No undergraduate may undertake to represent any commercial interest or to operate any business on the campus without securing prior permission from the assistant dean of student affairs, Hannah Peck.

Only student businesses operating in conjunction with the Associated Student Agencies will be considered for space on campus or charging privileges with Student Financial Services. The Agencies are formally recognized and sanctioned by the University officers and trustees. Control is maintained through the Associated Student Agencies Council, which consists of representatives of the faculty, administration, and student body.

All undergraduates interested in employment with existing Agencies or in organizing new enterprises are encouraged to contact the business manager of the Associated Student Agencies at 246 Church Street.

## K. POSTERS AND PUBLICITY

The University has made available appropriate space for postering and expects students to use this space and to respect the inviolability of other University property. Other forms of publicity, such as banners, may not be hung on college or University gates or on the exterior of University buildings. Posters may not exceed a size of 8.5 by 11 inches. Their use must be confined to regular bulletin boards, kiosks, and display cases provided for that purpose. Postering elsewhere is prohibited. Only one of each poster may be placed on the same bulletin board. Organizations advertising an event must provide contact information on their poster. Postings in the residential colleges must have the approval of the respective heads of colleges' offices. Posters must be removed after the event they announce has taken place, and they may not be posted for a period exceeding two weeks.

Students may use chalk on walkways to advertise events, but those markings must be on areas that are open to the sky and the weather. Walkways cannot be marked under roof overhangs, archways, or other covered areas. Chalk may not be applied to walls or other vertical surfaces. Chalk notices must be limited in size to 4 by 4 feet, and not more than one chalk announcement for a single event may be visible from any single point.

Staples and tape of any variety (e.g., Scotch tape, masking tape, duct tape) are damaging and may not be used on any Yale property. Thumbtacks or pushpins should be used on bulletin boards but may not be used on any interior or exterior woodwork.

Violation of these regulations may result in an organization's loss of official recognition and consequent loss of funding opportunities.

Students or organizations may also be charged for any necessary repairs to damaged University property resulting from improperly posted notices.

## L. INSURANCE

The University carries a general liability insurance policy covering most registered student organizations. See the Office of Enterprise Risk Management website (http://ogc.yale.edu/risk-management-student-activities) for more information. Registered undergraduate organizations not covered by this insurance may be required to maintain their liability insurance naming Yale University as additional insured. Detailed information about insurance coverage and requirements can be found in the "Undergraduate Organizations" section of this publication.

# Other Services and Facilities

## A. OFFICE OF CAREER STRATEGY

The Office of Career Strategy offers programs designed to enable students of Yale College to further their career goals. To provide services on an equitable basis, the Office of Career Strategy has established procedures and regulations. Violations of these standards, including reneging on an internship or post-graduate job offer, may cause revocation of the privilege to use OCS programs, resources, and facilities.

Infractions may be referred by the director of the Office of Career Strategy, at his or her discretion, to the Yale College Executive Committee with a request that disciplinary action be taken. Infractions include, but are not limited to, the following: altering in any manner a transcript, associated documents, or test scores; reneging on an accepted internship or full-time employment offer; signing up for an employment interview when not authorized to do so; purporting to be another person or utilizing a document of another person; and sequestering or removing materials without permission. Students are expected to keep appointments and to conform to norms of common courtesy.

## B. RESOURCE OFFICE ON DISABILITIES

The University is committed to developing and maintaining an environment that is supportive of students with disabilities. The Resource Office on Disabilities, 35 Broadway (rear entrance), room 222, facilitates individual accommodations for students with disabilities, and provides access to academic programs and activities, information on available services, and assistance with the use of those services. Students with disabilities are therefore encouraged to call or visit the Resource Office at their earliest opportunity to learn about the services available and to inform the office about their special needs. Written documentation of the disability is required for registration with the Resource Office.

## C. TECHNOLOGY FACILITIES

Yale's technology facilities (for example, the Yale network, work stations, computer labs, and other technologies) are a valuable educational and research resource, and students are expected to respect them and to use them responsibly. All students must conform to the University Information Technology Appropriate Use Policy (http://policy.yale.edu/policy/1607-information-technology-appropriate-use-policy). Misappropriation of the network, unauthorized copying of computer software, or unauthorized use of any Yale technology facility is forbidden.

Students using Yale's computer network are required to observe federal and state copyright laws, which regulate such activities as accessing, downloading, copying, uploading, and distributing copyrighted material. Copyrighted material commonly includes, among other works, books, songs, music, films, photographic images, and videos.

Yale receives "takedown" notices for violations of the Digital Millennium Copyright Act (DMCA). Yale receives these notices in its capacity as an Internet Service Provider (ISP) when a user on the Yale network is observed illegally sharing or downloading copyrighted material online. The University procedures for handling these notices includes forwarding the notice to the alleged infringers, contacting the student's residential college dean, or restricting or removing access to Yale network resources. If you receive a copyright infringement notice or other correspondence from the University in connection with alleged infringing activity, read the notice carefully and comply with University requests as soon as possible. In addition to any discipline imposed by Yale for these violations, illegal file sharing may result in legal action by the content owners.

Each technology facility has additional rules that govern its use. Copies of the relevant rules are available at the facilities. Students with authorized access to technology facilities are subject to the rules and should acquaint themselves with them. Violations may be punished by a suspension of the privilege of access to the facilities for a specified period of time or permanently. Such penalties may be summarily imposed by the director of the computer facilities in question or by the director's designee.

Once privileges are suspended, the director or the director's designee will so notify the student in writing, describing the evidentiary basis for the decision. A copy of this notice will also be sent to the student's residential college dean and to the chief information officer. A student who believes that he or she has been unjustly suspended from the use of technology facilities may appeal the director's decision to the Chief Information Officer.

In the case of serious or repeated infractions of the facility rules, the director of the facility or the director's designee may, at his or her discretion, refer the matter to the Yale College Executive Committee with a request that further disciplinary action be taken; infractions of the Undergraduate Regulations will be referred to the Yale College Executive Committee. In addition to University discipline, students may be subject to criminal prosecution and/or civil liability for violating provisions of applicable law.

## D. TELEPHONE FACILITIES

Telephone service at Yale, both local and long-distance, is provided by Yale Information Technology Services (ITS). The telephone facilities are wholly owned and managed by the University. Yale provides telephone service to each suite in the undergraduate residences and a voicemail box for each student who lives on campus.

All telephone services and the rules governing their use are explained in the ITS Telecommunications Student Handbook. Information regarding telephone and voicemail service is available at the department's service office located at 25 Science Park, by calling the ITS Help Desk at 203-432-9000, or on the ITS Telephone Services website.

Students who violate any of the rules governing use of telephone services or who use long-distance telephone facilities without authorization may be subject to disciplinary action by the Yale College Executive Committee and/or criminal prosecution.

## E. CABLE TELEVISION SERVICE

Yale University subscribes to cable television service supplied by Comcast for its educational and entertainment value. A basic set of broadcast, cable, and Yale-originated channels is included as part of the room charge. Further information can be obtained from the ITS-Telecommunications office at 203-432-9000 or on the ITS Telecommunications website.

Students who make alterations to the cable television equipment or use cable boxes not provided by Comcast are in violation of the Undergraduate Regulations. Violators will be reported to the residential college master and dean, who may also, at their discretion, request that disciplinary action be taken by the Yale College Executive Committee. In addition, such students may be subject to criminal prosecution and/or civil liability for violating provisions of applicable law, including the Federal Communications Act as amended (47 U.S.C. H553 and H605) and Connecticut General Statutes H53a-115 through -117a ("Criminal Mischief"), H53a-119 ("Larceny"), H53a-127c ("Theft of Utility or Community Antenna Television Service for Profit or Economic Gain"), and H52-564 ("Treble Damages for Thefts").

# Undergraduate Organizations

## A. INTRODUCTION

Yale recognizes that organizations under the leadership of undergraduates can and do enhance a student's education by providing additional opportunities beyond the curriculum for personal development and growth. Furthermore, the University and the community benefit from the variety of services and activities provided by undergraduate organizations. The University believes that students should be encouraged to participate in organizations that are open to all members of the community and whose activities do not interfere with the policies or programs of the University or with the rights of other members of the community. To that end the Yale College Dean's Office assists students in developing organizations and planning events, provides financial advice and assistance, clarifies University policies and procedures, and authorizes the use of University resources and facilities.

## B. TYPES OF STUDENT ORGANIZATIONS

Any group in which a majority of participants are undergraduates is considered to be an undergraduate organization. Such an organization that conducts meetings periodically or sponsors activities on the campus of Yale University, that primarily provides a service, or that raises funds within the University for charitable or other purposes must register with the Yale College Dean's Office. Groups with activities limited to, and affecting only, a single residential college (e.g., college councils, rooming committees) must register with the head of college's office of the appropriate residential college. Other groups within a residential college that sponsor extracurricular events open to the Yale community must register with the Yale College Dean's Office. Club sports or groups that compete athletically must register with the Office of Club Sports and Outdoor Education in the Department of Athletics. All religious organizations must

have the approval of Yale's Chaplain's Office before they can register with the Yale College Dean's Office as undergraduate organizations.

In order to qualify for registration as an undergraduate organization, the group must have five officers who are registered undergraduates and a majority of its members must be undergraduates. All administrative, policy, and managerial decisions must reside in the hands of currently enrolled undergraduates.

## C. RESPONSIBILITIES OF UNDERGRADUATE ORGANIZATIONS

Yale University requires that all student organizations—whether registered or unregistered, operating on or off campus—abide by the *Undergraduate Regulations*. Organizations and their officers and members assume responsibilities, including the responsibility to be aware of and abide by the *Undergraduate Regulations*, as set forth in this text and as they may be revised from time to time. A student who is believed to have violated University policy or state or federal law (including but not limited to hazing, sexual misconduct, or theft) in the course of working for or participating in the activities of an undergraduate organization may be brought before the Yale College Executive Committee or the University-Wide Committee on Sexual Misconduct (http://provost.yale.edu/uwc) (UWC), as appropriate, for possible disciplinary action, and/or referred to appropriate civil authorities.

At least one officer of each organization must attend training sponsored by the Yale College Dean's Office each year. This training focuses on hazing and sexual misconduct prevention and other topics that are particularly relevant to students and student organizations. If one officer of an organization do not attend this training the organization will lose its registered status and the privileges of registration.

Student organizations must operate in accordance with Yale policies on equal opportunity, which state, "Yale does not discriminate …against any individual on account of that individual's sex, race, color, religion, age, disability, or national or ethnic origin; nor does Yale discriminate on the basis of sexual orientation or gender identity or expression." As part of an undergraduate organization's obligation to abide by these policies, the organization is responsible for making reasonable accommodations to assist students with disabilities who indicate that they wish to participate in the organization's activities or attend one of its events. The University's Office for Equal Opportunity Programs, 221 Whitney Avenue, and the director of the Resource Office on Disabilities, 35 Broadway (rear entrance), room 222, are available to help organizations with these efforts.

Undergraduate organizations must operate on a non-profit basis. See section G, Finances (p. 59).

