UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSTIY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>    Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885 |

## CONSENT MOTION TO FILE REPLY IN EXCESS OF PAGE LIMIT

Now comes the plaintiff in the above-captioned case and respectfully moves this Court for permission to file a reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 53) in excess of the page limit set forth in Local Rule 7(d).

Defendants' Opposition is 48 pages in length. (*See id*.) Plaintiff has largely confined his reply to the "new" arguments raised in that Opposition, which concern Plaintiff's likelihood of success on the merits. The reply is 16 pages in length, and Defendants have explicitly stated that they "have no objection to the plaintiff filing a reply to the defendants' most recent memorandum." (ECF No. 55.)

Plaintiff's counsel has conferred with Defendants' counsel and Defendants' counsel has stated he does not object to the granting of this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant his motion to amend the complaint.

JACK MONTAGUE,

By his attorneys,


/s/ *Max D. Stern*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Hillary A. Lehmann (BBO #683657) (*pro hac vice*)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777


William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691


Dated: January 25, 2017


## CERTIFICATE OF SERVICE

I, Max D. Stern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 25, 2017.

/s/ *Max D. Stern*

2