# Exhibit 20

# Posters on Yale campus urge men's hoops team to 'stop supporting a rapist'

**Erik Brady**, USA TODAY Sports    Published 6:25 p.m. ET March 3, 2016 | Updated 11:05 a.m. ET March 4, 2016



*(Photo: Craig Warga, Bloomberg)*

Yale is in the hunt for its first men's NCAA basketball tournament since 1962, potentially making the Bulldogs one of the feel-good stories of the season. But all of that is buckling under the weight of damaging posters that appeared on campus this week that call on the Yale team to "stop supporting a rapist."

All this comes after senior captain Jack Montague withdrew from the university for undisclosed reasons on Feb. 10 and after his teammates wore his No. 4 and his nickname — "Gucci" — on their warmups before Friday's game against Harvard. Protest signs against this show of support began appearing on campus Monday and more went up Wednesday, according to a report in the *Yale Daily News* that included a photo of a blackboard with the words: "Rape culture is standing by your teammate and silencing Yale's victims of sexual assault."

Officer David Hartman, media liaison for the New Haven (Conn.) Police Department, told USA TODAY Sports "there is no case, no investigation and no charges" involving Montague. "Not with our department."

Neither the university nor the team has said why Montague left abruptly in the midst of a successful season. Tom Conroy, university press secretary, said by email that Yale has no comment on the posters or on why any student leaves school.

The Yale Women's Center posted a statement on its Facebook page that apparently refers to Montague: "We recognize that FERPA and Yale policy prohibit Yale from commenting on the exact nature of the incident. Though the silence is deeply frustrating to us and surely to many of you, Yale's actions speak much louder than its words. It appears that Yale has expelled a high-profile member of a sports team in the midst of a pivotal moment in the season on the basis of sexual violence."

The post offers no substantiating evidence of violence. Vicki Beizer, public relations coordinator for the Women's Center, said by email: "We have no direct knowledge about the accuracy or inaccuracy of campus speculation. We seek only to move conversations that are already happening on campus in a more productive direction."

Montague was averaging 9.7 points per game. The Bulldogs are 20-6 and 11-1 in the Ivy League, a half-game ahead of Princeton. The Ivy League has no conference tournament and the NCAA bid goes to the regular season champ, though Yale and Princeton could meet in a one-game playoff should they end the season tied.

Talk of titles seems woefully small weighed against the serious nature of the protest posters. Some of the signs that appeared Monday included photos of the team wearing its tribute to Montague, according to the *Yale Daily News* report that quoted senior forward Justin Sears saying team members tore down some of those signs.

Sears told the paper after Friday's game that the warmups with Montague's nickname were a show of support for Montague as "one of our brothers" and as "family." One protest poster apparently made reference to that quote: " 'Teammate' 'Family' 'Brother' Rapist."

New posters went up outside a lecture hall Wednesday morning and fliers were placed on chairs inside the hall, the *Yale Daily News* report said, adding the posters were gone within an hour.

A Yale frat made news in 2010 when it chanted "No means yes." A Title IX complaint of a hostile environment was filed in 2011 by 16 Yale students and recent graduates. The U.S. Education Department's Office for Civil Rights said in 2012 that it had found Yale had fallen short in preventing sexual harassment and that the school had signed a resolution agreement promising corrective measures.



SPORTS

# Yale hoops in scandal as sexual assault posters flood campus

By Dan Martin                                                                        March 3, 2016  |  11:38am



Jack Montague
Getty Images

The Yale men's basketball team is trying to reach the NCAA Tournament for the first time since 1962 and is in first place in the Ivy League with two games left for the Bulldogs to play.

But there is a troubling controversy surrounding the squad.

The 20-6 Bulldogs have been without senior captain Jack Montague since early last month, and he recently withdrew from the school for reasons that have not been made public, according to the Yale Daily News.

Some around the New Haven campus believe the reason was sexual misconduct.

The athletic department has since said that Montague, who averaged 9.7 points and three assists per game before leaving the team, will not return this season. And Friday, the team warmed up on the court before its game against Harvard wearing T-shirts with Montague's nickname "Gucci," as well as the word "Yale" inverted.

The following Monday, posters appeared around the school featuring pictures of the team wearing the shirts along with the phrase "Stop supporting a rapist."

"No one in the team is aware of what happened [to Montague], and the shirts are not a comment on what the administration has done or anything happening with Jack's situation," senior forward Justin Sears told the paper on Sunday. "It was just to say he is part of the team and we miss him, and because he's been deleted off the roster and is not mentioned anymore.''

But he wasn't surprised by the response on campus.

