Exhibit 21

| | |
|---|---|
| Subject: | Serious Concern |
| From: | "Jack Montague" <jack.montague@yale.edu> |
| Sent: | Mon, 29 Feb 2016 14:53:51 -0600 |
| To: | "Salovey, Peter" <peter.salovey@yale.edu>, "Holloway, Jonathan" <jonathan.holloway@yale.edu>, "David Post" <david.post@yale.edu>, "Menon, Alice" <aley.menon@yale.edu>, "Gleason, Angela" <angela.gleason@yale.edu> |
| Cc: | "Besirevic Regan, Jasmina" <jasmina.besirevic@yale.edu>, "Jones, James" <j.jones@yale.edu>, "Beckett, Thomas" <thomas.beckett@yale.edu> |

Yale Bulletin.JPG

I am writing to you in concern of something that I have heard from multiple witnesses today that is happening on campus. Someone has been posting posters on Yale Campus bulletins saying "Yale Men's Basketball stop supporting a rapist." Obviously there has been a breach in confidentiality with the case that has been going on involving me lately. This attack has truly hurt me and my character as well as hurt my teammates who solely wore t-shirts to support me no longer being able to be with the team. The team listened to the schools demands of not wearing them for senior night this past Saturday. However, from what I have heard this act of support has created quite a stir on campus. The t-shirts had nothing to do with bashing Yale as a University, the letters were placed backwards because there was a copyright infringement policy when one of my teammates were making the shirts hours before the game, and in reality, through pictures, the 'YALE' letters appear to be normal.

I believe that this act of attacking me and my team was done through not complying with the policy of strict confidentiality that was applied during my case on campus. My story has not been published revealing the true facts of what actually has occurred over these past months, therefore, someone on the other side of this complaint breached the confidentiality that was placed on my case. This is absolutely wrong on many levels. I wish for whoever did this on campus to be disciplined, and all posters to be taken down immediately. This is an act that does not follow the regulations that were applied to the persons involved in this case. I am so disappointed in this, it has absolutely pained my family and I, as well as the basketball team. I will not let this stand.

Attached is a photo that was sent to me today.

Sincerely,
Jack Montague

Confidential                                                                                                           YALE00000178