# Exhibit 22

| | |
|---|---|
| **Subject:** | Serious Concern |
| **From:** | "David M. Post" <david.post@yale.edu> |
| **Sent:** | Fri, 04 Mar 2016 10:25:33 -0600 |
| **To:** | "Salovey, Peter" <peter.salovey@yale.edu>, "Holloway, Jonathan" <jonathan.holloway@yale.edu>, "Menon, Alice" <aley.menon@yale.edu>, "Gleason, Angela" <angela.gleason@yale.edu>, "Besirevic Regan, Jasmina" <jasmina.besirevic@yale.edu>, "Jones, James" <j.jones@yale.edu>, "Beckett, Thomas" <thomas.beckett@yale.edu> |

Post 4 March reply to Montague email of 29 Febuary 2016.pdf

Dear All,

Please find attached my response to Jack Montague. It was sent by express mail to his home address today.

Sincerely,
David

On 2/29/2016 3:53 PM, Jack Montague wrote:

> I am writing to you in concern of something that I have heard from multiple witnesses today that is happening on campus. Someone has been posting posters on Yale Campus bulletins saying "Yale Men's Basketball stop supporting a rapist." Obviously there has been a breach in confidentiality with the case that has been going on involving me lately. This attack has truly hurt me and my character as well as hurt my teammates who solely wore t-shirts to support me no longer being able to be with the team. The team listened to the schools demands of not wearing them for senior night this past Saturday. However, from what I have heard this act of support has created quite a stir on campus. The t-shirts had nothing to do with bashing Yale as a University, the letters were placed backwards because there was a copyright infringement policy when one of my teammates were making the shirts hours before the game, and in reality, through pictures, the 'YALE' letters appear to be normal.
>
> I believe that this act of attacking me and my team was done through not complying with the policy of strict confidentiality that was applied during my case on campus. My story has not been published revealing the true facts of what actually has occurred over these past months, therefore, someone on the other side of this complaint breached the confidentiality that was placed on my case. This is absolutely wrong on many levels. I wish for whoever did this on campus to be disciplined, and all posters to be taken down immediately. This is an act that does not follow the regulations that were applied to the persons involved in this case. I am so disappointed in this, it has absolutely pained my family and I, as well as the basketball team. I will not let this stand.
>
> Attached is a photo that was sent to me today.
>
> Sincerely,
> Jack Montague

--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu

# Yale University

UNIVERSITY-WIDE COMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208250
New Haven CT 06520-8250
T 203 432-4449
F 203 432-9957

*courier*
55 Whitney Avenue, Suite 260
New Haven CT 06510

CONFIDENTIAL

4 March 2016

Jack Montague
1017 Glessner Drive
Spring Hill, TN 37174-6269

Dear Mr. Montague,

I am writing in response to your email dated 29 February 2016.

I too was dismayed to hear about the posters you reference in your letter. If you have specific information that any person breached confidentiality in this case, please share that information with me. I am aware that information has been circulating, because last week I was copied on a letter written on your behalf by a member of the football team. It was clear on reading that letter that the writer had information pertaining to your most recent case and also information pertaining to your two prior disciplinary cases, both of which were governed by confidentiality expectations.

Let me also clarify the UWC confidentiality provisions. Yale requires "strict and unequivocal confidentiality" of all documents in a case, and may discipline any person who shares such documents other than with family, legal counsel, or advisers. Yale's statement on confidentiality further provides that UWC participants are expected to maintain the confidentiality of the proceedings and information provided or learned as a result of the proceedings. The University cannot, however, prohibit participants from talking about their experiences and the circumstances that led to their bringing forward or participating in a complaint. Additionally, as provided under federal law, Yale may not require complainants to keep confidential the outcome of any case alleging sexual assault.

Sincerely,

David M. Post
Chair UWC

cc:  Peter Salovey, President, Yale University
     Jonathan Holloway, Dean, Yale College
     Aley Menon, Secretary, University-Wide Committee
     Angela Gleason, Title IX Coordinator, Yale College
     Jasmina Besirevic-Regan, Dean, Trumbull College
     James Jones, Adviser
     Thomas Beckett, Director of Athletics, Yale University