Exhibit 23

Message

| | |
|---|---|
| **From**: | David M. Post [david.post@yale.edu] |
| **Sent**: | 8/26/2013 9:58:44 PM |
| **To**: | Menon, Alice [aley.menon@yale.edu] |
| **Subject**: | Re: UWC jurisdiction |

Hello Aley,

RE ▉ case - sounds good. Thanks.

RE the complaint - not an easy complaint. I think the crux is he is alleged to have placed the plate down her shirt and between her breasts. Therefore the act described in the complaint could be viewed an act of a sexual nature that was both non-consensual and has the effect of intimidating a person. Therefore I think it falls within the jurisdiction of the UWC

But, it may be better served as a complaint to the executive committee because it is on the edge and some panel members will have a hard time seeing the sexual nature of the act.

Cheers,
David.


On 8/26/2013 7:56 PM, Menon, Alice wrote:
Dear David,

Could you review the attached complaint and let me know if you think it falls within the jurisdiction of the UWC? (For reference, here's a link to the UWC Procedures. Section 1 of the procedures describes the committee's authority.)

In the ▉ case, it looks like I may have additional documents, beyond the complaint and response, to send to you and the other panelists. If you don't mind, I'll send the docs together to the full panel in the next day or two.

Warm regards,

Aley

Aley K. Menon
*Secretary, University-Wide Committee on Sexual Misconduct*
Office of the Provost


```
--
David M. Post
Associate Professor and Director of Graduate Studies
Department of Ecology and Evolutionary Biology
Director, YIBS Small Grants Program
```

Yale University
203-432-3005
http://www.yale.edu/post_lab/

Confidential                                                                                                                              YALE00008461