Exhibit 25

Message

From:
Sent: 10/28/2015 9:54:49 AM
To: Gleason, Angela [angela.gleason@yale.edu]
Subject: Scheduling a Meeting

Hi Angie,

Thanks for letting me know. That's perfectly okay to wait until next week.

Best,

On Wed, Oct 28, 2015 at 8:53 AM, Gleason, Angela <angela.gleason@yale.edu> wrote:

Hi

I wanted to let you know that I haven't contacted Jack yet as I have a very busy week and I don't believe we'll be able to schedule a meeting until next week. With that in mind, I'll contact him on Monday. I'll let you know when we've established a meeting. In the meantime, if you have any concerns, please let me know.

Best,

Angie

From:
Sent: Monday, October 26, 2015 11:50 AM

To: Gleason, Angela
Subject: Re: Scheduling a Meeting

Hi Angie,

I'm still comfortable with you contacting him, as we discussed. Could you let me know when you meet with him? Thank you so much for your continued support.

Thanks,

On Monday, October 26, 2015, Gleason, Angela <angela.gleason@yale.edu> wrote:



PLAINTIFF'S
EXHIBIT NO. 10
FOR IDENTIFICATION
DATE: 12-13-16
RPTR:

Yale 000000372

Dear

I hope you had a good fall break. As we discussed last week, I'm checking in to see how you feel about me contacting Jack Montague. As we discussed, I would ask to meet with him, and in our meeting I would relate to him that his behavior hasn't met our expectations. I would recommend sensitivity training sessions with John Criscuolo at SHARE. Your name and any potentially identifying information would not be mentioned.

Please don't feel pressured or rushed, and please let me know if you'd like to speak with me by email, phone or in person before any next steps. I'll wait to hear from you.

Best,

Angie

**From:**
**Sent:** Friday, October 16, 2015 6:30 PM
**To:** Gleason, Angela
**Subject:** Re: Scheduling a Meeting

Okay, great, I'll see you then.

On Friday, October 16, 2015, Gleason, Angela <angela.gleason@yale.edu> wrote:

Great - please come to Dow Hall at 370 Temple. I'll meet you in the lobby.

Best,

Angie

Sent from my iPhone

On Oct 16, 2015, at 6:08 PM, wrote:

Yale000373

Hi Angie,

How about Monday at 9AM?

Thanks,

On Friday, October 16, 2015, Gleason, Angela <angela.gleason@yale.edu> wrote:

HI

Thanks for reaching out. I can be available Monday 8-11am and 1:30-3:00pm. Please let me know if there's a time that suits your schedule.

Best,
Angie

Sent from my iPhone

> On Oct 16, 2015, at 5:12 PM,                     wrote:
>
> Hi Angie,
>
> My friend        met with you earlier today about my situation. She explained to me some of my options through Title IX, and I think I'm ready to proceed with an informal/anonymous complaint. I was wondering if I could meet with you to talk about it, perhaps early next week?
>
> Thank you,
>
>
>
> --
>
>

Yale 00000374

Yale COCCO 375