UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>　　　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSTIY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>　　　　Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

## JOINT STIPULATION AND REQUEST TO ENLARGE SCHEDULING ORDER

Plaintiff Jack Montague and Defendants Yale University, Angela Gleason, and Jason

Killheffer (together, the "Parties") hereby jointly stipulate and request a three-month enlargement

of the Scheduling Order (Doc. No. 26) in this matter.  As reasons therefore, the Parties state as

follows:

1.　　　Since Plaintiff filed this action on June 9, 2016, the Parties have worked diligently

in their exchange of and participation in discovery.  Over the past ten months, the parties have

propounded and answered document requests and interrogatories, and together they have

reviewed and exchanged thousands of documents and have taken five depositions.

2.　　　The requested extension is necessary to allow sufficient time to complete

depositions and written discovery in this matter.  The parties anticipate that approximately six

more depositions must be conducted, which the Parties have thus far been unable to take due to

counsels' conflicting schedules, unexpected illnesses, and trials in other matters.

3.　　　The Parties stipulate to the requested amendment set forth below, which will not

prejudice the Parties.

WHEREFORE, the Parties request that this Court amend the September 9, 2016

Scheduling Order (Doc. No. 26) as follows:

| Event | Current | Proposed |
|---|---|---|
| All discovery, including depositions of expert witnesses, shall be completed on or before | 11/1/2017 | 2/1/2018 |
| Fact discovery shall be completed by | 3/31/2017 | 6/30/2017 |
| Plaintiff's disclosure of expert witness reports by | 4/1/2017 | 7/3/2017 |
| Depositions of Plaintiff's expert witnesses shall be completed by | 7/1/2017 | 10/2/2017 |
| Defendants' disclosure of expert witness reports by | 8/1/2017 | 11/1/2017 |
| Depositions of Defendants' expert witnesses shall be completed by | 11/1/2017 | 2/1/2018 |
| Dispositive motions shall be filed on or before | 12/31/2017 | 3/30/2018 |
| Joint trial memorandum on or before | 1/31/2018 | 4/30/2018 |

YALE UNIVERSITY, ANGELA
GLEASON, and
JASON KILLHEFFER

By their attorneys,

/s/ Patrick M. Noonan (#300177)
Patrick M. Noonan
Colleen N. Davis
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

JACK MONTAGUE,

By his attorneys,

/s/ Hillary A. Lehmann
Max D. Stern (#479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra Deal (#660654) (*pro hac vice*)
adeal@toddweld.com
Hillary Lehmann (#683657) (*pro hac vice*)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: April 4, 2017

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Hillary A. Lehmann, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 4, 2017.

/s/ *Hillary A. Lehmann*