UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

JACK MONTAGUE,
        Plaintiff,

v.

YALE UNIVERSTIY, ANGELA GLEASON,
JASON KILLHEFFER, and OTHERS
UNKNOWN,
        Defendants.

CIVIL ACTION
No. 3:16-cv-00885-AVC

## COMBINED CONSENT MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO SEAL INADVERTENTLY FILED UNREDACTED DOCUMENTS

Pursuant to Rule 5(e) of the Local Rules of Civil Procedure for the District Court for the

District of Connecticut, Plaintiff  and Defendants (the "Parties") hereby move the Court to seal

Exhibits A through S to Plaintiff's Motion to Compel (Doc. No. 86).  In support thereof, the

Parties state that counsel for Plaintiff inadvertently filed exhibits to the motion to compel which

had not been  redacted.  The Parties have agreed in this case to keep confidential the names of

students involved in the underlying facts of this case to protect their privacy, particularly given

the sensitive nature of the underlying facts of this case.  If the Court grants this motion, Plaintiff

intends to immediately re-file the same exhibits with the names of the students redacted.

WHEREFORE, the Parties respectfully request that the Court grant this Consent Motion to Seal.

JACK MONTAGUE,

By his attorneys,

/s/  *Hillary A. Lehmann*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Hillary A. Lehmann (BBO #683657) (*pro hac vice*)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

YALE UNIVERSITY, ANGELA
GLEASON, and
JASON KILLHEFFER
By their attorneys,

/s/ Patrick M. Noonan (#3001771)
Patrick M. Noonan
Colleen N. Davis
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

Dated: May 12, 2017

## **CERTIFICATE OF SERVICE**

I, Hillary A. Lehmann, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 12, 2017.

/s/ *Hillary A. Lehmann*