UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>        Plaintiff,<br><br>v.<br><br>YALE UNIVERSTIY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>        Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

**CORRECTED EXHIBITS TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION
OF IMPROPERLY WITHHELD DOCUMENTS**

Plaintiff hereby files Exhibits A through S, in redacted form, to Plaintiff's Motion to

Compel Production of Improperly Withheld Documents (Doc. No. 86).

JACK MONTAGUE,

By his attorneys,

/s/   *Hillary A. Lehmann*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Hillary A. Lehmann (BBO #683657) (*pro hac vice*)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

                          William F. Dow III (ct00161)
                          JACOBS & DOW, LLC
                          350 Orange Street
                          New Haven, CT 06511
                          wdow@jacobslaw.com
                          Tel. (203) 772-3100
                          Fax (203) 772-1691

Dated: May 16, 2017

## **CERTIFICATE OF SERVICE**

I, Hillary A. Lehmann, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 16, 2017.

/s/ *Hillary A. Lehmann*

2