Montague v. Yale Univ., et al., No. 3:16-cv-00885 (AVC)(D. Conn.)
Production YALE006 (Criscuolo)
Privilege/Redaction Log

| BegControl | Begin Bates | End Bates | Type | Subject / Title | Date | Author / Sender | Recipient(s) | Designation | Description | Action |
|---|---|---|---|---|---|---|---|---|---|---|
| DOCID000025078 | | | Microsoft Outlook Note | FW: Follow Up | 3/9/2016 | John Criscuolo | "Martinez, Vannesa" <vannesa.martinez@yale.edu> | Privileged | Request for legal advice re email from Montague withheld | Withheld |
| DOCID000025268 | YALE00016930 | YALE00016930 | Microsoft Outlook Note | Confidential - UWC Respondent training log | 9/19/2016 | "Sharif-Hyder, Anita" <anita.sharif-hyder@yale.edu> | "Criscuolo, John" <john.criscuolo@yale.edu>; | Privileged; FERPA; confidential student information | Legal advice and confidential student information redacted | Redacted |
| DOCID000025269 | YALE00016931 | YALE00016933 | Microsoft 2007 Word Document | UWC Record of Training for Respondents | 9/19/2016 | Sharif-Hyder, Anita | John Criscuolo | FERPA; confidential student information | Confidential student information redacted | Redacted |
| DOCID000025585 | | | Microsoft Outlook Note | Confidential: Important Legal Information | 3/23/2016 | "Rose, Harold" <harold.rose@yale.edu> | "Criscuolo, John" <john.criscuolo@yale.edu>;"Cooper, Harriet" <harriet.cooper@yale.edu>, "Sawyer, Susan" <susan.sawyer@yale.edu> | Privileged | A/C communication re document preservation withheld | Withheld |
| DOCID000025586 | | | Microsoft Excel Spreadsheet | OGC computer survey | 3/23/2016 | Harold Rose | "Criscuolo, John" <john.criscuolo@yale.edu>;"Cooper, Harriet" <harriet.cooper@yale.edu>, "Sawyer, Susan" <susan.sawyer@yale.edu> | Privileged | A/C communication re document preservation and attorney work product withheld | Withheld |
| DOCID000025610 | | | Microsoft Outlook Note | Re: Follow Up | 3/9/2016 | "Sawyer, Susan" <susan.sawyer@yale.edu> | "Criscuolo, John" <john.criscuolo@yale.edu>; | Privileged | Request for legal advice and legal advice re email from Montague withheld | Withheld |
| DOCID000025611 | | | Microsoft Outlook Note | Re: Follow Up | 3/9/2016 | "Sawyer, Susan" <susan.sawyer@yale.edu> | "Criscuolo, John" <john.criscuolo@yale.edu>; | Privileged | Request for legal advice and legal advice re email from Montague withheld | Withheld |
| DOCID000025612 | | | Microsoft Outlook Note | Re: Follow up | 3/9/2016 | "Sawyer, Susan" <susan.sawyer@yale.edu> | "Criscuolo, John" <john.criscuolo@yale.edu>; | Privileged | Request for legal advice and legal advice re email from Montague withheld | Withheld |
| DOCID000025614 | | | Microsoft Outlook Note | Re: Follow up | 3/9/2016 | "Sawyer, Susan" <susan.sawyer@yale.edu> | "Criscuolo, John" <john.criscuolo@yale.edu>; | Privileged | Request for legal advice and legal advice re email from Montague withheld | Withheld |
| DOCID000025782 | YALE00016950 | YALE00016951 | Portable Document Format | UWC Record of Training for Respondents | 6/23/2015 | YaleHR@yale.edu | Criscuolo, John[john.criscuolo@yale.edu] | FERPA; confidential student information | Confidential student information redacted | Redacted |
| DOCID000025884 | YALE00016953 | YALE00016954 | Microsoft 2007 Word Document | UWC Record of Training for Respondents | 2/17/2015 | Sharif-Hyder, Anita | Goldberg, Carole[carole.goldberg@yale.edu]; Criscuolo, John[john.criscuolo@yale.edu] | FERPA; confidential student information | Confidential student information redacted | Redacted |
| DOCID000026137 | | | Microsoft Outlook Note | FW: Follow Up | 3/9/2016 | "Criscuolo, John" <"/o=yale university/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=john.criscuolo"> | "Sawyer, Susan" <susan.sawyer@yale.edu>; | Privileged | Request for legal advice re email from Montague withheld | Withheld |
| DOCID000026138 | | | Microsoft Outlook Note | RE: Follow Up | 3/9/2016 | "Criscuolo, John" <"/o=yale university/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=john.criscuolo"> | "Sawyer, Susan" <susan.sawyer@yale.edu>; | Privileged | Request for legal advice and legal advice re email from Montague withheld | Withheld |
| DOCID000026140 | | | Microsoft Outlook Note | FW: Follow up | 3/9/2016 | "Criscuolo, John" <"/o=yale university/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=john.criscuolo"> | "Sawyer, Susan" <susan.sawyer@yale.edu>; | Privileged | Request for legal advice and legal advice re email from Montague withheld | Withheld |
| DOCID000026141 | | | Microsoft Outlook Note | FW: Follow up | 3/9/2016 | "Criscuolo, John" <"/o=yale university/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=john.criscuolo"> | "Sawyer, Susan" <susan.sawyer@yale.edu>; | Privileged | Request for legal advice re email from Montague withheld | Withheld |
| DOCID000026235 | YALE00016989 | YALE00016990 | Portable Document Format | UWC Record of Training for Respondents | 6/19/2015 | Criscuolo, John | Menon, Alice[aley.menon@yale.edu] | FERPA; confidential student information | Confidential student information redacted | Redacted |
| DOCID000026238 | YALE00016991 | YALE00016991 | Microsoft Outlook Note | [REDACTED] & Jack Montague | 5/4/2015 | "Criscuolo, John" <"/o=yale university/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=john.criscuolo"> | "Menon, Alice" <aley.menon@yale.edu>; | FERPA; confidential student information | Confidential student information redacted | Redacted |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | DOCID000026543 | YALE00017080 | YALE00017081 | Portable Document Format | UWC Record of Training for Respondents | 6/23/2015 | Criscuolo, John | Menon, Alice[aley.menon@yale.edu] | FERPA; confidential student information | Confidential student information redacted | Redacted |
| 20 | DOCID000026546 | YALE00017083 | YALE00017084 | Portable Document Format | UWC Record of Training for Respondents | 6/19/2015 | YaleHR@yale.edu | Criscuolo, John[john.criscuolo@yale.edu] | FERPA; confidential student information | Confidential student information redacted | Redacted |