Stephanie, Susan, Ja[...]   9:00am
JM case  11/4/15



11/4/15
3:00 pm

Susan, Rosa, Alex David

Confidential
YALE00000845