TB 1/3/18

Aaron —

10/19/15

~~11/10/15~~ first mtg w/ REDACTED?

REDACTED said she saw SM more

REDACTED lives off campus

AG didn't know SM had previous report

AG is listening to REDACTED + wants to give REDACTED choice about what to do — wait til after fall break

REDACTED wants to know when AG speaks to SM

11/18/15 met REDACTED

11/6/15 AG travels → called REDACTED

11/4 — met Spangler, SS, Aaron K

[large redaction]

REDACTED

11/10/15 met
discussed key witness in T9 complaint
REDACTED talked about recent event 11/8/15
W @ party off campus
backyard of Lynwood
W belligerent + friend said "you raped her"

(margin notes, left side:)
disruption of penetration
she agrees any sexual contact w/o
they no sex + you say