| | |
|---|---|
| Message | |
| From: | David M. Post [david.post@yale.edu] |
| Sent: | 11/6/2015 8:23:12 PM |
| To: | Gleason, Angela [angela.gleason@yale.edu]; Spangler, Stephanie [stephanie.spangler@yale.edu]; Killheffer, Jason [jason.killheffer@yale.edu]; Sawyer, Susan [susan.sawyer@yale.edu]; alice.menon@yale.edu |
| Subject: | updates |

Hello Angie,



Cheers,
David.

On 11/6/2015 3:46 PM, Gleason, Angela wrote:
Hi all – I met earlier today with the complainant in the Jack Montague case. She is (at this point) willing to participate as a witness in a University Title IX complaint, but she wants a few days to think it over. After she expressed her willingness to participate, David joined us and addressed her questions and concerns about next steps and the UWC process. She'll contact me early next week with her decision. In the meantime, we encouraged her to reach out to Amy Myers, whom she's already worked with, for advice and support.



Thanks,

Confidential                                                                                                                                          YALE00015947

Angie

--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu

Confidential

YALE00015948

Message

| | |
|---|---|
| **From:** | Gleason, Angela [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ANGELA.GLEASON] |
| **Sent:** | 11/6/2015 6:03:32 PM |
| **To:** | Sawyer, Susan [susan.sawyer@yale.edu] |
| **Subject:** | Re: updates |

███████████████████████████████████

Best,
Angie

Sent from my iPhone

On Nov 6, 2015, at 5:59 PM, Sawyer, Susan <susan.sawyer@yale.edu> wrote:
███

Sent from my iPhone

On Nov 6, 2015, at 5:50 PM, Gleason, Angela <angela.gleason@yale.edu> wrote:
Hi Susan - ████████████████████████████████████
████████████████████████████████

Best,
Angie

Sent from my iPhone

On Nov 6, 2015, at 5:30 PM, Sawyer, Susan <susan.sawyer@yale.edu> wrote:
Angie,
Thanks so much for all your work on these hard cases. ████████████████████
████████████████ —Susan

Susan Sawyer
Senior Associate General Counsel
Yale University
Office of the Vice President and General Counsel
2 Whitney Avenue, 6th Floor
New Haven, CT 06510

Tel: (203)432-4949
Fax: (203) 432-7960
Email: susan.sawyer@yale.edu

From: "Gleason, Angela" <angela.gleason@yale.edu>
Date: Friday, November 6, 2015 at 3:46 PM
To: "Spangler, Stephanie" <stephanie.spangler@yale.edu>, "Killheffer, Jason" <jason.killheffer@yale.edu>, Susan Sawyer <susan.sawyer@yale.edu>, "alice.menon@yale.edu" <alice.menon@yale.edu>, "david.post@yale.edu" <david.post@yale.edu>
Subject: updates

Hi all — I met earlier today with the complainant in the Jack Montague case. She is (at this point) willing to participate as a witness in a University Title IX complaint, but she wants a few days to think it over. After she expressed her willingness to participate, David joined us and addressed her questions and concerns about next steps and the UWC process. She'll contact me early next week with her decision. In the meantime, we encouraged her to reach out to Amy Myers, whom she's already worked with, for advice and support.



Thanks,
Angie

Confidential
YALE00015954