UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------- x
JACK MONTAGUE,                     :
                                   :
        Plaintiffs,                :
                                   :
    -versus-                       : CIVIL ACTION
                                   : No. 3:16-cv-00885-AVC
YALE UNIVERSITY, ANGELA GLEASON    :
and JASON KILLHEFFER,              :
                                   :
        Defendants                 x
---------------------------------- 

    Deposition of DAVID POST, taken pursuant to Rule 30 of the Federal Rules of Civil Procedure, held at the law offices of Jacobs and Dow, LLC, 350 Orange Street, New Haven, Connecticut, before Rosanne LaBonia, LSR 249 and Notary Public in and for the State of Connecticut, on March 29, 2017, at 10:20 A.M.

```
 1    A P P E A R A N C E S:

 2

 3              ATTORNEY FOR PLAINTIFFS:

 4              TODD & WELD, LLP
                One Federal Street
 5              Boston, MA   02110
                BY:   ALEXANDRA DEAL, ESQUIRE
 6

 7
                ATTORNEY FOR DEFENDANTS:
 8
                DONAHUE, DURHAM & NOONAN
 9              741 Boston Post Road
                Guilford, CT   06437
10              BY:   PATRICK NOONAN, ESQUIRE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    S T I P U L A T I O N S
 2
 3         IT IS HEREBY STIPULATED AND AGREED by and between
 4    counsel for the respective parties hereto that all
 5    technicalities as to proof of the official character
 6    before whom the deposition is to be taken are waived.
 7         IT IS FURTHER STIPULATED AND AGREED by and
 8    between counsel for the respective parties hereto that
 9    the reading and signing of the deposition by the
10    deponent are NOT waived.
11         IT IS FURTHER STIPULATED AND AGREED by and
12    between counsel for the respective parties hereto that
13    all objections, except as to form, are reserved to the
14    time of trial.
15
16                         *  *  *  *  *
17
18
19
20
21
22
23
24
25
```

```
 1    WITNESS INDEX

 2    Witness - DAVID POST

 3                                                              PAGE

 4    Direct Examination by Ms. Deal                            5

 5

 6

 7

 8

 9                    PLAINTIFF'S EXHIBIT INDEX

10    36    C.V.                                                7
11    37    E-mail                                             14
12    38    Fact Finder Report                                 31
13    39    E-mail to Brigham                                  37
14    40    Panel Report                                       44
15    41    E-Mail - Menon to Criscuolo                        47
16    42    E-Mail - Post to Menon                             48
17    43                                                       64
18    44    E-mail - Post to Menon                             85
19    45    E-mail - Holloway to Post/Menon                    88
20    46    E-mail - Post to Holloway                          89
21    47    E-mail - Post to Menon; Draft of Panel Report      92
22    48    E-mail - Post to Menon/Sawyer                      95
23    49    E-mail chain                                       96
24    50    E-mail chain                                       98
25    51    E-mail                                             98
```

| 1 | 52 | Websites | | 100 |
|---|----|----------|---|-----|
| 2 | 53 | | | 103 |
| 3 | 54 | E-mail | | 106 |
| 4 | 55 | E-mail | Thomas Conroy | 107 |
| 5 | 56 | E-mail | | 108 |

8           (Exhibits retained by Attorney Deal)

1        Q    What section is that?
2        A    This is Section 7.3.
3        Q    It says, I'm sorry, that the Chair and the
4   secretary may request clarification or what?
5        A    It says the Chair may request clarification
6   and additional investigation.
7        Q    So what does "request clarification" mean?
8        A    I will ask questions of where there may be
9   additional information needed; I will -- as there might
10  be things that are confusing and I might request
11  clarification there.
12       Q    Do you also edit the report?
13       A    I don't edit the report.  There will be
14  places where I will make comments and edits for
15  clarity, yes.
16       Q    What about the secretary?
17       A    The same role.
18       Q    Is there anybody else from Yale involved in
19  reviewing fact finder's draft reports?
20       A    Yes.
21       Q    Who?
22       A    Our procedural advisor, our lawyer from the
23  Office of General Counsel.
24       Q    I'm sorry, are those two separate people or
25  are you saying that the lawyer is the procedural

```
 1   advisor?
 2         A    The lawyer is the procedural advisor.
 3         Q    What do you mean by procedural advisor?
 4         A    We have a procedural advisor for every case
 5   that helps us stick to our procedures and who provides
 6   legal advice on the case.
 7         Q    Does he or she also provide something other
 8   than legal advice?
 9         A    In this capacity, they're providing legal
10   advice.
11         Q    Who was the procedural advisor for this
12   complaint, that is the complaint that REDACTED     --
13   involving REDACTED      and Jack Montague?
14         A    Susan Sawyer.
15         Q    Does the procedural advisor stay with the
16   case throughout?
17         A    Until there's -- yes, until there is a
18   decision made by the decision maker.
19         Q    And at that point, what happens?
20         A    If there's an appeal, another procedural
21   advisor handles the appeal.
22         Q    Do you recall who handled the appeal in
23   this case?
24         A    I do not.
25         Q    Now, you received a copy of the fact
```