CONFIDENTIAL

UNIVERSITY-WIDE COMMITTEE ON SEXUAL MISCONDUCT

FACT FINDER'S REPORT IN THE COMPLAINT
BROUGHT BY JASON KILLHEFFER ON BEHALF OF
**REDACTED**          AGAINST JACK MONTAGUE

January 4, 2016

Introduction and Background

This complaint was brought by Senior Deputy Title IX Coordinator Jason Killheffer against Jack Montague (TR '16). The complaint concerns a single episode of sexual intercourse between Mr. Montague and **REDACTED** that took place on the night of October 18-19, 2014. **REDACTED** states she consented to other sexual activity but did not consent to intercourse. According to Mr. Montague, **REDACTED** **REDACTED** voluntarily consented throughout the encounter.

The current formal complaint was filed November 18, 2015 (Exhibit A). Mr. Montague was charged on November 30 (Exhibit B) and responded on December 9, 2015 (Exhibit C). The case was assigned to me for investigation on November 23, 2015. UWC Chair David Post granted an extension to the usual 21-day time limit for investigation due to the Yale College Thanksgiving and winter breaks, when the parties and witnesses were unavailable for interviews, and due to Mr. Montague's additional absence from campus for games with the varsity basketball team.

In conducting this investigation, I interviewed **REDACTED** on November 30, December 2 and December 17, 2015 in the presence of **REDACTED** **REDACTED** at the SHARE Center. I interviewed Mr. Montague on December 16, 2015 and December 29, 2015, in the presence of his adviser, Coach James Jones.

I conducted additional interviews with the following witnesses:
Angela Gleason, Title IX Coordinator

# REDACTED

I also reviewed the following documents:
Summary of events on October 18-19, 2014, written on October 22, 2014 by **REDACTED** **REDACTED** (Exhibit D)
Text messages between **REDACTED** and Mr. Montague (Exhibit E)
Text messages between **REDACTED** and **REDACTED** (Exhibit F)
Text message from **REDACTED** to **REDACTED** (Exhibit G)

1

Yale security card activity record for **REDACTED**   October 19, 2014 (Exhibit H)

Undisputed Facts

The following facts are not in dispute: Mr. Montague and **REDACTED** met at a party in early September 2014. At that time they engaged in consensual sexual activity, not including intercourse. They communicated with each other after that via Facebook and text message. On September 24, Mr. Montague and **REDACTED** encountered each other again at an event at Toad's Place. They left together and went to Mr. Montague's house at 43 Howe Street where they had sexual intercourse for the first time.[1] On October 18, **REDACTED** went to another party at Mr. Montague's house. She and Mr. Montague engaged in consensual sexual contact not including intercourse outside the house and in Mr. Montague's car. They then went inside to Mr. Montague's bedroom, where they continued sexual contact, including intercourse. **REDACTED** stayed the night with Mr. Montague and went home in the morning. A few days later **REDACTED** contacted Mr. Montague and asked to meet for a discussion. The parties met on October 28, 2014. At that time **REDACTED** **REDACTED** told Mr. Montague that she had not wanted to have intercourse on October 18 and she felt very uncomfortable and upset about what had happened. He stated that he was sorry she felt that way and agreed to stay away from her in the future. The parties have not communicated with each other since that time.

> **Comment [DMP1]:** This appears to be in dispute below.
>
> I believe he agreed to stay away from her but did not agree to leave places where she might be.

Complainant's Version of Events

According to **REDACTED** she first met Mr. Montague at a party early in September 2014. He was a member of the basketball team and she was a member of the **REDACTED** They had some mutual friends and attended some of the same parties. He lived in an off-campus house at 43 Howe Street with other members of the basketball team. Mr. Montague's house often hosted parties, including the one where **REDACTED** met Mr. Montague. The house was known as "the basketball house."

The night the parties first met, they talked and flirted and then began kissing. Mr. Montague invited **REDACTED** to his room, where they continued kissing and sexual touching but did not have sexual intercourse. **REDACTED** stayed the night, slept with Mr. Montague and went home to **REDACTED** in the morning. All sexual contact that night was consensual. **REDACTED** enjoyed Mr. Montague's company and felt comfortable with him. **REDACTED** and Mr. Montague traded phone numbers and friended each other on Facebook. After their first encounter

---

[1] Both parties agree that **REDACTED** consented verbally to this activity, however she states that she was highly intoxicated at the time and did not want to have sexual intercourse but went along because she was not thinking clearly. Mr. Montague is not charged with any wrongdoing in connection with the incident on September 24.

2

they had friendly communication over text and Facebook . According to **REDACTED** **REDACTED**, she met Mr. Montague a second time a week or two after the first meeting. This encounter was similar to the first. The parties went to Mr. Montague's room and had consensual sexual contact, not including intercourse. **REDACTED** **REDACTED** slept over at Mr. Montague's house. She felt comfortable and enjoyed the encounter. She reported that on both of these occasions, Mr. Montague asked if she wanted to "have sex" (meaning intercourse) and she said "no." He respected her decision and did not push her.

**REDACTED** reported a third sexual encounter with Mr. Montague on September 24, 2014. **REDACTED** was hosting a charity event at Toad's Place. **REDACTED** drank a lot more alcohol at this event than she usually drinks and she became highly intoxicated. She could not remember precisely what she drank, but she told me she drank two or three shots with her friend **REDACTED** starting at about 9:30 pm, before they went to Toad's. She then had approximately five more drinks at Toad's.

At Toad's, **REDACTED** saw Mr. Montague. She spent some time with him there and left Toad's with him and some other people at approximately 12:30 am. They went to another bar that she cannot remember. She had one more drink there and then went home with Mr. Montague. **REDACTED** has blurry memories of that night. She remembers walking with Mr. Montague but does not remember their conversation that night. She stated that she did not need help walking or climbing the stairs in his house. She does not have specific memories of slurring her speech or other impaired motor skills, but she believes she must have been visibly intoxicated because friends have told her she was visibly drunk at other times when she drank a lot less than she drank that night. **REDACTED** stated that she went willingly to Mr. Montague's house, intending to have sexual contact with him, but not intending to have sexual intercourse. She felt comfortable going with him because on the previous occasions when he asked if she wanted sex and she said "no," he respected her decision and did not try to force or coerce her. This time, after both parties were undressed and in bed kissing, Mr. Montague asked **REDACTED** **REDACTED** if she wanted to have sex and she said "yes," though in hindsight she does not believe she was capable of making a considered decision. Immediately after she said "yes," he penetrated her, without asking about whether she was using contraception and without using a condom.[2] **REDACTED** does not remember the experience of sexual intercourse after penetration; the next thing she remembers is waking up in Mr. Montague's bed the next morning. She asked him, "We had sex, right?" and he confirmed that they did. When she went home in the morning she still felt drunk. She was physically ill and also felt terrible that she had agreed to sexual intercourse. She blamed herself for agreeing and for drinking so much that she was unable to exercise her usual judgment.[3]

---

[2] According to **REDACTED** she was upset that Mr. Montague did not use a condom and she later went to the Yale Health Center for a pregnancy test even though she was taking an oral contraceptive. The test was negative.

