Message

| | |
|---|---|
| **From**: | Menon, Alice [aley.menon@yale.edu] |
| **Sent**: | 1/8/2016 10:40:56 AM |
| **To**: | Miriam Berkman [mberkman900@gmail.com] |
| **CC**: | Danilowitz, Ilana [lani.danilowitz@yale.edu]; David M. Post [david.post@yale.edu]; Sawyer, Susan [susan.sawyer@yale.edu] |
| **Subject**: | draft report |

Thanks, Miriam. I agree with Susan and David's comments. I do think it would be helpful to the panel to have you interview the graduate student if possible. The hearing in this case is scheduled for Thursday, January 21, so we have some time for follow up.

**From:** "David M. Post" <david.post@yale.edu>
**Date:** Friday, January 8, 2016 at 8:58 AM
**To:** Miriam Berkman <mberkman900@gmail.com>, Aley Menon <aley.menon@yale.edu>, "Sawyer, Susan" <susan.sawyer@yale.edu>
**Cc:** "Danilowitz, Ilana" <lani.danilowitz@yale.edu>
**Subject:** Re: draft report

Good morning Miriam,

Thank you. Some thoughts below.

Sincerely,
David.
On 1/7/2016 7:00 PM, Miriam Berkman wrote:
Dear Aley, David and Susan,

Attached is a revised report in the Montague case. I have accepted all of your changes and have tried to address your comments. There are a few comments that I don't have adequate information to address or I'm not sure if my solution really answers the question:

1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ She did not report this to me but does say so in her written account (Ex. D). I didn't recognize the discrepancy and didn't ask her about it when I interviewed her. I have tried to get back in touch with her for a few last minute details but she hasn't responded since she was away on break. I don't think it is worth delaying the report and the panel can address it with her if they want. But if you prefer, I will try again to resolve this with [REDACTED] If you think it is worthwhile, I can also note the discrepancy in a footnote.

We will ask her about this at the hearing.


2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I did not think of this and did not ask for the witness's name. I can pursue this with [REDACTED] if you think it is important enough to take more time. It is really up to you.

It would be very helpful to know this before the hearing but it is not essential given the other witnesses.

3. I think I have addressed the confusion at p.8 of the report re: what ^REDAC said about what sort of training she thought JM had already received by just deleting the word "consent" and leaving it as "training." Please see if this is adequate. ^REDACT didn't really know what had been given before except that it was related to a previous incident and the fact that it had been given made it inappropriate to send him for more training now.

Good.


4. ███████████████████████████████████████████████████ I didn't ask. this was on my list of details to check but I was not able to reach her since she left town. Again, I can keep trying or I can leave this for the panel. Let me know what you prefer.

I would prefer to have this in the report but the panel can address if ^REDACT does not respond.



I have attached both a new word version and a PDF in case you do not think it is worth pursuing more details with ^REDACTED

Thanks for your comments. As always you are all helpful.

Regards,
Miriam

On Thu, Jan 7, 2016 at 3:29 PM, Menon, Alice <aley.menon@yale.edu> wrote:
Dear Miriam,

Thank you again for your report. Our few suggestions are attached. Please give me a call if you wish to discuss.

Sincerely,

Aley


--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu