Message

| | |
|---|---|
| **From:** | Menon, Alice [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEY.MENON] |
| **Sent:** | 1/8/2016 10:41:02 AM |
| **To:** | Miriam Berkman [mberkman900@gmail.com] |
| **CC:** | Danilowitz, Ilana [lani.danilowitz@yale.edu]; David M. Post [david.post@yale.edu]; Sawyer, Susan [susan.sawyer@yale.edu] |
| **Subject:** | Re: draft report |

Thanks, Miriam. I agree with Susan and David's comments. I do think it would be helpful to the panel to have you interview the graduate student if possible. The hearing in this case is scheduled for Thursday, January 21, so we have some time for follow up.

**From:** "David M. Post" <david.post@yale.edu>
**Date:** Friday, January 8, 2016 at 8:58 AM
**To:** Miriam Berkman <mberkman900@gmail.com>, Aley Menon <aley.menon@yale.edu>, "Sawyer, Susan" <susan.sawyer@yale.edu>
**Cc:** "Danilowitz, Ilana" <lani.danilowitz@yale.edu>
**Subject:** Re: draft report

Good morning Miriam,

Thank you. Some thoughts below.

Sincerely,
David.
On 1/7/2016 7:00 PM, Miriam Berkman wrote:
Dear Aley, David and Susan,

Attached is a revised report in the Montague case. I have accepted all of your changes and have tried to address your comments. There are a few comments that I don't have adequate information to address or I'm not sure if my solution really answers the question:



We will ask her about this at the hearing.



It would be very helpful to know this before the hearing but it is not essential given the other witnesses.

Confidential                                            YALE00012313

[REDACTED]

Good.

[REDACTED]

I would prefer to have this in the report but the panel can address if REDACT does not respond.

I have attached both a new word version and a PDF in case you do not think it is worth pursuing more details with REDACT

Thanks for your comments. As always you are all helpful.

Regards,
Miriam

On Thu, Jan 7, 2016 at 3:29 PM, Menon, Alice <aley.menon@yale.edu> wrote:
Dear Miriam,

Thank you again for your report. Our few suggestions are attached. Please give me a call if you wish to discuss.

Sincerely,

Aley


--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu