<mark>Case 3:16-cv-00885-AVC   Document 89-16   Filed 05/16/17   Page 1 of 2</mark>

[redacted] If this is not enough, let me know and thanks so much for your help.

Best,

SSS

Stephanie S. Spangler, M.D.
Deputy Provost for Health Affairs and Academic Integrity
Clinical Professor of Obstetrics and Gynecology
University Title IX Coordinator

Telephone:   203-432-4446
Fax:              203-432-8139

**From:** Conroy, Thomas
**Sent:** Tuesday, March 01, 2016 5:59 PM
**To:** Spangler, Stephanie <stephanie.spangler@yale.edu>; O'Connor, Eileen <eileen.oconnor@yale.edu>; Sawyer, Susan <susan.sawyer@yale.edu>; David M. Post <david.post@yale.edu>
**Subject:** Jezebel

This is the followup from the Jezebel reporter, who knows we are saying nothing about the player. [redacted]

Tom

# Hi Tom, thanks for getting back to me.

I was hoping to clarify with Stephanie what exactly Title IX requires of Yale in terms of confidentiality on behalf of the accused, and whether the Yale executive committee abides by a "three strikes and you're out" -type rule—for example, is there a certain number of times a student can be "excommed" that translates to automatic expulsion?

Thanks,
Ellie

--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu

--
David M. Post
Professor of Ecology and Evolutionary Biology

<mark>Confidential                                                                                                                                               YALE00016688</mark>

Clinical Professor of Obstetrics and Gynecology
University Title IX Coordinator

Telephone:   203-432-4446
Fax:         203-432-8139

**From:** Conroy, Thomas
**Sent:** Tuesday, March 01, 2016 5:59 PM
**To:** Spangler, Stephanie <stephanie.spangler@yale.edu>; O'Connor, Eileen <eileen.oconnor@yale.edu>; Sawyer, Susan <susan.sawyer@yale.edu>; David M. Post <david.post@yale.edu>
**Subject:** Jezebel

This is the followup from the Jezebel reporter, who knows we are saying nothing about the player. She is obviously confusing the college's Executive Committee with the UWC, and I will point her to the info on UWC, but need guidance on the other points.
Tom

Hi Tom, thanks for getting back to me.

I was hoping to clarify with Stephanie what exactly Title IX requires of Yale in terms of confidentiality on behalf of the accused, and whether the Yale executive committee abides by a "three strikes and you're out" -type rule—for example, is there a certain number of times a student can be "excommed" that translates to automatic expulsion?

Thanks,
Ellie

--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu

--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu