2016-02-26 20:18:57 -05:00 <Alice Menon <"+1 203-598-6813">>: Apparently it says 'Gucci' above the 4 and Yale is spelled backwards on the front
{chats\iMessage +12033617293\attachments35\IMG_9345.jpeg}
2016-02-26 20:12:46 -05:00 <"+1 203-361-7293">: Crud (my polite response). Not acceptable.

Would you ask her to take a photo if she is there and can do it without causing herself problems?

I'll put the game on and look for myself.
2016-02-26 20:02:02 -05:00 <Alice Menon <"+1 203-598-6813">>: I heard from Sarah Mahurin that the team is wearing Jack's number on their warm-up shirts at the game
2016-02-26 20:26:36 -05:00 <Alice Menon <"+1 203-598-6813">>: And it shouldn't happen at tomorrow night's game.
2016-02-26 20:24:22 -05:00 <Alice Menon <"+1 203-598-6813">>: I agree
2016-02-26 20:24:20 -05:00 <"+1 203-361-7293">: Thought Susan?
2016-02-26 20:23:53 -05:00 <"+1 203-361-7293">: Hum. I see the front on tv. We need to talk to the coach. Or have the athletic director talk to him. That should have never happened.
2016-02-26 20:20:41 -05:00 <Alice Menon <"+1 203-598-6813">>: One correction, Sarah said Yale is in backward letters on the front of their shirts
2016-02-26 20:42:01 -05:00 <"+1 203-361-7293">: Yup. I agree. I just sent Jonathan a text.
2016-02-26 20:35:20 -05:00 <Susan Sawyer <"+1 203-376-3828">>: ███████████████████████████████████████████
2016-02-26 20:28:56 -05:00 <"+1 203-361-7293">: I agree.  Just got a good look on tv. I am not happy about this. Do I (or Susan) talk to the coach or athletic director? Jonathan? Peter? All of us?

Confidential                                                                                                                    YALE00016892

**Subject:**   2016-02-26 20:18:57 -05:00: +1 203-598-6813 -> []
**From:**   Alice Menon <"+1 203-598-6813">
**Received:**        Fri, 26 Feb 2016 19:18:57 -0600

Apparently it says 'Gucci' above the 4 and Yale is spelled backwards on the front

Confidential                                                                                                                                  YALE00016893



Confidential
YALE00016894

**Subject:** 2016-02-26 20:12:46 -05:00: +1 203-361-7293 -> []
**From:** "+1 203-361-7293"
**Received:** Fri, 26 Feb 2016 19:12:46 -0600

Crud (my polite response). Not acceptable.

Would you ask her to take a photo if she is there and can do it without causing herself problems?

I'll put the game on and look for myself.

Confidential                                                                                                                                                                                                                                             YALE00016895

**Subject:** 2016-02-26 20:02:02 -05:00: +1 203-598-6813 -> []
**From:** Alice Menon <"+1 203-598-6813">
**Received:** Fri, 26 Feb 2016 19:02:02 -0600

I heard from Sarah Mahurin that the team is wearing Jack's number on their warm-up shirts at the game

Confidential                                                                                                                                           YALE00016896

**Subject:** 2016-02-26 20:26:36 -05:00: +1 203-598-6813 -> []
**From:** Alice Menon <"+1 203-598-6813">
**Received:** Fri, 26 Feb 2016 19:26:36 -0600

And it shouldn't happen at tomorrow night's game.

Confidential
YALE00016897

**Subject:**  2016-02-26 20:24:22 -05:00: +1 203-598-6813 -> []
**From:**  Alice Menon <"+1 203-598-6813">
**Received:**  Fri, 26 Feb 2016 19:24:22 -0600

I agree

Confidential  YALE00016898

**Subject:**   2016-02-26 20:23:53 -05:00: +1 203-361-7293 -> []
**From:**   "+1 203-361-7293"
**Received:**         Fri, 26 Feb 2016 19:23:53 -0600

Hum. I see the front on tv. We need to talk to the coach. Or have the athletic director talk to him. That should have never happened.

Confidential                                                                                                                                                   YALE00016899

**Subject:**   2016-02-26 20:20:41 -05:00: +1 203-598-6813 -> []
**From:**   Alice Menon <"+1 203-598-6813">
**Received:**       Fri, 26 Feb 2016 19:20:41 -0600

One correction, Sarah said Yale is in backward letters on the front of their shirts

Confidential                                                                                                          YALE00016900

**Subject:**   2016-02-26 20:42:01 -05:00: +1 203-361-7293 -> []
**From:**   "+1 203-361-7293"
**Received:**        Fri, 26 Feb 2016 19:42:01 -0600

Yup. I agree. I just sent Jonathan a text.

Confidential
YALE00016901

**Subject:**   2016-02-26 20:35:20 -05:00: +1 203-376-3828 -> []
**From:**   Susan Sawyer <"+1 203-376-3828">
**Received:**   Fri, 26 Feb 2016 19:35:20 -0600

I think it's a Peter and Jonathan to Tom Beckett matter. They are going to do him more harm than good.

Confidential                                                                                                                                                             YALE00016902