Message

| | |
|---|---|
| **From**: | Menon, Alice [aley.menon@yale.edu] |
| **Sent**: | 2/1/2016 4:31:20 PM |
| **To**: | Sawyer, Susan [susan.sawyer@yale.edu] |
| **Subject**: | Extension for Response to Panel Report |

Thanks, Susan.

**From:** "Sawyer, Susan" <susan.sawyer@yale.edu>
**Date:** Monday, February 1, 2016 at 4:29 PM
**To:** Aley Menon <aley.menon@yale.edu>
**Subject:** Re: Extension for Response to Panel Report



Susan Sawyer
Senior Associate General Counsel
Yale University
Office of the Vice President and General Counsel
2 Whitney Avenue, 6th Floor
New Haven, CT 06510

Tel: (203)432-4949
Fax: (203) 432-7960
Email: susan.sawyer@yale.edu


**From:** "Menon, Alice" <aley.menon@yale.edu>
**Date:** Monday, February 1, 2016 at 4:26 PM
**To:** Susan Sawyer <susan.sawyer@yale.edu>
**Subject:** Re: Extension for Response to Panel Report



Aley Menon, JD
Secretary
University-Wide Committee on Sexual Misconduct
Office of the Provost – Yale University
55 Whitney Avenue – Suite 260
New Haven, CT 06510
T: 203.432.4441/F: 203-432-9557
E: aley.menon@yale.edu

**From:** Jack Montague <jack.montague@yale.edu>
**Date:** Monday, February 1, 2016 at 12:31 PM
**To:** Aley Menon <aley.menon@yale.edu>
**Cc:** "Jones, James" <j.jones@yale.edu>
**Subject:** Extension for Response to Panel Report

Hi Aley,

I have received the response from the panel and with the outcome of their decision, I would like to ask for an extension to respond. With this, there is a lot of things running through my head in addition to classes starting and basketball being in the heat of the season. I am asking for an extension of a week and a half added to the 3 days that are given to me. I think this amount of time will allow me to meet with my advisor as well as an attorney to clearly come up with a proper response to the panel's findings from the meeting. Thank you.

Best,
Jack Montague

Message

| | |
|---|---|
| From: | Menon, Alice [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEY.MENON] |
| Sent: | 2/9/2016 1:36:32 PM |
| To: | Sawyer, Susan [susan.sawyer@yale.edu] |
| Subject: | Re: UWC Queries |

Good, thanks.

-Aley

**From:** "Sawyer, Susan" <susan.sawyer@yale.edu>
**Date:** Tuesday, February 9, 2016 at 10:47 AM
**To:** Aley Menon <aley.menon@yale.edu>
**Subject:** Re: UWC Queries

How about this Aley?



Susan Sawyer
Senior Associate General Counsel
Yale University
Office of the Vice President and General Counsel
2 Whitney Avenue, 6th Floor
New Haven, CT 06510

Tel: (203)432-4949
Fax: (203) 432-7960
Email: susan.sawyer@yale.edu

Confidential
YALE00012287

**From:** "Menon, Alice" <aley.menon@yale.edu>
**Date:** Monday, February 8, 2016 at 5:21 PM
**To:** Susan Sawyer <susan.sawyer@yale.edu>
**Subject:** FW: UWC Queries

For your review.



**From:** "David M. Post" <david.post@yale.edu>
**Date:** Monday, February 8, 2016 at 1:21 PM
**To:** "Holloway, Jonathan" <jonathan.holloway@yale.edu>, Aley Menon <alice.menon@yale.edu>
**Subject:** Re: UWC Queries

Hello Jonathan,

I can address some of this by email. I'll call Lara for a time to speak about the rest.

As our procedures specify, the panel was informed of the previous UWC case before voting on the conclusion that he violated university policy in this case (before deciding on culpability). Aley told us about the nature of the sexual misconduct in that case and the penalty.

The panel was informed of his ExCom history before voting on the recommended penalty (after voting on culpability). Again, Aley told us about the nature of the violation and the penalty.

Aley can chime in on what would be appropriate for you to have/know about the previous cases. As I am the chair of this panel, I need to avoid knowing more than the rest of the panel.

Cheers,
David.

On 2/8/2016 1:01 PM, Holloway, Jonathan wrote:
Good afternoon,

I've now read all of the files associated with the Montague-REDACTED case. David, are you able to tell me the extent to which the committee considered Montague's disciplinary history? Did that history affect the committee's conclusion? Am I able to get a copy, at least of the fact finder's report, for that first offense?

Related to this, to what extent did Montague's ExCom history play a role in the committee's conclusion? Is it appropriate for me to reach out to ExCom for further details?

Happy to talk on the phone about all of this. I've not copied Lara in, but, as you know, she'll be able to find a time to talk as needed.

Thank you,
Jonathan

Sent from my iPad

--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu

| Message | |
|---|---|
| **From:** | Menon, Alice [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEY.MENON] |
| **Sent:** | 2/9/2016 10:04:13 AM |
| **To:** | Sawyer, Susan [susan.sawyer@yale.edu] |
| **Subject:** | Re: UWC Queries |

Good morning, Susan,

The YPD report and ExCom decision are attached. Shall I call you in a few minutes to discuss?

Aley

**From:** "Sawyer, Susan" <susan.sawyer@yale.edu>
**Date:** Monday, February 8, 2016 at 6:35 PM
**To:** Aley Menon <aley.menon@yale.edu>
**Subject:** Re: UWC Queries

Susan Sawyer
Senior Associate General Counsel
Yale University
Office of the Vice President and General Counsel
2 Whitney Avenue, 6th Floor
New Haven, CT 06510

Tel: (203)432-4949
Fax: (203) 432-7960
Email: susan.sawyer@yale.edu


**From:** "Menon, Alice" <aley.menon@yale.edu>
**Date:** Monday, February 8, 2016 at 5:21 PM
**To:** Susan Sawyer <susan.sawyer@yale.edu>
**Subject:** FW: UWC Queries

For your review.





**From:** "David M. Post" <david.post@yale.edu>
**Date:** Monday, February 8, 2016 at 1:21 PM
**To:** "Holloway, Jonathan" <jonathan.holloway@yale.edu>, Aley Menon <alice.menon@yale.edu>
**Subject:** Re: UWC Queries

Hello Jonathan,

I can address some of this by email. I'll call Lara for a time to speak about the rest.

As our procedures specify, the panel was informed of the previous UWC case before voting on the conclusion that he violated university policy in this case (before deciding on culpability). Aley told us about the nature of the sexual misconduct in that case and the penalty.

The panel was informed of his ExCom history before voting on the recommended penalty (after voting on culpability). Again, Aley told us about the nature of the violation and the penalty.

Aley can chime in on what would be appropriate for you to have/know about the previous cases. As I am the chair of this panel, I need to avoid knowing more than the rest of the panel.

Cheers,
David.
On 2/8/2016 1:01 PM, Holloway, Jonathan wrote:
Good afternoon,

I've now read all of the files associated with the Montague-REDACTED case. David, are you able to tell me the extent to which the committee considered Montague's disciplinary history? Did that history affect the committee's conclusion? Am I able to get a copy, at least of the fact finder's report, for that first offense?

Related to this, to what extent did Montague's ExCom history play a role in the committee's conclusion? Is it appropriate for me to reach out to ExCom for further details?

Happy to talk on the phone about all of this. I've not copied Lara in, but, as you know, she'll be able to find a time to talk as needed.

Thank you,
Jonathan

Sent from my iPad

--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu