| Message | |
|---|---|
| From: | O'Connor, Eileen [eileen.oconnor@yale.edu] |
| Sent: | 3/1/2016 10:13:20 PM |
| To: | David M. Post [david.post@yale.edu] |
| CC: | Sawyer, Susan [susan.sawyer@yale.edu]; Spangler, Stephanie [stephanie.spangler@yale.edu]; Conroy, Thomas [tom.conroy@yale.edu]; Dreier, Alexander [alexander.dreier@yale.edu] |
| Subject: | Re: Jezebel |

[redacted]

Eileen

Sent from my iPhone

On Mar 1, 2016, at 6:39 PM, David M. Post <david.post@yale.edu> wrote:

[redacted]

Cheers,
David

On 3/1/2016 6:32 PM, Sawyer, Susan wrote:

[redacted]

Susan Sawyer
Senior Associate General Counsel
Yale University
Office of the Vice President and General Counsel
2 Whitney Avenue, 6th Floor
New Haven, CT 06510

Tel: (203)432-4949
Fax: (203) 432-7960
Email: susan.sawyer@yale.edu


From: "David M. Post" <david.post@yale.edu>
Date: Tuesday, March 1, 2016 at 6:27 PM
To: Susan Sawyer <susan.sawyer@yale.edu>, "Spangler, Stephanie" <stephanie.spangler@yale.edu>, "Conroy, Thomas" <tom.conroy@yale.edu>, "O'Connor, Eileen" <eileen.oconnor@yale.edu>

Confidential                                                                                              YALE00016686

**Cc:** "Dreier, Alexander" <alexander.dreier@yale.edu>
**Subject:** Re: Jezebel

Ships (emails) crossing and all that.



Cheers,
David.
On 3/1/2016 6:20 PM, Sawyer, Susan wrote:

Susan Sawyer
Senior Associate General Counsel
Yale University
Office of the Vice President and General Counsel
2 Whitney Avenue, 6th Floor
New Haven, CT 06510

Tel: (203)432-4949
Fax: (203) 432-7960
Email: susan.sawyer@yale.edu



**From:** "Spangler, Stephanie" <stephanie.spangler@yale.edu>
**Date:** Tuesday, March 1, 2016 at 6:16 PM
**To:** "Conroy, Thomas" <tom.conroy@yale.edu>, "O'Connor, Eileen" <eileen.oconnor@yale.edu>, Susan Sawyer <susan.sawyer@yale.edu>, "David M. Post" <david.post@yale.edu>
**Cc:** "Spangler, Stephanie" <stephanie.spangler@yale.edu>
**Subject:** RE: Jezebel

Dear Tom,

██████████████████████████████████ If this is not enough, let me know and thanks so much for your help.

Best,

SSS

Stephanie S. Spangler, M.D.
Deputy Provost for Health Affairs and Academic Integrity
Clinical Professor of Obstetrics and Gynecology
University Title IX Coordinator

Telephone:   203-432-4446
Fax:              203-432-8139

**From:** Conroy, Thomas
**Sent:** Tuesday, March 01, 2016 5:59 PM
**To:** Spangler, Stephanie <stephanie.spangler@yale.edu>; O'Connor, Eileen <eileen.oconnor@yale.edu>; Sawyer, Susan <susan.sawyer@yale.edu>; David M. Post <david.post@yale.edu>
**Subject:** Jezebel

This is the followup from the Jezebel reporter, who knows we are saying nothing about the player. ███████████████████████████████████████████████████████████████████████

Tom

# Hi Tom, thanks for getting back to me.

I was hoping to clarify with Stephanie what exactly Title IX requires of Yale in terms of confidentiality on behalf of the accused, and whether the Yale executive committee abides by a "three strikes and you're out" -type rule—for example, is there a certain number of times a student can be "excommed" that translates to automatic expulsion?

