UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT

CIVIL ACTION No: 3:16-cv-00885-AVC

-----------------------------------x

JACK MONTAGUE,                         :

     Plaintiff,                        :

          -v-                       :

YALE UNIVERSITY, ANGELA GLEASON,       :

And JASON KILLHEFFER,                   :

     Defendants.                       :

-----------------------------------x


          Depositon of JASON KILLHEFFER, taken
pursuant to Notice, held at the Law Offices of Jacobs
& Dow, LLC, 350 Orange Street, New Haven, Connecticut,
before James A. Martone, LSR #248, and Notary Public,
in and for the State of Connecticut, on January 10,
2017, at 10:05 a.m.

Electronically signed by JAMES MARTONE (601-171-250-7767)          31a4d12d-81e0-45a5-b5d0-50b58814fcad

MONTAGUE v. YALE UNIVERSITY                          January 10, 2017

1              MR. NOONAN:  Correct.

2              MR. STERN:  All right.  How much time

3    do you need for that?

4              MR. NOONAN:  It's usually thirty

5    days.

6              MR. STERN:  Okay.

7         Q.   What is your occupation, Mr. Killheffer?

8         A.   I'm employed by Yale University.  I am an

9    Assistant Provost in the Provost's office, and one of

10   my other titles is Senior Deputy Title IX Coordinator.

11   I'm an administrator essentially.

12        Q.   Okay.  Could you kindly please give us your

13   educational background.

14        A.   Yes.  I have a Bachelor's Degree in

15   Business Administration from the University of New

16   Haven.  I have a JD from Quinnipiac School of Law,

17   here in Connecticut.

18        Q.   When did you get your Bachelor's?

19        A.   Bachelor's was 2001.  My JD was 2005.

20        Q.   Did you go right from University of New

21   Haven to Quinnipiac?

22        A.   Yes.  I was an adult student at that point

23   so I was -- yes, I went essentially right from UNH to

24   Quinnipiac.

25        Q.   Okay.  So did you have employment before

Electronically signed by JAMES MARTONE (601-171-250-7767)        31a4d12d-81e0-45a5-b5d0-50b58814fcad