UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Jack Montague** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  **3:16-CV-00885-AVC** |
| **Yale University, et al.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Sally Roe, Non-Party Witness**

Date: **Jun 02, 2017**

**/s/ James M. Sconzo**
*Attorney's signature*

**James M. Sconzo  ct04571**
*Printed name and bar number*

**Carlton Fields Jorden Burt, P.A.**
**One State Street, Suite 1800**
**Hartford, CT 06103**
*Address*

**jsconzo@carltonfields.com**
*E-mail address*

**860-392-5022**
*Telephone number*

**860-392-5058**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Jun 02, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James M. Sconzo
_____
*Attorney's signature*