UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:16-CV-00885-AVC |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | JUNE 2, 2017 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7(b), non-party witness, Sally Roe, hereby requests a brief ten-day extension of time, through and including June 12, 2017, within which to respond to Plaintiff's Combined Motion and Memorandum in Support of Motion to Compel Production of Improperly Withheld Documents ("Plaintiff's Motion").

As reasons therefore, Ms. Roe states:

1. Plaintiff's Motion was filed on May 12, 2017.

2. Responses to Plaintiff's Motion are due to be served on June 2, 2017.

3. Undersigned counsel attempted to contact Plaintiff's counsel to determine Plaintiff's position on this motion, but at the time of filing had not received a response.

4. Good cause exists to grant this request because, among the documents addressed in Plaintiff's Motion is a communication between Ms. Roe and a therapist she consulted at a rape crisis center. Ms. Roe's position and basis for maintaining the confidentiality of that document may differ from that of the Defendants. Therefore, Ms. Roe may have cause to file her own separate response to Plaintiff's Motion and requires additional time to analyze and formulate responses to both Plaintiff's Motion and any objection or response filed by the Defendants.

2

5. This extension will not prejudice any party.

WHEREFORE, Sally Roe, respectfully requests that the Court grant her motion for extension of time of ten (10) days, until and including June 12, 2017 to comply with the request.

SALLY ROE, NON-PARTY WITNESS,

By: /s/ John W. Herrington
James M. Sconzo, Esq. (ct04571)
John W. Herrington, Esq. (ct28926)
CARLTON FIELDS JORDEN BURT, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Telephone:  860-392-5000
Facsimile:  860-392-5058
Email:   jscsonzo@carltonfields.com
          jherrington@carltonfields.com
Her Attorneys

2

3

## CERTIFICATION

I hereby certify that, on this 2nd day of June, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                         /s/John W. Herrington
                                                                         John W. Herrington

111847791