UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

JACK MONTAGUE,
      Plaintiff,

v.

YALE UNIVERSITY, ANGELA GLEASON,
JASON KILLHEFFER, and OTHERS
UNKNOWN,
      Defendants.

CIVIL ACTION
No. 3:16-cv-00885-AVC

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
## TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO COMPEL

The plaintiff, Jack Montague, respectfully moves, pursuant to Rule 7(b) of the Local
Civil Rules, for a one week extension of time, through and including June 22, 2017, within
which to file a Reply to Defendants' Opposition (ECF No. 90) to Plaintiff's Combined Motion
and Memorandum in Support of Motion to Compel Production of Improperly Withheld
Documents (ECF No. 86) ("Motion to Compel").  As reasons therefore, Plaintiff states:

    1.      Defendants' counsel has indicated that Defendants agree to the requested
extension.

    2.      This is Plaintiff's first request for an extension of the deadline to file his Reply in
support of his Motion to Compel.

    3.      Good cause exists to grant this motion because one of Plaintiff's counsel,
Alexandra Deal, is currently attending to a family emergency.  Undersigned counsel is leaving
Todd & Weld effective June 16, 2017 and is in the process of transitioning the case to another
associate.  In addition, and against this backdrop, there are three depositions in this case
scheduled within one day of the current reply deadline of June 15, 2017.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion for a one week extension of time, through and including June 22, 2017, within which to file his Reply.

JACK MONTAGUE,

By his attorneys,

/s/ *Hillary A. Lehmann*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Hillary A. Lehmann (BBO #683657) (*pro hac vice*)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: June 12, 2017

## CERTIFICATE OF SERVICE

I, Hillary A. Lehmann, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 12, 2017.

/s/ *Hillary A. Lehmann*