UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | JUNE 12, 2017 |

## STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL

Counsel for the parties and non-party witness, Sally Roe, stipulate that Plaintiff no longer seeks the production or disclosure of a specific communication between Ms. Roe and a therapist with whom Ms. Roe consulted at a rape crisis center ("Privileged Communication"). The Privileged Communication, which is one of the approximately 140 documents addressed in Plaintiff's Combined Motion and Memorandum in Support of Motion to Compel Production of Improperly Withheld Documents, ("Plaintiff's Motion to Compel") (Dckt # 86), is listed on line 179 of the Privilege Log attached as Exhibit B to Plaintiff's Motion to Compel. The present stipulation is limited to the Privileged Communication and does not otherwise impact, alter or change the positions stated in either Plaintiff's Motion to Compel or the Defendants' Opposition to Plaintiff's Motion to Compel (Dckt # 90).

_____/s/ Max D. Stern_____
Max D. Stern (BBO #479560)
(*pro hac vice*)
Alexandra H. Deal (BBO #660654)
(*pro hac vice*)
Hillary A. Lehmann (BBO #683657)
(*pro hac vice*)
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
(617) 720-2626

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
(203) 772-3100

*Attorneys for Plaintiff*

_____/s/ Patrick M. Noonan_____
Patrick M. Noonan, Esq. (#ct00189)
Colleen Noonan Davis (#ct27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

*Attorneys for Defendants*

_____/s/ John W. Herrington_____
James M. Sconzo, Esq. (ct04571)
John W. Herrington, Esq. (ct28926)
CARLTON FIELDS JORDEN BURT, P.A.
One State Street, Suite 1800
Hartford, CT  06103
(860) 392-5000

*Attorneys for Sally Roe, Non-Party Witness*

## **CERTIFICATION**

I hereby certify that, on this 12th day of June, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/John W. Herrington_____
John W. Herrington