UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

JACK MONTAGUE,
     Plaintiff,

v.

YALE UNIVERSITY, ANGELA GLEASON,
and JASON KILLHEFFER
     Defendants.

CIVIL ACTION
No.  3:16-cv-00885-AVC

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Plaintiff Jack Montague in the above-entitled action.

/s/ Hillary A. Lehmann
Max D. Stern (BBO #479560)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654)
adeal@toddweld.com
Hillary A. Lehmann (BBO #683657)
hlehmann@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

## CERTIFICATE OF SERVICE

I, Hillary Lehmann, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 15, 2017.

 /s/ Hillary Lehmann
Hillary Lehmann

4833-4817-2851, v. 1