UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br><br>                    Plaintiff,<br><br>        v.<br><br>YALE UNIVERSITY, ANGELA GLEASON and JASON KILLHEFFER,<br><br>                    Defendants. | Case No.: 3:16-cv-00885 (AVC)<br><br><br><br><br><br><br><br>JUNE 16, 2017 |

**MOTION FOR EXTENSION OF TIME**

The defendant, Yale University, respectfully moves, pursuant to Rule 7(b) of the Local Civil Rules, for a two week extension of time, through and including June 30, 2017, within which to respond and object to Plaintiff Jack Montague's Third Set of Interrogatories to Defendant Yale University and Plaintiff Jack Montague's Third Request for Production of Documents to Yale University (collectively "Third Set of Requests"), both dated May 18, 2017.

Good cause exists to grant this motion because, six days before service of the plaintiff's Third Set of Requests, the plaintiff filed a twenty-six page motion to compel, to which the undersigned filed an opposition on June 2. Subsequently, there was a fire at the building of the Yale University Office of the General Counsel on Tuesday, June 13, which required evacuation. Employees at the Office of the General Counsel are not permitted to return to their office until Monday, June 19. Plaintiff's counsel has indicated that the plaintiff does not object to the requested extension. This is the defendant's first request for an extension of the deadline to respond and object to the plaintiff's Third Set of Requests.

WHEREFORE, the defendant respectfully requests that the Court grant this motion for a two week extension of time, through and including June 30, 2017, within which to respond and object to the plaintiff's Third Set of Requests.

          THE DEFENDANT,
          YALE UNIVERSITY

      By:  /s/ Patrick M. Noonan
          Patrick M. Noonan (ct00189)
          Colleen Noonan Davis (ct27773)
          DONAHUE, DURHAM & NOONAN, P.C.
          741 Boston Post Road
          Guilford, Connecticut 06437
          Tel: (203) 458-9168
          Fax: (203) 458-4424
          Email: pnoonan@ddnctlaw.com
                 cdavis@ddnctlaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that, on the above written date, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

               /s/  Patrick M. Noonan
              Patrick M. Noonan (ct00189)
              DONAHUE, DURHAM & NOONAN, P.C.
              741 Boston Post Road
              Guilford, Connecticut 06437
              Tel:  (203) 458-9168
              Fax:  (203) 458-4424
              Email:  jflynn@ddnctlaw.com