UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>     Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>     Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

## CONSENT MOTION TO FILE REPLY IN EXCESS OF PAGE LIMIT

Now comes the Plaintiff in the above captioned case and respectfully moves this Court for permission to file a reply to Defendants' Opposition to Plaintiff's Combined Motion and Memorandum in Support of Motion to Compel Production of Improperly Withheld Documents (ECF No. 86) in excess of the page limit set forth in Local Rule 7(d).

Plaintiff's reply is 12 pages in length.  The extra two pages are necessary in order to properly address an argument regarding the admissibility of certain evidence which Defendants raised in their Opposition and which Plaintiff could not reasonably anticipate because it does not directly relate to the issues raised in Plaintiff's Motion to Compel.

Defense counsel has indicated that he does not object to the granting of this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant his motion to file a reply that is twelve pages in length.

JACK MONTAGUE,

By his attorneys,

/s/ *Max D. Stern*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: June 22, 2017

### CERTIFICATE OF SERVICE

I, Max D. Stern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 22, 2017.

/s/ *Max D. Stern*