CONFIDENTIAL

UNIVERSITY-WIDE COMMITTEE ON SEXUAL MISCONDUCT

FACT FINDER'S REPORT IN THE COMPLAINT
BROUGHT BY JASON KILLHEFFER ON BEHALF OF
I AGAINST JACK MONTAGUE

January 15, 2016

Introduction and Background

This complaint was brought by Senior Deputy Title IX Coordinator Jason Killheffer
against Jack Montague (TR '16). The complaint concerns a single episode of sexual
intercourse between Mr. Montague and                      that took place on
the night of October 18-19, 2014.                  states she consented to other sexual
activity but did not consent to intercourse. According to Mr. Montague, Ms.
            voluntarily consented throughout the encounter.

The current formal complaint was filed November 18, 2015 (Exhibit A). Mr.
Montague was charged on November 30 (Exhibit B) and responded on December 9,
2015 (Exhibit C). The case was assigned to me for investigation on November 23,
2015. UWC Chair David Post granted an extension to the usual 21-day time limit for
investigation due to the Yale College Thanksgiving and winter breaks, when the
parties and witnesses were unavailable for interviews, and due to Mr. Montague's
additional absence from campus for games with the varsity basketball team.

In conducting this investigation, I interviewed                   on November 30,
December 2 and December 17, 2015 in the presence of Amy Myers, Sexual Assault
Counselor at the SHARE Center. I had an additional telephone conversation with her
on January 13, 2016. I interviewed Mr. Montague on December 16, 2015 and
December 29, 2015, in the presence of his adviser, Coach James Jones.

I conducted additional interviews with the following witnesses:
Angela Gleason, Title IX Coordinator

n

friend of Mr. Montague

I also reviewed the following documents:
Summary of events on October 18-19, 2014, written on October 22, 2014 by Ms.
            (Exhibit D)
Text messages between               and Mr. Montague (Exhibit E)
Text messages between                         (Exhibit F)



1

Text message from                    . to                                    , (Exhibit G)
Yale security card activity record for                        October 19, 2014 (Exhibit H)


## Undisputed Facts

The following facts are not in dispute:  Mr. Montague and                    . met at a .
party in early September 2014.  At that time they engaged in consensual sexual
activity, not including intercourse.  They communicated with each other after that
via Facebook and text message.  On September 24, Mr. Montague and
encountered each other again at an event at Toad's Place.  They left together and
went to Mr. Montague's house at 43 Howe Street where they had sexual intercourse
for the first time.[1]  On October 18,                    went to another party at Mr.
Montague's house.  She and Mr. Montague engaged in consensual sexual contact not
including intercourse outside the house and in Mr. Montague's car.  They then went
inside to Mr. Montague's bedroom, where they continued sexual contact, including
intercourse.                    stayed the night with Mr. Montague and went home in
the morning.  A few days later                    . contacted Mr. Montague and asked to
meet for a discussion.  The parties met on October 28, 2014.  At that time Ms.
                    .old Mr. Montague that she had not wanted to have intercourse on
October 19 and she felt very uncomfortable and upset about what had happened.
He stated that he was sorry she felt that way and agreed not to pursue her in the
future.  The parties have not communicated with each other since that time.


## Complainant's Version of Events

According to                    she first met Mr. Montague at a party early in September
2014.  He was a member of the basketball team and
                    d.  They had some mutual friends and attended some of the same
parties.  He lived in an off-campus house at 43 Howe Street with other members of
the basketball team.  Mr. Montague's house often hosted parties, including the one
where                    met Mr. Montague.  The house was known as "the basketball
house."

The night the parties first met, they talked and flirted and then began kissing.  Mr.
Montague invited                    to his room, where they continued kissing and
sexual touching but did not have sexual intercourse.                    . stayed the night,
slept with Mr. Montague and went home to                    in the morning.  All
sexual contact that night was consensual.                    enjoyed Mr. Montague's
company and felt comfortable with him.                    . and Mr. Montague traded

---

[1] Both parties agree that                    consented verbally to this activity, however
she states that she was highly intoxicated at the time and did not want to have
sexual intercourse but went along because she was not thinking clearly.  Mr.
Montague is not charged with any wrongdoing in connection with the incident on
September 24.

2

phone numbers and friended each other on Facebook.  After their first encounter they had friendly communication over text and Facebook .  According to Ms.
, she met Mr. Montague a second time a week or two after the first meeting.  This encounter was similar to the first.  The parties went to Mr. Montague's room and had consensual sexual contact, not including intercourse. Ms.
slept over at Mr. Montague's house.  She felt comfortable and enjoyed the encounter.  She reported that on both of these occasions, Mr. Montague asked if she wanted to "have sex" (meaning intercourse) and she said "no."  He respected her decision and did not push her.


. reported a third sexual encounter with Mr. Montague on September 24, 2014.  Her sorority was hosting a charity event at Toad's Place.
drank a lot more alcohol at this event than she usually drinks and she became highly intoxicated. She could not remember precisely what she drank, but she told me she drank two or three shots with her friend           starting at about 9:30 pm, before they went to Toad's.  She then had approximately five more drinks at Toad's.

At Toad's,            saw Mr. Montague.  She spent some time with him there and left Toad's with him and some other people at approximately 12:30 am.  They went to another bar that she cannot remember.  She had one more drink there and then went home with Mr. Montague.            has blurry memories of that night. She remembers walking with Mr. Montague but does not remember their conversation that night.  She stated that she did not need help walking or climbing the stairs in his house.  She does not have specific memories of slurring her speech or other impaired motor skills, but she believes she must have been visibly intoxicated because friends have told her she was visibly drunk at other times when she drank a lot less than she drank that night.  M           n stated that she went willingly to Mr. Montague's house, intending to have sexual contact with him, but not intending to have sexual intercourse.  She felt comfortable going with him because on the previous occasions when he asked if she wanted sex and she said "no," he respected her decision and did not try to force or coerce her.  This time, after both parties were undressed and in bed kissing, Mr. Montague asked Ms.
if she wanted to have sex and she said "yes," though in hindsight she does not believe she was capable of making a considered decision.  Immediately after she said "yes," he penetrated her, without asking about whether she was using contraception and without using a condom.[2]           does not remember the experience of sexual intercourse after penetration; the next thing she remembers is waking up in Mr. Montague's bed the next morning.  She asked him, "We had sex, right?" and he confirmed that they did.  When she went home in the morning she still felt drunk.  She was physically ill and also felt terrible that she had agreed to sexual intercourse. She blamed herself for agreeing and for drinking so much that she was unable to exercise her usual judgment.[3]

---

[2] According to .            . she was upset that Mr. Montague did not use a condom and she later went to the Yale Health Center for a pregnancy test even though she was taking an oral contraceptive.  The test was negative.

[3]           did not report this incident to the Title IX Coordinator and she does not claim this was a violation of Yale policies on sexual consent.  When I asked about

The next time _____ saw Mr. Montague was the night of October 18. That night _____ went with some friends to a birthday party at Sig Nu fraternity. She left for the party with her friend _____ at about 9:15 pm and stayed until about 11:00 or 11:15 pm. While at the party, she played beer pong and had about two drinks of alcoholic beverages. After leaving the party, _____ walked back to _____ to meet her suitemate _____. ____ had friends from home visiting for the weekend and they were hanging out in the common room. _____ had two more drinks with _____ and her friends. They all then left for a party at the basketball house, where Mr. Montague lived. When they arrived at the basketball house, _____ talked and socialized with friends. She did not drink any more alcoholic beverages. She encountered Mr. Montague leaning against a stone wall outside the house and he called out to her in a friendly way. He put his hands around her waist and made a flirty joke about how he knew she had broken ribs from a _____ accident and might only be able to have sex in the missionary position. He invited her outside in the back of the house where there was a parking lot for the residents' cars, and she went willingly. _____ and Mr. Montague leaned against his car and kissed. She stopped and told him that she knew they had sex last time when she was really drunk and that was OK, but she did not want to do that again this night. She asked if it was OK with him to "hook up" but not "have sex." Mr. Montague said that would be OK with him.

