Message

| From: | Besirevic-Regan, Jasmina [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JASMINA.BESIREVIC] |
|---|---|
| Sent: | 2/11/2016 10:24:54 AM |
| To: | Clark, Margaret [margaret.clark@yale.edu] |
| CC: | Besirevic-Regan, Jasmina [jasmina.besirevic@yale.edu] |
| Subject: | RE: Jack |

Thanks, Margaret. I am not sure if his father is here yet but assume that he is on the way. Jack's parents are aware of his prior history and understand that he is not blameless. They are just having a very hard time. My conversation with Susan this morning helped me tremendously as she reiterated that we need to listen and stay professional and behind the university's process. Coach Jones is fully behind Jack and we all feel guilty for not providing better support and advice. Let's stay in touch. Best, Jasmina

---

**From:** Clark, Margaret
**Sent:** Thursday, February 11, 2016 10:18 AM
**To:** Besirevic-Regan, Jasmina <jasmina.besirevic@yale.edu>
**Cc:** Clark, Margaret <margaret.clark@yale.edu>
**Subject:** RE: Jack

I'm in my exam, with a few stragglers!  I like teaching at 9 a.m.!  This is the most responsible group I believe I've ever gotten!

Oh Jasmina.  I know this is hard.  (I talked with many parents after ExComm decisions but never after an expulsion).

I will call them.

Is his father here yet?  Had Jack forewarned them in any way?  Do they know there was a prior case, SHARE center counseling?  (In other words, did Jack tell them.  I know they were copied on the formal letter but perhaps not on Jonathan's own letter.)

We have a fellows meeting in the house tonight but I will offer to meet with him face-to-face if he is, indeed, in town.  This, indeed, must be heart-breaking for parents.  If a non-legal case can lead Jack himself to avoid future trouble that part is for the good but heart-breaking in any case.

How was the coach at coaching in this case?

I'm here today, tomorrow and early on Sat. (gone Sat. night and given that the party-registers were noisy last time, I'll write to them and keep my cell phone on late in the evening -- I'll be in a hotel but not out as late as their party will occur.  Honestly, though, they are good people -- Morgan Smiley and Sherri Li -- so they should be O.K.  They indicated they will serve alcohol and I'll tell them they are responsible for both serving only those 21 and over and also that if things get out of hand they can call for help -- but I think they've learned their lesson from last time.)

P

---

**From:** Besirevic-Regan, Jasmina
**Sent:** Thursday, February 11, 2016 10:07 AM
**To:** Clark, Margaret
**Subject:** Jack

Margaret,

I just got off the phone with Susan Sawyer who suggested that both of us reach out to Jack's parents as last night was very emotional and difficult for everybody involved. It was one of the most difficult conversation I was a part of. I already

Confidential

spoke to his father Jim last night and his parents are obviously very upset. They wanted to talk to Jonathan but given that the he is involved in the case he cannot speak to them until any appeal is concluded. She thought that you may want to reach out to them to listen to them and explain the process if they have any questions. I told Susan that I am off to Boston this afternoon but I gave the parents my cell phone number to call at any time. She hoped that you could call them today (I believe that his father was going to drive up from Nashville last night). His father phone number is 615-330-0464.

Please let me know what you think.

Thanks,
Jasmina

Confidential

**To:**      Margaret Clark (margaret.clark@yale.edu)[margaret.clark@yale.edu]
**From:**   Besirevic-Regan, Jasmina
**Sent:**    Thur 2/11/2016 10:07:47 AM
**Subject:**  Jack

Margaret,

I just got off the phone with Susan Sawyer ████████████████████████████ ███████████████████████ It was one of the most difficult conversation I was a part of. I already spoke to his father Jim last night and his parents are obviously very upset. They wanted to talk to Jonathan but given that the he is involved in the case he cannot speak to them until any appeal is concluded. She ████████████████████████████████ ███████████████████████████████████████████████████████████████

His father phone number is 615-330-0464.

Please let me know what you think.

Thanks,
Jasmina

Confidential

YALE00019069