UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:16-CV-00885-AVC |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | JUNE 23, 2017 |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to D. Conn. L. Civ. R. 7(e), John W. Herrington moves that his appearance as counsel of record be withdrawn, and that all his contact information be disassociated from the above-captioned matter in the Court's ECF system.

The undersigned counsel filed his appearance on behalf of non-party witness Sally Roe for the limited purpose of responding to the Motion to Compel Plaintiff filed on May 12, 2017 (Dckt # 86), in which Plaintiff sought, *inter alia*, the production or disclosure of a specific communication between Ms. Roe and a therapist with whom Ms. Roe consulted at a rape crisis center ("Privileged Communication").  On June 12, 2017, the parties entered a joint stipulation confirming that Plaintiff no longer seeks the production of the Privileged Communication (Dckt # 96).

                                                    SALLY ROE, NON-PARTY WITNESS,

                                                    By: */s/ John W. Herrington*
                                                        John W. Herrington (ct28926)
                                                        CARLTON FIELDS JORDEN BURT, P.A.
                                                         One State Street, Suite 1800
                                                        Hartford, CT  06103
                                                        Telephone: (860) 392-5048
                                                        Facsimile: (860) 392-5058
                                                        E-mail:  JHerrington@carltonfields.com

## **CERTIFICATION**

I hereby certify that, on this 23rd day of June 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        */s/ John W. Herrington*
                                        John W. Herrington

112046733