UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>         Plaintiff,<br><br>v.<br><br>YALE UNIVERSTIY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>         Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

## JOINT STIPULATION AND REQUEST TO AMEND SCHEDULING ORDER

Plaintiff Jack Montague and Defendants Yale University, Angela Gleason, and Jason Killheffer (together, the "Parties") hereby jointly stipulate and request to amend the current scheduling order (ECF No. 85).  The proposed amendment will shift certain expert discovery deadlines but will only delay the completion of expert discovery by eleven days and will not enlarge the overall case schedule.  As reasons therefore, the Parties state as follows:

1.     The fact discovery deadline in this matter is June 30, 2017.  The parties have been diligently working to complete discovery, and in the last two weeks alone, the parties have taken or defended five depositions.  Fact discovery is ongoing, and there are pending disputes between the parties as to discovery that is potentially relevant to issues that are the subject of expert testimony.

2.     The requested amendment is necessary to allow sufficient time to conduct expert discovery.  Due to unforeseen circumstances, Plaintiff is not in a position to make expert disclosures by the currently scheduled deadline of July 3, 2017.  One of Plaintiff's attorneys, Hillary Lehmann recently withdrew from the case to relocate to California, and another,

Alexandra Deal, is currently attending to an ongoing family emergency.  Accordingly, Plaintiff needs additional time to disclose his expert witness reports.

    3.    The Parties stipulate to the requested amendment set forth below, which will not prejudice the Parties.

WHEREFORE, the Parties request that this Court amend the April 7, 2017 Scheduling Order (ECF No. 85) as follows:

| Event | Current | Proposed |
|---|---|---|
| Plaintiff's disclosure of expert witness reports by | 7/3/2017 | 8/18/2017 |
| Depositions of Plaintiff's expert witnesses shall be completed by | 10/2/2017 | 10/20/2017 |
| Defendants' disclosure of expert witness reports by | 11/1/2017 | 11/24/2017 |
| Depositions of Defendants' expert witnesses shall be completed by | 2/1/2018 | 2/12/2018 |
| Dispositive motions shall be filed on or before | 3/30/2018 | 3/30/2018 |
| Joint trial memorandum on or before | 4/30/2018 | 4/30/2018 |

YALE UNIVERSITY, ANGELA GLEASON, and JASON KILLHEFFER

By their attorneys,

/s/ Patrick M. Noonan (#300177)
Patrick M. Noonan
Colleen N. Davis
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

Dated: June 29, 2017

JACK MONTAGUE,

By his attorneys,

/s/ Christian G. Kiely
Max D. Stern (#479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra Deal (#660654) (*pro hac vice*)
adeal@toddweld.com
Christian G. Kiely (#684308) (*pro hac vice*)
ckiely@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

2

**CERTIFICATE OF SERVICE**

I, Christian G. Kiely, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 29, 2017.

/s/ *Christian G. Kiely*