UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | AUGUST 21, 2017 |

## NOTICE OF FILING REQUESTS FOR PRODUCTION

The Defendants Yale University, Angela Gleason and Jason Killheffer, hereby give notice that they have sent the Third Set of Requests for Production directed to the Plaintiff, Jack Montague, on August 21, 2017 for the above captioned matter.

                               **THE DEFENDANTS,
YALE UNIVERSITY, ANGELA GLEASON
and JASON KILLHEFFER**

                            BY: ____/s/ Patrick M. Noonan (#300177)____
                                  Patrick M. Noonan
                                  Colleen Noonan Davis
                                  Donahue, Durham & Noonan, P.C.
                                  741 Boston Post Road
                                  Guilford, CT 06437
                                  (203) 458-9168
                                  pnoonan@ddnctlaw.com

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                            /s/
                                          Patrick M. Noonan