UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | OCTOBER 2, 2017 |

**NOTICE OF FILING COMPLIANCE TO REQUESTS FOR PRODUCTION**

The Defendant, Yale University, hereby gives notice that it has filed Responses and Objections to the Plaintiff's Fourth Request for Production of Documents dated September 8, 2017, on this date.

        **THE DEFENDANTS,
YALE UNIVERSITY, ANGELA GLEASON
and JASON KILLHEFFER**

    BY: ___/s/ Patrick M. Noonan (#300177)___
        Patrick M. Noonan
        Colleen Noonan Davis
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        (203) 458-9168
        pnoonan@ddnctlaw.com

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/
      Patrick M. Noonan