UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | JULY 28, 2017 |

**DEFENDANT YALE UNIVERSITY'S RESPONSES TO PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO <u>YALE UNIVERSITY</u>**

Defendant Yale University, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Rule 26 of the Local Civil Rules of the United States District Court for the District of Connecticut, hereby responds to Plaintiff Jack Montague's Third Set of Request for Production to Yale University dated May 18, 2017 ("Request for Production").

**RESPONSES TO PRODUCTION REQUESTS**

1.    All calendar entries and/or appointments, whether in electronic or paper format, for November 4, 2015, for the following individuals: Angela Gleason; Jason Killheffer; Stephanie Spangler; Susan Sawyer; David Post; and Aley Menon.

**RESPONSE:**    **None of the individuals has paper calendars for the date in question. Copies of the electronic calendar entries for November 4, 2015 relative to this action are attached hereto.**

2. All documents evidencing communications between Jane Roe and Amy Myers concerning the UWC II Complaint, Disciplinary Process, Investigation, Hearing, Panel Report, and Appeal.

**RESPONSE:** **Objections pending.**

3. All documents concerning the "dollar bills case."

**RESPONSE:** **Objections pending.**

4. All documents concerning any case, whether handled by the Executive Committee, the UWC, or a Title IX coordinator, in which a student accused another Yale student of an unwanted touching of any kind, from July 1, 2011, to the present.

**RESPONSE:** **Objections pending.**

5. All documents evidencing communications between Yale University's Office of the General Counsel ("OGC") and   Jane Roe  .

**RESPONSE:** **There are two responsive documents which the defendant has produced:**

**December 9, 2016 e-mail from Attorney Rose to**   Jane Roe

**February 20, 2017 e-mails between Attorney Rose and**
 Jane Roe

6. All documents evidencing communications between anyone at the offices of Donahue Durham & Noonan, P.C., and   Jane Roe  .

**RESPONSE:**     There are two responsive documents which are attached hereto:

June 15, 2016 e-mails between Attorney Noonan and Jane Roe

March 3, 2017 e-mails between Attorney Noonan and Jane Roe

7. All documents evidencing communications between anyone at the offices of Donahue Durham & Noonan, P.C., and James Sconzo, Esq., concerning his representation of Jane Roe

**RESPONSE:**     Objections pending. Without waiving said objections, the defendant a privilege log is attached hereto.

8. All documents concerning communications between Yale and anyone affiliated with the Yale Women's Center (the "Women's Center") concerning:

   a. Jack Montague;

   b. The Facebook statement the Women's Center posted on or about March 2 or March 3, 2016, concerning the expulsion of a "high-profile member of a sports team amidst a pivotal moment in the season on the basis of sexual violence"; and

   c. The "edited public statement" the Women's Center issued on March 3, 2016.

**RESPONSE:**     Objections pending.

3

                                                          THE DEFENDANTS

                              BY:___/s/ Patrick M. Noonan (#ct00189)__
                                    Patrick M. Noonan
                                    Donahue, Durham & Noonan, P.C.
                                    741 Boston Post Road
                                    Guilford, CT 06437
                                    (203) 458-9168

## **CERTIFICATION**

     I hereby certify that, on the above written date, a copy of the foregoing was served by email upon the following:

     Jonathan S. Katz, Esq.
     William F. Dow, Esq.
     Jacobs & Dow, LLC
     350 Orange Street
     New Haven, Connecticut 06503
     jkatz@jacobslaw.com
     wdow@jacobslaw.com

     Max D. Stern, Esq.
     Alexandra H. Deal, Esq.
     Todd & Weld LLP
     One Federal Street, 27th Floor
     Boston, Massachusetts 01880
     mstern@toddweld.com
     adeal@toddweld.com

                                                  _____/s/_____
                                                     Patrick M. Noonan