# Yale College

JONATHAN HOLLOWAY
*Dean of Yale College*
*Professor of African American Studies,*
*History, and American Studies*

PO Box 208241
New Haven CT 06520-8241
T 203 432-2900
F 203 432-2161
jonathan.holloway@yale.edu
yalecollege.yale.edu

*courier*
1 Prospect Street, SSS 110
New Haven CT 06511

February 10, 2016

Jack Montague
Trumbull College

Dear Mr. Montague:

    I am writing to convey my decision in the UWC complaint brought against you by Senior Deputy Title IX Coordinator Jason Killheffer. I have carefully read and considered the documents and responses submitted by the parties, the fact-finder's report, and the UWC panel's report.
    I accept the panel's findings of fact and the panel's conclusion that you sexually assaulted another Yale student in violation of Yale's sexual misconduct policy. After a great deal of consideration, I have decided that the appropriate penalty is expulsion, the penalty also recommended by the panel that heard this complaint.
    In making my decision, I considered the following factors: first, the extremely serious nature of the behavior in question; second, your prior disciplinary history by the UWC in your freshman year and by the Executive Committee earlier this year; and third, the extensive training you have received already from the SHARE center, training that did not have the hoped for impact on your behavior. I have also considered the impact of expulsion on a second-semester senior, but, on balance, considering the harm you have caused and your inability to learn from your past mistakes, I have concluded that permanent separation from Yale is the only appropriate penalty.
    In your response to the panel report, you have requested that I reopen your case for further review so you can present your version of events "fully and honestly in detail," but I do not believe it necessary or appropriate to do so. You had opportunities to provide your version of events in meetings with both the fact-finder and the panel, and your response to the panel report raises no new information or evidence that was not presented at these meetings. Additionally, you had prior experience before the UWC, which should have provided sufficient notice that this was a serious matter that demanded honesty and a complete presentation of your account of events.
    You have contributed to the Yale community, particularly in your athletic endeavors, and I hope that the positive attributes that have enabled you to achieve those successes will support you as you go forward and will help you learn from this difficult experience.

Sincerely,

Jonathan Holloway
Dean of Yale College
Edmund S. Morgan Professor of History, African American Studies, and American Studies

cc:   Aley Menon, Secretary, UWC
       Jason Killheffer, Senior Deputy Title IX Coordinator

PLAINTIFF'S EXHIBIT NO. 79 FOR IDENTIFICATION DATE: 4-13-17 RPTR: