Message

From: Sawyer, Susan [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SUSAN.SAWYER]
Sent: 8/27/2013 7:57:14 AM
To: Michael Della Rocca [michael.della@yale.edu]
CC: Menon, Alice [aley.menon@yale.edu]
Subject: Re: UWC jurisdiction

███

Sent from my iPhone

On Aug 27, 2013, at 7:36 AM, "Michael Della Rocca" <michael.della@yale.edu> wrote:

> I regard David as agreeing that we have jurisdiction here. So a charging letter should be prepared.
>
> I don't think that this case would be better sent to Excomm. We do have a precedent of a somewhat similar case (this one informal) that we handled in the UWC: the dollar bills case. The pizza case has, I would say, even more sexual content than the dollar bills case. In any event, if a UWC panel feels that the case is non-sexual, it is open to them to consider whether it would fall under some other non-sexual-misconduct policy.
>
> M.
> On 8/27/2013 7:22 AM, Menon, Alice wrote:
>> fyi
>>
>> From: "David M. Post" <david.post@yale.edu<mailto:david.post@yale.edu>>
>> Date: Monday, August 26, 2013 9:58 PM
>> To: Aley Menon <aley.menon@yale.edu<mailto:aley.menon@yale.edu>>
>> Subject: Re: UWC jurisdiction
>>
>> Hello Aley,
>>
>> RE ███ case - sounds good. Thanks.
>>
>> RE the complaint - not an easy complaint. I think the crux is he is alleged to have placed the plate down her shirt and between her breasts. Therefore the act described in the complaint could be viewed an act of a sexual nature that was both non-consensual and has the effect of intimidating a person. Therefore I think it falls within the jurisdiction of the UWC
>>
>> But, it may be better served as a complaint to the executive committee because it is on the edge and some panel members will have a hard time seeing the sexual nature of the act.
>>
>> Cheers,
>> David.
>>
>>
>>
>>
>> On 8/26/2013 7:56 PM, Menon, Alice wrote:
>> Dear David,
>>
>> Could you review the attached complaint and let me know if you think it falls within the jurisdiction of the UWC? (For reference, here's a link to the UWC Procedures<http://provost.yale.edu/uwc/procedures>. Section 1 of the procedures describes the committee's authority.)
>>
>> In the ███ case, it looks like I may have additional documents, beyond the complaint and response, to send to you and the other panelists. If you don't mind, I'll send the docs together to the full panel in the next day or two.
>>
>> Warm regards,
>>
>> Aley
>>
>> Aley K. Menon
>> Secretary, University-Wide Committee on Sexual Misconduct
>> Office of the Provost
>>

PLAINTIFF'S EXHIBIT NO. 59 FOR IDENTIFICATION 4-13-17 DATE: RPTR: RLB

Confidential                                                                                          YALE00012132

```
>>
>>
>> --
>> David M. Post
>> Associate Professor and Director of Graduate Studies
>> Department of Ecology and Evolutionary Biology
>> Director, YIBS Small Grants Program
>> Yale University
>> 203-432-3005
>> http://www.yale.edu/post_lab/
>
```

Confidential