# Posters on Yale campus urge men's hoops team to 'stop supporting a rapist'

**Erik Brady** , USA TODAY Sports    Published 6:25 p.m. ET March 3, 2016 | **Updated 11:05 a.m. ET March 4, 2016**



(Photo: Craig Warga, Bloomberg)

Yale is in the hunt for its first men's NCAA basketball tournament since 1962, potentially making the Bulldogs one of the feel-good stories of the season. But all of that is buckling under the weight of damaging posters that appeared on campus this week that call on the Yale team to "stop supporting a rapist."

All this comes after senior captain Jack Montague withdrew from the university for undisclosed reasons on Feb. 10 and after his teammates wore his No. 4 and his nickname — "Gucci" — on their warmups before Friday's game against Harvard. Protest signs against this show of support began appearing on campus Monday and more went up Wednesday, according to a report in the *Yale Daily News* that included a photo of a blackboard with the words: "Rape culture is standing by your teammate and silencing Yale's victims of sexual assault."

Officer David Hartman, media liaison for the New Haven (Conn.) Police Department, told USA TODAY Sports "there is no case, no investigation and no charges" involving Montague. "Not with our department."

Neither the university nor the team has said why Montague left abruptly in the midst of a successful season. Tom Conroy, university press secretary, said by email that Yale has no comment on the posters or on why any student leaves school.

The Yale Women's Center posted a statement on its Facebook page that apparently refers to Montague: "We recognize that FERPA and Yale policy prohibit Yale from commenting on the exact nature of the incident. Though the silence is deeply frustrating to us and surely to many of you, Yale's actions speak much louder than its words. It appears that Yale has expelled a high-profile member of a sports team in the midst of a pivotal moment in the season on the basis of sexual violence."

The post offers no substantiating evidence of violence. Vicki Beizer, public relations coordinator for the Women's Center, said by email: "We have no direct knowledge about the accuracy or inaccuracy of campus speculation. We seek only to move conversations that are already happening on campus in a more productive direction."

Montague was averaging 9.7 points per game. The Bulldogs are 20-6 and 11-1 in the Ivy League, a half-game ahead of Princeton. The Ivy League has no conference tournament and the NCAA bid goes to the regular season champ, though Yale and Princeton could meet in a one-game playoff should they end the season tied.

Talk of titles seems woefully small weighed against the serious nature of the protest posters. Some of the signs that appeared Monday included photos of the team wearing its tribute to Montague, according to the *Yale Daily News* report that quoted senior forward Justin Sears saying team members tore down some of those signs.

Sears told the paper after Friday's game that the warmups with Montague's nickname were a show of support for Montague as "one of our brothers" and as "family." One protest poster apparently made reference to that quote: " 'Teammate' 'Family' 'Brother' Rapist."

New posters went up outside a lecture hall Wednesday morning and fliers were placed on chairs inside the hall, the *Yale Daily News* report said, adding the posters were gone within an hour.

A Yale frat made news in 2010 when it chanted "No means yes." A Title IX complaint of a hostile environment was filed in 2011 by 16 Yale students and recent graduates. The U.S. Education Department's Office for Civil Rights said in 2012 that it had found Yale had fallen short in preventing sexual harassment and that the school had signed a resolution agreement promising corrective measures.

MONT000887