CONFIDENTIAL

UNIVERSITY-WIDE COMMITTEE ON SEXUAL MISCONDUCT

FACT FINDER'S REPORT IN THE COMPLAINT
BROUGHT BY JASON KILLHEFFER ON BEHALF OF
Jane Roe      AGAINST JACK MONTAGUE

January 4, 2016

Introduction and Background

This complaint was brought by Senior Deputy Title IX Coordinator Jason Killheffer against Jack Montague (TR~~rumbull~~ '16), ~~a Yale college senior~~. The complaint concerns a single episode of sexual intercourse between Mr. Montague and Jane Roe REDACTED that took place on the night of October 18-19, 2014. Jane Roe states she consented to other sexual activity but did not consent to intercourse. According to Mr. Montague,    Jane Roe    ~~did~~ voluntarily consented throughout the encounter.

The current formal complaint was filed November 18, 2015 (Exhibit A). Mr. Montague was charged on November 30 (Exhibit B) and responded on December 9, 2015 (Exhibit C). The case was assigned to me for investigation on November 23, 2015. UWC Chair David Post granted an extension to the usual 21-day time limit for investigation due to the Yale College Thanksgiving and winter breaks, when the parties and witnesses were unavailable for interviews, and due to Mr. Montague's additional absence from campus for games with the varsity basketball team.

In conducting this investigation, I interviewed    Jane Roe    on November 30, December 2 and December 17, 2015 in the presence of Amy Myers, Sexual Assault Counselor at the SHARE Center. I interviewed Mr. Montague on December 16, 2015 and December 29, 2015, in the presence of his adviser, Coach James Jones.

I conducted additional interviews with the following witnesses:
Angela Gleason, Title IX Coordinator
   REDACTED   REDACTED, friend of   Jane Roe
REDACTED REDACTED friend of   Jane Roe
   REDACTED   REDACTED, friend of   Jane Roe
REDACTED REDACTED, friend of   Jane Roe
Rachel Rogers REDACTED friend of   Jane Roe
   REDACTED   REDACTED, friend of Mr. Montague

I also reviewed the following documents:
Summary of events on October 18-19, 2014, written on October 22, 2014 by Jane Roe
         (Exhibit D)
Text messages between   Jane Roe   and Mr. Montague (Exhibit E)
Text messages between   Jane Roe   and REDACTED (Exhibit F)

1

PLAINTIFF'S
EXHIBIT NO. 10
FOR IDENTIFICATION
DATE: 4-13-17      RPTR: RcB
PENGAD 800-631-6989

Text message from   Jane Roe   to            REDACTED        (Exhibit G)
Yale security card activity record for   Jane Roe   October 19, 2014 (Exhibit H)

Undisputed Facts

The following facts are not in dispute: Mr. Montague and   Jane Roe   met at a
party in early September 2014. At that time they engaged in consensual sexual
activity, not including intercourse. They communicated with each other after that
via Facebook and text message. On September 24, Mr. Montague and   Jane Roe
encountered each other again at an event at Toad's Place. They left together and
went to Mr. Montague's house at 43 Howe Street where they had sexual intercourse
for the first time.[1] On October 18,   Jane Roe   went to another party at Mr.
Montague's house. She and Mr. Montague engaged in consensual sexual contact not
including intercourse outside the house and in Mr. Montague's car. They then went
inside to Mr. Montague's bedroom, where they continued sexual contact, including
intercourse.   Jane Roe   stayed the night with Mr. Montague and went home in
the morning. A few days later   Jane Roe   contacted Mr. Montague and asked to
meet for a discussion. The parties met on October 28, 2014. At that time Jane Roe
          told Mr. Montague that she had not wanted to have intercourse on
October 18 and she felt very uncomfortable and upset about what had happened.
He stated that he was sorry she felt that way and agreed to stay away from her in
the future. The parties have not communicated with each other since that time.

> **Comment [DMP1]:** This appears to be in dispute below.
>
> I believe he agreed to stay away from her but did not agree to leave places where she might be.

Complainant's Version of Events

According to   Jane Roe   she first met Mr. Montague at a party early in September
2014. He was a member of the basketball team and she was a member of the
        REDACTED        They had some mutual friends and attended some of the same
parties. He lived in an off-campus house at 43 Howe Street with other members of
the basketball team. Mr. Montague's house often hosted parties, including the one
where   Jane Roe   met Mr. Montague. The house was known as "the basketball
house."

The night the parties first met, they talked and flirted and then began kissing. Mr.
Montague invited   Jane Roe   to his room, where they continued kissing and
sexual touching but did not have sexual intercourse.   Jane Roe   stayed the night,
slept with Mr. Montague and went home to   REDACTED   in the morning. All
sexual contact that night was consensual.   Jane Roe   enjoyed Mr. Montague's
company and felt comfortable with him.   Jane Roe   and Mr. Montague traded

---

[1] Both parties agree that   Jane Roe   consented verbally to this activity, however
she states that she was highly intoxicated at the time and did not want to have
sexual intercourse but went along because she was not thinking clearly. Mr.
Montague is not charged with any wrongdoing in connection with the incident on
September 24.

2

phone numbers and friended each other on Facebook. After their first encounter they had friendly communication over text and Facebook. According to <sup>Jane Ro</sup>
she met Mr. Montague a second time a week or two after the first meeting. This encounter was similar to the first. The parties went to Mr. Montague's room and had consensual sexual contact, not including intercourse. ~~Again,~~ Jane Roe slept over at Mr. Montague's house. She felt comfortable and enjoyed the encounter. She reported that on both of these occasions, Mr. Montague asked if she wanted to "have sex" (meaning intercourse) and she said "no." He respected her decision and did not push her.

Jane Roe reported a third sexual encounter with Mr. Montague on September 24, 2014. REDACTED was hosting a charity event at Toad's Place. Jane Roe drank a lot more alcohol at this event than she usually drinks and she became highly intoxicated. She could not remember precisely what she drank, but she told me she drank two or three shots with her friend REDACTED starting at about 9:30 pm, before they went to Toad's. She then had approximately five more drinks at Toad's.

At Toad's, Jane Roe saw Mr. Montague. She spent some time with him there and left Toad's with him and some other people at approximately 12:30 am. They went to another bar that she cannot remember. She had one more drink there and then went home with Mr. Montague. Jane Roe has blurry memories of that night. She remembers walking with Mr. Montague but does not remember their conversation that night. She stated that she did not need help walking or climbing the stairs in his house. She does not have specific memories of slurring her speech or other impaired motor skills, but she believes she must have been visibly intoxicated because friends have told her she was visibly drunk at other times when she drank a lot less than she drank that night. Jane Roe stated that she went willingly to Mr. Montague's house, intending to have sexual contact with him, but not intending to have sexual intercourse. She felt comfortable going with him because on the previous occasions when he asked if she wanted sex and she said "no," he respected her decision and did not try to force or coerce her. This time, after both parties were undressed and in bed kissing, Mr. Montague asked <sup>Jane Roe</sup>
if she wanted to have sex and she said "yes," though in hindsight she does not believe she was capable of making a considered decision. Immediately after she said "yes," he penetrated her, without asking about whether she was using contraception and without using a condom.[2] Jane Roe does not remember the experience of sexual intercourse after penetration; the next thing she remembers is waking up in Mr. Montague's bed the next morning. She asked him, "We had sex, right?" and he confirmed that they did. When she went home in the morning she still felt drunk. She was physically ill and also felt terrible that she had agreed to sexual intercourse. She blamed herself for agreeing and for drinking so much that she was unable to exercise her usual judgment.[3]

---

[2] According to Jane Roe she was upset that Mr. Montague did not use a condom and she later went to the Yale Health Center for a pregnancy test even though she was taking an oral contraceptive. The test was negative.

[3] Jane Roe did not report this incident to the Title IX Coordinator and she does not claim this was a violation of Yale policies on sexual consent. When I asked about

The next time   Jane Roe   saw Mr. Montague was the night of October 18. That night   Jane Roe   went with some friends to a birthday party at Sig Nu fraternity. She left for the party with her friend   REDACTED   about 9:15 pm and stayed until about 11:00 or 11:15 pm. While at the party, she played beer pong and had about two drinks of alcoholic beverages. After leaving the party,   Jane Roe   walked back to   REDACTED   to meet her suitemate Rachel Rogers Rachel Rogers, had friends from home visiting for the weekend and they were hanging out in the common room.   Jane Roe   had two more drinks with Rachel Rogers and her friends. They all then left for a party at the basketball house, where Mr. Montague lived. When they arrived at the basketball house,   Jane Roe   talked and socialized with friends. She did not drink any more alcoholic beverages. She encountered Mr. Montague leaning against a stone wall outside the house and he called out to her in a friendly way. He put his hands around her waist and made a flirty joke about how he knew she had broken ribs from   REDACTED   and might only be able to have sex in the missionary position. He invited her outside in the back of the house where there was a parking lot for the residents' cars, and she went willingly.   Jane Roe and Mr. Montague leaned against his car and kissed. She stopped and told him that she knew they had sex last time when she was really drunk and that was OK, but she did not want to do that again this night. She asked if it was OK with him to "hook up" but not "have sex." Mr. Montague said that would be OK with him.

