**From:** Deal, Alexandra
**Sent:** Thursday, February 16, 2017 11:34 AM
**To:** Sconzo, James M.
**Cc:** Stern, Max D.
**Subject:** RE: Montague v. Yale

Jim,

As promised, I am attaching the fact-finder's report and an email from your client concerning her decision to participate in a formal complaint process against our client, Mr. Montague.

As to the former, I am generally interested in exploring your client's recitation of her interactions with Angela Gleason, which can be found on pp. 8 to 9 of the report. I am likewise generally interested in asking her about her understanding of Rachel Rogers interactions with Ms. Gleason (also relayed on p. 8). As I stated on the phone, I do not intend to ask your client questions about any of the intimate encounters with Mr. Montague that are detailed in the fact-finder's report (or anywhere else). My primary focus is on your client's decision-making process (i.e., her initial decision to resolve this through an informal complaint process, and her ultimate decision to abandon that process and participate in the formal complaint brought by Yale against our client), and on her interactions with the individual defendants and other Yale administrators concerning the same.

As to the latter document, this is an example of the type of information we are seeking from your client's SHARE file (i.e., information concerning your client's initial decision to engage in an informal complaint process, and subsequent decision to assist Yale with its formal complaint).

Once you've had a chance to discuss with your client, please let me know if you have any outstanding questions or concerns about the scope of her deposition.

On to logistics: it now appears that we may have depositions scheduled for March 29, 30, and 31, so those dates are likely off the table. If you can give us some dates earlier that week, or anytime the week prior, we can get a notice out.

Thanks,
Alex


**From:** Sconzo, James M. [JSconzo@carltonfields.com]
**Sent:** Tuesday, February 14, 2017 1:01 PM
**To:** Deal, Alexandra
**Subject:** RE: Montague v. Yale

I'm here, Alex.

Jim

-----Original Message-----
From: Deal, Alexandra [mailto:adeal@toddweld.com]
Sent: Tuesday, February 14, 2017 12:58 PM
To: Sconzo, James M.
Subject: RE: Montague v. Yale

Hi Jim,

It's going to be closer to 1:45 before I'm able to call.

Alex

From: Sconzo, James M. [JSconzo@carltonfields.com]
Sent: Monday, February 13, 2017 4:34 PM
To: Deal, Alexandra
Cc: Stern, Max D.
Subject: RE: Montague v. Yale

Alex,

I booked 2 to 3 but will be open 1 to 2.

Jim

-----Original Message-----
From: Deal, Alexandra [mailto:adeal@toddweld.com]
Sent: Monday, February 13, 2017 3:39 PM
To: Sconzo, James M.
Cc: Stern, Max D.
Subject: RE: Montague v. Yale

Ok, I'll give you a call in that window.

Thanks,
Alex

From: Sconzo, James M. [JSconzo@carltonfields.com]
Sent: Monday, February 13, 2017 3:37 PM
To: Deal, Alexandra
Cc: Stern, Max D.
Subject: RE: Montague v. Yale

Hi Alex,

I'm available tomorrow between 1 and 3.

Jim

860-392-5022

-----Original Message-----
From: Deal, Alexandra [mailto:adeal@toddweld.com]
Sent: Monday, February 13, 2017 3:33 PM
To: Sconzo, James M.
Cc: Stern, Max D.
Subject: RE: Montague v. Yale

Jim,

My apologies, but I'm stuck at home today because of school cancellations. Are you available tomorrow?

Best,
Alex

---

From: Sconzo, James M. [JSconzo@carltonfields.com]
Sent: Friday, February 10, 2017 5:55 PM
To: Deal, Alexandra
Cc: Lehmann, Hillary; Stern, Max D.; Pat Noonan
Subject: Re: Montague v. Yale

Alex,

I'll be in Hartford all day Monday. Please call. Thanks.

Jim


Sent from my iPhone

> On Feb 10, 2017, at 5:32 PM, Deal, Alexandra <adeal@toddweld.com> wrote:
>
> Dear Attorney Sconzo,
>
> Thank you for your email. I imagine we can agree on the scope of Jane Roe deposition without involving the court. We have no desire to embarrass or harass your client; our primary focus is on the actions of the defendants.
>
> Are you available on Monday or Tuesday for a call?
>
> Best,
> Alex
>
>
> _____
> From: Sconzo, James M. [JSconzo@carltonfields.com]
> Sent: Friday, February 10, 2017 3:45 PM
> To: Deal, Alexandra; Lehmann, Hillary; Stern, Max D.
> Cc: 'Pat Noonan'
> Subject: Montague v. Yale
>

> Dear Attorneys Deal, Lehmann and Stern:
>
> I represent     Jane Roe     I understand you are seeking     Jane Roe     confidential records from Yale's SHARE Center and that you also plan to depose     Jane Roe
>
> The confidential records cannot be disclosed without     Jane Roe     consent and she does not consent. Please review CGS 52-146k.
>
> I would like to understand the scope of your deposition of     Jane Roe     If we can't agree to an appropriate scope, I will have to seek court intervention.
>
> Thank you.
>
> James Sconzo
>
> [Carlton Fields]
> James M. Sconzo
> Attorney at Law
>
> One State Street
> Suite 1800
> Hartford, Connecticut 06103
> Direct: 860.392.5022 | Fax: 860.392.5058
>
> JSconzo@carltonfields.com<mailto:JSconzo@carltonfields.com> | www.carltonfields.com<https://protect-us.mimecast.com/s/mmgYBYtgxJNfv><http://www.carltonfields.com<https://protect-us.mimecast.com/s/kJYMBMca801u4?domain=carltonfields.com>><http://www.carltonfields.com<https://protect-us.mimecast.com/s/kJYMBMca801u4?domain=carltonfields.com><http://www.carltonfields.com<https://protect-us.mimecast.com/s/kJYMBMca801u4?domain=carltonfields.com>>><http://www.carltonfields.com<https://protect-us.mimecast.com/s/kJYMBMca801u4?domain=carltonfields.com><http://www.carltonfields.com<https://protect-us.mimecast.com/s/kJYMBMca801u4?domain=carltonfields.com>><http://www.carltonfields.com<https://protect-us.mimecast.com/s/kJYMBMca801u4?domain=carltonfields.com><http://www.carltonfields.com<https://protect-us.mimecast.com/s/kJYMBMca801u4?domain=carltonfields.com>>>>
> bio<http://www.carltonfields.com/jsconzo/> |vcard<http://www.carltonfields.com/FCWSite/Features/_Attorneys/vCard.aspx?attorney=1870> |LinkedIn<http://www.linkedin.com/pub/james-m-sconzo/7/aa/b68>
>
> Carlton Fields is ISO 27001:2013 certified.
>
> Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.
>
>

4

> This e-mail, and any attachments thereto, is intended only for the addressee(s) named
> herein and may contain legally privileged and/or confidential information. If you are not
> the intended recipient, you are hereby notified that any dissemination, distribution or
> copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have
> received this e-mail in error, please immediately notify me by return e-mail and
> permanently delete the original and any copy of this e-mail message and any printout
> thereof.
>
> To ensure compliance with requirements imposed by the U.S. Internal Revenue Service,
> we inform you that any U.S. tax advice contained in this communication (including any
> attachments) is not intended or written to be used, and cannot be used, for the purpose of
> avoiding U.S. tax penalties.

---

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

---

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

---

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout

thereof.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.