Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------- x
JACK MONTAGUE,                     :
                                   :
        Plaintiffs,                :
                                   :
    -versus-                       : CIVIL ACTION
                                   : No. 3:16-cv-00885-AVC
YALE UNIVERSITY, ANGELA GLEASON    :
and JASON KILLHEFFER,              :
                                   :
        Defendants                 :
---------------------------------- x

      Deposition of    Jane Roe   , taken pursuant to Rule 30 of the Federal Rules of Civil Procedure, held at the law offices of Jacobs and Dow, LLC, 350 Orange Street, New Haven, Connecticut, before Rosanne LaBonia, LSR 249 and Notary Public in and for the State of Connecticut, on March 23, 2017, at 12:10 P.M.

```
 1    A P P E A R A N C E S:

 2

 3              ATTORNEY FOR PLAINTIFFS:

 4         TODD & WELD, LLP
           One Federal Street
 5         Boston, MA  02110
           BY:  ALEXANDRA DEAL, ESQUIRE
 6              HILLARY A. LEHMANN, ESQUIRE

 7
                ATTORNEY FOR DEFENDANTS:
 8
           DONAHUE, DURHAM & NOONAN
 9         741 Boston Post Road
           Guilford, CT  06437
10         BY:  PATRICK NOONAN, ESQUIRE

11
                ATTORNEY FOR DEPONENT:
12
           CARLTON FIELDS
13         One State Street, Suite 1800
           Hartford, CT  06103
14         BY:  JAMES M. SCONZO, ESQUIRE

15

16

17

18

19

20

21

22

23

24

25
```

S T I P U L A T I O N S

3    IT IS HEREBY STIPULATED AND AGREED by and between
4 counsel for the respective parties hereto that all
5 technicalities as to proof of the official character
6 before whom the deposition is to be taken are waived.
7    IT IS FURTHER STIPULATED AND AGREED by and
8 between counsel for the respective parties hereto that
9 the reading and signing of the deposition by the
10 deponent are waived.
11    IT IS FURTHER STIPULATED AND AGREED by and
12 between counsel for the respective parties hereto that
13 all objections, except as to form, are reserved to the
14 time of trial.

* * * * *

```
 1    WITNESS INDEX
 2    Witness -    Jane Roe
 3                                                    PAGE
 4    Direct Examination by Ms. Deal                  5/87
 5    Cross Examination by Mr. Noonan                 83
 6
 7
 8
 9
10              PLAINTIFF'S EXHIBIT INDEX
11    33   E-mail Jane Roe and Amy                    58
12    34   Response                                   63
13    35   Journal Entry                              72
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    Jane Roe                       ,
2     having been first duly sworn by Rosanne LaBonia, a
3     Notary Public in and for the State of Connecticut,
4     testified on her oath as follows:
5     DIRECT EXAMINATION
6     BY MS. DEAL:
7          Q    Good morning,    Jane Roe    .
8          A    Hi.
9          Q    You understand that you're here for a
10    deposition in a case that Jack Montague has brought
11    against Yale University and two individual defendants,
12    Angela Gleason and Jason Killheffer?
13         A    Yes.
14         Q    And you understand you're not a party to
15    this case.
16         A    Yes.
17         Q    You're not being sued.
18         A    Right, yes.
19         Q    Have you ever been deposed before?
20         A    No.
21         Q    So let me just explain a little bit about
22    some ground rules.  When I ask you a question, if you
23    could please give a verbal response rather than nodding
24    your head or shaking your head because the stenographer
25    needs to be able to take down the words that you say.

```
 1   sensitivity training, correct?
 2        A    Mm-hmm.
 3        Q    And you learned that from Ms. Gleason.
 4        A    Yes.
 5        Q    And after you learned that from Ms.
 6   Gleason, you no longer believed that it was a one-time
 7   mistake, is that right?
 8        A    Yeah.
 9        Q    I'd also like to direct your attention, if
10   you can just turn the page to page nine, the first
11   paragraph.
12        A    In the fact finder's report?
13        Q    Yes, I apologize, in the fact finder's
14   report.  So we're looking again at Exhibit 13, on page
15   nine, and if you look at the last sentence of that
16   paragraph it says, "She was especially motivated to
17   participate in the investigation and hearing process
18   after she heard that Mr. Montague had already had
19   another complaint against him, as she felt it was
20   important to protect other women."  Do you see that?
21        A    Mm-hmm, yes.
22        Q    Do you recall telling Ms. Berkman that you
23   were motivated to participate in the investigation and
24   hearing process because you heard that Mr. Montague had
25   already had another complaint against him?
```

Electronically signed by ROSANNE LABONIA (501-218-496-1146)                9090e572-c8fb-433c-bc39-648b103a2923

1    A    No, I didn't say that to Miriam.
2    Q    So you say you did not say that to Ms.
3    Berkman.
4    A    No.
5    Q    Sorry, we're just looking for something.
6    A    Okay.
7    Q    Again, you've reviewed the fact finder's
8    report, right?
9    A    Yes.
10   Q    And you reviewed it for accuracy, is that
11   right?
12              MR. NOONAN:  Objection.
13   A    Yes.
14   Q    You understood that if anything in it was
15   inaccurate you could correct that at the panel hearing,
16   right?
17   A    Yes, in my opening statement.
18   Q    So that was your understanding, is that if
19   anything was wrong in the fact finder's report, the
20   opening statement was your opportunity to correct that
21   inaccuracy.
22   A    Yes, because Miriam told me that she was
23   going to get stuff wrong, and that it's one person
24   compiling a report taking perspectives of so many
25   people and just -- I mean, I'm an anthropology major,

```
 1   statement because that's not what happened.
 2        Q    But you didn't correct that in the opening
 3   statement.  You didn't say in the opening statement, "I
 4   was never told there was a former complaint against
 5   him," right?
 6              MR. NOONAN:  Objection.
 7        A    I didn't say it explicitly, but my
 8   conversation with Angie is described correctly in my
 9   opening statement.
10        Q    And you said that Ms. Berkman said she gets
11   a lot of information and she might make mistakes,
12   right?
13        A    She said it's natural that mistakes will be
14   made.
15        Q    She's human.
16        A    Yes.
17        Q    I'd like to read to you Ms. Berkman's
18   comment on the sentence that I just read to you.
19   Ms. Berkman's comment is:  "This is an accurate
20   description of what Jane Roe told me about her motivation and
21   her decision making about participating in this case."
22              MR. SCONZO:  I'm going to object.  If
23         you're going to argue with her about what
24         Jane Roe told the fact finder, she's not going to
25         answer those questions.  We didn't come
```