Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------x
JACK MONTAGUE,                 :
                               :
        Plaintiffs,            :
                               :
    -versus-                   : CIVIL ACTION
                               : No.
YALE UNIVERSITY, ANGELA        : 3:16-cv-00885-AVC
GLEASON and JASON KILLHEFFER,  :
                               :
        Defendants             x
-------------------------------
```

       Deposition of MIRIAM BERKMAN, taken

pursuant to Rule 30 of the Federal Rules of

Civil Procedure, held at the law offices of

Jacobs and Dow, LLC, 350 Orange Street, New

Haven, Connecticut, before Rosanne LaBonia, LSR

249 and Notary Public in and for the State of

Connecticut, on June 16, 2017, at 8:10 A.M.

```
                                                               Page 2
 1   A P P E A R A N C E S:

 2

 3            ATTORNEY FOR PLAINTIFFS:

 4            TODD & WELD, LLP
              One Federal Street
 5            Boston, MA  02110
              BY:  MAX STERN, ESQUIRE
 6

 7
              ATTORNEY FOR DEFENDANTS:
 8
              DONAHUE, DURHAM & NOONAN
 9            741 Boston Post Road
              Guilford, CT  06437
10            BY:  PATRICK NOONAN, ESQUIRE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Electronically signed by ROSANNE LABONIA (501-218-496-1146)                b769ef9c-2279-418b-908e-678fb5e3707a

Page 3

1                  S T I P U L A T I O N S

2

3        IT IS HEREBY STIPULATED AND AGREED by and

4    between counsel for the respective parties hereto

5    that all technicalities as to proof of the official

6    character before whom the deposition is to be taken

7    are waived.

8        IT IS FURTHER STIPULATED AND AGREED by and

9    between counsel for the respective parties hereto

10   that the reading and signing of the deposition by

11   the deponent are NOT waived.

12       IT IS FURTHER STIPULATED AND AGREED by and

13   between counsel for the respective parties hereto

14   that all objections, except as to form, are reserved

15   to the time of trial.

16

17                      * * * * *

18

19

20

21

22

23

24

25

Electronically signed by ROSANNE LABONIA (501-218-496-1146)                b769ef9c-2279-418b-908e-678fb5e3707a

```
 1                      WITNESS INDEX
 2   Witness - MIRIAM BERKMAN
 3                                                    PAGE
 4   Direct Examination by Mr. Stern                    5
 5
 6
 7
 8
 9
10              PLAINTIFF'S EXHIBIT INDEX
11   85        Engagement Letter                       12
12   86        12/30 E-Mail to Gleason                 79
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Electronically signed by ROSANNE LABONIA (501-218-496-1146)       b769ef9c-2279-418b-908e-678fb5e3707a

```
 1   M I R I A M      B E R K M A N,
 2   having been first duly sworn by Rosanne LaBonia, a
 3   Notary Public in and for the State of Connecticut,
 4   testified on her oath as follows:
 5   DIRECT EXAMINATION
 6   BY MR. STERN:
 7        Q    Good morning.
 8        A    Good morning.
 9        Q    Please state your name.
10        A    Miriam Berkman.
11        Q    What is your address?
12        A    900 Chapel Street, suite number 1212, New
13   Haven.
14        Q    What is your occupation?
15        A    I am a Clinical Social Worker.  I'm also
16   licensed as an attorney.  And I work on an hourly
17   basis as a contract fact finder for the Yale
18   University University-Wide Committee on sexual
19   misconduct.
20        Q    Could you please tell us what your
21   background is educationally and professionally?
22        A    I went to college at Harvard Radcliffe.
23   I graduated in 1978 with a B A.  I then went to Yale
24   Law School.  I graduated from Yale Law School in
25   1982.  I worked for seven years as an attorney.
```

```
 1   process after she heard that Mr. Montague had
 2   already had another complaint against him, and she
 3   felt it was important to protect other women."  Is
 4   that right?
 5        A     That is what the report says.
 6        Q     Did she tell you that?
 7        A     I am actually not clear about that.
 8   There are some inconsistencies between my notes and
 9   the report, and I am sorry for that, but I'm not a
10   hundred percent sure that that is exactly what she
11   told me.
12        Q     Well, let's look at your draft report,
13   which is Exhibit 70.  You should have one of these.
14        A     This is for me.
15        Q     This is for you.
16        A     Okay.
17              MR. NOONAN:  On what page?
18              MR. STERN:  Hold on.  I'll get to
19              that in a second.
20        Q     You have Exhibit 70 in front of you and
21   if you could turn to page eight.  Now, you prepared
22   this -- if you look at the front of Exhibit 70, this
23   is dated January 4th.  And so you completed this
24   draft on or about January 4th?
25        A     Yes.
```

Page 64

```
 1   told Jane Roe that there had previously been another
 2   case against him or that there had already been a
 3   finding against him.  And my understanding when I
 4   wrote this comment was that that was what Jane Roe was
 5   telling me, that she had learned that there had been
 6   another case.
 7              What I'm concerned about now is that as I
 8   look back at my notes, there really isn't anything
 9   in my notes about what Jane Roe told me there and so
10   it's -- I just don't know what Jane Roe told me, what
11   her other friends told me, whether I got that right
12   or whether I may have...
13        Q    As far as you --
14        A    As far as I knew on that day that I wrote
15   that comment, that was the discrepancy that I
16   believed.
17        Q    Now, if you turn to page 17 of your
18   draft, if you look in the paragraph that begins
19   "After consultation."
20        A    Yes.
21        Q    One, two, three, four lines down, there
22   is a section or there's a part of the sentence that
23   is deleted.
24        A    Yes.
25        Q    Do you see that?
```

Electronically signed by ROSANNE LABONIA (501-218-496-1146)            b769ef9c-2279-418b-908e-678fb5e3707a