Page 1

UNITED STATES DISTRICT COURT FOR THE

    DISTRICT OF CONNECTICUT

CIVIL ACTION No: 3:16 cv-00885-AVC

----------------------------------x

JACK MONTAGUE,                          :

    Plaintiff,                          :

        -v-                             :

YALE UNIVERSITY, ANGELA GLEASON,        :

And JASON KILLHEFFER,                   :

    Defendants.                         :

----------------------------------x


               Depositon of JASON KILLHEFFER, taken pursuant to Notice, held at the Law Offices of Jacobs & Dow, LLC, 350 Orange Street, New Haven, Connecticut, before James A. Martone, LSR #248, and Notary Public, in and for the State of Connecticut, on January 10, 2017, at 10:05 a.m.


                  Sanders, Gale & Russell
                     (203) 624-4157

Electronically signed by JAMES MARTONE (601-171-250-7767)                    31a4d12d-81e0-45a5-b5d0-50b58814fcad

```
                                                            Page 2
 1   A P P E A R A N C E S:

 2

 3         For the Plaintiff:

 4   TODD & WELD, LLP

 5   One Federal Street-27th Floor

 6   Boston, MA  01880

 7   BY:  MAX D. STERN, ESQ.

 8   AND:  HILLARY A. LEHMANN, ESQ.

 9   mstern@toddweld.com

10

11         For the Defendants:

12   DONAHUE, DURHAM & NOONAN, PC

13   741 Boston Post Road

14   Guilford, Connecticut  06347

15   BY:  PATRICK NOONAN, ESQ.

16

17

18

19

20

21

22

23

24

25
```

Electronically signed by JAMES MARTONE (601-171-250-7767)        31a4d12d-81e0-45a5-b5d0-50b58814fcad

Page 3

1                    S T I P U L A T I O N S

2

3      IT IS HEREBY STIPULATED AND

4   AGREED by and between counsel for the

5   respective parties hereto that all

6   technicalities as to proof of the official

7   character before whom the deposition is to

8   be taken are waived.

9

10     IT IS FURTHER STIPULATED AND

11  AGREED by and between counsel for the

12  respective parties hereto that the

13  deposition may be signed before any Notary Public.

14

15     IT IS FURTHER STIPULATED AND

16  AGREED by and between counsel for the

17  respective parties hereto that all

18  objections, except as to form, are reserved

19  to the time of trial.

20

21

22                    *   *   *   *   *   *

23

24

25

Electronically signed by JAMES MARTONE (601-171-250-7767)                    31a4d12d-81e0-45a5-b5d0-50b58814fcad

```
                                                              Page 4
 1                        WITNESS INDEX

 2

 3                                                          PAGE

 4   Direct Examination by Mr. Stern                          5

 5

 6                        EXHIBIT INDEX

 7   PLAINTIFF     DESCRIPTION                              PAGE

 8   20  Confidential Yale University Title IX

 9       Incident Summary Form                               22

10   21  August 19, 2013 letter                              76

11   22  Sexual Misconduct Scenerios document                80

12   23  E-mail chain                                       159

13   24  3/12/16 E-mail                                     162

14   25  February 23, 2016 E-mail exchange                  163

15   26 February 23, 2016 E-mail                            166

16   27  February 24, 2016 E-mail                           167

17   28  3/17/2016 E-mail chain                             168

18   29  June 9, 2016 e-mail                                173

19   30  Document entitled Introduction to the

20       WESTAT-Yale report                                 175

21   31  Document entitled Results of AAU Survey

22       On Sexual Assault and Misconduct                   175

23   32  Document entitled confidential draft               184

24

25
```

```
 1   JASON KILLHEFFER,
 2    called as a witness, having been first duly
 3    sworn by James A. Martone, a Notary Public
 4    in and for the State of Connecticut:
 5   DIRECT EXAMINATION BY MR. STERN:
 6        A.   Okay.  Please state your name.
 7        A.   Jason Killheffer.
 8        Q.   Spell it, please.
 9        A.   J A S O N.  Last name, K I L L H E F F E R.
10             MR. NOONAN:  We probably should state
11   for the record what we just stated off the record, and
12   that is that we're going to use real names in this
13   transcript, in this deposition, but if we need to file
14   the transcript or transmit it to anyone other than the
15   parties, the lawyers, we will redact the names.
16        A.   Okay.
17             MR. STERN:  Right, and we have agreed
18   to the usual stipulations.
19             MR. NOONAN:  Right.
20             MR. STERN:  All objections and
21   motions to strike except as to form saved until the
22   time of trial.
23             MR. NOONAN:  Right.
24             MR. STERN:  Witness will read and
25   sign?
```

```
 1                    MR. NOONAN:  Yes.
 2        A.   I mean I don't know.
 3                    MR. NOONAN:  And if I could reveal
 4   it, I wouldn't be putting it on somebody else's
 5   deposition transcript.
 6                    MR. STERN:  Off the record.
 7                    (Discussion off the record)
 8        Q.   Let's go back on the record.  We can agree
 9   that Yale is not claiming attorney/client privilege
10   with communications with      Jane Roe    .
11                    MR. NOONAN:  Yes, correct.
12        Q.   Okay.  Did there come a time in the fall,
13   in September of 2015, when the American Association of
14   Universities published the results of a survey it had
15   done after number of universities concerning sexual
16   misconduct?
17        A.   Yes.  With minor clarifications.
18        Q.   Okay.  What are the clarifications?
19        A.   Published its own results.  Each school
20   that participated in the survey were given their
21   results, published their own results on the same day.
22                    MR. STERN:  Let's mark this.
23                    (Plaintiff's Exhibits 30-31
24                    Marked for identification)
25        Q.   So the survey results were published in --
```