UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | JULY 28, 2017 |

**PRIVILEGE LOG FOR COMMUNICATIONS BETWEEN
DONAHUE, DURHAM, & NOONAN, P.C. AND JAMES SCONZO, ESQ.**

| No. | File Type | Most Recent Date | Author(s) | Recipient(s) | Subject |
|---|---|---|---|---|---|
| 1 | E-mail Chain | February 16, 2017 | Patrick Noonan, James Sconzo | James Sconzo, Patrick Noonan | Defense Strategy |
| 2 | E-mail Chain | February 16, 2017 | James Sconzo, Harold Rose, Patrick Noonan | Patrick Noonan, Harold Rose, James Sconzo | Defense Strategy |
| 3 | E-mail Chain | February 22, 2017 | James Sconzo, Patrick Noonan | Patrick Noonan, James Sconzo | Defense Strategy |
| 4 | E-mail Chain | March 3, 2017 | Patrick Noonan, James Sconzo | James Sconzo, Patrick Noonan | Defense Strategy |
| 5 | E-mail | March 9, 2017 | Patrick Noonan | James Sconzo | Defense Strategy |
| 6 | E-mail | March 10, 2017 | Patrick Noonan | James Sconzo | Defense Strategy |
| 7 | E-mail Chain | March 16, 2017 | James Sconzo, Patrick Noonan | Patrick Noonan, Harold Rose, James Sconzo | Defense Strategy |
| 8 | E-mail Chain | March 16, 2017 | James Sconzo, Patrick Noonan | Patrick Noonan, James Sconzo | Defense Strategy |
| 8 | E-mail | March 21, 2017 | Patrick Noonan | James Sconzo | Defense Strategy |
| 9 | E-mail Chain | March 23, 2017 | James Sconzo, Patrick Noonan | Patrick Noonan, James Sconzo | Defense Strategy |
| 10 | E-mail Chain | April 6, 2017 | Patrick Noonan, James Sconzo | James Sconzo, Patrick Noonan | Defense Strategy |
| 11 | E-mail | May 16, 2017 | Patrick Noonan | James Sconzo | Defense Strategy |

|    |        |              |                        |                                             |                  |
|----|--------|--------------|------------------------|---------------------------------------------|------------------|
| 12 | E-mail | June 8, 2017 | John Herrington, Esq.  | Colleen Davis, James Sconzo, Patrick Noonan | Defense Strategy |
| 13 | E-mail | June 9, 2017 | John Herrington, Esq.  | Colleen Davis, Patrick Noonan, James Sconzo | Defense Strategy |

THE DEFENDANTS

BY:___/s/ Patrick M. Noonan (#ct00189)__
    Patrick M. Noonan
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    (203) 458-9168

## **CERTIFICATION**

I hereby certify that, on the above written date, a copy of foregoing was served via electronic mail upon the following:

Jonathan S. Katz, Esq.
William F. Dow, Esq.
Jacobs & Dow, LLC
350 Orange Street
New Haven, Connecticut 06503
jkatz@jacobslaw.com
wdow@jacobslaw.com

Max D. Stern, Esq.
Alexandra H. Deal, Esq.
Christian Kiely, Esq.
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, Massachusetts 01880
mstern@toddweld.com
adeal@toddweld.com
ckiely@toddweld.com

              _____/s/_____
                 Patrick M. Noonan