```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3    JACK MONTAGUE,              )
                                  )
 4           Plaintiff,           )
                                  )
 5           -vs-                 )  CIVIL ACTION NO.:
                                  )  3:16-CV-00885-AVC
 6    YALE UNIVERSITY, ET AL.,    )
                                  )
 7           Defendants.          )
                                  )
 8

 9

10        The deposition of KELLY D. MONTAGUE, a witness in

11    the above-entitled cause, taken before Cynthia Odom,

12    Licensed Court Reporter and Notary Public in and for

13    Davidson County, Tennessee, at 555 Marriott Drive,

14    Suite 315, Nashville, Tennessee, on the 21st day of

15    June, 2017, commencing at 8:40 a.m., pursuant to the

16    Connecticut Rules of Civil Procedure.

17

18

19

20

21

22

23

24

25
```



|   |   |
|---|---|
| 1 | S T I P U L A T I O N |
| 2 | The deposition of KELLY D. MONTAGUE, taken by |
| 3 | agreement at 555 Marriott Drive, Suite 315, Nashville, |
| 4 | Tennessee, beginning at 8:40 A.M., June 21, 2017, on |
| 5 | behalf of the Defendants pursuant to the provisions of |
| 6 | the Connecticut Rules of Civil Procedure. |
| 7 | Formalities as to notice, caption, certificate, |
| 8 | and filing are waived. |
| 9 | All objections, except as to the form of the |
| 10 | question, are reserved to the hearing.  The reporter, |
| 11 | being a notary public, may swear the witness. |
| 12 | (Whereupon, the oath was administered.) |
| 13 | MR. NOONAN:  Max, do you want the usual |
| 14 | stipulations? |
| 15 | MR. STERN:  Yes. |
| 16 | MR. NOONAN:  I will say at the outset |
| 17 | that I asked off the record to not have Mr. Montague |
| 18 | present during Ms. Montague's deposition since they |
| 19 | are not parties, and plaintiff's counsel has refused |
| 20 | and has insisted the deposition won't go forward |
| 21 | unless Mr. Montague is present, so that is occurring |
| 22 | over my objection, but given the fact that we're here |
| 23 | in Nashville and we both had to fly down here I'm not |
| 24 | going to fly back without taking the depositions. |
| 25 | MR. STERN:  I just said he's going to |



```
 1   be here, you're the one who said -- I didn't say
 2   anything about whether it's going forward or not, but
 3   he is going to be here.
 4                MR. NOONAN:  Are you willing to have
 5   him wait outside?
 6                MR. STERN:  No, I'm not willing to have
 7   him wait outside.
 8                MR. NOONAN:  So if I want to take the
 9   deposition of Mrs. Montague today I'm going to need to
10   allow that Mr. Montague be present?
11                MR. STERN:  Uh-huh, right.
12                MR. NOONAN:  And you're not able to
13   cite a case or a statute that would --
14                MR. STERN:  My belief is -- and I have
15   not revisited this lately but I did at one time have
16   to visit it, and my belief is if the law has not
17   changed that there is no blanket rule one way or the
18   other, that if there's some special reason for
19   excluding someone you can ask the Court to do it.  I'm
20   not aware of any.
21                Neither of these persons have prescient
22   knowledge of any of the incidents in this case, of the
23   proceedings in this case or so forth, and they have
24   been through an enormous amount of travail in this
25   case and they feel that they need to be here to
```



1  support each other.
2           MR. NOONAN: All right. Are you ready
3  to proceed, Mrs. Montague?
4           MS. MONTAGUE: Uh-huh.
5           MR. NOONAN: And did you swear the
6  witness?
7           REPORTER: I did.
8           MR. NOONAN: Thank you.
9           KELLY D. MONTAGUE,
10 having first been duly sworn, testified as follows:
11           DIRECT EXAMINATION
12 BY MR. NOONAN:
13    Q.   Good morning, Mrs. Montague, and thanks for
14 coming this morning. I said off the record but I'll
15 repeat it, if you need to take a break at any time
16 just say so, you're entitled to do that, I would
17 simply ask that you wait until the question has been
18 answered before you take the break.
19    A.   Okay.
20    Q.   And a couple of other ground rules, it's
21 important that you understand a question before you
22 answer it, so if at any point in time you don't
23 understand a question just tell me and I'll try to
24 rephrase it repeat or repeat it or do whatever I can
25 do to make it more understandable to you; is that



```
STATE OF TENNESSEE)
                  )  ss
COUNTY OF DAVIDSON)
```

I, CYNTHIA ODOM, Licensed Shorthand Reporter and Notary Public duly and qualified in and for the State of Tennessee do hereby certify there came before me the deponent herein, namely KELLY D. MONTAGUE, who was by me duly sworn to testify to the truth and nothing but the truth concerning the matters in this cause.

I further certify that the foregoing transcript is a true and correct transcript of my original stenographic notes.

I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and furthermore, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal this _____ day of June, 2017.



CYNTHIA ODOM,
NOTARY PUBLIC
TNLCR#: 487