ERRATA SHEET — JACK MONTAGUE DEPOSITION TRANSCRIPT

Page 13, Line 2: strike "County"

Page 14, Line 18: "Making Moves" should be "Make-N-Moves"

Page 29, Line 15: "Giessen" should be "Essen"

Page 32, Line 3: "ELEVAT/8" should be "ELEV8"; note that the official name is "Versatility Basketball Academy"

Page 33, Line 14: strike "us"

Page 35, Line 5: "He is in" should say "He has a friend in"

Page 37, Line 6: "center" should be "sent"

Page 39, Line 11: "great" should be "grad"

Page 41, Line 18: "basketball pay" should be "basketball team"

Page 45, Line 7: My full answer is "Yes, sir, I admitted I engaged in the conduct." I did not understand the question at the time of my deposition. I was asked many questions during the course of the deposition that made me feel attacked and backed into a corner. I got very nervous, and felt unable to fully process, think about, or respond to many of the questions that were posed. Now that I see them in writing and have time to think and process, I understand them better and can explain myself better.

Page 47, Line 16: My full answer is "No, but I did not admit to a violation of the sexual misconduct policy." Even though I was being told to give a "yes" or "no" answer, it was not a "yes" or "no" question, because it implied that I admitted to something I did not.

Page 50, Lines 20-21: My full answer is "I would have questions surrounding it, but yes, I think — yeah, I would have questions."

Page 50, Line 25: My full answer is "Yes, you can't put your hands between a woman's breasts without consent." This is a two-part question and I was not fully processing or responding to both parts.

Page 51, Line 3: My full answer is "Yes, putting your hands between a woman's breasts without consent would violate Yale's sexual misconduct policy." This referred to the previous two-part question, and I only answered one part of that question.

Page 52, Line 11: My full answer is "Yes, I agree that my behavior had no place at Yale or in society." This question asked me to agree or disagree with a multi-part statement, and I wasn't able to fully process it at the time of my deposition.

Page 60, Line 25: My full answer is "Yes, the panel required me to get training on the use of alcohol."

Page 77, Line 18: My full answer is "Yes, according to the police report I read later."

Page 78, Line 11: My full answer is "I guess, but I don't know for sure."

Page 78, Lines 20-21: Should read "I don't have any idea what he intended to do."

Page 83, Line 20: My full answer is "Yes, I knew I could admit that I had engaged in the conduct or deny that I had engaged in the conduct." I did not really understand the use of the terms "guilty" or "not guilty" at the time of the deposition.

Page 83, Line 22: My full answer is, "Yes, at that time, I admitted I had engaged in the conduct."

Page 84, Line 2: My full answer is, "Yes, I knew I could either admit to engaging in the conduct or deny engaging in the conduct."

Page 84, Line 24: "Yes" should be "No". In reading over the deposition, I think my previous testimony was mischaracterized in this question.

Page 85, Line 16: My full answer is "No, that's not what I meant."

Page 89, Line 8: "Beseirivich" should be "Besirevic"

Page 95, Line 13: "Yes" should be "No, I sent a written response denying that our contact was non-consensual." I

forgot, at my deposition, that I had in fact written an email responding to the November 2015 complaint.

Page 106, Line 19: My full answer is "Sure, I understood that my conduct was completely inappropriate and wrong and I was willing to go through the counseling that had been ordered."

Page 107, Line 7: My full answer is "Sure, I felt my conduct was inappropriate and for that reason I was willing to accept the panel's counseling orders."

Page 109, Line 18: "Beseirivich" should be "Besirevic"

Page 112, Line 25: "what" should be "when"

Page 116, Lines 3-5: This makes no sense. I don't believe this is what I said, but I don't remember what I said.

Page 121, Line 18: My full answer is "Correct, at the time she said it, I would not have had consent at that time."

Page 122, Lines 10-11: My full answer is "Yes, that would mean I would not have consent at that time."

