```
                              VOLUME:  II
                              PAGES:   1-129
                              EXHIBITS: K-L

            U.S. DISTRICT COURT FOR THE
               DISTRICT OF CONNECTICUT

                    C.A. NO. 3:16-CV-00885-AVD


JACK MONTAGUE,                    )
      Plaintiff,                  )
                                  )
v.                                )
                                  )
YALE UNIVERSITY, ANGELA           )
GLEASON, and JASON KILLHEFFER,    )
      Defendants.                 )
```

         CONTINUED DEPOSITION OF JACK MONTAGUE, a witness called on behalf of the Defendants, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Margaret G. Oliver, a Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Todd & Weld LLP, One Federal Street, Boston, Massachusetts, on Thursday, August 17, 2017, commencing at 10:33 a.m.



 1     A.   In March.
 2     Q.   Okay.  And according to the transcript,
 3  it says it was March 30th.  Does that sound about
 4  right to you?
 5     A.   Yes.
 6     Q.   Okay.  And it's now August 17th.  So
 7  we're talking about something that happened over
 8  the last four months or so, right?
 9     A.   Right.
10     Q.   And you don't know whether it took a
11  month, two months or three months to finish this
12  process?
13     A.   I do not know.
14     Q.   Okay.  Do you have difficulty with
15  memory generally?
16     A.   Sometimes I do.
17     Q.   Okay.
18     A.   Yes.
19     Q.   And can you tell me about that?
20     A.   Sometimes I have trouble -- it's shown
21  in my classes as well that I have difficulty
22  understanding some things, as well as completely
23  memorizing them.
24          I -- usually when I read something it
25  takes me a couple of times to fully understand



```
 1   what I'm reading.  Or if I'm in a lecture, I have
 2   difficulty listening and understanding.  And
 3   that's just through class experience.
 4            But it's -- it's been consistent
 5   throughout the time that I can think of with
 6   class, as well as in sections and whatnot that
 7   I've experienced.
 8            Q.  Okay.  And do you -- have you ever had
 9   any sort of evaluation or treatment for this
10   memory difficulty you have?
11            A.  Not previously, no.
12            Q.  When you say "not previously," I'm not
13   sure what you mean by that.
14            A.  I've actually set up a meeting to get it
15   checked out in September.
16            Q.  Oh, okay.  And who is that with?
17            A.  I couldn't tell you the exact name.
18   It's through Vanderbilt back home in Nashville.
19            Q.  Okay.  And why Vanderbilt?  Is that
20   through their medical center or something?
21            A.  Yes.
22            Q.  Okay.  And how long has this memory
23   difficulty affected you?
24            A.  I -- as far as I can remember throughout
25   school.
```



```
 1         Q.   And then what --
 2         A.   I mean high school.  I didn't really
 3    have difficulty with it until about high school, I
 4    guess.  And it continued through college.
 5         Q.   And is the -- your difficulty with
 6    memory -- and we're talking about something that
 7    happened within the last four months.
 8              Is it more prominent for things that are
 9    farther back in time?  In other words -- that's a
10    lousy question.
11              Is it easier for you to remember things
12    that are more recent versus things that are more
13    remote?
14         A.   I would agree with that.
15         Q.   Okay.  So it's harder to remember things
16    that are longer than, say, four months away?
17         A.   Yes.
18         Q.   Okay.  And what prompted you to make the
19    appointment to get treatment for this memory issue
20    at Vanderbilt?
21         A.   I just believed that it was something in
22    accordance with talking with my attorneys that
23    would be appropriate.
24         Q.   Okay.  Did you have any -- and I'm not
25    interested in what your lawyers had to say to you.
```



```
 1    I should -- I don't want to say it that way.  I
 2    don't want to sound flippant.  It's not that I'm
 3    not interested.  I'm not -- I should not ask about
 4    that, so I'm not asking about that.
 5               But did anyone else other than your
 6    lawyers suggest that you go get some treatment for
 7    your memory?
 8         A.    It's pretty personal.  But I had
 9    mentioned it to my parents as well.  I was never
10    really open about it.  And it's something that I
11    didn't really discuss with anybody.  But my
12    parents didn't really know it was occurring.  So
13    when I told them, they were definitely interested
14    in understanding.
15         Q.    Okay.  And when did you mention it to
16    your parents?
17         A.    Recently.
18         Q.    When you say "recently," before your
19    deposition?  After your deposition?
20         A.    After my deposition.
21         Q.    All right.  And when did you actually
22    call for the appointment?
23         A.    I couldn't tell you the exact date.
24    Sometime in between the two depositions.
25         Q.    Okay.  I mean, was it shortly after the
```



```
 1   deposition, or was it -- was it this month, for
 2   example?  Was it the month of August; do you
 3   recall?
 4         A.   It was before August, but I wouldn't say
 5   it was immediately following the deposition.
 6         Q.   Okay.  Do you think it was in July?
 7         A.   Possibly.
 8         Q.   All right.  You don't know.  It could
 9   have been May, June, July?
10         A.   Correct.
11         Q.   Okay.  And the first -- I don't want to
12   know what they said, but the first person that
13   mentioned it to you was your lawyer?
14              MR. STERN:  No.  He didn't say -- he
15   said after consultation with his lawyers.
16              MR. NOONAN:  Yeah.
17              MR. STERN:  So he didn't tell you --
18              MR. NOONAN:  Right.
19              MR. STERN:  -- who was the first person
20   that mentioned it.
21              MR. NOONAN:  That's why I asked the
22   question.
23              MR. STERN:  And he's not going to tell
24   you that.  You said you were not interested in --
25              MR. NOONAN:  I'm not.
```



```
 1            MR. STERN:  Don't answer the question.
 2   BY MR. NOONAN:
 3        Q.  Who was the first person to suggest to
 4   you that you get treatment for your memory issue?
 5            MR. STERN:  Do not answer anything
 6   having to do with a discussion with your lawyer.
 7            MR. NOONAN:  Okay.
 8   BY MR. NOONAN:
 9        Q.  Putting aside your lawyers, did anyone
10   approach you and suggest that you have some kind
11   of a treatment for your memory problem?
12        A.  No.
13        Q.  Okay.  For example, your parents didn't
14   suggest it to you?
15        A.  I told you it was personal.  It was
16   something that --
17        Q.  You didn't --
18        A.  -- they really didn't, you know, have
19   knowledge about.
20        Q.  All right.  They hadn't picked up on it,
21   and you hadn't mentioned it to them?
22        A.  No.  I mean, I didn't really want to
23   explain it to anybody.  I felt uncomfortable about
24   it.
25        Q.  Okay.  I am going to ask you some other
```



```
 1              C E R T I F I C A T E

 2            COMMONWEALTH OF MASSACHUSETTS

 3   MIDDLESEX, SS.

 4

 5           I, Margaret G. Oliver, Notary Public in
     and for the Commonwealth of Massachusetts, do
 6   hereby certify that JACK MONTAGUE, the witness
     whose deposition is hereinbefore set forth, was
 7   duly sworn by me and that such deposition is a
     true record of the testimony given by the witness.
 8           I further certify that I am neither
     related to or employed by any of the parties
 9   hereto or counsel to this action, nor am I
     financially interested in the outcome of this
10   action.
             In witness whereof, I have hereunto set my
11   hand and seal this 31st day of August 2017.

12
```



```
13
             Margaret G. Oliver
14           Notary Public
             My commission expires:   May 18, 2018
15

16
        THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
17   DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY
     ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
18   DIRECTION OF THE CERTIFYING REPORTER.

19

20

21

22

23

24

25
```