```
 1   ATTACH TO THE CONTINUED DEPOSITION OF JACK
     MONTAGUE
 2   CASE:  JACK MONTAGUE -VS- YALE UNIVERSITY, ANGELA
     GLEASON, and JASON KILLHEFFER
 3   AUGUST 17, 2017

 4                      ERRATA SHEET

 5   INSTRUCTIONS:  After reading the transcript of
     your deposition, note any change or correction to
 6   your testimony and the reason therefor on this
     sheet.  DO NOT make any marks or notations on the
 7   transcript volume itself.  Sign and date this
     errata sheet (before a Notary Public, if
 8   required).  Refer to Page 127 of the transcript
     for errata sheet distribution instructions.
 9                                    See attached
     PAGE      LINE
10               CHANGE:
                 REASON:
11               CHANGE:
                 REASON:
12               CHANGE:
                 REASON:
13               CHANGE:
                 REASON:
14               CHANGE:
                 REASON:
15               CHANGE:
                 REASON:
16               CHANGE:
                 REASON:
17               CHANGE:
                 REASON:
18               CHANGE:
                 REASON:
19            I have read the foregoing transcript
     of my deposition and, except for any corrections
20   or changes noted above, I hereby subscribe to the
     transcript as an accurate record of the statements
21   made by me.
              Signed under the pains and penalties of
22   perjury this    2nd       day of   October    , 2017.

23   [signature]
     _____
24    JACK MONTAGUE

25
```



ESQUIRE                                        800.211.DEPO (3376)
DEPOSITION SOLUTIONS                           EsquireSolutions.com

JACK MONTAGUE V. YALE UNIVERSITY, et al
USDC D. Conn C.A. No. 3:16-CV-00885-AVD
Deposition of Jack Montague
August 17 2017
Errata Sheet

| Page | Line | Reads | Correction |
|---|---|---|---|
| 14 | 22 | things, | things that are said, |
|  | 23 | memorizing | processing |
| 15 | 14-16 | a meeting to get it checked out in September. | an appointment in September to be evaluated for auditory processing disorder. |
| 23 | 25 | So | But |
| 24 | 4 | I transferred | that transferred |
| 26 | 12 | From what she said, I mean, she gave me | She gave me |
|  | 13-14 |  |  |
| 29 | 8 | Calikque | Khaliq |
| 31 | 1 | Calikque | Khaliq |
|  | 10 | Calikque | Khaliq |
| 77 | 8 | approached with | posed |
|  | 18 | approached | posed |
| 82 | 7 | parent's. | parents'. |
| 86 | 13 | misunderstanding | misleading |
| 90 | 11 | played | placed |
| 94 | 1 | Matt, | Pat, |
| 96 | 1 | beck | Back |
|  | 17 | Salve | Salovey |
|  | 24 | Salve. | Salovey. |
| 104 | 1 | without her clothes off? | with her clothes off? |
| 106 | 19-20 | leaving after my car experience. | leaving after the experience in my car. |
| 112 | 6 | time where | time, where |

| | | | |
|---|---|---|---|
| 124 | 20-21 | I'm not going to depict on which ones I heard or which ones I read. | I can't distinguish between which ones I heard or which ones I read. |
| 125 | 18 | to depict | to recall |