UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | NOVEMBER 16, 2017 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), the defendant hereby moves for a three week extension of time, up to and including December 11, 2017, within which to file a response to Plaintiff's Combined Motion and Memorandum in Support of Motion to Compel Production of Documents and Answers to Interrogatories. Defense counsel's wife underwent surgery on November 14, 2017 and defense counsel will be home helping her recuperate over the next week. Due to this personal situation and the Thanksgiving holiday next week, defense counsel requires additional time to prepare a proper response. Plaintiff's counsel has indicated that he does not object to this extension of time. In light of the fact that, if the defendant's motion is granted, the plaintiff's reply would be due on December 25, 2017, the plaintiff requested that he also be given a two week extension, up to and including January 8, 2018, within which to file a reply. The defendant has no objection to this request. This is the first request for an extension of time.

WHEREFORE, the defendant respectfully requests that the Court grant the defendant an extension of time through December 11, 2017 to file a response to the plaintiff's motion to compel and grant the plaintiff an extension of time through January 8, 2017 to file a reply.

        THE DEFENDANTS

        BY:__/s/ Colleen Noonan Davis (#ct27773)__
        Patrick M. Noonan
        Colleen Noonan Davis
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        (203) 458-9168

**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        _____/s/_____
        Colleen Noonan Davis