UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>      Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>      Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

## MOTION FOR EXTENSION OF TIME

The plaintiff, Jack Montague, respectfully moves, pursuant to Rule 7(b) of the Local Civil Rules, for: **a)** a two week extension of time, through and including December 13, 2017, within which to file an Opposition to Defendants' Motion to Compel Documents from Plaintiff's Expert Witnesses (ECF No. 122); and **b)** a similar two week extension of time, through and including December 15, 2017, to file an Opposition to Defendants' Motion to Compel Re: Public Relations Firm, Fundraising for Legal Fees, and Medical Records (ECF No. 123). As reasons therefore, Plaintiff states:

    1.    Defendants' counsel has indicated that Defendants do not object to the requested extensions.

    2.    This is Plaintiff's first request for an extension of the deadlines to file his Oppositions to these Motions to Compel (ECF Nos. 122 and 123).

    3.    Good cause exists to grant this motion because Plaintiff's lead counsel, Max Stern, is currently in the middle of a 3-4 week criminal trial which began on November 13, 2014 and is expected to continue through the first week of December.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion for a two week extension of time, through and including December 13, 2017, within which to file an Opposition to Defendants' Motion to Compel Documents from Plaintiff's Expert Witnesses (ECF No. 122), and a two week extension of time, through and including December 15, 2017, to file an Opposition to Defendants' Motion to Compel Re: Public Relations Firm, Fundraising for Legal Fees, and Medical Records (ECF No. 123)

JACK MONTAGUE,

By his attorneys,

/s/ *Christian G. Kiely*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Christian G. Kiely (BBO #684308) (*pro hac vice*)
ckiely@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: November 27, 2017

2

## CERTIFICATE OF SERVICE

I, Christian G. Kiely, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 27, 2017.

/s/ *Christian G. Kiely*