# EXHIBIT B

```
      UNITED STATES DISTRICT COURT
        DISTRICT OF CONNECTICUT


                          CIVIL ACTION NO.:
                          3:16-CV-00885-AVC
JACK MONTAGUE,

                    Plaintiff

vs.



YALE UNIVERSITY, ET AL,

                    Defendants
```

DEPOSITION OF SUSANNA B. MURPHY, taken pursuant to Notice under the applicable provisions of the Massachusetts Rules of Civil Procedure, on behalf of the Defendants, before Elisheva Eis, a Notary Public in and for the Commonwealth of Massachusetts, at the office of Todd & Weld LLP, One Federal Street, Boston, MA 02110, commencing on Friday, October 20th, 2017, at 10:49 a.m.



```
 1        remember.
 2   Q    You're just not sure?
 3   A    In preparation for today, I did not review my
 4        notes documenting everything I did along the
 5        way.  I was reviewing the substance of the
 6        case.
 7   Q    I understand.  With regard to the depositions
 8        of Jane Roe, Jack Montague, Angie
 9        Gleason, and Jason Killhuffer, had you reviewed
10        those before you drafted your report, or any of
11        them?
12   A    I don't believe so.  I just don't want to be
13        tied to that.  I'm not 100 percent sure, but I
14        don't believe so.
15   Q    Well -- and I'm not trying to hide anything.
16        They are not listed in Appendix A to your
17        report, none of those.
18   A    Then they wouldn't have been.  Then I wouldn't
19        have reviewed them.  Like I said, I don't want
20        to say I didn't if I did.  But if they're not
21        listed in Appendix A, then I did not.
22   Q    And how did you come to review the depositions
23        of Jane Roe, Jack Montague, Angie
24        Gleason, and Jason Killhuffer?  Did you ask to
```



C E R T I F I C A T E

DISTRICT OF MASSACHUSETTS

I, Elisheva Eis, a Notary Public within and for the Commonwealth of Massachusetts, do hereby certify:

That SUSANNA B. MURPHY, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness. The witness has requested a review of the transcript pursuant to Rule 30(e)(1).

IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal this 2nd day of November, 2017.

_____
Elisheva Eis

My Commission Expires: July 22nd, 2022

THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING REPORTER.

