# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

JACK MONTAGUE,
    Plaintiff,

v.

YALE UNIVERSITY, ANGELA GLEASON,
and JASON KILLHEFFER,
    Defendants.

CIVIL ACTION
No. 3:16-cv-00885

## AFFIDAVIT OF KAREN SCHWARTZMAN

I, Karen Schwartzman, having been duly sworn, do hereby state as follows:

1. I am over eighteen (18) years of age and believe in the obligations of an oath.

2. I am the founding principal of Polaris Public Relations, a communications consulting firm based in Boston, Massachusetts.

3. On or about March 7, 2016, Todd & Weld LLP (the "Firm") engaged me to provide strategic communications advice and media relations services to it in connection with its representation of Jack Montague following his expulsion from Yale University. I agreed to work under the Firm's direction and maintain the confidentiality of all information shared with me except that which the Firm expressly authorized me to disclose publicly.

4. My engagement is directly with Todd & Weld. The Firm pays my fees directly, although per its standard policy, Mr. Montague is ultimately responsible for payment.

5. It was expected at the time of my retention that Mr. Montague would need to file a lawsuit against Yale in order to vindicate his rights. Given Mr. Montague's high-profile status as the captain of the Yale men's basketball team, which was then in the midst of an historic NCAA

tournament run, it was expected that there would be significant media coverage surrounding Mr. Montague's expulsion.

6. As I understood it, the purpose of my engagement was to manage the publicity associated with Mr. Montague's anticipated lawsuit against Yale, with the goals of minimizing the prejudice that could result to Mr. Montague's case from inaccurate media coverage and relieving his attorneys of the burden of responding to continuous media inquiries regarding the case.

7. On March 14, 2016, I issued a statement on behalf of Mr. Montague's lead counsel, Max Stern, announcing that "Mr. Montague intends to sue Yale University to vindicate his rights." In the days and weeks following the release of the March 14, 2016 statement, my work on behalf of the Firm included monitoring media coverage of the March 14, 2016 statement, responding to questions from reporters, and fielding requests from reporters to interview Mr. Montague.

8. On June 9, 2016, the Firm filed suit on behalf of Mr. Montague. At that time, I issued another public statement in connection with the filing of the lawsuit, as it was anticipated that the filing would generate significant media interest. In the days and weeks following the filing of the suit, I continued to monitor press coverage, respond to questions from reporters, and to field requests for interviews not only of Mr. Montague but of Mr. Stern as well.

9. Since before the suit was filed, I have had regular contact with members of the media who are following the case. Many members of the media are actively monitoring the docket and contact me with questions in response to filings and other developments in the case. When I receive media inquiries, I collaborate with the Firm to decide whether and how to respond to such inquiries.

10. I previously disclosed all of my correspondence with members of the media in response to a subpoena Yale served on me.

I declare under penalty of perjury that the foregoing is true and correct.

*Karen Schwartzman*

_____

Karen Schwartzman