UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | JANUARY 5, 2018 |

**DEFENDANTS' NOTICE OF DISCLOSURE OF SUSANNA MURPHY AS AN EXPERT WITNESS**

The defendants, Yale University, Angela Gleason, and Jason Killheffer, hereby give notice that they have filed an expert disclosure of Susanna Murphy on this date. This disclosure was sent via email and US Mail to counsel for the plaintiff.

                        **THE DEFENDANTS,**
                        **YALE UNIVERSITY, ANGELA GLEASON**
                        **and JASON KILLHEFFER**

                        BY:___/s/ Patrick M. Noonan (#ct00189)__
                              Patrick M. Noonan
                              Colleen Noonan Davis
                              Donahue, Durham & Noonan, P.C.
                              741 Boston Post Road
                              Guilford, CT 06437
                              (203) 458-9168

**CERTIFICATION**

  I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                 _____/s/_____
                    Patrick M. Noonan