Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
CIVIL ACTION NO. 3:16 cv 00885-AVC
---------------------------------x
JACK MONTAGUE,                  :
   Plaintiff,               :
      -v-                    :
YALE UNIVERSITY, ANGELA GLEASON, :
And JASON KILLHEFFER,           :
   Defendants.              :
---------------------------------x

      Deposition of STEPHANIE SPANGLER, taken pursuant to the Federal Rules of Civil Procedure, at the Office of General Counsel, Yale University, 2 Whitney Avenue, New Haven Connecticut, before James A. Martone, LSR #248, and Notary Public, in and for the State of Connecticut, on August 31, 2017, at 12:05 p.m.

Page 2

APPEARANCES:

For the Plaintiff:
TODD & WELD, LLP
One Federal Street, 27th Floor
Boston, MA  01880
BY:  CHRISTIAN G. KIELY, ESQ.

For the Defendants:
DONAHUE, DURHAM & NOONAN, PC
741 Boston Post Road
Guilford, Connecticut  06437
BY:  PATRICK NOONAN, ESQ.

Page 3

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties hereto that all technicalities as to proof of the official character before whom the deposition is to be taken are waived.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the respective parties hereto that the deposition may be signed before any Notary Public.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the respective parties hereto that all objections, except as to form, are reserved to the time of trial.

* * * * * *

Page 4

WITNESS INDEX
                                PAGE
Direct Examination by Mr. Kiely    5
Cross-Examination by Mr. Noonan    133
Redirect Examination by Mr. Kiely  134

EXHIBIT INDEX
PLAINTIFF   DESCRIPTION          PAGE
98  Yale News article          13
99  Report to the President and Fellows of Yale University of the Advisory Committee ons Campus Climate    16
100  Report of the Advisory Committee on Campus Climate    17
101  Yale university-wide Complaints of Sexual Misconduct    57
102-103  Jezebel article and Huffpost article    64
104  Yale University-wide Statement regarding Report of complaints of sexual misconduct    70
105  Message from President Salovey regarding recent sexual misconduct report    71
106  September 9, 2013 e-mail    74
107  3/8/2016 e-mail chain    97
108  3/9/16 E-mail    116
109  3/14/16 E-mail    118
110  3/14/16 E-mail    122
111  3/10/16 e-mail chain    124

1 (Pages 1 to 4)

Page 45

1  turn to the last page, this is dated June 11th, 2012;
2  is that correct?
3        A.  That's correct.
4        Q.  And you were at that time, you had already
5  been appointed University Title IX Coordinator,
6  correct?
7        A.  That's correct.
8        Q.  And is it your recollection that the
9  Department of Education investigation was resolved
10 via a Voluntary Resolution Agreement?
11       A.  That's correct.
12       Q.  Okay.  And in this agreement, the
13 university voluntarily agreed to do certain things in
14 exchange for resolving the complaint?
15           MR. NOONAN:  Would you ask the
16 fundamental question if she was involved in
17 negotiating this agreement?  I don't know whether she
18 was or not.
19       A.  I wasn't.
20           MR. NOONAN:  Unless she was, I don't
21 know how -- you have the agreement, but I don't know
22 how she would be able to interpret it.
23       Q.  I'm not asking to interpret it.
24           MR. NOONAN:  But you just asked her.
25       Q.  Well --

Page 46

1            MR. NOONAN:  It says what it says.
2  If she wasn't involved, I didn't know whether she was
3  or wasn't, apparently she wasn't.
4        Q.  Did you have any role in resolving this
5  complaint against Yale?
6        A.  I did not negotiate this resolution.
7        Q.  So you see that at heading A-1, it says
8  "The University has designated a University Title IX
9  Coordinator, (University Title IX Coordinator and
10 Deputy Coordinators) to ensure compliance with Title
11 IX?"  You see that?
12       A.  Yes.
13       Q.  You are the University-Wide Title IX
14 Coordinator, correct?
15       A.  Yes.
16       Q.  Is it fair to say that you are charged
17 with the implementation of some of the things that
18 are laid out in this agreement?
19       A.  The university is charged with
20 implementing the conditions of this agreement.  I
21 participate with the university.
22       Q.  But you, in your role as Title IX
23 Coordinator, you will have at least some
24 responsibility with carrying out some of these
25 initiatives?

