UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>　　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>　　　Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

**PLAINTIFF'S REQUEST FOR STATUS CONFERENCE**

The plaintiff, Jack Montague, respectfully requests, pursuant to Fed. R. Civ. P. 16 and Local Rule 16, that the Court hold a status conference in this matter at its earliest possible convenience. As reason therefore, Plaintiff states that with the summary judgment deadline of May 18, 2018 approaching, there are now pending four separate motions to compel, two filed by Plaintiff (ECF Nos. 86 & 119) and two filed by Defendants (ECF Nos. 122 & 123). Plaintiff's motions in particular seek to compel numerous categories of documents which may be quite voluminous, and if Plaintiff prevails on his motions in whole or in part, adequate time must be allowed for Defendants to collect and produce responsive documents and for Plaintiff to review those documents sufficiently in advance of the summary judgment deadline. Counsel have conferred and Defendants do not object to holding a status conference in this matter.

WHEREFORE, Plaintiff respectfully requests that the Court schedule a status conference as soon as reasonably practicable to discuss resolution of the parties' various motions to compel and establish a timeline for complying with any resulting orders to produce documents.

JACK MONTAGUE,

By his attorneys,

/s/ *Christian G. Kiely*
Max D. Stern (BBO #479560) (*pro hac vice*)
mdstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Christian G. Kiely (BBO #684308) (*pro hac vice*)
ckiely@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: March 7, 2018

## **CERTIFICATE OF SERVICE**

    I, Christian G. Kiely, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 7, 2018.

                                                  /s/ *Christian G. Kiely*