UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| YALE UNIVERSITY, ET AL | : | |
| Defendants | : | MAY 9, 2018 |

## MOTION FOR PERMISSION TO FILE OVER-LENGTH BRIEF

Pursuant to Rule 7(a)(5) of the Local Rules of Civil Procedure, the defendants hereby move for permission to file a memorandum of law in excess of forty pages in support of their motion for summary judgment. Defense counsel has conferred with plaintiff's counsel and plaintiff's counsel has stated that he does not object to this request.

The plaintiff's 64 page and 316 paragraph Amended Complaint contains nine counts asserting claims for breach of contract, gender discrimination, defamation, invasion of privacy, and tortious interference with contract. Count VII, however, includes eight sub-counts, thus increasing the number of counts to sixteen, with eleven counts asserting separate and distinct breach of contract claims. The defendants intend to move for summary judgment as to all sixteen claims. Due to the number of claims, the defendants are unable to fully brief their arguments within the forty page limitation in Rule 7(a)(5). It is also significant that the plaintiff was deposed twice in this case because he submitted a six page errata sheet for his

first deposition transcript, making substantive changes to forty-five responses. The defendants have to address some of those changes in their brief.

WHEREFORE, the defendants respectfully request permission to file a memorandum of law of approximately 55 pages, exclusive of signature and certification, in support of their motion for summary judgment.

                                                THE DEFENDANTS

                                    BY:\_\_\_/s/ Patrick M. Noonan (#ct00189)\_\_
                                              Patrick M. Noonan
                                              Colleen Noonan Davis (#ct27773)
                                              Donahue, Durham & Noonan, P.C.
                                              741 Boston Post Road
                                              Guilford, CT 06437
                                              (203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          _____/s/_____
                                            Patrick M. Noonan