UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | MAY 16, 2018 |

**MOTION TO SEAL**

Pursuant to Rule 5(e)(4)(b) of the Local Rules of Civil Procedure for the District Court for the District of Connecticut, the defendants hereby move to file under seal the Affidavit of Patrick M. Noonan and the attached exhibits. Plaintiff's counsel has indicated that he has no objection to this motion.

The Affidavit and the exhibits attached thereto support the defendants' Motion for Summary Judgment and contain information protected from disclosure by the Federal Educational and Privacy Rights Act. Specifically, the documents contain the names of the two female Yale University students who filed complaints of sexual misconduct against the plaintiff and the names of the students interviewed as witnesses during the investigation of those two complaints. The documents also contain the names of two Yale students involved in the incident that led to the filing of a complaint against the plaintiff alleging that he defied the authority of the Yale Police Department. The defendants intend to redact the Affidavit and

documents as necessary and publicly file the redacted copies in order to protect the confidentiality interests of the students.

WHEREFORE, the defendant respectfully requests that the motion to seal be granted.

THE DEFENDANTS

BY:\_\_\_/s/ Patrick M. Noonan (#ct00189)\_\_
Patrick M. Noonan
Colleen Noonan Davis (#ct27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan