UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | MAY 17, 2018 |

**MOTION TO SEAL**

Pursuant to Rule 5(e)(4)(b) of the Local Rules of Civil Procedure for the District Court for the District of Connecticut, the defendants hereby move to seal the Local Rule 56(a)(1) statement filed with the defendants' motion for summary judgment because it accidentally includes a student's name. (Docket Entry No. 142.) The defendant has filed a corrected Local Rule 56(a)(1) in its place. Plaintiff's counsel has no objection.

WHEREFORE, the defendant respectfully requests that the motion to seal be granted.

                    THE DEFENDANTS

                    BY:___/s/ Patrick M. Noonan (#ct00189)__
                          Patrick M. Noonan
                          Colleen Noonan Davis (#ct27773)
                          Donahue, Durham & Noonan, P.C.
                          741 Boston Post Road
                          Guilford, CT 06437
                          (203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan