UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE | : |
| Plaintiff | : CIVIL ACTION NO.: |
| | : 3:16-CV-00885-AVC |
| vs. | : |
| YALE UNIVERSITY, ET AL | : |
| Defendants | : MAY 24, 2018 |

**MOTION FOR PERMISSION TO FILE SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

At the time the defendants submitted their motion for summary judgment on May 17, 2018, they had not received an affidavit from Jonathan Wyrtzen because he is out of the country until July, 2018. Subsequently, Mr. Wyrtzen was able to sign the affidavit and have it notarized while out of the country. On this date, the defendants received the notarized affidavit attached hereto and request permission to submit it in further support of their motion for summary judgment.

THE DEFENDANTS

BY: /s/ Patrick M. Noonan (#ct00189)
Patrick M. Noonan
Colleen Noonan Davis (#ct27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## **CERTIFICATION**

    I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                      /s/
                                                                    Patrick M. Noonan

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| YALE UNIVERSITY, ET AL. | : | |
| Defendants | : | MAY 24, 2018 |

### AFFIDAVIT OF JONATHAN WYRTZEN

I, Jonathan Wyrtzen, being duly sworn, depose and say that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I was the Chair of the five member UWC Panel for Yale University that conducted the hearing concerning the August 25, 2013 UWC complaint against Jack Montague that was brought to Yale University's University-Wide Committee on Sexual Misconduct. This complaint and the subsequent proceedings have been referred to as UWC I in the above-captioned lawsuit.

3. Jack Montague did not contest the allegations of the UWC I complaint. Therefore, the UWC Panel unanimously concluded that he had violated Yale University's Sexual Misconduct Policies and unanimously recommended the imposition of a penalty.

4. Jack Montague's gender played no role in my conclusion that Jack Montague had sexually harassed Sally Smith in violation of Yale University's Sexual Misconduct Policies.

5. Jack Montague's gender played no role in my recommendation that Jack Montague be placed on probation for four terms, required to enroll in sexual harassment and gender sensitivity training and meet with a member of the SHARE Center once each semester for

the remainder of his time at Yale University, and required to receive training on the appropriate use of alcohol.

6. I did not discriminate against Jack Montague based upon his gender.

Dated at New Haven, Connecticut this 24 day of May, 2018.

*Jonathan Wyrtzen*

5-78/18

STATE OF CONNECTICUT )
) ss. New Haven
COUNTY OF NEW HAVEN )

Subscribed and sworn to before me this 24 day of May, 2018.

Notary Public
My Commission Expires:

2

## CERTIFICATION

    I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                  /s/
                                         Patrick M. Noonan