UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

JACK MONTAGUE,
    Plaintiff,

v.

YALE UNIVERSITY, ANGELA GLEASON,
JASON KILLHEFFER, and OTHERS
UNKNOWN,
    Defendants.

CIVIL ACTION
No. 3:16-cv-00885-AVC

## MOTION FOR FURTHER EXTENSION OF TIME TO OPPOSE SUMMARY JUDGMENT

The plaintiff, Jack Montague, respectfully moves, pursuant to Rule 7(b) of the Local Civil Rules, for an additional two week extension of time, through and including July 12, 2018, within which to file his Opposition to Defendants' Motion for Summary Judgment (ECF No. 142). As reasons therefore, Plaintiff states:

    1.    Defendants' counsel has indicated that Defendants do not object to the requested extension.

    2.    Good cause exists to grant the extension. Despite diligent efforts, additional time is required to allow Plaintiff to adequately respond to the arguments raised in Defendants' 55-page memorandum in support of their motion for summary judgment. In addition, the preparation of exhibits which will accompany Plaintiff's opposition requires significant lead time given the number of redactions that must be made to deposition transcripts and other exhibits to protect the privacy of the complainant and other students involved. Finally, Plaintiff's counsel will be on a previously scheduled vacation during the first week of the requested extension period.

3.     This is Plaintiff's second request for an extension of the deadline to file his Oppositions to Defendants' Motion for Summary Judgment.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion for an additional two week extension of time, through and including July 12, 2018, within which to file an Opposition to Defendants' Motion for Summary Judgment (ECF No. 142).

JACK MONTAGUE,

By his attorneys,

/s/ *Christian G. Kiely*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Christian G. Kiely (BBO #684308) (*pro hac vice*)
ckiely@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: June 21, 2018

## CERTIFICATE OF SERVICE

I, Christian G. Kiely, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 21, 2018.

/s/ *Christian G. Kiely*