UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>　　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ANGELA GLEASON,<br>JASON KILLHEFFER, and OTHERS<br>UNKNOWN,<br>　　　Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

## MOTION FOR PERMISSION TO FILE OVER-LENGTH BRIEF

The plaintiff, Jack Montague, respectfully moves, pursuant to Rule 7(a)(5) of the Local Civil Rules, for permission to file an Opposition to Defendants' Motion for Summary Judgment (ECF No. 142) in excess of forty pages. Additional pages are required to adequately respond to Defendants' memorandum of law in support of their motion, which is 55 pages in length. Defendants' counsel has indicated that Defendants do not object to the request.

WHEREFORE, the plaintiff respectfully requests permission to file a brief of approximately 55 pages in opposition to Defendants' Motion for Summary Judgment.

JACK MONTAGUE,

By his attorneys,

/s/ *Christian G. Kiely*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Christian G. Kiely (BBO #684308) (*pro hac vice*)
ckiely@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: July 10, 2018

## CERTIFICATE OF SERVICE

I, Christian G. Kiely, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 10, 2018.

/s/ *Christian G. Kiely*