# Exhibit 1

```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 2   ----------------------------------x
     JACK MONTAGUE,
 3
                 Plaintiff,
 4
     vs.                Civil Action No.: 3:16-CV-00885-AVC
 5                      Date:  June 15, 2017
     YALE UNIVERSITY, ET AL,
 6
                 Defendants.
 7   ----------------------------------x

 8

 9             DEPOSITION OF  Rachel Rogers

10
        The deposition of  Rachel Rogers   was taken on
11
     June 15, 2017, beginning at 3:00 p.m., at the 55
12
     Whitney Avenue, New Haven, Connecticut, before Susan
13
     Wandzilak, Registered Professional Reporter and Notary
14
     Public in the State of Connecticut.
15

16

17

18

19

20           Susan Wandzilak  License No. 377
             DEL VECCHIO REPORTING SERVICES, LLC
21            PROFESSIONAL SHORTHAND REPORTERS
                      117 RANDI DRIVE
22              MADISON, CONNECTICUT 06443
                       800-839-6867
23
     NEW HAVEN              STAMFORD          HARTFORD
24

25
```

```
 1        Q.   Okay.
 2        A.   I don't remember.  I don't think we made a
 3   point of, you know, scheduling our next appointment or
 4   anything like that.
 5        Q.   If you go to the very next e-mail, the e-mail
 6   we were talking about where you met with her was
 7   September 19 of 2015 and then the next one is
 8   September 24, 2015, is that right?
 9        A.   Yes.
10        Q.   And Ms. Gleason writes to you and says, Dear
11   Rogers  thanks again for meeting with me Monday.  I am
12   writing to follow up on our discussion.  So this is
13   four or five days later?
14        A.   Um-uh.
15        Q.   She goes on to say the very serious nature of
16   the report worries me.  I was hoping you might meet
17   with me again at your earliest convenience with or
18   without your friend.  I don't mean to pressure you and
19   I hope you understand my need to reach out again so
20   quickly.  Now, the next e-mail in the chain is October
21   16.
22        A.   Um-uh.
23        Q.   Roughly, what, two and a half, three weeks
24   later?
25        A.   Yeah.
```

```
 1        Q.   Okay, and in between, during that period, the
 2   two and a half to three weeks between the two e-mails,
 3   did you have any further contact with Ms. Gleason that
 4   you recall?
 5        A.   No.  In between those two dates, no.
 6        Q.   Okay, so on October 16, 2015, you then wrote
 7   to Ms. Gleason?
 8        A.   Um-uh.
 9        Q.   Is that right?
10        A.   Yes.
11        Q.   And do you mind just reading what you wrote
12   to her?
13        A.   Yes.  I said good morning.  Sorry it's been
14   so long since our last exchange but I finally had a
15   very productive chat with my friend last night.  She
16   has been having a hard time the past few weeks and
17   went to SHARE yesterday.  I mentioned that I had met
18   with you earlier this year and you would be another
19   great resource if she was looking for someone to talk
20   to.
21             And then I said I know this may be short
22   notice but is there a time you are able to meet either
23   today or early next week.  My friend had a few
24   concerns about coming forward and speaking with you
25   and asked that I do so first.  Thanks so much, Rogers.
```

```
 1        Q.   And Angie -- Angie got back to you shortly
 2   after and gave you some times when she could meet with
 3   you, is that right?
 4        A.   Yes.  Yeah.
 5        Q.   And then later shortly after that also on
 6   October 16, you wrote as follows, if 1:00 o'clock
 7   today works that would be great.  My friend won't be
 8   able to come but in light of our conversation last
 9   night, I wanted to run through her options with you
10   today.
11        A.   Yes.
12        Q.   When you say in light of our conversation
13   last night, in that e-mail --
14        A.   Yeah.
15        Q.   -- is that a conversation between you and
16   Ms. Gleason or a conversation between you and Roe    ?
17        A.   A conversation with me and Roe    , yeah.
18        Q.   All right, and can you tell us about that
19   conversation?
