# Exhibit 6

# Yale Alumni Open Letter on Sexual Misconduct Report

August 19, 2013

Peter Salovey
President, Yale University

Stephanie Spangler
Deputy Provost for Health Affairs and Academic Integrity
University Title IX Coordinator
Yale University

Dear President Salovey and Dr. Spangler:

We read with interest the latest Report of Complaints of Sexual Misconduct at Yale. Because we shared the concerns of many who read the Report, we eagerly reviewed the University's further commentary, including Yale's August 2 statement, President Salovey's August 5 email, and Yale's new Frequently Asked Questions document.

We appreciate Yale's responsiveness to community concerns and your willingness to discuss these issues, and we are glad that the University is taking steps to clarify University-Wide Committee on Sexual Misconduct (UWC) procedure. We share your aspiration for a safe, violence-free academy, where the academic project forges ahead without the impediments of racial, sexual or any other form of violence and discrimination.

However, we remain troubled by several aspects of the Report and your responses to community concerns.

First, we question Yale's use of the term "nonconsensual sex" to describe sexual assault. Yale's Sexual Misconduct Response (SMR) website explains that for sexual contact to be consensual, there must be "positive, unambiguous, and voluntary agreement to engage in specific sexual activity throughout a sexual encounter." Otherwise, sexual contact is not consensual: It is sexual assault. As the SMR website explains, "sexual assault … includes any kind of nonconsensual sexual contact." Yet the latest Report refers to complaints and findings of nonconsensual sexual contact not as sexual assault, but as "nonconsensual sex."

We commend the University for adopting a robust consent standard. But Yale must stand behind this standard, calling sexual assault by its name. By using the term "nonconsensual sex" in its Report, Yale appears to reinforce the rape myth that there are two tiers of sexual assault: "Real" sexual assault, perhaps perpetrated by strangers or with violence, and a less severe type of incident ("nonconsensual sex"), perpetrated by acquaintances or when drugs or alcohol are involved. Yale needs to be clear: Sex without consent is sexual assault.

While we appreciate your efforts to clarify the meaning of "nonconsensual sex" in the new FAQs document, we note that the FAQs do not explain the difference between nonconsensual sex and sexual assault.



1

Our second concern is that Yale's punishments for sexual assault further reinforce the myth that some sexual assaults are "real," while others merit only minor punishments. We noted in the Report that in many cases in which formal complaints of "nonconsensual sex" were made and the allegations substantiated, the consequences were limited to written reprimands or sensitivity training. These punishments send the message that sexual assault is a minor infraction.

Third, we are further troubled by the fact that few cases of sexual assault are reported to police. According to Yale's August 2 statement, "The University reports all complaints of sexual assault it receives to the Yale University Police Department." But from the information given in Yale's latest report, it appears that only one complaint to the Title IX Coordinators and no UWC complaints of nonconsensual sex were referred to the police. The Report does not state whether Yale reported other complaints to the police, and it does not explain the difference between reporting and referral. Again, we question Yale's distinction between "nonconsensual sex" – which does not appear to be serious enough for referral to police – and sexual assault.

Finally, we are deeply concerned about some of the language in President Salovey's August 5 email. After noting the Yale community's concerns about lax punishments, President Salovey says that "it is often difficult to ascertain the circumstances of a complaint beyond what the complainant and the respondent report … In too many cases, excessive alcohol consumption blurs memory." President Salovey's words can easily be read to imply that the UWC chooses to give light punishments because what is reported as sexual assault is often simply a misunderstanding between acquaintances, or an overreaction by a victim who drank too much. This implication greatly trivializes sexual assault and places blame on victims. By casting aspersions on their credibility, it risks discouraging victims of sexual assault to come forward when alcohol has been involved. Moreover, it runs directly counter to Yale's policy on consent, in which incapacitated individuals cannot consent to sex and unambiguous consent is required at every stage of a sexual encounter.

We urge the University to replace the term "nonconsensual sex" in its Reports with the term sexual assault; to punish perpetrators of sexual assault in a way that recognizes the gravity of these crimes; and to report all complaints of nonconsensual sexual contact to the police. We also ask President Salovey to clarify to the Yale community that individuals incapacitated by alcohol cannot consent to sex, and that the University will not tolerate sexual assault in the context of dates or relationships.

