# Exhibit 10

OPINION  **UNIVERSITY**  CITY  SPORTS  SCITECH  CULTURE  YTV  WKND  MAG  PHOTO  🔍

# Survey points to high rates of sexual assault in Ivy League

**VIVIAN WANG** | **SEP 25, 2015**
STAFF REPORTER

Five of seven Ivy League schools reported higher rates of sexual assault than the average rate across 27 participating colleges, according to the Association of American Universities' survey of sexual climates that was released this week.

Among its peer institutions in the Ivy

League, Yale had the highest rate of sexual assaults on undergraduate women, with 28.1 percent of the respondents reporting an experience of "nonconsensual penetration or sexual touching involving physical force or incapacitation." This number is five percentage points higher than the average rate of 23.1 percent across the 27 schools that participated in the April survey.

The Ivy League school that fared the best was Cornell, at 22.6 percent. But this rate was almost double the prevalence reported by the California Institute of Technology, which had the lowest in the AAU survey. Seven other participating schools also had lower rates than Cornell. Princeton was the only Ivy League school that did not participate in the survey.

Attention to sexual misconduct on Ivy League campuses is not new: The Ancient Eight have long faced national scrutiny for the way they handle complaints of sexual misconduct, partially due to their visibility in the world of higher education. This national scrutiny seems to have pervaded the campuses of many Ivy League schools — Yale was the subject of a Department of Education Office of Civil Rights investigation in 2011, and Harvard Law School just reached a resolution agreement with the OCR in December. This scrutiny — which has also led to increased programming and

education programs on these campuses —
has possibly led to increased identification
of sexual assault, according to Peter Lake,
director of the Center for Excellence in
Higher Education Law and Policy.

The three Ivy League schools that reported
the highest rates of sexual assault — Yale,
Dartmouth and Harvard, respectively —
actually had the highest student
participation rates in the AAU survey. At
Yale and Harvard, over 50 percent of
students participated, and just over 40
percent participated at Dartmouth. The
average response rate across the 27
participating universities, meanwhile, was
19.3 percent.

In emails to their respective institutions,
both Harvard President Drew Faust and
Yale College Dean Jonathan Holloway wrote
that high response rates were positive
indicators of student engagement on the
topic of sexual misconduct.

Lake speculated that increased
conversation about the topic — partially
resulting from the Ivy League's emphasis
on training and education — could make
students at elite institutions more sensitive
to behaviors that might constitute sexual
misconduct, thus contributing to the higher
reported rates of assault. Assistant Dean of
Student Affairs Melanie Boyd
acknowledged that such an outcome was

conceivable, but impossible to prove with existing data.

Lake emphasized that the higher numbers of reported assaults at elite institutions are not necessarily statistically significant discrepancies, noting that most schools reported rates of sexual assault in the same decile as at Yale. Moreover, according to some administrators and experts in higher education law, there are multiple causes for hope within the otherwise concerning data about Yale.

For example, although overall numbers for Yale women who have experienced penetration due to force or incapacitation are higher than the AAU aggregate, when the numbers are broken down by class year, freshmen actually reported a lower prevalence of such assault than the survey average.

A possible cause for this difference, according to Boyd, is that many University resources implemented to address sexual misconduct — such as the 2011 creation of the University-Wide Committee on Sexual Misconduct, or the Communication and Consent Educators program — may have begun to effect a broader, cultural change across campus. Those effects, though, would likely have been felt more by members of the class of 2018 than the class of 2015.

These programs may actually lead other schools — which may have reported lower rates of sexual assault on their campuses — to look to Yale for guidance in developing programming, according to Senior Advisor to the President Martha Highsmith.

"We have considerable expertise in-house, and some of our programs are models for other schools," she said. "I suspect others will be calling us for help on other campuses as well."

In fact, Cornell just recently introduced "social consultant" positions on its own campus, which are modeled after the role CCEs play at Yale.

As more schools implement training programs, Lake said, the number of students reporting sexual misconduct will probably rise as students become more aware of what constitutes inappropriate behavior — and then when the numbers begin to fall, the Ivies will be the group leading the way.

"Given the incredible levels of intervention that are coming in at Yale and Harvard, it would be unlikely that these systems wouldn't be impactful," he said. "I think Yale's experience on sexual misconduct will be a case study in the future for how to handle cases like this."

