# Exhibit 19

Message

**From:** Rachel Rogers
**Sent:** 10/16/2015 12:34:46 PM
**To:** Gleason, Angela [angela.gleason@yale.edu]
**Subject:** Re: reaching out

Thank you so much -- I'll see you in a bit!

On Fri, Oct 16, 2015 at 12:33 PM, Gleason, Angela <angela.gleason@yale.edu> wrote:

Once you come through the front gate, walk around to the side entrance on the left, there's a common room just off the first floor entryway.

Best,

Angie

**From:** Rachel Rogers
**Sent:** Friday, October 16, 2015 12:31 PM

**To:** Gleason, Angela
**Subject:** Re: reaching out

That would be perfect -- where in Swing Space?

On Fri, Oct 16, 2015 at 12:29 PM, Gleason, Angela <angela.gleason@yale.edu> wrote:

Hi Rachel Roge - I'll be in Swing Space at 1pm. Is there any chance we could meet there?

Best,

Angie

**From:** Rachel Rogers
**Sent:** Friday, October 16, 2015 12:18 PM



Yale 000000519

**To:** Gleason, Angela
**Subject:** Re: reaching out

If 1:00 today works, that would be great! My friend won't be able to come, but in light of our conversation last night I wanted to run through her options with you today.

Thanks,

On Fri, Oct 16, 2015 at 12:07 PM, Gleason, Angela <angela.gleason@yale.edu> wrote:

Hi Rachel Rogers - many thanks for your email. I can be available Monday 8-11am and 1-3pm. If you think your friend would like to meet sooner, I can meet 1-1:30 today.

Best,

Angie

**From:** Rachel Rogers
**Sent:** Friday, October 16, 2015 11:52 AM

**To:** Gleason, Angela
**Subject:** Re: reaching out

Good morning!

Sorry it's been so long since our last exchange, but I finally had a (very productive) chat with my friend last night. She's been having a hard time the past few weeks and went to SHARE yesterday. I mentioned that I had met with you earlier this year and you would be another great resource if she was looking for someone to talk to.

Yale ccams20

Yale ccams20

I know this may be short notice, but is there a time you're able to meet, either today or early next week? My friend had a few concerns about coming forward and speaking with you, and asked that I do so first.

Thanks so much,

Rachel Rog[ers]

On Thu, Sep 24, 2015 at 11:24 AM, Gleason, Angela <angela.gleason@yale.edu> wrote:

Dear Rachel Roger- thanks again for meeting with me Monday. I'm writing to follow up on our discussion. The very serious nature of the report worries me. I was hoping you might meet with me again at your earliest convenience, with or without your friend. I don't mean to pressure you, and I hope you understand my need to reach out again so quickly.

Best,

Angie

**From:** Rachel Rogers
**Sent:** Saturday, September 19, 2015 1:50 PM
**To:** Gleason, Angela
**Subject:** RE: reaching out

Perfect - - I'll see you at 2:15 in the lobby.

Best,

On Sep 18, 2015 3:06 PM, "Gleason, Angela" <angela.gleason@yale.edu> wrote:

That sounds great. Could you come to Dow Hall? I'll meet you in the lobby.

Best,

Angie

Yale 00000521

**From:** Rachel Rogers
**Sent:** Friday, September 18, 2015 1:17 PM
**To:** Gleason, Angela
**Subject:** Re: reaching out

Sure! Let's say 2:15 on Monday?

Rachel Ro

On Fri, Sep 18, 2015 at 9:10 AM, Gleason, Angela <angela.gleason@yale.edu> wrote:

Many thanks, Rachel Roge Today is quite busy for me, would you be able to meet Monday after 2pm? If you'd like to meet sooner, I'm available today from 2:15-3pm.

Best,

Angie

**From:** Rachel Rogers
**Sent:** Thursday, September 17, 2015 11:45 AM
**To:** Gleason, Angela
**Subject:** Re: reaching out

Thanks for reaching out, Angie -- I'd love to meet and chat. I'm flexible as far as times and dates and I'm looking forward to talking.

Best,

Rachel Ro

On Thu, Sep 17, 2015 at 10:48 AM, Gleason, Angela <angela.gleason@yale.edu> wrote:

Dear Rachel Rog

Yale 00000522

I'm the Title IX Coordinator for Yale College. A report has come to my attention that I would like to discuss with you, if you are willing. The report involves unwanted sexual contact you might have experienced at an off-campus event. Please don't feel pressured or rushed. I know that you may have anxiety about a conversation and I want to assure you that if we talk we will not need to discuss anything you do not wish to. Our conversation would mainly involve making sure you know the resources available to you and the options and support we can provide, now or in the future. You can email me or reach me at my office number below, or on my cell 609-865-2102.

If you haven't done so already, I also encourage you to reach out to the SHARE Center at Yale, which is available for 24-hr confidential support (203-432-2000).

Best,

Angie


Angela Gleason

Center for Language Study

Title IX Coordinator, Yale College

Yale University

(203) 432-2502


Rachel Rogers

Yale University | REDACTED

REDACTED

Yale00000523

Rachel Rogers

Yale University | REDACTED

REDACTED

Rachel Rogers

Yale University | REDACTED

REDACTED

Rachel Rogers

Yale University | REDACTED

REDACTED

Yale 00000
524

Case 3:16-cv-00885-AVC   Document 157-19   Filed 07/18/18   Page 8 of 8

Rachel Rogers

Yale University | REDACTED

REDACTED

Rachel Rogers

Yale University | REDACTED

REDACTED

Yale.00000525