# Exhibit 30

| | |
|---|---|
| **Message** | |
| From: | Goldberg, Carole [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CAROLE.GOLDBERG] |
| Sent: | 2/16/2016 7:05:17 PM |
| To: | Criscuolo, John [john.criscuolo@yale.edu] |
| Subject: | Re: Jack Montague |

Hi John,
Yes, contact Aley. Your work with him was based on his immature, inexcusable conduct as a drunk freshman, not about sexual consent.
Best regards,
Carole


Carole T. Goldberg, PsyD
Dir: SHARE
Sexual Harassment and Assault Response & Education
Asst. Clinical Professor, Psychiatry:
Yale School of Medicine


On Feb 16, 2016, at 3:49 PM, Criscuolo, John <john.criscuolo@yale.edu> wrote:
Hi Carole,
I just received an email from Jack. He is asking that I speak to the matter of our past meetings. He cited the UWC reference to our past meetings and "extensive training". I spoke last week with Aly regarding the training and did explain we had not gone through the complete consent training as he was not situation at that time was not one of consent but rather conduct. He is asking if I can clarify that to the UWC, so assume he is planning an appeal. My question is am I ok to contact Aly and be discuss this case? While I don't know the details of the current matter I feel that if the UWC based part of their decision on the assumption that he received the full consent training I would like to speak to that piece. Am I overstepping my role?

Thanks.

