# Exhibit 40

Message

**From:** Spangler, Stephanie [/O=YALE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STEPHANIE.SPANGLER]
**Sent:** 3/9/2016 9:10:22 AM
**To:** Sawyer, Susan [susan.sawyer@yale.edu]; Dreier, Alexander [alexander.dreier@yale.edu]; Holloway, Jonathan [jonathan.holloway@yale.edu]; O'Connor, Eileen [eileen.oconnor@yale.edu]; Conroy, Thomas [tom.conroy@yale.edu]; Boyd, Melanie [melanie.boyd@yale.edu]
**CC:** Spangler, Stephanie [stephanie.spangler@yale.edu]
**Subject:** FW: team planning to attend the chalking?

Dear All—Somehow, got dropped off and not back on this chain (thanks Melanie!). Just wanted you to know that Jason Killheffer and I will be going to the chalk-in at ~noon. Is it correct that the basketball team will NOT be attending? Many thanks!-SSS

Stephanie S. Spangler, M.D.
Deputy Provost for Health Affairs and Academic Integrity
Clinical Professor of Obstetrics and Gynecology
University Title IX Coordinator

Telephone:   203-432-4446
Fax:         203-432-8139

**From:** Boyd, Melanie
**Sent:** Tuesday, March 08, 2016 10:52 PM
**To:** Spangler, Stephanie <stephanie.spangler@yale.edu>
**Subject:** FW: team planning to attend the chalking?

I'm sorry — I thought you were in this chain, but no.

**From:** Melanie Boyd <melanie.boyd@yale.edu>
**Date:** Tuesday, March 8, 2016 at 10:39 PM
**To:** "Holloway, Jonathan" <jonathan.holloway@yale.edu>
**Cc:** "Beckett, Thomas" <thomas.beckett@yale.edu>, "Sawyer, Susan" <susan.sawyer@yale.edu>, "Dreier, Alexander" <alexander.dreier@yale.edu>, "O'Connor, Eileen" <eileen.oconnor@yale.edu>, "Conroy, Thomas" <tom.conroy@yale.edu>, "McKinley, Paul" <paul.mckinley@yale.edu>
**Subject:** team planning to attend the chalking?

Dear all,

Has the team been advised not to attend the chalking tomorrow? A student has just come to me with a very disturbing story. Earlier this evening, she encountered one of the event organizers who was visibly upset. The student went up to ask her what was wrong. The event organizer said that she had just come from a meeting with the entire men's basketball team, who told her they were planning to attend the chalking; she tried hard to persuade them not to attend, she said, but she is not sure if she succeeded.



PLAINTIFF'S EXHIBIT NO. 108 FOR IDENTIFICATION DATE: 8-31-17 RPTR: PENGAD 800-631-6989

I have not yet been able to verify this information, but the report is very concerning on several levels. I did hear from another student who personally overheard two team members at a water cooler, who were talking about the event and debating whether or not to wear team gear — so even if there is more to the story of the team discussion with the organizer, it does seem to be the case that the team is planning to be part of the chalking event.

I thought the team was trying to calm things down. This will not help.

Melanie


**From:** "Holloway, Jonathan" <jonathan.holloway@yale.edu>
**Date:** Tuesday, March 8, 2016 at 2:37 PM
**To:** Melanie Boyd <melanie.boyd@yale.edu>
**Cc:** "Beckett, Thomas" <thomas.beckett@yale.edu>, "Sawyer, Susan" <susan.sawyer@yale.edu>, "Dreier, Alexander" <alexander.dreier@yale.edu>, "O'Connor, Eileen" <eileen.oconnor@yale.edu>, "Conroy, Thomas" <tom.conroy@yale.edu>, "McKinley, Paul" <paul.mckinley@yale.edu>
**Subject:** Re: Yale Basketball Statement

Thank you, Melanie.

Tom, I trust Melanie's instincts and information on this one. I'd advise that you relay as much to the team. Meeting with sympathetic CCE varsity athletes seems like a very good step. Word will circulate that the team is trying if they have a productive conversation with the CCEs.

I understand that Jack may be sitting for interviews this week. Another reason for the team to keep a very low profile. This may likely get much more complicated for the team, and for us all.

From Denver,
Jh

**Sent from my iPad**

On Mar 8, 2016, at 10:59 AM, Boyd, Melanie <melanie.boyd@yale.edu> wrote:
Dear all,

I've had the opportunity to talk at more length with my staff, who have been hearing from students about the plans for the "chalk-in" and the campus mood in general.

