# Exhibit 41

Message

**From:** David M. Post [david.post@yale.edu]
**Sent:** 3/7/2016 9:08:56 AM

Can you say retaliation:

http://www.si.com/college-basketball/2016/03/06/yale-wins-ivy-league-controversy-jack-montague

http://espn.go.com/mens-college-basketball/recap?gameId=400843593

--
David M. Post
Professor of Ecology and Evolutionary Biology
Chair, University-Wide Committee on Sexual Misconduct
Yale University
203-432-3005
postlab.yale.edu



COLLEGE BASKETBALL

# Amid controversy over expelled captain, Yale makes NCAA tourney

| TOP EVENTS | NCAAB View All | **C** 7 SC / **F** 4 Fla  Final | 77 / 70 | **K** 2 Kty / **S** 1 UNC  Final | 73 / 75 | NBA View All | OKC / HOU  Final | 125 / 137 | CHI / MIL  Final | 109 / 94 | MIA / BOS  Final | 106 / 112 | MEM / GS  Final | 94 / 106 | View |

**Sports Illustrated**     WATCH  PHOTOS  PODCASTS  VAULT  SHOP  SUBSCRIBE

MENU  NFL  MMQB  NBA  NCAAF  CAMPUS  NCAAB  MLB  SOCCER  NHL  GOLF  MUSTARD  SWIM

COLLEGE HOOPS | NEWS  SCORES  SCHEDULE  BRACKETS: LIVE  PRINTABLE  FOX/SI CHALLENGE  ODDS

SHARE                                                                 (f) (y)



DAVID GARDNER
Sunday March 13, 2016

NEW YORK — About 90 minutes before Yale and Columbia tipped off on Saturday night, Bulldogs coach James Jones sat perched alone on the second-highest row of the Lions' 2,700-seat Levien Gymnasium. Jones, who has led Yale for 17 seasons, says he knows the best places for quiet reflection at every arena in the Ivy League. Before games, he either likes to walk off the pregame anxiety or simply sit with it and let it pass. "I'm just trying to get my mind right," Jones said. "I'm trying to get my peace."

The past couple weeks have been anything but peaceful for Yale basketball. On Feb. 24, the athletic department announced that senior captain Jack Montague was no longer with the team—and that there would be no further comment from the university. Montague's teammates, though, did make a statement: On Feb. 26, before a nationally televised game against Harvard, many of his teammates wore warmups with "Yale" printed backward with inverted letters on the front and Montague's nickname, "Gucci," and his number, 4, on the back. They told reporters after the game that it was a show of support for their teammate. The

You May Like



Only 1 In 50 People Can Pass This NCAA March Madness Quiz. Can You?
Definition

Why the U.S. Relies on

**Ranking most likely Cinderella teams of NCAA tournament**
SI

Sponsored Links by

More College Basketball



COLLEGE BASKETBALL
**Four Four Breakdown: Gonzaga vs. South Carolina and North Carolina vs. Oregon**



COLLEGE BASKETBALL
**Stanford, Mississippi State reach women's Final Four**



COLLEGE BASKETBALL
**UNC's Luke Maye etches his name in tournament lore**

COLLEGE BASKETBALL

following Monday, posters, flyers and handwritten messages on chalkboards began appearing on Yale's New Haven, Conn., campus, demanding the basketball team to "stop supporting a rapist" and to "end rape culture," among other messages. On Thursday, the website thebiglead.com published an article headlined, "Does Yale Basketball Have a Sexual Assault Scandal on its Hands?"


**How Sindarius Thornwell and South Carolina 'secured the bag' and got to the Final Four**


COLLEGE BASKETBALL
**Video: De'Aaron Fox's emotional reaction to Elite Eight loss**


COLLEGE BASKETBALL
**UNC beats Kentucky, heads to Final Four**


COLLEGE BASKETBALL
**Final Four schedule: Which teams play first?**


COLLEGE BASKETBALL
**Mail: NCAA tournament sleepers, legacies of two Big Ten guards**



"That isn't of any interest to me," Jones told SI regarding the rumors posted in online news stories. "The only interesting thing to me right now is winning a basketball game." On Friday night, Yale had won a share of the Ivy League title for the second season in a row by beating Cornell 88–64, but one elusive goal remained: qualifying for the NCAA tournament. The Bulldogs haven't played in the Big Dance since 1962, when the field consisted of 25 teams. But a win on Saturday at Columbia would make Yale the league's outright winner and the recipient of its automatic bid.

