UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | AUGUST 21, 2018 |

**MOTION FOR PERMISSION TO FILE OVER-LENGTH BRIEF**

The defendants hereby move for permission to file a reply memorandum of law in excess of ten pages in response to the plaintiff's opposition to the defendants' motion for summary judgment.  Defense counsel has conferred with plaintiff's counsel and plaintiff's counsel has stated that he does not object to this request.

The plaintiff's 64 page and 316 paragraph Amended Complaint contains nine counts asserting claims for breach of contract, gender discrimination, defamation, invasion of privacy, and tortious interference with contract.  Count VII, however, includes eight sub-counts, thus increasing the number of counts to sixteen, with eleven counts asserting separate and distinct breach of contract claims.  The defendants moved for summary judgment as to all sixteen claims and filed a fifty-five page brief in support of their motion.  The plaintiff then opposed the defendants' motion with a fifty-eight page brief.  The defendants are unable to fully brief their reply arguments within the ten-page limitation in Rule 7(d).

WHEREFORE, the defendants respectfully request permission to file a memorandum of law of approximately twenty-five pages, exclusive of signature and certification, in reply to the plaintiff's opposition to the defendants' motion for summary judgment.

                                        THE DEFENDANTS


                                        BY:   /s/ Patrick M. Noonan (#ct00189)
                                            Patrick M. Noonan
                                            Colleen Noonan Davis (#ct27773)
                                            Donahue, Durham & Noonan, P.C.
                                            741 Boston Post Road
                                            Guilford, CT 06437
                                            (203) 458-9168


**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


                                        _____/s/_____
                                              Patrick M. Noonan