UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | AUGUST 22, 2018 |

## MOTION TO SEAL

Pursuant to Rule 5(e)(4)(b) of the Local Rules of Civil Procedure for the District Court for the District of Connecticut, the defendants hereby move to file under seal the Affidavit of Patrick M. Noonan and the attached exhibits. Plaintiff's counsel has indicated that he has no objection to this motion.

The Affidavit and the exhibits attached thereto support the defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment and contain information protected from disclosure by the Federal Educational and Privacy Rights Act. Specifically, the documents contain the name of one of the two female Yale University students who filed complaints of sexual misconduct against the plaintiff. The defendants intend to redact the Affidavit and documents as necessary and publicly file the redacted copies in order to protect the confidentiality interests of the students.

WHEREFORE, the defendants respectfully request that the motion to seal be granted.

                        THE DEFENDANTS

          BY:___/s/ Patrick M. Noonan (#ct00189)__
               Patrick M. Noonan
               Colleen Noonan Davis (#ct27773)
               Donahue, Durham & Noonan, P.C.
               741 Boston Post Road
               Guilford, CT 06437
               (203) 458-9168

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                      _____/s/_____
                                         Patrick M. Noonan