UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| YALE UNIVERSITY, ET AL | : | |
| Defendants | : | AUGUST 22, 2018 |

## AFFIDAVIT OF PATRICK M. NOONAN

I, Patrick M. Noonan, being duly sworn, depose and say that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am a partner at the law firm of Donahue, Durham, & Noonan, P.C. and represent the defendants in this action.

3. Attached hereto as Exhibit AAA are true and accurate copies of relevant portions of Aley Menon's deposition transcript.

4. Attached hereto as Exhibit BBB are true and accurate copies of relevant portions of Jason Killheffer's deposition transcript.

5. Attached hereto as Exhibit CCC are true and accurate copies of relevant portions of Rachel Roger's deposition transcript.

Dated at Guilford, Connecticut this 22nd day of August, 2018.

_____
Patrick M. Noonan

STATE OF CONNECTICUT       )
                                               ) ss. Guilford
COUNTY OF NEW HAVEN   )
Subscribed and sworn to before me this 22nd day of August, 2018

_____
Deborah Y. Hackett
Notary Public
My Commission Expires 6/30/2023

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan

# EXHIBIT AAA

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------x
JACK MONTAGUE,                :
                              :
        Plaintiffs,           :
                              :
    -versus-                  : CIVIL ACTION
                              : No.
YALE UNIVERSITY, ANGELA       : 3:16-cv-00885-AVC
GLEASON and JASON KILLHEFFER, :
                              :
        Defendants            x
------------------------------

        Deposition of ALEY MENON, taken pursuant to

Rule 30 of the Federal Rules of Civil Procedure,

held at the law offices of Jacobs and Dow, LLC,

350 Orange Street, New Haven, Connecticut,

before Rosanne LaBonia, LSR 249 and Notary

Public in and for the State of Connecticut, on

April 13, 2017, at 11:44 A.M.

1   graduate.
2       A       And I explained what an academic
3   environment is.
4       Q       What is an academic environment?
5       A       The academic environment is the learning
6   environment that the students are in from the time
7   they begin their relationship with the University
8   until they graduate, and that would include their
9   interactions with other students.
10      Q       So therefore, what you're saying is the
11  academic environment means all interactions between
12  students, whether on or off campus, from the time
13  they enter Yale until the time they graduate, is
14  that right?
15      A       That's not quite what I said.
16                      (THE REPORTER READ THE RECORD.)
17      Q       So is that correct, that it includes --
18  that the academic environment, in your view,
19  includes all interactions between students on or off
20  campus from the time they enter Yale University
21  until the time they graduate?
22      A       Yes.
23      Q       Now, if you could turn to --
24      A       Do you want this back?
25      Q       Yes.  Great.  I'm going to show you an

```
 1                    C E R T I F I C A T E
 2           I hereby certify that I am a Notary Public in
 3    and for the State of Connecticut duly commissioned
 4    and qualified to administer oaths.
 5           I further certify that the deponent named in
 6    the foregoing deposition was by me duly sworn and
 7    thereupon testified as appears in the foregoing
 8    deposition; that said deposition was taken by me
 9    stenographically in the presence of counsel and
10    transcribed by means of computer-aided transcription
11    by the undersigned, and the foregoing is a true and
12    accurate transcript of the testimony.
13           I further certify that I am neither of counsel
14    nor attorney to either of the parties to said suit,
15    nor of either counsel in said suit, nor related to
16    or employed by any of the parties or counsel to said
17    suit, nor am I interested in the outcome of said
18    cause.
19           Witness my hand and seal as Notary Public this
20    27th day of April, 2017.
21
22                          Rosanne LaBonia
23                          NOTARY PUBLIC
24    My commission expires:  1/31/19
25
```

# EXHIBIT BBB

Page 1

UNITED STATES DISTRICT COURT FOR THE

    DISTRICT OF CONNECTICUT

CIVIL ACTION No: 3:16 cv-00885-AVC

------------------------------------x

JACK MONTAGUE,                       :

    Plaintiff,                       :

         -v-                         :

YALE UNIVERSITY, ANGELA GLEASON,     :

And JASON KILLHEFFER,                :

    Defendants.                      :

