UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ANGELA GLEASON,<br>and JASON KILLHEFFER,<br>    Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

## MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff, Jack Montague, respectfully moves, pursuant to Rule 7(d) of the Local Civil Rules, for leave to file a short Sur-Reply brief in Opposition to Defendants' Motion for Summary Judgment (ECF No. 142). Plaintiff believes the proposed Sur-Reply would assist the Court in resolving Defendants' Motion by identifying issues of fact and law which, based on Defendants' Reply brief, are not contested by the Defendants. Plaintiff further intends to use the proposed Sur-Reply to address the impact, if any, on Defendants' Motion for Summary Judgment, of certain discovery which Defendants produced on August 27, 2018 in response to the Court's ruling (ECF No. 161) granting in part Plaintiff's Motion to Compel (ECF No. 119). Defendants' counsel has indicated that Defendants do not object to Plaintiff's request to file a Sur-Reply.

WHEREFORE, Plaintiff respectfully requests that the Court grant him leave to file a Sur-Reply brief on or before September 7, 2018, with the brief not to exceed 10 pages.

JACK MONTAGUE,

By his attorneys,

/s/ *Christian G. Kiely*
Max D. Stern (BBO #479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra H. Deal (BBO #660654) (*pro hac vice*)
adeal@toddweld.com
Christian G. Kiely (BBO #684308) (*pro hac vice*)
ckiely@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 02110
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691

Dated: August 28, 2018

## CERTIFICATE OF SERVICE

I, Christian G. Kiely, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 28, 2018.

/s/ *Christian G. Kiely*

2