UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

JACK MONTAGUE,
    Plaintiff,

v.

YALE UNIVERSITY, ANGELA GLEASON,
and JASON KILLHEFFER,
    Defendants.

CIVIL ACTION
No. 3:16-cv-00885-AVC

**JOINT STIPULATION AND REQUEST TO AMEND SCHEDULING ORDER**

    Plaintiff Jack Montague and Defendants Yale University, Angela Gleason, and Jason Killheffer (together, the "Parties") hereby jointly stipulate and request to amend the current scheduling order (ECF No. 121). As reasons therefore, the Parties state as follows:

    1.    Defendants have moved for summary judgment on all claims in Plaintiff's Amended Complaint (ECF No. 142). Defendants' Reply in support of their Motion for Summary Judgment was filed on August 22, 2018. Plaintiff has separately requested leave to file a short Sur-Reply due September 7, 2018.

    2.    Given the pendency of Defendants' Motion for Summary Judgment, which may dispose of some or all of Plaintiff's claims, the Parties agree that it would be a premature at this time to begin work on the Joint Trial Memorandum. Accordingly, the Parties request that the deadline to submit the Joint Trial Memorandum be extended to a date 30 days after the Court's issuance of its ruling of Defendants' Motion for Summary Judgment, or whatever other date the Court sees fit. The Parties further request that "Trial Ready" date be re-set to 30 days after the filing of the Joint Trial Memorandum, or whatever other date the Court sees fit.

3. The Parties stipulate to the requested amendment set forth below, which will not prejudice the Parties.

WHEREFORE, the Parties request that this Court amend the November 1, 2017 Scheduling Order (ECF No. 121) as follows:

| Event | Current | Proposed |
|---|---|---|
| Joint Trial Memorandum filed on or before | 9/5/2018 | 30 days after Court's decision on Defendants' Motion for Summary Judgment (ECF No. 142) |
| Trial Ready by | 10/1/18 | 30 days after filing of Joint Trial Memorandum |

| | |
|---|---|
| JACK MONTAGUE, By his attorneys, | THE DEFENDANTS |
| /s/ Christian G. Kiely<br>Max D. Stern (#479560) (*pro hac vice*)<br>mstern@toddweld.com<br>Alexandra Deal (#660654) (*pro hac vice*)<br>adeal@toddweld.com<br>Christian G. Kiely (#684308) (*pro hac vice*)<br>ckiely@toddweld.com<br>TODD & WELD LLP<br>One Federal St., 27th Floor<br>Boston, MA 02110<br>Tel. (617) 720-2626<br>Fax (617) 227-5777<br><br>William F. Dow III (ct00161)<br>JACOBS & DOW, LLC<br>350 Orange Street<br>New Haven, CT 06511<br>wdow@jacobslaw.com<br>Tel. (203) 772-3100<br>Fax (203) 772-1691 | /s/ Patrick M. Noonan (#ct00189)<br>Patrick M. Noonan<br>Donahue, Durham & Noonan, P.C.<br>741 Boston Post Road<br>Guilford, CT 06437<br>(203) 458-9168<br>pnoonan@ddnctlaw.com |

Dated: August 28, 2018

## **CERTIFICATE OF SERVICE**

I, Christian G. Kiely, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 28, 2018.

/s/ *Christian G. Kiely*