**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
MONTAGUE                       :
   plaintiff,                  :
                               :
v.                             :   Civil No. 3:16-cv-00885 (AVC)
                               :
YALE UNIVERSITY, ET AL.,       :
   defendants                  :
```

## RE: ORDER 161 *IN-CAMERA* REVIEW

After performing an *in-camera* review, the court concludes that the following documents are protected from discovery:

Exhibit T; Exhibit U; PRIV0000004-PRIV0000010; PRIV0000014-PRIV0000282; PRIV0000284; PRIV0000285; PRIV0000338; PRIV0000339; PRIV0000342-PRIV0000345; PRIV0000357-PRIV0000360; PRIV0000562-PRIV0000568; PRIV0000690-PRIV0000692; PRIV0000594; PRIV0000595; PRIV0000735-PRIV0000737; PRIV0000815-PRIV0000817; PRIV0000943; PRIV0000944; KS000163-KS000165; KS000245-KS000249; KS000260-KS000271; KS000278-KS000280; KS000290; KS000324; KS000325; KS000328; KS000329; KS000334; KS000345; KS000398; KS000399; KS000403; KS000404; KS000416-KS000418; KS000512-KS000516; KS000563-KS000572; KS000576-KS000578; KS000627-KS000630; KS000634-KS000636; KS000651-KS000656; KS000796-KS000799; KS000802-KS000806; KS000809-KS000838; KS000887; KS000888.

So ordered this 21st day of November 2018, at Hartford, Connecticut.

                                                /s/
                                   ALFRED V. COVELLO
                                   UNITED STATES DISTRICT JUDGE