UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | JANUARY 16, 2019 |

### NOTICE OF SUPPLEMENTAL AUTHORITY

The defendants filed a motion for summary judgment on May 17, 2018, which the plaintiff opposed on July 18, 2018. The defendants filed their reply brief on August 22, 2018 and the plaintiff filed a surreply on September 7, 2018. On January 15, 2019, the Second Circuit issued a summary order in <u>Doe v. Colgate University</u>, No. 17-3594-cv, affirming the judgment of the district court granting summary judgment in favor of the defendant. The defendants respectfully request that the Court consider this order, a copy of which is attached hereto, when ruling on the present defendants' motion for summary judgment.

                                              THE DEFENDANTS

                                              BY:___/s/ Patrick M. Noonan (#ct00189)__
                                                    Patrick M. Noonan
                                                    Colleen Noonan Davis (#ct27773)
                                                    Donahue, Durham & Noonan, P.C.
                                                    741 Boston Post Road
                                                    Guilford, CT 06437
                                                    (203) 458-9168

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                            /s/
                                            Patrick M. Noonan