UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MONTAGUE,<br>     Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ANGELA GLEASON,<br>and JASON KILLHEFFER,<br>     Defendants. | CIVIL ACTION<br>No. 3:16-cv-00885-AVC |

## JOINT STIPULATION AND REQUEST TO AMEND SCHEDULING ORDER

Plaintiff Jack Montague and Defendants Yale University, Angela Gleason, and Jason Killheffer (together, the "Parties") hereby jointly stipulate and request to amend the current scheduling order (ECF No. 121), as previously amended by ECF No. 173. As reasons therefor, the Parties state as follows:

1. On March 29, 2019, the Court issued an Order (ECF No. 177) granting in part and denying in part Defendants' Motion for Summary Judgment. Pursuant to ECF Nos. 171 and 173, the Joint Trial Memorandum is presently due to be submitted 30 days after the issuance of the Court's summary judgment order, making it due April 29, 2019.

2. On April 5, 2019, the Court ordered the Parties to attend a settlement conference (ECF No. 178). That settlement conference is scheduled to occur before Magistrate Judge William Garfinkel on May 7, 2019 (ECF No. 180).

3. As stated in the Settlement Conference Order, the purpose of the settlement conference is to give the "[P]arties the opportunity to consider settlement before additional litigation expenses and resources are expended." ECF No. 180. Accordingly, to allow the Parties both to focus on the settlement conference and to avoid the expenditure of what may

prove to be unnecessary time and resources in preparing the Joint Trial Memorandum, the Parties request that the current deadline to submit the Joint Trial Memorandum be extended approximately 90 days, to July 26, 2019.  The Parties have agreed that should the Court grant this Motion, Plaintiff's initial compliance with the Court's standing order regarding the Joint Trial Memorandum will be due June 28, followed by the Defendants' response and initial compliance by July 10, followed by joint compliance by July 26.   The Parties further request that the "Trial Ready" date be re-set to September 9, 2019.

4. The Parties stipulate to the requested amendment set forth below, which will not prejudice the Parties.

WHEREFORE, the Parties request that this Court amend the November 1, 2017 Scheduling Order (ECF No. 121), as amended by ECF No. 173, as follows:

| Event | Current | Proposed |
|---|---|---|
| Joint Trial Memorandum filed on or before | April 29, 2019 (30 days after Court's decision on Defendants' Motion for Summary Judgment) | July 26, 2019 |
| Trial Ready by | 30 days after filing of Joint Trial Memorandum | September 9, 2019 |

JACK MONTAGUE,
By his attorneys,

/s/ Christian G. Kiely
Max D. Stern (#479560) (*pro hac vice*)
mstern@toddweld.com
Alexandra Deal (#660654) (*pro hac vice*)
adeal@toddweld.com
Christian G. Kiely (#684308) (*pro hac vice*)
ckiely@toddweld.com

THE DEFENDANTS

/s/ Patrick M. Noonan (#ct00189)
Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
pnoonan@ddnctlaw.com

TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 02110
Tel. (617) 720-2626
Fax (617) 227-5777

William F. Dow III (ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com
Tel. (203) 772-3100
Fax (203) 772-1691


Dated: April 22, 2019




**CERTIFICATE OF SERVICE**


     I, Christian G. Kiely, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 22, 2019.

                                       /s/ *Christian G. Kiely*