UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK MONTAGUE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00885-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | JUNE 24, 2019 |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the plaintiff and defendants hereby stipulate that this case may

be dismissed with prejudice, each side to bear its own costs and fees.

**THE PLAINTIFF,**
**JACK MONTAGUE,**

BY:/s/ Max D. Stern
Max D. Stern (#479560) (*pro hac vice*)
mstern@toddweld.com
Christian G. Kiely (#684308) (*pro hac vice*)
ckiely@toddweld.com
TODD & WELD LLP
One Federal St., 27th Floor
Boston, MA 01880
(617) 720-2626

William F. Dow III (#ct00161)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
(203) 772-3100
wdow@jacobslaw.com

**THE DEFENDANTS,**
**YALE UNIVERSITY, ET AL.**

BY:/s/ Patrick M. Noonan
Patrick M. Noonan (#ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
pnoonan@ddnctlaw.com

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


                                       /s/

                                Patrick M. Noonan