## D. REGISTRATION OF UNDERGRADUATE ORGANIZATIONS

Registration Requirement. The specific procedures for registration of undergraduate organizations are outlined in detail here and also on the Student Organizations website (http://studentorgs.yalecollege.yale.edu) in order to provide guidance to student officers. These registration requirements also protect the University's tax-exempt status and are designed to ensure that the purpose and activities of the organizations are consistent with the established purposes of the University. Registration is further

required because activities of student organizations frequently appear to involve identification with the University. However, registration does not imply official approval by the University of the activities of any undergraduate organization, nor does it indicate any responsibility for them.

Organizations that are established for the purpose of selling or renting items or paying students cannot be registered student organizations, but they may be able to operate as Associated Student Agencies. Students who wish to form such an agency should consult with the business manager of the Associated Student Agencies, 246 Church Street.

1. Procedure for Annual Registration. All undergraduate organizations, whether returning or new, are expected each academic year to submit an online application for registration on the Student Organizations website (http://studentorgs.yalecollege.yale.edu/register-student-organization), by September 15, to register in a fall term, or by February 2 in a spring term. Organizations that miss these deadlines must wait until the following semester to register. At least one officer of each organization is required to attend the fall orientation meeting sponsored by the Yale College Dean's Office for specific information about the online registration process and other issues discussed in this section.

   The online registration form requires, among other things, a description of the purposes of the organization, a constitution and set of bylaws, and the identification of officers or other leaders. Each named officer must accept responsibility for the organization before the group's registration undergoes formal review. A complete list of members is not required to be made public but may be requested by the assistant dean of student affairs, Hannah Peck, to verify information required for registration.

   Registration is ordinarily valid for one academic year; it remains valid until September 15 so that student groups may reserve University facilities or apply for funding at the beginning of the subsequent academic year. However, if a student organization wishes to change its activities from those outlined in the registration documents or alter aspects of the organization described in the registration agreements, then the organization must update its information on line for review and approval. Further online changes to group records are permitted only after the current set of changes has been reviewed. To ensure full access to group records for annual registration purposes and to ensure that online communications to the organization can be delivered promptly, officer term dates (begin/end) must remain valid. The online registration database will not grant access to any officer whose term of office has expired.

2. Registration Approval. A group's registration is confirmed by a formal communication of registration approval from the Yale College Dean's Office. The status of an organization may be verified on the Official List of Registered Undergraduate Organizations (http://studentorgs.yalecollege.yale.edu/directory).

3. Revocation or Suspension of Registration. The assistant dean of student affairs, Hannah Peck, may revoke or suspend the registration of any undergraduate organization that has not abided by the *Undergraduate Regulations* or by the organization's registration and related agreements. Failure by a student

organization or its officers or designated representatives to meet the financial obligations of the organization in a timely manner can also result in the suspension or revocation of registration. Any request for reinstatement should be addressed to the Yale College Dean's Office.

## E. PRIVILEGES OF REGISTRATION

Subject to availability and in some cases payment of rental fees, registration allows undergraduate organizations to:

1. Use classrooms and certain other University facilities or properties for programs, rehearsals, performances, and meetings, including conferences or other campus events;
2. Request funding from the Undergraduate Organizations Committee (UOC);
3. Request funding from the Dean's Discretionary Funds;
4. Request office space/storage space on campus;
5. Participate in the Bazaar of Registered Undergraduate Organizations at Freshman Orientation;
6. Petition for permission to use the Yale name;
7. Purchase some goods and services from the University;
8. Accept gifts from alumni and other donors for the current use of the undergraduate organization, when the solicitation for that donation was approved in the manner described in section H;
9. Request the use of theater and rehearsal spaces;
10. Be covered by Yale's liability insurance and automobile insurance when traveling on official group business;
11. Provide proof of insurance coverage for organizations meeting or performing beyond the Yale campus;
12. Receive contract review from the Procurement office and guidance from the Risk Management office;
13. Apply for a Yale website (www.yale.edu/web);
14. Use Yale electronic tools such as Message Lite and e-mail for communication.

## F. OFFICERS, MEMBERS, AND ADVISERS

1. Officers. Only currently registered students in good standing in Yale College can hold office or act officially on behalf of an organization in any way. Officers should be aware that they are financially and legally responsible for the organization during their terms of service, and can be held responsible by Yale for infractions committed by their organizations.

   A student on probation may not hold leadership or officer positions in any registered Yale College student organization, any varsity athletic team or club sport, or any other organization that receives University funds. Additional terms of probation may be enforced by the Executive Committee or the UWC in individual cases.

2. Members. All registered students, faculty, and staff of Yale University can be active (voting) members of an undergraduate organization as long as Yale College students constitute a majority of the membership. Withdrawn students, alumni,

and students on a leave of absence or a Year or Term Abroad are not considered registered students and may not participate in the activities of any undergraduate organization. For organizations in which special talents or skills are required, the standards used to select members must be related to the needs of the organization, and public announcements about auditions or competitions should be made to ensure that interested students are informed about the opportunities to be considered for membership in the organization.

Although the functioning of registered student organizations must be confined to and controlled by their active membership, organizations may invite others to attend or participate in events of general interest.

Exceptions to the restrictions on participation by alumni, withdrawn students, and other non-enrolled individuals must be approved by the Yale College Dean's Office. Requests for exceptions should be sent to assistant dean of student affairs, Hannah Peck, at hannah.peck@yale.edu.

3. Advisers. To assist in providing continuity from year to year, organizations are encouraged to have a Yale administrator or faculty member as an adviser or a committee composed primarily of Yale administrators and faculty members that is advisory (nonvoting) to the organization.

## G. FINANCES

1. Financial Responsibility. Each undergraduate organization is fully responsible for its own finances. Officers should be aware that they are personally responsible for the payment of debts incurred during the period for which they are responsible for the organization. Any financial difficulties of an undergraduate organization should be discussed as early as possible with the dean of student affairs, Hannah Peck, who may be able to assist or advise the organization.

2. Financial Records and Reports. A record of all income and expenses and supporting documentation is to be maintained at all times. Each registered undergraduate organization is fully responsible for its own finances. These responsibilities include the maintenance of original receipts and account reconciliation. Financial records and reports may be audited by the University at any time. Heads of college may require similar or more extensive reporting for organizations operating essentially from a particular residential college. Incorporated student organizations are advised to consult with the Internal Revenue Service for specific information regarding tax obligations and responsibilities.

3. Nonprofit Status. All undergraduate organizations are to be operated exclusively on a nonprofit basis. If it becomes necessary for the organization to incorporate, this action is to be undertaken after consultation with the assistant dean of student affairs, Hannah Peck. Any undergraduate organization that incorporates must do so strictly on a nonprofit basis and in a manner that perpetuates its undergraduate status.

4. Profits and Wages. The overwhelming majority of students involved with undergraduate organizations receive no compensation for their contributions. While the Yale College Dean's Office and the Committee on Undergraduate Organizations applaud and prefer such volunteerism, permission for students to be paid for services they perform has occasionally been granted to a few organizations.

Organizations wishing to pay wages to any students must receive advance written approval to do so from the assistant dean of student affairs, Hannah Peck.

Students should understand that undergraduate organizations, as tax-exempt entities, are prohibited from being profit-making operations. Thus the "profits" or earnings of an undergraduate organization may not be paid to or divided among student members, officers, or other leaders. In that connection, wages or payments to students for their work with student organizations cannot be awarded in a way that would be a disguise for what is really a division of profits. Therefore, all students permitted to earn wages for their work with an undergraduate organization must be hired through the Yale College Dean's Office and paid according to the prevailing rates and regulations of the Student Employment Office.

## H. FUND-RAISING

1. Funding by the Undergraduate Organizations Committee (UOC): Funds have been provided to the UOC for disbursement to registered undergraduate organizations. Organizations should be aware that rarely is the entire budget funded and that the committee does not provide funding for off-campus travel. A copy of the committee's guidelines and forms for applying for funding are available online.

2. Funding from the Dean's Discretionary Fund. Registered undergraduate organizations may request funding from the Dean's Discretionary fund. Such funding is limited and it is not typically granted for routine, yearly activities. Applications may be found online (http://studentorgs.yalecollege.yale.edu/ application-deans-discretionary-fund). Applications must include a budget showing all expected income and expenses, and if funding is granted, receipts must be submitted at the conclusion of the event to verify that the money was spent in a manner consistent with the application.

3. Raising Funds on Campus. While organizations are encouraged to hold fund-raising events to defray the organization's expenses, these events must be coordinated by Yale College for a variety of reasons, including avoiding multiple and competing events in one period of time and ensuring that certain University facilities are not monopolized by a few organizations. Thus permission to hold fund-raising events on campus must be requested in writing from the assistant dean of student affairs, Hannah Peck, at least two weeks before the event.

4. Raising Funds outside the University. Undergraduate organizations are encouraged to seek funds from a variety of sources, including reasonable membership dues; donations at concerts, speeches, or other events; and advertisements in publications. Fund-raising activities are permissible only to the extent that they are needed to support the activities of the organization, since each organization is operated on a nonprofit basis.

There must be limitations on fund-raising activities focused outside of Yale in order to coordinate such efforts with the University's alumni giving and development programs. Soliciting financial support from alumni and other outside sources (such as foundations and corporations) must be authorized by the assistant dean of student affairs, Hannah Peck, and the director of Development. To obtain such authorization, an organization must meet with the assistant dean of student affairs, and provide a statement describing the purpose of the solicitation and

the names and affiliations of prospective donors, as well as exact copies of all proposed solicitation materials. The assistant dean of student affairs will refer these documents to the director of Development for final approval. An organization may not contact prospective donors until it has received authorization in writing from the assistant dean of student affairs to do so.

5. Honoraria. Many distinguished visitors speak and perform at Yale without receiving compensation for their services. Occasionally it is necessary to pay an honorarium to certain speakers. The UOC does not provide funding for honoraria, but such funds may be obtained from other sources at Yale. If University funds are secured for an event, in no case may the total payment to a single speaker be greater than $3,500.

## I. USE OF THE YALE NAME AND REPRESENTATION OF THE UNIVERSITY

1. Use of the Yale name and its marks is governed by the Office of the Secretary. Any undergraduate organization wishing to incorporate the name of Yale into its title, domain name, and/or visual identity must secure permission to do so. (An online form for such a request is automatically generated at the time of a group's registration.) Following approval, the organization must secure written permission from the Office of the Secretary. Approval to use the Yale name is not final until the organization has received a memo from the Office of the Secretary confirming the privilege.

   In order to obtain approval by the Yale College Dean's Office, the organization should be certain (1) that the nature and purpose of the organization are clearly evident from its title, and (2) that its proposed name does not imply University endorsement of the activities, services, or products offered by the group. Therefore, the word "Undergraduate" must appear in the organization's title or subtitle, and must be prominently displayed whenever the Yale name is used in connection with the organization's identity. Examples of names that would avoid confusion are "The Yale Colloquium: An Undergraduate Publication" or the "Yale Undergraduate Backgammon Club."

   Permission to continue to use the Yale name is contingent upon maintaining these requirements and conforming to the regulations applicable to the organization. Permission is automatically revoked if an organization fails to register each year. Upon subsequent registration, the organization must reapply for permission to use the Yale name.