"We knew, when we wore those shirts, that there was going to be a reaction and this is the reaction," Sears said. "We just want to stick together as a team and remain focused."

While most of the posters were quickly removed Monday, more were put up on Wednesday.

Head coach James Jones and assistant director of sports publicity Tim Bennett declined to comment to the paper about the shirts and posters on Monday.

The paper reported that a representative of law firm Jacobs & Dow, LLC, had confirmed that Montague is a client.

Montague, a 6-1 guard from Brentwood, Tenn., last appeared in a game on Feb. 6, and withdrew from the school four days later.

FILED UNDER    **COLLEGE BASKETBALL**, **YALE UNIVERSITY**

Recommended by

# NEVER MISS A STORY
**Get The Post delivered directly to your inbox**

- ☑ NY Post Morning Report
- ☑ Page Six Daily
- ☑ Breaking News
- ☑ Special Offers

| Enter Your Email Address |
| --- |

**SIGN UP**

By clicking above you agree to our Terms of Use and Privacy Policy.



VIDEO   TIPS   THE MUSE   PICTORIAL   THE SLOT   DIRT BAG   M

# Posters on Yale Campus Allege Men's Basketball Team Is 'Supporting a Rapist'

Ellie Shechet

3/03/16 10:15am · Filed to: YALE ˅



62.7K    318    15



Early Monday morning, posters were seen at the entrance of Payne Whitney Gymnasium and on bulletin boards around Yale University's campus that read "Yale Men's Basketball: Stop Supporting a Rapist."

The posters—most of which were quickly torn down by members of the men's basketball team—included a *Yale Daily News* photo of players at last Friday's high-profile game against Harvard; in the photo, they were wearing

shirts with "GUCCI" and the number 4 written on the back, and "Yale" spelled backwards written on the front.

"Gucci" is the nickname of Yale men's basketball team captain Jack Montague, and 4 was his jersey number; last week, it was announced that Montague had withdrawn from Yale under circumstances that were not disclosed by the administration, the team or the *Yale Daily News.* Montague, an American Studies and Political Science major, was set to graduate in May.



"'Yale' spelled backwards wasn't to make a statement. It's just because Yale is a brand and there was a copyright," forward Justin Sears '16 told the *YDN* of the shirt. "It was just convenient, at the last minute. Everyone on the team supported it and wanted to show our support for Jack."



Image via screenshot, originally via @mattkgreene.

In a subsequent *YDN* article published on Tuesday that addressed the posters, Sears again addressed the shirts' backwards spelling of "Yale":

> The shirts have been a "very controversial thing," Sears said, because some people continue to view the backwards spelling of Yale "symbolically." Some questioned whether the inversion of the letters was a critique of the University's role in Montague's withdrawal, Sears said, but he reiterated comments he made during a Friday night press conference that the shirts were solely a show of support for Montague.
>
> "We just wanted to make it as clear as possible that Jack is one of our brothers," Sears said. "He's family to us and we miss him."

Sears told the *YDN*: "We knew, when we wore those shirts, that there was going to be a reaction, and this is the reaction."

According to a source on campus who sent us images, new posters appeared early Wednesday morning. An article published in the *YDN* Thursday morning reports that the posters were found on chairs inside the Sheffield–Sterling–Strathcona lecture hall, Yale's largest lecture hall; our source claimed that they were also found on bulletin boards around Old Campus and in stairwells in Welch Hall, a freshman dorm:



Image courtesy of source.





Image courtesy of source.

The *YDN* reports that another poster read, "YDN, why so silent? Stop protecting a rapist." According to the *YDN*, a note scrawled on the lecture hall's chalkboard read "Rape culture is standing by your teammate and silencing Yale's victims of sexual assault." By 8:30 a.m., according to the *YDN*, the chalkboard message and the posters around the lecture hall were gone; Special Assistant to the Dean of Yale College David Caruso told the *YDN* that the custodial staff does not clean inside the hall.

The *YDN* article also points to a statement published by the Yale Women's Center on their Facebook page last night. The statement reads, in part:

We recognize that FERPA and Yale policy prohibit Yale from commenting on the exact nature of the incident. Though the silence is deeply frustrating to us and surely to many of you, Yale's actions speak much louder than its words. It appears that Yale has expelled a high-profile member of a sports team in the midst of a pivotal moment in the season on the basis of sexual violence. While we can only speculate about these occurrences, we can comfortably say that, should all of this be true, this is progress.

[...]

However, though we can only speculate the intent behind the basketball team's shirt protest, student's words and behaviors establish campus norms. The team's actions seem to us a dismissal of the very real threat of sexual violence.