[3] **REDACTED** did not report this incident to the Title IX Coordinator and she does not claim this was a violation of Yale policies on sexual consent. When I asked about other witnesses who might have observed her level of impairment due to alcohol,

3

Confidential                                                                                                                                         YALE00008985

The next time **REDACTED** saw Mr. Montague was the night of October 18. That night **REDACTED** went with some friends to a birthday party at Sig Nu fraternity. She left for the party with her friend **REDACTED** at about 9:15 pm and stayed until about 11:00 or 11:15 pm. While at the party, she played beer pong and had about two drinks of alcoholic beverages. After leaving the party, **REDACTED** walked back to **REDACTED** to meet her suitemate **REDACTED** had friends from home visiting for the weekend and they were hanging out in the common room. **REDACTED** had two more drinks with **REDACTED** and her friends. They all then left for a party at the basketball house, where Mr. Montague lived. When they arrived at the basketball house, **REDACTED** talked and socialized with friends. She did not drink any more alcoholic beverages. She encountered Mr. Montague leaning against a stone wall outside the house and he called out to her in a friendly way. He put his hands around her waist and made a flirty joke about how he knew she had broken ribs from a **REDACTED** and might only be able to have sex in the missionary position. He invited her outside in the back of the house where there was a parking lot for the residents' cars, and she went willingly. **REDACTED** and Mr. Montague leaned against his car and kissed. She stopped and told him that she knew they had sex last time when she was really drunk and that was OK, but she did not want to do that again this night. She asked if it was OK with him to "hook up" but not "have sex." Mr. Montague said that would be OK with him.

It got cold outside and Mr. Montague asked if **REDACTED** wanted to get inside his car. She agreed. While she was waiting for Mr. Montague to get his car keys, **REDACTED** **REDACTED** got a text message from her friend **REDACTED** asking where she was and telling her that **REDACTED** and her friends were ready to leave this party and go to another party at Zeta Psi fraternity. **REDACTED** replied that she was with Mr. Montague, she was fine and she intended to stay at the basketball house. **REDACTED** **REDACTED** reported to me that she felt comfortable with Mr. Montague and felt in control of the situation because she had been careful not to drink too much and because she had been so verbally clear and direct with him about not wanting to have intercourse. Mr. Montague returned with his keys and he and **REDACTED** continued to talk and kiss inside the car. At one point Mr. Montague commented, "Are we really doing this?" **REDACTED** asked, "Doing what?" and Mr. Montague replied, "Fucking in my car." **REDACTED** then reminded him that she did not want to "have sex" but only to "hook up" and Mr. Montague again said that was OK.

The party wound down and more people came into the back yard. Mr. Montague asked if **REDACTED** would like to come inside and she agreed. They went in the back door and up a flight of stairs to Mr. Montague's room. She knew the way and

---

she told me that she had asked friends about it but none of her friends remembered anything about that particular night. The one witness I interviewed who was present that night, **REDACTED** did not remember anything about **REDACTED** level of intoxication. The incident is reported here in order to describe the context of the parties' previous interactions when they met on October 18.

4

Confidential                                                                                                                    YALE00008986

went ahead of him. They both took off all of their clothes[4] and got into Mr. Montague's bed where they resumed kissing and touching. When they first got undressed there was no further verbal discussion of the boundaries of their sexual consent. Mr. Montague kissed **REDACTED** and touched her body, including her genitals, to which **REDACTED** had no objection. She stated to me that she indicated her consent by kissing him, touching his body (not his genitals) and by not tensing up. Then Mr. Montague got on top of her, lifted his chest and leaned his pelvis into her as if he was preparing to penetrate her. **REDACTED** put her hands up, pressed them against the front of Mr. Montague's shoulders and pushed him, but not very forcefully. She said, "Jack, no, I said I wanted to hook up but not have sex." He looked very drunk, as if he did not hear what she was saying. He then penetrated her over her objection. **REDACTED** stated that she was surprised and frozen. She did not move and did not attempt to push Mr. Montague off of her. She did not think she could push him off if she tried because he was bigger and heavier than she was. She just waited for him to stop. When he was done he got up and said, "I'm really sorry. I know you didn't want that." She lay still in the bed feeling defeated and confused.

> **Comment [SS2]:** Did she report here that the friends came up to the room?

Mr. Montague dressed and went downstairs, where some of his friends and housemates were gathered. He came back to the bedroom and told **REDACTED** he was going to Zeta Psi with his friends and she should stay in his bedroom and wait for him to come back. He gave her his laptop, which she took to be an offer of entertainment while she was waiting. She did not know what to do and had difficulty thinking. She thought she might leave and go home after he was gone to the party at Zeta. Then she heard people downstairs calling her name and telling her to come down. She felt frozen and passive and did what they said without making a real decision. Friends of Mr. Montague were complimenting her, saying she was beautiful and the hottest girl on campus. This confused her and made her wonder if Mr. Montague had asked them to be especially nice to her to placate her because she was upset with him. According to **REDACTED** Mr. Montague was planning to go to the party at Zeta Psi with some friends but he did not want her to go with him. Instead he asked a male friend of his, whom **REDACTED** did not know, to take her with him to Toad's Place. Mr. Montague said he would meet up with **REDACTED** later back at his house. She said nothing but went along passively because she couldn't think.