Thanks,
Ellie

--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu

--
David M. Post
Professor of Ecology and Evolutionary Biology

Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu

Confidential YALE00016689

Message

| | |
|---|---|
| From: | David M. Post [david.post@yale.edu] |
| Sent: | 3/15/2016 9:57:27 PM |
| To: | Rose, Harold [harold.rose@yale.edu]; Menon, Alice [aley.menon@yale.edu]; Sawyer, Susan [susan.sawyer@yale.edu] |
| Subject: | FW: YDN Inquiry |

Thank you Harold. That should have read "for YC students, we notify their ... "

Cheers,
David.
On 3/15/2016 9:42 PM, Rose, Harold wrote:
Thanks, David.

---

**From:** David M. Post [david.post@yale.edu]
**Sent:** Tuesday, March 15, 2016 8:15 PM
**To:** Rose, Harold; Menon, Alice; Sawyer, Susan
**Subject:** Re: FW: YDN Inquiry
Hello Harold,

Good. I appreciate the fuller explanation of penalties.

We notify Stephanie in all cases and for YC deans we notify their college dean, who typically delivers the complaint.

I was trying to find a way to address the question about being allowed to participate in sports in a general way. It has emerged as an issue at at other universities (an Oregon basketball case comes to mind right away). Perhaps something along the lines of:

Cheers,
David
On 3/15/2016 5:54 PM, Rose, Harold wrote:
All,



Confidential   YALE00012797



Begin forwarded message:
**From:** Daniela Brighenti <daniela.brighenti@yale.edu>
**Date:** March 15, 2016 at 4:27:06 PM EDT
**To:** Thomas P Conroy <tom.conroy@yale.edu>, <eileen.oconnor@yale.edu>
**Cc:** Maya Rachel Sweedler <maya.sweedler@yale.edu>
**Subject: YDN Inquiry**
Dear Mr. Conroy,

I hope this email finds you well. This is Daniela from the Yale Daily News. We understand that our communication on this story should be addressed to you specifically, so we are writing with some questions we have run into these last few days.
I understand some of these questions are technical, and if you cannot personally speak to them please do point me towards someone who can speak to us on this topic to clarify.

You mentioned in your statement that "*Only about one out of 10 cases ends in expulsion, and the decision to expel a student is made only after the most careful consideration, based on the facts and, when appropriate, disciplinary history.*"
Can you comment on what this disciplinary history includes in typical cases? How often is disciplinary history used? Does this history include both informal and formal complaints brought to the UWC and complaints brought to the Yale Executive Committee? Would any penalties by either UWC or ExComm be included in this history?

You also stated that "*One out of five formal sexual misconduct hearings ends without a finding against the accused, and, in two out of five cases, the accused student receives a reprimand or probation.*"
Can you comment on what happens in the other two out of five cases? Is there no ruling? Is the claim dropped by a complainant? Or do the accused withdraw, transfer or take time off from Yale to avoid punishment?

You added that "*Only about one out of 10 cases ends in expulsion..*"
Are the cases that end in expulsion included in the two out of five cases that end in "reprimand" cited previously?

We also had other questions that don't speak specifically to your statement yesterday:
- In cases of
  a UWC or
  disciplinary proceedings where the student being accused is also a varsity athlete, is

  anyone other than their adviser, such as their coach,
  notified at all during the proceedings before a final decision is made?
- Is it standard procedure for a student-athlete to be allowed to keep playing while being involved in a UWC or
  disciplinary proceeding?

Lastly, one of our sources who has been through the documents told us head coach James Jones served as Jack's advisor. Can you confirm that information?
And also, would you happen to have

an
update on the clarifications Maya asked for in an email yesterday regarding informal complaints?

I look forward to hearing back from you.

Best,

Daniela Brighenti
Yale University '18
+1 475 227 4765


--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu

--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu

Message

| | |
|---|---|
| **From**: | David M. Post [david.post@yale.edu] |
| **Sent**: | 3/15/2016 8:11:56 PM |
| **To**: | Rose, Harold [harold.rose@yale.edu]; Menon, Alice [aley.menon@yale.edu]; Sawyer, Susan [susan.sawyer@yale.edu] |
| **Subject**: | Re: FW: YDN Inquiry |

Hello Harold,

Good. I appreciate the fuller explanation of penalties.

We notify Stephanie in all cases and for YC deans we notify their college dean, who typically delivers the complaint.