It got cold outside and Mr. Montague asked if _____ wanted to get inside his car. She agreed. While she was waiting for Mr. Montague to get his car keys, Ms. _____ got a text message from her friend _____ asking where she was and telling her that _____ and her friends were ready to leave this party and go to another party at Zeta Psi fraternity. _____ replied that she was with Mr. Montague, she was fine and she intended to stay at the basketball house. Ms. _____ reported to me that she felt comfortable with Mr. Montague and felt in control of the situation because she had been careful not to drink too much and because she had been so verbally clear and direct with him about not wanting to have intercourse. Mr. Montague returned with his keys and he and _____ continued to talk and kiss inside the car. At one point Mr. Montague commented, "Are we really doing this?" _____ asked, "Doing what?" and Mr. Montague replied, "Fucking in my car." _____ then reminded him that she did not want to "have sex" but only to "hook up" and Mr. Montague again said that was OK.

The party wound down and more people came into the back yard. Mr. Montague asked if _____ would like to come inside and she agreed. They went in the back door and up a flight of stairs to Mr. Montague's room. She knew the way and

---

other witnesses who might have observed her level of impairment due to alcohol, she told me that she had asked friends about it but none of her friends remembered anything about that particular night. The one witness I interviewed who was present that night, _____ did not remember anything about Ms. _____ level of intoxication. The incident is reported here in order to describe the context of the parties' previous interactions when they met on October 18.

went ahead of him. They both took off all of their clothes[4] and got into Mr. Montague's bed where they resumed kissing and touching. When they first got undressed there was no further verbal discussion of the boundaries of their sexual consent. Mr. Montague kissed               and touched her body, including her genitals, to which                had no objection. She stated to me that she indicated her consent by kissing him, touching his body (not his genitals) and by not tensing up. Then Mr. Montague got on top of her, lifted his chest and leaned his pelvis into her as if he was preparing to penetrate her.         put her hands up, pressed them against the front of Mr. Montague's shoulders and pushed him, but not very forcefully. She said, "Jack, no, I said I wanted to hook up but not have sex." He looked very drunk, as if he did not hear what she was saying. He then penetrated her over her objection.         stated that she was surprised and frozen. She did not move and did not attempt to push Mr. Montague off of her. She did not think she could push him off if she tried because he was bigger and heavier than she was. She just waited for him to stop. When he was done he got up and said, "I'm really sorry. I know you didn't want that." She lay still in the bed feeling defeated and confused.

Mr. Montague dressed and went downstairs, where some of his friends and housemates were gathered.[5] He came back to the bedroom and told        he was going to Zeta Psi with his friends and she should stay in his bedroom and wait for him to come back. He gave her his laptop, which she took to be an offer of entertainment while she was waiting. She did not know what to do and had difficulty thinking. She thought she might leave and go home after he was gone to the party at Zeta. Then she heard people downstairs calling her name and telling her to come down. She felt frozen and passive and did what they said without making a real decision. Friends of Mr. Montague were complimenting her, saying she was beautiful and the hottest girl on campus. This confused her and made her wonder if Mr. Montague had asked them to be especially nice to her to placate her because she was upset with him. According to                , Mr. Montague was planning to go to the party at Zeta Psi with some friends but he did not want her to go with him. Instead he asked a male friend of his, whom                . did not know, to take her with him to Toad's Place. Mr. Montague said he would meet up with                later back at his house. She said nothing but went along passively because she couldn't think.

---

[4]                did not remember precisely how they undressed but she believed that both she and Mr. Montague took off most of their own clothes and he unhooked her bra.

[5] In                written account (Exhibit D) she states that Mr. Montague's friends were "at the door" before Mr. Montague got dressed and left her in his bedroom. When she first spoke to me she described them as gathered downstairs. She later explained that it was only a short distance from the downstairs hall to Mr. Montague's room, and his friends sounded very close when she first heard them, so she assumed they were upstairs, just outside the bedroom door. After Mr. Montague left the room,                heard his friends calling her name, and when she got dressed and left the room, they were downstairs.

went with Mr. Montague's friend to Toad's Place but she did not want to be there and didn't stay. She walked in and out and of Toad's without speaking to Mr. Montague's friend and walked home alone to                    When she got inside the          courtyard she became confused and overwhelmed. It was after 1:00 am. She wanted to go to bed and sleep and not talk with anyone, but she realized that there would be lots of people in her suite and it would be impossible to go to bed without seeing anyone or being asked a lot of questions.          had friends visiting and they were sleeping in the common room.                    said that she lived in a suite with seven other people and there was always activity there and in the other large suites in the entry. She was overwhelmed at the prospect of having to talk or answer questions and she decided she couldn't go inside her suite. She didn't know what to do and couldn't think clearly. She decided to return to Mr. Montague's house since he was planning to have her return and would not question her about why she was there or what had happened earlier in the night. She thought he would let her go to sleep quietly. She called him by phone and asked where he was. She told him she was in          College and would meet him. He told her to meet him on Park Street near Davenport College and she did (Exhibits E, H).[6] They walked together back to his house.          does not remember the details of their conversation on the way back but she described it as normal and flirty. She told Mr. Montague she just wanted to go to sleep and he made a joke about being too drunk to be able to have sex. When          returned to Mr. Montague's bedroom she did not take off her clothes again and got in bed. Mr. Montague got on top of her again but she pushed him and said, "No. I don't sleep around." Mr. Montague said, "It's not sleeping around. This will be the third time." She said "No" again, said she just wanted to go to sleep and rolled away from Mr. Montague to the other side of the queen size bed. He did not object and they both went to sleep. In the morning,          woke up and asked Mr. Montague to let her out of the house, which required a key. They had no conversation about what had happened that night and          gave no indication that she was upset.

          walked home to          College as quickly as she could. She was upset and embarrassed that it was morning and she was dressed up in a skirt as if she were going to a party. She thought she would not talk to anyone and would push what had happened with Mr. Montague out of her mind until after fall break when she and her friends would be done with their exams. She got home at approximately 10:00 am on October 19.[7] There was no one in the common room and she sat down.          suitemate          came in and asked          "How was your night?"          told her it was terrible. She reported what had happened and started to cry. A second suitemate also came out of her bedroom and she also listened to          s account of

---

[6] Exhibit H documents that          n swiped her ID card at the          College gate at 1:34 am on October 19, 2014, did not swipe into any dormitory entry and then swiped her card at the Davenport College gate at 1:40 am. Exhibit E shows a text message from Mr. Montague to          at 1:30 am stating that he was at Davenport College.

[7] Exhibit H documents that          entered the          College gate at 9:57 am and entered          at 9:58 am on October 19, 2014.

what happened.         comforted     , made some
tea and told         to take a shower.       had been planning to go
to New York that afternoon to see a ballet with several friends:       .
       and another suitemate,      She went with her
friends as planned and hoped to get away from her thoughts about Mr. Montague.
She cried for much of the ride on the train but got a lot of support from her friends.