It got cold outside and Mr. Montague asked if   Jane Roe   wanted to get inside his car. She agreed. While she was waiting for Mr. Montague to get his car keys, Jane Roe   got a text message from her friend Rachel Rogers asking where she was and telling her that Rachel Rogers and her friends were ready to leave this party and go to another party at Zeta Psi fraternity.   Jane Roe   replied that she was with Mr. Montague, she was fine and she intended to stay at the basketball house. Jane Roe reported to me that she felt comfortable with Mr. Montague and felt in control of the situation because she had been careful not to drink too much and because she had been so verbally clear and direct with him about not wanting to have intercourse. Mr. Montague returned with his keys and he and   Jane Roe continued to talk and kiss inside the car. At one point Mr. Montague commented, "Are we really doing this?"   Jane Roe   asked, "Doing what?" and Mr. Montague replied, "Fucking in my car."   Jane Roe   then reminded him that she did not want to "have sex" but only to "hook up" and Mr. Montague again said that was OK.

The party wound down and more people came into the back yard. Mr. Montague asked if   Jane Roe   would like to come inside and she agreed. They went in the back door and up a flight of stairs to Mr. Montague's room. She knew the way and

---

other witnesses who might have observed her level of impairment due to alcohol, she told me that she had asked friends about it but none of her friends remembered anything about that particular night. The one witness I interviewed who was present that night, REDACTED did not remember anything about   Jane Roe level of intoxication. The incident is reported here in order to describe the context of the parties' previous interactions when they met on October 18.

4

went ahead of him. They both took off all of their clothes[4] and got into Mr. Montague's bed where they resumed kissing and touching. When they first got undressed there was no further verbal discussion of the boundaries of their sexual consent. Mr. Montague kissed   Jane Roe   and touched her body, including her genitals, to which   Jane Roe   had no objection. She stated to me that she indicated her consent by kissing him, touching his body (not his genitals) and by not tensing up. Then Mr. Montague got on top of her, lifted his chest and leaned his pelvis into her as if he was preparing to penetrate her.   Jane Roe   put her hands up, pressed them against the front of Mr. Montague's shoulders and pushed him, but not very forcefully. She said, "Jack, no, I said I wanted to hook up but not have sex." He looked very drunk, as if he did not hear what she was saying. He then penetrated her over her objection.   Jane Roe   stated that she was surprised and frozen. She did not move and did not attempt to push Mr. Montague off of her. She did not think she could push him off if she tried because he was bigger and heavier than she was. She just waited for him to stop. When he was done he got up and said, "I'm really sorry. I know you didn't want that." She lay still in the bed feeling defeated and confused.

<div style="float:right; border:1px solid #99c; padding:4px; font-size:smaller;">Comment [SS2]: Did she report here that the friends came up to the room?</div>

Mr. Montague dressed and went downstairs, where some of his friends and housemates were gathered. He came back to the bedroom and told   Jane Roe   he was going to Zeta Psi with his friends and she should stay in his bedroom and wait for him to come back. He gave her his laptop, which she took to be an offer of entertainment while she was waiting. She did not know what to do and had difficulty thinking. She thought she might leave and go home after he was gone to the party at Zeta. Then she heard people downstairs calling her name and telling her to come down. She felt frozen and passive and did what they said without making a real decision. Friends of Mr. Montague were complimenting her, saying she was beautiful and the hottest girl on campus. This confused her and made her wonder if Mr. Montague had asked them to be especially nice to her to placate her because she was upset with him. According to   Jane Roe   Mr. Montague was planning to go to the party at Zeta Psi with some friends but he did not want her to go with him. Instead he asked a male friend of his, whom   Jane Roe   did not know, to take her with him to Toad's Place. Mr. Montague said he would meet up with   Jane Roe   later back at his house. She said nothing but went along passively because she couldn't think.

  Jane Roe   went with Mr. Montague's friend to Toad's Place but she did not want to be there and didn't stay. She walked in and out and of Toad's without speaking to Mr. Montague's friend and walked home alone to   REDACTED   When she got inside the   REDACTED   she became confused and overwhelmed. It was after 1:00 am. She wanted to go to bed and sleep and not talk with anyone, but she realized that there would be lots of people in her suite and it would be impossible to go to bed without seeing anyone or being asked a lot of questions. Rachel Rogershad friends visiting and they were sleeping in the common room.   Jane Roe   said that

---

[4]   Jane Roe   did not remember precisely how they undressed but she believed that both she and Mr. Montague took off most of their own clothes and he unhooked her bra.

she lived in a suite with seven other people and there was always activity there and in the other large suites in the entry. She was overwhelmed at the prospect of having to talk or answer questions and she decided she couldn't go inside her suite. She didn't know what to do and couldn't think clearly. She decided to return to Mr. Montague's house since he was planning to have her return and would not question her about why she was there or what had happened earlier in the night. She thought he would let her go to sleep quietly. She called him by phone and asked where he was. She told him she was in    REDACTED    and would meet him. He told her to meet him  REDACTED  near REDACTED         and she did (Exhibits E, H).[5] They walked together back to his house.    Jane Roe    does not remember the details of their conversation on the way back but she described it as normal and flirty. She told Mr. Montague she just wanted to go to sleep and he made a joke about being too drunk to be able to have sex. When    Jane Roe    returned to Mr. Montague's bedroom she did not take off her clothes again and got in bed. Mr. Montague got on top of her again but she pushed him and said, "No. I don't sleep around." Mr. Montague said, "It's not sleeping around. This will be the third time." She said "No" again, said she just wanted to go to sleep and rolled away from Mr. Montague to the other side of the queen size bed. He did not object and they both went to sleep. In the morning,    Jane Roe    woke up and asked Mr. Montague to let her out of the house, which required a key. They had no conversation about what had happened that night and    Jane Roe    gave no indication that she was upset.

   Jane Roe    walked home to    REDACTED    as quickly as she could. She was upset and embarrassed that it was morning and she was dressed up in a skirt as if she were going to a party. She thought she would not talk to anyone and would push what had happened with Mr. Montague out of her mind until after fall break when she and her friends would be done with their exams. She got home at approximately 10:00 am on October 19.[6] There was no one in the common room and she sat down.    Jane Roe    suitemate    REDACTED    came in and asked    Jane Roe    "How was your night?"    Jane Roe    told her it was terrible. She reported what had happened and started to cry. A second suitemate  REDACTED  also came out of her bedroom and she also listened to    Jane Roe    account of what happened.         REDACTED         comforted    Jane Roe    made some tea and told    Jane Roe    to take a shower.    Jane Roe    had been planning to go to New York that afternoon to see a ballet with several friends:  REDACTED  REDACT Rachel Rogers and another suitemate,   REDACTED  [7]. She went with her

---

[5] Exhibit H documents that    Jane Roe    swiped her ID card at the    REDACTED    gate at 1:34 am on October 19, 2014, did not swipe into any dormitory entry and then swiped her card at the REDACTED         at 1:40 am. Exhibit E shows a text message from Mr. Montague to    Jane Roe    at 1:30 am stating that he was at REDACTED        .

[6] Exhibit H documents that    Jane Roe    entered the    REDACTED         at 9:57 am and entered REDACTED at 9:58 am on October 19, 2014.

[7] I did not interview REDACTED because she was not with    Jane Roe    the night of October 18 and her testimony was likely to be repetitive of the other suitemates' reports.

6

friends as planned and hoped to get away from her thoughts about Mr. Montague. She cried for much of the ride on the train but got a lot of support from her friends.