Page 122, Line 17: My full answer is "Correct, if she had not said or done anything else afterwards to indicate that she was giving consent."

Page 123, Line 9: My full answer is "Correct, if there was not any intervening indication of consent, and if I had heard her say no to penetration."

Page 123, Line 19: My full answer is "Yes, that was one of the things they had to decide. They also had to decide whether what they believed happened violated the sexual misconduct policy."

Page 123, Line 23: My full answer is "Correct, they did conclude that, but I don't agree with their conclusion."

Page 126, Line 19: "try" should be "trying"

Page 128, Line 1: My full answer is "No, I was confused as to which interaction we were talking about."

Page 129, Line 11: "untrue" should be "inaccurate"

Page 135, Lines 21 and 22: "would" should be "could" (in both lines)

Page 147, Line 8: My full answer is "No, it did not, but it still had an impact on how I interpreted her non-verbal cues."

Page 149, Line 10: My full answer is "Correct, that was one of their jobs."

Page 149, Line 16: My full answer is "Correct, I agree that's what they concluded, but I don't agree that that conclusion was correct, even if they believed her version was more accurate than mine."

Page 154, Line 22: My full answer is "Yes, that's one of the things they had to decide."

Page 158, Line 14: My full answer is "Yes, that was something that was part of my sanction, but I didn't actually receive any of that training."

Page 161, Line 3: My full answer is "Yes, but when I said that I didn't mean I'd never had a prior disciplinary experience. I meant I'd never been accused of rape before."

Page 164, Line 23: My full answer is "Yes, I believed I had consent."

Page 165, Line 10: My full answer is "Yes, if I had relied solely on the previous experience, then that would not mean I had consent, but the prior experience still informed my interpretation of her actions on that night."

Page 168, Line 2: My full answer is "Yes, I was given an opportunity to answer the questions they chose to ask me."

Page 169, Line 5: My full answer is "Yes, I was referring to the panel's recommendation that I get training with him, and to my meetings with him, which I attended. I did not receive any training at those meetings though."

Page 169, Line 21: My full answer is "Yes, and I also knew consent could be non-verbal."

Page 172, Line 9: My full answer is "It is true that it did not raise new information about the events of October 18, 2014." This question asked me about multiple statements and

I wasn't able to process and respond to all of them at the deposition.

Page 173, Line 6: "assistance" should be "assistant"

Page 181, Line 1: "another" should be "other"

Page 181, line 10: strike "not"

Page 182, Line 4: My full answer is "No, not me personally." I relied on my lawyers to draft the complaint." I didn't understand, at the time of my deposition, that I could say what my lawyers did.

Page 184, Line 12: My full answer is "I can't right now, no."

Page 185, Line 2: My full answer is "No, not me personally."

Page 193, Line 16: "leasing" should be "leagues"

Page 193, Line 18: both "league"s should be "ligue"

Page 194, Line 25: My full answer is "I would say still on hold, because I'm not able to apply to schools without my official Yale transcript."

Page 195, Line 23: My full answer is "Correct, it's on hold, but I don't think it's fair to say I'm leaving it on hold."

Page 201, Line 2: "nondenomination" should be "nondenominational"

Page 206, Line 13: "I'm drinking" should be "I've been drinking"

Page 214, Line 12: My full answer is "Yes, that's one factor for the panel to consider."

Page 215: Line 5: Change to: "I met with her at The Study for a drink with my dad." I misspoke at the time. I did not have brunch with her; I had brunch with Dean B, and I mixed up the two.

Page 233, Line 3: My full answer is "Yes, that's what the panel believed and what the panel found."

Page 234, Lines 15 and 16: "Rostigar" should be "Rastegar"

Page 254, Lines 13 and 14: "Efferidge" should be "Etheridge"

Page 261, Line 11: "LVO Felix" should be "El Amigo Felix"

Page 263, Line 13: "I" should be "She"