Page 47

1        A.  Yes.
2        Q.  Okay.  So if you'd turn to page 2, it says
3  that the university -- at the very bottom, Grievance
4  Procedures Addressing Sexual Misconduct, B2.  It says
5  "If the university creates a new Title IX grievance
6  process, the university will ensure it, as does the
7  present UWC process affords the following."
8        A.  Yes.
9        Q.  And then it lists a number of -- there's a
10 number of items following that.  Item F, it says
11 "Adequate, prompt and impartial investigations of
12 allegations of sexual misconduct, including 1; Not
13 delaying the university's investigation of the
14 possible sexual misconduct under Title IX until
15 related criminal processes are concluded," and 2:
16 "Equitable information gathering from both the
17 complainants and the alleged perpetrators;" did I
18 read that correctly?
19       A.  Yes.
20       Q.  And does Yale's UWC process in fact comply
21 with what I've just read in letter F?
22       A.  I believe it does.
23       Q.  And if you'd turn down to C, on the same
24 page, here it describes, it says "The university has
25 conducted and will continue to hold annual training

Page 48

1  for all Title IX Coordinators and UWC members," and
2  then it lists various topics that the training will
3  cover.
4        A.  Yes.
5        Q.  And my question to you is, whether you
6  have any role in putting on this training that's
7  described?
8        A.  Yes.  I participate in this training.
9        Q.  Okay.  So does the university hold annual
10 training for Title IX personnel and UWC members?
11       A.  Yes.
12       Q.  And when does that occur typically?
13       A.  Generally occurs in the fall semester, and
14 it's generally either one very long day or two
15 substantial partial days.
16       Q.  And who attends those trainings?
17       A.  UWC members, Title IX Coordinators,
18 members of the Yale Police Force.  Members from the
19 SHARE Center.  Advisors to the UWC process.  Members
20 of the Title IX Steering Committee.  I am -- and
21 others that I'm not instantly recalling.
22       Q.  Do UWC fact finders attend?
23       A.  Yes.
24       Q.  Who is in charge of producing the
25 curriculum for this training?

12 (Pages 45 to 48)

Page 145

1  I,_____,have read the foregoing
2  transcript of the testimony given at my deposition
3  on,_____, and it is true and accurate to
4  the best of my knowledge and belief as originally
5  transcribed and/or with the changes as noted on the
6  attached errata sheet.
7
8
9  _____
10 STEPHANIE SPANGLER
11
12      SUBSCRIBED AND SWORN TO BEFORE ME, the
13 undersigned authority, on this
14 the_____ day of_____, 2017.
15
16
17 _____
18  NOTARY PUBLIC
19
20 My commission expires:
21
22
23
24
25

Page 146

1           CERTIFICATE
2      I hereby certify that I am a Notary Public in
3  and for the State of Connecticut, duly commissioned
4  and qualified to administer oaths.
5      I further certify that the deponent named in
6  the foregoing deposition was by me duly sworn and
7  thereupon testified as appears in the foregoing
8  deposition; that said deposition was taken by me
9  stenographically in the presence of counsel and
10 reduced to print under my direction, and the
11 foregoing is a true and accurate transcript of the
12 testimony.
13     I further certify that I am neither of counsel,
14 nor related to either of the parties to said suit,
15 nor am I interested in the outcome of said cause.
16     Witness my hand and seal as Notary Public this
17 6th day of September, 2017.
18
19 _____
20   NOTARY PUBLIC
   JAMES A. MARTONE, L.S.R. 248
21
   My Commission Expires:
22    MARCH/ 2018
23
24
25

37 (Pages 145 to 146)