20        A.   Yes.  So I referenced this earlier but this
21   was the conversation where I -- we were in our off
22   suite bathroom brushing our teeth together that night
23   and she had said it's coming up on the one year mark
24   again.  I'm -- these feelings are coming up, I am, you
25   know, feeling scared and upset and confused and all of
```

```
 1   these -- all of these things and I went to SHARE again
 2   today.
 3            And it was that conversation, you know, where
 4   I said, oh, I actually went to go see Angie about
 5   something else earlier in the year.  And when I had
 6   initially met with Angie, Roe    didn't know about
 7   that meeting.  It wasn't until that conversation that
 8   night where I had said, hey, maybe Angie who is the
 9   title nine coordinator would be another person to
10   reach out to.  And then the following morning was when
11   I had e-mailed Angie and said, you know, asked her to
12   meet about this, yeah.
13       Q.   Okay, and so you met with Angie but without
14   Roe    ?
15       A.   Without Roe   , yes.
16       Q.   Okay, there is also an e-mail dated October
17   16, 2015 at 12:34 p.m. after two or three other sort
18   of scheduling e-mails where you say, thank you so
19   much, I will see you in a bit.
20       A.   Yes.
21       Q.   I gather you were about ready to enter the
22   meeting?
23       A.   Yes.  Yeah, I was just confirming that we
24   were meeting when and where we said we were.
25       Q.   Okay, and do you recall -- and that's a
```

```
 1    Friday afternoon?
 2         A.   Yes.  Yeah.
 3         Q.   Do you recall what happened at that meeting?
 4         A.   Yes.  So at that meeting, I, you know, asked
 5    Angie what are the next steps that Roe    can take as
 6    far as filing complaints.  Roe      had made it clear to
 7    me that she was interested in filing an informal
 8    complaint.  So it was there, when Angie ran through
 9    all of the options but had said that there were things
10    like the sensitivity training that she could refer
11    Jack to, stuff of that nature.
12              So we just, again, really ran through what
13    Roe        options were as far as moving forward in the
14    process.
15         Q.   And did -- that's the discussion with Angie
16    Gleason?
17         A.   Yeah.  Yeah.
18         Q.   And did Angie Gleason tell you there was an
19    informal process and there was a formal process?
20         A.   Yes.  Yes.
21         Q.   Did you talk with Roe     about that?
22         A.   Yes.  So after, after I met with Angie, I
23    talked to Roe     afterwards and said, you know, this
24    is what Angie told me.  These were the options that
25    she laid out.  And yeah, that was -- yeah.
```

```
 1        Q.   Do you see that?
 2        A.   Yes.
 3        Q.   All right, so at some point you -- well,
 4   first of all, strike that.
 5             You told us earlier when you were examined
 6   that you knew of a situation where Jack had had a
 7   problem with somebody else.  Is that right?
 8        A.   Yes, where this woman had a problem with
 9   Jack, but yes.
10        Q.   You had been told.  And you hadn't spoken to
11   her directly but you had spoken to her teammate?
12        A.   Yes.
13        Q.   Who told you about that?
14        A.   Yes.  Yes, that is correct.
15        Q.   And when was it that you had been told about
16   that?
17        A.   That night when I was leaving the basketball
18   house and I ran into this girl who was my teammate and
19   that's when she said oh, Roe    is with Jack.  Jack is
20   a jerk, so-and-so, another one of our friends, you
21   know, had had a problem with him.
22        Q.   So that's the first time you had ever heard
23   about that?
24        A.   Yes.
25        Q.   Right?
```

```
 1         A.    Yeah.
 2         Q.    And at that point you didn't know any details
 3   about that?
 4         A.    Correct.
 5         Q.    Is that right -- and you had never spoken to
 6   the woman who said she'd had a problem with Jack?
 7         A.    I never spoken to her about Jack but we were
 8   also teammates so I knew her, who it was coming from,
 9   yes.
10         Q.    So as -- so the first time you heard about
11   this was on October 18?
12         A.    That night, yes.
13         Q.    Of that night?
14         A.    Um-uh.
15         Q.    All right, and not until this was -- the
16   proceedings against Jack were entirely over did you
17   ever find out any details about that incident, is that
18   right?
19         A.    I don't know when I found out the full
20   details.  I don't know it was during or after.  I
21   can't remember.  I don't know.