Sincerely,

1. Chelsea Purvis '06 LAW '11 – chelsea.purvis (at) aya.yale.edu
2. Ashwini Vasanthakumar LAW '11 – ashwini.vasanthakumar (at) yale.edu
3. Janet Abou MED '08
4. Alison Adams '09
5. Priscilla Adams '06
6. Carel Alé LAW '11
7. Michael Alexander '06
8. Daniel Alt GRD '97
9. Eleanor Anderson '06
10. Katherine Aragon '14
11. Joyce Arnold '10
12. Elana Arian '03
13. Stav Atir '10
14. Rebecca Bailey '98
15. Josh Barnard '05

16. Alisa Katherine Beer '07
17. Jennifer Bennett '03 LAW '10
18. Cara Berkowitz '06
19. Kimberly Bloom-Feshbach '09
20. Rebecca Blum '07
21. Robert Bolyard MUS '08
22. Margaret Boittin '01
23. Maureen Boyle LAW '11 GRD '16
24. Suzanne Bratt '03
25. Jessica Bromall '01
26. Ally Brundige '02 DIV '11
27. Liz Brundige '98 LAW '03
28. Catherine Buntaine '78 SOM '81
29. Marc Buntaine SOM '81
30. Karen Burke '06 SOM '10
31. George Burkhard '05
32. Alisha Butler '09
33. Burke Butler LAW '11
34. Elizabeth Casserly '07
35. Melody Chan '05
36. Laura Chandhok '08 SPH '09
37. Erica Thomas Chen '03 SOM '07
38. Kimberley Chen '02
39. Abigail Cheung '11
40. Robert Chung '06
41. Laura Petrolle Clemons '01
42. Elizabeth Compa LAW '11
43. Michelle Conroy '10
44. Courtney M. Cox '06
45. Evan Crawford '06
46. David Crockett '08
47. Rebecca Crootof LAW '11
48. Hector De Haro '06
49. Abigail Deering '01
50. Hajera Dehqanzada '07
51. Elizabeth Dickinson '07
52. Marshall Duer-Balkind FES '11
53. Edward Dunar '08
54. Kaitlin Emmerling '07
55. Catherine Pitti Esquivel '03
56. Edwin K. Everhart '09
57. Emily Fain '02
58. Fran Faircloth LAW '12
59. Peter Favia '03
60. Kathleen Fear '06
61. Peter Fenzel '03
62. Kara Fiedorek '08
63. Carrick Flynn LAW '11
64. Alexa Frankenberg '01
65. Martha Fray SOM '81

66. Alison Frazzini '07
67. Kara French PhD '05
68. Ruth Anne French-Hodson LAW '12
69. Kelly Freund '11
70. Emma G. LAW '11
71. Julie Gonzales '05
72. Kate Gonzales '11
73. Marisa Green MUS '06
74. Gary Gregoricka '06
75. Joellyn Gray SOM '81
76. Caroline Gross LAW '10
77. Rhiana Gunn-Wright '11
78. Olivia Gunton '06
79. Amanda Gutierrez LAW '12
80. Marli Guzzetta '01
81. Lindsay Hayden '06
82. Brandy Heflin '03
83. Laura Heiman '07
84. Laura Hemphill '03
85. Elizabeth Henneke '02
86. Christopher Herbert '02
87. Michael Hergenhan '07
88. Julie Hersh '10
89. Cameron Hill '02
90. Mikaela Honhongva '09
91. Jessica Hsieh '12
92. Taylor Hudson '01
93. Meredith Hughes '05
94. Christine Hung '06
95. Emily Hurstak '03
96. Alan Hutchison '11
97. Laura Jacqmin '04
98. Warren James '07
99. Jamil Jivani LAW '13
100. Al Jiwa '06
101. Shazan Jiwa '09
102. Anna Johnson '08
103. Alice Jones '05
104. Sarah Jones '06
105. Alyssa King LAW '12
106. Nadia Kanagawa '06
107. Sharanya Kanikkannan LAW '11
108. Sarah Kelsey '01
109. Jennifer Pavane Kenter LAW '10
110. Noorain F. Khan LAW '11
111. Madhav Khosla LAW '10
112. Catherine Killingsworth '08
113. Kathryn Kline '03
114. Rebecca Knicely 05
115. Naoko Kozuki '06