Case 3:16-cv-00885-AVC     Document 157-10     Filed 07/18/18     Page 7 of 56



**Comments    Community**      🔵 **Login** ⌄

♡ **Recommend**    ⤴ **Share**      Sort by Newest ⌄

Join the discussion…

**LOG IN WITH**

**YDN***login*

**OR SIGN UP WITH DISQUS** ⌕

Name

Email

Password

☐ I agree to Disqus' Terms of Service

☐ I agree to Disqus' processing of email and IP address, and the use of cookies, to facilitate my authentication and posting of comments, explained further in the Privacy Policy

→

**Bob** • 3 years ago
The gods of statistics are rolling over in their graves.

1 ^ | ⌄ • Reply • Share ›

     **Ulmanor** ➦ Bob • 3 years ago
     Good point.

     1 ^ | ⌄ • Reply • Share ›

**Ulmanor** • 3 years ago
Interesting that the headline in the /Yale/ Daily News doesn't focus on Yale: Wouldn't a better headline be something like "Yale has the highest rate of sexual assaults on undergraduate women in Ivy League, 5% greater than average, according to survey?" The Register headline was "Yale sexual assaults higher than average, survey of 27 colleges finds." We're not trying to whitewash here, are we?

Case 3:16-cv-00885-AVC     Document 157-10     Filed 07/18/18     Page 9 of 56

ABOUT US      ABOUT THE SITE      JOIN US      ADVERTISE      SUBMISSIONS      SUBSCRIBE      LEGAL

© YALE DAILY NEWS 2018

OPINION   UNIVERSITY   CITY   SPORTS   SCITECH   CULTURE   YTV   WKND   MAG   PHOTO   🔍

# KOHRMAN: Unwanted hands

*At the seam*

**NATHAN KOHRMAN** | **SEP 25, 2015**
STAFF COLUMNIST



Caroline Tisdale

Earlier this week, Lady Gaga released a new music video called "Til it Happens to You," which details three graphic scenes of sexual violence, in order to raise awareness about sexual assault on college campuses. A few days later, the American Association of Universities released the results from a recent survey on collegiate sexual violence. Both offer grim perspectives of collegiate sex culture, and both received a lot of attention at Yale and across the country. Though I still struggle to make sense of the AAU report, I've found that Gaga's video serves as an instructive foil revealing some of the preconceptions we hold about sexual violence, and how, after these disturbing revelations about our community, we can work to move forward.

Gaga's effort to raise awareness about sexual violence is laudable, but her message is misleading and her medium is inept. The story arc of her music video is archetypal and simplistic. Three heterosexual men use force or drugs to incapacitate and then rape young women. The tableau is shocking but familiar; such portrayals of collegiate sexual violence have become embedded in the American psyche, nestled next to our fear of the stranger in the alley way. We are painfully aware of this kind of violence and it takes up too much of our conversational bandwidth. When we allow ourselves to be fixated by rape, other insidious but less

severe forms of sexual misconduct fly under the radar.

Sexual violence unfolds on a spectrum — from rape to harassment, to behavior that is not severe enough to fit Yale's standards of misconduct but disrespectful enough to violate standards of common decency. While a hand being repeatedly swatted away from a thigh is not as gripping an image as a roofied teenager lying unrobed, lower forms of sexual pressure and disrespect are still profound problems because they serve as both the context and cloaking for more severe behavior. Lower-level sexual impropriety deserves more of our awareness because it is the realm in which we can make progress.

The most shocking implication we can draw from the survey is that, as a community, we have not yet figured out what sexual violence looks like. An important step towards figuring this out is raising our awareness of sexual pressure and disrespect. We should look for unwanted hands and make sure they stay off of uncomfortable thighs. When a friend talks about their hook up, instead of asking "What base?" we should ask "Did you guys have fun?" We dig up weeds by pulling out their roots.

The other lamentable aspect of Lady Gaga's music video is her portrayal of men. From

the video, one gets the impression that college men are divided equally between allies and predators. This notion, also deep-seated in American discourse around sexual violence, leads to the perennial claim that college men are cavalier and disrespectful, which is often followed by the complaint that college men are unfairly persecuted. Neither notion is accurate or constructive.

The efforts of college men and all-male college groups, are essential to addressing sexual violence. At Yale, as at many American colleges, male-dominated organizations have disproportionate stewardship over drinking and socialization. Yale has fraternity houses, sports team houses and all-male a cappella houses. Regardless of one's gender, everyone in the Yale community has a responsibility to make our community safe, but all-male groups have the social capital and positioning to make an enormous impact.

This is particularly true when it comes to sexual pressure and sexual disrespect, which thrive in dark, loud places. College men are not a homogenous group, and thus are not necessarily allies or predators. But men and all-male groups are the stewards of much of Yale's partying, placing us on the frontlines of lower-level sexual misconduct. Small adjustments could make a huge difference. At parties, try playing

music at a lower volume, and leaving the lights a bit brighter. I've found that Yalies like hearing and seeing each other. Also, party hosts and partygoers can ask people who look uncomfortable or excessively drunk how they're doing. Hopefully nothing is amiss, but it never hurts to check in.