Unprompted, several students—including three varsity athletes—expressed strong hopes that the team would *not* attend. If they do, the expectation is that there will be direct confrontation, which will likely be caught on someone's camera and potentially circulated. I had been thinking of Jonathan's encirclement last fall; having heard more, it seems the encounter with Nicholas in the Silliman courtyard is a better comparison. There's an acute sense that the team has been escalating the situation (by holding up four fingers for Montague's #4, for example, as shown in the YDN photo) and their presence will be seen not as an effort at engagement, but as another escalation.

I strongly recommend that the team find some other way to take their next step. I know Susan suggested they meet with the Women's Basketball team. I hear from students that they are trying to 'stay out of it', at least at a student level; I do worry about asking them to take this on. I would still recommend that the team meet with the CCE varsity athletes — mostly men,

Confidential
YALE00017154

with a couple of women — who are quite sympathetic to their predicament, and who have a lot of practice managing difficult conversations.

Is there are draft of a statement yet? What did the team hear from their friends and contacts last night?

Best
Melanie


**From:** Melanie Boyd <melanie.boyd@yale.edu>
**Date:** Tuesday, March 8, 2016 at 10:12 AM
**To:** "Beckett, Thomas" <thomas.beckett@yale.edu>, "Sawyer, Susan" <susan.sawyer@yale.edu>, "Holloway, Jonathan" <jonathan.holloway@yale.edu>, "Dreier, Alexander" <alexander.dreier@yale.edu>, "O'Connor, Eileen" <eileen.oconnor@yale.edu>, "Conroy, Thomas" <tom.conroy@yale.edu>, "McKinley, Paul" <paul.mckinley@yale.edu>
**Subject:** Re: Yale Basketball Statement

Dear all,

I'm hearing that Jack Montague is planning to give interviews this week. You may all already know that — but wanted to pass it on immediately in case you did not know.

I have other updates to share, but am writing from within a meeting. Will follow up soon.

Best
Melanie


**From:** Melanie Boyd <melanie.boyd@yale.edu>
**Date:** Monday, March 7, 2016 at 9:55 PM
**To:** "Beckett, Thomas" <thomas.beckett@yale.edu>
**Cc:** "Holloway, Jonathan" <jonathan.holloway@yale.edu>, "Sawyer, Susan" <susan.sawyer@yale.edu>, "Dreier, Alexander" <alexander.dreier@yale.edu>, "O'Connor, Eileen" <eileen.oconnor@yale.edu>, "Conroy, Thomas" <tom.conroy@yale.edu>, "McKinley, Paul" <paul.mckinley@yale.edu>
**Subject:** Re: Yale Basketball Statement

That's good to know. Any idea what the team was supposed to be asking their friends about? Just the question of whether they would be welcome at the chalking, or broader advice? It will be good to hear what responses they get, and from which quarters.

I now have a meeting with the chalk-in organizers at 1. I've done a little checking with my staff, and it does seem that tempers are still running very high. It seems pretty unlikely that the team can join the chalk-in without escalating the situation, but we can keep exploring.

thanks,
mb

Please excuse typos and brevity -- sent from my phone.

Confidential                                                                                                                                                                                                        YALE00017155

On Mar 7, 2016, at 9:26 PM, Beckett, Thomas <thomas.beckett@yale.edu> wrote:
To all,

We should know much more in the morning about what the Basketball Team has been doing in terms of reaching out to the organizers. Coach Jones asked the seniors to talk to their friends and contacts tonight. I will report back when I have more info. TB

Tom Beckett
Director of Athletics
Sent from my iPhone

On Mar 7, 2016, at 8:35 PM, Holloway, Jonathan <jonathan.holloway@yale.edu> wrote:
I'm pretty certain that the team has yet to reach out.

The statement will be delivered to OPAC and OGC by mid-afternoon Tuesday. No idea if the team is working on it tonight or not.

**From:** Melanie Boyd <melanie.boyd@yale.edu>
**Date:** Monday, March 7, 2016 at 8:27 PM
**To:** Jonathan Holloway <jonathan.holloway@yale.edu>
**Cc:** Susan Sawyer <susan.sawyer@yale.edu>, "Dreier, Alexander" <alexander.dreier@yale.edu>, Eileen O'Connor <eileen.oconnor@yale.edu>, Tom Conroy <tom.conroy@yale.edu>, "McKinley, Paul" <paul.mckinley@yale.edu>, Thomas Beckett <thomas.beckett@yale.edu>
**Subject:** Re: Yale Basketball Statement

It was good timing! I'm on the ground now, at least.