Last season, the Bulldogs blew two chances to get into the NCAA tournament, losing at Dartmouth to end the regular season and then again in a one-game playoff on a neutral court against Harvard. So when the final buzzer sounded on Saturday and the scoreboard showed "Yale 71, Columbia 55," the Bulldogs bounded to center court and erupted in catharsis. They had ended a 54-year tournament drought, and done it after a chaotic month. It was triumph amid tumult.

\*\*\*\*\*

Montague last played for the Bulldogs on Feb. 6, scoring 16 points in an 83–52 win against Cornell. The senior captain from Brentwood, Tenn., had been the team's leading three-point shooter (43.5%) as a junior and notably hit a game-winner against defending national champion UConn on Dec. 5, 2014. As a senior, he was fourth on the team in scoring (9.7), second in assists (3.0) and first in steals (1.1), playing 28.4 minutes per game. But Yale played without him for four games before the school addressed his departure. His last public statement was to the *Yale Daily News* on Feb. 18, the day Yale lost to Princeton: "I'm taking a personal leave and I'm trying to get back as soon as possible."





**COLLEGE BASKETBALL**
**Wichita State's loss to UNI leaves tournament hopes in doubt**

On Feb. 29, the Monday after players wore their Montague-inspired warmups, posters appeared in several places on campus with a picture of the team donning the shirts and a message: "Stop supporting rapists." Senior forward Justin Sears told *YDN* that night that the team had taken down all the posters it could find and that the warmups weren't meant to be disrespectful to the school. "We just wanted to make it as clear as possible that Jack is one of our brothers," Sears said, according to the newspaper. "He's family to us and we miss him."

Another round of messages went up around campus last Wednesday at approximately 7:30 a.m., including a handwritten note on a chalkboard that read, "Rape culture is standing by your teammate and silencing victims of sexual assault." By 9 a.m., the messages had again been removed, though the players didn't claim responsibility this time. Still, the university would not comment on the nature of Montague's absence.

Finally, on Friday, Montague's father, Jim, confirmed that his son had been expelled. "We have strict orders from our lawyers," Jim Montague told the *New Haven Register*. "Soon enough, I'd love to tell the other side of the story. It's ridiculous, why he's expelled. It's probably going to set some sort of precedent. We're trying to do things the gentleman's way, so we're keeping things close-knit. But you guys will get a story."

- **ROSENBERG: Before his death, Chip Hooper helped son fulfill dreams**

It's important to note that there are two sides to this story, and neither is clear right now. Neither Yale nor the New Haven Police Department are investigating any sexual assault claims against Montague, a New Haven police spokesman told SI last Friday. The same day, a source close to the family told SI that they planned to release a statement, likely within the next week. "There's not a whole lot I can say right now," the source said, "but the family is working with its lawyers. They want to put an end to the speculation."

The controversy didn't keep Yale from continuing its success on the court. After the win over Cornell, players spent the bus ride back to campus trying to stream Princeton's game against Harvard. The Tigers were a half-game behind Yale in the league standings but could force a playoff if both teams won out. With seven seconds left in the game, the stream froze. No one knew the end result until the texts started streaming in. The Crimson had won, 73–71. The Bulldogs had earned a share of the league title and needed only one more win to get to the Big Dance. "Players were screaming like a scene out of *300*," Jones said. "It was a release of so much anxiety."

Said Sears, the team's leading scorer: "The bus was rocking back and forth so much, I was afraid it was going to tip over."