------------------------------------x


            Depositon of JASON KILLHEFFER, taken pursuant to Notice, held at the Law Offices of Jacobs & Dow, LLC, 350 Orange Street, New Haven, Connecticut, before James A. Martone, LSR #248, and Notary Public, in and for the State of Connecticut, on January 10, 2017, at 10:05 a.m.

```
 1   Because he wasn't presenting anything.
 2        Q.   Title IX office is presenting options to a
 3   complainant.
 4        A.   Are you talking about in an average
 5   meeting?
 6        Q.   Let's take this meeting.
 7        A.   Okay.
 8        Q.   Angie Gleason, on behalf of the Title IX
 9   office is presenting options to ▓▓▓▓▓▓▓▓▓▓,
10   correct?
11        A.   In which meeting?  Let's just be specific.
12        Q.   The meeting that was planned to take place
13   after the meeting that all of you had on November 4th.
14   Right?
15        A.   After November 4th, Angie was supposed to
16   go back to ▓▓▓▓ to discuss whether she'd be willing
17   to participate in a formal complaint process.  They
18   had previously discussed the whole range of options is
19   my understanding.
20        Q.   So in this particular meeting, there were
21   still options that were possible, right?
22        A.   They were all still possible.
23        Q.   Okay.
24        A.   Absolutely.
25        Q.   And so my question to you, is it
```

```
 1   appropriate in that -- was it appropriate in that
 2   meeting, for Angie to say to ███ that Yale
 3   university wants you to participate with its filing of
 4   a formal complaint?
 5        A.   Yes.
 6        Q.   All right.  Now so in this situation, ███
 7   would be the witness and you would be the complainant,
 8   correct?
 9        A.   Yes.  That's the terminology that they use.
10        Q.   And what is the role of a complainant?
11        A.   Well, in this situation, when a complaint
12   is brought by a Title IX Coordinator, you file the
13   complaint.  Which was the exhibit you showed to me
14   earlier.  And that is all.
15             I did not meet with the fact finder,
16   I did not participate in the hearing.  I did not have
17   any other role in the process.
18        Q.   Is there something in the policies of Yale
19   which lays that out that when the Title IX Coordinator
20   is the complainant, that that complainant doesn't have
21   any other role?
22        A.   I'm not sure.  I'd have to look at the UWC
23   procedures to see if there is.  I think it's -- yeah,
24   I can't say off the top of my head.
25        Q.   You can't point to anything that says that?
```

```
 1                      CERTIFICATE
 2         I hereby certify that I am a Notary Public in
 3   and for the State of Connecticut, duly commissioned
 4   and qualified to administer oaths.
 5         I further certify that the deponent named in the
 6   foregoing deposition was by me duly sworn and
 7   thereupon testified as appears in the foregoing
 8   deposition; that said deposition was taken by me
 9   stenographically in the presence of counsel and
10   reduced to print under my direction, and the foregoing
11   is a true and accurate transcript of the testimony.
12         I further certify that I am neither of counsel,
13   nor related to either of the parties to said suit, nor
14   am I interested in the outcome of said cause.
15         Witness my hand and seal as Notary Public this
16   14th day of January, 2017.
17
18   _____
19         NOTARY PUBLIC
     JAMES A. MARTONE, L.S.R. 248
20
     My Commission Expires:
21        MARCH/2018
22
23
24
25
```

# EXHIBIT CCC

```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------x
JACK MONTAGUE,

              Plaintiff,

vs.                 Civil Action No.: 3:16-CV-00885-AVC
                    Date:  June 15, 2017
YALE UNIVERSITY, ET AL,

              Defendants.
--------------------------------x


          DEPOSITION OF  ███████


    The deposition of  ███████  was taken on

June 15, 2017, beginning at 3:00 p.m., at the 55

Whitney Avenue, New Haven, Connecticut, before Susan

Wandzilak, Registered Professional Reporter and Notary

Public in the State of Connecticut.




                Susan Wandzilak  License No. 377
              DEL VECCHIO REPORTING SERVICES, LLC
               PROFESSIONAL SHORTHAND REPORTERS
                        117 RANDI DRIVE
                 MADISON, CONNECTICUT 06443
                        800-839-6867

NEW HAVEN               STAMFORD           HARTFORD
```

```
 1    my two friends from home and we saw her at the party
 2    that night.
 3              We left the basketball house -- we arrived at
 4    the basketball house at probably around 10, 10:30,
 5    left at around 11:30 or 12:00 o'clock.  I did not
 6    leave with ██████.  I left with my two friends from
 7    home.  But before we left I texted her to check in
 8    with her and see where she was or who she was with or
 9    if she was still at the basketball house at that time.
10         Q.   And so you were about ready to leave --
11         A.   Yep.
12         Q.   -- at the point you texted her?
13         A.   Yes.  Yeah.
14         Q.   And did you hear back from her?
15         A.   Yes, she texted me and told me that she was
16    fine and she was with Jack and that I could, you know,
17    go and leave with my friends.  I think we were going
18    to another party that night, so -- so we had left.
19         Q.   And was there a reason you wanted to text
20    ██████ before you left?
21         A.   Yes.
22         Q.   Why?
23         A.   As I was leaving the basketball house, I ran
24    into one of my friends and teammates who was in Jack's
25    year and she asked me where ██████ was.  And I said
```

```
 1    oh, she is with Jack.  And she said something that was
 2    concerning to me and said that, you know, that one of
 3    our -- our mutual friends and teammates had a bad
 4    experience with him.  And he kind of gave me the
 5    impression that he was kind of a jerk which prompted
 6    me to text ▮▮▮▮ and check in with her and see, you
 7    know, how she was doing.
 8        Q.  And were you aware, at that point, towards
 9    the end of October that ▮▮▮▮ had had a prior sexual
10    encounter with Mr. Montague?
11        A.  Yes.  Yeah.
12        Q.  And what had ▮▮▮▮ told you about that
13    encounter?
14        A.  Not much but I knew that it happened a week
15    or two before and that was -- that was about it.  She
16    didn't go into -- into much detail about that with me.
17        Q.  And did, as of the time you were -- as of
18    October 18, 2014, at this time when you are texting
19    with ▮▮▮▮, had you heard of anyone else other than
20    ▮▮▮▮ who had made a claim of sexual misconduct --
21        A.  Yes.
22        Q.  -- against Jack?
23        A.  Yes.  Yeah.
24        Q.  And what -- what had you heard about in that
25    regard?
```