   In order to obtain approval by the Office of the Secretary, the organization should submit the proposed name, domain name, and, where applicable, visual identity of the organization, including any proposed subtitles. Submissions are to be made to Denise Castellano (denise.castellano@yale.edu).

   No student organization may reproduce a stylized version of the Yale name and/ or use any University marks in its literature, on a website, on its stationery, or in other media without prior written approval of the Office of the Secretary. The full name of the organization, including any subtitle, must be included on all materials, including but not limited to agreements, stationery, posters, websites, business

cards, and merchandise whenever the organization includes the Yale name to identify itself, with the exception of the group's outside bank account and bank checks which, for tax purposes, must not include the Yale name.

2. Representation of the University. No undergraduate organization shall purport to represent the views or opinions of Yale University or Yale College in the context of any publication, web page, radio, television, or Web broadcast or public forum.

3. Use of the Yale name and trademarks. The Yale name and marks associated with the University are protected by trademark law. Any use by undergraduates of the Yale name or these trademarks in the title or caption of a publication or an organization or the like, on any promotional materials, or on any item or product to be manufactured, distributed, or sold by an individual or an organization, must be approved by the secretary of the University or the secretary's duly authorized agents, and under such restrictions and explanations as they may impose or require. The use of Yale University logos such as the block letter "Y" and the bulldog image used by Yale athletic teams are expressly forbidden except in specific cases in which such permission is granted. Applications to use the Yale name or logos must be made to Denise Castellano.

## J. USE OF UNIVERSITY FACILITIES

1. Reserving University Space or Property for a Meeting or Activity. If an undergraduate organization wishes to use University space or property for a meeting, lecture, or other activity, that request must be approved by the appropriate administrative office in charge of that facility or space. Since there is a heavy demand on University facilities, requests should be submitted as soon as possible and, in any case, at least two weeks in advance of the event.

   The person or organization sponsoring an event or conference that includes guests from outside the Yale community must notify the Yale Police Department at least two weeks prior to the event. The chief of the Yale Police Department, or his or her designee, will determine whether police services are needed and the number of police officers appropriate for the event. The person or organization sponsoring the event will be financially responsible for police services.

   For the use of classrooms and certain auditoriums, undergraduate organizations will ordinarily not be charged a room fee when no admission charge is made, but there may be fees for specific services, e.g., public address system hookups, extra janitorial service, and the like. Reservation information is available on line through the Office of the University Registrar at www.yale.edu/sfas/registrar.

2. Assigning Office Space. Undergraduate organizations wishing to secure an office or storage space on campus must petition the assistant dean of student affairs, Hannah Peck, in writing. Space is extremely limited, and requests will be considered by the only when an organization presents strong evidence of the need for it. Organizations that have been in existence within the University for less than two full academic years will ordinarily not be considered eligible for the use of an office.

   The privilege to use an office is granted for only one academic year, but permission may be renewed from year to year by the assistant dean of student affairs, Hannah Peck.

## K. SOLICITATION AND SALES

All solicitation and sales regulations published in Student Activities and Extracurricular Activities are applicable to registered undergraduate organizations. (See Student Activities and Extracurricular Activities, section I, Solicitation and sales in residential colleges and other buildings (p. 51).)

## L. RISK MANAGEMENT AND INSURANCE

Most registered undergraduate organizations are covered by a general liability insurance policy purchased by the University for their events, providing there is full compliance with all rules and regulations governing undergraduate organizations. However, fraternities and sororities are not covered, and they, and affiliates of other national organizations, are expected to receive primary insurance coverage from their national organization. External vendors or private agents contracted for services as part of a conference or other major campus event are also expected to submit proof of liability insurance in the form of a certificate of insurance. This insurance must indicate that Yale University is named as an additional insured. Further details about insurance coverage or requirements can be obtained from the Office of Enterprise Risk Management, 2 Whitney Avenue, 6th floor.

Students driving University-owned vehicles, or rented vehicles paid for by University funds, and being driven for official registered organization activity, are covered by the University's automobile insurance policy, if the drivers have a clean driving record and have taken and passed the online training course offered by the Office of Enterprise Risk Management. There is no insurance provided for any driver who has not passed this class; students who have not passed it should not be driving any University-owned or rented vehicle. Details on Driver Safety Awareness can be found at http://ogc.yale.edu/training-courses. In the event of an accident, the registered organization will be expected to cover any applicable deductibles.

Students driving their own automobiles for group activities must have a clean driving record and be properly insured, and the vehicle must be properly maintained. The use of twelve- or fifteen-passenger vans is prohibited.

## M. OUTSIDE VENDORS AND CONTRACTS

Contracts between individual students or student organizations and outside vendors/contractors must be reviewed by Yale's Procurement office before the contracts are signed. All vendors hired by registered organizations (including, but not limited to, performers, caterers, and equipment rental companies) must provide proof of $2 million in liability insurance prior to performing any work or providing any service. Yale University must be named as an additional insured. The Office of Enterprise Risk Management can recommend a method of obtaining the proper insurance if an outside vendor does not carry it. Details can be found at ogc.yale.edu/insurancecertificates-insurance.

## N. ADDITIONAL REGULATIONS

Certain organizations have additional guidelines or legal requirements.

1. Musical Ensembles, Singing Groups, and Theater Groups. Undergraduate organizations using sheet music, scores, or scripts should be aware of federal copyright laws, including laws governing photocopying.

2. Publications. Each issue of every publication of an undergraduate organization must include a publication notice on the cover page or the page containing the table of contents stating that "This magazine"—or "periodical" or "newspaper," as the case may be—"is published by Yale College students, and Yale University is not responsible for its contents." For online publications, this notice must be prominently displayed on the organization's home page and on each discrete publication.

    In keeping with the requirement that administrative, policy, and managerial decisions are to be in the hands of undergraduates, decisions about the contents of each periodical, the editorial policy, and the business policies and practices are to be controlled by enrolled Yale College students.

3. Distinguished Visitors and Controversial Speakers. In order to ensure that appropriate courtesies are extended to distinguished visitors and in some cases to arrange other engagements or security for these visitors when they are on campus, an undergraduate organization that wishes to invite a head of state (past or present), cabinet member, ambassador, or other dignitary of similar rank to visit Yale must, at least a month in advance of the visitor's arrival, inform the secretary of the University and the assistant dean of student affairs, Hannah Peck, and apprise both of the visitor's proposed schedule while on campus. Similarly, the secretary of the University and the assistant dean of student affairs, Hannah Peck, must be notified when controversial speakers are invited to Yale. Such speakers include those who have engendered protests or public demonstrations in other venues. Undergraduates are responsible for paying for security that the University deems appropriate for such visitors, and as a result, groups are encouraged to seek funding from non-University sources to pay such expenses. The University reserves the right to cancel the invitation to any speaker if it deems that there is inadequate time to prepare for the event.

4. Travel Abroad. Members of undergraduate organizations planning to go abroad should consult the health and safety section of the Center for International and Professional Experience website (http://www.yale.edu/yalecollege/international/predeparture/healthsafety.html) and the Yale International Toolkit (http://world-toolkit.yale.edu) for information about health and safety abroad, travel warnings issued by the U.S. Department of State for specific countries or regions, and steps to be taken prior to travel.

    Students who choose to travel to the site of a concert tour early, remain at the site after the planned activity is completed, or separate from the group do so at their own risk.

    Visa requirements for non-U.S. citizens traveling outside the U.S. may be different from those pertaining to U.S. citizens. Foreign students may be responsible for obtaining such visas on their own.

5. Events Involving Minors. Undergraduate organizations organizing or participating in activities that involve minors must comply with Yale's policies and procedures for Programs for Children and Youth (http://programs-minors.yale.edu/).

# Offenses

Among the offenses that are subject to disciplinary action are the following:

## A. ACADEMIC DISHONESTY

Cheating on examinations, plagiarism, improper acknowledgment of sources in essays, and the use of a single essay in more than one course except in academically appropriate circumstances and with the prior permission of the instructors. (See Definitions of Plagiarism, Cheating, and Documentation of Sources (p. 5).)

## B. FALSIFICATION OF DOCUMENTS

Forging, altering, misrepresenting, or otherwise falsifying any transcript, academic record, identification card, or other document or communication. (See also Office of Career Strategy (p. 53); Library (p. 42).)

## C. ACTS OF VIOLENCE OR PHYSICAL FORCE

Physical restriction, assault, or any other act of violence or use of physical force against any member of the community, or any act that threatens the use of violence or physical force. The implied or express consent of the person against whom such violence or force is used will not be considered a defense.

## D. SEXUAL MISCONDUCT, INCLUDING SEXUAL HARASSMENT

Any sexual activity for which positive, unambiguous, and voluntary consent has not been given in advance; any sexual activity with someone who is incapable of giving valid consent because, for example, she or he is sleeping or otherwise incapacitated due to alcohol or drugs; any act of sexual harassment, intimate partner violence, or stalking. Sexual misconduct includes nonphysical actions such as digital media stalking, cyberbullying, and nonconsensual recording of a sexual nature. Sexual harassment consists of nonconsensual sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature.

For a fuller description of sexual misconduct, sexual consent, and sexual harassment see the Definitions of Sexual Misconduct, Sexual Consent, and Sexual Harassment (p. 7). Sexual misconduct violations shall be addressed by the University-Wide Committee on Sexual Misconduct (http://provost.yale.edu/uwc) (UWC) and governed by its procedures.

## E. HARASSMENT, INTIMIDATION, OR COERCION

Acts of harassment, intimidation, or coercion, including harassment on the basis of race, ethnic origin, gender, or sexual orientation.

## F. INTERFERENCE WITH UNIVERSITY FUNCTIONS

Participation in any effort to prevent or disrupt a class or other University function, or to seize or occupy any University building or part thereof, or to violate the right of an audience to listen at a University function. (See Free Expression, Peaceful Dissent, and Demonstrations (p. 9).)

## G. RIOTS

Participation in or attendance at riots or mass disturbances on the city streets or on any area of the campus.

## H. DEFIANCE OF AUTHORITY

Defiance or belligerence toward or lying to a University police officer, faculty member, or other University official who, in the line of duty, issues an order or asks for identification or information. Students are expected to carry University identification cards at all times and must identify themselves to University officials upon request. It is understood that University officials or police officers will identify themselves before making such a request.

## I. MISCONDUCT AT A FORMAL HEARING

Deliberate and knowing misrepresentation or lying during a formal hearing conducted by University authorities.

## J. MISREPRESENTATION IN APPLYING FOR FINANCIAL AID

Knowingly and deliberately supplying false information in an application for financial aid from the University or processed by the University.

## K. WEAPONS AND EXPLOSIVES

The possession or use of explosives, incendiary materials, or weapons (weapons include, but are not limited to, guns, firearms, shotguns, rifles, air rifles, paintball and pellet guns, BB guns, Tasers, and knives) by any Yale student, which is absolutely prohibited on campus, in areas surrounding the campus, or in off-campus housing. Students participating in club sports or in any other recreational or sporting activities involving the use of firearms must adhere to this prohibition and to the protocols established by the University with respect to the possession, use, storage, and transportation of any firearms (see "Sporting Firearms (http://www.yale.edu/pistol/safety.htm)" in the Club Sports Handbook).