According to Sears, Yale Director of Athletics Tom Beckett and head basketball coach James Jones did not have "any say" in the team's decision to wear the shirts at Friday's game, which Beckett confirmed in a statement to the *YDN*. Sears would not say, however, whether staff knew about the shirts ahead of time.

"No one in the team is aware of what happened [to Montague], and the shirts are not a comment on what the administration has done or anything happening with Jack's situation," Sears said Sunday night. "It was just to say he is part of the team and we miss him, and because he's been deleted off the roster and is not mentioned anymore."

On February 18, the *YDN* reported that Montague was taking a leave from the team. "I'm taking a personal leave and I'm trying to get back as soon as possible," he told the paper at the time, declining to comment further. The head coach, five teammates, multiple Yale athletic administrators and the

Yale Office of Public Affairs and Communication also declined to comment to the *YDN*. Yale Director of Sports Publicity Steve Conn said that Montague was taking care of "personal issues," and refused to comment further. After several weeks of mournful speculation from local sports bloggers, Montague's permanent withdrawal was announced on February 25. Again, the University declined to provide comment or clarification.

Montague wasn't necessarily Yale's star player, but he was a senior captain leading the team during a potentially historic season. The Bulldogs are currently a half-game ahead of Princeton in the Ivy League race and eyeing a spot in the N.C.A.A. tournament for the first time since 1962. "The President (Peter Salovey) is sitting at center court, and it's a great thing for the school to support your program," Yale coach James Jones told the *New Haven Register* following their game against Harvard, which Yale won. According to the *Register*, the Yale student section chanted "Guc-ci" as the Bulldogs lined up for the National Anthem on Friday.

Multiple students, speaking anonymously, told Jezebel that the men's basketball team is rumored to be planning a walkout at their March 5 game against Columbia. Several members of the Yale men's basketball team did not respond to requests for comment, or to interview requests; Justin Sears referred me to his comments in the *YDN*, adding, "Sorry for being brief but just want the team to stay focused on the games for this weekend."

We spoke to a number of Yale students, a majority of whom had heard the allegations publicized by the original posters but were unable to independently confirm their legitimacy. One source on campus provided us with screenshots from Yik Yak and Facebook, where students are having heated discussions about Montague's withdrawal.

An ESPN article published today about the Bulldogs' N.C.A.A. chances mentioned that Yale players were "careful with their words" regarding Montague's departure. Senior Brandon Sherrod told ESPN:

"Not having our captain has been really, really tough," said Sherrod, who added that Montague remains in touch with his former teammates and on the team's group text. "All the things we've worked for, looking back to the preseason and now toward a championship, he was a huge part of that. So, yeah, there's been some, 'Get this one for Gucci.' But we've also rallied around one another. Sometimes teams crumble in these sorts of situations, but we've showed a lot of resilience."

Jezebel contacted several members of Yale's administration asking if they could comment on the posters, and if they could provide any detail as to why Montague withdrew from Yale. Associate Director of Sports Publicity Steve Conn told me to direct my inquiry to the Yale Office of Public Affairs; at the Yale Office of Public Affairs, University Press Secretary Tom Conroy declined to comment. Deputy Press Secretary Karen Peart replied, "The answer to your question is no."

A representative of New Haven law firm Jacobs & Dow, LLC confirmed with the *YDN* on Tuesday that Montague is being represented by the firm. Jezebel reached the firm on Thursday morning. "We do not represent Mr. Montague," said William F. Dow III, a lawyer at the firm. As of publication, Montague has not responded to multiple requests for comment.

If you are a student at Yale or have any information regarding these allegations, please feel free to reach out to tips@jezebel.com or ellie@jezebel.com.

---

*Contact the author at ellie@jezebel.com.*

*Image via source.*

# Ivy Hoops Online

Home of the Roundball Poets

Search …



## Recent Comments

Daniel on Ivy weekend roundup: Jan. 13-14, 2017

Ivy Observer on Ivy weekend roundup: Jan. 13-14, 2017

sj on Ivy weekend roundup: Jan. 13-14, 2017

Jim from Jersey on Ivy weekend roundup: Jan. 13-14, 2017

Jim Morgan on Ivy weekend roundup: Jan. 13-14, 2017

# Controversy over Yale basketball team's support of Jack Montague erupts on campus

March 3, 2016  by  Mike Tony

On Tuesday, the Yale Daily News reported that the Yale basketball program is facing backlash on campus for its show of support for former team captain Jack Montague, who the News reported had withdrawn from the school on Feb. 10.  On Thursday, the Yale Daily News further reported that that backlash is escalating.