**REDACTED** went with Mr. Montague's friend to Toad's Place but she did not want to be there and didn't stay. She walked in and out and of Toad's without speaking to Mr. Montague's friend and walked home alone to **REDACTED** When she got inside the **REDACTED** she became confused and overwhelmed. It was after 1:00 am. She wanted to go to bed and sleep and not talk with anyone, but she realized that there would be lots of people in her suite and it would be impossible to go to bed without seeing anyone or being asked a lot of questions. **REDACTED** had friends visiting and they were sleeping in the common room. **REDACTED** said that

---

[4] **REDACTED** did not remember precisely how they undressed but she believed that both she and Mr. Montague took off most of their own clothes and he unhooked her bra.

5

she lived in a suite with **REDACTED** other people and there was always activity there and in the other **REDACTED** suites in the entry. She was overwhelmed at the prospect of having to talk or answer questions and she decided she couldn't go inside her suite. She didn't know what to do and couldn't think clearly. She decided to return to Mr. Montague's house since he was planning to have her return and would not question her about why she was there or what had happened earlier in the night. She thought he would let her go to sleep quietly. She called him by phone and asked where he was. She told him she was in **REDACTED** and would meet him. He told her to meet him on Park Street near Davenport College and she did (Exhibits E, H).[5] They walked together back to his house. **REDACTED** does not remember the details of their conversation on the way back but she described it as normal and flirty. She told Mr. Montague she just wanted to go to sleep and he made a joke about being too drunk to be able to have sex. When **REDACTED** returned to Mr. Montague's bedroom she did not take off her clothes again and got in bed. Mr. Montague got on top of her again but she pushed him and said, "No. I don't sleep around." Mr. Montague said, "It's not sleeping around. This will be the third time." She said "No" again, said she just wanted to go to sleep and rolled away from Mr. Montague to the other side of the queen size bed. He did not object and they both went to sleep. In the morning, **REDACTED** woke up and asked Mr. Montague to let her out of the house, which required a key. They had no conversation about what had happened that night and **REDACTED** gave no indication that she was upset.

**REDACTED** walked home to **REDACTED** as quickly as she could. She was upset and embarrassed that it was morning and she was dressed up in a skirt as if she were going to a party. She thought she would not talk to anyone and would push what had happened with Mr. Montague out of her mind until after fall break when she and her friends would be done with their exams. She got home at approximately 10:00 am on October 19.[6] There was no one in the common room and she sat down. **REDACTED** suitemate **REDACTED** came in and asked **REDACTED** "How was your night?" **REDACTED** told her it was terrible. She reported what had happened and started to cry. A second suitemate **REDACTED** also came out of her bedroom and she also listened to **REDACTED** account of what happened. **REDACTED** comforted **REDACTED** made some tea and told **REDACTED** to take a shower. **REDACTED** had been planning to go to New York that afternoon to see a ballet with several friends: **REDACTED** **REDACTED** She went with her

---

[5] Exhibit H documents that **REDACTED** swiped her ID card at the **REDACTED** gate at 1:34 am on October 19, 2014, did not swipe into any dormitory entry and then swiped her card at the Davenport College gate at 1:40 am. Exhibit E shows a text message from Mr. Montague to **REDACTED** at 1:30 am stating that he was at Davenport College.

[6] Exhibit H documents that **REDACTED** entered the **REDACTED** gate at 9:57 am and entered **REDACTED** at 9:58 am on October 19, 2014.

[7] I did not interview **REDACTED** because she was not with **REDACTED** the night of October 18 and her testimony was likely to be repetitive of the other suitemates' reports.

6

Confidential                                                                                                                                                          YALE00008988

friends as planned and hoped to get away from her thoughts about Mr. Montague. She cried for much of the ride on the train but got a lot of support from her friends.

Friends of **REDACTED** suggested that she talk with someone about what Mr. Montague had done to her but she did not want to make a complaint at that time. She did call the SHARE Center on October 21 or 22 and spoke with **REDACTED** **REDACTED** about her options. **REDACTED** decided that she wanted to talk with Mr. Montague herself, to make sure he understood that what he had done was wrong and so that he would not do it again to anyone else. She discussed with **REDACTED** how she might effectively communicate with him. She also talked with a graduate student friend, who advised her to write down what had happened so that she would have it if she later decided that she did want to pursue an official complaint. **REDACTED** did make such a record on October 22; this undated document is attached as Exhibit D.

> **Comment [SS3]:** Should you confirm with this person that RED/ spoke to him/her and that the pseron told her to write down the incident?

On Sunday, October 26, 2014, the last day of fall break, **REDACTED** texted Mr. Montague asking him to meet with her (Exhibit E). She was irritated that he was not immediately responsive and seemed to be putting her off (Exhibit E) but he did agree to meet on October 28. They sat at a picnic table outside Davenport College and spoke briefly. **REDACTED** spoke and asked Mr. Montague to listen. She told him she had made it clear to him that she didn't want to have sex with him and she had not been feeling good about what happened on October 18. He said he was sorry that she felt that way. He said that he had been very drunk that night. She thought he was very careful with his words, trying to be nice but not to take responsibility for any misconduct. He stated that he thought she was a really nice person and "down to earth." He hoped they would be able to remain friends but he could understand if she didn't want to see him anymore. He offered that if he ran into her at a party or elsewhere he would leave so that she would not be uncomfortable. **REDACTED** felt that she had been able to communicate how she felt about the encounter on October 18 and she felt good about that even though Mr. Montague did not admit wrongdoing.

During the fall semester 2014, **REDACTED** had some intrusive thoughts and nightmares about Mr. Montague. She made a difficult decision not to continue on **REDACTED** because she could not imagine having to see and **REDACTED** Mr. Montague at basketball games. She resigned her position without telling most of **REDACTED** the reason for her decision; instead she blamed her choice not to continue **REDACTED** (Exhibits F, G). Later in the fall of 2014, **REDACTED** **REDACTED** began dating a man who was very nice to her and helped her to put Mr. Montague out of her mind. She did not see Mr. Montague except occasionally in passing. She was mostly happy until the end of the spring semester when she saw Mr. Montague talking with a male friend of hers at Spring Fling. This surprised her and reawakened strong negative memories and feelings. She found it extremely upsetting that someone she liked and respected would be friendly with Mr. Montague, probably not knowing that he was someone who would force himself on a woman over her objection.