I was trying to find a way to address generally the question about being allowed to participate in sports because it has come up at other univ. Perhaps something a long the lines of:

Cheers,
David
On 3/15/2016 5:54 PM, Rose, Harold wrote:
All,



Begin forwarded message:

Confidential                                                                                                          YALE00016867

**From:** Daniela Brighenti <daniela.brighenti@yale.edu>
**Date:** March 15, 2016 at 4:27:06 PM EDT
**To:** Thomas P Conroy <tom.conroy@yale.edu>, <eileen.oconnor@yale.edu>
**Cc:** Maya Rachel Sweedler <maya.sweedler@yale.edu>
**Subject: YDN Inquiry**

Dear Mr. Conroy,

I hope this email finds you well. This is Daniela from the Yale Daily News. We understand that our communication on this story should be addressed to you specifically, so we are writing with some questions we have run into these last few days.
I understand some of these questions are technical, and if you cannot personally speak to them please do point me towards someone who can speak to us on this topic to clarify.

You mentioned in your statement that "*Only about one out of 10 cases ends in expulsion, and the decision to expel a student is made only after the most careful consideration, based on the facts and, when appropriate, disciplinary history.*"
Can you comment on what this disciplinary history includes in typical cases? How often is disciplinary history used? Does this history include both informal and formal complaints brought to the UWC and complaints brought to the Yale Executive Committee? Would any penalties by either UWC or ExComm be included in this history?

You also stated that "*One out of five formal sexual misconduct hearings ends without a finding against the accused, and, in two out of five cases, the accused student receives a reprimand or probation.*"
Can you comment on what happens in the other two out of five cases? Is there no ruling? Is the claim dropped by a complainant? Or do the accused withdraw, transfer or take time off from Yale to avoid punishment?

You added that "*Only about one out of 10 cases ends in expulsion..*"
Are the cases that end in expulsion included in the two out of five cases that end in "reprimand" cited previously?

We also had other questions that don't speak specifically to your statement yesterday:

- &#61623;  In cases of a UWC or disciplinary proceedings where the student being accused is also a varsity athlete, is anyone other than their adviser, such as their coach, notified at all during the proceedings before a final decision is made?
- &#61623;  Is it standard procedure for a student-athlete to be allowed to keep playing while being involved in a UWC or disciplinary proceeding?

Lastly, one of our sources who has been through the documents told us head coach James Jones served as Jack's advisor. Can you confirm that information?
And also, would you happen to have

an
update on the clarifications Maya asked for in an email yesterday regarding informal complaints?

I look forward to hearing back from you.

Best,

Daniela Brighenti
Yale University '18
+1 475 227 4765


--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu

Message

| | |
|---|---|
| From: | Menon, Alice [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEY.MENON] |
| Sent: | 3/14/2016 12:39:19 PM |
| To: | David M. Post [david.post@yale.edu] |
| Subject: | FW: Confidential: Montague Statement |

As discussed.

**From:** "Rose, Harold" <harold.rose@yale.edu>
**Date:** Monday, March 14, 2016 at 11:02 AM
**To:** "Goldberg, Carole" <carole.goldberg@yale.edu>
**Cc:** "Sawyer, Susan" <susan.sawyer@yale.edu>, "Post, Robert" <robert.post@yale.edu>, Aley Menon <aley.menon@yale.edu>
**Subject:** Confidential: Montague Statement

Dear Carole,



Regards, Harold

---
Harold Rose, Senior Associate General Counsel
Yale University
PO Box 208255
New Haven, CT  06520-8255
(203) 432-4949

| | |
|---|---|
| Message | |
| From: | Conroy, Thomas [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TOM.CONROY] |
| Sent: | 3/16/2016 6:24:12 PM |
| To: | Spangler, Stephanie [stephanie.spangler@yale.edu]; Rose, Harold [harold.rose@yale.edu]; O'Connor, Eileen [eileen.oconnor@yale.edu] |
| CC: | Killheffer, Jason [jason.killheffer@yale.edu] |
| Subject: | Re: sexual misconduct procedures ... |
| Importance: | High |