Friends of        suggested that she talk with someone about what Mr.
Montague had done to her but she did not want to make a complaint at that time.
She did call the SHARE Center on October 21 or 22 and spoke with Jennifer Czincz,
Ph.D., about her options.      decided that she wanted to talk with Mr.
Montague herself, to make sure he understood that what he had done was wrong
and so that he would not do it again to anyone else. She discussed with Dr. Czincz
how she might effectively communicate with him. She also talked with
       a Divinity student who was a friend from the       advised
       to write down what had happened so that she would have it if she
later decided that she did want to pursue an official complaint.      n did
make such a record on October 22; this undated document is attached as Exhibit D.

On Sunday, October 26, 2014, the last day of fall break,       texted Mr.
Montague asking him to meet with her (Exhibit E). She was irritated that he was not
immediately responsive and seemed to be putting her off (Exhibit E) but he did
agree to meet on October 28. They sat at a picnic table outside Davenport College
and spoke briefly.        spoke and asked Mr. Montague to listen. She told
him she had made it clear to him that she didn't want to have sex with him and she
had not been feeling good about what happened on October 18. He said he was
sorry that she felt that way. He said that he had been very drunk that night. She
thought he was very careful with his words, trying to be nice but not to take
responsibility for any misconduct. He stated that he thought she was a really nice
person and "down to earth." He hoped they would be able to remain friends but he
could understand if she didn't want to see him anymore. He offered that if he ran
into her at a party or elsewhere he would leave so that she would not be
uncomfortable.       n felt that she had been able to communicate how she
felt about the encounter on October 18 and she felt good about that even though Mr.
Montague did not admit wrongdoing.

During the fall semester 2014,        had some intrusive thoughts and
nightmares about Mr. Montague. She made a difficult decision not to
                   because she could not imagine    
Mr. Montague             She
    the reason for her decision; instead she blamed her choice
on               (Exhibits F, G). Later in the fall of 2014, Ms.

---

[8] I did not interview        e because she was not with       the night
of October 18 and her testimony was likely to be repetitive of the other suitemates'
reports.
[9] I attempted to contact        r by email to arrange an interview with her, but I
did not hear back from her prior to submitting this report.

began dating a man who was very nice to her and helped her to put Mr. Montague out of her mind. She did not see Mr. Montague except occasionally in passing. She was mostly happy until the end of the spring semester when she saw Mr. Montague talking with a male friend of hers at Spring Fling. This surprised her and reawakened strong negative memories and feelings. She found it extremely upsetting that someone she liked and respected would be friendly with Mr. Montague, probably not knowing that he was someone who would force himself on a woman over her objection.

was surprised to find that she continued to have strong memories and upsetting feelings about Mr. Montague when she returned to campus in the fall of 2015. She saw him around campus and New Haven more than she had in the spring, though he did not try to communicate with her or threaten her. She had expected to put the incident of the previous fall behind her but it was becoming harder rather than easier to avoid thinking about it.          talked with some of her friends, who again advised her to consider making a complaint or talking with a counselor.          suitemate          happened to be speaking with Title IX Coordinator Angela Gleason about a completely unrelated matter and while she was there she mentioned a friend who had had a bad experience, provided an outline of what had happened between          and Mr. Montague and asked how she could help her friend.          did not give          name at this point but merely requested information about her friend's options. Ms. Gleason talked about the various formal and informal procedures available to deal with sexual misconduct and encouraged          to reach out to her friend.          explained to          what she had learned from Ms. Gleason, including the option of making an anonymous informal complaint. This would allow Ms.          to tell her story to the Title IX Coordinator but request that her name be kept confidential. The Title IX Coordinator would then call Mr. Montague in for a conversation about the fact that a complaint had been made against him and would suggest that he participate in extra training about communication and sexual consent.          liked this idea because it might fulfill her goal of making sure Mr. Montague understood that his behavior was wrong and hurtful and stop him from doing it again to someone else. She did not want to pursue a formal complaint because she did not want to engage in the lengthy and difficult process of telling the story repeatedly and being questioned in detail by strangers on the UWC. She stated to me that she was not interested in having Mr. Montague punished but in having him learn so that he would not hurt anyone else.

Based on what she had learned from          decided to talk with Ms. Gleason about Mr. Montague. She met with Ms. Gleason on October 19, 2015. On November 6, she heard back from Ms. Gleason that she would not be able to keep          name confidential. Ms. Gleason explained to          that Mr. Montague had already been given a recommendation for training after a previous complaint and so that option was no longer open to him. Ms. Gleason expressed concern that the incident          had reported to her was serious. She told          that she did not have to file a complaint herself and a Title IX Coordinator could do it. In the event that          elected not to bring a complaint, Ms. Gleason asked her to cooperate with the process as a witness. Ms.

.was surprised and somewhat disappointed that she had been thrust into a process she had not sought out, but she agreed to cooperate with this investigation for the same reason she went to Ms. Gleason in the first place. She stated that she wants Mr. Montague to understand what he did was wrong and not repeat it. She was especially motivated to participate in the investigation and hearing process after she heard that Mr. Montague had already had another complaint against him, as she felt it was important to protect other women.

Respondent's Version of Events:

Mr. Montague's report of his first interactions with                    matches her account. He stated to me that he met              at a party at his house early in September 2014. He was immediately attracted to her.  The two parties spent the night together and had consensual sexual contact, including kissing and touching but not intercourse. Early in the morning,              asked if she could give Mr. Montague oral sex and he agreed. Mr. Montague enjoyed                    s company and wanted to see her again. They traded phone numbers and texted each other before meeting again.

Mr. Montague reported a second sexual encounter with '                  a few weeks later.[10]  They met at a club or bar and walked back to Mr. Montague's house arm in arm, along with some of his teammates.  According to Mr. Montague, this second sexual encounter was similar to the first in that '              . came willingly to his room and they engaged in consensual kissing and other sexual contact. This time they did have vaginal intercourse. Mr. Montague remembered few details about this encounter and stated that he did not recall whether he or            . had been drinking a lot that night. He did not immediately remember that this incident took place after an event at Toad's Place but he accepted              report of that context. He did not recall          being impaired by alcohol in any way. She seemed to him to be having a good time and laughed as she walked home with him. She did not need help walking and participated actively in sexual activity with him. By Mr. Montague's account, there was no express verbal discussion of the boundaries of sexual consent until, just prior to intercourse, Mr. Montague asked Ms.              if she wanted to "have sex" and she said "yes." According to Mr. Montague, he had no reason to doubt that              was capable of sexual consent and he believed that her consent that night was voluntary.

Mr. Montague stated that his third sexual encounter with              occurred on October 18, 2014, after another party at his house. His description of this incident differs significantly from hers.  According to Mr. Montague, he traded text messages

---

[10] Mr. Montague's description of what he remembers as his second sexual encounter with              closely matches her description of what she says was their third encounter.  Mr. Montague does not remember getting together with              between the time he first met her at his house and the time they left Toad's together. He states that it is possible that there was another encounter before their meeting at Toad's but he does not remember it.

with                   prior to this party and he knew she was planning to be present.[11]
He wanted to be able to have a good time with her and so he was careful not to drink
too much before she arrived. He believes he drank between four and seven drinks
of alcohol over a period of several hours. He was happy to see                   at the
party and they talked and socialized together. They went outside in the backyard of
his house and kissed, first leaning against his truck and then inside the truck. After a
while, he invited her inside and they went to his bedroom. They both got
completely undressed[12] and got into his bed. They resumed kissing and touching
and then he asked if she wanted to have sex. She said, "OK" and they did have
intercourse. There was nothing about this encounter that made Mr. Montague think
          had any hesitation or discomfort with having intercourse with him.
He remembered changing positions during the course of sex from the missionary
position to "doggy style" and                   did not object.[13] He denied that she ever
told him that she wanted to "hook up but not have sex."[14] He denied making a
comment about "fucking in [his] car." He denied that                   told him to stop,
put her hands up to his shoulders and pushed him. He also denied stating to her
after intercourse that he was sorry because he knew she didn't want that.