Friends of    Jane Roe    suggested that she talk with someone about what Mr. Montague had done to her but she did not want to make a complaint at that time. She did call the SHARE Center on October 21 or 22 and spoke with Jennifer Czincz, Ph.D., about her options.    Jane Roe    decided that she wanted to talk with Mr. Montague herself, to make sure he understood that what he had done was wrong and so that he would not do it again to anyone else. She discussed with Dr. Czincz how she might effectively communicate with him. She also talked with a graduate student friend, who advised her to write down what had happened so that she would have it if she later decided that she did want to pursue an official complaint.    Jane Roe    did make such a record on October 22; this undated document is attached as Exhibit D.

On Sunday, October 26, 2014, the last day of fall break,    Jane Roe    texted Mr. Montague asking him to meet with her (Exhibit E). She was irritated that he was not immediately responsive and seemed to be putting her off (Exhibit E) but he did agree to meet on October 28. They sat at a picnic table outside REDACTED and spoke briefly.    Jane Roe    spoke and asked Mr. Montague to listen. She told him she had made it clear to him that she didn't want to have sex with him and she had not been feeling good about what happened on October 18. He said he was sorry that she felt that way. He said that he had been very drunk that night. She thought he was very careful with his words, trying to be nice but not to take responsibility for any misconduct. He stated that he thought she was a really nice person and "down to earth." He hoped they would be able to remain friends but he could understand if she didn't want to see him anymore. He offered that if he ran into her at a party or elsewhere he would leave so that she would not be uncomfortable.    Jane Roe    felt that she had been able to communicate how she felt about the encounter on October 18 and she felt good about that even though Mr. Montague did not admit wrongdoing.

During the fall semester 2014,    Jane Roe    had some intrusive thoughts and nightmares about Mr. Montague. She made a difficult decision not to continue on        REDACTED        because she could not imagine having to see and REDACTED Mr. Montague at basketball games. She resigned her position without telling most of REDACTED the reason for her decision; instead she blamed her choice not to continue on her fear of re-injuring herself (Exhibits F, G). Later in the fall of 2014, Jane Roe began dating a man who was very nice to her and helped her to put Mr. Montague out of her mind. She did not see Mr. Montague except occasionally in passing. She was mostly happy until the end of the spring semester when she saw Mr. Montague talking with a male friend of hers at Spring Fling. This surprised her and reawakened strong negative memories and feelings. She found it extremely upsetting that someone she liked and respected would be friendly with Mr. Montague, probably not knowing that he was someone who would force himself on a woman over her objection.

> **Comment [SS3]:** Should you confirm with this person that Jane spoke to him/her and that the pseron told her to write down the incident?

Jane Roe    surprised to find that she continued to have strong memories and upsetting feelings about Mr. Montague when she returned to campus in the fall of 2015. She saw him around campus and New Haven more than she had in the spring, though he did not try to communicate with her or threaten her. She had expected to put the incident of the previous fall behind her but it was becoming harder rather than easier to avoid thinking about it.    Jane Roe    talked with some of her friends, who again advised her to consider making a complaint or talking with a counselor.

Jane Roe    suitemate Rachel Rogers happened to be speaking with Title IX Coordinator Angela Gleason about a completely unrelated matter and while she was there she mentioned a friend who had had a bad experience, provided an outline of what had happened between    Jane Roe    and Mr. Montague and asked how she could help her friend. Rachel Rogers did not give    Jane Roe    name at this point but merely requested information about her friend's options. Ms. Gleason talked about the various formal and informal procedures available to deal with sexual misconduct and encouraged Rachel Rogers to reach out to her friend. Rachel Rogers explained to    Jane Roe    what she had learned from Ms. Gleason, including the option of making an anonymous informal complaint. This would allow Jane Roe

to tell her story to the Title IX Coordinator but request that her name be kept confidential. The Title IX Coordinator would then call Mr. Montague in for a conversation about the fact that a complaint had been made against him and would suggest that he participate in extra training about communication and sexual consent. Rachel Rogers liked this idea because it might fulfill her goal of making sure Mr. Montague understood that his behavior was wrong and hurtful and stop him from doing it again to someone else. She did not want to pursue a formal complaint because she did not want to engage in the lengthy and difficult process of telling the story repeatedly and being questioned in detail by strangers on the UWC. She stated to me that she was not interested in having Mr. Montague punished but in having him learn so that he would not hurt anyone else.

Based on what she had learned from Rachel Rogers    Jane Roe    decided to talk with Ms. Gleason about Mr. Montague. She met with Ms. Gleason on October 19, 2015. On November 6, she heard back from Ms. Gleason that she would not be able to keep    Jane Roe    name confidential. Ms. Gleason explained to    Jane Roe    that Mr. Montague had already been given a recommendation for consent training after a previous complaint and so that option was no longer open to him. Ms. Gleason expressed concern that the incident    Jane Roe    had reported to her was serious. She told    Jane Roe    that she did not have to file a complaint herself and a Title IX Coordinator could do it. In the event that    Jane Roe    elected not to bring a complaint, Ms. Gleason asked her to cooperate with the process as a witness. Jane Roe

was surprised and somewhat disappointed that she had been thrust into a process she had not sought out, but she agreed to cooperate with this investigation for the same reason she went to Ms. Gleason in the first place. She stated that she wants Mr. Montague to understand what he did was wrong and not repeat it. She was especially motivated to participate in the investigation and hearing process after she heard that Mr. Montague had already had another complaint against him, asnd she felt it was even more important to protect other women.

> **Comment [SS4]:** Was the recommendation for "consent training," sensitivity training, or something else?

> **Comment [AM5]:** There were two requirements: (i) that he receive sexual harassment and gender sensitivity training and (ii) that he meet with SHARE once each term for the remainder of his time at Yale to review and reflect on his interactions and relationships with female students at Yale. The requirements were imposed on October 21, 2013.

> **Comment [MB6]:** This is an accurate description of what HR told me about her motivation and her decision-making about participating in this case. It is slightly different from what Angie Gleason , which is not relevant told me. I am concerned that it may be too much information about his prior record, which is not relevant to this investigation. I would be happy to take some of this out if you think it is too prejudicial. Please advise.

> **Comment [DMP7]:** I am fine with this – the panel will hear about the previous violations before deciding on culpability anyway.

Respondent's Version of Events:

Mr. Montague's report of his first interactions with    Jane Roe    matches her account. He stated to me that he met    Jane Roe    at a party at his house early in September 2014. He was immediately attracted to her.  The two parties spent the night together and had consensual sexual contact, including kissing and touching but not intercourse.    Jane Roe    asked if she could give Mr. Montague oral sex and he agreed. Mr. Montague enjoyed    Jane Roe    company and wanted to see her again. They traded phone numbers and texted each other before meeting again.

Mr. Montague reported a second sexual encounter with    Jane Roe    a few weeks later.[8]  They met at a club or bar and walked back to Mr. Montague's house arm in arm, along with some of his teammates. According to Mr. Montague, this second sexual encounter was similar to the first in that    Jane Roe    came willingly to his room and they engaged in consensual kissing and other sexual contact.  This time they did have vaginal intercourse. Mr. Montague remembered few details about this encounter and stated that he did not recall whether he or    Jane Roe    had been drinking a lot that night. He did not immediately remember that this incident took place after an event at Toad's Place but he accepted    Jane Roe    report of that context. He did not recall    Jane Roe    being impaired by alcohol in any way.  She seemed to him to be having a good time and laughed as she walked home with him. She did not need help walking and participated actively in sexual activity with him. By Mr. Montague's account, there was no express verbal discussion of the boundaries of sexual consent until, just prior to intercourse, Mr. Montague asked    [Jane Roe]
if she wanted to "have sex" and she said "yes." According to Mr. Montague, he had no reason to doubt that    Jane Roe    was capable of sexual consent and he believed that her consent that night was voluntary.

Mr. Montague stated that his third sexual encounter with    Jane Roe    occurred on October 18, 2014, after another party at his house. His description of this incident differs significantly from hers. According to Mr. Montague, he traded text messages with    Jane Roe    prior to this party and he knew she was planning to be present.[9] He wanted to be able to have a good time with her and so he was careful not to drink too much before she arrived. He believes he drank between four and seven drinks of alcohol over a period of several hours. He was happy to see    Jane Roe    at the party and they talked and socialized together. They went outside in the backyard of his house and kissed, first leaning against his truck and then inside the truck. After a

---

[8] Mr. Montague's description of what he remembers as his second sexual encounter with    Jane Roe    closely matches her description of what she says was their third encounter. Mr. Montague does not remember getting together with    Jane Roe    between the time he first met her at his house and the time they left Toad's together. He states that it is possible that there was another encounter before their meeting at Toad's but he does not remember it.