22         Q.    Well, you were -- when you met with Angie,
23   you were unable to tell her anything about that,
24   correct?
25         A.    Yes.  Yeah.
```

```
 1   exactly what it was that she told you about that
 2   encounter with Jack?
 3               MR. NOONAN:  You're now talking about the
 4        first time they had intercourse?
 5   BY MR. STERN:
 6        Q.  The first time she had intercourse with Jack,
 7   what did she tell you?
 8        A.  I don't remember any of the words that she
 9   said exactly but I know she told me that they had had
10   sex and that she was drunk.
11        Q.  And that she was unhappy about having done
12   that, right?
13        A.  Yeah.  Yeah.
14        Q.  Now, she also told you that she was sexually
15   attracted to Jack, correct?
16        A.  I can't remember her ever explicitly saying I
17   am really sexually attracted to Jack but --
18        Q.  Well, do you remember when you were
19   interviewed by the Miriam Bergman?
20        A.  I am sure there was a base line mutual sexual
21   attraction but there was nothing, you know, they
22   weren't moving towards a romantic relationship or
23   anything serious.  I think that there absolutely was,
24   you know --
25        Q.  Did you tell Miriam Bergman that you knew
```

```
 1    that Roe     had no romantic feelings for Jack but she
 2    was sexually attracted to him?
 3         A.   I think that's accurate, yes.
 4         Q.   Right, so you knew that during the entire
 5    course of the relationship or the series of encounters
 6    that Roe     had with Jack, correct?
 7         A.   Um-uh.
 8         Q.   And you knew that because Roe     had told you
 9    about that, right?
10         A.   I am sorry, can you repeat that?
11         Q.   You knew that she was sexually attracted to
12    him but had no romantic feelings to him, you knew that
13    during the course of the various encounters she had
14    with Jack, right?
15         A.   Yes, there was no -- there was no talk about
16    things moving in a serious direction or them pursuing
17    any sort of relationship.  Again, it wasn't something
18    that we explicitly talked about but I was given no
19    indication that things were moving towards anything
20    more serious than just casual sexual interactions.
21         Q.   So the night of October 18, you went to the
22    basketball house?
23         A.   Yeah.
24         Q.   With your friends?
25         A.   Um-uh.
```

```
 1    And so that is -- that's where you are telling her --
 2    where you are asking her, I have this friend --
 3         A.   Yes.
 4         Q.   -- can you do something for her?
 5         A.   It wasn't can you do something for her, it
 6    was, what can I do to support her more.
 7         Q.   Okay, and then it says Rogers gave J's name.  And
 8    J would be Jack, right?
 9         A.   Yes.  Correct.
10         Q.   But not Roe and Roe is referring to Roe    ,
11    right?
12         A.   Yes.
13         Q.   So that A could check for other complaints
14    and see if she needed to act for UNIV.
15         A.   UWC, I think.
16         Q.   Or UWC, all right, or university, all right,
17    UWC.
18         A.   I don't know.  That was a guess, I don't
19    know.
20         Q.   One or the other.  Okay.  So is that -- does
21    that refresh your memory as to what she told you about
22    why she wanted Jack's name?
23         A.   Yes, she expressed to me that while
24    everything is kept internal that they do keep records
25    on people.  I don't remember exactly how she described
```

```
 1    it but, you know, some sort of a system where they are
 2    just tracking people's names and complaints or tips
 3    are made about that person and that's recorded.  But
 4    again, she assured me that it's something that she
 5    would know and --
 6         Q.   But that's the reason why she wanted the
 7    name?  That's why she needed Jack's name but she
 8    didn't need Roe          name, right?  That's what she
 9    explained to you?
10         A.   I mean, yes, but I think like your use of
11    need is not --
12         Q.   Why she wanted, let me put it that way.
13         A.   Yeah, why she wanted.  Yes.
14         Q.   And then if you look a couple of lines down,
15    it goes, Angela said she knew who J was.
16         A.   Yes.
17         Q.   And she told you she knew who Jack was?
18         A.   Yeah.
19         Q.   Now then, if you go back to that exhibit that
20    we went to first today, I think it's --
21         A.   Oh, Angie's notes?
22         Q.   Angie's notes -- no, the e-mails --
23         A.   E-mails, yes.
24         Q.   -- to you, this was exhibit --
25         A.   7, I think.
```

```
 1        Q.   7.   A few days later she writes back to you
 2   and she says this is serious.