116. Hannah Krug '07
117. Taylor LaFlam '09
118. Kiet Lam '10
119. Benjamin Lash '11
120. Melissa Lavoie '12
121. Rebecca Lee '07
122. Thomas Lee '05
123. Yoonjoo Lee '12
124. Priscilla Leiva '07
125. Rosa Li '09
126. Selena Liao '05
127. Robert Lindquist '05
128. Michael Lissack SOM '81
129. Stanley Lo '02
130. Elisabeth Centeno Lopez LAW '11
131. Anna Lvovsky '07
132. Andrew V. Ly '07
133. David Mackenzie '09
134. Neha Mahajan '06 GRD '11
135. Dora Malech '03
136. Noah Mamber '00
137. Tasha Manoranjan LAW '12
138. Sabrina Manville '06
139. Roopa Kalyanaraman Marcello '01
140. Jessica Marsden '08 LAW '14
141. Stephen Marsh '13
142. Katherine Mason '01
143. Mary Elizabeth Matthews '06
144. Joanna Mattis '06
145. Kate Mayans '12
146. Erica (Hansen) McCormack '06
147. John McCormack '04 DIV '06
148. Sarah Mehta LAW '09
149. Elizabeth Mercurio '06
150. Bonita Meyersfeld LAW '06
151. Derek Miller '04
152. Marissa Miller LAW '13
153. Kari Milligan LAW '11
154. Daniel Mindlin '08
155. Eric Mitzenmacher LAW '11
156. Shana Mlawski '06
157. Renika Montgomery '03 SPH '05
158. Nicholas Moryl '07
159. Omar Mumallah '12
160. Brian Mummert '09
161. Sarah Nathan '10
162. Emily Neubauer '04
163. Kira Newman '10
164. TJ Nguyen '02 GRD '03
165. Breann Swann Nu'uhiwa '01

166. Sarah Oelker '99
167. Elizabeth Oldfather '01
168. Lauren Oleykowski LAW '11
169. Jacqueline Outka '12
170. Amy Palin '03
171. Swati Pandey '04
172. Rachel Pasternak '01
173. Claire Pavlovic '07 LAW '11
174. Karl Richard Pavlovic '71
175. Kathy Peng '09
176. Jessica Kadis Pepper '03
177. William Perdue '07 LAW '11
178. John Peretti '07
179. Casey Perley '08
180. Lauren Phillips '12
181. Valerie Popp '02
182. Taylor Purvis '12
183. Mridula Raman LAW '12
184. Jenny Reisner '07
185. Jacob Remes '02
186. Katie Riggs '09
187. Alex Riguero '05
188. Josie Rodberg '03
189. Leslie Root '06
190. Sandra Sanchez '06
191. May Satterfield '02
192. Chelsea Savit '13
193. Stephanie Schmid '02
194. Emily Schuttenberg '08
195. Camelle Scott-Mujahid '07
196. Christina Bost Seaton '01
197. Della Sentilles '06
198. Rachel Serlen '04 LAW '11
199. Rebecca Shaffer '01
200. Naomi Shinoda '03
201. Michael Shvartsman '07
202. Benjamin Simon '07
203. Lauren Simpson '05
204. Rebecca Slitt '97
205. Abby Kantor Smith '03
206. Julia Spiegel LAW '13
207. Nadja Spiegelman '09
208. Amia Srinivasan '07
209. Anjali Srinivasan LAW '11
210. Joshua Starr '06
211. Jasmine Swann '00
212. Maile Tavepholjalern LAW '11
213. Holly Thomas '05
214. Brian Thompson '05
215. Kenneth Trujillo-Jamison LAW '11

216. Julia (Shrader-Lauinger) Velonjara '05
217. Dan Venning '04
218. Julie Veroff LAW '15
219. David Wald '89
220. Alice Wang '08
221. Jennifer Watson '03
222. Grant Wiedenfeld GRD '10
223. Elizabeth Williams '06
224. Evan Wilson '07
225. Victoria Wolcott '06
226. Thomas Wolf LAW '11
227. Megan Wulff LAW '13
228. Sarah Yin '08
229. Rachel Zernik LAW '11