This is hardly exhaustive, and each group will know best how to begin a healthy conversation, but we can all agree that it is counterproductive to portray college men as the problem when we can be such a substantial part of the solution. We have the power to ignore these behaviors or address them.

It is easy to fixate on the horrors of rape, but we must also raise our awareness and commitment to preventing lower-level sexual pressure. What we pay attention to dictates how we respond. These lower-level issues are not always the most intuitive to look at, but they are the platform to make the most positive change.

*Nathan Kohrman is a senior in Saybrook College. His column usually runs on alternate Thursdays. Contact him at nathan.kohrman@yale.edu .*





**Comments** **Community** **Login**

Recommend 3 Share Sort by Newest

Join the discussion…

LOG IN WITH

YDNlogin

OR SIGN UP WITH DISQUS ?

Name

Email

Password

I agree to Disqus' Terms of Service

I agree to Disqus' processing of email and IP address, and the use of cookies, to facilitate my authentication and posting of comments, explained further in the Privacy Policy

**theantiyale** • 3 years ago

Begin with Katherine Hepburn slapping Cary Grant in the face. Why do men feel there are no boundaries even in the sex-as-recreation universe ?
PK
M. Div. '80

Reply • Share ›

ABOUT US     ABOUT THE SITE     JOIN US     ADVERTISE     SUBMISSIONS     SUBSCRIBE     LEGAL

© YALE DAILY NEWS 2018

OPINION   UNIVERSITY   CITY   SPORTS   SCITECH   CULTURE   YTV   WKND   MAG   PHOTO   🔍

    

# MIELE: We believe you

**ADRIANA MIELE** | **SEP 24, 2015**
STAFF COLUMNIST

On Tuesday night, I made a bowl of oatmeal for a friend. He was starving, so I brought him to my room and microwaved some Quaker (not as good as stove-top, but it holds up). We crashed onto my bed and I recorded videos for Snapchat in which we discussed our abnormal love for oatmeal. We joked about how this was the perfect snack. Some people pray; we buy oats.



Despite the giddiness of our interactions, we were somber. We were both shaken, though frankly unsurprised, by the

Case 3:16-cv-00885-AVC     Document 157-10     Filed 07/18/18     Page 19 of 56

Association of American Universities' campus sexual climate survey results that were released on Monday. Once we descended from our oatmeal high, we talked about how scared we felt.

When I read President Salovey's email about the results, I had to lie down. After a particularly rough weekend that marked three years since a dear friend's murder (yes, you read that right), the last thing I needed was a reminder of other violence and trauma. While my friend's murder can be classified as an anomaly, I can't file away sexual violence as easily. More people experience sexual violence and it's discussed more often.

People are harassed and assaulted in myriad ways that do not always feature an anonymous, drunken figure in an alleyway. Drunk and sober people commit and experience sexual violence.

As we continue to process the results of the survey and what they say about our campus, I think we need to be mindful of how this place is experienced by differently bodied people. Ultimately, regardless of certain voices that question the believability of an anonymous survey, a great portion of the student body participated, and there was very little incentive to lie.

Women are not safe here.

I do not mean to suggest that women are safe in some other, magical campus where violence is nonexistent. Even women's colleges have incidents of sexual violence, and harassment and violence among same-sex partners and queer people is a real problem. We live in a world that is unsafe for women, and the reality is that Yale is a part of it.

The survey's results indicated that people who identify as a gender other than cisgender male or female are assaulted at a rate of 60 percent. While there are far fewer non-cis people on this campus than cis people, this suggests that certain bodies are at greater risk of attack than others. Throughout our world, trans and queer people are murdered and traumatized at horrifying rates. As though this needs to be said, this is not okay.

I recognize that every human being can and will experience pain. Nobody, not the wealthy or the white, is safe from violence in this world. All people who experience trauma should feel validated. Yet, some bodies are at a greater risk of pain. Some people are more likely to feel heard and supported.

When I was harassed and assaulted during my sophomore year, I didn't understand

what happened. I just knew that I was scared, and I felt unsafe, and I knew that a lot of people would doubt or question me. It took me months before I could tell the whole story. When I finally did, I didn't feel relieved. I felt lost and ashamed.

When we're children, we are taught by our parents. Don't accept candy from strangers or visit a white van at the end of a parking lot. We learn to protect our bodies, but as hard as we may try to stay safe, we can still get hurt. When we are hurt, we tend to blame ourselves.

It doesn't matter if I was honest about what I wanted, or if other boys had been respectful. One night, someone decided that how I felt didn't matter.

Before the survey, my reality was real. It still is now. I still survived an experience of violence, and that won't stop being true.