Does anyone know if the team has reached out already? Or where they are in their statement-drafting? I will give Chamonix a call once we are on the road and see where she is with USAY.

thanks,
mb

Please excuse typos and brevity -- sent from my phone.

On Mar 7, 2016, at 8:13 PM, Holloway, Jonathan <jonathan.holloway@yale.edu> wrote:
Thank you, Melanie, for writing back so quickly (and while in-flight, no less) and for the follow-up e-mails as well.

Since I'll be offline until the afternoon can I leave it to you (and Chamonix perhaps) to float the idea of the team visiting with the chalk-in leadership? I totally get it if they don't want the team near, but I feel it important that they know the team is trying to reach out.

JH

**From:** Melanie Boyd <melanie.boyd@yale.edu>
**Date:** Monday, March 7, 2016 at 7:00 PM
**To:** Jonathan Holloway <jonathan.holloway@yale.edu>, Susan Sawyer <susan.sawyer@yale.edu>, "Dreier, Alexander"

<alexander.dreier@yale.edu>, Eileen O'Connor <eileen.oconnor@yale.edu>, Tom Conroy <tom.conroy@yale.edu>, "McKinley, Paul" <paul.mckinley@yale.edu>
Cc: Thomas Beckett <thomas.beckett@yale.edu>
Subject: Re: Yale Basketball Statement

Thanks, Jonathan.

Is the team planning on reaching out directly to the organizers? I think they will very likely get a 'no' — I could try to persuade the organizers otherwise, but it would be helpful if I could get to them first. I don't know if I will succeed. I have good connections with some of them, but am distrusted by others.

I'm traveling, and so my access to email is spotty. Writing in-flight now; should have about another half hour of connection before we hit the point where they turn off the wi-fi.

If it's possible, I'd also appreciate a chance to see the statement before it is approved. It's going to be very hard for that to succeed — it's a reasonable move on the team's part, but I'd like to do all we can to keep it from inflaming matters further.

Best
Melanie

From: "Holloway, Jonathan" <jonathan.holloway@yale.edu>
Date: Monday, March 7, 2016 at 6:47 PM
To: "Sawyer, Susan" <susan.sawyer@yale.edu>, "Dreier, Alexander" <alexander.dreier@yale.edu>, "O'Connor, Eileen" <eileen.oconnor@yale.edu>, "Conroy, Thomas" <tom.conroy@yale.edu>, "McKinley, Paul" <paul.mckinley@yale.edu>
Cc: "Beckett, Thomas" <thomas.beckett@yale.edu>, Melanie Boyd <melanie.boyd@yale.edu>
Subject: Yale Basketball Statement

Dear All:

I just got off the phone with Tom Beckett. He had just wrapped up a meeting with Coach Jones and they have a plan about how the team can engage campus climate in a constructive fashion.

The team would like to write a statement that clarifies their intent/actions and affirms their support of a positive campus climate. They would also like to have that statement made available to the media, and perhaps placed in the YDN on Wednesday. The team is aware that Wednesday afternoon there will be a chalk-in on Cross Campus plaza supporting positive campus climate/opposing sexual misconduct. The team hopes that they could reach out to the organizers and come to the chalk-in to show their support. Tom asked if the team could proceed with these plans.

I gave him my provisional support.

I certainly welcome the drafting of a statement. The statement, of course, would have to go through OPAC and OGC before it could be released. To his credit, Tom made this much clear to the coach before I had a chance to say anything. Tom understands as well that every word of the statement has to be just right and that the university will be involved in an editing role, etc.

I explained to Tom that the idea of supporting the chalk-in is the right impulse, but that it might not be understood as such. It will be critical that the team proceed with extreme caution on this front. Tom said the team is of the mind that they would only show up if they had clear permission from the participants. They also understand that getting a "no" was a real option

and that they would respect that desire. I'm copying Melanie Boyd to this to get her advice on this piece of business and will follow up with Tom in due course (or have Melanie do so since I will be traveling starting 5am Tuesday morning).

As soon as Tom has the statement from the team—likely mid-afternoon tomorrow—he will send it to everyone on this list so that the group's collective intelligence can be tapped.

Jonathan

Confidential                                                                                                                           YALE00017158