**COLLEGE BASKETBALL**
**UNC finally shows guts, killer instinct in gritty win over Duke**

After Saturday night's win at Columbia, Sears headed toward the locker room, high-fiving everyone in Yale gear who came across his path. After last season's tiebreaker loss to Harvard, he had taken a picture of the scoreboard on his phone and saved it as his wallpaper as motivation throughout the summer. Now that the goal was compete, he had trouble finding the right words. "Euphoria," he said, "that's the feeling."

The players gathered outside the locker room and mobbed Jones when he approached. And when Ivy League executive director Robin Harris told the Bulldogs they were going dancing, they erupted in another scream and held the trophy aloft.

"It's amazing," said senior forward Brandon Sherrod, who scored 13 points in the win. "You look up in [our] gym and see the last time we got to the tournament was 1962, it really motivates you to win. Every college basketball player wants to go to the Big Dance. It's unbelievable, a great time for our school, a great opportunity for our team. It's surreal."

Montague, though, wasn't far from anyone's mind. Questions about him peppered the postgame press conference. But no one on the team, including Jones or a school spokesman, would comment on the record about the reasons for Montague's dismissal. Before the game, Jones said, "I won't comment on anyone who isn't a part of our basketball team." After the game, he downplayed the significance of his team missing its captain, saying, "It's not as big a hit as some people might think." But some of the players seemed to feel differently. Senior guard Khaliq Ghani wrote "Gucci" on his wrist tape and held up four fingers after making a three-pointer with 5:59 left in the second half. "We're not trying to offend anyone, it's just coming from the heart," Ghani said. "Jack is still the captain of our team."



Winslow Townson/SI

Several players told SI anonymously that they wouldn't be showing their support if they had any doubt about his character. "We're not hard-hearted or callous," one player said. Clearly, though, there are people on campus who feel differently.

While the Bulldogs were ecstatic to have clinched a tournament bid, the controversy did cast a pall over the celebration. "Everyone says that after a championship, you can't imagine your

day going any better," Sears said, "but tonight was not perfect for us. We miss Jack."

On Saturday afternoon, after the team's pregame meal, Sears had wanted to make sure Montague still felt connected to the Bulldogs. So he linked his laptop to a projector and all his teammates gathered around him. After a few rings on FaceTime, Montague appeared. From his home in Brentwood, the ex-team captain told his teammates he was rooting for them. And although he knew he'd never play at Yale again, he pledged that if the Bulldogs made the NCAA tournament, he'd find a way to be there with them.

Sponsored Content



**Forget The Foam, This Mattress Is Entirely Different**
Purple



**Tiger Woods' Ex-Wife Used To Be Stunning... But What She Looks Like Now Left Us Speechless**
Ninjajournalist

**Larry Bird:"I Can't Even Afford A Cheeseburger"**
HistoryLocker



**O.J. Simpson's Daughter Was a Cute Kid, But What She Looks Like Today Left Us With No Words**
Greeningz



**Both parties agree on one thing: She's hot.**
TVGuide.com

**Roxy Joni Women's Boots**
Zappos

Sponsored Links by

Tags

# YALE BASKETBALL    # JACK MONTAGUE YALE    # JUSTIN SEARS YALE

# YALE NCAA TOURNAMENT    # YALE WINS IVY LEAGUE

# YALE RAPE SCANDAL    # YALE BULLDOGS    # 2016 NCAA TOURNAMENT

# YALE CONTROVERSY



### We've Got Apps Too

Get expert analysis, unrivaled access, and the award-winning storytelling only SI can provide - from Peter King, Tom Verducci, Lee Jenkins, Seth Davis, and more - delivered straight to you, along with up-to-the-minute news and live scores.

**Easy to Read**
A clean presentation that helps you get everything you need to be in the know.

**Personalized**
Find the stories and scores that matter most to you.

**Fast**
Get lightning-fast scoring alerts as they happen.



**Sports Illustrated**

Contact   Subscribe   Customer Service   Site Map   Advertising   Privacy Policy   Your California Privacy Rights   Terms of Use   Ad Choices

© 2017 Time Inc. All Rights Reserved.