## L. ALCOHOL

The unlawful possession, use, purchase, or distribution of alcohol on University property or as part of any University activity.

## M. DRUGS

The unlawful possession, use, purchase, or distribution of illicit drugs or controlled substances (including stimulants, depressants, narcotics, or hallucinogenic drugs); the misuse of prescription drugs, including sharing, procuring, buying, or using in a manner different from the prescribed use, or by someone other than the person for whom they were prescribed.

## N. THEFT AND WILLFUL PROPERTY DAMAGE

Obtaining or exerting unauthorized control over the property of others, or the destruction of, or damage to, the property of others.

## O. TRESPASSING

Presence in University buildings, steam tunnels, or on University property at times or places where such presence is prohibited, as, for example, when a building, facility, or room is locked and permission to enter has not been given. (See also Campus Housing and University Facilities, section B, B. Conduct in the dormitories, number 9, Restricted Areas (p. 19).)

## P. OFFENSES COMPROMISING CAMPUS FIRE SAFETY

Deliberate and unnecessary activation of fire alarms; tampering with fire alarms or smoke detectors; deliberate and unnecessary discharge of fire extinguishers; deliberate or reckless starting of unauthorized fires; and other conduct creating a risk to persons or property from fire or smoke. (See Campus Housing and University Facilities, section G, G. Fire safety, number 2, Fire Extinguishers, and numbers 1-3, Fire Alarms, Fire Extinguishers, Smoke Detectors, and Sprinkler Systems (p. 21).)

## Q. OFFENSES COMPROMISING CAMPUS SECURITY

Improper use of, tampering with, or vandalism of security systems or devices; unauthorized possession or duplication of University identification/proximity cards or keys; unauthorized propping open of, or tampering with, doors or gates, or actions in disregard of security postings. (See also Campus Housing and University Facilities, section J, General security (p. 25).)

## R. UNAUTHORIZED USE OF SERVICES OR FACILITIES

Unauthorized, unlawful, or fraudulent use of services or facilities (such as computer services or the University's telephone or reprographic facilities). (See also Other Services and Facilities (p. 53).)

## S. LIBRARY OFFENSES

Unauthorized removal, stashing or sequestering, defacing, mutilating, or theft of library materials, or willful and repeated failure to respond to recall notices. (See also Library (p. 42).)

## T. OFFENSES COMPROMISING COURSE MATERIALS

Recording lectures without explicit permission of the lecturer, or selling or distributing for commercial purposes notes, transcriptions, or outlines of class lectures, or any course materials, in any course of instruction.

## U. VIOLATION OF THE REGULATIONS ON ALCOHOL OR SOCIAL FUNCTIONS

Violation of the regulations on social functions or the Yale College regulations on alcoholic beverages. (See Social Functions (p. 44) and Alcoholic Beverages (p. 13).)

## V. HAZING

Because it violates our community values and standards, Yale College prohibits all acts of hazing. Hazing includes any action that violates Connecticut hazing law (CT General Statute, Section 53-23a, Hazing (http://search.cga.state.ct.us/dtsearch_pub_statutes.html)) as well as additional violations spelled out in these regulations.

In addition to Connecticut law, Yale College defines hazing to include initiation or affiliation activities that intentionally or recklessly endanger physical or mental health; that intimidate, denigrate, or humiliate persons pledging or seeking membership, or seeking to retain membership, in a registered or unregistered student organization or on an athletic team; or that intimidate, denigrate, or humiliate third parties who are witness to or subject to such activities. Blindfolding or physically restraining another individual, with or without that person's consent, falls within the Yale College definition of hazing.

Hazing is an offense whether it occurs on or off campus. The Executive Committee will not consider the implied or express consent of the person being hazed as a defense; nor will it consider the use of alcohol or drugs as a mitigating factor. To the contrary, in the context of hazing, the use of alcohol or drugs by any participants may be considered an express attempt to impair judgment, likely contributing to reckless behavior. Because hazing is an organizational activity, the organization, its officers, and responsible members will be held accountable for hazing violations.

Where harm occurs or the potential for harm exists to any person or persons as a result of hazing by members of a student group, the hosts of the event as well as the individuals directly involved and the officers of the organization (or their equivalent) can be held personally responsible. With respect to possible disciplinary action against all such persons, the Executive Committee may consider as mitigating factors their efforts to prevent the harmful or potentially harmful situation, as well as their cooperation with the Executive Committee's investigation of the situation.

Student organizations include but are not limited to athletic clubs, varsity teams, fraternities, sororities, musical groups, junior and senior societies, drama groups, comedy groups, political groups, cultural houses, tour guides, student government organizations, and residential colleges.

## W. SPECIAL PROVISIONS CONCERNING STUDENT ORGANIZATIONS

1. Conduct Off Campus. Conduct occurring off campus is a violation of these regulations if the conduct, had it occurred on campus, would be a violation of section C, "Acts of violence or physical force," section D, "Sexual misconduct, including sexual harassment," section L, "Alcohol," or section M, "Drugs." In addition, as provided in General Conduct and Discipline, any conduct occurring off campus that imperils the integrity and values of the University community may result in disciplinary action.

2. Responsibility for Events. If any violations of sections L, "Alcohol," or M, "Drugs," occur at an event, or in connection with an event, where alcohol is served or permitted to be consumed, and which is held, sponsored, or supported by a fraternity or other registered or unregistered student organization (either on campus or off campus under the circumstances specified in subsection above), and the individual or individuals directly responsible for the violations are not identified, the host or hosts of the event or the organization responsible for the event will be held responsible for the violations. If the hosts are also not identified, the officers of the organization will be held personally responsible for the violations. The Executive Committee may consider the efforts made by the hosts or officers

to prevent such violations, and their cooperation with the investigation of the violations, as mitigating factors with respect to the penalty for the violations.

# Penalties

The following penalties are among those which may be imposed by the Yale College Executive Committee or recommended by the University-Wide Committee on Sexual Misconduct (http://provost.yale.edu/uwc):

## A. REPRIMAND

This is a matter of internal record only. Records of reprimands in college deans' offices will be destroyed when students graduate.

## B. RESTRICTION

Denial of the use of certain University facilities or of the right to participate in certain activities or to exercise certain privileges.

## C. PROBATION

The student is in official jeopardy. The commission of a serious offense while on probation will normally result in suspension or expulsion. A student on probation may not hold leadership or officer positions in any registered Yale College student organization, any varsity athletic team or club sport, or any other organization that receives University funds. Additional terms of probation may be enforced by the Executive Committee or the UWC in individual cases.

## D. SUSPENSION

Separation from the University for a stated period of time. A suspended student forfeits all privileges of enrollment, including residence, attendance at classes, participation in organized extracurricular activities, and use of University libraries as well as of athletic and other facilities. Suspension may require petition for reinstatement. A suspended student may not return to campus during the period of suspension for any reason unless he or she receives express written permission in advance from his or her residential college head or dean, or from the dean of student affairs, Camille Lizarríbar. Students on suspension during the spring and the subsequent fall term are not eligible to participate in the Yale Summer Session or any Yale-sponsored activities or programs over the summer. Suspension shall be recorded on the academic transcript.

## E. EXPULSION

Permanent separation from the University. Expulsion shall be recorded on the academic transcript.

## F. FINES

Yale reserves the right to impose fines as appropriate, in addition to requiring payment for costs resulting from or associated with the offenses.

———————————

In addition to imposing these penalties for offenses subject to disciplinary action, the University may refer students for prosecution.

# Procedures

· The Disciplinary Procedures of the Executive Committee of Yale College (p. 72)
· Student Complaints (p. 89)
· The University Tribunal (p. 90)
· Emergency, Interim, and Administrative Suspension (p. 91)

# The Disciplinary Procedures of the Executive Committee of Yale College

The Yale College Executive Committee is responsible for the fair, consistent, and uniform enforcement of the *Undergraduate Regulations*, the disciplinary rules governing students in Yale College. It receives complaints of alleged infractions of those regulations whether academic or nonacademic. Its jurisdiction also includes other actions on the part of undergraduates that may in the judgment of the committee warrant disciplinary action because these actions may imperil the integrity and values of the academic community or the safety of its members. The Executive Committee may assign penalties as provided in the *Undergraduate Regulations*, though in some cases authority is delegated to other University officials such as the heads of the residential colleges, the University Librarian, the directors of the Yale computer facilities, and the Executive Director of Yale Dining, who may summarily impose certain penalties for violations of dormitory, library, computer facility, and dining services regulations. Violations of sexual misconduct policies are addressed by the University-Wide Committee on Sexual Misconduct (http://provost.yale.edu/uwc) (UWC), which has authority to recommend penalties to the dean of Yale College.

As an institution, the Executive Committee is responsible to the Yale College Faculty and ultimately to the University. The committee is charged with protecting the Yale College community so as to ensure the integrity of academic instruction, the physical security of students, and the preservation of the property and educational resources of the University. The committee is bound at all times to consider the manner in which its actions and decisions may affect the persons and groups—faculty, student body, administration, and staff—whose activities carry and foster the intellectual and residential life of Yale College.

## A. COMPOSITION OF THE EXECUTIVE COMMITTEE

1. The Executive Committee of Yale College is appointed by the dean of Yale College. The committee shall have ten regular voting members: three tenured members of the Yale College faculty, three untenured members of the Yale College faculty, three undergraduates, and the dean of Yale College or the dean's designated representative. The presence of seven of these members shall constitute a quorum. A majority vote of those present shall be required for any decision. Should an occasion arise when, as a result of the conflict-of-interest provisions of these procedures or other unavailability of members, a quorum cannot be gathered from regular voting members, the dean of Yale College shall appoint a member or members from the faculty ad hoc to participate in the business then before the committee.

2. In addition to the regular voting members there shall be three officers of the Executive Committee who are also members: chair, secretary, and factfinder. They shall be appointed annually by the dean of Yale College and shall be charged with particular responsibilities.

   a. The chair shall be either a tenured member of the Yale College Faculty or an associate dean of Yale College. The chair shall coordinate all activities of the committee, shall preside at all meetings, shall organize the conduct of meetings, and shall be the person through whom faculty and students communicate to the committee. In full hearings, the chair shall vote only to break a tie, and shall not vote in any capacity when the committee considers an appeal from a complaint initially settled by disposition without formal hearing. (See section C.3.a. (p. 77))

   b. The secretary shall normally be an assistant or associate dean of Yale College. This person shall keep the records relating to committee business, handle official correspondence, assist the chair in the daily details of committee business, and ensure that all required procedural steps have been taken by the committee. The secretary shall be responsible for taking the minutes during the meetings and shall ensure that minutes are prepared in good time. In full hearings the secretary shall not vote in the Executive Committee.

   c. The factfinder ordinarily shall be a tenured member of the Yale College Faculty or an assistant or associate dean of Yale College, but may also be a tenured member of one of the other faculties or schools in the University. In situations where there is need to inquire into disputed matters of fact, to locate documents, or to gather relevant information that the committee cannot pursue collectively or that it would be improper or undesirable for a faculty member or other member of the University to seek individually, the factfinder shall be responsible for gathering the information in an impartial and thorough manner. The factfinder is not to be regarded as a prosecutor and is specifically charged to be alert to information that may exonerate a student. The factfinder shall have the responsibility to interview students, faculty, and other persons who he or she may reasonably believe have information relevant to the business of the committee. All members of the Yale community should recognize their responsibility to cooperate fully and truthfully with the factfinder. Throughout the factfinder's investigation, however, the student has the right to remain silent. The factfinder and the committee are not to draw a negative inference from the student's silence, but the student by that silence forfeits an opportunity to ensure that the factfinder obtains all relevant information. Normally, at the request of the chair, the factfinder will undertake an investigation. The student involved in the complaint may also request the factfinder to pursue particular information; the factfinder shall consider seriously any such request but the decision of how to proceed is the responsibility of the factfinder. The factfinder shall make a written report of the findings of his or her inquiry to the chair. In full hearings the factfinder shall not vote in the Executive Committee.

   d. The chair, secretary, factfinder, and one student member of the Executive Committee shall constitute the Coordinating Group of the Executive

Committee. The Coordinating Group shall prepare and organize all matters coming before the Executive Committee. A majority vote, if necessary, shall decide matters within the Coordinating Group. Should an occasion arise when an officer of the Coordinating Group is unavailable to participate in a hearing or other matter coming before the Coordinating Group, the dean of Yale College shall appoint a substitute officer ad hoc.

e. There shall be a Committee of Review which in circumstances described below (See section C.4 (p. 80).) may review decisions of the Executive Committee.