Before their game against Harvard at Payne Whitney Gym on Senior Night last Friday, members of the team took the court wearing shirts with Montague's jersey number and nickname, "Gucci," on the back and "Yale" spelled backwards on the front, which Justin Sears characterized as a show of support for Montague after the game.

"'Yale' spelled backwards wasn't to make a statement. It's just because Yale is a brand and there was a copyright," Sears told the News postgame. "It was just convenient, at the last minute. Everyone on the team supported it and wanted to show our support for Jack."

But Tuesday, the YDN reported posters featuring a picture of the team dressed in the shirts and asking Yale men's basketball to "stop supporting a rapist" appeared all over campus, including at the entrance of Payne Whitney Gym. The majority of the posters had been taken down by 8 a.m. that same day, most by members of the team, according to the Yale Daily News. Sears said told the News Sunday that Yale athletic director Tom Beckett and coach James Jones did not have "any say" in the shirts, declining to say whether the staff knew about the shirts in advance.

Then Thursday, the YDN reported a second wave of posters appearing on campus:

> By 7:30 a.m. on Wednesday, new posters were hung on two billboards just outside the lecture hall and placed on chairs inside the hall. A handwritten note chalked on the classroom's blackboard read "Rape culture is standing by your teammate and silencing Yale's victims of sexual assault."
>
> Another poster read "This poster will probably be torn down by the men's basketball team" and in smaller font beneath, "Stop silencing women." Sears told the News on Monday night that members of the team had taken down most of the posters found around campus on Monday morning.

…

*One poster on Wednesday appeared to respond to Sears' comment that after Friday's game that Montague is "one of our brothers" and "family to us," reading, "'Teammate' 'Family' 'Brother' Rapist." The two other posters put out Wednesday read: "YDN, why so silent? Stop protecting a rapist" and "I stand with Yale women. End rape culture. Don't support rapists."*

The Yale Women's Center commented on the situation on its Facebook page Wednesday night, directly addressing the men's basketball team in one passage:

*It is important to remember that there are power dynamics at play in all student organizations, athletic teams included, that leave some members with less agency than others. However, though we can only speculate the intent behind the basketball team's shirt protest, student's words and behaviors establish campus norms. The team's actions seem to us a dismissal of the very real threat of sexual violence. That some of the members of the team thought the potential expulsion was a matter to protest shows that toxic attitudes about sexual violence persist on our campus.*

The News additionally reported that Montague has retained a lawyer within the week, noting that New Haven law firm Jacobs & Dow, LLC confirmed Monday that Montague is a client at the firm. But attorney William Dow declined to tell the News whether Montague was a client and told Jezebel Thurday morning that "We do not represent Mr. Montague."

Jezebel also reported Thursday morning that multiple students told the organization that the team is rumored to be planning a walkout at its game at Columbia Saturday night, the final contest of the regular season.

All-Ivy First Team Sites

Big Apple Buckets
Cornell Basketball Message Board
Ivy Hoops Bulletin
Ivy Hoops Message Board
KenPom's Ivy Stat Page
Princeton Basketball
Rush the Court
The 14-Game Tournament
The DP Buzz

**Share this:**

Twitter    Facebook 13    Google+

Related

Public criticism of Yale basketball team continues on campus
March 9, 2016
In "Yale"

Yale basketball apologizes "for the hurt we have caused" in show of support
March 10, 2016
In "Yale"

Jack Montague to sue Yale, lawyer says
March 14, 2016
In "Yale"

## NCAAB

# Does Yale Basketball Have a Sexual Assault Scandal on its Hands?

By Jason McIntyre March 3, 2016 9:38 am ET Follow @jasonrmcintyre

2.8k shares
share
tweet
sms
send
email

By: Jason McIntyre | March 3, 2016 9:38 am ET Follow @jasonrmcintyre

Last month, Yale basketball captain Jack Montague abruptly left the team. His departure was shrouded in mystery, but a tipster told us to check with police about a possible sexual assault. We were able to turn up nothing earlier this week.

Montague last played for the Bulldogs on Feb. 6 against Cornell, scoring 16 points. He withdrew from the university on Feb. 10 and the athletic department announced he would not be returning to the team this season in a press release two weeks later. Administrators have declined to comment on Montague's absence or the specifics surrounding it since the announcement.

The Yale basketball team – enjoying one of its best seasons in over a decade, and could make the NCAA tournament for the first time since 1962 – has cryptically been backing their former teammate, wearing t-shirts in honor of him at last Friday's game with his nickname – Gucci – on the back, even though nobody knew why he was gone.