7

**REDACTED** was surprised to find that she continued to have strong memories and upsetting feelings about Mr. Montague when she returned to campus in the fall of 2015. She saw him around campus and New Haven more than she had in the spring, though he did not try to communicate with her or threaten her. She had expected to put the incident of the previous fall behind her but it was becoming harder rather than easier to avoid thinking about it. **REDACTED** talked with some of her friends, who again advised her to consider making a complaint or talking with a counselor. **REDACTED** happened to be speaking with Title IX Coordinator Angela Gleason about a completely unrelated matter and while she was there she mentioned a friend who had had a bad experience, provided an outline of what had happened between **REDACTED** and Mr. Montague and asked how she could help her friend. **REDACTED** did not give **REDACTED** name at this point but merely requested information about her friend's options. Ms. Gleason talked about the various formal and informal procedures available to deal with sexual misconduct and encouraged **REDACTED** to reach out to her friend. **REDACTED** explained to **REDACTED** what she had learned from Ms. Gleason, including the option of making an anonymous informal complaint. This would allow **REDACTED** **REDACTED** to tell her story to the Title IX Coordinator but request that her name be kept confidential. The Title IX Coordinator would then call Mr. Montague in for a conversation about the fact that a complaint had been made against him and would suggest that he participate in extra training about communication and sexual consent. **REDACTED** liked this idea because it might fulfill her goal of making sure Mr. Montague understood that his behavior was wrong and hurtful and stop him from doing it again to someone else. She did not want to pursue a formal complaint because she did not want to engage in the lengthy and difficult process of telling the story repeatedly and being questioned in detail by strangers on the UWC. She stated to me that she was not interested in having Mr. Montague punished but in having him learn so that he would not hurt anyone else.

Based on what she had learned from **REDACTED** decided to talk with Ms. Gleason about Mr. Montague. She met with Ms. Gleason on October 19, 2015. On November 6, she heard back from Ms. Gleason that she would not be able to keep **REDACTED** name confidential. Ms. Gleason explained to **REDACTED** that Mr. Montague had already been given a recommendation for consent training after a previous complaint and so that option was no longer open to him. Ms. Gleason expressed concern that the incident **REDACTED** had reported to her was serious. She told **REDACTED** that she did not have to file a complaint herself and a Title IX Coordinator could do it. In the event that **REDACTED** elected not to bring a complaint, Ms. Gleason asked her to cooperate with the process as a witness. **REDACTED** **REDACTED** was surprised and somewhat disappointed that she had been thrust into a process she had not sought out, but she agreed to cooperate with this investigation for the same reason she went to Ms. Gleason in the first place. She stated that she wants Mr. Montague to understand what he did was wrong and not repeat it. She was especially motivated to participate in the investigation and hearing process after she heard that Mr. Montague had already had another complaint against him, as she felt it was important to protect other women.

> **Comment [SS4]:** Was the recommendation for "consent training," sensitivity training, or something else?
>
> **Comment [AM5]:** There were two requirements: (i) that he receive sexual harassment and gender sensitivity training and (ii) that he meet with SHARE once each term for the remainder of his time at Yale to review and reflect on his interactions and relationships with female students at Yale. The requirements were imposed on October 21, 2013.
>
> **Comment [MB6]:** This is an accurate description of what RED. told me about her motivation and her decision-making about participating in this case. It is slightly different from what Angie Gleason, which is not relevant told me. I am concerned that it may be too much information about his prior record, which is not relevant to this investigation. I would be happy to take some of this out if you think it is too prejudicial. Please advise.
>
> **Comment [DMP7]:** I am fine with this – the panel will hear about the previous violations before deciding on culpability anyway.

Confidential                                                                                                                                      YALE00008990

Respondent's Version of Events:

Mr. Montague's report of his first interactions with **REDACTED** matches her account. He stated to me that he met **REDACTED** at a party at his house early in September 2014. He was immediately attracted to her. The two parties spent the night together and had consensual sexual contact, including kissing and touching but not intercourse. Early in the morning, **REDACTED** asked if she could give Mr. Montague oral sex and he agreed. Mr. Montague enjoyed **REDACTED** company and wanted to see her again. They traded phone numbers and texted each other before meeting again.

Mr. Montague reported a second sexual encounter with **REDACTED** a few weeks later.[8] They met at a club or bar and walked back to Mr. Montague's house arm in arm, along with some of his teammates. According to Mr. Montague, this second sexual encounter was similar to the first in that **REDACTED** came willingly to his room and they engaged in consensual kissing and other sexual contact. This time they did have vaginal intercourse. Mr. Montague remembered few details about this encounter and stated that he did not recall whether he or **REDACTED** had been drinking a lot that night. He did not immediately remember that this incident took place after an event at Toad's Place but he accepted **REDACTED** report of that context. He did not recall **REDACTED** being impaired by alcohol in any way. She seemed to him to be having a good time and laughed as she walked home with him. She did not need help walking and participated actively in sexual activity with him. By Mr. Montague's account, there was no express verbal discussion of the boundaries of sexual consent until, just prior to intercourse, Mr. Montague asked **REDACTED** **REDACTED** if she wanted to "have sex" and she said "yes." According to Mr. Montague, he had no reason to doubt that **REDACTED** was capable of sexual consent and he believed that her consent that night was voluntary.

Mr. Montague stated that his third sexual encounter with **REDACTED** occurred on October 18, 2014, after another party at his house. His description of this incident differs significantly from hers. According to Mr. Montague, he traded text messages with **REDACTED** prior to this party and he knew she was planning to be present.[9] He wanted to be able to have a good time with her and so he was careful not to drink too much before she arrived. He believes he drank between four and seven drinks of alcohol over a period of several hours. He was happy to see **REDACTED** at the party and they talked and socialized together. They went outside in the backyard of his house and kissed, first leaning against his truck and then inside the truck. After a

---

[8] Mr. Montague's description of what he remembers as his second sexual encounter with **REDACTED** closely matches her description of what she says was their third encounter. Mr. Montague does not remember getting together with **REDACTED** between the time he first met her at his house and the time they left Toad's together. He states that it is possible that there was another encounter before their meeting at Toad's but he does not remember it.

[9] Mr. Montague could not provide copies of these messages because he has changed phones and has lost access to text messages from that time. He was not able to obtain the messages from his cell phone carrier.