Good, she didn't ask that specifically, so no need to go into it. Thanks.
Tom

**From:** "Spangler, Stephanie" <stephanie.spangler@yale.edu>
**Date:** Wednesday, March 16, 2016 at 6:09 PM
**To:** Harold Rose <harold.rose@yale.edu>, Thomas Conroy <tom.conroy@yale.edu>, "O'Connor, Eileen" <eileen.oconnor@yale.edu>
**Cc:** "Spangler, Stephanie" <stephanie.spangler@yale.edu>, Jason Killheffer <jason.killheffer@yale.edu>
**Subject:** RE: sexual misconduct procedures ...

Dear Tom,



Thanks for all of this good work—please do not hesitate to call me if you'd like to discuss (cell=203-605-0664).

All the best,

Stephanie

Stephanie S. Spangler, M.D.
Deputy Provost for Health Affairs and Academic Integrity
Clinical Professor of Obstetrics and Gynecology

University Title IX Coordinator

Telephone:  203-432-4446
Fax:        203-432-8139

**From:** Rose, Harold
**Sent:** Wednesday, March 16, 2016 1:52 PM
**To:** Conroy, Thomas <tom.conroy@yale.edu>; O'Connor, Eileen <eileen.oconnor@yale.edu>; Spangler, Stephanie <stephanie.spangler@yale.edu>
**Subject:** RE: sexual misconduct procedures ...

Hi Tom,

[redacted]

Regards, Harold

**From:** Conroy, Thomas
**Sent:** Wednesday, March 16, 2016 1:14 PM
**To:** O'Connor, Eileen <eileen.oconnor@yale.edu>; Rose, Harold <harold.rose@yale.edu>; Spangler, Stephanie <stephanie.spangler@yale.edu>
**Subject:** Re: sexual misconduct procedures ...

You will see the message below from Hartford Courant reporter Kathy Megan, who is doing a followup story on the UWC. Here is a draft response for review. [redacted]

Confidential

YALE00016009



**From:** Kathy Megan <KMegan@courant.com>
**Date:** Wednesday, March 16, 2016 at 12:17 PM
**To:** Thomas Conroy <tom.conroy@yale.edu>
**Subject:** RE: sexual misconduct procedures ...

Ok, thanks, Tom!

**From:** Conroy, Thomas [mailto:tom.conroy@yale.edu]
**Sent:** Wednesday, March 16, 2016 12:21 PM
**To:** Megan, Kathy
**Subject:** Re: sexual misconduct procedures ...

Kathy, I will get back you.
Tom

**From:** Kathy Megan <KMegan@courant.com>
**Date:** Wednesday, March 16, 2016 at 11:37 AM
**To:** Thomas Conroy <tom.conroy@yale.edu>
**Subject:** re: sexual misconduct procedures ...

Confidential

HI Tom,

I realize no one in the administration or Title IX office can say anything about the Jack Montague situation, but I wondered if you or someone else there (Deputy Provost Stephanie Spangler?) could talk about why Yale made the changes in its campus judicial process for sexual misconduct back in 2011 and if the new approach is in various ways helping more victims/survivors to come forward. Basically, I'd like to ask why this new system is better.

Would also like to discuss why it's all done in private. And I wanted to ask about why in some cases (according to Montague's lawyer in his case), a Title IX official might file a complaint, rather than the survivor herself.

Editors here and many in the public have questions about why campuses have these judicial systems trying to make decisions in these very complicated cases ... So I'm trying to write a little about why these judicial systems exist and how they have been improved in recent years.

Also, if there is any further comment you can make on the Montague case, we would be interested ! ... This situation with the Montague's lawyer releasing information about the case is something we couldn't ignore, but it did make for a story that is more lopsided than we'd like bec we can't get the survivor's side in the story bec no information has been released ....... I'm sure Yale had plenty of reason for the expulsion.. If there is any more you can say about that, would be interested.

Should I give Stephanie Spangler a call or what do you think?


Thanks,
Kathy Megan
Hartford Courant
860-241-6593 desk
860-670-5826 cell

Confidential