When he described this encounter to me, Mr. Montague stated that
spent the night with him as she had the previous two times that they had been
together. He did not report that they got dressed, left the house, went to other
parties and met up again outside Davenport College as reported by
When I asked him about these details of                   ; account, he seemed
somewhat surprised but did not deny that this had occurred. When I interviewed
Mr. Montague a second time he stated that he had tried hard to remember whether
he and                   had left the house and returned but he still did not have any
memory of those events.

Mr. Montague stated that he believed his interaction with                   on October
18, 2014 had gone well until he received a text from her on October 26 in which she
asked to meet with him to discuss what had happened (Exhibit E). The tone of the
message indicated to him that she was not happy and that she wanted to tell him
something bad. He was worried about what she would say. The first things that
came to his mind were that she was pregnant or that she had a sexually transmitted
disease. He could not meet with her right away because of his basketball practice
schedule but he agreed to meet a few days later. They met at a picnic table outside
Davenport College just before he was going to a concert at Toad's with some friends.

---

[11] Mr. Montague could not provide copies of these messages because he has changed
phones and has lost access to text messages from that time. He was not able to
obtain the messages from his cell phone carrier.
[12] Mr. Montague's memory was not clear as to how they got undressed. He believed
they each took off their own clothes but he may have unhooked                   s bra.
This is consistent with                   account.
[13]                   did not remember changing positions during intercourse.
[14] Mr. Montague specifically denied her claims that she made this statement at least
three times: just after beginning to kiss him, a second time while in the truck and a
third time when he got on top of her in bed.

told him that she had not wanted to have sex on the night of October 18 and she was not happy about what had happened. According to Mr. Montague, he interpreted what                said as stating that she was disappointed in what happened and regretted having sex. He denied that she told him that she had objected clearly and he had proceeded over her objection. He did not believe he had done anything wrong and he did not understand            .... to be accusing him of misconduct. He told M            on that he was sorry that she was feeling upset about the encounter. He said that he would "be there for her" if she wanted to talk more about this or anything else in the future.            responded immediately that she did not want to have anything more to do with him and he said he would leave her alone. He denied            report that he had volunteered that he would leave any venue where she was in order to make sure she was not uncomfortable around him. Despite the discomfort of the conversation Mr. Montague and            parted amicably and hugged at the end of this conversation.[15]

Mr. Montague stated that he and            never spoke with each other again. Occasionally he would see her around campus but she would ignore him. He was surprised that on one occasion during the spring semester of 2015 he was invited to a party at            s sorority but he was then asked not to attend because someone in the sorority did not want him there. He believed            had "black-balled" him.[16] He knew he had said he would stay away from her after their last meeting on October 28, 2014, but he was surprised that she felt so strongly about not having him around that she would ask another member of her sorority to dis-invite him.

Mr. Montague was also surprised and confused this fall when he was at a party hosted by the Owl's Throne, a junior society that he belonged to, and a girl he did not know approached him and told him he had to leave the party right away. This girl explained that he could not be at the party because            was there and he was supposed to stay away from            because he had "raped" her. Mr. Montague was shocked to hear the allegation that he had "raped"            when she had never made such an accusation herself and he continued to believe that he had done nothing wrong. He was also confused by the demand that he leave the party immediately to get away from            From Mr. Montague's perspective, he had never agreed that it was his responsibility to get away from anyplace where            was present and he had not even seen            at this party before he was accosted by her friend. Shortly after this last interaction, Mr. Montague received the UWC complaint in the current case. Again, he was surprised and distressed. He discussed the matter with his former housemate and basketball captain,            who offered him support.

---

[15] Ms.            acknowledged hugging Mr. Montague at the end of the conversation on October 28. She explained that she wanted to be firm and clear with Mr. Montague but she did not want to be hostile or provoke a hostile response from him.
[16]            agrees that this occurred.

Mr. Montague explained to me that the allegation in this case is extremely distressing and anxiety provoking for him. He stated that he liked                  , and never intended to hurt her. He emphasized that he considers himself a gentleman who would never force himself on a woman. Mr. Montague also emphasized the confusing nature of                  behavior after sexual intercourse on October 18 as evidence that her story is incredible. He argues that she did not look upset afterwards or tell him that he had done anything wrong. Although he does not remember her leaving his house late at night and then returning, he argues that if he had really committed a sexual assault against her, it makes no sense for Ms.
            to return voluntarily to his bed. He suggests that                  may have felt regretful about having intercourse with him and then reinterpreted their encounter as nonconsensual.


Testimony of other witnesses:


                  is a friend of                  They were freshman roommates and suitemates last year. She does not know Mr. Montague.                  reported that on the night of October 18, 2014 she was not with                  went out with their suitemate                  . not see                  . until the following morning.                  got up early on Sunday October 19 and went for a run. When she returned to the suite she found                  on the common room sofa crying.                  hugged            but                  , continued sobbing and could not talk for about ten minutes. Eventually                  told  that she had had a terrible night with Mr. Montague.                  had previously told                  about another encounter with Mr. Montague. On that occasion Ms.
            had been very drunk and had said yes to sex with Mr. Montague even though she didn't really want to. After that she was upset and very angry with herself.                  . now told                  that on the night of October 18, Ms.
            told Mr. Montague that she did not want what had happened before to happen again. She told him they could hang out but not have intercourse. He pushed her to agree to sex. She said "no" but he proceeded anyway. Later, he said he knew she didn't want that and he apologized.                  . stayed the night with him because she was in shock and panicked.


            reported that there was a striking difference in                  s demeanor between the day after her first sexual intercourse with Mr. Montague and the morning of October 19. On the earlier occasion,                  felt unhappy and angry with herself. She felt responsible for what happened because she was so drunk. She was upset but was not crying or falling apart. In contrast, on October 19,
            was sobbing uncontrollably as she told the story of what happened. That afternoon,                  went with                  and several other suitemates to New York to see a ballet, but                  . was upset and cried on and off the whole day.


                  is a friend of                  They lived in the same suite last year and now live in the same entry in                  does not know Mr. Montague.                  stated that she was not with                  . on the night of

12

October 18, 2014,                    woke up the next morning at approximately 9:00
am. When she went out into the common room she found                    crying.
                   , another suitemate, was attempting to comfort
           told                    that she had been at the basketball
house the previous night. She ran into Mr. Montague and went to his room with
him.              was not drunk. She and Mr. Montague were "hooking up" and
Mr. Montague wanted to "have sex."            said "no." She pushed on his
chest but he was too heavy for her to push off. He went ahead and had intercourse
with              even after she said "no." Afterwards,              stayed at Mr.
Montague's house overnight because it was very late and she did not want to walk
home alone.

           is a friend and suitemate of                    . They have been suitemates
for two years.            knows who Mr. Montague is but does not consider him a
friend.            reported that on the weekend of October 18, 2014 she was out of
town for a field hockey game. When she returned to campus on Sunday, October 19,
              was away in New York at the ballet. The next day,                    told
              about her encounter with Mr. Montague on October 18. According to Ms.
              told her that she went to a party at the basketball house on
Saturday night October 18. She saw Mr. Montague and told him that she knew they
had sex last time they were together but she did not want to do that again. She
wanted to hook up but not have sex. He said that would be OK but then he ignored
her.             told             that she and Mr. Montague were hooking up in his
room. He was on top of her. He was very drunk and she was relatively sober. She
said she didn't want to have sex and he went ahead anyway. She resisted but he
continued. He did not use a condom. After he was finished, he apologized and told
              that he knew she didn't want that.

           stated that she was concerned about M          a's reaction to the events
with Mr. Montague. Last spring she                    in order to stay away from
Mr. Montague, which was a big disruption in her life. According to
           has seemed more stressed and unhappy this fall.            also reported
an event in early November 2015 in which              were at a
party at the football house.            told           that she noticed Mr.
Montague was also there.            was aware that Mr. Montague had agreed to stay
away from            and to leave anyplace that they ended up together.
asked              if she wanted       to ask Mr. Montague to leave. At Ms.
           request,        approached Mr. Montague and told him that he needed
to leave the party because            was there. Mr. Montague responded that
he was a senior and he was at this party with his friends. He stated that it had been
a year since he had seen              and if she wanted to talk to him she could do
so herself.            told Mr. Montague he had to leave because "you raped her." The
altercation ended when            boyfriend intervened. He told Mr. Montague he
should leave. Mr. Montague did not leave but he did not approach              a for
the remainder of the party.