[9] Mr. Montague could not provide copies of these messages because he has changed phones and has lost access to text messages from that time.  He was not able to obtain the messages from his cell phone carrier.

while, he invited her inside and they went to his bedroom. They both got completely undressed[10] and got into his bed. They resumed kissing and touching and then he asked if she wanted to have sex. She agreed and they did have intercourse. There was nothing about this encounter that made Mr. Montague think Jane Roe had any hesitation or discomfort with having intercourse with him. He remembered changing positions during the course of sex from the missionary position to "doggy style" and Jane Roe did not object. He denies that she ever told him that she wanted to "hook up but not have sex."[11] He denied making a comment about "fucking in [his] car." He denied that Jane Roe told him to stop, put her hands up to his shoulders and pushed him. He also denied stating to her after intercourse that he was sorry because he knew she didn't want that.

When he described this encounter to me, Mr. Montague stated that Jane Roe spent the night with him as she had the previous two times that they had been together. He did not report that they got dressed, left the house, went to other parties and met up again outside REDACTED as reported by Jane Roe When I asked him about these details of Jane Roe account, he seemed somewhat surprised but did not deny that this had occurred. When I interviewed Mr. Montague a second time he stated that he had tried hard to remember whether he and Jane Roe had left the house and returned but he still did not have any memory of those events.

Mr. Montague stated that he believed his interaction with Jane Roe on October 18, 2014 had gone well until he received a text from her on October 26 in which she asked to meet with him to discuss what had happened (Exhibit E). The tone of the message indicated to him that she was not happy and that she wanted to tell him something bad. He was worried about what she would say. The first things that came to his mind were that she was pregnant or that she had a sexually transmitted disease. He could not meet with her right away because of his basketball practice schedule but he agreed to meet a few days later. They met at a picnic table outside REDACTED just before his was going to a concert at Toad's with some friends. Jane Roe told him that she had not wanted to have sex on the night of October 18 and she was not happy about what had happened. According to Mr. Montague, he interpreted what Jane Roe said as stating that she was disappointed in what happened and regretted having sex. He denied that she told him that she had objected clearly and he had proceeded over her objection. He did not believe he had done anything wrong and he did not understand Jane Roe to be accusing him of misconduct. He told Jane Roe that he was sorry that she was feeling upset about the encounter. He said that he would "be there for her" if she wanted to talk more about this or anything else in the future. Jane Roe responded immediately that she did not want to have anything more to do with him and he said

---

[10] Mr. Montague's memory was not clear as to how they got undressed. He believed they each took off their own clothes but he may have unhooked Jane Roe bra. This is consistent with Jane Roe account.

[11] Mr. Montague specifically denied her claims that she made this statement at least three times: just after beginning to kiss him, a second time while in the truck and a third time when he got on top of her in bed.

10

---

**Comment [AM8]:** Did JM say how Jane communicated her agreement to intercourse?

**Comment [SS9]:** Did you ask Jane if their positions changed during intercourse?

**Comment [AM10]:** Does he recall his friends coming to his room?

he would leave her alone. He denied   Jane Roe   report that he had volunteered that he would leave any venue where she was in order to make sure she was not uncomfortable around him. Despite the discomfort of the conversation Mr. Montague and   Jane Roe   parted amicably and hugged at the end of this conversation.[12]

Mr. Montague stated that he and   Jane Roe   never spoke with each other again. Occasionally he would see her around campus but she would ignore him. He was surprised that on one occasion during the spring semester of 2015 he was invited to a party at   Jane Roe   REDACTED but he was then asked not to attend because someone in the REDACTED did not want him there. He believed   Jane Roe   had "black-balled" him.[13] He knew he had said he would stay away from her after their last meeting on October 28, 2014, but he was surprised that she felt so strongly about not having him around that she would ask another member of REDACTED to dis-invite him.

Mr. Montague was also surprised and confused this fall when he was at a party hosted by the Owl's Throne, a junior society that he belonged to, and a girl he did not know approached him and told him he had to leave the party right away. This girl explained that he could not be at the party because   Jane Roe   was there and he was supposed to stay away from   Jane Roe   because he had "raped" her. Mr. Montague was shocked to hear the allegation that he had "raped"   Jane Roe   when she had never made such an accusation herself and he continued to believe that he had done nothing wrong. He was also confused by the demand that he leave the party immediately to get away from   Jane Roe   From Mr. Montague's perspective, he had never agreed that it was his responsibility to get away from anyplace where   Jane Roe   was present and he had not even seen   Jane Roe   at this party before he was accosted by her friend. Shortly after this last interaction, Mr. Montague received the UWC complaint in the current case. Again, he was surprised and distressed. He discussed the matter with her former housemate and
       REDACTED          REDACTED   who offered him support.

> **Comment [SS11]:** Her housemate or his?

Mr. Montague explained to me that the allegation in this case is extremely distressing and anxiety provoking for him. He stated that he liked   Jane Roe   and never intended to hurt her. He emphasized that he considers himself a gentleman who would never force himself on a woman. Mr. Montague also emphasized the confusing nature of   Jane Roe   behavior after sexual intercourse on October 18 as evidence that her story is incredible. He argues that she did not look upset afterwards or tell him that he had done anything wrong. Although he does not remember her leaving his house late at night and then returning, he argues that if he had really committed a sexual assault against her, it makes no sense for Jane Roe
        to return voluntarily to his bed. He suggests that   Jane Roe   may have

---

[12]   Jane Roe   acknowledged hugging Mr. Montague at the end of the conversation on October 28. She explained that she wanted to be firm and clear with Mr. Montague but she did not want to be hostile or provoke a hostile response from him.
[13]   Jane Roe   agrees that this occurred.

felt regretful about having intercourse with him and then reinterpreted their encounter as nonconsensual.

<u>Testimony of other witnesses</u>:

REDACTED   is a friend of   Jane Roe   They were freshman roommates and suitemates last year. She does not know Mr. Montague.   REDACTED   that on the night of October 18, 2014 she was not with   Jane Roe     Jane Roe   went out with their suitemate Rachel Rogers   REDACTED   not see   Jane Roe   until the following morning. REDACTED got up early on Sunday October 19 and went for a run. When she returned to the suite she found   Jane Roe   on the common room sofa crying. REDACTED hugged   Jane Roe   but   Jane Roe   continued sobbing and could not talk for about ten minutes. Eventually   Jane Roe   told REDACTED that she had had a terrible night with Mr. Montague.   Jane Roe   had previously told REDACTED about another encounter with Mr. Montague. On that occasion Jane Roe had been very drunk and had said yes to sex with Mr. Montague even though she didn't really want to. After that she was upset and very angry with herself.   Jane Roe   now told   REDACTED   on the night of October 18, Jane Roe told Mr. Montague that she did not want what had before to happen again. She told him they could hang out but not have intercourse. He pushed her to agree to sex. She said "no" but he proceeded anyway. Later, he said he knew she didn't want that and he apologized.   Jane Roe   stayed the night with him because she was in shock and panicked.

REDACTED reported that there was a striking difference in   Jane Roe   demeanor between the day after her first sexual intercourse with Mr. Montague and the morning of October 19. On the earlier occasion,   Jane Roe   felt unhappy and angry with herself. She felt responsible for what happened because she was so drunk. She was upset but was not crying or falling apart. In contrast, on October 19,   Jane Roe   was sobbing uncontrollably as she told the story of what happened. That afternoon,   Jane Roe   went with REDACTED and several other suitemates to New York to see a ballet, but   Jane Roe   was upset and cried on and off the whole day.

. REDACTED is a friend of   Jane Roe   . They lived in the same suite last year and now live in the   REDACTED   REDACTED does not know Mr. Montague. REDACTED stated that she was not with   Jane Roe   on the night of October 18, 2014.   REDACTED woke up the next morning at approximately 9:00 am. When she went out into the common room she found   Jane Roe   crying.   REDACTED   another suitemate, was attempting to comfort   Jane Roe   Jane Roe told REDACTED and   REDACTED   she had been at the basketball house the previous night. She ran into Mr. Montague and went to his room with him.   Jane Roe   was not drunk. She and Mr. Montague were "hooking up" and Mr. Montague wanted to "have sex."   Jane Roe   said "no." She pushed on his chest but he was too heavy for her to push off. He went ahead and had intercourse with   Jane Roe   even after she said "no." Afterwards,   Jane Roe   stayed at Mr.

Montague's house overnight because it was very late and she did not want to walk home alone.