 3        A.   Yes.
 4        Q.   Right?  And she says I don't mean to pressure
 5   you and I hope you understand my need to reach out
 6   again so quickly.  Right?  So did you understand now
 7   that she, you know, what she wanted to do was to have,
 8   get in touch, she wanted you to be an intermediary to
 9   get in touch with your friend to make a report?
10        A.   Again, she didn't tell me that she wanted to
11   make a report.  I think it's because I had explained
12   to her the gravity of the situation in our initial
13   meeting.  That was why she was concerned, if that's
14   what you are asking.
15        Q.   Well, she had told you that she wanted to
16   check to see what she had on Jack Montague in their
17   records, right?
18        A.   I don't think she told me that she wanted to
19   check on his records.  I think she wanted to add him
20   to whatever existing records were there.
21        Q.   She said that she told you, did she not, that
22   she wanted his name so she could check for other
23   complaints and see if she needed to act for either
24   university or UWC, right?
25        A.   Okay, yes.  Yeah.
```

```
 1    meeting?
 2         Q.   The first time you spoke to Roe    about
 3    Angie was on October 15?
 4         A.   Yes.
 5         Q.   And some weeks before you had had this
 6    meeting with Angie, right?
 7         A.   Yes.
 8         Q.   And you, at that -- you did tell Roe    that
 9    Angie was willing to meet with her directly, correct?
10         A.   Yes, I believe I made that clear to Roe   .
11         Q.   But she was reluctant to come in and meet
12    with her directly at that point?
13         A.   Yes, I think she was hesitant and wanted me,
14    also because I had met with Angie before and knew her,
15    for me to go in and have that meeting with her and
16    discuss the options, what the options were.
17         Q.   And so -- and that's what the discussion was
18    on the 16th?
19         A.   With Angie.
20         Q.   Was about the various options that were
21    available to Roe   ?
22         A.   Yes.  Yeah.
23         Q.   And then you came back and you told Roe
24    what Angie had told you about those options?
25         A.   Yes.
```

```
 1        Q.   And what -- Roe      responded that she liked
 2   the option of an informal complaint, right?
 3        A.   Yes, it was the option of the sensitivity
 4   training that appealed to her the most.
 5        Q.   And also she could do that anonymously,
 6   right?
 7        A.   I don't remember if that was part of the
 8   discussion, that she could do that anonymously, I
 9   don't remember.
10        Q.   Well, didn't Angie tell you that what -- the
11   way it would happen is that instead of there being a
12   formal process that Angie would meet with Jack and she
13   would propose to him --
14        A.   Yes.
15        Q.   -- this training?
16        A.   Yes.
17        Q.   Right?
18        A.   Yes.
19        Q.   And that she wouldn't have to mention
20   Roe       name at all?
21        A.   Yes.
22        Q.   Okay, and Roe     liked that?
23        A.   Yes.
24        Q.   And she said that she was not interested in
25   punishing Jack at that point, right?
```

```
 1         A.   Yes.  Yeah.
 2         Q.   And, sorry then, so it was after -- you --
 3    after you reported that to Roe    , what happened next
 4    so far as you know?
 5         A.   I can't remember if I had met with Angie
 6    again or if Roe    had reached out to Angie and said
 7    you have been meeting -- I think the latter is what
 8    happened, but you have been meeting with my friend
 9    Rogers and she describes me these options.  I would like
10    to meet and continue to go forward.  I am not sure if
11    there was an additional meeting with me and Angie but
12    --
13         Q.   All right.  Well, why don't you -- and then
14    Roe    reported to you that she did meet with Angie?
15         A.   Yes.
16         Q.   And that she wanted to go -- and they had
17    discussed the options with Angie and she wanted to go
18    with this sensitivity training route?
19         A.   Yes.
20         Q.   Is that right?  And about how long after
21    that, your meeting of October 16 with Angie, did
22    Roe    report to you that she had met with Angie?
23         A.   I think it was within the week but I can't
24    remember.
25         Q.   Right, but she came back and told you what
```