As I sat in the JE courtyard finishing this column, I was amazed by how supported I felt. I was amazed by my friends and mentors, by the people who heard me and believed me and made me feel important. I implore you to understand that yes: Some people will abandon you. Some people will be mean. Some people will be dismissive. But some people will hold you and toast you bagels. Some people will sit with you on a bed with a bowl of oatmeal.

I am here. I survived. And we believe you.

*Adriana Miele is a senior in Jonathan Edwards College. Her column runs on Thursdays. Contact her at adriana.miele@yale.edu .*

## Comments    Community        🗨 Login ⌄

♡ Recommend   2     ⤴ Share        Sort by Newest ⌄

Start the discussion…

**LOG IN WITH**

**YDN***login*

**OR SIGN UP WITH DISQUS** ⑦

Name

Email

Password

☐ I agree to Disqus' Terms of Service

☐ I agree to Disqus' processing of email and IP address, and the use of cookies, to facilitate my authentication and posting of comments, explained further in the Privacy Policy

➜



ABOUT US      ABOUT THE SITE      JOIN US      ADVERTISE      SUBMISSIONS      SUBSCRIBE      LEGAL

© YALE DAILY NEWS 2018

# LETTERS: 09.23.15

THE YALE DAILY NEWS | SEP 23, 2015

**Respect sexual choices**

In his column Tuesday ("Reject hook-up culture," Sept. 22), Aaron Sibarium '18 proposed that we reject hook-up culture in favor of monogamous relationships in order to avoid sexual assault on campus. Given the disturbing data from the Association of American Universities survey, which shows that Yale has a long way to go in preventing campus sexual assault and harassment, it's understandable that many of us feel alarmed and are casting about for explanations. However, Sibarium's column was deeply troubling to me. It reflected a

complete lack of awareness of the realities of sexual assault.

First, Sibarium casts sex as a necessary evil of the human condition, not something that can be enjoyable, mutual and wanted. The rhetoric that he uses when he refers to sex as "humanity's most destructive passion" is not only absurdly dramatic, it is also highly problematic. To call sexual arousal a destructive passion implies that it is uncontrollable, completely absolving perpetrators of any responsibility for what they do. Sibarium only furthers this idea when he claims that we expect too much of "20-year-old men" when we ask them to respect strangers as well as those they know well (as an aside, respecting strangers is not even relevant here; as Sibarium knows well, since he wrote about in an earlier column, sexual assault most commonly occurs between friends or acquaintances). The idea that young men are unable to control themselves or exercise restraint fits neatly into a victim-blaming narrative where, instead of asking how to fix the problem of sexual misconduct, we try to tell individuals how they can protect themselves.

On that note, I'm extremely troubled by this claim: "The values of commitment and monogamy provide scripts for sex, channeling our most destructive drives into sustainable, even ennobling outlets. When

those scripts go out the window, we must increasingly rely on individual reason and restraint."

It's certainly true that commitment and monogamy create "scripts" of sexual interactions. But those same scripts are constraining; they allow no room for people to explore their individual desires and wishes, and are often heteronormative or sexist. Other sexual scripts actively contribute to assault. For example, the idea of the "token no" (women say no when they really mean yes) is often used as an excuse for why one partner proceeded with a sexual act even when the other verbally opposed it. Intimate partner violence, which Sibarium completely ignores in his column, occurs within the framework of commitment and monogamy. Unwanted sex in relationships can be a result of following the script of a previous experience. One partner may pressure another into an unwanted sexual encounter because they "did it last time."

I also wonder what Sibarium thinks the "sustainable, even ennobling outlets" for sex are. Regardless of his priorities, he's engaging in the worst kind of shaming by condemning those who have sex because they want to, instead of for some higher, ennobling purpose.

I agree with Sibarium that expectations and

norms are key to making students safer in the campus sexual scene. But there's no reason that we need enforcement of monogamy in order to create a "culture of obligation." What about the norm that everyone's sexual choices should be respected? Why don't we start by saying that, regardless of your relationship to someone, that person deserves respect? To me, that seems like the clearest rejection of "violence, apathy and nihilism" that we can achieve.

Sarah DiMagno

*The writer is a sophomore in Morse College.*

**Listen to their voices**

In his Tuesday column, ("Reject hook-up culture," Sept. 22) Aaron Sibarium '18 is right about one thing. The results of the recent sexual climate survey are "sobering." But they also are a testament to the bravery of the survivors among us who had the courage to speak out — or even just to keep living.

In blaming hook-up culture for the high rates of sexual misconduct on our campus and suggesting that "commitment and monogamy" will somehow cure the epidemic of sexual assault, Sibarium reveals not only an unwillingness to engage with the realities of sexual misconduct, but a failure to understand the survey data

itself.