**Yale Bulldogs** 22-6, 13-1 Conf  **71**  ◂  Final  **55**  **Columbia Lions** 21-10, 10-4 Conf

# Yale clinches first NCAA tournament appearance since 1962



$1,250 Nissan Cash Back[1]

THE NEW 2017
NISSAN ROGUE®
*More Cash Back Information
SHOP NOW    BUILD

NCAAM News


LaVar Ball debates ... LaVar Ball


2017 NCAA Tournament Schedule


Sweet 16 Big Board: Ranking the tourney's best draft prospects

All College Basketball News

2016-2017 Ivy League Standings

| TEAM | CONF | GB | OVR |
|---|---|---|---|
| Princeton | | | |
| Harvard | | | |
| Yale | | | |
| Penn | | | |
| Columbia | | | |
| Brown | | | |
| Cornell | | | |
| Dartmouth | | | |

Full Standings

ESPN.com news services




NEW YORK -- Yale finally ended its long NCAA tournament drought.

Makai Mason scored 22 points and Brandon Sherrod added 13 to lead Yale to a 71-55 victory over Columbia on Saturday night, clinching the Bulldogs' first NCAA bid since 1962.

The Bulldogs shared the Ivy championship last year with Harvard, but lost the playoff game with the Crimson.

"It's amazing," Sherrod said. "You look up in the gym and see the last time we got to tournament was 1962, it really motivates you to win. Every college basketball player wants to go to the big dance. It's unbelievable, great time for our school, great opportunity for our team. It's surreal."

Saturday's win ended the second longest NCAA drought of any team that has made the tournament previously, according to STATS. Only Dartmouth has gone longer without making it, not dancing since 1959. Tennessee Tech has the second-longest drought (1963), followed by Bowling Green and Columbia, who haven't made the tourney since '68.

Yale won without its captain Jack Montague, who left the team last month. The school has declined to detail why he left. Montague's family didn't return messages left by The Associated Press, but his father told the New Haven

Register on Friday that his son was expelled.

"It's not something we talk about," Yale coach James Jones said. "We coach basketball and play basketball, deal with guys that are in the room and do the best we can."

The team did FaceTime with Montague before the game.

The Ivy League remains the only conference not to have a postseason tournament, so the regular-season champion goes to the NCAAs.

The Bulldogs (22-6, 13-1 Ivy) jumped out to a 17-3 lead as Columbia missed nine of its first 10 shots. Consecutive 3-pointers by Anthony Dallier capped the opening run 6:38 into the game.

Yale extended the advantage to 27-10 before Maodo Lo scored 10 straight points for the Lions, who used a 15-4 burst to close to within six with 4:31 left in the half. But that's as close as they'd get. Mason scored seven straight points during a 10-2 spurt to close the half and give the Bulldogs a 41-27 lead at the break.

Columbia rallied within 49-45 with 9:12 left, but consecutive 3-pointers by Mason and Khaliq Ghani restored the double-digit lead with 7:17 left. Columbia could only get within six the rest of the way.

As the final seconds ran down, Yale started to celebrate the end of 54 years of frustration with coach James Jones hugging his players.



new styles arriving all the time.
START SHOPPING

Lo scored 21 points to lead Columbia (21-10, 10-4). The Lions are in the midst of one of the most successful seasons in school history. They already have the most regular season wins in program history since the 1950-51 season when Columbia won 23 games. The Lions were trying to win 11 league games for the first time since 1978.

They honored seniors Lo, Alex Rosenberg, Isaac Cohen and Grant Mullins before the game. The quartet is the winningest class for Columbia since 1953.

"I love our team, these guys were once young guys in the locker room," Columbia coach Kyle Smith said. "These four seniors logged a lot of minutes, won more than most and set a number of records. You go back 45-50 years to some of the accomplishments they made. They'll be missed for sure."

*Information from The Associated Press was used in this report.*



SPONSORED HEADLINES

Recommended by



**Sisters Say No To Largest Deal Ever, Build Million Dollar Empire**
aspiringnewsies.com

**TOMS Deconstructed Alpargata Women's Slip on Shoes**
Zappos



**Veterans Hit the Jackpot in 2017**
LendingTree

Comments