## B. SUBMISSION OF COMPLAINTS

Complaints of alleged infractions of the *Undergraduate Regulations*, academic or nonacademic, shall initially be referred to the chair of the Executive Committee or, in the chair's absence, to the secretary. The formal complaint must be made in writing and must describe in specific detail the complaint and the information upon which it is based.

1. Complaints of Academic Offenses

   a. A member of the faculty finding evidence of academic dishonesty on a class assignment or examination will bring the matter to the chair of the Executive Committee. The faculty member will be expected to provide copies of the examination or assignment, the paper or papers allegedly in violation of the regulations, and any alleged source materials. The faculty member must provide a written statement explaining the details of the alleged academic dishonesty.

   b. If a student becomes aware of academic dishonesty, he or she should report the matter to the instructor. If this procedure is not feasible, the student may report the matter to the chair of the department. The latter will then inform the instructor of the complaint (without identifying the complaining student) and seek the instructor's advice on the matter.

2. Complaints of Nonacademic Offenses

   a. Any member of the faculty, residential college head, residential college dean, or member of the University administration or staff may bring an alleged infraction to the attention of the chair of the Executive Committee.

   b. An undergraduate student may bring a complaint of a nonacademic infraction to the attention of the chair only in conjunction with his or her residential college head, residential college dean, a member of the Yale College Dean's Office, a human relations counselor, a member of the President's Committee on Racial and Ethnic Harassment, or the Yale Police Department.

   c. In addition, the Coordinating Group shall review weekly the reports of student misconduct lodged by the Yale Police Department. The Coordinating Group shall take note of those alleged infractions of the *Undergraduate Regulations* that appear to warrant action by the Executive Committee and shall refer them for action under section 3 immediately below.

3. Initial Disposition and Referral of Complaints. Each week the chair, factfinder, and secretary of the Coordinating Group shall review all complaints received by the chair and shall make one of the following judgments in regard to each complaint:

   a. Complaints for which sufficient information is available and which, if substantiated, would constitute a violation of the *Undergraduate Regulations* shall be submitted to the Executive Committee unless settled by disposition without a formal hearing (see section C.3.a. (p. 77)) or withdrawn, as provided below in section E.2 (p. 84).

   b. If there is need to locate documents, inquire further into matters of fact, or pursue additional information before an informed judgment may be made by the Coordinating Group, the chair shall request the factfinder to undertake the necessary investigation. In cases of alleged academic offenses, it remains the responsibility of the faculty member to furnish copies of any relevant source materials.

   c. If, after such investigation, the Coordinating Group determines that there is insufficient information or that the act does not amount to a violation of the Undergraduate Regulations, the Coordinating Group will close the matter.

   d. Complaints that should have been directed to an administrative official, such as infractions of library or dining services regulations, shall be referred to the proper authority.

   e. Complaints that appear to involve sexual misconduct shall be referred to the secretary of the University-Wide Committee on Sexual Misconduct (http://provost.yale.edu/uwc) (UWC). In complex cases that combine allegations of sexual misconduct and other offenses, the chair of the Executive Committee and the chair of the UWC shall consult pursuant to the provisions of the procedures of the UWC.

   f. See section E (p. 83) for complaints in regard to acts of violence or physical force, harassment, intimidation, or coercion.

   g. See section G (p. 85) for complaints in regard to computer misuse.

The Coordinating Group shall make timely reports summarizing statistically its decisions in regard to all complaints brought to its attention.

Throughout these and subsequent consultations the complaints shall not be discussed publicly. All complaints shall be part of the permanent record of the Executive Committee.

## C. PROCEDURES FOR CONSIDERATION OF A COMPLAINT BY THE EXECUTIVE COMMITTEE

1. Informing the Student. If the Coordinating Group decides that a complaint is to be referred to the Executive Committee or further investigated by the factfinder, the secretary shall, in writing, inform the student or students of this fact and specify the regulation that has been allegedly violated. The letter to the student shall include a list of the membership of the Executive Committee and a copy of these procedures, including a statement of the rights of students appearing before the committee.

(See section J (p. 87).) The secretary shall simultaneously inform the relevant residential college head(s) and residential college dean(s) of the complaint. The student should review information relevant to the proceedings in the residential college dean's office. The chair or secretary can familiarize the student and the student's adviser with practical as well as procedural aspects of the hearing process, so that the student can be as well prepared and comfortable as possible in meeting with the committee.

2. The Adviser to the Student. The student shall have the right to choose an adviser. The adviser is not an advocate, but rather a source of personal and moral support to the student. The adviser should aid the student in preparing to appear before the Executive Committee. The adviser should also accompany the student to the committee meeting and counsel him or her. During the meeting the adviser may unobtrusively suggest questions for the student to pose to witnesses or issues for the student to raise with the committee. The adviser may not participate directly in the proceedings except for making a brief concluding statement if the student so desires and except as provided in section E.1.b (p. 83).

   Normally, the adviser will be the student's residential college dean, but the adviser may also be the residential college head, a freshman or sophomore academic adviser, a Yale College faculty member, a Yale College administrator, a coach, or any other member of the University community who is not a member of the Executive Committee or the Office of the University General Counsel. Should a student find himself or herself unable to locate an adviser, the secretary of the Executive Committee shall furnish the student with a list of persons willing to aid students in these situations.

   In the case of a charge of physical assault or other possible infractions, a residential college head or dean shall not serve as adviser to a student in his or her college in a case involving a complaint made by another student in the same college.

   The student shall notify the secretary of the Executive Committee as soon as he or she has chosen an adviser.

   When a complaint is lodged involving alleged offenses against persons and/or property, the student may choose an attorney as a second adviser. The legal adviser may counsel the student but has no right to speak to the committee or otherwise participate directly in the proceeding. The legal adviser may unobtrusively suggest questions to be asked, and at the meeting may in writing request the chair to pursue a particular direction of questioning. It shall be the chair's decision whether such a question or line of questioning is followed.

   On all occasions when a student has requested the presence of an attorney in the meeting with the Executive Committee, the chair will as a matter of course request the presence of the University General Counsel or a representative of that office.

3. Consideration of the Complaint by the Committee. The chair shall prepare for the committee a written statement of the alleged infraction to which shall be attached any statement prepared by the factfinder and copies of all other relevant documents. These materials should be made available to the student no less than four working days prior to the committee meeting, except when the student requests that less

time be allowed to elapse prior to a scheduled meeting. The same materials will be made available to the adviser. The student shall have the right to submit, at least forty-eight hours in advance of the meeting, a written statement in response to these materials; the statement will also be circulated to the committee.

a. Disposition without a Formal Hearing. The student has the right to request in writing the disposition of the complaint by the Coordinating Group without a formal hearing before the entire committee. While the Coordinating Group will normally grant a request for disposition without a formal hearing, it is not required to do so. If the Coordinating Group does grant the request for disposition without a hearing, this request will be considered as the admission by the student of the validity of the complaint. That admission governs all further committee action in regard to the complaint.

The penalty imposed by the Coordinating Group is final and goes into effect immediately. If the student is dissatisfied with the penalty imposed by the Coordinating Group, the student may appeal to the Committee of Review (p. 80).

b. Complaints Involving Criminal Charges. See section D (p. 82) below for regulations governing complaints that come before the Executive Committee when criminal charges either are or may be pending before the courts.

c. Disposition before the Committee. Unless the student requests a Disposition without a Formal Hearing (or the complaint is withdrawn, provided in section E.2 (p. 84).), all complaints referred by the Coordinating Group will be reviewed by the Executive Committee.

  i Inspection of Records. The documents relating to the complaint, including the initial complaint, any report of the factfinder, the statement by the student, and any other materials deemed relevant by the Coordinating Group, shall be made available to the committee for inspection in the Yale College Dean's Office normally no less than twenty-four hours before the time of the meeting. These documents are confidential.

  If within the three working days before the scheduled time of the committee meeting significant new information regarding the complaint becomes available, either the student or the chair may request a postponement of the consideration of the complaint until a subsequent meeting.

  ii Excuse for Conflicts of Interest. When the members of the committee have become familiar with the details of the complaint, the chair shall ascertain whether any members should be excused because of a conflict of interest (in accordance with section H (p. 85).)

  iii Procedures during the Student's Meeting with the Committee. The purpose of the meeting between the student and the committee is to vent fully all sides of the issue or issues raised by the complaint.

  Students are expected to tell the truth in all their dealings with the Executive Committee. The members of the Executive Committee will

give such credence and weight to the student's statements as they believe appropriate.

Every student shall be put on notice that lying to the factfinder or to the Executive Committee will be taken into account in fixing the penalty and is a matter for an independent complaint as provided in the *Undergraduate Regulations*. (See General Conduct and Discipline, section I, "Misconduct at a formal hearing (http://catalog.yale.edu/undergraduate-regulations/general-conduct-discipline/offenses/#misconduct_formal_hearing).")

When the committee meets with the student, the chair shall explain the substance of the complaint and the specific undergraduate regulation allegedly violated or the other alleged action that in the committee's judgment may warrant disciplinary action. The student may make a statement of reasonable length to the committee. If the factfinder has conducted a review, the student or members of the committee may request the factfinder to explain his or her report.

The Coordinating Group may arrange for the appearance of witnesses. If it does so, their names shall be made available to the student no less than forty-eight hours before the meeting. If the complaint is one of academic dishonesty, the faculty member may request from the chair permission to make a brief explanatory statement to the committee in the presence of the student. The student may also present a reasonable number of witnesses, whose names shall likewise be submitted to the chair forty-eight hours before the meeting. Testimonies about the student's character may be submitted in writing, but shall not be presented in person at the hearing.

iv  Deliberative Session of the Committee. Upon completion of the discussion of the complaint, the student, the factfinder, the adviser, and all other persons but the chair, the secretary, and the regular voting members of the committee shall withdraw. The committee shall then address the question of whether the student has violated the *Undergraduate Regulations*, and shall give an affirmative answer if it is satisfied that a violation has been shown by a clear preponderance of the evidence.