Today, a bombshell in the Yale Daily News:

Two days after signs calling on the Yale men's basketball team to "stop supporting a rapist" first appeared on campus, a new set of posters expressing a similar message appeared Wednesday morning in the Sheffield-Sterling-Strathcona lecture hall.

All of this week's posters referred to the recent controversy surrounding the basketball team's show of support for former captain Jack Montague '16, who was withdrawn from the University on Feb. 10 for reasons the team and University have not specified.

By 7:30 a.m. on Wednesday, new posters were hung on two billboards just outside the lecture hall and placed on chairs inside the hall. A handwritten note chalked on the classroom's blackboard read "Rape culture is standing by your teammate and silencing Yale's victims of sexual assault."

The Yale Daily News reports Montague has retained a lawyer within the last week.

At some point, Yale is going to have to come forward and address this situation.

---

Jack Montague, NCAAB

2.8k shares
share
tweet
sms
send
email
Jason McIntyre

## Jason McIntyre

Follow @jasonrmcintyre

Spent a few years as a sportswriter in newspapers, then a few years as a magazine reporter, and freelanced for many outlets before starting The Big Lead in 2006. It was sold in 2010 and acquired by USA Today in 2012. Jason can also be heard on Fox Sports Radio, Saturday mornings from 6-9 am EST.

More …

# Recommended Videos

# More Leads

Tracy Claeys Fired at Minnesota After Saying He Was Proud of Players' Stance

# NCAAF

Tracy Claeys Fired at Minnesota After Saying He Was Proud of Players' Stance

Minnesota AD Should Cancel Bowl Appearance, Find a New Coach, and Let Players Make a Decision for Next Year

# Signs on Yale campus call for basketball team to 'stop supporting a rapist'

Click to use Flash

Autoplay: **On** | Off

BY

**AMARA GRAUTSKI**

NEW YORK DAILY NEWS
Thursday, March 3, 2016,
12:04 PM

A series of posters that calls for the Yale basketball team to "stop supporting a rapist" are being plastered around campus, just weeks after captain Jack Montague abruptly withdrew from the university.

Before Friday's win over Harvard, Yale wore matching warmups with the former guard's No. 4 and "Gucci" nickname on the back, and by Monday the first round of posters had been hung up, according to the Yale Daily News. The posters reportedly featured a picture of the team in its Montague T-shirts.

Members of the men's basketball team made an effort to tear down those signs, the report said, but new posters appeared outside and inside the Sheffield-Sterling-Strathcona lecture hall Wednesday morning.

The message "Rape culture is standing by your teammate and silencing Yale's victims of sexual assault" was also written on the blackboard.

By 8:30 a.m., the posters and the blackboard note were gone, the report said.

**MINNESOTA TRIO SUSPENDED OVER SEXUALLY EXPLICIT VIDEOS**



Posters are being put up around Yale University that say the men's basketball team is supporting someone who committed a sexual assault. (SHANNON STAPLETON/REUTERS)

Montague, who was averaging 9.7 points per game, withdrew from Yale on Feb. 10 after playing his last game for the Bulldogs just four days before. No explanation was given by the university or team for his sudden exit during a successful basketball season — one that has Yale (20-6, 11-1) sitting atop the Ivy League.

No sexual assault charges have been brought against Montague, and it's unclear if someone on campus had levied allegations against him.



**Jezebel**
@Jezebel

Follow

Posters on Yale campus allege men's basketball team is "supporting a rapist" bit.ly/24DBxlm

10:16 AM - 3 Mar 2016

26    23

Forward Justin Sears had told the Yale Daily News after Friday's game that the matching warmups were to "make it as clear as possible that Jack" was one of their "brothers."

"He's family to us and we miss him," he added.

**FOLLOW THE DAILY NEWS SPORTS ON FACEBOOK. "LIKE" US HERE.**

One poster Wednesday seemed to allude to these comments, with the message: "'Teammate' 'Family' 'Brother' 'Rapist'"

The Yale Women's Center said in a Facebook post that it has "high expectations" for administration to "promote a culture of respect."

"It appears that Yale has expelled a high-profile member of a sports team in the midst of a pivotal moment in the season on the basis of sexual violence," the post read. " While we can only speculate about these occurrences, we can comfortably say that, should all of this be true, this is progress."

Yale has yet to address the signs, and its Vice President of Communications told The Daily News in a phone call that the university has no comment.

© 2016 New York Daily News



Former Yale basketball player Jack Montague left the university last month. (LANCE KING/GETTY IMAGES)