9

Confidential                                                                                      YALE00008991

while, he invited her inside and they went to his bedroom. They both got completely undressed[10] and got into his bed. They resumed kissing and touching and then he asked if she wanted to have sex. She agreed and they did have intercourse. There was nothing about this encounter that made Mr. Montague think REDACTED had any hesitation or discomfort with having intercourse with him. He remembered changing positions during the course of sex from the missionary position to "doggy style" and REDACTED did not object. He denies that she ever told him that she wanted to "hook up but not have sex."[11] He denied making a comment about "fucking in [his] car." He denied that REDACTED told him to stop, put her hands up to his shoulders and pushed him. He also denied stating to her after intercourse that he was sorry because he knew she didn't want that.

**Comment [AM8]:** Did JM say how REDACTED communicated her agreement to intercourse?

**Comment [SS9]:** Did you ask RED. if their positions changed during intercourse?

**Comment [AM10]:** Does he recall his friends coming to his room?

When he described this encounter to me, Mr. Montague stated that REDACTED spent the night with him as she had the previous two times that they had been together. He did not report that they got dressed, left the house, went to other parties and met up again outside Davenport College as reported by REDACTED When I asked him about these details of REDACTED account, he seemed somewhat surprised but did not deny that this had occurred. When I interviewed Mr. Montague a second time he stated that he had tried hard to remember whether he and REDACTED had left the house and returned but he still did not have any memory of those events.

Mr. Montague stated that he believed his interaction with REDACTED on October 18, 2014 had gone well until he received a text from her on October 26 in which she asked to meet with him to discuss what had happened (Exhibit E). The tone of the message indicated to him that she was not happy and that she wanted to tell him something bad. He was worried about what she would say. The first things that came to his mind were that she was pregnant or that she had a sexually transmitted disease. He could not meet with her right away because of his basketball practice schedule but he agreed to meet a few days later. They met at a picnic table outside Davenport College just before he was going to a concert at Toad's with some friends. REDACTED told him that she had not wanted to have sex on the night of October 18 and she was not happy about what had happened. According to Mr. Montague, he interpreted what REDACTED said as stating that she was disappointed in what happened and regretted having sex. He denied that she told him that she had objected clearly and he had proceeded over her objection. He did not believe he had done anything wrong and he did not understand REDACTED to be accusing him of misconduct. He told REDACTED that he was sorry that she was feeling upset about the encounter. He said that he would "be there for her" if she wanted to talk more about this or anything else in the future. REDACTED responded immediately that she did not want to have anything more to do with him and he said

---

[10] Mr. Montague's memory was not clear as to how they got undressed. He believed they each took off their own clothes but he may have unhooked REDACTED bra. This is consistent with REDACTED account.

[11] Mr. Montague specifically denied her claims that she made this statement at least three times: just after beginning to kiss him, a second time while in the truck and a third time when he got on top of her in bed.

10

he would leave her alone.  He denied **REDACTED** report that he had volunteered that he would leave any venue where she was in order to make sure she was not uncomfortable around him.  Despite the discomfort of the conversation Mr. Montague and **REDACTED** parted amicably and hugged at the end of this conversation.[12]

Mr. Montague stated that he and **REDACTED** never spoke with each other again.  Occasionally he would see her around campus but she would ignore him.  He was surprised that on one occasion during the spring semester of 2015 he was invited to a party at **REDACTED** but he was then asked not to attend because someone **REDACTED** did not want him there.  He believed **REDACTED** had "black-balled" him.[13]  He knew he had said he would stay away from her after their last meeting on October 28, 2014, but he was surprised that she felt so strongly about not having him around that she would ask another member **REDACTED** to dis-invite him.

Mr. Montague was also surprised and confused this fall when he was at a party hosted by the Owl's Throne, a junior society that he belonged to, and a girl he did not know approached him and told him he had to leave the party right away.  This girl explained that he could not be at the party because **REDACTED** was there and he was supposed to stay away from **REDACTED** because he had "raped" her.  Mr. Montague was shocked to hear the allegation that he had "raped" **REDACTED** when she had never made such an accusation herself and he continued to believe that he had done nothing wrong.  He was also confused by the demand that he leave the party immediately to get away from **REDACTED** From Mr. Montague's perspective, he had never agreed that it was his responsibility to get away from anyplace where **REDACTED** was present and he had not even seen **REDACTED** at this party before he was accosted by her friend.  Shortly after this last interaction, Mr. Montague received the UWC complaint in the current case.  Again, he was surprised and distressed.  He discussed the matter with her former housemate and basketball captain, **REDACTED** who offered him support.

> **Comment [SS11]:** Her housemate or his?

Mr. Montague explained to me that the allegation in this case is extremely distressing and anxiety provoking for him.  He stated that he liked **REDACTED** and never intended to hurt her.   He emphasized that he considers himself a gentleman who would never force himself on a woman.  Mr. Montague also emphasized the confusing nature of **REDACTED** behavior after sexual intercourse on October 18 as evidence that her story is incredible.  He argues that she did not look upset afterwards or tell him that he had done anything wrong.  Although he does not remember her leaving his house late at night and then returning, he argues that if he had really committed a sexual assault against her, it makes no sense for **REDACTED** **REDACTED** to return voluntarily to his bed.  He suggests that **REDACTED** may have

---

[12] **REDACTED** acknowledged hugging Mr. Montague at the end of the conversation on October 28.  She explained that she wanted to be firm and clear with Mr. Montague but she did not want to be hostile or provoke a hostile response from him.
[13] **REDACTED** agrees that this occurred.

11

felt regretful about having intercourse with him and then reinterpreted their encounter as nonconsensual.

Testimony of other witnesses:

**REDACTED** is a friend of **REDACTED** They were freshman roommates and suitemates last year. She does not know Mr. Montague. **REDACTED** reported that on the night of October 18, 2014 she was not with **REDACTED** went out with their suitemate **REDACTED** did not see **REDACTED** until the following morning. **REDACTED** got up early on Sunday October 19 and went for a run. When she returned to the suite she found **REDACTED** on the common room sofa crying. **REDACTED** hugged **REDACTED** but **REDACTED** continued sobbing and could not talk for about ten minutes. Eventually **REDACTED** told **REDACTED** that she had had a terrible night with Mr. Montague. **REDACTED** had previously told **REDACTED** about another encounter with Mr. Montague. On that occasion **REDACTED** **REDACTED** had been very drunk and had said yes to sex with Mr. Montague even though she didn't really want to. After that she was upset and very angry with herself. **REDACTED** now told **REDACTED** that on the night of October 18, **REDACTED** **REDACTED** told Mr. Montague that she did not want what had happened before to happen again. She told him they could hang out but not have intercourse. He pushed her to agree to sex. She said "no" but he proceeded anyway. Later, he said he knew she didn't want that and he apologized. **REDACTED** stayed the night with him because she was in shock and panicked.