K          is a close friend and suitemate of              n. Prior to October 2014,
she knew who Mr. Montague was based on the fact that both were athletes and

13

because they had some mutual friends. ___ is not a friend of Mr. Montague.
___ reported that she was with ___ on Saturday, October 18, 2014.
___ had two high school friends visiting her that weekend to attend the Yale
football game. After the game, ___ and her friends were hanging out in the
suite and ___ joined them sometime in the evening. At about 10:30 or
11:00 pm, ___ two friends went together to a
party at the basketball house, where Mr. Montague lived. They saw Mr. Montague at
the party and ___ went to talk with him. ___ and her friends were
socializing with other people. After an hour or more, they decided they were ready
to leave and go to another party at Zeta Psi fraternity. ___ did not want to go
without ___, or at least without knowing where ___ was. Ms.
___ texted, "Where are you? Come outside. We are going to leave."[17] Ms.
___ texted back, "I'm with Jack. I'm fine." ___ knew that ___
had been with Mr. Montague before. She knew that ___ had no romantic
feelings for him but she was sexually attracted to him. ___ was not
completely comfortable leaving the party without ___ but ___
text was clear and coherent, so ___ felt that her friend was not too drunk and
was making a conscious decision to remain at the party with Mr. Montague. Ms.
___ left with her high school friends, spent some time at the Zeta party and then
went back to the suite. When ___ got home it was 1:00 or 1:30 am and Ms.
___ was not there.

___ and her friends woke up early, at 9:00 or 9:30 am, and went out to
breakfast. ___ did not see Ms. ___ before she left the suite but she did
not know if Ms. ___ had come back late and was in her room or if she was still
out. ___ came back to the suite around her visiting friends at around 11:30
am or noon and found ___ in the common room crying with some of their
other suitemates. ___ was very upset. She was saying things about her
night with Mr. Montague, such as, "I told him I didn't want sex," "I told him no," "He
was on top," and "I couldn't push him off." Later that day or the next day, Ms.
___ told ___ more details about what had happened. She explained that
after ___ and her friends had left the basketball house, and before Ms.
___ went with Mr. Montague to his room, she told him specifically that she
wanted to hook up and talk but she didn't want to have sex, but Mr. Montague didn't
listen. ___ also told ___ that after having sex, Mr. Montague got
dressed and went downstairs where some of his friends were gathered. Ms.
___ followed him and did what he told her to do because she felt confused and
out of control and didn't know what else to do. She went to Toad's with people she
didn't know. She left Toad's and came back to ___ but didn't want to
come inside her suite so she called Mr. Montague and went back to his house with
him. She then returned home to ___ in the morning. According to Ms.
___ this type of passive, confused behavior is not typical for

---

[17] Neither ___ nor ___ provided these text messages. The messages
are quoted in ___ written report (Exhibit D). The two women's
description of the messages is similar and does not conflict with any statement of
Mr. Montague.

also reported that after                encounter with Mr. Montague on
October 18                 ı was highly reactive whenever she saw Mr. Montague on
campus.  She would become irritable and cranky, which was not like her.  She quit
_____ _____ _____ because she did not want to see Mr. Montague
him.                      ıas been anxious about going out because she knows that Mr.
Montague could pop up anywhere.                 ı friends have been careful to
watch for Mr. Montague and to stay close to ʹ             whenever they go places
that he might be.  They try to find alternative locations to go out so that they will not
run into him.

In the fall of 2015, ʹ             ı told             that she was thinking about how it
had been nearly a year since her encounter with Mr. Montague and she was having
nightmares again.  At around the same time, Title IX Coordinator Angela Gleason
asked to speak with             about an unrelated incident.             ı met with Ms.
Gleason on September 21, 2015.  At the end of their conversation, Ms. Gleason asked
            if she had any questions.             told Ms. Gleason about what had
happened to ʹ             and asked Ms. Gleason what to do to help her friend.  Ms.
            told Ms. Gleason Mr. Montague's name but not.             Ms. Gleason
urged             to talk with her friend about coming forward and reporting the
incident.             waited a few weeks to talk with ʹ             because she
wasn't sure what             reaction would be, but she did talk with Ms.
            ı on October 15.             was nervous about talking to Ms. Gleason
and asked             ı to reach out again and ask some questions for her before she
decided whether to meet with Ms. Gleason.  On October 16,             met again
with Ms. Gleason to discuss the situation involving             , but ı             still
did not reveal her name.  Ms. Gleason suggested various options that
could offer her friend, including the idea of making an anonymous complaint.  This
could result in a conversation between Ms. Gleason and Mr. Montague and a referral
of Mr. Montague to training, to help him avoid repeating his behavior with anyone
else.             told             ı about her conversation with Ms. Gleason and Ms.
            liked the idea of having Mr. Montague referred to training.
then went to talk with Ms. Gleason.

_             , is a good friend of ʹ             She graduated from Yale in the spring
of 2015.  N             ı is the person who recruited             ı to the
ʹ             and also to the Pi Phi sorority.             knows who Mr. Montague is but is
not a friend of his.  She knew             had several sexual encounters with Mr.
Montague but             never saw them together.             was at the Pi Phi-
sponsored event at Toad's Place on September 24, 2014.             reported that she
came to the event with             and they took pictures together at the
beginning of the party but             had no specific memories of             ı at the
event later in the evening.             did not see how much alcohol
drank or how her behavior may have been affected by alcohol.  She did not see Ms.
            ı with Mr. Montague.

            was with ʹ             on the night of October 18, 2014.  They went
together to a birthday party for two friends, which took place at Sig Nu fraternity.  It
was not a big party and there was not a lot of alcohol served there.             ı and Ms.

15

stayed at this party for about an hour or an hour and a half.  After they left, ⎯  went home and ⎯  ; went out with other friends.  ; did not attend the party at Mr. Montague's house that night and did not see ⎯  after they left Sig Nu.  The next day, ⎯  texted ⎯  to ask how the rest of her night had been. ⎯  told her over text message that the night was terrible.  She had told Mr. Montague she did not want to have sex but he went ahead anyway.  She was not able to push him away.  Afterwards he apologized and said he knew she had not wanted that. ⎯  said she had been feeling so upset she was physically ill all morning (Exhibit F). ⎯  tried to be supportive of her friend.  Later, ⎯  decided that she could not continue ⎯  because she did not want to ⎯  Mr. Montague (Exhibit F).[18]

⎯  is a close friend of Mr. Montague.  He graduated from Yale College in 2015.  Last year he was the Captain of the basketball team and a housemate of Mr. Montague. ⎯  was present at the basketball house on both occasions when ⎯  ⏐ attended parties there and stayed overnight with Mr. Montague.  Mr. ⎯  ⏐ stated that Mr. Montague had several encounters with ⎯  . in the fall of 2014, and he believed she stayed overnight at their house somewhere between two and five times. ⎯  knew that Mr. Montague was having a sexual relationship with ⎯  but he did not personally observe much of their interaction.  What interactions he did see seemed positive.