REDACTED is a friend and suitemate of    Jane Roe    They have been suitemates for two years. REDACTED knows who Mr. Montague is but does not consider him a friend.   REDACTED reported that on the weekend of October 18, 2014 she was out of town for a field hockey game.  When she returned to campus on Sunday, October 19,    Jane Roe    was away in New York at the ballet.  The next day,    Jane Roe    told REDACTED about her encounter with Mr. Montague on October 18.  According to REDACT    Jane Roe    told her that she went to a party at the basketball house on Saturday night October 18.  She saw Mr. Montague and told him that she knew they had sex last time they were together but she did not want to do that again.  She wanted to hook up but not have sex.  He said that would be OK but then he ignored her.    Jane Roe    told REDACTED that she and Mr. Montague were hooking up in his room.  He was on top of her.  He was very drunk and she was relatively sober.  She said she didn't want to have sex and he went ahead anyway.  She resisted but he continued.  He did not use a condom.  After he was finished, he apologized and told    Jane Roe    that he knew she didn't want that.

REDACTED stated that she was concerned about    Jane Roe    reaction to the events with Mr. Montague, but she knows    Jane Roe    to be a person who presents herself as doing fine and who is able to compartmentalize bad experiences.  Last spring she gave up REDACTED in order to stay away from Mr. Montague, which was a big disruption in her life.  According to REDACTED    Jane Roe    has seemed more stressed and unhappy this fall.  REDACTED also reported an event in early November 2015 in which    Jane Roe    and REDACTED were at a party at the football house.    Jane Roe    told REDACTED that she noticed Mr. Montague was also there.  REDACTED was aware that Mr. Montague had agreed to stay away from    Jane Roe    and to leave anyplace that they ended up together.  She asked    Jane Roe    if she wanted REDACTED to ask Mr. Montague to leave.  At    Jane Roe    request, REDACTED approached Mr. Montague and told him that he needed to leave the party because    Jane Roe    was there.  Mr. Montague responded that he was a senior and he was at this party with his friends.  He stated that it had been a year since he had seen Jane Roe    and if she wanted to talk to him she could do so herself.  REDACTED told Mr. Montague he had to leave because "you raped her."  The altercation ended when REDACT    boyfriend intervened.  He told Mr. Montague he should leave.  Mr. Montague did not leave but he did not approach    Jane Roe    for the remainder of the party.

Rachel Rogers is a close friend and suitemate of    Jane Roe    Prior to October 2014, she knew who Mr. Montague was based on the fact that both were athletes and because they had some mutual friends.  Rachel Rogers is not a friend of Mr. Montague.  Rachel Rogers reported that she was with    Jane Roe    on Saturday, October 18, 2014.  Rachel Rogers had two high school friends visiting her that weekend to attend the Yale football game.  After the game, Rachel Rogers and her friends were hanging out in the suite and    Jane Roe    joined them sometime in the evening.  At about 10:30 or 11:00 pm, Rachel Rogers,    Jane Roe    and Rachel Rogers two friends went together to a party at the basketball house, where Mr. Montague lived.  They saw Mr. Montague at the party and    Jane Roe    went to talk with him.  Rachel Rogers and her friends were

> **Comment [SS12]:** I'm not sure I understand what you are trying to communicate in the first sentence and whether it rela to the point made in the second.

socializing with other people. After an hour or more, they decided they were ready to leave and go to another party at Zeta Psi fraternity. <sup>Rachel Rogers</sup>did not want to go without    Jane Roe    or at least without knowing where    Jane Roe    was.<sup>Rachel R</sup> texted, "Where are you? Come outside. We are going to leave."[14] <sup>Jane Ro</sup> texted back, "I'm with Jack. I'm fine." <sup>Rachel Rogers</sup> knew that    Jane Roe    had been with Mr. Montague before. She knew that    Jane Roe    had no romantic feelings for him but she was sexually attracted to him. <sup>Rachel Rogers</sup>was not completely comfortable leaving the party without    Jane Roe    but    Jane Roe    text was clear and coherent, so <sup>Rachel Rogers</sup>felt that her friend was not too drunk and was making a conscious decision to remain at the party with Mr. Montague. <sup>Rachel R</sup> left with her high school friends, spent some time at the Zeta party and then went back to the suite. When <sup>Rachel Rogers</sup> got home it was 1:00 or 1:30 am and <sup>Jane Roe</sup> was not there.

<sup>Rachel Rogers</sup> and her friends woke up early, at 9:00 or 9:30 am, and went out to breakfast. <sup>Rachel Rogers</sup>did not see    Jane Roe    before she left the suite but she did not know if    Jane Roe    had come back late and was in her room or if she was still out. <sup>Rachel Rogers</sup>came back to the suite without her visiting friends at around 11:30 am or noon and found    Jane Roe    in the common room crying with some of their other suitemates.    Jane Roe    was very upset. She was saying things about her night with Mr. Montague, such as, "I told him I didn't want sex," "I told him no," "He was on top," and "I couldn't push him off." Later that day or the next day, <sup>Jane Roe</sup> told <sup>Rachel Rogers</sup> more details about what had happened. She explained that after <sup>Rachel Rogers</sup>and her friends had left the basketball house, and before <sup>Jane Ro</sup> went with Mr. Montague to his room, she told him specifically that she wanted to hook up and talk but she didn't want to have sex, but Mr. Montague didn't listen.    Jane Roe    also told <sup>Rachel Rogers</sup> that after having sex, Mr. Montague got dressed and went downstairs where some of his friends were gathered. <sup>Jane Roe</sup> followed him and did what he told her to do because she felt confused and out of control and didn't know what else to do. She went to Toad's with people she didn't know. She left Toad's and came back to    REDACTED    but didn't want to come inside her suite so she called Mr. Montague and went back to his house with him. She then returned home to    REDACTED    in the morning. According to <sup>Rachel R</sup> this type of passive, confused behavior is not typical for    Jane Roe    .

<sup>Rachel Rogers</sup>also reported that after    Jane Roe    encounter with Mr. Montague on October 18,    Jane Roe    was highly reactive whenever she saw Mr. Montague on campus. She would become irritable and cranky, which was not like her. She quit the    REDACTED    because she did not want to see Mr. Montague or <sup>REDACTED</sup> him.    Jane Roe    has been anxious about going out because she knows that Mr. Montague could pop up anywhere.    Jane Roe    friends have been careful to watch for Mr. Montague and to stay close to    Jane Roe    whenever they go places that he might be. They try to find alternative locations to go out so that they will not run into him.

---

[14] Neither    Jane Roe    nor <sup>Rachel Rogers</sup>provided these text messages. Their description of the messages is similar and does not conflict with any statement of Mr. Montague.

In the fall of 2015,   Jane Roe   told Rachel Rogers that she was thinking about how it had been nearly a year since her encounter with Mr. Montague and she was having nightmares again. At around the same time, Title IX Coordinator Angela Gleason asked to speak with Rachel Rogers about an unrelated incident. Rachel Rogers met with Ms. Gleason on September 21, 2015. At the end of their conversation, Ms. Gleason asked Rachel Rogers if she had any questions. Rachel Rogers told Ms. Gleason about what had happened to    Jane Roe   and asked Ms. Gleason what to do to help her friend. Rachel I

told Ms. Gleason Mr. Montague's name but not    Jane Roe   s. Ms. Gleason urged Rachel Rogers to talk with her friend about coming forward and reporting the incident. Rachel Rogers waited a few weeks to talk with    Jane Roe   because she wasn't sure what    Jane Roe   reaction would be, but she did talk with Jane Roe

on October 15.    Jane Roe   was nervous about talking to Ms. Gleason and asked Rachel Rogers to reach out again and ask some questions for her before she decided whether to meet with Ms. Gleason. On October 16, Rachel Rogers met again with Ms. Gleason to discuss the situation involving    Jane Roe  , but Rachel Rogers still did not reveal her name. Ms. Gleason suggested various options that Rachel Rogers could offer her friend, including the idea of making an anonymous complaint. This could result in a conversation between Ms. Gleason and Mr. Montague and a referral of Mr. Montague to sensitivity training, to help him avoid repeating his behavior with anyone else. Rachel Rogers told    Jane Roe   about her conversation with Ms. Gleason and    Jane Roe   liked the idea of having Mr. Montague referred to sensitivity training.    Jane Roe   then identified herself and went to talk with Ms. Gleason.