The fact is, a significant amount of sexual assault on campus happens in the context of a committed relationship. According to the Department of Justice, nationally, in 61.9 percent of reported sexual assault cases, the perpetrator was an intimate partner of the victim. Most experts believe that the true number is higher, since perpetrators often threaten their partners into not reporting. According to our own campus report, 63.1 percent of Yale students who experienced an assault but chose not to report it cited intimate partner violence as a reason for their silence. In other words, the most common version of sexual assault, both nationally and at Yale, happens when a "committed" partner forges their counterpart's trust and obligation into a weapon and beats them into silence. Emotional repression is not unique to hook-up culture, nor is sexual assault absent from relationships.

Sibarium's column contains no empirical evidence to support his point that relationships prevent sexual assault. He can't come up with anything because that evidence simply doesn't exist. Instead, he ridicules the culture of consent that the Sexual Harassment and Assault Response & Education Center, the Communication and Consent Educators and countless others in our community have toiled to build at Yale,

a culture that gives a voice to the victims of sexual assault, a culture built on evidence that vindicates a common-sense conclusion. Establishing consent and respect as norms in every sexual or romantic setting is an extremely effective way to prevent sexual misconduct.

Of course, the majority of both hook-ups and relationships at Yale are healthy and pleasant for all participants. But the notion that creating "a culture of obligation" based on monogamous relationships will solve the enduring problem of sexual assault is preposterous. The plentiful body of research linking societies that don't permit casual relationships to higher rates of sexual assault and intimate partner violence show that these social structures of relationships and marriages often serve to enable sexual assault, intimidate its victims and suppress their voices.

Relationships cannot end sexual assault, but they can make it much harder to speak up about it. In his column, Sibarium completely ignores the phenomenon of sexual assault between committed partners, imagining that we can tame "humanity's most destructive passion" by simply changing our status from "single" to "in a relationship." That is his fantasy, not our reality.

Instead of spending his time attacking

hook-up culture, I invite Sibarium to join me and thousands of Yale students in our efforts to stop sexual misconduct on campus and empower those affected to speak up for themselves. If something seems amiss at a party, if you always hear "those two" fighting or if that person always looks like they're having a rough day, tell someone. Don't be afraid to step in if you see a situation that's going south. If someone you know is going through the ordeal of reporting an incident of sexual misconduct, give them a hug (and maybe even buy them a coffee). And, always, ask for consent. Humanity's most constructive passion is empathy. Use it.

Max Goldberg

*The writer is a junior in Pierson College and the leader of the Yale College Council task force on LGBT resources.*





ABOUT US      ABOUT THE SITE      JOIN US      ADVERTISE      SUBMISSIONS      SUBSCRIBE      LEGAL

© YALE DAILY NEWS 2018

OPINION   UNIVERSITY   CITY   SPORTS   SCITECH   CULTURE   YTV   WKND   MAG   PHOTO   🔍



# BUCKLEY: Turning data into change

**PAUL BUCKLEY** | **SEP 22, 2015**
GUEST COLUMNIST

The data collected in Yale's first-ever campus climate survey on sexual misconduct was released earlier today, and the findings are extremely upsetting. The prevalence of sexual assault, harassment, pressure and coercion is far too high for a community that prides itself on inclusion and support, a place that we all consider home. I feel sad and angry, and although I've spent a year working as a Communication and Consent Educator to improve our campus climate, I don't have the perfect response to the data, or what it

implies.

My initial instinct is to think back to last spring, when the CCEs made a big push to encourage students to take the survey. (While we're on the subject, it should be noted that our response rate was over two-and-a-half times the American Association of Universities' aggregate. This is clearly an issue that Yalies care about deeply.) Why did we care whether or not our peers participated? Did we want some sort of affirmation that we lived in a flawless community? No. We were encouraging people to take the survey not because we wanted a confirmation that Yale was perfect, but because we wanted to know the truth. And the truth is that we still have work to do.

We already knew that, though. The data collected through this survey didn't become true just because it was published. It was true yesterday and it was true last spring, when students submitted their responses. But this data does not have to continue to hold true in the future. We can feel sad, but we should not feel hopeless.

There is an abundance of data in the report that demands thoughtful and open conversation. One graph in particular is worth our consideration. On the left side, it shows the cumulative percentage of undergraduate women who reported

penetration or oral sex by force and incapacitation since arriving on campus, separated by class year and compared to AAU aggregate data. On the right side, it shows the percentage of undergraduate women who reported penetration or oral sex by force and incapacitation during the last school year, also separated by class year and compared to AAU aggregate data.