After a full consideration, the committee shall reach its decision, through a secret ballot, by majority vote. Should the initial ballot result in a tie, a second ballot shall be taken after further discussion. Should the result again be a tie, the chair shall cast the deciding vote. The actual vote shall not be indicated to the student and shall remain a part of the confidential record. The secretary shall not vote.

Should the meeting of the committee to consider the complaint extend beyond 10 p.m., the chair on his or her own responsibility, or a majority of the committee present, may postpone the remainder of the meeting for a period no longer than forty-eight hours. If the meeting is so adjourned, the same committee members must be present for the reconvened meeting at which the hearing or deliberations shall be resumed or the penalty assigned.

v  Assignment of a Penalty. The Yale College Faculty believes it is proper for the Executive Committee to view a particular infraction of the Undergraduate Regulations in the context of the total personal and academic record of the student involved.

When the Executive Committee proceeds to consider assigning a penalty, it shall invite the student and the adviser to return to the room. The secretary will inform the committee of any previous infractions of the *Undergraduate Regulations* on the part of the student. The Executive Committee shall permit the student and his or her adviser to present a statement of reasonable length relevant to the determination of the penalty and to furnish further information about his or her character.

After the student and the adviser have again withdrawn, the secretary will inform the committee about the nature of previous penalties assessed for similar offenses. The committee will discuss what penalty it should impose. If the committee has found that the student purposely misled the committee during its deliberations, the committee may consider that factor as grounds for imposing a more severe penalty. The chair will propose a penalty upon which the regular voting members of the committee will vote by secret ballot. The committee shall continue to ballot secretly on proposed penalties until a decision has been reached by a majority of the members present. The chair shall vote on a penalty only if the regular voting members have reached tied votes on three proposed penalties. The secretary shall not vote.

Should the committee under extraordinary circumstances propose a penalty other than one of those specifically listed in the *Undergraduate Regulations* (e.g., some form of work service or repair of damaged property), the chair shall first ascertain that the persons upon whom would rest responsibility for overseeing enforcement of the penalty are willing to accept that responsibility.

The penalty of suspension must apply to periods when Yale College is in regular session. Students who are suspended must vacate the college and return keys and Yale identification to the residential college dean's office within the time period specified by the Executive Committee. In no case may that period be greater than 72 hours after the imposition of the penalty. A suspended student may not return to campus during the period of suspension for any reason unless he or she receives express written permission in advance from his or her residential college dean or head, or the dean of student affairs, Camille Lizarríbar.

When the committee has reached its decision about the penalty, the chair shall inform the student of the sanction and summarize the reasons that led the committee to assess it. The chair shall also inform the adviser and the student's residential college dean of the outlines of the committee's decision in as comprehensive and useful a manner as possible.

The secretary shall inform the relevant residential college head(s) and dean(s) of the decisions of the committee in regard to the penalty and action required to enforce it. The secretary shall inform the residential

college dean of the exact manner in which the infraction is to be indicated in the record and recommendations of the student. This communication should ordinarily take place in writing within two weeks of the disposition of the complaint. Copies of those letters shall form part of the permanent record of the Executive Committee.

The secretary shall also send written notice of the decisions of the committee to the person originally lodging the complaint, the charging person, and/or the person who is the alleged victim of any crime of violence or any sex offense.

The secretary may disclose to other universities and schools information concerning disciplinary action taken against a student for conduct that posed a significant risk to the safety or well-being of that student, other students, or members of the University community.

4. Appeals to the Committee of Review. Decisions of the Executive Committee or the Coordinating Group are final and take immediate effect, notwithstanding whether the student is applying to the Committee of Review for reconsideration of a decision as provided herein. They may be reopened by the Executive Committee itself only when substantial new evidence that may exonerate the student becomes available. The Executive Committee or the Coordinating Group may also be requested by the Committee of Review to reconsider a decision; see below.

   a. There shall be a Committee of Review, which may review and, when appropriate, request reconsideration of the decisions of the Executive Committee or the Coordinating Group. The Committee of Review will be composed of three persons, two of them members of the Yale College Faculty, appointed by the president for a term of five years, one of whom shall be designated by the president as chair of the committee. Each year, the faculty members of the Committee of Review, in consultation with the Yale College Council, will select a student member to serve on the committee.

   b. The Committee of Review will receive written complaints from (1) a student or students who have been assigned a penalty by the Executive Committee or the Coordinating Group (2) the dean of Yale College, where either the student(s) or the dean believes that a decision of the Executive Committee or the Coordinating Group, in matters of fact or the assignment of penalties, is inconsistent with precedent or otherwise in error. A complaint must be received by the Committee of Review no later than ten days after the decision of the Executive Committee or the Coordinating Group. In order to review such complaints, the Committee of Review will have access to all the written records of the Executive Committee or the Coordinating Group.

   c. In response to such a complaint, the Committee of Review will have the right (1) to decline to take action; (2) to request in writing a reconsideration by the Executive Committee; (3) to publish commentary on the case which, while maintaining the confidentiality of the Executive Committee hearings, seeks to clarify the principles involved in the case and to offer useful counsel for future decisions.

d.  It is anticipated that in the vast majority of cases, the Committee of Review will decline to take action. It will request reconsideration by the Executive Committee or the Coordinating Group only in cases where it believes that (1) some pertinent evidence was not taken into account; (2) long-standing precedents, in decisions of culpability and the assignment of penalties, were ignored; (3) errors in procedure may have substantially affected the decision; (4) certain key principles of the University were not sufficiently considered in the original decision.

e.  The Executive Committee or the Coordinating Group will have the authority to grant or deny a request for reconsideration. It is anticipated, however, that such requests will be rare, and that in most instances the Executive Committee or the Coordinating Group will give them the most serious consideration. In the case where the Executive Committee or the Coordinating Group has granted the request to reconsider, the chair of the Executive Committee and the Committee of Review will discuss appropriate procedures for the Executive Committee's or the Coordinating Group's reconsideration. At a reconsideration of a case by the Executive Committee or the Coordinating Group, the chair of the Committee of Review will appear before the Executive Committee or the Coordinating Group in order to make clear what motivated the call for reconsideration. The Executive Committee or the Coordinating Group will be free either to alter or to confirm its original decision. It may not, however, make a finding of culpability where it had previously exonerated a student, or assign a penalty more serious than that assigned originally.

f.  The Committee of Review will also be empowered to issue ad hoc reports on individual cases, and will publish an annual report in which it makes clear the principles and circumstances that led it to request reconsideration of certain cases, if in fact it has done so during the course of the year. In the annual report, it may also reflect on general principles and precedents guiding the administration of discipline in Yale College.

5.  Time Limit on Disposition of Complaints. The process of factfinding, Coordinating Group consideration, and Executive Committee action is to be completed by the end of the academic semester after the semester in which a complaint has been initiated. Otherwise the inquiry will be terminated without prejudice to the student at that time unless a majority of the committee formally authorizes the Coordinating Group to pursue the investigation beyond this time span.

Complaints made subject to the provisions of the administrative suspension shall be governed by the time limits provided for that procedure. (See section D.3 (p. 82).)

A student who withdraws from Yale College for personal reasons rather than face disciplinary charges that are pending against that student will not be eligible for Yale College reinstatement, re-enrollment or a Yale College degree, and a notation to this effect will be entered on the transcript. If a disciplinary case brought against a graduating senior is pending at the time of graduation, the Coordinating Group

will recommend to the dean of Yale College that the student's degree be withheld
until the case is resolved.

## D. COMPLAINTS BEFORE THE EXECUTIVE COMMITTEE RESPECTING MATTERS BEFORE THE COURTS

When a complaint alleging an infraction of the *Undergraduate Regulations* relates to
a case that either will be or is in process of adjudication by the courts, the Executive
Committee may address the complaint by one of the following procedures:

1. If in the judgment of the Coordinating Group sufficient information is available to
   consider the complaint, the committee may consider it in the normal manner.

2. The Executive Committee may decide to defer its consideration of the complaint
   until after the matter has been adjudicated by the courts. When the Committee
   so defers consideration, it shall decide by a majority vote through secret ballot (so
   long as the student is in good academic standing) either to permit the student to
   continue in regular enrollment and residence in his or her residential college or
   to permit the student to enroll in classes but not to live in the residential college.
   Before the committee makes this decision, the chair shall request the written
   opinion of the student's residential college head. The student may also present
   a written statement in regard to his or her ongoing residence in the residential
   college.

3. The student may request in writing that the Executive Committee defer its
   consideration of the complaint and that he or she receive an administrative
   suspension. This provision is intended for use by the Executive Committee very
   rarely and only in situations in which the criminal charges are very serious and in
   which action by the Executive Committee might irreparably prejudice the student's
   cause before the courts.

An administrative suspension suspends the student from Yale College in the same
manner as any suspension by the Executive Committee; however, the administrative
suspension is without prejudice to the review of the complaint against the student.
In effect, an administrative suspension means that the student facing a criminal
hearing voluntarily withdraws from enrollment and residence in Yale College with
the understanding that he or she may re-enroll, through the normal procedures for
reinstatement or readmission, only after the standing complaint has been considered
in the normal manner by the Executive Committee. The decision to provide an
administrative suspension resides solely in the authority of the Executive Committee;
even when a student requests an administrative suspension, the committee may decide
to consider the complaint immediately.

The administrative suspension may remain in effect for no longer than one year, at
the end of which time it must be reviewed by the Executive Committee. The student
may then request in writing an extension of the administrative suspension for another
period not to exceed one year. However, an extension of an administrative suspension
may not remain in effect longer than one month past the date on which the matter has
been adjudicated by the courts or settled otherwise, or normally longer than two weeks

beyond the opening of the academic term if determination by the courts has occurred when the College is not in session.

When the complaint comes for consideration by the Executive Committee after the period of administrative suspension, the committee will consider the complaint in the normal manner and without prejudice.

A decision favorable to the student in the courts will not necessarily exonerate him or her from having committed the alleged infraction of the Undergraduate Regulations.

## E. PROCEDURES FOR COMPLAINTS OF ACTS OF VIOLENCE OR PHYSICAL FORCE, HARASSMENT, INTIMIDATION, OR COERCION

1. In any case involving a charge of acts of violence or physical force, harassment, intimidation, or coercion (see General Conduct and Discipline, Offenses, section C (http://catalog.yale.edu/undergraduate-regulations/general-conduct-discipline/offenses/#acts_violence_physical_force) and section E (http://catalog.yale.edu/undergraduate-regulations/general-conduct-discipline/offenses/#harassment_intimidation_coercion)), the procedures for the disposition before the committee (see section C.3.c (p. 77).) are amended in the following ways:

    a. The person against whom one of the acts described above was allegedly committed (referred to here as the "charging person," whether or not he or she actually initiated the charge) shall receive copies of all documents already submitted relating to the complaint, including the initial complaint, any report of the factfinder, the statement by the student charged in the complaint, and any other materials deemed relevant by the Coordinating Group, no less than seventy-two hours before the time of the full committee's meeting to hear the charge (or the Coordinating Group's meeting if the complaint is to be disposed of without a hearing). All documents are strictly confidential and may not be shared, circulated, or posted except with the charging person's adviser or legal adviser, if any. All documents must be returned to the secretary of the Executive Committee at the conclusion of all proceedings.

    b. If the charging person appears as a witness before the committee, he or she may choose to be accompanied for moral support by an adult member of the Yale community who will not participate in the proceedings in any way. At the request of either the charging person or the student charged in the complaint, the testimony of the charging person may be given out of the presence of the student charged in the complaint. The charged student's adviser (and legal adviser, if permitted pursuant to section C.2 (p. 76).) may be present during the testimony, however. In addition, the committee will arrange for the student charged in the complaint to hear the testimony through audio transmission to a private room.