**REDACTED** reported that there was a striking difference in **REDACTED** demeanor between the day after her first sexual intercourse with Mr. Montague and the morning of October 19. On the earlier occasion, **REDACTED** felt unhappy and angry with herself. She felt responsible for what happened because she was so drunk. She was upset but was not crying or falling apart. In contrast, on October 19, **REDACTED** was sobbing uncontrollably as she told the story of what happened. That afternoon, **REDACTED** went with **REDACTED** and several other suitemates to New York to see a ballet, but **REDACTED** was upset and cried on and off the whole day.

**REDACTED** is a friend of **REDACTED** They lived in the same suite last year and now live in the same entry in **REDACTED** does not know Mr. Montague. **REDACTED** stated that she was not with **REDACTED** on the night of October 18, 2014. **REDACTED** woke up the next morning at approximately 9:00 am. When she went out into the common room she found **REDACTED** crying. **REDACTED** another suitemate, was attempting to comfort **REDACTED** **REDACTED** told **REDACTED** that she had been at the basketball house the previous night. She ran into Mr. Montague and went to his room with him. **REDACTED** was not drunk. She and Mr. Montague were "hooking up" and Mr. Montague wanted to "have sex." **REDACTED** said "no." She pushed on his chest but he was too heavy for her to push off. He went ahead and had intercourse with **REDACTED** even after she said "no." Afterwards, **REDACTED** stayed at Mr.

12

Confidential                                                                                                                                        YALE00008994

Montague's house overnight because it was very late and she did not want to walk home alone.

**REDACTED** is a friend and suitemate of **REDACTED**. They have been suitemates for two years. **REDACTED** knows who Mr. Montague is but does not consider him a friend. **REDACTED** reported that on the weekend of October 18, 2014 she was out of town for a field hockey game. When she returned to campus on Sunday, October 19, **REDACTED** was away in New York at the ballet. The next day, **REDACTED** told **REDACTED** about her encounter with Mr. Montague on October 18. According to **REDACTED**, **REDACTED** told her that she went to a party at the basketball house on Saturday night October 18. She saw Mr. Montague and told him that she knew they had sex last time they were together but she did not want to do that again. She wanted to hook up but not have sex. He said that would be OK but then he ignored her. **REDACTED** told **REDACTED** that she and Mr. Montague were hooking up in his room. He was on top of her. He was very drunk and she was relatively sober. She said she didn't want to have sex and he went ahead anyway. She resisted but he continued. He did not use a condom. After he was finished, he apologized and told **REDACTED** that he knew she didn't want that.

**REDACTED** stated that she was concerned about **REDACTED** reaction to the events with Mr. Montague, but she knows **REDACTED** to be a person who presents herself as doing fine and who is able to compartmentalize bad experiences. Last spring she gave up **REDACTED** in order to stay away from Mr. Montague, which was a big disruption in her life. According to **REDACTED**, **REDACTED** has seemed more stressed and unhappy this fall. **REDACTED** also reported an event in early November 2015 in which **REDACTED** were at a party at the football house. **REDACTED** told **REDACTED** that she noticed Mr. Montague was also there. **REDACTED** was aware that Mr. Montague had agreed to stay away from **REDACTED** and to leave anyplace that they ended up together. She asked **REDACTED** if she wanted **REDACTED** to ask Mr. Montague to leave. At **REDACTED** request, **REDACTED** approached Mr. Montague and told him that he needed to leave the party because **REDACTED** was there. Mr. Montague responded that he was a senior and he was at this party with his friends. He stated that it had been a year since he had seen **REDACTED** and if she wanted to talk to him she could do so herself. **REDACTED** told Mr. Montague he had to leave because "you raped her." The altercation ended when **REDACTED** boyfriend intervened. He told Mr. Montague he should leave. Mr. Montague did not leave but he did not approach **REDACTED** for the remainder of the party.

> **Comment [SS12]:** I'm not sure I understand what you are trying to communicate in the first sentence and whether it rela to the point made in the second.

**REDACTED** is a close friend and suitemate of **REDACTED**. Prior to October 2014, she knew who Mr. Montague was based on the fact that both were athletes and because they had some mutual friends. **REDACTED** is not a friend of Mr. Montague. **REDACTED** reported that she was with **REDACTED** on Saturday, October 18, 2014. **REDACTED** had two high school friends visiting her that weekend to attend the Yale football game. After the game, **REDACTED** and her friends were hanging out in the suite and **REDACTED** joined them sometime in the evening. At about 10:30 or 11:00 pm, **REDACTED** two friends went together to a party at the basketball house, where Mr. Montague lived. They saw Mr. Montague at the party and **REDACTED** went to talk with him. **REDACTED** and her friends were

13

socializing with other people. After an hour or more, they decided they were ready to leave and go to another party at Zeta Psi fraternity. **REDACTED** did not want to go without **REDACTED**, or at least without knowing where **REDACTED** was. **REDACTED** **REDACTED** texted, "Where are you? Come outside. We are going to leave."[14] **REDACTED** **REDACTED** texted back, "I'm with Jack. I'm fine." **REDACTED** knew that **REDACTED** had been with Mr. Montague before. She knew that **REDACTED** had no romantic feelings for him but she was sexually attracted to him. **REDACTED** was not completely comfortable leaving the party without **REDACTED** text was clear and coherent, so **REDACTED** felt that her friend was not too drunk and was making a conscious decision to remain at the party with Mr. Montague. **REDACTED** **REDACTED** left with her high school friends, spent some time at the Zeta party and then went back to the suite. When **REDACTED** got home it was 1:00 or 1:30 am and **REDACTED** **REDACTED** was not there.