⎯  described the basketball house as an active house that hosted a lot of large parties.  When they hosted parties, the house was usually crowded and loud. They served a lot of alcoholic beverages. ⎯  had no specific memories of Mr. Montague and ⎯  at the party on October 18, 2014.  He did not see how they were touching or interacting and he had no personal knowledge of how Ms. ⎯  came to stay overnight or the nature of her sexual contact with Mr. Montague.

⎯  reported that a few days or a week after October 18, Mr. Montague came to him upset because something bad was going on with ⎯  She had texted Mr. Montague and asked to meet for a conversation.  Her tone was serious and different than she had been before.  Mr. Montague was worried that she was upset with him about something and he didn't know what it was.  Mr. Montague worried that perhaps she thought she was pregnant.  Mr. Montague arranged to meet ⎯  to discuss what was on her mind, and afterwards he came to Mr. ⎯  again and told him that ⎯  had said she had not wanted to have sex that night and was disappointed that it had happened.  Mr. Montague was shocked that she felt that way because it had been his impression that she was having a good time and wanted to do everything that they did sexually.

Early in November of 2015, Mr. Montague called ⎯  ɔn the phone to tell him about another shocking allegation concerning ⎯  .  This time Mr.

---

[18] In a text message to ⎯  dated January 8, 2015, Ms. ⎯  (Exhibit G).

Montague reported that he had been at a party and a girl he did not know came up to him and told him he had to leave right away because          vas there. The girl yelled at him and said that he had raped          Mr. Montague was completely taken aback because he had done no such thing. Moreover, Mr. Montague did not think          herself, had accused him of raping her when they had met the previous fall and so he could not understand how this unknown girl could make such an accusation in a public place. A few days later, Mr. Montague received notice that a complaint had been filed with the UWC. Mr. Montague has been very upset about the accusation, which he believes is untrue and unfair, and potentially extremely harmful to him.

Angela Gleason is the Title IX Coordinator for Yale College. She first heard about the events involved in the current complaint when she met with '          ; friend          in connection with a completely unrelated incident.          told her about          but did not reveal          , name. Ms. Gleason encouraged          to suggest that '     ,          come forward to talk with Ms. Gleason.

On October 19, 2014,          met with Ms. Gleason.  ·          told Ms. Gleason that she told Mr. Montague she did not want to have intercourse but he continued anyway.          focused mainly on how she felt afterward. She told Ms. Gleason that on the night of this incident, after having nonconsensual sex with her, Mr. Montague had tried to manipulate her to make her feel differently by telling her how wonderful she was.          told Ms. Gleason that she had been seeing Mr. Montague around campus more this fall than last spring and that was difficult for her. Ms. Gleason listened to determine what '          , wanted from her and thought that it might be possible to arrange a no contact agreement without any formal complaint. Ms. Gleason told          that it is important for Mr. Montague to understand the University's consent policy and one option would be for Ms. Gleason to sit down with him, tell him there has been a complaint against him and suggest that he participate in training to make sure he does understand that policy. She told          that she would have to check to see if Mr. Montague was known to the Title IX Coordinators and would consult with other Coordinators in order to determine if it would be appropriate to address this incident with additional training. She also agreed to report back to          about the results of any conversation with Mr. Montague.

After consultation with other Title IX Coordinators, Ms. Gleason found out that Mr.          had already participated in a full semester of sensitivity training and so it did not make sense to ask him to repeat that intervention. She met with Ms.          again on November 10, 2015, and informed her that Mr. Montague was aware of the University's policy on consent. Ms. Gleason told          that the incident she had reported was serious and could warrant a formal complaint. A Title IX Coordinator could bring the complaint if          was willing to participate as a witness.          agreed to cooperate on this basis.

Discussion and Summary

This case concerns a single episode of sexual intercourse that occurred after two or three prior casual sexual encounters between _____ and Mr. Montague. Ms. _____ claims that the incident in question took place over her express verbal objection and physical resistance. Mr. Montague claims that she consented to all of sexual activity that took place that night. The parties' descriptions of the events differ significantly. _____ reports at least three specific times that she told Mr. Montague that she did not want to "have sex," which he denies. She also reports that he apologized after having intercourse and said he knew she didn't want that; he also denies this statement. _____ reports many additional details about the night that Mr. Montague does not remember but does not deny, including that they both left Mr. Montague's house after their sexual encounter, went to other places and then returned to Mr. Montague's house for the remainder of the night.

There are no direct witnesses to the sexual encounter between the parties on October 18-19, 2014. The central events occurred when the parties were alone outside Mr. Montague's house, in Mr. Montague's car and in his bedroom. No one else heard _____ tell Mr. Montague that she wanted to "hook up" but not "have sex." _____ friends' testimony does corroborate her statements in that all five friends I interviewed report that in the day or two after October 18, Ms. _____ told them that she had told Mr. Montague she did not want sex but he continued over her objection. Their testimony is consistent with her statements that she told him "no" many times, she tried to push him away physically and that he apologized afterwards. The text thread with _____ (Exhibit F) appears to be a contemporaneous written record of _____ experience. In text messages beginning at 11:55 am on October 19, 2014, _____ repeats the same story she told other friends orally. _____ written narrative (Exhibit D) is also consistent with her current statement, however the document is undated and cannot definitively be taken as a contemporaneous record.[19]

Both parties used the term "have sex" to describe having vaginal intercourse. Mr. Montague does not claim that he was confused by _____ use of the terms "hook up" in distinction to "have sex." Rather, he denies that she made any such stipulations about the activity she was consenting to. According to him, when she consented to intercourse on September 24 and October 18, 2014, she did so in response to his question whether she wanted to "have sex."

The parties also dispute the content and meaning of their discussion outside Davenport College on October 28, 2014. According to _____, she told Mr. Montague clearly that she had not wanted sexual intercourse on October 28 and he had ignored her. According to Mr. Montague she said only that she had not wanted to have sex and was disappointed in what happened, which he interpreted as a statement of her regret and not an accusation of wrongdoing. Mr. Montague's position is that _____ consented to intercourse on October 18 and that her

_____

[19] As noted above, I was not able to reach _____ to corroborate her advice to Ms. _____ that she should make a written record of the events.

behavior afterwards is inconsistent with her claim that she objected. He suggests that this panel should consider                return to Mr. Montague's house as evidence that she was not unhappy with what had happened earlier in the night.

It is for this panel to determine which party's version of the events of October 18-19, 2014 is more likely to be true.

Respectfully submitted,

*Miriam Berkman*

Miriam Berkman, JD, LCSW
Impartial Fact-Finder

Exhibit A: Complaint of Jason Killheffer, Senior Deputy Title IX
Coordinator, On behalf of

November 18, 2015

Professor David Post
Chair, University-Wide Committee on Sexual Misconduct
55 Whitney Avenue, 2nd Floor
New Haven, CT 06520

Dear Professor Post,

In my capacity as Senior Deputy Title IX Coordinator for Yale University, I am writing to
file a formal complaint of sexual assault against Jack Montague (Yale College, Trumbull
2016). This complaint is based on a report I received that Mr. Montague sexually
penetrated                                                      without her consent on the
night of Saturday, October 18, 2014, at his residence located at 43 Howe Street.