REDACTED is a good friend of    Jane Roe   She graduated from Yale in the spring of 2015. REDACTED is the person who recruited    Jane Roe   to the REDACTED REDACTED and also to the   REDACTED . REDACTED knows who Mr. Montague is but is not a friend of his. She knew    Jane Roe   had several sexual encounters with Mr. Montague but REDACTED never saw them together. REDACTED was at the Pi Phi-sponsored event at Toad's Place on September 24, 2014. REDACTED reported that she came to the event with    Jane Roe   and they took pictures together at the beginning of the party but REDACTED had no specific memories of    Jane Roe   at the event later in the evening. REDACTED did not see how much alcohol    Jane Roe   drank or how her behavior may have been affected by alcohol. She did not see Jane Roe with Mr. Montague.

REDACTED was with    Jane Roe   on the night of October 18, 2014. They went together to a birthday party for two friends, which took place at Sig Nu fraternity. It was not a big party and there was not a lot of alcohol served there. REDACTED and Jane Roe

stayed at this party for about an hour or an hour and a half. After they left, REDACTED went home and    Jane Roe   went out with other friends. REDACTED did not attend the party at Mr. Montague's house that night and did not see    Jane Roe after they left Sig Nu. The next day, REDACTED texted    Jane Roe   to ask how the rest of her night had been.    Jane Roe   told her over text message that the night was terrible. She had told Mr. Montague she did not want to have sex but he went ahead anyway. She was not able to push him away. Afterwards he apologized and said he knew she had not wanted that.    Jane Roe   said she had been feeling so

15

upset she was physically ill all morning (Exhibit F).  REDACTED to be supportive
of her friend. Later, Jane Roe  decided that she could not continue on the
    REDACTED      because she did not want to  REDACTED  Mr. Montague
(Exhibit F).

Comment [AM13]: It would be helpful to
include here, if it's available, the date when Jane
resigned from REDACTED

 REDACTED  is a close friend of Mr. Montague.  He graduated from Yale College in
2015.  Last year he was            REDACTED            and a housemate of Mr.
Montague.  REDACTEDwas present at the basketball house on both occasions when
   Jane Roe   attended parties there and stayed overnight with Mr. Montague.  REDACT
            stated that Mr. Montague had several encounters with   Jane Roe   in the
fall of 2014, and he believed she stayed overnight at their house somewhere
between two and five times.  REDACTEDknew that Mr. Montague was having a sexual
relationship with   Jane Roe   but he did not personally observe much of their
interaction. What interactions he did see seemed positive.

REDACTEDdescribed the basketball house as an active house that hosted a lot of
large parties.  When they hosted parties, the house was usually crowded and loud.
They served a lot of alcoholic beverages.  REDACTEDhad no specific memories of Mr.
Montague and   Jane Roe   at the party on October 18, 2014.  He did not see how
they were touching or interacting and he had no personal knowledge of how  Jane Roe
          came to stay overnight or the nature of her sexual contact with Mr.
Montague.

REDACTEDreported that a few days or a week after October 18, Mr. Montague came
to him upset because something bad was going on with   Jane Roe   She had
texted Mr. Montague and asked to meet for a conversation.  Her tone was serious
and different than she had been before.  Mr. Montague was worried that she was
upset with him about something and he didn't know what it was.  Mr. Montague
worried that perhaps she thought she was pregnant.  Mr. Montague arranged to
meet   Jane Roe   to discuss what was on her mind, and afterwards he came to REDAC
        again and told him that   Jane Roe   had said she had not wanted to have
sex that night and was disappointed that it had happened.  Mr. Montague was
shocked that she felt that way because it had been his impression that she was
having a good time and wanted to do everything that they did sexually.

Early in November of 2015, Mr. Montague called REDACTEDon the phone to tell him
about another shocking allegation concerning   Jane Roe   This time Mr.
Montague reported that he had been at a party and a girl he did not know came up
to him and told him he had to leave right away because Jane Roe was there.  The girl
yelled at him and said that he had raped   Jane Roe   Mr. Montague was
completely taken aback because he had done no such thing.  Moreover, Mr.
Montague did not think   Jane Roe   herself, had accused him of raping her when
they had met the previous fall and so he could not understand how this unknown
girl could make such an accusation in a public place.  A few days later, Mr. Montague
received notice that a complaint had been filed with the UWC.  Mr. Montague has
been very upset about the accusation, which he believes is untrue and unfair, and
potentially extremely harmful to him.

Angela Gleason is the Title IX Coordinator for Yale College. She first heard about the events involved in the current complaint when she met with    Jane Roe    friend Rachel Rogers in connection with a completely unrelated incident. Rachel Rogers told her about    Jane Roe    but did not reveal    Jane Roe    name. Ms. Gleason encouraged Rachel Rogers to suggest that    Jane Roe    come forward to talk with Ms. Gleason.

On October 19, 2014,    Jane Roe    met with Ms. Gleason.    Jane Roe    told Ms. Gleason that she told Mr. Montague she did not want to have intercourse but he continued anyway.    Jane Roe    focused mainly on how she felt afterward. She told Ms. Gleason that on the night of this incident, after having nonconsensual sex with her, Mr. Montague had tried to manipulate her to make her feel differently by telling her how wonderful she was.    Jane Roe    told Ms. Gleason that she had been seeing Mr. Montague around campus more this fall than last spring and that was difficult for her. Ms. Gleason listened to determine what    Jane Roe    wanted from her and thought that it might be possible to arrange a no contact agreement without any formal complaint. Ms. Gleason told    Jane Roe    that it is important for Mr. Montague to understand the University's consent policy and one option would be for Ms. Gleason to sit down with him, tell him there has been a complaint against him and suggest that he participate in training to make sure he does understand that policy. She told    Jane Roe    that she would have to check to see if Mr. Montague was known to the Title IX Coordinators and would consult with other Coordinators in order to determine if it would be appropriate to address this incident with sensitivity training. She also agreed to report back to    Jane Roe    about the results of any conversation with Mr. Montague.

After consultation with other Title IX Coordinators, Ms. Gleason found out that Mr. Montague had already participated in a full semester of sensitivity training and so it did not make sense to ask him to repeat that intervention. She met with Jane Roe again on November 10, 2015. ~~She did not tell~~    Jane Roe    ~~about the previous complaint against Mr. Montague but she did tell her that she kn~~and informed her that ~~ew~~ Mr. Montague was aware of the University's policy on consent. Ms. Gleason told    Jane Roe    that the incident she had reported was serious and could warrant a formal complaint. A Title IX Coordinator could bring the complaint if    Jane Roe    was willing to participate as a witness.    Jane Roe    agreed to cooperate on this basis.

Discussion and Summary

This case concerns a single episode of sexual intercourse that occurred after two or three prior casual sexual encounters between    Jane Roe    and Mr. Montague. Jane Roe claims that the incident in question took place over her express verbal objection and physical resistance. Mr. Montague claims that she consented to all of sexual activity that took place that night. The parties' descriptions of the events differ significantly.    Jane Roe    reports at least three specific times that she told Mr. Montague that she did not want to "have sex," which he denies. She also reports that he apologized after having intercourse and said he knew she didn't want that;

17

he also denies this statement.   Jane Roe   reports many additional details about the night that Mr. Montague does not remember but does not deny, including that they both left Mr. Montague's house after their sexual encounter, went to other places and then returned to Mr. Montague's house for the remainder of the night.

There are no direct witnesses to the sexual encounter between the parties on October 18-19, 2014.  The central events occurred when the parties were alone outside Mr. Montague's house, in Mr. Montague's car and in his bedroom.  No one else heard   Jane Roe   tell Mr. Montague that she wanted to "hook up" but not "have sex."   Jane Roe   friends' testimony does corroborate her statements in that all five friends I interviewed report that in the day or two after October 18, [Jane Roe] told them that she had told Mr. Montague she did not want sex but he continued over her objection.  Their testimony is consistent with her statements that she told him "no" many times, she tried to push him away physically and that he apologized afterwards.   Jane Roe   written narrative (Exhibit D) is also consistent with her current statement, however the document is undated and cannot definitively be taken as a contemporaneous record. The text thread with [REDAC] (Exhibit F) also appears to be a contemporaneous written record but it is not date and time stamped and so cannot be confirmed as being written on October 19, 2014.

Both parties used the term "have sex" to describe having vaginal intercourse.  Mr. Montague does not claim that he was confused by   Jane Roe   use of the terms "hook up" in distinction to "have sex."  Rather, he denies that she made any such stipulations about the activity she was consenting to.  According to him, when she consented to intercourse on September 24 and October 18, 2014, she did so in response to his question whether she wanted to "have sex."