Although the data is grave, there is a hopeful trend: The percentage of Yale students who experienced sexual assault drops in comparison to the AAU aggregate data from seniors to freshmen, and last school year the percentage of Yale students who experienced sexual assault was at or below the AAU aggregate. This is significant because last year's freshmen class was the first one to be on a campus where every student had experienced administrative efforts at campus climate reform: orientation workshops on the myth of sexual miscommunication, sophomore bystander intervention training, readily accessible Title IX Coordinators and the creation of the University-Wide Committee on Sexual Misconduct.

Although the numbers are high — even one instance of sexual misconduct would be too many — it shows that our efforts are paying off. By our efforts I mean all of our efforts, not just those of the CCEs or the administration, but of all students who

have gone through these workshops, have taken it upon themselves to foster constructive conversations and have been active bystanders. We are empowered to make change when we know the nature and scope of the problem. This data not only helps us understand the nature and scope of sexual misconduct on our campus, but it shows us that we are capable of creating this positive change. We wanted to collect this data because we wanted a concrete benchmark for measuring our campus climate. And we are letting ourselves down if we choose to ignore it.

Although I speak of positive change, I still feel sad and distraught, as I know you all are. Ultimately our goal is to create a campus where people care deeply about the well-being of the community at large, in sexual circumstances and in all other parts of our lives.

So let's start right now: Look after each other today and tomorrow and the rest of this week. Have productive and supportive conversations with your friends. Take the time to check in.

The data can change, but we have to make it change. It starts with us, right now.

*Paul Buckley is a junior in Jonathan Edwards College. Contact him at paul.buckley@yale.edu .*



**Facebook® Official Site**

See the latest from friends on Facebook!

Facebook

ABOUT US      ABOUT THE SITE      JOIN US      ADVERTISE      SUBMISSIONS      SUBSCRIBE      LEGAL

© YALE DAILY NEWS 2018

OPINION    UNIVERSITY    CITY    SPORTS    SCITECH    CULTURE    YTV    WKND    MAG    PHOTO   🔍

# SIBARIUM: Reject hook-up culture

*The moderator*

**AARON SIBARIUM** | **SEP 22, 2015**
STAFF COLUMNIST

Every culture since the dawn of time has placed constraints on sex. Some were draconian, such as Victorian England's prohibition of homosexual intercourse or Jewish law's harsh penalties for adultery. These strictures are thankfully in decline.



Other conventions, however — discouraging teen pregnancy, criminalizing incest and stigmatizing prostitution

— have long served an important function. Sex makes babies, complicates friendships, hurts feelings and destroys families. It is little wonder, then, that the world has always regulated sexuality. Unwanted children, volatile emotions, broken relationships and broken families rarely make for a happy polity, or, I might add, a happy campus.

Yet at Yale, we do not treat humanity's most destructive passion as something to be tamed or controlled. Instead, we explicitly equate sex with froyo, a pleasant and altogether inconsequential good whose consumption is governed by a single rule: You do you, or anybody else as long as they say yes every 15 seconds.

This insouciant attitude flies in the face of human history, public safety and, most of all, common sense.

Expectations and norms will never eradicate sexual assault, but they might help keep men and women safer. By delineating healthy contexts for sex, robust norms can make it more difficult for people to coerce and prey on one another out of an unmitigated desire for physical satisfaction. The values of commitment and monogamy provide scripts for sex, channeling our most destructive drives into sustainable, even ennobling outlets. When those scripts go out the window, we must

increasingly rely on individual reason and restraint — two virtues that rarely fare well when hormones and alcohol are coupled.

Some claim that liberal mores portend a new utopia of free love, in which all encounters will be voluntary and pleasurable. They insist that human beings should be able to do whatever they please, so long as all parties consent. Such logic places immense faith in the species responsible for World War II and Donald Trump. Why on earth would we expect people, least of all 20-year-old men, to show the same respect to someone they have just met as they would someone with whom they are in a committed relationship? Wouldn't a culture of obligation make us less likely to mistreat our sexual partners, as opposed to a culture of instantaneous gratification and emotional repression?

This should be especially clear to anyone who has seen the sobering results of Yale's recent sexual climate survey. Our campus has a justifiably strong aversion to victim blaming, but that ought not prevent us from recognizing that some patterns of behavior are more likely to cause harm than others. When nearly a third of young women have experienced attempted or completed sexual assault on this campus — a THIRD — it is hard not to conclude that our "enlightened" sexual norms have

utterly, utterly failed.

But the most pernicious argument for unrestricted sex is this: If one biological process is just like any other, why should we ascribe more significance to sex than we do to eating, drinking or sleeping? Why think that sex means anything at all?

A few stalwart progressives contest that the specialness most societies ascribe to sex must be illusory, a social construct. And they might be right. But perhaps history's many formulas for coupling were not, as is often suggested, designed to dominate and oppress. Perhaps, instead, they were motivated by the realization that human beings must create and conserve value for life to be meaningful. Perhaps they understood that sexual fantasies — in the most profound sense of that term — are worth preserving.