    During the testimony, the charged student's adviser may propose to the chair questions to be asked of the charging person. At the end of the testimony, the adviser may request a brief recess to consult with the student charged in the complaint, and after the recess the adviser may propose to the chair additional questions to be asked of the charging person. At the discretion of the chair, the

adviser (but not the legal adviser, if any) may be permitted to ask questions directly of the charging person rather than proposing them to the chair.

2. In any case involving a charge of acts of violence or physical force, harassment, intimidation, or coercion (see General Conduct and Discipline, Offenses, section C (http://catalog.yale.edu/undergraduate-regulations/general-conduct-discipline/offenses/#acts_violence_physical_force) and section E (http://catalog.yale.edu/undergraduate-regulations/general-conduct-discipline/offenses/#harassment_intimidation_coercion)), the charging person may, at any time before the day scheduled for the full Executive Committee's formal hearing, request in writing that the Coordinating Group withdraw the charge. The Coordinating Group will consider the request, and may inquire into the circumstances (including as appropriate consulting with the charging person's adviser or residential college dean) to determine whether the complaint has been resolved fairly and to the satisfaction of the parties, whether the charging person's request is fully voluntary, whether the interests of the Yale community would be better served by hearing the charge, and other relevant matters. The Coordinating Group will then decide to grant or deny the request, in its sole discretion. The decision of the Coordinating Group on the request will be final.

3. Each year the dean of Yale College shall appoint either a University Human Relations Counselor or a member of the President's Committee on Racial and Ethnic Harassment to serve as a consultant to the Coordinating Group and the Executive Committee on complaints relating to harassment on the basis of gender, sexual orientation, race, or ethnic origin. The chair of the Executive Committee shall invite one or both of these consultants to advise the Coordinating Group and the Executive Committee in appropriate cases.

4. It shall be the duty of the chair to explain to all parties involved in a complaint of harassment on the basis of gender, sexual orientation, race, or ethnic origin that the Executive Committee disposition of the complaint does not constitute the equivalent of action or redress at law. The chair shall also explain that the extent of the jurisdiction of the Yale College Executive Committee is limited to the enforcement of the *Undergraduate Regulations* by means of the penalties provided therein.

5. Should the complaint of harassment, intimidation, coercion, or assault be simultaneously pursued in the courts, the procedures in section D (p. 82) regulating such situations shall be in effect.

## F. COMPLAINTS OF GENDER DISCRIMINATION OTHER THAN SEXUAL MISCONDUCT

In proceedings involving charges of gender discrimination by students other than sexual misconduct the provisions of section E (p. 83) and the following provisions shall apply:

1. If the charged person is entitled to bring legal counsel to the hearing, the charging person shall also be allowed to bring legal counsel.

2. The charging person shall have the same rights as the charged student to bring an appeal to the Committee of Review as provided in section C.4 (p. 80).

3. The committee will determine a violation has occurred when it is proven by a preponderance of the evidence.

4. The committee shall complete the process of hearing the complaint within 60 days, unless illness, holidays, the absence of witnesses from campus, the complexity of the case, or similar circumstances require additional time.

5. Written notice of the outcome of the proceeding must be provided to the charging student.

## G. COMPLAINTS RELATED TO MISUSE OF COMPUTERS

Each year the dean of Yale College shall appoint one or more computer advisers to serve as consultants to the Coordinating Group and the Executive Committee on complaints, academic or nonacademic, relating to the misuse of computers.

The chair of the Executive Committee should in appropriate cases invite one of the computer advisers to be present at the meeting of the Coordinating Group and/or the Executive Committee during its hearing phase. In order to avoid conflicts of interest, the dean of Yale College may appoint one computer adviser from the Department of Computer Science who will consult on cases involving Information Technology Services (ITS), and one from Information Technology Services who will consult on cases involving the Department of Computer Science. If both the department and Information Technology Services are involved in bringing the complaint, the dean may appoint another computer adviser.

In general, academic dishonesty or any misconduct carried out through the use of or in conjunction with University or privately owned computer facilities differs neither in kind nor in gravity from other more familiar modes of academic dishonesty or misconduct. The Executive Committee should recognize this fact and should also regard any and all forms of damage to computer facilities, and/or damage to or invasion of the privacy of information stored within computers, as a serious offense against property and privacy. All computer facilities owned, leased, or sponsored by the University are educational and administrative resources, the security and the fair, private use of which must be vigorously protected in the same manner as laboratories, library resources, and traditional record-keeping and filing systems.

Penalties assigned in relation to computer offenses should take into account the actual cost of damage to equipment, the cost of replacement or retrieval of file information, and the value of legitimate use of an educational and research resource lost to authorized members of the Yale community.

## H. CONFLICT OF INTEREST

Members of the Executive Committee should be alert to potential conflicts of interest between themselves and the persons bringing complaints to the committee or the student against whom a complaint has been lodged.

1. Committee members having past or present ties of kinship, marriage, or other very close personal relationship to any of the parties involved in the complaint should

notify the chair that a conflict of interest exists and should be automatically excused from participation. The nature of the relationship need not be disclosed to the chair.

2. Committee members having some form of close professional relationship to one or more of the parties involved in the complaint (e.g., collaboration or cooperation in research, writing, or teaching with a colleague or service as an ongoing academic adviser or instructor to the student in a very small class) should notify the chair that a potential conflict of interest exists and may request to be excused from participation.

3. A committee member should inform the chair that he or she is in some manner involved in the specific details of the complaint and may request to be excused from participation.

4. A member of the committee should inform the chair that the nature of the complaint creates an occasion for a conflict of interest and may request to be excused from participation.

5. The student against whom a complaint has been lodged may request that a committee member be excused because of a proven conflict of interest as provided in the foregoing provisions.

6. Should one of the members of the Coordinating Group be excused for a conflict of interest, the tenured faculty member of the committee with the longest time of University service shall carry out the responsibilities of that member of the Coordinating Group in regard to the complaint under consideration. In the absence of an available tenured faculty member, the senior untenured faculty member of the committee shall carry out these responsibilities. In regard to the consideration of that particular complaint, this person shall have the voting rights of the member of the Coordinating Group for whom substitution has been made.

7. Should the chair deny a request to be excused, the member or the student may appeal the request to the full committee or quorum thereof. The vote of a majority, taken by secret ballot, will decide the matter. Although no member should be compelled to participate in considering a complaint when he or she anticipates deep personal discomfort, no member should be excused simply for the sake of convenience or to avoid consideration of complaints that are difficult or unpleasant.

8. All matters relating to conflict of interest should be raised and settled after the committee has received the written materials about the complaint and before the committee begins consideration of the complaint. Questions relating to conflict of interest may not be raised after the committee has reached decisions, nor may they be grounds for reconsideration of committee decisions.

9. The foregoing provisions are intended not to be inclusive of all possible situations of conflict of interest, but rather to provide guidance. It is the intention of these provisions to enable the committee to avoid both the appearance and the reality of conflict of interest, so that the community will have confidence in the fairness of the proceedings. In case of doubt, the chair and committee members should assume that a potential conflict of interest exists.

## I. RECORDS AND MINUTES OF THE EXECUTIVE COMMITTEE

The records of the Executive Committee are of four types. The first three (described in sections I.1–3.) are unavailable to the public unless subpoenaed by the court or other government agency and should be stored in a locked file in the Yale College Dean's Office. The fourth type of record (described in section I.4.) will be published twice per year, in September and January, and made available to students and other members of the Yale community. The Committee of Review will have access to all records of the Executive Committee.

1. The secretary shall maintain a record of all complaints received by the Coordinating Group and forwarded to the full committee. This record shall include the original written complaint and a log of all Coordinating Group consultations or correspondence in regard to the complaint. This record should also include any forms or statements signed or submitted by the student and all materials submitted to the committee prior to the meeting, including the report of the factfinder.

2. The secretary shall keep a comprehensive record of minutes from each meeting of the Executive Committee. These need not be a verbatim transcript, but they should reflect a full and faithful record of the statements of witnesses and substance of the discussions and decisions of the committee. Minutes shall not be kept of the private committee discussion prior to reaching a decision by vote on the substance of the complaint or the assessment of the penalty. A written record shall be kept of those committee members in attendance; the decision of the majority in determining whether a violation has occurred, including the penalty assessed if any; the witnesses appearing before the committee; and any written materials submitted to the committee.

3. The secretary shall keep a careful, ongoing written record of the complaints sustained by the Executive Committee and the particular penalties assigned. The purpose of this record shall be to aid the committee in equitably addressing complaints of a similar character.

4. The secretary shall prepare a brief narrative of each decision of the Executive Committee, describing the alleged act(s), the charge, the committee's finding, the mitigating or exacerbating circumstances, and the penalty, if any. The report should be written so as not to reveal, directly or indirectly, the identities of the individuals involved in the case. Because the reports are summaries, they do not contain all the relevant considerations in every case. For that reason, students should rely on them only for general guidance, not as binding precedent.

## J. STATEMENT OF RIGHTS OF STUDENTS MEETING WITH THE EXECUTIVE COMMITTEE

A statement of the following rights should be furnished to all students being informed that a complaint has been lodged against them. Students in Yale College requested to meet with the Executive Committee in regard to a complaint of their having violated one or more of the *Undergraduate Regulations*, or in regard to other actions that in the committee's judgment may warrant disciplinary action, should be aware of their following rights:

1. The student shall receive written notification of the complaint and of the specific alleged infraction of the *Undergraduate Regulations*. (See section C.1 (p. 75).)

2. The student will be furnished with a statement of the procedures, including the conflict-of-interest provisions and a list of the members of the Executive Committee. (See section H (p. 85).)

3. The student may choose an adult adviser from the Yale community as provided in the procedures. If the complaint involves an offense against persons and/or property, the student may also bring an attorney to the meeting of the Executive Committee as provided in the procedures. (See section C.2 (p. 76).)

4. The student may request in writing disposition of the complaint without formal hearing but should understand that such a request, if granted, shall be considered an admission of the validity of the complaint. The student will retain the right to appeal the penalty so assigned. Students choosing such disposition should carefully read the relevant portion of the procedures. (See section C.3.a. (p. 77))

5. Normally one week must elapse between notification of the student and the meeting of the committee at which the complaint is to be considered, but upon written request of the student a briefer interval may suffice.

6. The student may request the factfinder to make reasonable efforts to locate particular documents or to gather relevant information.