**REDACTED** and her friends woke up early, at 9:00 or 9:30 am, and went out to breakfast. **REDACTED** did not see **REDACTED** before she left the suite but she did not know if **REDACTED** had come back late and was in her room or if she was still out. **REDACTED** came back to the suite without her visiting friends at around 11:30 am or noon and found **REDACTED** in the common room crying with some of their other suitemates. **REDACTED** was very upset. She was saying things about her night with Mr. Montague, such as, "I told him I didn't want sex," "I told him no," "He was on top," and "I couldn't push him off." Later that day or the next day, **REDACTED** **REDACTED** more details about what had happened. She explained that after **REDACTED** and her friends had left the basketball house, and before **REDACTED** **REDACTED** went with Mr. Montague to his room, she told him specifically that she wanted to hook up and talk but she didn't want to have sex, but Mr. Montague didn't listen. **REDACTED** also told **REDACTED** that after having sex, Mr. Montague got dressed and went downstairs where some of his friends were gathered. **REDACTED** **REDACTED** followed him and did what he told her to do because she felt confused and out of control and didn't know what else to do. She went to Toad's with people she didn't know. She left Toad's and came back to **REDACTED** but didn't want to come inside her suite so she called Mr. Montague and went back to his house with him. She then returned home to **REDACTED** in the morning. According to **REDACTED** **REDACTED** this type of passive, confused behavior is not typical for **REDACTED**

**REDACTED** also reported that after **REDACTED** encounter with Mr. Montague on October 18, **REDACTED** was highly reactive whenever she saw Mr. Montague on campus. She would become irritable and cranky, which was not like her. She quit **REDACTED** because she did not want to see Mr. Montague or **REDACTED** him. **REDACTED** has been anxious about going out because she knows that Mr. Montague could pop up anywhere. **REDACTED** friends have been careful to watch for Mr. Montague and to stay close to **REDACTED** whenever they go places that he might be. They try to find alternative locations to go out so that they will not run into him.

---

[14] Neither **REDACTED** provided these text messages. Their description of the messages is similar and does not conflict with any statement of Mr. Montague.

Confidential                                                                                                    YALE00008996

In the fall of 2015, **REDACTED** told **REDACTED** that she was thinking about how it had been nearly a year since her encounter with Mr. Montague and she was having nightmares again. At around the same time, Title IX Coordinator Angela Gleason asked to speak with **REDACTED** about an unrelated incident. **REDACTED** met with Ms. Gleason on September 21, 2015. At the end of their conversation, Ms. Gleason asked **REDACTED** if she had any questions. **REDACTED** told Ms. Gleason about what had happened to **REDACTED** and asked Ms. Gleason what to do to help her friend. **REDACTED** told Ms. Gleason Mr. Montague's name but not **REDACTED** Ms. Gleason urged **REDACTED** to talk with her friend about coming forward and reporting the incident. **REDACTED** waited a few weeks to talk with **REDACTED** because she wasn't sure what **REDACTED** reaction would be, but she did talk with **REDACTED** on October 15. **REDACTED** was nervous about talking to Ms. Gleason and asked **REDACTED** to reach out again and ask some questions for her before she decided whether to meet with Ms. Gleason. On October 16, **REDACTED** met again with Ms. Gleason to discuss the situation involving **REDACTED** but **REDACTED** still did not reveal her name. Ms. Gleason suggested various options that **REDACTED** could offer her friend, including the idea of making an anonymous complaint. This could result in a conversation between Ms. Gleason and Mr. Montague and a referral of Mr. Montague to sensitivity training, to help him avoid repeating his behavior with anyone else. **REDACTED** told **REDACTED** about her conversation with Ms. Gleason and **REDACTED** liked the idea of having Mr. Montague referred to sensitivity training. **REDACTED** then went to talk with Ms. Gleason.

**REDACTED** is a good friend of **REDACTED** She graduated from Yale in the spring of 2015. **REDACTED** is the person who recruited **REDACTED** to the **REDACTED** **REDACTED** and also to the **REDACTED** knows who Mr. Montague is but is not a friend of his. She knew **REDACTED** had several sexual encounters with Mr. Montague but **REDACTED** never saw them together. **REDACTED** was at the **REDACTED** sponsored event at Toad's Place on September 24, 2014. **REDACTED** reported that she came to the event with **REDACTED** and they took pictures together at the beginning of the party but **REDACTED** had no specific memories of **REDACTED** at the event later in the evening. **REDACTED** did not see how much alcohol **REDACTED** drank or how her behavior may have been affected by alcohol. She did not see **REDACTED** **REDACTED** with Mr. Montague.

**REDACTED** was with **REDACTED** on the night of October 18, 2014. They went together to a birthday party for two friends, which took place at Sig Nu fraternity. It was not a big party and there was not a lot of alcohol served there. **REDACTED** **REDACTED** stayed at this party for about an hour or an hour and a half. After they left, **REDACTED** went home and **REDACTED** went out with other friends. **REDACTED** did not attend the party at Mr. Montague's house that night and did not see **REDACTED** after they left Sig Nu. The next day, **REDACTED** texted **REDACTED** to ask how the rest of her night had been. **REDACTED** told her over text message that the night was terrible. She had told Mr. Montague she did not want to have sex but he went ahead anyway. She was not able to push him away. Afterwards he apologized and said he knew she had not wanted that. **REDACTED** said she had been feeling so upset she was physically ill all morning (Exhibit F). **REDACTED** tried to be supportive

15

of her friend. Later, REDACTED decided that she could not continue on the REDACTED because she did not want to see or REDACTED Mr. Montague (Exhibit F).

**Comment [AM13]:** It would be helpful to include here, if it's available, the date when REDACTED resigned from REDACTED

REDACTED is a close friend of Mr. Montague. He graduated from Yale College in 2015. Last year he was REDACTED and a housemate of Mr. Montague. REDACTED was present at the basketball house on both occasions when REDACTED attended parties there and stayed overnight with Mr. Montague. REDACTED REDACTED stated that Mr. Montague had several encounters with REDACTED in the fall of 2014, and he believed she stayed overnight at their house somewhere between two and five times. REDACTED knew that Mr. Montague was having a sexual relationship with REDACTED but he did not personally observe much of their interaction. What interactions he did see seemed positive.

REDACTED described the basketball house as an active house that hosted a lot of large parties. When they hosted parties, the house was usually crowded and loud. They served a lot of alcoholic beverages. REDACTED had no specific memories of Mr. Montague and REDACTED at the party on October 18, 2014. He did not see how they were touching or interacting and he had no personal knowledge of how REDACTED REDACTED came to stay overnight or the nature of her sexual contact with Mr. Montague.