I am bringing this complaint pursuant to Section 1 of the University-Wide Committee on
Sexual Misconduct (UWC) procedures that allows a Title IX Coordinator to bring forward
a complaint "when there is evidence that the University's policies on sexual misconduct
have been violated and the Coordinator's intervention is needed to ensure that the
matter reaches the UWC."

Sincerely yours,

Jason Killheffer
Sr. Deputy Title IX Coordinator
Office of the Provost

Exhibit B: Notice of Complaint

CONFIDENTIAL

November 30, 2015

Delivered by Electronic Mail

Jack Montague (TC '16)
c/o Jasmina Besirevic-Regan, Dean of Trumbull College
jasmina.besirevic@yale.edu

Dear Jack Montague,

The University-Wide Committee on Sexual Misconduct ("UWC") has received a formal complaint against you from Senior Deputy Title IX Coordinator Jason Killheffer. The complaint, dated November 18, 2015, alleges that you sexually assaulted a Yale College student on the night of Saturday, October 18, 2014, at your residence located at 43 Howe Street. For further information regarding the allegation, please see attached the complaint. A copy of the University's sexual misconduct policy is also attached here for reference.

Please note that the UWC in reviewing the facts presented during the formal complaint process may consider other violations of the sexual misconduct policy or the Yale College Undergraduate Regulations that relate to the complaint.

Please read carefully the attached UWC Procedures which set forth the details of UWC proceedings. I refer you in particular to section 7 of the procedures, governing the "Formal Complaint Process." As discussed in section 7.1 of the procedures, a subcommittee of the UWC has determined that the UWC has jurisdiction to hear this complaint.

You may provide a written response to the complaint and you may include supporting documents and other evidence. If you wish to respond, please do so in writing or by e-mail to me within five days of this notice, i.e. by 5:00 p.m. on December 5, 2015. All statements and other evidence you submit will be shared with Jason Killheffer and the Yale College student referenced in the complaint. I will inform you by e-mail when a fact-finder and hearing panel have been appointed in this matter.

There must be no contact – either direct or indirect – between you and the student referenced in the complaint and the UWC procedures specifically prohibit retaliation against any person who brings a complaint or participates in the UWC process. Angela Gleason, the Title IX Coordinator for Yale College, may be in touch with you about the implementation of the no contact order and any other interim measures. If it is found that you have not complied with this requirement, that finding may lead to additional charges of misconduct.

All UWC hearing participants are expected to keep confidential all aspects of the UWC process as provided in the attached Statement on Confidentiality of UWC Proceedings. Please read carefully the statement.

I encourage you to choose an adviser to support you throughout this process. The adviser may provide personal and moral support and help you prepare for meetings related to the complaint. The adviser is not permitted to submit documents, either directly or indirectly, on your behalf at any stage of the process, nor speak for you during an interview with the fact-finder or at the hearing. When selecting an adviser, please make sure they are available to you during the time periods set forth in section 7.8 of the UWC procedures. I ask that you provide me with your adviser's name and contact information before you meet with the fact-finder. If you are intending to bring an attorney as your adviser, please inform me at least four days in advance of any meeting that the adviser will attend. For further information about the role of an adviser in UWC proceedings, please see section 5 of the UWC procedures. Should you need assistance in retaining an adviser, please let me know.

Please contact me, at aley.menon@yale.edu, or at (203) 432-4441, to arrange a time to meet to review the UWC hearing process.

Sincerely,

*Aley K. Menon.*

Aley K. Menon
*Secretary, University-Wide Committee on Sexual Misconduct*


cc:     Jasmina Besirevic-Regan
        Dean of Trumbull College

        Angela Gleason
        Title IX Coordinator for Yale College

        Jonathan Holloway
        Dean of Yale College

        David Post
        Professor of Ecology and Evolutionary Biology and UWC Chair

        Stephanie Spangler
        Deputy Provost and University Title IX Coordinator

        UWC File

Encl:   Complaint
        UWC Procedures
        Yale Sexual Misconduct Policies and Related Definitions
Statement on Confidentiality of UWC Proceeding

Exhibit C: Response of Jack Montague

Wednesday, December 9, 2015 at 5:40:54 PM Eastern Standard Time

Subject: Response to UWC Complaint
Date:    Wednesday, December 9, 2015 at 5:39:35 PM Eastern Standard Time
From:    Jack Montague
To:      Menon, Alice

I deny the allegations. All intimate interactions between          n and me that occurred more than a year ago were
consensual. I am sorry if she does not feel the same way. My intentions were not to disrespect or harm her in any way.

Sincerely,
Jack Montague

Page 1 of 1

23

Exhibit D:  Written Description of Events by

On Saturday, October 18, 2014, I went to a party at the basketball house with ___ and her two friends from high school, ___. I had just gotten back from ___ birthday party at SigNu with ___. When we got to the party, I saw Jack sitting on the wall in front of the house. I said hi, and he started yelling "___" in the house." I laughed and continued on inside. The party was pretty full. I was talking to ___, a senior on the track team. ___ came up to me at some point and said that ___ left to go to Zeta and that we

can go whenever I want __, and
I followed    : outside, where I ran
into Jack again. He started talking
to me, him leaning up against the wall
and me standing in front of him. He
asked me how my broken ribs were,
and I asked him how his shoulder was.
He made a few comments about me
not being able to backup due to injury.
The conversation was light and flirty.
The two of us headed inside, and I
passed ___           . I told ___ not
to worry. Later she texted me:
12:05 AM - Please come back out
           Please
           Now please I have to talk to you
I responded:
12:10 AM - I'm good I'll be with Jack
           don't worry
12:11 AM - Call me now if there's a
           problem
12:30 AM - What's up?
She said:
12:32 " Going to Zeta now are you okay?
I said:
12:35 " Yes don't worry!
        Thank you!
        Love you

Between these text messages, I went out back with Jack. We were making out leaning up against his truck. I interrupted and told him that last time we hooked up, after pi phi highlight, I was really drunk. It was cold, so he got the keys to his truck and we climbed in the backseat. We were hooking up and talking jokes about senior prom. He said, "Are we really doing this?" "Doing what?" "Fucking in the back of my truck." I was sitting on his lap and I said that I didn't want to have sex. I verified that we had slept together after highlight. Then I asked him if we could hookup without having sex. He said okay.

After a while we went back into the house where the party was starting to die down. We went upstairs to his room and continued hooking up. He started getting aggressive and was on top of me. I said no again. When I could feel him pushing into me I said no and tried to push him off of me, but I couldn't. Aside from a few whimpers and a few "come on"s,

I submitted to the rape. I got him off of me before he came, and immediately after he said he was sorry and that he knew I didn't want any of that. I don't think I said anything. Then all of a sudden his friends were at the door. I ducked under the covers and pretended to be asleep. They stood in the doorway telling me how beautiful I was. Jack said he was leaving and that he'd be back in a bit. I tried to contact. Next thing I hear his friends voices yelling my name to come downstairs. I got dressed and went downstairs, when there were 3 or 4 other guys. We started walking, but Jack and ___ were going to Beta super fast and they told me to go with some other guy to Toad's. I walked there with him, but then turned around and went to ___ I sat in the courtyard. I didn't want to go to my suite and see my suitemates. I called Jack at 1:38 AM. He told me to meet him on Park St in front of Dport. I texted him telling him I was there at 1:43 AM. We walked back to the basketball house together. He said he

didn't want to hookup, he just wanted
to go to bed. I agreed. We got to
the house and went upstairs. Once
in bed he tried to have sex with me
again. I said no and got out from
under him. He said that it's not sleeping
around because it would be the 3rd time.
We both rolled over and fell asleep.