The parties also dispute the content and meaning of their discussion outside REDACTED       on October 28, 2014. According to   Jane Roe   she told Mr. Montague clearly that she had not wanted sexual intercourse on October 28 and he had ignored her.  According to Mr. Montague she said only that she had not wanted to have sex and was disappointed in what happened, which he interpreted as a statement of her regret and not an accusation of wrongdoing.  Mr. Montague's position is that   Jane Roe   consented to intercourse on October 18 and that her behavior afterwards is inconsistent with her claim that she objected.  He suggests that this panel should consider   Jane Roe   return to Mr. Montague's house as evidence that she was not unhappy with what had happened earlier in the night.

It is for this panel to determine which party's version of the events of October 18-19, 2014 is more likely to be true.


Respectfully submitted,

**Comment [SS14]:** Who provided this text thread?  REDACTED  Do each confirm that it is accurate and when it was written and received?

Miriam Berkman, JD, LCSW
Impartial Fact-Finder

19

Exhibit A: Complaint of Jason Killheffer, Senior Deputy Title IX
Coordinator, On behalf of    Jane Roe

November 18, 2015

Professor David Post
Chair, University-Wide Committee on Sexual Misconduct
55 Whitney Avenue, 2nd Floor
New Haven, CT 06520

Dear Professor Post,

In my capacity as Senior Deputy Title IX Coordinator for Yale University, I am writing to file a formal complaint of sexual assault against Jack Montague (Yale College, Trumbull 2016).  This complaint is based on a report I received that Mr. Montague sexually penetrated                    Jane Roe                    without her consent on the night of Saturday, October 18, 2014, at his residence located at 43 Howe Street.

I am bringing this complaint pursuant to Section 1 of the University-Wide Committee on Sexual Misconduct (UWC) procedures that allows a Title IX Coordinator to bring forward a complaint "when there is evidence that the University's policies on sexual misconduct have been violated and the Coordinator's intervention is needed to ensure that the matter reaches the UWC."

Sincerely yours,

Jason Killheffer
Sr. Deputy Title IX Coordinator
Office of the Provost

20

Exhibit B:  Notice of Complaint

CONFIDENTIAL

November 30, 2015

<u>Delivered by Electronic Mail</u>

Jack Montague (TC '16)
c/o <u>Jasmina</u> Besirevic-Regan, Dean of Trumbull College
<u>jasmina.besirevic@yale.edu</u>

Dear Jack Montague,

The University-Wide Committee on Sexual Misconduct ("UWC") has received a formal complaint against you from Senior Deputy Title IX Coordinator Jason Killheffer.  The complaint, dated November 18, 2015, alleges that you sexually assaulted a Yale College student on the night of Saturday, October 18, 2014, at your residence located at 43 Howe Street.  For further information regarding the allegation, please see attached the complaint. A copy of the University's sexual misconduct policy is also attached here for reference.

Please note that the UWC in reviewing the facts presented during the formal complaint process may consider other violations of the sexual misconduct policy or the <u>Yale College Undergraduate Regulations</u> that relate to the complaint.

Please read carefully the attached UWC Procedures which set forth the details of UWC proceedings.  I refer you in particular to section 7 of the procedures, governing the "Formal Complaint Process."  As discussed in section 7.1 of the procedures, a subcommittee of the UWC has determined that the UWC has jurisdiction to hear this complaint.

You may provide a written response to the complaint and you may include supporting documents and other evidence.  If you wish to respond, please do so in writing or by e-mail to me within five days of this notice, i.e. by 5:00 p.m. on December 5, 2015.  All statements and other evidence you submit will be shared with Jason Killheffer and the Yale College student referenced in the complaint.  I will inform you by e-mail when a fact-finder and hearing panel have been appointed in this matter.

There must be no contact – either direct or indirect – between you and the student referenced in the complaint and the UWC procedures specifically prohibit retaliation against any person who brings a complaint or participates in the UWC process.  Angela Gleason, the Title IX Coordinator for Yale College, may be in touch with you about the implementation of the no contact order and any other interim measures.  If it is found that you have not complied with this requirement, that finding may lead to additional charges of misconduct.

All UWC hearing participants are expected to keep confidential all aspects of the UWC process as provided in the attached Statement on Confidentiality of UWC Proceedings.  Please read carefully the statement.

21

I encourage you to choose an adviser to support you throughout this process. The adviser may provide personal and moral support and help you prepare for meetings related to the complaint. The adviser is not permitted to submit documents, either directly or indirectly, on your behalf at any stage of the process, nor speak for you during an interview with the fact-finder or at the hearing. When selecting an adviser, please make sure they are available to you during the time periods set forth in section 7.8 of the UWC procedures. I ask that you provide me with your adviser's name and contact information before you meet with the fact-finder. If you are intending to bring an attorney as your adviser, please inform me at least four days in advance of any meeting that the adviser will attend. For further information about the role of an adviser in UWC proceedings, please see section 5 of the UWC procedures. Should you need assistance in retaining an adviser, please let me know.

Please contact me, at aley.menon@yale.edu, or at (203) 432-4441, to arrange a time to meet to review the UWC hearing process.

Sincerely,

*Aley K Menon*

Aley K. Menon
*Secretary, University-Wide Committee on Sexual Misconduct*


cc:      Jasmina Besirevic-Regan
         Dean of Trumbull College

         Angela Gleason
         Title IX Coordinator for Yale College

         Jonathan Holloway
         Dean of Yale College

         David Post
         Professor of Ecology and Evolutionary Biology and UWC Chair

         Stephanie Spangler
         Deputy Provost and University Title IX Coordinator

         UWC File

Encl:    Complaint
         UWC Procedures
         Yale Sexual Misconduct Policies and Related Definitions
Statement on Confidentiality of UWC Proceeding

22

Exhibit C: Response of Jack Montague

Wednesday, December 9, 2015 at 5:40:54 PM Eastern Standard Time

**Subject:** Response to UWC Complaint
**Date:** Wednesday, December 9, 2015 at 5:39:35 PM Eastern Standard Time
**From:** Jack Montague
**To:** Menon, Alice

I deny the allegations. All intimate interactions between   Jane Roe   and me that occurred more than a year ago were consensual. I am sorry if she does not feel the same way. My intentions were not to disrespect or harm her in any way.

Sincerely,
Jack Montague

Page 1 of 1

23

Exhibit D:  Written Description of Events by    Jane Roe



On Saturday, October 18, 2014, I
went to a party at the basketball
house with Rachel Rog ___ and her boyfriend
from high school, REDACTED REDACTED I
had just gotten back from REDACTED birthday
party at Sigph with REDACTED When
we got to the party, I saw Jack sitting
on the wall in front of the house. I
said hi, and he started yelling," Jane Roe is
in the house!" I laughed and continued
on inside. The party was pretty full. I
was talking to REDACTED Rachel on the
track team. REDACTED came up to me at
some point and said that REDACTED
REDACTED left to go to Zeta  and that we

can go whenever I want. REDACTED and
I talked Rachel Rog : outside, where I ran
into Jack again. He started talking
to me, him leaning up against the wall
and me standing in front of him. He
asked me how my broken ribs were,
and I asked him how his shoulder was.
He made a few comments about me
not being able to hookup due to injury.
The conversation was light and flirty.
The two of us hooked inside, and I
passed Rachel Rog and REDACTED Rachel Roge. I told not
to worry. Later she texted me :
12:05 AM - Please come back out
Please
Now please I have to talk to you
I responded :
12:10 AM - I'm good I'll be with Jack
don't worry
12:11 AM - Call me now, there's a
problem
12:30 AM - what's up?
She said :
12:32 - Going to Zeta now are you coming?
I said :
12:33 - Yes don't worry.
Thank you!!
Love you

Between those text messages, I went out back with Jack. We were making out leaning up against his truck. I interrupted and told him that last time we hooked up, after pi phi highlight, I was really drunk. It was cold, so he got the keys to his truck and we climbed in the backseat. We were hooking up and making jokes about senior prom. He said, "Are we really doing this?" "Doing what?" "Fucking in the back of my truck." I was sitting on his lap and I said that I didn't want to have sex. I verified that we had slept together after highlight. Then I asked him if we could hookup without having sex. He said okay.