"So what?" many exclaim. "I don't mind having casual, emotionally unfulfilling encounters from time to time. And I don't mind if my friends do the same."

Such objections elide an inconvenient truth. Human beings are social animals, whose actions have social consequences. The choices we make influence community norms, and community norms influence the choices we make. Thus, your sex life — and your life in general — is not all about

Case 3:16-cv-00885-AVC    Document 157-10    Filed 07/18/18    Page 43 of 56

you. One-night stands might not prevent person A from enjoying physical safety and emotional intimacy. But what about persons B-Z? Maybe they will manage to navigate Yale's "you do you" status quo. Or maybe they won't.

We cannot "consent" to the mores that shape who we are and what we choose. All we can do is identify and appraise these mores, in order to decide which ones are worth keeping — and rejecting.

If you fear a culture of violence, apathy and nihilism, the choice is clear.

*Aaron Sibarium is a sophomore in Timothy Dwight College. His column runs on Tuesdays. Contact him at aaron.sibarium@yale.edu .*



Comments          Community                                    Login ⌄

♡ Recommend  1          ↪ Share                    Sort by Newest ⌄

Join the discussion…

**LOG IN WITH**

YDN*login*

Ⓓ Ⓕ Ⓣ Ⓖ

**OR SIGN UP WITH DISQUS** ⑦

Name

Email

Password

☐ I agree to Disqus' Terms of Service

☐ I agree to Disqus' processing of email and IP address, and the
use of cookies, to facilitate my authentication and posting of
comments, explained further in the Privacy Policy

→

**anubis** • 3 years ago

This is a rather shallow analysis of a topic
already overtrodden with shallow analyses from
all sides. Reject clickbait culture

2 ∧ | ⌄ • Reply • Share ›

**Saybrugian Who Wants Answers** • 3 years ago

Slowly but surely, Mr. Sibarium is leaving his
good-boy suburban liberalism behind...

5 ∧ | ⌄ • Reply • Share ›

**ModeratesPlease** • 3 years ago

Think it's hilarious that such a moderate article
would solicit such intense outrage lol.
"Monogamy is good." SHOCKING. "Hookup
culture may contribute to rape." MISOGYNIST.

You know you're at Yale when...

2 ∧ | ⌄ • Reply • Share ›

Case 3:16-cv-00885-AVC      Document 157-10      Filed 07/18/18      Page 45 of 56



ABOUT US    ABOUT THE SITE    JOIN US    ADVERTISE    SUBMISSIONS    SUBSCRIBE    LEGAL

© YALE DAILY NEWS 2018

OPINION   **UNIVERSITY**   CITY   SPORTS   SCITECH   CULTURE   YTV   WKND   MAG   PHOTO   🔍



BONOBOS — Menswear focused on a better fit — SHOP NOW

# Survey shows "disturbing" rates of sexual misconduct

*Half of respondents experience harassment*

**VIVIAN WANG** | **SEP 21, 2015**
STAFF REPORTER



Kaifeng Wu

Over half of all Yale students who

responded to a survey on sexual climate last April have experienced some form of sexual harassment since arriving on campus, and 16.1 percent have experienced attempted or completed sexual assault — making Yale students more likely to experience some form of sexual misconduct than students at other universities nationwide, according to new survey results released today by the Association of American Universities and Yale.

The figures — which University President Peter Salovey called "extremely disturbing" and "counter to our most fundamental values" in a University-wide email Monday — are even higher for certain demographics, such as undergraduates, women and those who do not identify in the traditional gender binary.

Seventy-four percent of female undergraduate respondents at Yale reported experiencing sexual harassment. For those who do not identify as male or female, the figure is even higher, at 84.2 percent.

On average across the 27 schools surveyed, rates of misconduct are lower. The survey found that 11.7 percent of students, on average, had experienced some kind of sexual contact by physical force, threats or incapacitation since entering their

respective institution. Among Yale undergraduates, however, that number was 18.1 percent. Females undergraduates at Yale experienced such contact at an even higher rate, 28.1 percent — 5 percent higher than their counterparts across the 27 schools surveyed.

Male students, the survey found, are far from immune from sexual misconduct on Yale's campus — 8.2 percent of male undergraduates have experienced forced sexual contact since entering the University. But the reality, for men, did not match perceptions. Only 1.6 percent of men at Yale thought they were "very" or "extremely" likely to experience sexual misconduct while on campus.

Perhaps most striking, though, was the rate of sexual assault among students who the report identified as "other gender": 28.4 percent experienced nonconsensual penetration or forced sexual touching.