   Throughout the investigation of the factfinder, the student has the right to remain silent. The student should, however, understand that by doing so he or she forfeits the opportunity to ensure that the Executive Committee obtains all the relevant information. Every student should understand that lying to the factfinder or to the Executive Committee will be taken into account in fixing penalties and may be matter for an independent complaint. (See section A.2.c (p. 73) and section C.3.c.iii. (p. 77))

7. The student may see all written materials to be submitted to the committee, including the report of the factfinder, no less than four working days before the meeting. The student shall also be furnished with a list of all persons who have been requested to be witnesses at the meeting. (See section C.3 (p. 76). and section C.3.c.iii (p. 77).)

8. The student may ask persons to be witnesses on his or her behalf. (See section C.3.c.iii (p. 77).)

9. During the meeting of the committee the student has the right to remain silent. The committee is not to draw a negative inference from the student's silence, but the student should understand that by doing so he or she forfeits an opportunity to present orally his or her side of the matter. The student should also understand that the committee will base its decision on the information presented to it, and that while the members of the Executive Committee expect that students will tell them the truth, they will give such credence and weight to the student's statements as they believe appropriate. (See section C.3.c.iii (p. 77).)

10. The student shall have the option of making a statement of reasonable length relevant to the determination of the penalty and of furnishing further information

about his or her character prior to the penalty phase of the committee's meeting. (See section C.3.c.v (p. 79).)

11. In the circumstances outlined in section D of the procedures the student has the right to request an administrative suspension, but the granting of such a suspension is entirely at the discretion of the committee. (See section D.3 (p. 82).)

12. If, subsequently, substantial new information of an exonerating nature becomes available, the student has the right to request a reconsideration of the complaint. The student has the right to appeal to the Committee of Review no later than ten days after the decision of the Executive Committee only when he or she believes that it can be demonstrated that (1) pertinent evidence has not been taken into account in the Executive Committee's decision; (2) long-standing precedents, in decisions of culpability and the assignment of penalties, have been ignored; (3) errors in procedure may have substantially affected the decision; (4) certain key principles of the University have not been sufficiently considered. (See section C.4 (p. 80).)

13. The student should understand that the records of the Executive Committee may be subject to subpoena by the courts, but that in the absence of a court order or government inquiry the records of the committee will not be publicly disclosed (except as provided in section I (p. 87)).

This statement of student rights does not supplant other rights and protections of students within the procedures of the Executive Committee.

The Yale College Faculty or the Executive Committee may amend or modify this statement without necessarily making revisions in the procedures of the committee.

# Student Complaints

## A. THE DEAN'S PROCEDURE FOR STUDENT COMPLAINTS

The Dean's Procedure for Student Complaints may be used in any case in which a student has a complaint, including but not limited to a complaint of discrimination on the basis of race, gender, sexual orientation, color, religion, national or ethnic origin, or disability, against a member of the faculty or administration of Yale College. Teaching fellows and freshman counselors may be named in such a complaint. Complaints of sexual misconduct must be pursued in accordance with the Procedures Governing the University-Wide Committee on Sexual Misconduct (http://provost.yale.edu/uwc) (UWC) or with a Title IX Coordinator (http://provost.yale.edu/title-ix/coordinators).

The full text of the Dean's Procedure for Student Complaints may be found here (http://www.yale.edu/equalopportunity/complaint/dean-student.html).

## B. THE PROVOST'S PROCEDURE FOR STUDENT COMPLAINTS

The Provost's Procedure for Student Complaints is available in any case in which a student has a complaint, including but not limited to a complaint of discrimination on the basis of race, gender, sexual orientation, gender identity or expression, color, religion, national or ethnic origin, or disability, against a faculty member who is not a member of the Faculty of Arts and Sciences, or against an employee who is not an

administrator in Yale College or who is not subject to discipline by the dean of Yale College. A copy of the complete procedure is available from the Yale College Dean's Office, 102 SSS. Complaints of sexual misconduct must be pursued in accordance with the Procedures Governing the University-Wide Committee on Sexual Misconduct (http://provost.yale.edu/uwc) (UWC) or with a Title IX Coordinator.

The full text of the Provost's Procedure for Student Complaints may be found here (http://www.yale.edu/equalopportunity/complaint/provost-student.html).

### C. THE PRESIDENT'S PROCEDURE FOR COMPLAINTS OF RACIAL OR ETHNIC HARASSMENT

Any student in the University who believes that he or she has been harassed on account of race or ethnic origin by any member of the Yale community may bring a complaint through the President's Procedure for Addressing Student Complaints of Racial or Ethnic Harassment. For the purposes of this procedure, racial or ethnic harassment is considered to occur when any individual is subjected to arbitrary, capricious, or discriminatory treatment on the basis of race or ethnic origin. A student complaint of racial or ethnic harassment against another undergraduate may also be brought to the Yale College Executive Committee; such a complaint may be forwarded to the chair of the Executive Committee only in conjunction with the complainant's residential college head or dean, a member of the Yale College Dean's Office, a human relations counselor, or a member of the President's Committee on Racial and Ethnic Harassment. Copies of the President's Procedure for Addressing Student Complaints of Racial or Ethnic Harassment are available in the Yale College Dean's Office, 102 SSS. Complaints of sexual misconduct must be pursued in accordance with the Procedures Governing the University-Wide Committee on Sexual Misconduct (http://provost.yale.edu/uwc) (UWC) or with a Title IX Coordinator.

(See The Disciplinary Procedures of the Executive Committee of Yale College, section E, Procedures for complaints of acts of violence or physical force, harassment, intimidation, or coercion (p. 83).")

The full text of the President's Procedure for Complaints of racial or ethnic harassment may be found here (http://www.yale.edu/equalopportunity/complaint/president-student.html).

### D. COMPLAINTS OF SEXUAL MISCONDUCT

The University-Wide Committee on Sexual Misconduct (http://provost.yale.edu/uwc) (UWC) is available to hear all student complaints of sexual misconduct and includes provisions for formal and informal resolutions. The UWC provides an accessible representative and trained body to answer internal inquiries and fairly and expeditiously address formal and informal complaints of sexual misconduct. It has sole disciplinary authority over Yale College students charged with sexual misconduct and recommends penalties to the dean of Yale College. The UWC is appointed and authorized to act by the provost.

# The University Tribunal

The University Tribunal is a disciplinary body that has jurisdiction over students in all twelve schools of the University, including students in Yale College. It may

be convoked only by the president of the University (or the provost acting for the president). It exists to hear disciplinary cases deemed by the president to have institutional significance for the integrity and values of the University as a whole, cases the disposition of which the president believes would have some substantial impact within the University beyond a particular school of the University, or cases in which the president determines that the University Tribunal could best ensure a desired uniformity of disciplinary procedures and penalties among different schools of the University.

A hearing before the University Tribunal is in lieu of any proceeding before the disciplinary body of a student's own school. In Yale College, that body is the Yale College Executive Committee. Except for cases explicitly referred to the University Tribunal by the president, however, the responsibility for student discipline rests with the appropriate disciplinary bodies of the various schools of the University, and the University Tribunal does not hear appeals from the decisions of those disciplinary bodies. It is expected that the University Tribunal will be convoked infrequently and only in extraordinary circumstances.

Additional information concerning the University Tribunal, including information concerning its composition and procedures, is available at the Office of the Secretary of the University at Woodbridge Hall.

# Emergency, Interim, and Administrative Suspension

The president of the University, or an official of the University authorized by the president, may impose an emergency suspension from residence or academic status when, in the judgment of the president, such action appears necessary for reasons relating to a student's physical or emotional safety and well-being or the safety and well-being of a member of the University community or of University property, or may impose an immediate interim suspension when it appears necessary to deal with a continuing disturbance or a forcible interference by students with any University activity or with the free movement of any member of the University community. When an undergraduate in Yale College is suspended in this fashion, the matter may be referred either to the Yale College Executive Committee, to the University-Wide Committee on Sexual Misconduct (UWC), or to the University Tribunal, if the Tribunal is convoked. Interim suspension may remain in effect until the Executive Committee, the UWC, or the University Tribunal has taken action with regard to the student; however, interim suspension may be lifted earlier by action of the president or the president's authorized designee, or by action of the Executive Committee, the UWC, or University Tribunal panel after a preliminary review, which will be held at the earliest opportunity. (See The University Tribunal.)

An administrative suspension suspends the student from Yale College in the same manner as any suspension; however, the administrative suspension is without prejudice to the review of the complaint against the student. The student may request in writing that the adjudicating committee defer its consideration of the complaint and that he or she receive an administrative suspension. This provision is intended for use very rarely and only in situations in which the student faces serious criminal charges and in

which action by the committee might irreparably prejudice the student's cause before the courts.

In effect, an administrative suspension means that the student facing a criminal hearing voluntarily withdraws from enrollment and residence in Yale College with the understanding that he or she may re-enroll, through the normal procedures for reinstatement, only after the standing complaint has been considered in the normal manner. The decision to provide an administrative suspension resides solely in the authority of the relevant committee; even when a student requests an administrative suspension, the committee may decide to consider the complaint immediately.

The administrative suspension may remain in effect for no longer than one year, at the end of which time it must be reviewed by the adjudicating committee. The student may then request in writing an extension of the administrative suspension for another period not to exceed one year. However, an extension of an administrative suspension may not remain in effect longer than one month past the date on which the matter has been adjudicated by the courts or settled otherwise, or normally longer than two weeks beyond the opening of the academic term if determination by the courts has occurred when the College is not in session.

When the complaint comes for consideration by the adjudicating committee after the period of administrative suspension, the committee will consider the complaint in the normal manner and without prejudice.

A decision favorable to the student in the courts will not necessarily exonerate him or her from having committed the alleged infraction of the Undergraduate Regulations.

# INDEX

**A**

Alcoholic Beverages ........................................................................................................... 13

**C**

Campus Housing and University Facilities ............................................................... 15

**D**

Definitions of Plagiarism, Cheating, and Documentation of Sources ............................................ 5

Definitions of Sexual Misconduct, Sexual Consent, and Sexual Harassment ................................. 7

Dining Services ................................................................................................................ 26

**E**

Emergency, Interim, and Administrative Suspension ................................................................. 91

**F**

Financial Aid .................................................................................................................... 30

Financial Services ............................................................................................................. 33

Free Expression, Peaceful Dissent, and Demonstrations ............................................................. 9

**H**

Health Services ................................................................................................................. 39

**I**

Introduction ..................................................................................................................... 3

**L**

Library ............................................................................................................................ 42

**M**

Motor Vehicles ................................................................................................................. 43

**O**

Offenses .......................................................................................................................... 66

Other Services and Facilities .............................................................................................. 53

**P**

Parental Notification ......................................................................................................... 11

Penalties .......................................................................................................................... 71

Policies ............................................................................................................................ 5

Procedures ....................................................................................................................... 72

**R**

Regulations ...................................................................................................................... 13

**S**

Social Functions ............................................................................................................... 44

Student Activities ..................................................................................................................... 48

Student Complaints ................................................................................................................. 89

**T**

The Disciplinary Procedures of the Executive Committee of Yale College ................................... 72

The University Tribunal ............................................................................................................90

**U**

Undergraduate Organizations ...................................................................................................55

**Y**

Yale College Undergraduate Regulations ..................................................................................... 2