REDACTED reported that a few days or a week after October 18, Mr. Montague came to him upset because something bad was going on with REDACTED She had texted Mr. Montague and asked to meet for a conversation. Her tone was serious and different than she had been before. Mr. Montague was worried that she was upset with him about something and he didn't know what it was. Mr. Montague worried that perhaps she thought she was pregnant. Mr. Montague arranged to meet REDACTED to discuss what was on her mind, and afterwards he came to REDACTE REDACTED again and told him that REDACTED had said she had not wanted to have sex that night and was disappointed that it had happened. Mr. Montague was shocked that she felt that way because it had been his impression that she was having a good time and wanted to do everything that they did sexually.

Early in November of 2015, Mr. Montague called REDACTED on the phone to tell him about another shocking allegation concerning REDACTED This time Mr. Montague reported that he had been at a party and a girl he did not know came up to him and told him he had to leave right away because REDACTED was there. The girl yelled at him and said that he had raped REDACTED Mr. Montague was completely taken aback because he had done no such thing. Moreover, Mr. Montague did not think REDACTED herself, had accused him of raping her when they had met the previous fall and so he could not understand how this unknown girl could make such an accusation in a public place. A few days later, Mr. Montague received notice that a complaint had been filed with the UWC. Mr. Montague has been very upset about the accusation, which he believes is untrue and unfair, and potentially extremely harmful to him.

16

Angela Gleason is the Title IX Coordinator for Yale College. She first heard about the events involved in the current complaint when she met with **REDACTED** friend **REDACTED** in connection with a completely unrelated incident. **REDACTED** told her about **REDACTED** but did not reveal **REDACTED** Ms. Gleason encouraged **REDACTED** to suggest that **REDACTED** come forward to talk with Ms. Gleason.

On October 19, 2014, **REDACTED** met with Ms. Gleason. **REDACTED** told Ms. Gleason that she told Mr. Montague she did not want to have intercourse but he continued anyway. **REDACTED** focused mainly on how she felt afterward. She told Ms. Gleason that on the night of this incident, after having nonconsensual sex with her, Mr. Montague had tried to manipulate her to make her feel differently by telling her how wonderful she was. **REDACTED** told Ms. Gleason that she had been seeing Mr. Montague around campus more this fall than last spring and that was difficult for her. Ms. Gleason listened to determine what **REDACTED** wanted from her and thought that it might be possible to arrange a no contact agreement without any formal complaint. Ms. Gleason told **REDACTED** that it is important for Mr. Montague to understand the University's consent policy and one option would be for Ms. Gleason to sit down with him, tell him there has been a complaint against him and suggest that he participate in training to make sure he does understand that policy. She told **REDACTED** that she would have to check to see if Mr. Montague was known to the Title IX Coordinators and would consult with other Coordinators in order to determine if it would be appropriate to address this incident with sensitivity training. She also agreed to report back to **REDACTED** about the results of any conversation with Mr. Montague.

After consultation with other Title IX Coordinators, Ms. Gleason found out that Mr. Montague had already participated in a full semester of sensitivity training and so it did not make sense to ask him to repeat that intervention. She met with **REDACTED** **REDACTED** again on November 10, 2015 and informed her that Mr. Montague was aware of the University's policy on consent. Ms. Gleason told **REDACTED** that the incident she had reported was serious and could warrant a formal complaint. A Title IX Coordinator could bring the complaint if **REDACTED** was willing to participate as a witness. **REDACTED** agreed to cooperate on this basis.

Discussion and Summary

This case concerns a single episode of sexual intercourse that occurred after two or three prior casual sexual encounters between **REDACTED** and Mr. Montague. **REDACTED** **REDACTED** claims that the incident in question took place over her express verbal objection and physical resistance. Mr. Montague claims that she consented to all of sexual activity that took place that night. The parties' descriptions of the events differ significantly. **REDACTED** reports at least three specific times that she told Mr. Montague that she did not want to "have sex," which he denies. She also reports that he apologized after having intercourse and said he knew she didn't want that; he also denies this statement. **REDACTED** reports many additional details about the night that Mr. Montague does not remember but does not deny, including that

17

they both left Mr. Montague's house after their sexual encounter, went to other places and then returned to Mr. Montague's house for the remainder of the night.

There are no direct witnesses to the sexual encounter between the parties on October 18-19, 2014. The central events occurred when the parties were alone outside Mr. Montague's house, in Mr. Montague's car and in his bedroom. No one else heard **REDACTED** tell Mr. Montague that she wanted to "hook up" but not "have sex." **REDACTED** friends' testimony does corroborate her statements in that all five friends I interviewed report that in the day or two after October 18, **REDACTED** **REDACTED** told them that she had told Mr. Montague she did not want sex but he continued over her objection. Their testimony is consistent with her statements that she told him "no" many times, she tried to push him away physically and that he apologized afterwards. **REDACTED** written narrative (Exhibit D) is also consistent with her current statement, however the document is undated and cannot definitively be taken as a contemporaneous record. The text thread with **REDACTED** **REDACTED** (Exhibit F) also appears to be a contemporaneous written record but it is not date and time stamped and so cannot be confirmed as being written on October 19, 2014.

**Comment [SS14]:** Who provided this text thread? **REDACTED** Do each confirm that it is accurate and when it was written and received?

Both parties used the term "have sex" to describe having vaginal intercourse. Mr. Montague does not claim that he was confused by **REDACTED** use of the terms "hook up" in distinction to "have sex." Rather, he denies that she made any such stipulations about the activity she was consenting to. According to him, when she consented to intercourse on September 24 and October 18, 2014, she did so in response to his question whether she wanted to "have sex."

The parties also dispute the content and meaning of their discussion outside Davenport College on October 28, 2014. According to **REDACTED** she told Mr. Montague clearly that she had not wanted sexual intercourse on October 28 and he had ignored her. According to Mr. Montague she said only that she had not wanted to have sex and was disappointed in what happened, which he interpreted as a statement of her regret and not an accusation of wrongdoing. Mr. Montague's position is that **REDACTED** consented to intercourse on October 18 and that her behavior afterwards is inconsistent with her claim that she objected. He suggests that this panel should consider **REDACTED** return to Mr. Montague's house as evidence that she was not unhappy with what had happened earlier in the night.

It is for this panel to determine which party's version of the events of October 18-19, 2014 is more likely to be true.

Respectfully submitted,

Miriam Berkman, JD, LCSW
Impartial Fact-Finder

18

Confidential YALE00009000

19

Confidential
YALE00009001