Exhibit E:  Text Messages Between ⸱ ⸱ ⸱n and Jack Montague

●●●○○ AT&T 🛜          3:26 PM          ⦿ ⬈ ⁂ 92% ▭▭

**‹ Messages**          **Jack**          **Details**

Oct 19, 2014, 1:30 AM

> I left toads

> I'm in front of dport

Oct 26, 2014, 11:18 AM

> Hey could we meet up at some point today to talk? Let me know I'm around all day

Oct 26, 2014, 4:30 PM

Sorry I'm heading back from being out of town and I have practice tonight. I can't today

> Alright when are you around

I'm getting back soon but headin to the gym for 7-10 practice. We can meet up this week sometime

> Okay yeah that's fine. Sooner rather than later would be good it's kinda important

 iMessage          

••••oo AT&T 📶     3:26 PM     ⊕ ✈ ⚹ 92% 🔋

**‹** Messages     **Jack**     Details

> Okay yeah that's fine. Sooner rather than later would be good it's kinda important

Ok sounds good

Oct 28, 2014, 5:30 PM

> Hey let me know if you're around tonight even if it's not til much later on

Oct 28, 2014, 7:34 PM

Just got out of practice. Going to eat, what's your plans in like an hour or so?

> I'll be around I think working in starbucks

Ok I'll hit you up in a little bit

You're kind of worrying me about this, is it something really bad?

 

●●●○○ AT&T 🔗     3:27 PM     ⓒ ✈ ⁂ 92% ▰▱

< Messages     **Jack**     Details

bad?

> Well I'm not pregnant or anything but I still just wanna talk so yeah hit me up later

Oct 28, 2014, 9:21 PM

What you doin

> I'm still in starbucks but I can meet you wherever

I'm going to a concert at toads at like 11. Can I come see you somewhere before that

> Yeah anytime

Can you meet me at davenport

> Yeah sure now?

Give me five minutes

Ten minutes

 

31

●●●○○ AT&T 📶                    3:27 PM                    @ ✈ ✳ 92% 🔋

❮ Messages            **Jack**            Details

Ten minutes

> Okay just text me when you're ready whenever is fine

I'm in Dport. Right next to Maison Mathis. Can you meet me real quick

> Yeah on my way meet me outside

Okay

There's a picnic table right inside just meet me there

> Inside where

> I'm like under the arch thing idk davenport at all

Delivered

Right inside the Dport entrance next to Maison Mathis




32

Exhibit F: Text Messages Between ⊥ and

●●●○○ AT&T  LTE          **12:02 PM**          ⊕ ◢ ⊀ 76% ▭

**❮ Messages**          ⠂🎀🐰          **Details**

Oct 19, 2014, 11:55 AM

Omg haha

I woke up very briefly earlier and then went back to sleep until now because I felt so bad. My body needed more time to process the alcohol haha

How was your night?

My night was actually really bad after I left▮▮▮▮▮

Noo how come? 😟

It's like a traumatic story okay

So that guy jack that I hooked up with? I saw him last night and long story short basically I said I'd hookup with him but not have sex with him and he said that was fine

But we went to his room eventually and he was

   

33

●●●○○ AT&T 🤏    3:14 PM    ⊕ ⤴ ✳ 92% ▬

‹ Messages        🎀 🐰        Details

How was your night?

My night was actually really bad after I left

Noo how come? 😞

It's like a traumatic story okay

So that guy jack that I hooked up with? I saw him last night and long story short basically I said I'd hookup with him but not have sex with him and he said that was fine

But we went to his room eventually and he was pressuring me and I said no two or three times and I tried to push him off of me and I couldn't

And afterwards he was like I'm sorry I know you didn't want that

I've been a mess all morning I'm

 

‹ Messages        Details

I've been a mess all morning I'm like sick to my stomach

What! So he knew you didn't want to but made you have sex with him anyway? That's so not okay.

Sick like throwing up or just sick because that was such a shitty situation?

I'm sorry 

Yeah he like forced me I tried to push him off but he just like did it anyway

And sick because it was a shitty situation I just like can't believe that happened

He fucking sucks 

I still have to decide what I'm going to do I'm gonna give myself a few days to thibj



35

●●●○○ AT&T 🔵                3:18 PM              @ ✈ ✳ 92% 🔋

❮ Messages            🎀 🐰            Details

Mon, Dec 29, 11:33 PM

Also you're officially coming back _____ ____ we're back at school right?? 😁 😁 😁

Okay so I really want to and my schedule will allow it. But I just really don't know if I can

I'm still really rattled about the thing that happened with jack and I'm just trying to picture _____ and idk if I'm okay with it. I hate to have him prevent me from doing something that I want to do, but I just don't know if I can like I still have nightmares about what happened sometimes. It sucks because it has nothing to do with _____ I'm just really struggling with it

So that's where I'm at right now 😕 😕 😕





36

●●●○○ AT&T 📶    3:19 PM    ⊕ ✈ ⚡ 92% ▭

❮ Messages    🎋🐰    Details

---

That totally makes sense. It
would be a sucky hour having to

How about ⸴ . . . . . . . . . . . .
⸴⸴    ˆ ˙You totally don't have
to but I'm just insisting with love
because I miss you! 💟 )

> Hmm if ▓▓▓▓ would be okay
> with me ▓
> ▓▓▓▓ would definitely think
> about that that might work!
> Would that mess stuff up
> though??

lol) so think about it! Let me
know what you decide 😊 💟

Thu, Jan 8, 10:25 AM

> Ah ▓▓▓ is texting me about
> idk what to say 🙊

Uh oh what did you reply?

 

Exhibit G: Text Messages Between ⸱ and ⸱ ⸱

●●●○○ AT&T 🛜          3:19 PM          🅶 ✈ 🅱 92% 🔋⟩

❮ Messages (1)                    Details

<del>sure you are still part of the</del>
group

me. If not, I'll add you back in



Thu, Jan 8, 11:12 PM

Hey ▢▢▢ I'm really sorry for
the short notice but I'm not
going to be able to ▢▢▢▢

▢▢▢▢▢▢ and while that
might not seem like a big deal
it's serious enough that I won't
be able to ▢▢▢▢ . I'm
really sorry again

Fri, Jan 9, 12:16 AM

Oh no! Okay please let me know
if there is anything you need. I'm
always here to help. I hope this
issue can be resolved so you
can ⸱ ⸱ ⸱⸱ ⸱ I

do have ⸲ ⸱ ⸱ ⸱ though so
who would you like new to give
that to?

                              Send

38

Exhibit H:  Record of Security Card Activity for          October 19, 2014[20]

| READER_DESC | | ACCESSED |
|---|---|---|
| 186-3-1-I | )INING HALL CTYD ENTRY DOOR PERIM | - |
| 292-1-0-P DAVENPORT COLLEGE HCP GATE OFF YORK ST PERIM | | Yes |
| 187-4-0-P | COLLEGE HCP GATE LIBR WALK NR YORK PERIM | Yes |
| 187-2-1-P t | COLLEGE CTYD ENTRY N PERIM | - |

| SWIPE_DATETIME | EMPLOYEE | FIRST_NAME | LAST_NAME | BID |
|---|---|---|---|---|
| 10/19/14 1:34 | 853205 | | | 25412169 |
| 10/19/14 1:40 | 853205 | | | 25412169 |
| 10/19/14 9:57 | 853205 | | | 25412169 |
| 10/19/14 9:58 | 853205 | | | 25412169 |

[20] The grid below was obtained from George Hines, Director of Yale Security Systems.  The excel worksheet format is reproduced in two pieces in order to fit on this page.  The lower half of the grid is meant to fit to the right of the upper half.