After a while we went back into the house where the party was starting to die down. We went upstairs to his room and continued hooking up. He started getting aggressive and was on top of me. I said no again. When I could feel him pushing into me I said no and tried to push him off of me, but I couldn't. Aside from a few whimpers and a few "come on's,

I submitted to the rape. I got him off of me before he came, and immediately after he said he was sorry and that he knew I didn't want any of that. I don't think I said anything. Then all of a sudden his friends were at the door. I ducked under the covers and pretended to be asleep. They stood in the doorway telling me "how beautiful I was. Josh said he was leaving and that he'd be back in a bit. I was so confused. Next thing I hear his friends voices yelling my name to come downstairs. I got dressed and wore his sweatshirt where there were 3 or 4 other guys. We started walking, but Josh and REDACTED were going to Zeta super fast and they told me to go with some other guy to Texas. I walked there with him, but then turned around and went to REDACTED. I sat in REDACTED. I didn't want to get my suit and see my suitemates. I called Josh at 1:38 AM. He told me to meet him on REDACTED. I texted him telling him I was there at 1:43 AM. We walked back to the basketball house together. He said he

27

didn't want to hook-up, he just wanted
to go to bed. I agreed. We got to
the house and went upstairs. Once
in bed he tried to have sex with me
again. I said no and got out from
under him. He said that it's not sleeping
around because it would be the 3rd time.
We both rolled over and fell asleep.

Exhibit E:  Text Messages Between    Jane Roe    and Jack Montague



●●●○○ AT&T 🛜                3:26 PM            ⊕ ✈ ⁂ 92% ▰▰▱

‹ Messages            **Jack**            Details

Oct 19, 2014, 1:30 AM

I left toads

I'm in front of REDACTED

Oct 26, 2014, 11:18 AM

Hey could we meet up at some point today to talk? Let me know I'm around all day

Oct 26, 2014, 4:30 PM

Sorry I'm heading back from being out of town and I have practice tonight. I can't today

Alright when are you around

I'm getting back soon but headin to the gym for 7-10 practice. We can meet up this week sometime

Okay yeah that's fine. Sooner rather than later would be good it's kinda important

📷   iMessage   🎙



●●●○○ AT&T 📶     3:26 PM     🔄 ✈ ⚡ 92% ▬▬▶

**‹ Messages     Jack     Details**

Okay yeah that's fine. Sooner rather than later would be good it's kinda important

Ok sounds good

Oct 28, 2014, 5:30 PM

Hey let me know if you're around tonight even if it's not til much later on

Oct 28, 2014, 7:34 PM

Just got out of practice. Going to eat, what's your plans in like an hour or so?

I'll be around I think working in REDACTED

Ok I'll hit you up in a little bit

You're kind of worrying me about this, is it something really bad?

iMessage



●●●○○ AT&T 🛜                    3:27 PM                    @ ✈ ∗ 92% 🔋

‹ Messages                      Jack                       Details

bad?

> Well I'm not pregnant or anything but I still just wanna talk so yeah hit me up later

Oct 28, 2014, 9:21 PM

What you doin

> I'm still in REDACTED but I can meet you wherever

I'm going to a concert at toads at like 11. Can I come see you somewhere before that

> Yeah anytime

Can you meet me at REDACTED

> Yeah sure now?

Give me five minutes

Ten minutes

iMessage



●●●○○ AT&T 📶                 3:27 PM                  @ ✈ ⁑ 92% ▬

‹ Messages                    **Jack**                     Details

Ten minutes

> Okay just text me when you're
> ready whenever is fine

I'm in ᴿᴱᴰᴬᶜᵀᴱᴰ Right next to
 REDACTED . Can you meet
me real quick

> Yeah on my way meet me
> outside

Okay

There's a picnic table right
inside just meet me there

> Inside where

> I'm like under  REDACTED  idk
> REDACTED at all

                                    Delivered

Right inside the  REDACTED
next to  REDACTED

📷  iMessage                              🎤

Exhibit F: Text Messages Between    Jane Roe    and REDACTED



●●●○○ AT&T 🔊                          3:14 PM                  @ ✈ ⚹ 92% ▰

❮ Messages    REDACTED 🎀 🐰              Details

How was your night?

My night was actually really bad
after I left pattys

Noo how come? 🙁

It's like a traumatic story okay

So that guy jack that I hooked
up with? I saw him last night and
long story short basically I said
I'd hookup with him but not have
sex with him and he said that
was fine

But we went to his room
eventually and he was
pressuring me and I said no two
or three times and I tried to
push him off of me and I
couldn't

And afterwards he was like I'm
sorry I know you didn't want that

I've been a mess all morning I'm

 iMessage 



●●●○○ AT&T 🔋      3:14 PM      @ ✈ ⋇ 92% ▬▬▬

‹ Messages   REDACTED 🎀🐰      Details

I've been a mess all morning I'm like sick to my stomach

What! So he knew you didn't want to but made you have sex with him anyway? That's so not okay.

Sick like throwing up or just sick because that was such a shitty situation?

I'm sorry 😕😈

Yeah he like forced me I tried to push him off but he just like did it anyway

And sick because it was a shitty situation I just like can't believe that happened

He fucking sucks 👎

I still have to decide what I'm going to do I'm gonna give myself a few days to thibj

iMessage

34

●●●○○ AT&T 🤤                3:18 PM            🕒 ◤ ❋ 92% ◼️

❮ Messages   REDACTED       Details

Mon, **Dec 29,** 11:33 PM

Also you're officially coming
back REDACTED once we're back
at school right?? 😬 😬 😬

Okay so I really want to and my
schedule will allow it. But I just
really don't know if I can
REDACTED for basketball.
I'm still really rattled about the
thing that happened with jack
and I'm just trying to picture
REDACTED him and idk if I'm
okay with it. I hate to have him
prevent me from doing
something that I want to do, but
I just don't know if I can like I still
have nightmares about what
happened sometimes. It sucks
because it has nothing to do
with REDACTED I'm just
really struggling with it

So that's where I'm at right now
😕 😕 😕

 iMessage                          

●●●○○ AT&T 🔒         3:19 PM         @ ✔ ✳ 92% 🔋

‹ Messages   REDACTED 🎀 🐰        Details

That totally makes sense. It
would be a sucky hour having to
          REDACTED          on the
court.
How about just doing REDACTED
REDACTED? (You totally don't have
to but I'm just insisting with love
because I miss you! ❤️ )

Hmm if REDACTED would be okay
with me just doing the REDACTED
REDACTED I would definitely think
about that that might work!
Would that mess stuff up
though??

Well we're not doing anything
too complicated (literally preps
lol) so think about it! Let me
know what you decide 😊 ❤️

Thu, Jan 8, 10:25 AM

Ah REDACTED is texting me about
REDACTED idk what to say 🙈

Uh oh what did you reply?

📷   iMessage   🎤

36

Exhibit G:  Text Messages Between    Jane Roe   and REDACTED



●●●○○ AT&T 🤏                    3:19 PM              ⊕ ◢ ✳ 92% ▬▬◗

‹ **Messages (1)**              REDACTED                    **Details**

sure you are still part of the
group

me. If not, I'll add you back in

                    Thu, Jan 8, 11:12 PM

Hey REDACTED I'm really sorry for
the short notice but I'm not
going to be able REDACTED this
season. I have a really serious
issue with someone on the
basketball team and while that
might not seem like a big deal
it's serious enough that I won't
be able to  REDACTED . I'm
really sorry again

                    Fri, Jan 9, 12:16 AM

Oh no! Okay please let me know
if there is anything you need. I'm
always here to help. I hope this
issue can be resolved so you
can REDACTEDnext season. I

do have  REDACTED though so
who would you like new to give
that to?

📷     Text Message                    Send

37

Exhibit H:  Record of Security Card Activity for     Jane Roe    October 19, 2014[15]

| READER_DESC | | | | ACCESSED |
|---|---|---|---|---|
| 186-3-1-P | REDACTED | DOOR PERIM | | - |
| 292-1-0-P | REDACTED | PERIM | | Yes |
| 187-4-0-P | REDACTED | PERIM | | Yes |
| 187-2-1-P | REDACTED | PERIM | | - |

| SWIPE_DATETIME | EMPLOYEE | FIRST_NAME | LAST_NAME | BID |
|---|---|---|---|---|
| 10/19/14 1:34 | 853205 | Jane Roe | | 25412169 |
| 10/19/14 1:40 | 853205 | Jane Roe | | 25412169 |
| 10/19/14 9:57 | 853205 | Jane Roe | | 25412169 |
| 10/19/14 9:58 | 853205 | Jane Roe | | 25412169 |

---

[15] The grid below was obtained from George Hines, Director of Yale Security Systems.  The excel worksheet format is reproduced in two pieces in order to fit on this page.  The lower half of the grid is meant to fit to the right of the upper half.