In a statement to the News, the Yale Women's Center said that the numbers are "sobering and startling — [but] not shocking."

The survey results, Salovey said in his University-wide email, reflect the need for Yale to redouble its efforts in fighting sexual misconduct on campus. As a first step, he said, the University will invite a

national expert to review existing prevention and education programs.

Senior Advisor to the President Martha Highsmith said the University will seek out experts both within its own campus and beyond it, consulting with psychology and public health scholars to determine the best ways to address the problem.

The statistics emerged from a survey released last spring by the AAU to nearly 800,000 students at 27 universities. More than 6,500 students at the University participated — over half of the entire student population.

Yale's response rate was more than double the average response rate of 19.3 percent across the 27 universities. Harvard had the highest response rate, at 53.2 percent.

Meanwhile, the prevalence of sexual misconduct was lower among graduate and professional school students than undergraduates — 8.2 percent of graduate female students at Yale have experienced nonconsensual penetration or sexual touching involving force or incapacitation since arriving here.

University Secretary and Vice President for Student Life Kimberly Goff-Crews said she is still grateful to have such comprehensive information about that demographic of campus for the first time.

"We all knew there were issues, but we had few studies that actually gave us scope as to those groups and what's happening in those communities," Goff-Crews said.

At Harvard, 31 percent of senior undergraduate women reported having experienced nonconsensual sexual conduct while on campus. At Columbia, 24.4 percent of undergraduate female seniors reported experiencing sexual assault since beginning college.

Administrators said there are multiple causes for hope within the otherwise concerning data about Yale. For example, although overall numbers for Yale women who have experienced penetration due to force or incapacitation are higher than the AAU aggregate, when the numbers are broken down by class year, freshmen surveyed actually reported a lower prevalence of such assault than the survey average.

A possible cause for this difference, according to Assistant Dean of Student Affairs Melanie Boyd, is that many University resources implemented to address sexual misconduct — such as the 2011 creation of the University-Wide Committee on Sexual Misconduct, or the Communication and Consent Educators program — may have begun to effect broader, more cultural change across

campus.

And although multiple administrators interviewed expressed "dismay" and "distress" at the prevalence statistics, they also said they are optimistic that this wealth of statistical information — the scale of which they have never had before — will allow them to refine existing programming and develop new approaches in the future.

University Title IX Coordinator and Deputy Provost Stephanie Spangler said that while the University has previously had access to detailed information about complaints actually brought to the University's attention, it has never been able to evaluate the attitudes of students who do not report to administrators until now.

Students interviewed said they are glad such detailed statistics on sexual misconduct have been made available to them.

"Regular survey check-ins are so important," said CCE Corey Malone-Smolla '16. "I wish we had the same data from five years ago, I would like to see an emphasis on a regular survey at Yale."

Yale College Dean Jonathan Holloway said the data is just a starting point for extensive evaluation and self-reflection in the future. In a college-wide email Monday, he noted that Boyd will be hosting a series

of open discussions over the next few days for any students who are interested in learning more about the survey data, and he added that masters of residential colleges will also be discussing the topic within their individual communities. A number of meetings have already been held across campus for freshman counselors, the Office for LGBTQ Affairs and CCEs.

"I would ask that the community be equally impatient — because we shouldn't have to deal with this [problem] — but patient too," Holloway said. "One thing that's clear is that we're committed to doing everything we can to fix this."

## Comments  Community  ⬤ Login ⌄

♡ **Recommend**  ⤴ **Share**   Sort by Newest ⌄

Join the discussion…

**LOG IN WITH**

**YDN***login*



**OR SIGN UP WITH DISQUS** ⑦

Name

Email

Password

☐ I agree to Disqus' Terms of Service

☐ I agree to Disqus' processing of email and IP address, and the
use of cookies, to facilitate my authentication and posting of
comments, explained further in the Privacy Policy

➡

**tpark** • 3 years ago
I have worked or studied at five different
universities, and the silencing tactics at Yale are
much more pronounced than at other
institutions. Faculty are paid not to talk; students
are silenced through gaslighting and the crony-
ism associated with the secret societies; bizarre
unofficial non-disclosure agreements along with
an incentive are offered in any case in which the
GC's office decides there's a risk of exposure.
It's no surprise that the problems persist and are
worse than those at other universities, given that
most of the "investigations" happen under the
proverbial blanket of institutional secrecy. Until
the Corporation wakes up and becomes
accessible to the public, there will be no real
change.

 ⌃ | ⌄ • Reply • Share ›

 **Nancy Morris** ➦ tpark • 3 years ago

ABOUT US     ABOUT THE SITE     JOIN US     ADVERTISE     SUBMISSIONS     SUBSCRIBE     LEGAL

© YALE DAILY NEWS 2018